Jeffrey N. Pomerantz, Esq. (CA Bar No. 143717)
Jeffrey L. Kandel (CA Bar No. 115832)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: 310-277-6910 / Facsimile: 310-201-0760
E-mail: jpomerantz@pszjlaw.com; jkandel@pszjlaw.com

James W. Walker (admitted *pro hac vice*)
Cameron A. Welch (admitted *pro hac vice*)
Eric S. Latzer (admitted *pro hac vice*)
COLE SCHOTZ P.C.
901 Main Street, Suite 4120
Dallas, TX  75202
Telephone: 469-557-9390 / Facsimile: 469-533-0361
E-mail: jwalker@coleschotz.com; cwelch@coleschotz.com; elatzer@coleschotz.com

Attorneys for Plaintiff, The
Wimbledon Fund, SPC (Class TT)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| THE WIMBLEDON FUND, SPC (CLASS TT),<br><br>                              Plaintiff,<br><br>vs.<br><br>GRAYBOX, LLC; INTEGRATED ADMINISTRATION; EUGENE SCHER, AS TRUSTEE OF BERGSTEIN TRUST; CASCADE TECHNOLOGIES CORP., and THE LAW OFFICES OF HENRY N. JANNOL,<br><br>                              Defendants. | C.D. Cal. Consolidated Case No. 2:15-cv-6633-CAS-AJWx<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing:<br>Date: May 13, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 8D<br>Judge: The Honorable Christina A. Snyder<br>Trial date: June 25, 2019 |
| THE WIMBLEDON FUND, SPC (CLASS TT),<br><br>                              Plaintiff,<br><br>vs.<br><br>DAVID BERGSTEIN; JEROME SWARTZ; AARON GRUNFELD; and KIARASH JAM.,<br><br>                              Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 13, 2019, or as soon thereafter as may be heard before the Honorable Christina A. Snyder, in Court Room 8D of the above-entitled Court located at 350 W. First Street, Los Angeles, California 90012, Plaintiff The Wimbledon Fund, SPC (Class TT) ("Class TT") will and hereby does move, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, for summary judgment against defendants Kiarash Jam ("Jam") and Integrated Administration ("IA").

Pursuant to Local Rule 7-3, on April 1, 2019, Class TT's counsel, James W. Walker and Eric S. Latzer, conferred with Jam and IA's counsel, David Wiechert and William Migler, regarding Class TT's filing of this Motion.  Counsel thoroughly discussed the substance of the contemplated motion and any potential resolution.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the Declaration of James W. Walker, and the Statement of Uncontroverted Facts and Conclusions of Law, and such further evidence and/or argument as may be presented at or prior to the hearing on the Motion.

Dated: April 10, 2019          PACHULSKI STANG ZIEHL & JONES LLP
                                        -and-
                               COLE SCHOTZ P.C.


                               By: /s/ James W. Walker
                               James W. Walker (admitted *pro hac vice*)
                               Cameron A. Welch (admitted *pro hac vice*)
                               Eric S. Latzer (admitted *pro hac vice*)
                               Attorneys for Plaintiff,
                               The Wimbledon Fund, SPC (Class TT)

1