# EXHIBIT A

## Swartz IP Services - Efile Confirmation and Filed Forms Attached

### Frymi Biedak

| | |
|---|---|
| **Sent:** | Wednesday, November 09, 2011 1:45 PM |
| **To:** | mkatz@vecorpservices.com; sonali@vcorpservices.com |
| **Cc:** | david@abcxyz.cc; jeffreymsolomon@me.com; kjam@kjammedia.com |
| **Attachments:** | SWARTZ IP SERVICES GROUP.pdf (83 KB) |

Dear Ladies,

Attached please find confirmation of filing with the State of Texas.

Please let us how soon we can get a Certificate of Good Standing.

Thank you for your assistance.

Regards,

Frymi



PLAINTIFF'S EXHIBIT
7
JAM   3/27/19

JAM_TT_000498

| Form 201<br><br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br><br>Certificate of Formation<br>For-Profit Corporation | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 801350138 12/02/2010<br>Document #: 343365560002<br>Image Generated Electronically<br>for Web Filing |

## Article 1 - Entity Name and Type

The filing entity being formed is a for-profit corporation. The name of the entity is:

**Swartz IP Services Group Inc.**

The name must contain the word "corporation," "company," "incorporated," "limited," or an abbreviation of one of these terms. The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for "name availability" is recommended.

## Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be corporation named above) by the name of:

**Vcorp Services, LLC**

OR

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**10101 Fondren Road, Suite 515   Houston  TX  77096**

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

OR

☑B. The consent of the registered agent is maintained by the entity.

## Article 3 - Directors

The number of directors constituting the initial board of directors and the names and addresses of the person or persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified are set forth below:

Director 1: **Aaron   Grunfeld**

Address: **2049 Century Park East, Suite 3670   Los Angeles  CA, USA  90067**

## Article 4 - Authorized Shares

The total number of shares the corporation is authorized to issue and the par value of each of such shares, or a statement that such shares are without par value, is set forth below.

| Number of Shares | Par Value (must choose and complete either A or B) | Class | Series |
|---|---|---|---|
| **100,000** | ☑ A. has a par value of $.**001**<br>☐ B. without par value. | | |

If the shares are to be divided into classes, you must set forth the designation of each class, the number of shares of each class, and the par value (or statement of no par value), of each class. If shares of a class are to be issued in series, you must provide the designation of each series. The preferences, limitations, and relative rights of each class or series must be stated in space provided for supplemental information.

## Article 5 - Purpose

The purpose for which the corporation is organized is for the transaction of any and all lawful business for which corporations may be organized under the Texas Business Organizations Code.

### Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

JAM_TT_000499

## Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

## Organizer

The name and address of the organizer is set forth below.

**Effie Stern        5670 Wilshire Blvd. Suite 1530 Los Angeles CA 90036**

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**<u>Effie Stern</u>**

Signature of organizer

FILING OFFICE COPY

Secretary of State    6/14/2012 9:26:30 AM   PAGE   2/002   Fax Server

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Hope Andrade
Secretary of State

## Office of the Secretary of State

### CERTIFICATE OF FILING
### OF

#### Advisory IP Services Inc.
801350138

[formerly: Swartz IP Services Group Inc.]

The undersigned, as Secretary of State of Texas, hereby certifies that a Certificate of Amendment for the above named entity has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

Dated: 06/13/2012

Effective: 06/13/2012



Hope Andrade
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: Angie Hurtado          TID: 10303          Document: 435084240062

3AM_TT_000501

| **Form 424**<br>**(Revised 05/11)**<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>**Filing Fee: See instructions** | **Certificate of Amendment** | This space reserved for office use. |
|---|---|---|

## Entity Information

The name of the filing entity is:

Swartz IP Services Group Inc.

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

☑ For-profit Corporation                                ☐ Professional Corporation

☐ Nonprofit Corporation                                ☐ Professional Limited Liability Company

☐ Cooperative Association                            ☐ Professional Association

☐ Limited Liability Company                          ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is:  801350138

The date of formation of the entity is:  12/02/2010

## Amendments

### 1. Amended Name

(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

Advisory IP Services Inc.

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

### 2. Amended Registered Agent/Registered Office

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

JAM_TT_000502

Registered Agent
(Complete either A or B, but not both. Also complete C.)

☐ A.  The registered agent is an organization (cannot be entity named above) by the name of:

_____

**OR**

☐ B.  The registered agent is an individual resident of the state whose name is:

_____
*First Name*                        *M.I.*          *Last Name*                          *Suffix*

The person executing this instrument affirms that the person designated as the new registered agent has consented to serve as registered agent.

C.  The business address of the registered agent and the registered office address is:

_____ TX _____
*Street Address (No P.O. Box)*                          *City*                    *State*    *Zip Code*

### 3.  Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below.  If the space provided is insufficient, incorporate the additional text by providing an attachment to this form.  Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☐ **Add** each of the following provisions to the certificate of formation.  The identification or reference of the added provision and the full text are as follows:

☐ **Alter** each of the following provisions of the certificate of formation.  The identification or reference of the altered provision and the full text of the provision as amended are as follows:

☐ **Delete** each of the provisions identified below from the certificate of formation.

## Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

Form 424                                              7

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

```
```

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date:   6/13/2012

By: _____

Signature of authorized person

David Bergstein

Printed or typed name of authorized person (see instructions)

Form 424

8

JAM_TT_000504

 DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI   OH   45999-0023

Date of this notice:   11-10-2011

Employer Identification Number:
45-3776794

Form:  SS-4

Number of this notice:   CP 575 A

SWARTZ IP SERVICES GROUP INC
2425 COLORADO AVE STE 205
SANTA MONICA, CA  90404

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

     Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 45-3776794.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

     When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

     Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

                    Form 1120                         11/10/2011

     After our review of your information, we have determined that you have not filed
tax returns for the above-mentioned tax period(s) dating as far back as 2011.  Please
file your return(s) by 11/25/2011.  If there is a balance due on the return(s),
penalties and interest will continue to accumulate from the due date of the return(s)
until it is filed and paid.  If you were not in business or did not hire any employees
for the tax period(s) in question, please file the return(s) showing you have no
liabilities.

     If you have questions about the form(s) or the due date(s) shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods.*

     We assigned you a tax classification based on information obtained from you or your
representative.  It is not a legal determination of your tax classification, and is not
binding on the IRS.  If you want a legal determination of your tax classification, you may
request a private letter ruling from the IRS under the guidelines in Revenue Procedure
2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note:
Certain tax classification elections can be requested by filing Form 8832, *Entity
Classification Election.*  See Form 8832 and its instructions for additional information.

**IMPORTANT INFORMATION FOR S CORPORATION ELECTION:**

     If you intend to elect to file your return as a small business corporation, an
election to file a Form 1120-S must be made within certain timeframes and the
corporation must meet certain tests.  All of this information is included in the
instructions for Form 2553, *Election by a Small Business Corporation.*

JAM_TT_000505

(IRS USE ONLY)    575A              11-10-2011  SWAR  B  9999999999  SS-4

   If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative.  For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*.  If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

   The IRS is committed to helping all taxpayers comply with their tax filing obligations.  If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you.  Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services.  The list provides addresses, telephone numbers, and links to their Web sites.

   To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

   * Keep a copy of this notice in your permanent records.  **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.**

   * Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

   * Refer to this EIN on your tax-related correspondence and documents.

   If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you write, please tear off the stub at the bottom of this notice and send it along with your letter.  If you do not need to write us, do not complete and return the stub.  Thank you for your cooperation.


                   Keep this part for your records.      CP 575 A (Rev. 7-2007)

------------------------------------------------------------------------------------

   Return this part with any correspondence
   so we may identify your account.  Please                    CP 575 A
   correct any errors in your name or address.
                                                              9999999999

   Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  11-10-2011
   (    )       -                             EMPLOYER IDENTIFICATION NUMBER:  45-3776794
   _____   _____          FORM:  SS-4          NOBOD


   INTERNAL REVENUE SERVICE                    SWARTZ IP SERVICES GROUP INC
   CINCINNATI  OH   45999-0023                 2425 COLORADO AVE STE 205
   ΙιΙιΙιΙΙιΙΙιΙιΙιΙιΙΙιιΙΙιιιιΙιΙΙιΙΙιΙιΙ       SANTA MONICA, CA  90404


JAM_TT_000506

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697





Hope Andrade
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF FILING
## OF

### Swartz IP Services Group Inc.
File Number: 801350138

The undersigned, as Secretary of State of Texas, hereby certifies that a Certificate of Formation for the above named Domestic For-Profit Corporation has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

The issuance of this certificate does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 12/02/2010

Effective: 12/02/2010



Hope Andrade
Secretary of State

## RESOLUTIONS ADOPTED BY SOLE DIRECTOR
## OF
## SWARTZ IP SERVICES GROUP INC.

The undersigned, being the sole Director hereby adopts the following resolutions:

(1) RESOLVED, that the following persons be and they hereby are, elected to the designated offices of the Corporation, to serve until their successors are elected and qualify:

President:   David Bergstein

Secretary:   David Bergstein

(2) RESOLVED, that all the acts taken and resolutions adopted by the Incorporation Director are, approved, ratified and adopted.

(3) RESOLVED, that the specimen form of certificate annexed hereto be, and it hereby is, approved and adopted as the certificate representing the shares of this Corporation.

(4) RESOLVED, that the Secretarial Certificate annexed hereto reflecting the banking arrangements of the Corporation be, and it hereby is approved and the resolutions set forth therein adopted;

(5) RESOLVED, that the Corporation issue and deliver to the person or persons identified on Schedule A upon receipt of the consideration therefore, one or more certificates representing the number of shares of the Corporation described in Schedule A; and it was further;

(6) RESOLVED, that the Officers of the Corporation be, and they hereby are, authorized, empowered and directed to take any and all steps, and to execute and deliver any and all instruments in connection with consummating the transaction contemplated by the aforesaid proposal and in connection with carrying the foregoing resolutions into effect.

Dated: As of December 2, 2010

David Bergstein, Director

1

## CERTIFICATE OF SECRETARY

WHEREAS, the Board of Directors has determined it to be in the best interest of the Corporation to establish a banking resolution, be it:

RESOLVED, that the Corporation has the authority to transact banking business, including but not limited to the maintenance of savings, checking and other accounts as well as borrowing.

The undersigned hereby certifies that he is the duly elected and qualified Secretary of the corporation duly formed pursuant to the laws of the state of Texas and that the foregoing is a true record of a resolution adopted by the Sole Director in accordance with state law and the Bylaws of the above-named Corporation and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary and have hereunto affixed the corporate seal of the above-named Corporation this 2nd day, December 2011.

By: David Bergstein
Its: Secretary

2

JAM_TT_000509

# BY-LAWS OF
# SWARTZ IP SERVICES GROUP INC.,
# A TEXAS CORPORATION

## ARTICLE I
## OFFICES

Section 1.01 **Offices.** The Corporation shall have its registered office in the State of Texas, and may have such other offices and places of business within or outside the State of Texas as the Board of Directors may from time to time determine or the business of the Corporation may require.

## ARTICLE II
## STOCKHOLDERS

Section 2.01 **Place of Meetings**. Meetings of stockholders for any purpose may be held at such place or places, either within or outside the State of Texas, as shall be designated by the Board of Directors, or by the Chief Executive Officer or the President, as the case may be, with respect to meetings called by him.

Section 2.02 **Annual Meeting**. The annual meeting of stockholders shall be held on such date as may be determined by the Board of Directors. At such meeting, the stockholders shall elect a Board of Directors and transact such other business as may properly come before the meeting.

Section 2.03 **Special Meetings**. Special meetings of stockholders may be called at any time by the Board of Directors, a Chief Executive Officer or by the President, as the case may be and shall be called by the Chief Executive Officer or the President or Secretary, as the case may be, at the written request of stockholders owning a majority of the shares of the Corporation then outstanding and entitled to vote.

Section 2.04 **Notice of Meetings**. Written notice of the annual meeting or any special meeting of stock shall be given to each stockholder entitled to vote thereat, not less than ten nor more than sixty days prior to the meeting, except as otherwise required by statute, and shall state the time and place and, in the case of a special meeting, the purpose or purposes of the meeting. Notice need not be given, however, to any stockholder who submits a signed waiver of notice, before or after the meeting, or who attends the meeting in person or by proxy without objecting to the transaction of business.

Section 2.05 **Quorum**. At all meetings of stockholders, the holders of a majority of the stock issued and outstanding and entitled to vote thereat, present in person or represented by proxy, shall constitute a quorum for the transaction of business, except as otherwise provided by statute, the Certificate of Incorporation or these By-Laws. When a quorum is once present to organize a meeting, it is not broken by the subsequent withdrawal of any stockholder.

Section 2.06 **Voting**. (a) At all meetings of stockholders, each stockholder having the right to vote thereat may vote in person or by proxy, and, unless otherwise provided in the Certificate of Incorporation or in any resolution providing for the issuance of any

JAM_TT_000510

class or series of stock adopted by the Board of Directors pursuant to authority vested in the Board by the Certificate of Incorporation, shall have one vote for each share of stock registered in his name. Election of directors shall be by written ballot.

(b) When a quorum is once present at any meeting of stockholders, a majority of the votes cast, whether in person or represented by proxy, shall decide any question or proposed action brought before such meeting, except for the election of directors, who shall be elected by a plurality of the votes cast, or unless the question or action is one upon which a different vote is required by express provision of statute, the Certificate of Incorporation or these By-Laws or an agreement among stockholders, in which case such provision shall govern the vote on the decision of such question or action.

Section 2.07 **Adjourned Meetings**. Any meeting of stockholders may be adjourned to a designated time and place by a vote of a majority in interest of the stockholders present in person or by proxy and entitled to vote, even though less than a quorum is present, or by the Chief Executive Officer or the President, as the case may be if a quorum of stockholders is not present. No notice of such adjourned meeting need be given, other than by announcement at the meeting at which adjournment is taken, and any business may be transacted at the adjourned meeting which might have been transacted at the meeting as originally called. However, if such adjournment is for more than thirty days, or if after such adjournment a new record date is fixed for the adjourned meeting, a notice of the adjourned meeting shall be given to each stockholder of record entitled to vote at such meeting.

Section 2.08 **Action by Written Consent of Stockholders**. Any action of the stockholders required or permitted to be taken at any regular or special meeting thereof may be taken without any such meeting, notice of meeting or vote if a consent in writing setting forth the action thereby taken is signed by the holders of outstanding stock having not less than the number of votes that would have been necessary to authorize such action at a meeting at which all shares entitled to vote were present and voted. Prompt notice of the taking of any such action shall be given to any stockholders entitled to vote who have not so consented in writing.

Section 2.09 **Stockholders of Record**. (a) The stockholders from time to time entitled to notice of or to vote at any meeting of stockholders or any adjournment thereof, or to express consent to any corporate action without a meeting, or entitled to receive payment of any dividend or other distribution or the allotment of any rights, or entitled to exercise any rights in respect of any change, conversion or exchange of stock or for the purpose of any other lawful action, shall be the stockholders of record as of the close of business on a date fixed by the Board of Directors as the record date for any such purpose. Such a record date shall not precede the date upon which the resolution fixing the record date is adopted by the Board of Directors, and shall not, with respect to stockholder meetings, be more than sixty days nor less than ten days before the date of such meeting, or, with respect to stockholder consents, more than ten days after the date upon which the resolution fixing the record date is adopted by the Board of Directors.

(b) If the Board of Directors does not fix a record date, (i) the record date for the determination of stockholders entitled to notice of or to vote at a meeting of stockholders shall be as of the close of business on the day next preceding the day on

JAM_TT_000511

which notice of such meeting is given, or, if notice is waived as provided herein, on the day next preceding the day on which the meeting is held; (ii) the record date for determining stockholders entitled to express consent to corporate action in writing without a meeting, where no prior action by the Board of Directors is necessary, shall be the close of business on the day on which the first signed written consent setting forth the action taken or proposed to be taken is delivered to the Corporation; and (iii) the record date for determining stockholders for any other purpose shall be at the close of business on the day on which the resolution of the Board of Directors relating thereto is adopted.

**ARTICLE III**
**DIRECTORS**

Section 3.01 **Board of Directors**. The management of the affairs, property and business of the Corporation shall be vested in a Board of Directors, the members of which need not be stockholders. In addition to the power and authority expressly conferred upon it by these By-Laws and the Certificate of Incorporation, the Board of Directors may take any action and do all such lawful acts and things on behalf of the Corporation and as are not by statute or by the Certificate of Incorporation or these By-Laws required to be taken or done by the stockholders.

Section 3.02 **Number.** The number of directors shall be as fixed from time to time by the Board of Directors.

Section 3.03 **Election and Term of Directors**. At each annual meeting of the stockholders, the stockholders shall elect directors to hold office until the next annual meeting. Each director shall hold office until the expiration of such term and until his successor, if any, has been elected and qualified, or until his earlier resignation or removal.

Section 3.04 **Annual and Regular Meetings**. The annual meeting of the Board of Directors shall be held promptly after the annual meeting of stockholders, and regular meetings of the Board of Directors may be held at such times as the Board of Directors may from time to time determine. No notice shall be required for the annual or any regular meeting of the Board of Directors.

Section 3.05 **Special Meetings**. Special meetings of the Board of Directors may be called by the Chief Executive Officer or the President, as the case may be, by an officer of the corporation who is also a director or by any two directors, upon one day's notice to each director either personally or by mail, telephone, telecopier, telegraph or electronically, and if by telephone, telecopier, electronically or telegraph confirmed in writing before or after the meeting, setting forth the time and place of such meeting. Notice of any special meeting need not be given, however, to any director who submits a signed waiver of notice, before or after the meeting, or who attends the meeting without objecting to the transaction of business.

Section 3.06 **Place of Meetings**. (a) The Board of Directors may hold its meetings, regular or special, at such places, either within or outside the State of Texas, as it may from time to time determine or as shall be set forth in any notice of such meeting.

(b) Any meeting of the Board of Directors may be held by means of conference telephone or similar communications equipment whereby all persons participating in

JAM_TT_000512

the meeting can hear each other, and such participation shall constitute presence at the meeting.

Section 3.07 **Adjourned Meetings**. A majority of the directors present, whether or not a quorum, may adjourn any meeting of the Board of Directors to another time and place. Notice of such adjourned meeting need not be given if the time and place thereof are announced at the meeting at which the adjournment is taken.

Section 3.08 **Quorum of Directors**. A majority of the total number of directors shall constitute a quorum for the transaction of business. The total number of directors means the number of directors the Corporation would have if there were no vacancies.

Section 3.09 **Action of the Board of Directors**. The vote of a majority of the directors present at a meeting at which a quorum is present shall be the act of the Board of Directors, unless the question or action is one upon which a different vote is required by express provision of statute, the Certificate of Incorporation or these By-Laws, in which case such provision shall govern the vote on the decision of such question or action. Each director present shall have one vote.

Section 3.10 **Action by Written Consent of Directors**. Any action required or permitted to be taken at any meeting of the Board of Directors or of any committee thereof may be taken without a meeting, if a written consent thereto is signed by all members of the Board of Directors or of such committee, and such written consent is filed with the minutes of proceedings of the Board of Directors or committee.

Section 3.11 **Resignation**. A director may resign at any time by giving written notice to the Board of Directors, the Chief Executive Officer or the President, as the case may be, or the Secretary of the Corporation. Unless otherwise specified in the notice, the resignation shall take effect upon receipt by the Board of Directors or such officer, and acceptance of the resignation shall not be necessary.

Section 3.12 **Removal of Directors**. Any or all of the directors may be removed with or without cause by the stockholders.

Section 3.13 **Newly Created Directorships and Vacancies**. Newly created directorships resulting from an increase in the number of directors or vacancies occurring in the Board of Directors for any reason except the removal of directors without cause may be filled by a vote of the majority of the directors then in office, although less than a quorum. Vacancies occurring by reason of the removal of directors without cause shall be filled by a vote of the stockholders. A director elected to fill a newly created directorship or to fill any vacancy shall hold office until the next annual meeting of stockholders, and until his successor, if any, has been elected and qualified.

Section 3.14 **Chairman**. At all meetings of the Board of Directors the Chairman of the Board or, if one has not been elected or appointed or in his absence, a chairman chosen by the directors present at such meeting, shall preside.

Section 3.15 **Committees Appointed by the Board of Directors**. The Board of Directors may, by resolution passed by a majority of the entire Board of Directors or by written consent of all of the directors, designate one or more committees, each committee to consist of one or more of the directors. The Board may also designate one or more directors as alternate members of any committee who may replace any

absent or disqualified committee member at any committee meeting. Any such committee, to the extent provided in the resolution, except as restricted by law, shall have and may exercise the powers of the Board of Directors in the management of the affairs, business and property of the Corporation, and may authorize the seal of the Corporation to be affixed to all papers which may require it.

Section 3.16 **Compensation**. No compensation shall be paid to directors, as such, for their services, but the Board of Directors may authorize payment of an annual retainer and/or fixed sum and expenses for attendance at each annual, regular or special meeting of the Board of Directors. Nothing herein contained shall be construed to preclude any director from serving the corporation in any other capacity and receiving compensation therefor.

## ARTICLE IV
## OFFICERS

Section 4.01 **Offices, Election and Term**. (a) At its annual meeting the Board of Directors shall elect or appoint (i) a Chief Executive Officer or President, as the case may be, and (ii) a Secretary, and may, in addition, elect or appoint at any time such other officers as it may determine. Any number of offices may be held by the same person.

(b) Unless otherwise specified by the Board of Directors, each officer shall be elected or appointed to hold office until the annual meeting of the Board of Directors next following his election or appointment and until his successor, if any, has been elected or appointed and qualified, or until his earlier resignation or removal.

(c) Any officer may resign at any time by giving written notice to the Board of Directors, the Chief Executive Officer or the President, as the case may be, or the Secretary of the Corporation. Unless otherwise specified in the notice, the resignation shall take effect upon receipt thereof, and the acceptance of the resignation shall not be necessary to make it effective.

(d) Any officer elected or appointed by the Board of Directors may be removed by the Board of Directors with or without cause. Any vacancy occurring in any office by reason of death, resignation, removal or otherwise may be filled by the Board of Directors.

Section 4.02 **Powers and Duties**. The officers, agents and employees of the corporation shall each have such powers and perform such duties in the management of the affairs, property and business of the Corporation, subject to the control of and limitation by the Board of Directors, as generally pertain to their respective offices, as well as such powers and duties as may be authorized from time to time by the Board of Directors.

Section 4.03 **Sureties and Bonds**. If the Board of Directors shall so require, any officer, agent or employee of the Corporation shall furnish to the Corporation a bond in such sum and with such surety or sureties as the Board of Directors may direct, conditioned upon the faithful performance of his duties to the Corporation and including responsibility for negligence and for the accounting for all property, funds or securities of the corporation which may come into his hands.

## ARTICLE V

## CERTIFICATES AND TRANSFER OF SHARES

Section 5.01 **Certificates**. Unless otherwise provided pursuant to the General
Corporation Law of the State of Texas, the shares of stock of the Corporation shall be
represented by certificates, as provided by the General Corporation Law of the State
of Texas. They shall be numbered and entered in the books of the Corporation as they
are issued.

Section 5.02 **Lost or Destroyed Certificates**. The Board of Directors may in its
discretion authorize the issuance of a new certificate or certificates in place of any
certificate or certificates theretofore issued by the Corporation, alleged to have been
lost, stolen or destroyed. As a condition of such issuance, the Board of Directors may
require, either generally or in each case, the record holder of such certificates, or his
legal representative, to furnish an affidavit setting forth the facts of such alleged loss,
theft or destruction, together with proof of advertisement of the alleged loss, theft or
destruction, and a bond with such surety and in such form and amount as the Board
may specify indemnifying the Corporation, any transfer agent and registrar against
any claim against any of them relating to such lost, stolen or destroyed certificates.

Section 5.03 **Transfer of Shares**. (a) Upon surrender to the Corporation or the
transfer agent of the Corporation of a certificate for shares or other securities of the
Corporation duly endorsed or accompanied by proper evidence of succession,
assignment or authority to transfer, the corporation shall issue a new certificate to the
person entitled thereto, and cancel the old certificate, except to the extent the
Corporation or such transfer agent may be prevented from so doing by law, by the
order or process of any court of competent jurisdiction, or under any valid restriction
on transfer imposed by the Certificate of Incorporation, these By-Laws, or agreement
of security holders. Every such transfer shall be entered on the transfer books of the
Corporation.

(b) The Corporation shall be entitled to treat the holder of record of any share or other
security of the Corporation as the holder in fact thereof and shall not be bound to
recognize any equitable or other claim to or interest in such share or security on the
part of any other person whether or not it shall have express or other notice thereof,
except as expressly provided by law.

## ARTICLE VI
## INDEMNIFICATION

Section 6.01 **Indemnification**. The Corporation shall indemnify the directors,
officers, agents and employees of the Corporation in the manner and to the full extent
provided in the General Corporation Law of the State of Texas. Such indemnification
may be in addition to any other rights to which any person seeking indemnification
may be entitled under any agreement, vote of stockholders or directors, any provision
of these By-Laws or otherwise. The directors, officers, employees and agents of the
Corporation shall be fully protected individually in making or refusing to make any
payment or in taking or refusing to take any other action under this Article VI in
reliance upon the advice of counsel.

## ARTICLE VII
## MISCELLANEOUS

JAM_TT_000515

Section 7.01 **Corporate Seal**. The seal of the Corporation shall be circular in form and bear the name of the Corporation, the year of its organization and the words, "Corporate Seal, Texas". The seal of the certificates for shares or any corporate obligation for the payment of money, or on any other instrument, may be a facsimile, engraved, printed or otherwise reproduced.

Section 7.02 **Execution of Instruments**. All corporate instruments and documents shall be signed or countersigned, executed, and, if desired, verified or acknowledged by a proper officer or officers or such other person or persons as the Board of Directors may from time to time designate.

Section 7.03 **Fiscal Year**. The fiscal year of the Corporation shall be as determined by the Board of Directors.

**ARTICLE VIII**
**AMENDMENTS**

Section 8.01 **Amendments**. These By-Laws may be altered, amended or repealed from time to time by the stockholders or by the Board of Directors without the assent or vote of the stockholders.

JAM_TT_000516

# CERTIFICATE OF SECRETARY

## OF

**Swartz IP Services Group Inc.**
**A Texas Corporation**

I am the duly elected, qualified and acting Secretary of Swartz IP Services Group Inc., a Texas corporation, and certify that the foregoing Bylaws were adopted as the Bylaws of the Corporation as of December 02, 2010 by the Director of the Corporation.

Dated:  As of December 02, 2010

David Bergstein, Secretary

| Form 406<br>(Revised 05/11)<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>**Filing Fee: See instructions** | <br><br>**Amendment to Registration** | This space reserved for office use. |

## Entity Information

1. The legal name of the filing entity is:

Swartz IP Services Group Inc.

_State the name of the entity as currently shown in the records of the secretary of state._

2. If the entity attained its registration under an assumed name, the qualifying assumed name as shown on the records of the secretary of state is:

3. The registration was issued to the entity on:    12/02/2010

                                                            _mm/dd/yyyy_

The file number issued to the filing entity by the secretary of state is:    801350138

## Amendments to Application

4. The registration is amended to change the legal name of the entity as amended in the entity's jurisdiction of formation. The new name is:

IP Services Group Inc.

5. The new name of the entity is not available for use in Texas or fails to include an appropriate organizational designation. Or, the entity wishes to amend the qualifying assumed name stated on its application for registration or amended registration. The assumed name the entity elects to adopt for purposes of maintaining its registration is:

6. The registration is amended to change the business or activity stated in its application for registration or amended registration. The business or activity that the entity proposes to pursue in this state is:

The entity certifies that it is authorized to pursue the same business or activity under the laws of the entity's jurisdiction of formation.

Form 406                                                                    4

JAM_TT_000518

## Other Changes to the Application for Registration

7.  The foreign filing entity desires to amend its application for registration to make changes other than or in addition to those stated above. Statements contained in the original application or any amended application are identified by number or description and changed to read as follows:

```
┌──────────────────────────────────────────────────────────────┐
│                                                              │
│                                                              │
│                                                              │
│                                                              │
│                                                              │
└──────────────────────────────────────────────────────────────┘
```

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

```
┌──────────────────────────────────────────────────────────────┐
│                                                              │
│                                                              │
│                                                              │
│                                                              │
└──────────────────────────────────────────────────────────────┘
```

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date:   06/11/2012 _____

_____
Signature of authorized person (see instructions)

David Bergstein
_____
Printed or typed name of authorized person.

Form 406

5

JAM_TT_000519