# EXHIBIT B

| Name of Entity | State of Incorp. | Date of Incorp. | Address | Responsible Party | EIN Number |
|---|---|---|---|---|---|
| Arius Libra Inc. | Delaware | 07/28/11 | Santa Monica, CA | Graybox LLC | 45-3847462 |
| Boson LLC | Delaware | 06/22/11 | Santa Monica, CA | Graybox LLC | 45-3767976 |
| CAC Group Inc. | Delaware | 11/04/11 | Santa Monica, CA | K-Jam Media Inc. | 36-4716899 |
| Cyrano Group Inc. | Delaware | 11/04/11 | Santa Monica, CA | Graybox LLC | 45-3963040 |
| Gion Funding Settlements Inc. | Delaware | 12/29/10 | Santa Monica, CA | Graybox LLC | 45-3718309 |
| Hojo Capital Partners Corp. | Delaware | 11/24/10 | Santa Monica, CA | Graybox LLC | 45-3738411 |
| Integrated Administration | California | 08/09/11 | Irvine, CA | ? | 45-2964422 |
| K-Jam Media Inc. | California | 02/09/07 | Irvine, CA | ? | 20-8441091 |
| Kambe Asset Management Group Inc. | Delaware | 12/29/10 | Santa Monica, CA | Gion Funding Settlements Inc. | 35-2426386 |
| Matrix Hub | Delaware | 10/05/11 | Santa Monica, CA | Graybox LLC | 45-4072885 |
| New View Entertainment Co. Inc. | Delaware | 07/28/11 | | | |
| Nobunaga Unity LLC | Delaware | 10/21/10 | | | |
| Owari Opus Inc. | Delaware | 10/21/10 | | | |
| Pagoda Services Inc. | California | 04/22/11 | Santa Monica, CA | ? | 45-1874276 |
| Pineboard Holdings Inc. | Delaware | 09/08/11 | Santa Monica, CA | Graybox LLC | 45-3838252 |
| Swartz IP Services Group Inc. | Texas | 12/02/10 | Santa Monica, CA | Graybox LLC | 45-3776794 |
| Tristate Lighting Inc. | Delaware | 11/04/11 | | | |

JAM_TT_001207



PLAINTIFF'S EXHIBIT 5
JAM 3/27/19

| Name of Entity | EIN Number |
| --- | --- |
| Arius Libra Inc. | 45-3847462 |
| Boson LLC | 45-3767976 |
| CAC Group Inc. | 36-4716899 |
| Cyrano Group Inc. | 45-3963040 |
| Gion Funding Settlements Inc. | 45-3718309 |
| Hojo Capital Partners Corp. | 45-3738411 |
| Integrated Administration | 45-2964422 |
| K-Jam Media Inc. | 20-8441091 |
| Kambe Asset Management Group Inc. | 35-2426386 |
| Matrix Hub | 45-4072885 |
| Nobunaga Unity LLC | None |
| Owari Opus Inc. | None |
| Pagoda Services Inc. | 45-1874276 |
| Pineboard Holdings Inc. | 45-3838252 |
| Swartz IP Services Group Inc. | 45-3776794 |
| Tristate Lighting Inc. | None |

JAM_TT_001208