# EXHIBIT C

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


THE WIMBLEDON FUND, SPC (CLASS        )
TT),                                   )
                                       )
                    PLAINTIFFS,        )
                                       )
        VS.                            ) CASE NO.
                                       ) 2:15-CV-6633-CAS-ASJWx
                                       )
GRAYBOX LLC; INTEGRATED                )
ADMINISTRATION; EUGENE SCHER, AS       )
TRUSTEE OF BERGSTEIN TRUST; AND        )
CASCADE TECHNOLOGIES CORP,             )
                                       )
                    DEFENDANTS.        )
_____)




VIDEOTAPED DEPOSITION OF MAJID ZARRINKELK

TAKEN ON

TUESDAY, MARCH 26, 2019




Sandra Mitchell
C.S.R. 12553

Majid Zarrinkelk                                                      03-26-19

---

## Page 2

```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3
 4     THE WIMBLEDON FUND, SPC (CLASS   )
       TT),                          )
 5                                   )
              PLAINTIFFS,   )
 6                                   )
       VS.              ) CASE NO.
 7                         ) 2:15-CV-6633-CAS-ASJWx
                                     )
 8     GRAYBOX LLC; INTEGRATED        )
       ADMINISTRATION; EUGENE SCHER, AS )
 9     TRUSTEE OF BERGSTEIN TRUST; AND )
       CASCADE TECHNOLOGIES CORP,     )
10                                   )
              DEFENDANTS.   )
11     _____)
12
13
14
15
16         VIDEOTAPED DEPOSITION OF MAJID ZARRINKELK, taken
17     on behalf of the Plaintiff, at 10100 Santa Monica Boulevard,
18     13th Floor, Los Angeles, California, commencing at
19     10:29 a.m., Tuesday, March 26, 2019, before Sandra Mitchell,
20     C.S.R. 12553, pursuant to Notice.
21
22
23
24
25
```

## Page 3

```
 1     APPEARANCES:
 2     For the Plaintiffs, THE WIMBLEDON FUND, SPC (CLASS TT):
 3         COLE SCHOTZ
           BY:  JAMES W. WALKER, ESQ.
 4         901 MAIN STREET, SUITE 4120
           DALLAS, TEXAS 75202
 5         (469) 557-9391
           E-MAIL: JWALKER@COLESCHOLTZ.COM
 6
 7     For the Plaintiffs, THE WIMBLEDON FUND, SPC (CLASS TT):
 8         COLE SCHOTZ
           BY:  ERIC S. LATZER, ESQ.
 9         COURT PLAZA NORTH
           25 MAIN STREET
10         HACKENSACK, NEW JERSEY 07601
           (201) 525-6281
11         E-MAIL: ELATZER@COLESCHOTZ.COM
12
13     For the Defendants, KIA JAM:
14         LAW OFFICE OF DAVID WIECHERT
           BY: DAVID WIECHERT, ESQ.
15         27136 PASEO ESPADA, SUITE B1123
           SAN JUAN CAPISTRANO, CALIFORNIA 92675
16         (949) 361-2822
           E-MAIL: DWEICHERT@AOL.COM
17
       For the WITNESS, MAJID ZARRINKELK:
18
           (IN PRO PER)
19
20
       Also Present:
21
           MICHELLE BARTFAY, VIDEOGRAPHER
22
23
24
25
```

## Page 4

```
 1                           I-N-D-E-X
 2     WITNESS
 3     MAJID ZARRINKELK
 4                             PAGE
 5         EXAMINATION BY MR. LATZER        7
 6
 7                         E X H I B I T S
 8     NUMBER        DESCRIPTION          PAGE
 9     EXHIBIT 33 - NOTICE OF TAKING DEPOSITION OF MAJID    7
                    ZARRINKELK
10
       EXHIBIT 34 - BOARD OF ACCOUNTANCY APPLICATION    13
11         1/30/1987
12     EXHIBIT 35 - BUSINESS ACCOUNT APPLICATION - WELLS    62
                    FARGO
13
14     EXHIBIT 36 - BUSINESS ACCOUNT APPLICATION - WELLS    69
                    FARGO
15     EXHIBIT 37 - BUSINESS ACCOUNT APPLICATION - WELLS    75
                    FARGO BANK - PINEBOARD HOLDINGS,
16                  INC.
17     EXHIBIT 38 - BANK STATEMENT FOR SWARTZ IP    85
                    SERVICES GROUP, INC.
18
       EXHIBIT 39 - BANK STATEMENT FOR SWARTZ IP    88
19                  SERVICES GROUP
20     EXHIBIT 40 - BANK STATEMENTS FOR INTEGRATED    93
                    ADMINISTRATION
21
       EXHIBIT 41 - E-MAIL - RAY SHAHAB - NOVEMBER 23RD,    123
22         2011
23     EXHIBIT 42 - E-MAILS - NOVEMBER 29TH, 2011    135
24
25
```

## Page 5

```
 1             I N D E X (Continued)
 2                  E X H I B I T S
 3
 4     NUMBER       DESCRIPTION        PAGE
 5     EXHIBIT 43 - E-MAIL - DECEMBER 8TH, 2011      143
 6     EXHIBIT 44 - E-MAIL - JANUARY 20TH, 2012      152
 7     EXHIBIT 45 - E-MAIL - SEPTEMBER 6, 2012      161
 8     EXHIBIT 46 - E-MAIL - DECEMBER 6, 2013      173
 9     EXHIBIT 47 - CERTIFICATION OF LACK OF RECORD FOR    181
                    SWARTZ IP SERVICES GROUP, INC.
10
       EXHIBIT 48 - CERTIFICATION OF LACK OF RECORD    183
11                  PINEBOARD HOLDINGS
12     EXHIBIT 49 - CERTIFICATION OF LACK OF RECORD FOR    186
                    INTEGRATED ADMINISTRATION
13
14
15         QUESTIONS NOT ANSWERED
16             (NONE)
17     INFORMATION REQUESTED
18             (NONE)
19
20
21
22
23
24
25
```

eLitigation Services, Inc. - els@els-team.com

Majid Zarrinkelk                                                            03-26-19

---

Page 6

| | | |
|--|--|--|
| 00:00:02 | 1 | LOS ANGELES, CALIFORNIA, TUESDAY, MARCH 26, 2019 |
| | 2 | AT 10:29 A.M. |
| | 3 | |
| | 4 | THE VIDEOGRAPHER: Good morning. We are now on |
| 10:29:27 | 5 | the record. My name is Michelle Barffay. I'm a |
| | 6 | certified legal video specialist working with |
| | 7 | eLitigation Services, Inc. I'm not a relative nor |
| | 8 | employee of any of the parties and have no financial |
| | 9 | interest in the outcome of this action. |
| 10:29:42 | 10 | Today's date is March 26, 2019. The current |
| | 11 | time is 10:29 a.m. Today's deposition is taking place |
| | 12 | at 10100 Santa Monica Boulevard, Los Angeles, |
| | 13 | California. This is the videotaped deposition of Majid |
| | 14 | Zarrinkelk. Consolidated case number is |
| 10:30:06 | 15 | 2:15-CV-6633-CAS-AJWx in the entitled case matter is The |
| | 16 | Wimbledon Fund versus Graybox LLC, et al. The court |
| | 17 | reporter today is Sandra Mitchell. |
| | 18 | Counsel, will you please introduce yourself and |
| | 19 | state whom you represent. |
| 10:30:28 | 20 | MR. LATZER: Eric Latzer for the plaintiff. |
| | 21 | MR. MIGLER: William Migler for defendant, |
| | 22 | Kiarash Jam. |
| | 23 | MR. WALKER: Jim Walker for the plaintiff. |
| | 24 | THE VIDEOGRAPHER: And will the court reporter |
| 10:30:42 | 25 | please swear in the witness. |

---

Page 7

| | | |
|--|--|--|
| 10:30:42 | 1 | THE REPORTER: Please raise your right hand. |
| | 2 | Do you solemnly swear in the cause |
| | 3 | now pending to tell the truth, the |
| | 4 | whole truth, and nothing but the |
| 10:30:42 | 5 | truth so help you God? |
| | 6 | MAJID ZARRINKELK, |
| | 7 | having been duly sworn, |
| | 8 | was examined and testified as follows: |
| | 9 | |
| 10:30:42 | 10 | EXAMINATION |
| | 11 | BY MR. LATZER: |
| | 12 | Q   Good morning, sir. |
| | 13 | A   Good morning. |
| | 14 | Q   Can you please state your name for the record. |
| 10:31:00 | 15 | A   Majid Zarrinkelk. |
| | 16 | Q   Okay. Mr. Zarrinkelk, I'm going to show you |
| | 17 | what's marked as Exhibit 33. |
| | 18 | (Exhibit 33 was marked for |
| | 19 | identification by the Court Reporter |
| 10:31:16 | 20 | and is attached hereto.) |
| | 21 | BY MR. LATZER: |
| | 22 | Q   Is this the notice of deposition with which you |
| | 23 | were served along with the subpoena issued in this |
| | 24 | matter? |
| 10:31:24 | 25 | A   I did not receive this part, but I received the |

---

Page 8

| | | |
|--|--|--|
| 10:31:28 | 1 | subpoena. I received this part. |
| | 2 | Q   Okay. And you're appearing today pursuant to |
| | 3 | the subpoena? |
| | 4 | A   That's correct. |
| 10:31:33 | 5 | Q   Okay. And you're not represented by counsel |
| | 6 | today? |
| | 7 | A   That is correct. |
| | 8 | Q   Okay. So to be clear, Mr. Migler does not |
| | 9 | represent you? |
| 10:31:40 | 10 | A   That is correct. |
| | 11 | Q   Okay. Have you ever been deposed before? |
| | 12 | A   Yes, I have. |
| | 13 | Q   Okay. How many times? |
| | 14 | A   A few times. Two or three times. |
| 10:31:54 | 15 | Q   Two or three times? |
| | 16 | A   Yes. |
| | 17 | Q   Okay. And when was the last time? |
| | 18 | A   Winter of 2017 in New York. I was deposed by |
| | 19 | FBI, Department of Justice, and SEC. |
| 10:32:17 | 20 | Q   Okay. And what was that with respect to? |
| | 21 | A   It was more or less related to same matter. |
| | 22 | Not entirely this case but matters of -- concerning |
| | 23 | David Bergstein. |
| | 24 | Q   Okay. And were there matters concerning |
| 10:32:41 | 25 | Mr. Jam as well? |

---

Page 9

| | | |
|--|--|--|
| 10:32:42 | 1 | A   Mr. Jam was associated with Mr. Bergstein. So |
| | 2 | therefore, I'm Mr. Jam's CPA. And as a result of that, |
| | 3 | they deposed me on the issue. |
| | 4 | Q   Okay. And so you traveled to New York for |
| 10:32:56 | 5 | that? |
| | 6 | A   Yes, I did. |
| | 7 | Q   And you said that was in the winter of 2017? |
| | 8 | A   I believe it was -- if I'm not mistaken, it was |
| | 9 | October of 2017 again. |
| 10:33:09 | 10 | Q   Okay. And approximately how long did that |
| | 11 | meeting last? |
| | 12 | A   About seven hours. |
| | 13 | Q   Okay. One day? |
| | 14 | A   One day. |
| 10:33:19 | 15 | Q   And you provided testimony under oath? |
| | 16 | A   No. I don't believe that it was under oath. |
| | 17 | Q   Okay. So was it an interview? |
| | 18 | A   That's correct. |
| | 19 | Q   Okay. And what did you tell them about |
| 10:33:45 | 20 | Mr. Bergstein? |
| | 21 | A   Whatever they questioned me. It was |
| | 22 | seven hours of question, so I can't summarize it in one |
| | 23 | word. |
| | 24 | Q   Okay. All right. We'll come back to that. |
| 10:34:03 | 25 | A   Sure. |

---

Majid Zarrinkelk                                        03-26-19

---

Page 10

| 10:34:03 | 1 | Q   Prior to that, what you've described as an |
| | 2 | interview, did you sit for -- strike that. |
| | 3 |       When was the last time you sat for a |
| | 4 | deposition? |
| 10:34:20 | 5 | A   Very long time ago.  If I'm not mistaken, it |
| | 6 | was a case that an employee sued us, and we were deposed |
| | 7 | by the attorney. |
| | 8 | Q   Okay. |
| | 9 | A   That's about 20 years ago. |
| 10:34:36 | 10 | Q   Okay.  Did you do anything to prepare for this |
| | 11 | deposition today? |
| | 12 | A   No. |
| | 13 | Q   Okay.  Did you speak to anyone about it? |
| | 14 | A   I'm sorry, what? |
| 10:34:47 | 15 | Q   Did you speak to anyone about it? |
| | 16 | A   I spoke with Mr. Jam.  I spoke with Mr. Jam's |
| | 17 | attorney. |
| | 18 | Q   Okay. |
| | 19 | A   Just -- I informed them that I'm coming for |
| 10:34:58 | 20 | this deposition.  Nothing beyond that. |
| | 21 | Q   And what did Mr. Jam say, if anything? |
| | 22 | A   He did not say nothing. |
| | 23 | Q   Okay.  So you spoke to Mr. Jam sometime after |
| | 24 | you received the subpoena? |
| 10:35:09 | 25 | A   I -- I speak with Mr. Jam -- |

Page 11

| 10:35:12 | 1 | Q   Just let me finish the question. |
| | 2 | A   I'm sorry. |
| | 3 | Q   You spoke with Mr. Jam sometime after you |
| | 4 | received the subpoena? |
| 10:35:17 | 5 | A   That is correct.  I spoke with Mr. Jam this |
| | 6 | Monday or Tuesday.  Well, let me see.  Monday.  He just |
| | 7 | came back and we speak frequently.  I'm his business |
| | 8 | manager.  I handle his -- most of his financial matters. |
| | 9 | So therefore, we talk very frequently.  And I mentioned |
| 10:35:41 | 10 | to him that I am being subpoenaed and I'm coming for |
| | 11 | disposition -- for deposition. |
| | 12 | Q   Okay.  And what was his response to that? |
| | 13 | A   Nothing. |
| | 14 | Q   He didn't say anything? |
| 10:35:52 | 15 | A   He said that he was coming to see you guys |
| | 16 | tomorrow. |
| | 17 | Q   Okay. |
| | 18 | A   That's all. |
| | 19 | Q   Have you ever had a discussion with him about |
| 10:36:00 | 20 | this litigation? |
| | 21 | A   For the past two, three years that a lot of |
| | 22 | litigation has been going on, I have been involved with |
| | 23 | that.  So therefore, that has been a lot of discussion |
| | 24 | about -- not only this -- all the matters that happened |
| 10:36:18 | 25 | to him. |

Page 12

| 10:36:20 | 1 | Q   Okay.  And with what other litigations have you |
| | 2 | been involved other than this one? |
| | 3 | A   The same one that -- as I said, I went to New |
| | 4 | York. |
| 10:36:31 | 5 | Q   The criminal matter? |
| | 6 | A   That is correct. |
| | 7 | Q   Anything else? |
| | 8 | A   No. |
| | 9 | Q   Okay.  Sir, do you hold any professional |
| 10:36:42 | 10 | licenses? |
| | 11 | A   Yes, I do. |
| | 12 | Q   Okay.  What kind of license? |
| | 13 | A   I am -- I'm a certified public accountant.  I'm |
| | 14 | also a certified cos- -- chartered management |
| 10:36:55 | 15 | accountant.  CGMA and CPA. |
| | 16 | Q   Okay.  What's a CGMA? |
| | 17 | A   It stands for Chartered Global Management |
| | 18 | Accountant, I believe. |
| | 19 | Q   Okay.  And what is -- what does that entail? |
| 10:37:15 | 20 | How is that different than a CPA? |
| | 21 | A   Nothing.  It's a -- it's just a title.  After |
| | 22 | you've been a CPA for 25 years, they give you that -- |
| | 23 | Q   Okay. |
| | 24 | A   -- title. |
| 10:37:25 | 25 | Q   So how long have you had your CPA? |

Page 13

| 10:37:27 | 1 | A   I have had this since 1987. |
| | 2 | Q   Okay.  And you're licensed in California? |
| | 3 | A   That's correct. |
| | 4 | Q   Okay.  And let me show you what's marked as |
| 10:37:47 | 5 | Exhibit 34. |
| | 6 |       (Exhibit 34 was marked for |
| | 7 |       identification by the Court Reporter |
| | 8 |       and is attached hereto.) |
| | 9 | BY MR. LATZER: |
| 10:38:00 | 10 | Q   Sir, I placed in front of you a document that's |
| | 11 | entitled "Board of Accountancy Licensing Details for |
| | 12 | 47364." |
| | 13 |       Do you see that? |
| | 14 | A   That is correct. |
| 10:38:13 | 15 | Q   I -- and I read that correctly? |
| | 16 | A   That is correct. |
| | 17 | Q   Okay.  And the name that appears on this |
| | 18 | document is -- |
| | 19 | A   Najmadin. |
| 10:38:20 | 20 | Q   Najmadin Zarrinkelk? |
| | 21 | A   That is correct. |
| | 22 | Q   Is that you, sir? |
| | 23 | A   That's me. |
| | 24 | Q   Okay. |
| 10:38:25 | 25 | A   Majid is my nickname.  Najmadin is my real |

eLitigation Services, Inc. - els@els-team.com

Majid Zarrinkelk                                          03-26-19

| Page 14 | Page 16 |
|---|---|

**Page 14**

10:38:31   1    name.
2    Q   Okay.  Understood.
3        And this provides an address of White Nelson
4    Diehl Evans LLP.
10:38:39   5        Do you see that?
6    A   That's correct.
7    Q   Okay.  And that's the firm with which you're
8    affiliated?
9    A   We merged our practice with White Nelson Diehl
10:38:50  10    Evans in November of 2017.  I am a non-equity partner in
11   this firm.  They bought our practice.  And the -- the
12   matter that is concerning this issue is within -- with
13   our firm, which is called Zarrinkelk Kashefipour.  I
14   brought it, one of my bus- -- old business card.  So you
10:39:17  15   can make a note of that.  This is my old card.
16   Q   Thank you, sir.
17       The firm was by the name of ZKCO?
18   A   That is correct.  ZKCO.  ZKCO.  We call it
19   ZKCO.
10:39:29  20   Q   And you were the principal of that firm?
21   A   That is correct.
22   Q   Okay.  And how many employees did ZKCO have?
23   A   We were -- at the height of our practice, we
24   were about 10, 11 people.
10:39:44  25   Q   Okay.  And do you recall how many employees the

**Page 15**

10:39:48   1    firm had in 2011?
2    A   2011, perhaps we were about -- including the
3    two partners, we were seven -- six or seven.
4    Q   How about 2012?
10:40:05   5    A   Same number.
6    Q   In 2013?
7    A   More or less the same.
8    Q   Okay.  And among those six or seven people, how
9    many individuals were partners of the firm?
10:40:20  10   A   Two were partners.
11   Q   And the rest were employees?
12   A   That's correct.
13   Q   Okay.  And the two partners were CPAs?
14   A   That's correct.
10:40:29  15   Q   Do you remember the name of the other partner's
16   name?
17   A   Of course.  He's Mr. Hassan Kashefipour.
18   That's the second last name.
19   Q   Okay.  So it was you and Mr. --
10:40:44  20   A   Kashefipour.
21   Q   Kashefipour?
22   A   That's correct.
23   Q   You were the two partners?
24   A   That's true.
10:40:46  25   Q   Was there ever a period of time where there was

**Page 16**

10:40:49   1    another partner in addition to you two?
2    A   No.
3    Q   Has your accounting license ever been suspended
4    before?
10:41:02   5    A   Never.
6    Q   Okay.  Have you ever been subject to a
7    disciplinary proceeding or any proceeding before the
8    California Board of Accountancy?
9    A   Never.
10:41:12  10   Q   When did you first become acquainted with
11   Mr. Jam?
12   A   About 25 years ago.
13   Q   Okay.  So in the 1990s?
14   A   You could say early 1990s --
10:41:31  15   Q   Okay.
16   A   -- or mid-1990s.
17   Q   And how did you become acquainted with him?
18   A   Mr. Jam is a brother of my brother's-in-law
19   sister -- wife, I'm sorry.  My brother's-in-law's wife
10:41:46  20   is Mr. Jam's sister.
21   Q   Your brother-in-law's wife is Mr. Jam's sister?
22   A   That's correct.
23   Q   Okay.  Okay.  And Mr. Jam is a client of yours?
24   A   He is.
10:42:11  25   Q   Okay.  And when did he first become a client of

**Page 17**

10:42:13   1    yours?
2    A   As I said, about 20, 25 years ago.
3    Q   Okay.  Do you know if Mr. Jam is currently
4    employed?
10:42:28   5    A   Yes, I do.
6    Q   And how is he currently employed?
7    A   He does have a company called K.Jam Production.
8    Q   Okay.
9    A   And that's his principal business.  He does
10:42:48  10   have some peripheral -- other entities, okay, which are
11   not very active.  But K.Jam Production is the only
12   remaining active entity at this time.  Prior to that,
13   there was another entity called K.Jam Media, Inc.
14   Q   What's the status of K.Jam Media, Inc.?
10:43:18  15   A   K.Jam Media, Inc., as of now, is sort of a
16   defunct entity.
17   Q   Okay.  You said he had some peripheral entities
18   other than K.Jam Production?
19   A   That's correct.
10:43:32  20   Q   Can you identify those for me?
21   A   Sure.  There is another entity called Emergent
22   Global Marketing, Inc.
23   Q   Okay.  Any others?
24   A   There is one more that's very recent -- these
10:43:48  25   two are very recent entities.  It's called Astering

Majid Zarrinkelk                                                    03-26-19

---

Page 18

10:43:51  1    Capital, A-S-T-E-R-I-N-G, Astering Capital, Inc.
          2    Q   Okay.  Any others?
          3    A   These are the current entities that exist.
          4    Q   Okay.  There was a time when there were other
10:44:09  5    entities --
          6    A   There were other entities in prior years that
          7    they came along and they closed down and they dissolved
          8    and they disappeared.
          9    Q   Okay.  Let's talk about K.Jam Production.
10:44:21 10    A   Uh-huh.
         11    Q   What type of business is that?
         12    A   He's in a business of making movies.
         13    Q   Okay.
         14    A   He's a movie producer.
10:44:32 15    Q   How about Emergent Global Marketing, Inc.?
         16    A   The Global Marj- -- Marketing, Inc. is -- he is
         17    associating himself with a group of young English
         18    investors that are trying to launch in crypt- --
         19    cryptocurrency in United States.
10:44:59 20    Q   Okay.  And Astering Capital, Inc.?
         21    A   Astering Capital, Inc., honestly, is a very
         22    brand-new company and has had no transaction.  And I
         23    don't know the purpose of creating that.  It was just
         24    formed a few months ago and has had pretty much -- and
10:45:23 25    they opened up a bank account with $100 and that's been

---

Page 19

10:45:27  1    that.
          2    Q   Okay.  So what role, if any, do you have with
          3    respect to these three entities?
          4    A   I manage all their activities in terms of
10:45:46  5    receiving -- when the funds come into their bank
          6    accounts, we record them.  We do the accounting.  And
          7    then we prepare tax returns.  And my role as his
          8    business manager sometimes goes beyond being a CPA.  And
          9    I help him with matters, mostly financial matters,
10:46:10 10    outside that.  Let's say, right now, for one example,
         11    he's trying to refinance his home in order to pay off
         12    the tax liability that he owes to IRS.  So I assist him
         13    in terms of going through the process of getting the
         14    loan and --
10:46:35 15    Q   Okay.  Now, this sort of relationship that you
         16    have with Mr. Jam now is -- have you always had that --
         17    A   I have --
         18    Q   -- relationship with him?
         19    A   That is correct.  I've always had that
10:46:43 20    relationship.
         21    Q   Okay.  So you've always managed all of his
         22    activities?
         23    A   Financial ma- -- matters.  That's correct.
         24    Q   And you've always recorded funds coming in and
10:46:54 25    out of accounts?

---

Page 20

10:46:56  1    A   That is correct.
          2    Q   And you've always prepared tax returns for his
          3    entities?
          4    A   That is correct.
10:47:01  5    Q   And for him individually?
          6    A   That is correct.
          7    Q   Okay.  So -- and you've always helped him with
          8    matters outside strictly being a CPA?
          9    A   And again, financial matters.
10:47:11 10    Q   All financial matters?
         11    A   Financial matters.  I'm his financial advisor,
         12    if you will.
         13    Q   And that sort of relationship is permitted by
         14    the California Board of Accountancy as far as you
10:47:28 15    understand?
         16    A   That's correct.  That's correct.  That's --
         17    those are all within the boundaries of what a CPA does.
         18    Q   Okay.
         19    A   There are certain CPA firms that do nothing
10:47:41 20    but -- they call it business management.  And their job
         21    is to manage the affairs of individuals.  Especially in
         22    Los Angeles, there are plenty of people who are in the
         23    entertainment industry, and they need to have a
         24    financial person to handle their financial activity.
10:48:01 25    That's what they do.

---

Page 21

10:48:03  1    Q   Okay.  And that's what you're doing?
          2    A   More or less in a very limited -- because Kia
          3    is not a celebrity or is not a mil- -- multimillionaire,
          4    but I do pay his bills and I manage his funds.
10:48:21  5    Q   Okay.  Do you do that for other clients as
          6    well?
          7    A   There are several other clients that we do that
          8    service for them, too.
          9    Q   Okay.  What percentage of your practice relates
10:48:34 10    to Mr. Jam or entities with which he's affiliated?
         11    A   Right now, it's a very small portion of that.
         12    I would say something about -- in terms of dollars and
         13    cents, I would say about $100,000 of annual billing --
         14    Q   Okay.
10:48:59 15    A   -- al- -- altogether, all his entities.
         16    Q   So you're saying that you receive approximately
         17    $100,000 in compensation for --
         18    A   That is correct.
         19    Q   Just let me finish.
10:49:08 20    You receive about $100,000 in compensation for
         21    work that you provide him and that's $100,000 received
         22    on an annual basis?
         23    A   That's more or less --
         24    Q   Okay.
10:49:18 25    A   -- the number.

---

6  (Pages 18 to 21)

Majid Zarrinkelk                                    03-26-19

Page 22

| 10:49:19 | 1 | Q   What percentage of your practice is that? |
| | 2 | A   It's about less than 5 percent. |
| | 3 | Q   Okay.  Let's go back to 2011. |
| | 4 | A   Uh-huh. |
| 10:49:33 | 5 | Q   Approximately how much compensation were you |
| | 6 | receiving for work performed for Mr. Jam or entities |
| | 7 | with which he was affiliated? |
| | 8 | A   I really don't recall exactly how much.  This |
| | 9 | is eight years ago, ten years ago. |
| 10:49:48 | 10 | Q   Understood. |
| | 11 | Can you approximate? |
| | 12 | A   I would say between, say, 100 and at most, |
| | 13 | $150,000.  Nothing more than that. |
| | 14 | Q   Okay.  And how about in 2012? |
| 10:50:04 | 15 | A   I would say it's -- it's -- around the same. |
| | 16 | Q   Okay.  And 2013? |
| | 17 | A   Same. |
| | 18 | Q   And how was the compensation structured?  How |
| | 19 | did -- how was it determined that you would receive that |
| 10:50:19 | 20 | amount of income? |
| | 21 | A   We -- we keep time sheet and we bill the |
| | 22 | clients exactly like the attorneys do. |
| | 23 | Q   You bill by the hour? |
| | 24 | A   That's correct. |
| 10:50:29 | 25 | Q   Okay.  Did you have an engagement agreement |

Page 23

| 10:50:32 | 1 | with Mr. Jam? |
| | 2 | A   If we had, it must have been a very old one. |
| | 3 | Q   Do you currently have one? |
| | 4 | A   I believe we do have one, yes.  Again, when we |
| 10:50:49 | 5 | moved to this new entity, new firm, I'm less involved in |
| | 6 | the administrative aspects of the business and more |
| | 7 | managing the clients. |
| | 8 | Q   Okay. |
| | 9 | A   But I believe we do have some sort of |
| 10:51:09 | 10 | engagement.  I -- I think I -- we do have something. |
| | 11 | Q   Is it your practice to have written engagement |
| | 12 | agreement with -- |
| | 13 | A   That's correct. |
| | 14 | Q   Just -- just let me finish. |
| 10:51:17 | 15 | A   I'm sorry. |
| | 16 | Q   Is it your practice to have written engagement |
| | 17 | agreements with clients? |
| | 18 | A   That is correct. |
| | 19 | Q   Okay.  And so back in the 2011 to 2013 time |
| 10:51:26 | 20 | frame, do you recall that you had a written |
| | 21 | engagement -- |
| | 22 | A   I believe we do have. |
| | 23 | Q   Just -- just let me finish. |
| | 24 | A   Oh, I'm sorry. |
| 10:51:30 | 25 | Q   Back in the 2011 to 2013 time frame, do you |

Page 24

| 10:51:34 | 1 | recall that you had a written engagement agreement with |
| | 2 | Mr. Jam? |
| | 3 | A   I believe we do. |
| | 4 | Q   Now, do you recall whether you had separate |
| 10:51:42 | 5 | written engagement agreements for entities with which he |
| | 6 | was affiliated and for whom you were providing services? |
| | 7 | A   I believe we had a separate engagement. |
| | 8 | Q   And do you have that sort of arrangement today? |
| | 9 | A   That is correct. |
| 10:51:55 | 10 | Q   Okay.  So, for instance, you have a written |
| | 11 | engagement agreement with K.Jam Production? |
| | 12 | A   We should. |
| | 13 | Q   And you have a separate one for Mr. Jam? |
| | 14 | A   That is correct. |
| 10:52:07 | 15 | Q   Okay.  Let's talk about your practice and |
| | 16 | procedure for tax returns. |
| | 17 | A   Sure. |
| | 18 | Q   Is it your practice to alert a client that |
| | 19 | there's a deadline coming up for filing a tax return? |
| 10:52:31 | 20 | A   That is correct. |
| | 21 | Q   Okay.  Tell me how you alert the client of |
| | 22 | that. |
| | 23 | A   Of course, when we get close to tax season, in |
| | 24 | case of clients like Mr. Jam that we prepare the |
| 10:52:50 | 25 | financial statement, there is not much I have to alert |

Page 25

| 10:52:54 | 1 | them because we generate the financial statements.  So |
| | 2 | we are in control as to what we need in order to do the |
| | 3 | tax return.  But in case of the clients that we don't |
| | 4 | prepare the tax -- financial statements or -- we start |
| 10:53:11 | 5 | to calling them around latter part of January, February, |
| | 6 | depending on the size of the client.  So we just give |
| | 7 | them a -- a notification that we need your financial, |
| | 8 | let's say, by February 15 in order to have your tax |
| | 9 | return by March 15 deadline. |
| 10:53:34 | 10 | Q   Okay.  So is it your testimony that for a |
| | 11 | client like Mr. Jam, for whom you were the business |
| | 12 | manager -- |
| | 13 | A   Uh-huh. |
| | 14 | Q   -- that in order to file tax returns for his |
| 10:53:44 | 15 | entities, you were to -- already had the information you |
| | 16 | need? |
| | 17 | A   That is correct. |
| | 18 | Q   Okay.  And so would you nonetheless reach out |
| | 19 | to a client such as Mr. Jam and advise them that you |
| 10:53:56 | 20 | were going to file a tax return -- |
| | 21 | A   Well, of course. |
| | 22 | Q   Just let me finish. |
| | 23 | A   Okay.  Sorry. |
| | 24 | Q   Would you nonetheless reach out to a client |
| 10:54:03 | 25 | like Mr. Jam and advise him that you are going to file a |

7  (Pages 22 to 25)

Majid Zarrinkelk                                    03-26-19

---

Page 26

| | |
|---|---|
| 10:54:05 | 1  tax return on his behalf? |
| | 2  A   Again, I don't file any tax return on my own. |
| | 3  I -- I'm legally required to get the approval of the |
| | 4  taxpayer before I file their tax return.  And they file |
| 10:54:20 | 5  a statement with me, they give me affidation [sic] |
| | 6  that -- affidavit, I'm sorry, that authorizes me to file |
| | 7  their tax return. |
| | 8  Q   And are there instances where a client who's |
| | 9  made aware of the tax filing deadline instructs you not |
| 10:54:44 | 10  to file a tax return? |
| | 11  A   That has never been in my -- my -- |
| | 12  Q   There has never been? |
| | 13  A   Never been.  I don't do work for people that |
| | 14  don't file tax return. |
| 10:54:55 | 15  Q   Okay.  And that's true for Mr. Jam? |
| | 16  A   Absolutely. |
| | 17  Q   And it's true for Mr. Jam's entities? |
| | 18  A   Of course. |
| | 19  Q   Okay.  So you're familiar with an individual |
| 10:55:27 | 20  named David Bergstein? |
| | 21  A   I know of him. |
| | 22  Q   Okay.  And how did you become familiar with |
| | 23  Mr. Bergstein? |
| | 24  A   I think in late decade of 2000, Mr. Jam was |
| 10:55:56 | 25  acquainted with a gentleman named David Bergstein.  I -- |

---

Page 27

| | |
|---|---|
| 10:56:00 | 1  I -- I'm -- I can't exactly pinpoint the date, but I |
| | 2  think it was latter part of 2010, in -- in the decade of |
| | 3  2010.  And so he became involved with him and they |
| | 4  worked together in the same building, somewhere here in |
| 10:56:23 | 5  Los Angeles. |
| | 6  Q   So you understood that they were business |
| | 7  associates? |
| | 8  A   This is what my understanding of the |
| 10:56:42 | 10  relationship was.  David Bergstein was involved in too |
| | 11  many lawsuits, significant lawsuit.  In one meeting that |
| | 12  I had with Kia and Mr. Bergstein, he boasted that he is |
| | 13  paying $21 million in legal fee in order to defend |
| | 14  himself.  That's -- that's what I recall from my |
| 10:57:14 | 15  meeting.  Overall, I've met Mr. Bergstein four times |
| | 16  altogether in this many, many years.  And so therefore, |
| | 17  he made -- because of the relationship, whatever their |
| | 18  relationship was, Mr. Jam became the front man for |
| | 19  Mr. Bergstein.  And Mr. Jam, being such a gentleman, he |
| | 20  never realized that he was getting into -- he was being |
| 10:57:53 | 21  a front person for unsavory person.  That's -- that's |
| | 22  all I can say.  I don't know if unsavory is the right |
| | 23  word. |
| | 24  Q   Okay.  What is that understanding based on? |
| | 25  A   Through the course of these years, I saw that |
| 10:58:17 | 25  Mr. Jam was acting more or less like an employee of |

---

Page 28

| | |
|---|---|
| 10:58:23 | 1  Mr. Bergstein and Mr. Bergstein was the boss, a very |
| | 2  shrewd -- and I'm trying to find the right word to |
| | 3  describe him.  Ruthless boss.  And then to -- to the |
| | 4  point that in a couple of our meetings that Kia and |
| 10:58:53 | 5  Mr. Bergstein were present, whatever Kia was to speak, |
| | 6  he would interrupt him.  He would -- he did not mind to |
| | 7  degrade him, dem- -- demising to -- anyhow, the |
| | 8  relationship was not a eye to eye.  Let's put it this |
| | 9  way. |
| 10:59:25 | 10  Q   And did you think Mr. Bergstein was bullying |
| | 11  Mr. Jam? |
| | 12  A   If Mr. Bergstein was not bullying him -- but |
| | 13  he -- he had a total control over what Mr. Jam was |
| | 14  doing, absolutely.  No doubt in my mind. |
| 10:59:42 | 15  Q   Okay.  So between -- |
| | 16  A   He had -- he had no control.  Jam had no |
| | 17  control over what Bergstein was doing.  Although |
| | 18  everything was under his name, under Kia's name but Kia |
| | 19  had no control over -- none -- none whatsoever.  Not -- |
| 10:59:58 | 20  not have a say in what -- what to do. |
| | 21  Q   Why did Mr. Jam have no control, as you've |
| | 22  described it? |
| | 23  MR. MIGLER:  Calls for speculation. |
| | 24  BY MR. LATZER: |
| 11:00:09 | 25  Q   You can answer. |

---

Page 29

| | |
|---|---|
| 11:00:09 | 1  A   That was my understanding, period.  That he had |
| | 2  no control because all the orders were coming from -- |
| | 3  the orders that related to the matters that I was |
| | 4  involved with was coming from David. |
| 11:00:28 | 5  Q   Okay.  So you said before that you had met |
| | 6  Mr. Bergstein four times? |
| | 7  A   That's correct. |
| | 8  Q   Are you referring to four in-person meetings? |
| | 9  A   The -- this four times is two business meeting. |
| 11:00:44 | 10  One meeting was meeting me and Jam and David at their |
| | 11  breakfast and the last time that I met him was at Kia's |
| | 12  wedding. |
| | 13  Q   When was that? |
| | 14  A   November of 2014, if I'm not mistaken. |
| 11:01:14 | 15  Q   Okay.  So Mr. Jam invited Mr. Bergstein to his |
| | 16  wedding? |
| | 17  A   That is correct. |
| | 18  Q   Okay.  And, yeah, if we could focus on the 2011 |
| | 19  to 2013 time per- -- period. |
| 11:01:30 | 20  A   Uh-huh. |
| | 21  Q   Did you believe that Mr. Jam was not acting |
| | 22  voluntarily? |
| | 23  A   In what sense when you say "voluntarily"? |
| | 24  Q   In his interactions with Mr. Bergstein, was he |
| 11:01:43 | 25  not acting voluntarily? |

---

Majid Zarrinkelk                                          03-26-19

Page 30

11:01:46    1        A   Of course, Mr. Jam is a grown-up man.  And I
            2    don't believe that a grown-up man does anything
            3    unvoluntarily.
            4        Q   Okay.
11:01:56    5        A   They -- they act on their own.  But I have no
            6    doubt that on business decision-making, especially
            7    relating to matters that involved David, he had no say,
            8    none -- none whatsoever.
            9        Q   And you said before that Mr. Jam didn't realize
11:02:19   10    that Mr. Bergstein was -- I think you described him as
           11    an unsavory character.
           12            Do you recall that testimony?
           13        A   That's correct.
           14        Q   Okay.  Did you realize he was an unsavory
11:02:28   15    character?
           16        A   Not at the beginning.  As these stories start
           17    to evolve, then we realized that how he is.
           18        Q   You realized that?
           19        A   That's correct.
11:02:39   20        Q   Okay.  So when was that?
           21        A   Maybe in the last three, four years --
           22        Q   Okay.
           23        A   -- that all these issues came up.  And then we
           24    realized that he was not a straightforward person at --
11:02:58   25    at least in terms of business dealings.

Page 31

11:03:01    1        Q   Okay.  So for a certain period of time, you
            2    thought he was a straightforward person?
            3        A   I -- I never had any business relationship with
            4    him, so I -- I never judged him until this issue came
11:03:16    5    up.
            6        Q   Okay.  So Mr. Bergstein was -- was never a
            7    client of yours?
            8        A   Absolutely not.
            9        Q   And he was never a client of your firm?
11:03:23   10        A   No.
           11        Q   You never had a written engagement agreement
           12    with Mr. Bergstein?
           13        A   I had done few various product work for
           14    Mr. Bergstein's companies, just a few tax return, very
11:03:38   15    tiny.  He -- I -- I believe he came to me in one of
           16    these years and asked me, "Can you prepare this tax
           17    return?  I needed to file it because I have to resurrect
           18    an entity, which was the" -- in California, we call it
           19    the -- the company that loses its power to do business.
11:04:05   20    So in order to revive it, you have to file a tax return.
           21    So I did that.
           22            And if I'm not mistaken, overall this many
           23    years that David Bergstein was behind the scene, I don't
           24    think that I did more than 5- to $10,000 work overall
11:04:27   25    for the entities that he had some affiliation.  Under

Page 32

11:04:34    1    none of them, I don't recall that his name was on the
            2    list of the directors or owners, but I knew that they
            3    were related to him.
            4        Q   Okay.  So was Mr. Bergstein the one who was
11:04:52    5    paying you for the 5- to $10,000 of work?
            6        A   I believe it came from those entities.  One was
            7    called Sovrin.  And I think I did one year of tax
            8    return.  I did not do the financial statement, but he
            9    asked -- he or Kia -- through Kia asked me to do the tax
11:05:11   10    return and I did that.
           11        Q   Any other entities that you recall doing that
           12    for?
           13        A   Again, these are -- goes back many years ago.
           14    There is another company come to my mind called Managed
11:05:29   15    Media.  I am not sure whether I ever did tax return for
           16    it, but I do recall the name.
           17        Q   Okay.  So let me ask you again.
           18            Did you, at any point in time, have a signed
           19    written engagement agreement with Mr. Bergstein?
11:05:45   20        A   No.  Not with Mr. Bergstein himself.
           21        Q   Did you have a signed written engagement
           22    agreement with Sovrin?
           23        A   We -- when we prepared a tax return, we prepare
           24    an engagement letter.  And that engagement letter, I
11:06:01   25    believe, was signed by Kia, not by David.  David

Page 33

11:06:06    1    never -- I never saw David's signature in any document.
            2        Q   So Mr. Jam was signing an engagement agreement
            3    for work that you understood that was going to be
            4    performed for Mr. Bergstein?
11:06:21    5        A   Again, it's this -- these are those entities
            6    that were Mr. Bergstein's entities.  Okay?  And I
            7    linked -- the link between me and David Bergstein was
            8    Kia Jam.  So Kia would have come to me and said, "Majid,
            9    can you do this tax return?"  And I would say yes or no.
11:06:40   10        Q   Okay.  And so how did you understand, for
           11    instance, for Sovrin that Bergstein had a relation to
           12    that company?
           13        A   The first meeting that we had back, I believe
           14    it was -- again, you're asking me for something that's
11:06:56   15    ten years ago and eight years ago.  And in that meeting,
           16    there was a list of entities.  It was about 50, I
           17    believe, if I'm -- I'm not mistaken.  They were talking
           18    about 50 different entities that -- owned by David.
           19    David was a manager.  David was a director or whatever.
11:07:20   20    I -- I -- I don't recall what they were.  But we
           21    discussed those companies in a meeting that we had up
           22    here in L.A.
           23        Q   That -- so that was a meeting that involved
           24    you, Mr. Bergstein, and Mr. Jam?
11:07:43   25        A   It was me and Mr. Jam.  It was -- and

Page 34

| | | |
|---|---|---|
| 11:07:49 | 1 | Mr. Bergstein.  And if I'm not mistaken, there were a |
| | 2 | couple of other gentlemen in -- in -- in there. |
| | 3 | Q   Okay.  And what was discussed with respect to |
| | 4 | those entities that you described? |
| 11:08:15 | 5 | A   We were -- I'm not quite sure what we were |
| | 6 | discussing.  They had all these entities and we were |
| | 7 | thinking of -- at -- at first I thought that we were |
| | 8 | going to be in charge of handling those entities. |
| | 9 | That's -- that was -- if I'm not mistaken, that was the |
| 11:08:42 | 10 | impression that I got.  So we met with Kia and David to |
| | 11 | sort that out and then we realized that, no, they did |
| | 12 | not want us to do that and I'm glad that we never did |
| | 13 | that. |
| | 14 | Q   Okay.  So you said they had all these entities. |
| 11:08:58 | 15 | Are you referring to Mr. Jam and Mr. Bergstein? |
| | 16 | A   The entities list was Mr. Bergstein entities, |
| | 17 | not Kia Jam's entities.  Because Kia -- whenever Kia |
| | 18 | formed an entity, I was the first one that knew about |
| | 19 | it. |
| 11:09:12 | 20 | Q   Okay. |
| | 21 | A   Those entities were formed.  They were there. |
| | 22 | There was a list of companies that was discussed in that |
| | 23 | meeting or at least I saw them -- their name on a piece |
| | 24 | of paper. |
| 11:09:23 | 25 | Q   Okay.  So you refer to "they." |

Page 35

| | | |
|---|---|---|
| 11:09:25 | 1 | Who are you referring to? |
| | 2 | A   Kia and David Bergstein. |
| | 3 | Q   Okay.  So I'll ask you again.  You said they |
| | 4 | had all these entities. |
| 11:09:38 | 5 | Are you referring to Mr. Jam and Mr. Bergstein |
| | 6 | together -- |
| | 7 | A   No. |
| | 8 | Q   -- having these entities? |
| | 9 | A   That -- those entities were not Kia Jam's |
| 11:09:45 | 10 | entity.  If Kia had any entity, I was involved. |
| | 11 | Q   So your understanding is that Mr. Jam had no |
| | 12 | affiliation whatsoever with these entities on the list? |
| | 13 | A   That is correct. |
| | 14 | Q   Okay. |
| 11:09:58 | 15 | A   As much as I know, if Mr. Jam had some |
| | 16 | knowledge or had some association be- -- beyond my |
| | 17 | lo- -- knowledge, then I can't say anything about it. |
| | 18 | But all the entities that Kia was owner or major owner, |
| | 19 | I was involved with them.  I knew about it. |
| 11:10:25 | 20 | Q   So what did Mr. Bergstein -- strike that. |
| | 21 | How did Mr. Bergstein want to involve you with |
| | 22 | respect to these entities? |
| | 23 | A   I -- I -- I -- I don't think that he wanted to |
| | 24 | get me involved.  This was a meeting that we set up or |
| 11:10:45 | 25 | they invited us to discuss whether -- who is going to be |

Page 36

| | | |
|---|---|---|
| 11:10:49 | 1 | doing financials for those entities.  I think that was |
| | 2 | the purpose of that meeting. |
| | 3 | Q   Okay.  And Mr. Jam and Mr. Bergstein requested |
| | 4 | that you attend this meeting? |
| 11:11:02 | 5 | A   That is correct.  I -- I came from Orange |
| | 6 | County, and we had a meeting in their office here. |
| | 7 | Q   Which office are you referring to? |
| | 8 | A   The -- the -- they had an office here on |
| | 9 | Colorado Boulevard. |
| 11:11:14 | 10 | Q   That's the office that you shared? |
| | 11 | A   That is correct. |
| | 12 | Q   Okay.  And so what was decided with respect to |
| | 13 | how things would work going forward with these entities? |
| | 14 | A   In -- in that meeting, I believe it was -- it |
| 11:11:26 | 15 | was made clear that I'm not going to be involved in any |
| | 16 | of those entities.  That was it.  So I left. |
| | 17 | Q   Okay.  It was a decision made with respect to |
| | 18 | your involvement with other entities that were not -- |
| | 19 | A   No. |
| 11:11:42 | 20 | Q   -- on that list? |
| | 21 | A   No.  No.  There was no other entities that I |
| | 22 | was involved with.  The only entities that I was |
| | 23 | involved with was the ones that Kia was -- there was one |
| | 24 | entity that -- called Administrative -- Integrated |
| 11:11:57 | 25 | Administration that was formed in this -- in or about |

Page 37

| | | |
|---|---|---|
| 11:12:05 | 1 | the same time.  This entity was a payroll company.  And |
| | 2 | we were running the payroll for their employees.  And |
| | 3 | this entity had payroll of several of David's company's |
| | 4 | people in there, so I knew about that entity. |
| 11:12:28 | 5 | Q   And that was one of the entities on the list? |
| | 6 | A   That was one of the entities -- I'm not |
| | 7 | 100 percent sure that that entity was on that list, but |
| | 8 | it was discussed that day. |
| | 9 | Q   Okay.  So I'm just trying to get a better |
| 11:12:49 | 10 | understanding of what was discussed at this meeting. |
| | 11 | So did Mr. Bergstein ask you to manage the |
| | 12 | finances for these entities? |
| | 13 | A   No. |
| | 14 | Q   No? |
| 11:13:00 | 15 | A   No. |
| | 16 | Q   But there was a discussion about the |
| | 17 | possibility that you would? |
| | 18 | A   No.  This was a misunderstanding.  Or the |
| | 19 | meeting was to clarify whether I was going to be taking |
| 11:13:11 | 20 | over those entities in terms of managing their finances. |
| | 21 | And as we left the meeting, we realized that, no, there |
| | 22 | was no intention, and David had his own accountant and |
| | 23 | his own friends and his own companies.  I never touched |
| | 24 | any of his entities. |
| 11:13:34 | 25 | Q   Okay.  And why was that dec- -- decision |

10  (Pages 34 to 37)

Majid Zarrinkelk                                           03-26-19

---

Page 38

| | |
|---|---|
| 11:13:37 | 1 | reached? |
| | 2 | A   Why? |
| | 3 | Q   What prompted that decision? |
| | 4 |     MR. MIGLER:  Calls for -- calls for |
| 11:13:41 | 5 | speculation. |
| | 6 |     THE WITNESS:  That's not my -- that was not my |
| | 7 | call.  They would -- that was their call so -- |
| | 8 | BY MR. LATZER: |
| | 9 | Q   That's what Mr. Jam and Mr. Bergstein decided? |
| 11:13:51 | 10 | A   I -- I -- I don't think that even Mr. Jam |
| | 11 | decided.  It was David's decision that he wanted to have |
| | 12 | his own -- he never approached me.  David never |
| | 13 | approached me to be involved with his entities or do any |
| | 14 | tax returns or any-- -- anything like that. |
| 11:14:11 | 15 | Q   Well, I thought you testified before that you |
| | 16 | did prepare tax returns for at least Sovrin and Managed |
| | 17 | Media? |
| | 18 | A   That -- that is correct.  Except those minor |
| | 19 | one.  He never approached me to say, "Majid, come in and |
| 11:14:24 | 20 | help me to do financial statements or tax returns for my |
| | 21 | entities." |
| | 22 | Q   This -- the relationship you described before |
| | 23 | as one that Mr. Bergstein was -- I think your words were |
| | 24 | "controlling Mr. Jam"? |
| 11:14:37 | 25 | A   That is correct. |

Page 39

| | |
|---|---|
| 11:14:38 | 1 | Q   Did you describe that to the government when |
| | 2 | you met with them -- |
| | 3 | A   That is correct. |
| | 4 | Q   Let me just finish. |
| 11:14:43 | 5 |     Did you describe that to the government when |
| | 6 | you met with them in 2017 in New York? |
| | 7 | A   That is correct. |
| | 8 | Q   Okay.  Now, Mr. Jam, as a result of his |
| | 9 | relationship with Mr. Bergstein, was benefiting |
| 11:15:01 | 10 | financially; is that correct? |
| | 11 | A   Absolutely not. |
| | 12 | Q   How -- how was he not benefiting financially? |
| | 13 | A   Mr. -- Mr. Jam not only did not benefit. |
| | 14 | Mr. Bergstein ruined his life.  And Mr. Jam is in the |
| 11:15:17 | 15 | most difficult financial situation today as it has ever |
| | 16 | been before meeting David Bergstein. |
| | 17 | Q   Did Mr. Jam, between 2011 and 2013, receive |
| | 18 | monies from entities with which either he or |
| | 19 | Mr. Bergstein was affiliated? |
| 11:15:40 | 20 | A   He received salary from -- for a short period |
| | 21 | of time from IA or Integrated Administration.  That was |
| | 22 | the only time. |
| | 23 | Q   That -- your testimony is that's the only money |
| | 24 | he ever received from entities that -- |
| 11:15:52 | 25 | A   I did not say that's only -- |

---

Page 40

| | |
|---|---|
| 11:15:54 | 1 | Q   Let me just finish. |
| | 2 |     Your testimony is that those are the only |
| | 3 | monies he received between 2011 and 2013 from entities |
| | 4 | with which either he or Mr. Bergstein was affiliated? |
| 11:16:06 | 5 | A   It is my understanding that he never received |
| | 6 | any compensation from David Bergstein for his services |
| | 7 | except those salaries.  There were a bunch of money |
| | 8 | coming in and going out in that K.Jam Media.  And |
| | 9 | that -- if you would like, we can explore more about |
| 11:16:29 | 10 | that.  But to this date, I don't believe that Mr. Jam |
| | 11 | benefited any -- -- anything -- anything.  In fact, |
| | 12 | Mr. Bergstein left more than $1 million balance on |
| | 13 | Mr. Jam's American Express credit card, $500,000 on his |
| | 14 | JPMorgan card, and almost $800,000 in payroll taxes for |
| 11:17:05 | 15 | IA entity that he did not pay.  So they are -- all |
| | 16 | became Mr. Jam's personal obligation because Mr. Jam's |
| | 17 | name was on those accounts. |
| | 18 | Q   Okay.  Have you -- have you personally ever |
| | 19 | entered into a business transaction with Mr. Bergstein? |
| 11:17:20 | 20 | A   No. |
| | 21 | Q   Okay.  How about your firm? |
| | 22 | A   No. |
| | 23 | Q   Have you ever -- |
| | 24 | A   Except -- except those few small entities that |
| 11:17:30 | 25 | I mentioned. |

Page 41

| | |
|---|---|
| 11:17:31 | 1 | Q   Okay.  Have you ever loaned money to |
| | 2 | Mr. Bergstein -- |
| | 3 | A   Yes, I did. |
| | 4 | Q   Excuse me.  Let me just finish. |
| 11:17:35 | 5 |     Have you ever loaned money to Mr. Bergstein or |
| | 6 | one of his entities? |
| | 7 | A   I loaned $225,000 to Mr. Bergstein. |
| | 8 | Q   And when was that? |
| | 9 | A   April 9th, 2014. |
| 11:17:49 | 10 | Q   And what prompted you to loan money to |
| | 11 | Mr. Bergstein at that time? |
| | 12 | A   Stupidity. |
| | 13 | Q   Okay.  Did you have a written loan agreement |
| | 14 | with Mr. Bergstein? |
| 11:18:02 | 15 | A   No. |
| | 16 | Q   Did you receive any collateral? |
| | 17 | A   No.  Afterwards, we drafted a note a year or |
| | 18 | two later that I still haven't. |
| | 19 | Q   Did you ever get paid back on that loan? |
| 11:18:17 | 20 | A   A portion of that. |
| | 21 | Q   How much? |
| | 22 | A   I believe I received about -- if I'm not |
| | 23 | mistaken, about $150,000 of that back from him and a |
| | 24 | portion of that was paid back by Mr. Jam through K.Jam |
| 11:18:39 | 25 | Media.  And if I am correct, there is -- $46,500 of that |

---

11 (Pages 38 to 41)

Page 42

| | | |
|---|---|---|
| 11:18:48 | 1 | loan has not yet been paid. |
| | 2 | Q   What prompted that loan?  Did Mr. Bergstein |
| | 3 | come to you? |
| | 4 | A   No.  I came to the office on April 9 at the |
| 11:18:58 | 5 | height of my season.  I received a e-mail from David |
| | 6 | asking for $225,000 advance for three days.  And me |
| | 7 | being stupid Majid, I -- I gave it to him -- |
| | 8 | Q   Did this -- |
| | 9 | A   -- with the hope that he's going to pay it back |
| 11:19:21 | 10 | in three days. |
| | 11 | Q   Did you see what the loan money was for? |
| | 12 | A   He -- I -- I think he said that he was going to |
| | 13 | make a payment to his attorneys for attorney fee.  I |
| | 14 | think.  I'm not 100 percent sure.  But I do have a copy |
| 11:19:37 | 15 | of the communication, the e-mails.  There was just a few |
| | 16 | e-mails back and forth. |
| | 17 | Q   And so the $225,000, did that come from your |
| | 18 | firm? |
| | 19 | A   No.  It came from me. |
| 11:19:49 | 20 | Q   You personally? |
| | 21 | A   That's correct. |
| | 22 | Q   Did you write him a check? |
| | 23 | A   I've wired the fund to him. |
| | 24 | Q   Okay.  So at this point in time in April 2014, |
| 11:20:02 | 25 | you had become familiar with Mr. Bergstein through his |

Page 43

| | | |
|---|---|---|
| 11:20:05 | 1 | relationship with Mr. Jam? |
| | 2 | A   Uh-huh. |
| | 3 | Q   Okay.  And by that point, did you believe that |
| | 4 | Mr. Bergstein was, as you described him before, an |
| 11:20:14 | 5 | unsavory character? |
| | 6 | A   At that point of time, nothing was happening. |
| | 7 | Everything was going well.  The businesses were being |
| | 8 | conducted.  As much as I knew, they're very transparent, |
| | 9 | so I had no reason to believe that Mr. Bergstein is a -- |
| 11:20:39 | 10 | is not a trustworthy person, I should say. |
| | 11 | Q   Okay.  And at that point in time, did you |
| | 12 | believe that Mr. Bergstein was, as you described |
| | 13 | earlier, controlling Mr. Jam? |
| | 14 | A   Oh, yes.  I saw that in that meeting, the first |
| 11:20:57 | 15 | meeting, which -- I believe it goes back to 2011, 2012. |
| | 16 | Q   Did that concern you? |
| | 17 | A   I was -- I was a bit surprised to see, because |
| | 18 | Kia is a very strong character himself.  And when I saw |
| | 19 | the way they communicated, it was -- disappointed me a |
| 11:21:20 | 20 | little bit as to why Kia is taking -- I -- I don't want |
| | 21 | to use the word "abuse," but it was not a eye to eye, |
| | 22 | two colleague talking to each other.  It was a boss who |
| | 23 | was talking down to -- |
| | 24 | Q   Did -- did you at any point gain an |
| 11:21:41 | 25 | understanding why Mr. Jam was taking that, as you |

Page 44

| | | |
|---|---|---|
| 11:21:44 | 1 | described before? |
| | 2 | A   To this day, I have not.  And I -- I really |
| | 3 | don't know why Kia chose to associate himself with |
| | 4 | David.  Kia has always been the most pristine, |
| 11:22:05 | 5 | straightforward, honest guy that I've ever seen.  And |
| | 6 | then working with somebody like David Bergstein, it |
| | 7 | was -- to me, it was just opposite of his character. |
| | 8 | Q   Did you ever have a discussion with Mr. Jam |
| | 9 | regarding this relationship as con- -- of control, as |
| 11:22:27 | 10 | you described it? |
| | 11 | A   After things had started to go south, yes. |
| | 12 | Q   When was that? |
| | 13 | A   After he -- I think -- I think when he put that |
| | 14 | million-dollar charge on Kia's account, that concerned |
| 11:22:50 | 15 | me very much.  So I brought it up and he said, "Don't |
| | 16 | worry.  He's going to pay back."  And then he never did |
| | 17 | that.  And at -- at that point of time, things -- then I |
| | 18 | started to doubt about character of the -- David |
| | 19 | Bergstein. |
| 11:23:08 | 20 | Q   What million-dollar charge are you referring |
| | 21 | to? |
| | 22 | A   Kia had a black American Express.  And as you |
| | 23 | know -- or I'm told that those cards don't have any |
| | 24 | limit.  And in a very short period of time, if I recall |
| 11:23:26 | 25 | it correctly, there was about a million-dollar charge |

Page 45

| | | |
|---|---|---|
| 11:23:31 | 1 | went through that credit card and then it never been |
| | 2 | paid.  They paid a portion of that.  And then at the |
| | 3 | end, there was $700,000 of that was left.  Then I got |
| | 4 | into a negotiation with American Express.  We settled it |
| 11:23:48 | 5 | for 300-some thousand dollars.  And the last payment of |
| | 6 | that was done about -- about October of 2018. |
| | 7 | Q   With respect to the conversation that you had |
| | 8 | with Mr. Jam after things went south, as you described |
| | 9 | before, that conversation concerned your perception that |
| 11:24:16 | 10 | Mr. Bergstein was controlling Mr. Jam? |
| | 11 | A   I've always had that -- again, at that first |
| | 12 | meeting, I -- I got that sense that in this |
| | 13 | relationship, he's the boss and Kia has no -- no say. |
| | 14 | Q   But the first time that you raised that with |
| 11:24:33 | 15 | Ms. -- with Mr. Jam was when things went south, was your |
| | 16 | testimony before? |
| | 17 | A   I -- I believe that's -- that's when we started |
| | 18 | to discuss that.  I was just warning him that, "Hey, do |
| | 19 | you realize that these charges are beyond your means and |
| 11:24:50 | 20 | you are not going to be able to pay that?" |
| | 21 | He said, "No.  These are not mine.  These are |
| | 22 | David's.  He's going to pay it, so don't worry." |
| | 23 | Q   Okay.  And so approximately when was that? |
| | 24 | A   I think it should have been '14, '15, or |
| 11:25:09 | 25 | even -- it might be even '13 -- '13, '14, '15.  I -- I |

Majid Zarrinkelk                                    03-26-19

---

Page 46

11:25:12  1   don't recall exact date when the -- those charges came
         2   through.
         3       MR. LATZER:  Okay.  Let's take a short break.
         4       THE VIDEOGRAPHER:  The time is 11:25 a.m.  We
11:25:22  5   are now off the record.
         6       (A recess was taken.)
         7       THE VIDEOGRAPHER:  We are back on the record.
         8   The time is 11:35 a.m.
         9   BY MR. LATZER:
11:35:58 10       Q   Sir, before we begin, again, I just want to ask
        11   you again, please wait until I finish my question before
        12   you respond.
        13       A   Sure.
        14       Q   We're -- we're spending a lot of money for a
11:36:09 15   videotaped deposition and we want to make sure --
        16       A   Sure.
        17       Q   -- it's a clean record.  Thank you.
        18       A   Sure.
        19       Q   Before we broke, you testified regarding a
11:36:18 20   $1 million charge that was made on Mr. Jam's black Amex
        21   card; is that correct?
        22       A   That is correct.
        23       Q   Okay.
        24       A   About a million dollar.  It could have been
11:36:27 25   800,000, but something like that.  It was a big number.

---

Page 47

11:36:33  1       Q   Okay.  And your testimony was that
         2   Mr. Bergstein caused this charge to be made; is that
         3   correct?
         4       A   That's correct.
11:36:42  5       Q   Okay.  And do you re- -- do you know what the
         6   $1 million charge was for?
         7       A   They were -- if I recall correctly, a bunch of
         8   antiques he purchased, he bought different items that
         9   we -- we never knew what they were.
11:37:04 10       Q   Okay.  Now, did you have access to the monthly
        11   statements for this Amex card?
        12       A   Yes, we did.
        13       Q   And you had that in your capacity as the
        14   manager for Mr. Jam?
11:37:21 15       A   I did.
        16       Q   Okay.  And did you review those monthly
        17   statements?
        18       A   I -- I wouldn't say that I would review the
        19   monthly statement, but I would receive them.  We were
11:37:34 20   making payments towards them.  And I was aware of those
        21   charges.
        22       Q   Okay.  And did those statements come to you
        23   every month?
        24       A   They would come in the mail and then we
11:37:47 25   would -- I would have given it to our accountant or --

---

Page 48

11:37:51  1   or bookkeeping department.  They would record those
         2   transactions.
         3       Q   And it's your understanding that Mr. Jam was
         4   generally using this American Express card for personal
11:38:06  5   expenses; is that correct?
         6       A   I did not say that.
         7       Q   Okay.  Was he using the American Express card
         8   for personal expenses?
         9       A   There could have been some personal expenses.
11:38:17 10   We are very careful as to how to record the personal
        11   expenses and not to mingle them with the business
        12   expenses.
        13       Q   Okay.  And whose name was the black card in?
        14       A   Kia Jam.
11:38:32 15       Q   Okay.  So was it his personal credit card?
        16       A   I believe it was his business credit card.
        17       Q   But your testimony is that in certain
        18   instances, he used it for personal expenses?
        19       A   There could have been some personal expenses in
11:38:49 20   there.
        21       Q   Okay.  And do you have an understanding as to
        22   how Mr. Bergstein was able to gain access to this card?
        23       A   I believe he had the second copy of the card or
        24   Kia got a copy for him.
11:39:03 25       Q   Okay.

---

Page 49

11:39:03  1       A   It was not that he was using cre- --- his card.
         2   It was Kia's card and the second copy was obtained for
         3   David.  That was my understanding.
         4       Q   And Mr. Jam -- strike that.
11:39:17  5       So Mr. Jam voluntarily gave Mr. Bergstein a
         6   copy of the credit card?
         7       A   I don't think that anybody can force someone to
         8   go and get a card for someone else.
         9       Q   Okay.  So Mr. Bergstein was authorized to use
11:39:34 10   the card?
        11       A   That is correct.
        12       Q   But your testimony is that this 1 million or so
        13   charge was unauthorized?
        14       A   I did not say that.  I said when he run those
11:39:44 15   charges, it came outrageous to us, unexpected to us.
        16       Q   There were instances, though, before then where
        17   Mr. Bergstein had run charges on that card; is that
        18   correct?
        19       A   I don't recall that there were charges that --
11:40:03 20   that big in -- in one month.  There were charges coming
        21   from his side but this was a -- a period of time, I
        22   believe, it was a month or two and all of a sudden, he
        23   put these much charges on the card.
        24       Q   Okay.
11:40:27 25       A   Again, these are six, seven, eight years ago

---

13 (Pages 46 to 49)

Majid Zarrinkelk                                    03-26-19

---

Page 50

11:40:31   1   and my memory does not serve me absolutely precisely in
           2   order to respond to all these questions. So please
           3   don't take my word as absolute, you know.
           4       Q   Okay.
11:40:41   5       A   Because I just want to make sure that you
           6   understand that I'm utilizing my memory of several years
           7   ago and I handle 5-, 600 clients, so I don't remember
           8   everybody's credit card, everybody's charges,
           9   everybody's transactions. So therefore, I want you to
11:41:03  10   be aware of that fact.
          11       Q   Okay. Are you familiar with an entity called
          12   Swartz IP Services Group, Inc.?
          13       A   I heard about the name.
          14       Q   Okay. And are you aware that it, at one point,
11:41:17  15   changed its name to Advisory IP Services, Inc.?
          16       A   I did not know about that.
          17       Q   Okay. So how did you become familiar with
          18   Swartz IP Services?
          19       A   In the midst of -- I believe it was 2012 or
11:41:35  20   '13, then there was a bunch of big numbers started to
          21   come in and go out. And amongst those were some
          22   identified as -- what was the name -- Swartz. And we
          23   recorded that as loan from Swartz.
          24       Q   Okay. So you said that there were some big
11:42:07  25   numbers that started to go in and go out?

Page 51

11:42:10   1       A   That is correct.
           2       Q   And from where are you referring?
           3       A   What do you mean where?
           4       Q   Where are these big numbers going in and going
11:42:15   5   out?
           6       A   The funds were coming in and going out, okay?
           7   And some of them are 100,000, 200 million, 2 million,
           8   you know, in a period of a -- span of perhaps a year or
           9   six months. Again, I'm not 100 percent sure what was
11:42:32  10   the length of the period of time that these fund --
          11   these money were coming in and going out.
          12       Q   Okay. I'm just trying to understand from where
          13   they were coming in and going out.
          14       Are you referring to a particular account?
11:42:44  15       A   They were coming from different sources. At
          16   the time that the money were coming in, we were not told
          17   what they were for. So if you'll go back in -- I
          18   believe we filed K.Jam Media tax return about a year or
          19   two later. We filed the tax return and I attached the
11:43:10  20   statement to this tax return. I said, "Our records are
          21   not complete to file a comprehensive tax return."
          22       And then the second meeting that we had with
          23   David, I believe, was to identify as to what are these
          24   funds that are coming and going, where are they coming
11:43:32  25   from and where are they going to.

Page 52

11:43:35   1       Q   Okay. I'm -- I'm going to ask it again. I'm
           2   trying to understand this flow of monies that you're
           3   referring to here.
           4       Into what account were these monies going from
11:43:49   5   Swartz IP?
           6       A   Most of them, if I recall correctly, they were
           7   coming to IA --
           8       Q   Okay.
           9       A   -- and to K.Jam Media.
11:44:02  10       K.Jam Media became, quote-unquote, David's
          11   company. So we tried to keep K.Jam production purely
          12   for Kia and K.Jam Media purely for Kia's business with
          13   David.
          14       Q   Okay. So you said with respect to K.Jam Media,
11:44:27  15   that was going to be used for Kia's business with David?
          16       A   That is correct.
          17       Q   What business are you referring to?
          18       A   Any transaction that was coming and going, and
          19   the money was coming into K -- K.Jam Media account or IA
11:44:43  20   account. We were not advised what to expect. We would
          21   open the bank account and see there is a half-million
          22   dollars or $200,000 or $100,000 money in there. And we
          23   would ask what it is, and the answer would either come
          24   that day, say, "We don't know it yet" or "We know
11:45:06  25   later." And then we would put it in a suspense account

Page 53

11:45:11   1   until we discovered as to what was the source of that
           2   income or that money coming in.
           3       Q   Okay. What was your understanding at the time
           4   of the business that Mr. Jam and Mr. Bergstein were
11:45:22   5   involved in?
           6       A   I understood that David Bergstein was involved
           7   in so many different businesses. One of which was it
           8   was his forte. He would buy entities that they were in
           9   financial difficulties and he would revive them and he
11:45:47  10   would sell them. That's -- that's -- perhaps he told me
          11   or I got the impression of. But during this period of
          12   perhaps ten years that I've known David, I don't think
          13   that any of the entities that he created or he worked
          14   turned out to be successful business. They all ended up
11:46:17  15   being delinquent in paying their taxes, delinquent
          16   paying -- paying their debts, and just -- just -- it was
          17   a chaotic situation.
          18       Q   Okay. So you understood at the time that
          19   Mr. Bergstein had some involvement with businesses that
11:46:35  20   would purchase distressed assets. Is that fair to say?
          21       A   Again, in one -- I think in that meeting that
          22   Kia and I and him we had. It was in June of 2014
          23   because he had told me that he's going to pay my money
          24   back and he did not. So I ask Kia to set up a meeting,
11:47:01  25   so we went for a breakfast meeting.

eLitigation Services, Inc. - els@els-team.com

Majid Zarrinkelk                                    03-26-19

Page 54

| | |
|---|---|
| 11:47:03 | 1 |

In that meeting, he -- he told me about this
$20 million legal fee and a story of that, and then in
that meeting, he said, "Majid, I am buying a big company
in San Bernardino. The jo"-- "this company, what it

11:47:22 does is to bring airplanes and repair them and sell
them." And then he sought whether I can bring investors
for him and I never did that.
Q   Okay.  So that was in 2014?
A   I think it was 2014.

11:47:41 Q   Let's go back to the 2011, 2012 time frame when
you're seeing all these monies, millions of dollars as
you described --
A   Oh, I did not say that those monies come in in
2011 or 2012.

11:47:54 Q   Let -- let me finish.
Let's go back to the 2011, 2012 time frame.
A   Uh-huh.
Q   And you understood at that time that
Mr. Bergstein and Mr. Jam were in business together; is

11:48:05 that correct?
A   No.  Mr. Bergstein and Mr. Jam were not in
business together ever.
Q   They were never in business together?
A   I don't think that they were ever to business

11:48:15 together.

Page 55

11:48:16 Q   I understood your testimony before was that
they were going to use K.Jam Media for, as you said,
David's and Kia's business?
A   Kia had this business and David needed a

11:48:30 vehicle to do his business.  So therefore, they run it
through K.Jam Media.  I did not say that Kia and David.
To this day, I don't believe that Kia and David were
owner of the same entity at once or at least.  I don't
know.

11:48:55 Q   Okay.  But they were involved in -- strike
that.
So what did you understand Mr. Bergstein's
business was at that time in the 2011, 2012 time --
A   I had no idea what Mr. Bergstein --

11:49:11 Q   You got to -- you got to let me finish.
A   Sorry.
Q   What did you understand that Mr. Bergstein's
business was in this 2011, 2012 time frame?
A   I don't have -- I did not have a good

11:49:24 understanding of what he was doing then.
Q   Okay.  So when did you start to see these
millions of dollars coming in from Swartz IP?
A   I don't recall exactly.  We have had financial
statements that we have produced to government, to

11:49:44 Mr. Wiechert's office, so all those transactions have

Page 56

11:49:48 been recorded one at a time with exact date, with its
source of incoming fund and the source of outgoing
funds.
Q   Did you gain an understanding at that time as

11:50:01 to why this money was coming in from Swartz IP?
A   I have no clue as to why their -- those funds
were coming in and they were going out except the fact
that I felt that Mr. Bergstein was using K.Jam Media as
a vehicle of bringing these funds in and out.  And at

11:50:22 that point of time, to be honest with you, I had no
reason to believe that they were doing anything wrong or
anything illegal or -- and so therefore, my question was
like any accountant asking a client, "What is this?"
David would tell me, "This is from Swartz" or "This is

11:50:44 from X company, this is from Y company," and we would
have booked it exactly as they told us.
Q   Okay.  Did you take any steps to verify the
accuracy of what they told you?
A   No.  That's not my job.

11:50:56 Q   That's not your practice?
A   That's not my job.  I'm not required to do
that.  When we prepare the financial statement -- our
preparation of the final statement is based on the
representation of the clients.  Not --

11:51:09 Q   Okay.

Page 57

11:51:09 A   I am not doing audit.  If I were doing the
audit, then I should have obtained additional
verification of the facts.
But as of -- at -- at the time that what we

11:51:27 were doing was -- we call it bookkeeping or compilation,
and under the compilation rules, everything is booked
based on the representation of the management.  And when
we issue the financial statement, that report is on the
top of that says, "All transactions are there based on

11:51:45 the representation of the management and we formed no
opinion about that."
Q   Okay.  What about with respect to the entities
for which you filed tax returns --
A   Uh-huh.

11:51:57 Q   -- do you take steps to verify the accuracy of
client's representations in that regard?
A   Again, if we do have some reason to believe
that the clients are not truthful or are not telling us
the truth, first of all, we would not file tax return.

11:52:17 And if I don't have any reason to believe that there is
anything wrong, I would file the tax return based on
their representation.  And again, keep in mind that tax
return is being signed by the taxpayer under the penalty
of perjury, and I sign based on the information that the

11:52:37 clients provide.  I make sure this tax return prepared

Majid Zarrinkelk                                    03-26-19

Page 58

| | | |
|---|---|---|
| 11:52:41 | 1 | according to the law. |
| | 2 | Q   Okay.  So you -- you testified -- testified |
| | 3 | before seeing money, millions of dollars coming from |
| | 4 | Swartz IP? |
| 11:52:51 | 5 | A   I did not say million dollars from Swartz IP. |
| | 6 | I said I saw millions of dollars that are coming in and |
| | 7 | going.  Some of them were from Swartz.  I don't know |
| | 8 | whether millions or hundreds of thousand. |
| | 9 | Q   And from what other entities were these monies |
| 11:53:09 | 10 | coming from? |
| | 11 | A   I don't know the name. |
| | 12 | Q   Okay.  Did you understand them to be entities |
| | 13 | with which Mr. Jam was affiliated? |
| | 14 | A   No.  None of them -- none of them were entities |
| 11:53:21 | 15 | that's related to Mr. Jam. |
| | 16 | Q   Okay.  Were they entities with which |
| | 17 | Mr. Bergstein was affiliated? |
| | 18 | A   I -- I think they were. |
| | 19 | Q   Okay.  Did you ever ask anyone why monies where |
| 11:53:42 | 20 | coming in from Swartz IP at this time? |
| | 21 | A   Yes.  I recall in a meeting when -- when we |
| | 22 | wanted to file the K.Jam Media tax return, and we did |
| | 23 | not have answers to what was the sources of these funds |
| | 24 | coming in, I do recall that I called Kia and Kia came to |
| 11:54:06 | 25 | our office from L.A. to Orange County and we spend the |

Page 59

| | | |
|---|---|---|
| 11:54:10 | 1 | day and he told us that these monies are from these |
| | 2 | sources and this one is income, this was as a loan, this |
| | 3 | was a -- a liability.  So we booked them according to |
| | 4 | what he told us. |
| 11:54:25 | 5 | Q   Okay.  Do you have an understanding as you sit |
| | 6 | here today what type of business that Swartz IP was |
| | 7 | engaged in? |
| | 8 | A   I have no knowledge of Swartz.  I don't know |
| | 9 | what they do and -- not even today. |
| 11:54:40 | 10 | Q   Okay.  Are you aware that Mr. Jam has |
| | 11 | identified himself as the vice president of Swartz IP? |
| | 12 | A   Never know that.  Never heard that. |
| | 13 | Q   Okay.  Do you understand that Mr. Jam had a |
| | 14 | role with respect to Swartz IP? |
| 11:54:55 | 15 | A   To this date, I had no knowledge of that. |
| | 16 | Q   Are you aware of a transaction between Swartz |
| | 17 | IP and the plaintiff in this lawsuit, Wimbledon |
| | 18 | Class TT? |
| | 19 | A   No, I do not. |
| 11:55:09 | 20 | Q   Okay.  Are you familiar with an entity called |
| | 21 | Pineboard Holdings, Inc.? |
| | 22 | A   I heard the name. |
| | 23 | Q   Okay.  What is Pineboard? |
| | 24 | A   I have no idea. |
| 11:55:21 | 25 | Q   Okay.  Do you understand that it's a company |

Page 60

| | | |
|---|---|---|
| 11:55:22 | 1 | with which Mr. Jam was affiliated? |
| | 2 | A   Yes, he was.  And if I'm not mistaken, for a |
| | 3 | short period of time, we were even doing accounting for |
| | 4 | that entity, but we never prepare the tax return for |
| 11:55:40 | 5 | Pineboard. |
| | 6 | Q   Okay.  Did you have a written and signed |
| | 7 | engagement agreement with Pineboard Holdings, Inc.? |
| | 8 | A   I don't think that the relationship lasted that |
| | 9 | long.  I mean, it came for a short period of time, |
| 11:55:57 | 10 | again, when Kia was forming these entities, he would set |
| | 11 | up the bank account and he would add my name to the bank |
| | 12 | account so I knew I could have access to it, so I -- I |
| | 13 | would see what's going on.  But I think Pineboard was |
| | 14 | a -- for a short period of time, we were doing it and |
| 11:56:18 | 15 | then they took it over.  In fact, they hired an in-house |
| | 16 | accountant.  David hired an in-house accountant.  A guy |
| | 17 | named -- I introduced him to them.  I don't -- I don't |
| | 18 | remember his name. |
| | 19 | Q   His first name Evan? |
| 11:56:41 | 20 | A   No.  Evan -- Evan -- last name was Schwabsky, |
| | 21 | something like that.  He was involved in Sovrin, Evan. |
| | 22 | Q   You -- you testified before that they took it |
| | 23 | over referring to Pineboard Holdings. |
| | 24 | Who is "they"? |
| 11:56:56 | 25 | A   David. |

Page 61

| | | |
|---|---|---|
| 11:56:58 | 1 | Q   Okay.  Are you referring to someone in addition |
| | 2 | to David? |
| | 3 | A   David had the -- had his people behind him. |
| | 4 | David was not a one-man show. |
| 11:57:06 | 5 | Q   Right. |
| | 6 | Mr. Jam was one of those people? |
| | 7 | A   No.  Mr. Jam was not one of those people. |
| | 8 | David had his own accountants, CPAs, financial advisors, |
| | 9 | everything.  So -- |
| 11:57:23 | 10 | Q   Okay.  Do you understand that Pineboard was |
| | 11 | involved -- strike that. |
| | 12 | What type of business was Pineboard involved in |
| | 13 | as you understood? |
| | 14 | A   Nothing.  I -- I never dealt with -- as I said, |
| 11:57:34 | 15 | I -- my dealing with Pineboard was for a very short |
| | 16 | period of time, and I don't think that there were much |
| | 17 | transaction at the time that I -- I was involved with. |
| | 18 | Q   Okay. |
| | 19 | A   Again, if you show me a bank transaction that |
| 11:57:59 | 20 | there were thousand of dollars are coming and going, |
| | 21 | just a fact that I don't remember at this second. |
| | 22 | Q   Uh-huh. |
| | 23 | Okay.  Let me show you what I'm marking as |
| | 24 | Exhibit 34. |
| 11:58:25 | 25 | A   34?  I see it. |

16  (Pages 58 to 61)

Majid Zarrinkelk                                    03-26-19

---

Page 62

| 11:58:25 | 1 | THE REPORTER: 35. |
| | 2 | MR. LATZER: Sorry. 35. |
| | 3 | (Exhibit 35 was marked for |
| | 4 | identification by the Court Reporter |
| 11:58:27 | 5 | and is attached hereto.) |
| | 6 | BY MR. LATZER: |
| | 7 | Q Sir, I'm showing you a document that's |
| | 8 | identified at the top as a business account application. |
| | 9 | A Uh-huh. |
| 11:58:57 | 10 | Q Do you see that? |
| | 11 | A That's correct. |
| | 12 | Q And this is for Pineboard Holdings; is that |
| | 13 | correct? |
| | 14 | A That's correct. |
| 11:59:03 | 15 | Q Have you seen this document before? |
| | 16 | A I don't recall this because as you see, my |
| | 17 | signature is -- is not on it. I'm not the -- as I was |
| | 18 | saying, I did not see it. I see my name is on it, okay, |
| | 19 | but I don't recall signing or at least my signature is |
| 11:59:27 | 20 | not on this. |
| | 21 | Q Well, let me direct you -- |
| | 22 | A Hold on. |
| | 23 | Q -- to the last page. |
| | 24 | A Hold on. Hold on. No. No. Hold on. |
| 11:59:31 | 25 | Here's my signature -- it says "Najmadin |

Page 63

| 11:59:33 | 1 | Zarrinkelk" but that's not my signature. That's not my |
| | 2 | signature. |
| | 3 | Q Okay. |
| | 4 | A Here -- |
| 11:59:39 | 5 | Q Are you looking at page 4 of 4 of the document? |
| | 6 | A Yes. |
| | 7 | Q Okay. |
| | 8 | A I'm looking at the page 4 of the document. It |
| | 9 | has my name but that's not my signature. |
| 11:59:51 | 10 | Q Okay. Is it your testimony that someone signed |
| | 11 | this document on your behalf? |
| | 12 | A I'm saying this is not my signature. |
| | 13 | Q Okay. So you didn't, in fact, sign this |
| | 14 | document? |
| 12:00:02 | 15 | A I did not sign this document. |
| | 16 | Q Did you authorize someone to sign on your |
| | 17 | behalf? |
| | 18 | A I never authorized anybody to sign anything on |
| | 19 | my behalf. |
| 12:00:11 | 20 | Q You've never done that ever? |
| | 21 | A Ever. |
| | 22 | Q Okay. You never authorized Mr. Jam to sign on |
| | 23 | your behalf? |
| | 24 | A No. |
| 12:00:19 | 25 | Q Okay. Do you know what might have prompted |

Page 64

| 12:00:22 | 1 | someone to sign on your behalf? |
| | 2 | A I have no clue. This is very strange. I have |
| | 3 | never seen it. Because normally, I was the one who |
| | 4 | would initiate opening the bank account because I had |
| 12:00:34 | 5 | the relationship with the Wells Fargo bank here. So we |
| | 6 | would open the bank account just by mere -- a phone call |
| | 7 | and they would send us these information, we would sign |
| | 8 | them and send them in and they would accept that. But |
| | 9 | this signature, this is not my signature. |
| 12:00:56 | 10 | Q Okay. Do you know if, in fact, you were a |
| | 11 | signatory on the Pineboard Holdings account? |
| | 12 | A I think I was for a period of time. |
| | 13 | Q Okay. As a signatory on the account, that |
| | 14 | meant you had access to the account to authorize |
| 12:01:22 | 15 | transactions? |
| | 16 | A I had the access to the bank account, I had -- |
| | 17 | if we had checks, I could sign the checks. Yes, I did. |
| | 18 | Q Okay. Let me direct you to page 3 of this |
| | 19 | document. |
| 12:01:35 | 20 | A Uh-huh. |
| | 21 | Q On the top left, it says "Owner key individual, |
| | 22 | one information." |
| | 23 | Do you see that? |
| | 24 | A Uh-huh. |
| 12:01:43 | 25 | Q And the customer name is identified as Mr. Jam? |

Page 65

| 12:01:47 | 1 | A That's correct. |
| | 2 | Q And underneath that, it says "manager"? |
| | 3 | A Uh-huh. |
| | 4 | Q Okay. Did you understand that Mr. Jam was the |
| 12:01:53 | 5 | manager for Pineboard Holdings, Inc.? |
| | 6 | A It could have been. That's correct. |
| | 7 | Q Okay. Do you understand that Mr. Jam |
| | 8 | established Pineboard Holdings, Inc.? |
| | 9 | A Most probably. |
| 12:02:09 | 10 | Q Okay. |
| | 11 | A Mr. Jam is very good in terms of opening a |
| | 12 | company and opening the bank account for whatever |
| | 13 | reason. He just simply does that without -- sometimes |
| | 14 | he does it before even discuss it with me. |
| 12:02:27 | 15 | Q Okay. Now, if you could turn to page 2 of this |
| | 16 | document where it says "business information." |
| | 17 | A Uh-huh. |
| | 18 | Q About halfway down the page, it says, "Date |
| | 19 | originally established." |
| 12:02:39 | 20 | Do you see that? Says "September 8, 2011." |
| | 21 | I'm looking on the left-hand side. |
| | 22 | A Okay. The filing date, September 8, 2011. I'm |
| | 23 | looking at the bank who's on the -- where -- where do |
| | 24 | you see? |
| 12:02:55 | 25 | Q Are you on page 2 of the document? |

Majid Zarrinkelk                                    03-26-19

Page 66

| | | |
|---|---|---|
| 12:02:57 | 1 | A  I am on the -- oh, yes.  Date originally |
| | 2 | established, yes. |
| | 3 | Q  Yeah. |
| | 4 | A  September of 2011. |
| 12:03:03 | 5 | Q  Okay.  Do you recall Pineboard Holdings Inc. |
| | 6 | being established at that time? |
| | 7 | A  If here it says, it must have. |
| | 8 | Q  Okay.  And to the right, the street address for |
| | 9 | Pineboard Holdings, Inc. is identified as 34 Executive |
| 12:03:18 | 10 | Park, Suite 210? |
| | 11 | A  That's not -- my address. |
| | 12 | A  That's your address. |
| | 13 | A  That's -- that's the address on this card. |
| | 14 | Q  Okay. |
| 12:03:24 | 15 | A  As I said, normally, I would open these bank -- |
| | 16 | bank accounts for -- for him.  He would ask me to open |
| | 17 | it.  He would send me a copy of the article of |
| | 18 | incorporation.  We would get the federal ID number.  We |
| | 19 | would send it to the bank.  That bank would send this to |
| 12:03:41 | 20 | us.  We would sign it and send it back and the bank |
| | 21 | account is -- and if you look at the line below that |
| | 22 | original date, you see that, it says "annual gross |
| | 23 | income" of a thousand dollars." |
| | 24 | Q  Uh-huh. |
| 12:03:54 | 25 | A  That tells you how big a company it was or was |

Page 67

| | | |
|---|---|---|
| 12:03:57 | 1 | supposed to be at the time. |
| | 2 | Q  Do you recall -- the process that you just |
| | 3 | described before with the articles of incorporation |
| | 4 | being sent to you, did that happen with respect to |
| 12:04:09 | 5 | Pineboard Holdings, Inc.? |
| | 6 | A  Must have.  Otherwise, the bank would not have |
| | 7 | opened the bank. |
| | 8 | Q  Okay.  Now, if you look at the first page of |
| | 9 | this document, there are two account numbers listed. |
| 12:04:19 | 10 | One ending in 9106. |
| | 11 | Do you see that? |
| | 12 | A  Uh-huh. |
| | 13 | Q  And the other ending in 2536? |
| | 14 | A  Uh-huh. |
| 12:04:25 | 15 | Q  Okay.  So do you understand that you were the |
| | 16 | authorized signatory for both of those accounts? |
| | 17 | A  If my name was on that, I would have access to |
| | 18 | both, and I had the authority to transact on both. |
| | 19 | Q  Okay.  Do you recall a discussion with Mr. Jam |
| 12:04:43 | 20 | at any point regarding Pineboard Holdings, Inc.? |
| | 21 | A  Again, this is -- this is how it happens.  Kia |
| | 22 | calls me and says, "Majid, I want to open my company, |
| | 23 | Pineboard." |
| | 24 | And I say, "What is this for?" |
| 12:04:57 | 25 | He says, "Oh, I'm getting into business of such |

Page 68

| | | |
|---|---|---|
| 12:05:01 | 1 | and such with a group of friends.  Can you open the bank |
| | 2 | account?" |
| | 3 | I'd say, "Sure." |
| | 4 | He calls one of these online companies that set |
| 12:05:18 | 5 | up the corporation.  Parasec is one of them.  And then |
| | 6 | they form the entity.  They send the power -- the |
| | 7 | article of incorporation and then we would apply for the |
| | 8 | federal ID number then I would forward it to the bank |
| | 9 | then bank would open the bank account.  This is -- this |
| 12:05:37 | 10 | is what you used to be.  Not anymore.  These days, banks |
| | 11 | don't do that. |
| | 12 | Q  Okay.  So do you recall that procedure |
| | 13 | happening with respect to Pineboard? |
| | 14 | A  Must have. |
| 12:05:48 | 15 | Q  Do you recall that procedure happening with |
| | 16 | respect to Pineboard Inc. -- Holdings, Inc.? |
| | 17 | A  Must have. |
| | 18 | Q  Okay.  And do you recall a discussion with |
| | 19 | Mr. Jam as to why he was establishing this Pineboard |
| 12:06:02 | 20 | Holdings company? |
| | 21 | A  We must have, but I don't recall what was the |
| | 22 | purpose of that.  Here I see, it says, "Industry, |
| | 23 | professional, scientific, technical service."  I have no |
| | 24 | clue as to what it means. |
| 12:06:17 | 25 | Q  Okay.  Let me show you what's marked as |

Page 69

| | | |
|---|---|---|
| 12:06:51 | 1 | Exhibit 36. |
| | 2 | (Exhibit 36 was marked for |
| | 3 | identification by the Court Reporter |
| | 4 | and is attached hereto.) |
| 12:06:53 | 5 | BY MR. LATZER: |
| | 6 | Q  I believe you testified earlier as to your |
| | 7 | familiarity with an entity called Integrated |
| | 8 | Administration? |
| | 9 | A  That's correct. |
| 12:07:17 | 10 | Q  Okay.  And this is one of Mr. Jam's entities; |
| | 11 | is that correct? |
| | 12 | A  That is correct. |
| | 13 | Q  Okay. |
| | 14 | A  It was a subsidiary of K.Jam Media at the time. |
| 12:07:28 | 15 | Q  And what was Mr. Jam's relationship to K.Jam |
| | 16 | Media? |
| | 17 | A  Mr. Jam was the 100 percent owner of K.Jam |
| | 18 | Media. |
| | 19 | Q  Okay.  And K.Jam meaning it was the 100 percent |
| 12:07:40 | 20 | owner of Integrated Administration? |
| | 21 | A  It was decided later on to be that way. |
| | 22 | Q  Okay.  Do you understand what the ownership |
| | 23 | structure was as of the 2011 and 2013 time frame? |
| | 24 | A  As I said, at the time that we opened it, it |
| 12:07:58 | 25 | was not clear, but later on, it was decided that |

Majid Zarrinkelk                                              03-26-19

---

Page 70

12:08:03  1    Integrated Ad- -- Administration to be owned by K.Jam
          2    Media. So it became a subsidiary of it.
          3        Q    Okay. When -- approximately when was that
          4    decided?
12:08:14  5        A    I can't tell you exact date but must have been
          6    within a period of time.
          7        Q    Okay. And what type of business was Integrated
          8    Administration --
          9        A    Integrated Administration --
12:08:24 10        Q    Let -- let me finish.
         11            What type of business was Integrated
         12    Administration in?
         13        A    Integrated Administration was a payroll
         14    company.
12:08:36 15        Q    Okay. What did that entail?
         16        A    It was running payroll for the David Bergstein
         17    entities, different entities.
         18        Q    Did it run payroll for any entities other than
         19    David Bergstein entities?
12:08:58 20        A    I don't recall.
         21        Q    Did it run payroll for Mr. Jam's entities?
         22        A    No. Mr. Jam had his own pay- -- payroll.
         23        Q    Okay. And how specifically did it run payroll
         24    for David Bergstein's entities?
12:09:16 25        A    David would send us a list of the employees and

---

Page 71

12:09:19  1    David would say, "This is for Sovrin. This is for" --
          2    there were two or three entities, okay, and then we
          3    would run them then we would allocate their cost and we
          4    would send it to their accountant. They would record it
12:09:38  5    accordingly.
          6        Q    Do you recall when Integrated Administration
          7    was established?
          8        A    I think it was in 2011, and here, I see it's
          9    August of 2011 which seems to be correct.
12:10:01 10        Q    Okay. And do you recall a discussion with --
         11    with Mr. Jam regarding the establishment of Integrated
         12    Administration?
         13        A    Nothing in specific. As I said, this is the --
         14    this was very routine. He would call me and say,
12:10:15 15    "Majid, open up this bank account for me and here is the
         16    article of incorporation." And I would do that.
         17        Q    Okay. What was your relationship with
         18    Integrated Administration?
         19        A    Again, same as the other entities, accountant.
12:10:30 20        Q    I'm sorry. Same --
         21        A    Accountant.
         22        Q    Accounting services?
         23        A    That's correct.
         24        Q    Okay. You file tax returns?
12:10:36 25        A    That is correct.

---

Page 72

12:10:36  1        Q    Okay.
          2        A    As part of K.Jam Media.
          3        Q    Okay. What do you mean "as part of K.Jam
          4    Media"?
12:10:42  5        A    Because this was a subsidiary of K.Jam Media,
          6    so we did not file a separate tax return for Integrated
          7    Administration.
          8        Q    Okay. But the tax return for K.Jam Media would
          9    refer to Integrated Administration?
12:10:58 10        A    That's correct. That's correct.
         11        Q    Your testimony is that you had no obligation to
         12    file a tax return separately for Integrated
         13    Administration?
         14        A    That is correct. Because it was a subsidiary
12:11:09 15    so we would consolidate the financial statement of K.Jam
         16    Media which was not only this. There was a couple of
         17    other entities, okay, and then we would file a
         18    consolidated return.
         19        Q    Do you recall whether you did that for 2011?
12:11:31 20        A    Do I recall?
         21        Q    Uh-huh.
         22        A    Yes.
         23        Q    And did you do it for 2012?
         24        A    Yes, I did.
12:11:36 25        Q    2013?

---

Page 73

12:11:38  1        A    Yes, sir.
          2        Q    '14?
          3        A    Certainly.
          4        Q    Okay. Okay. Let's look at the Exhibit 36 that
12:12:05  5    I placed in front of you before.
          6            This is another business account application;
          7    is that correct?
          8        A    This is what?
          9        Q    A business account application?
12:12:14 10        A    Uh-huh.
         11        Q    And this is with respect to Integrated
         12    Administration?
         13        A    Uh-huh.
         14        Q    Okay. Can you turn to the last page?
12:12:21 15        A    Uh-huh.
         16        Q    There is a spot on the last page for your
         17    signature but --
         18        A    Uh-huh.
         19        Q    -- it's blank.
12:12:28 20            Do you agree with that?
         21        A    Do I agree with that?
         22        Q    Yeah, that the spot is blank.
         23        A    I don't know when this copy was made.
         24        Q    But the one -- the copy that is in front of
12:12:39 25    you, it's not signed by you?

---

                                    19 (Pages 70 to 73)

Majid Zarrinkelk                                           03-26-19

Page 74

12:12:42  1      A   That is correct.
          2      Q   Okay.  Do you recall ever signing this business
          3  account application?
          4      A   If I did not sign it, I -- I would not have
12:12:48  5  access to -- to it.  And I think the way that this would
          6  have worked is they would send it to me.  I would
          7  forward it to Kia.  Kia would sign it and then send it
          8  back to me.  I would add my signature to it and I would
          9  forward it to the bank.
12:13:05 10      Q   Okay.  So you did, in fact, have access to
         11  Integrated Administration bank account?
         12      A   That's correct.  That's correct.
         13      Q   Okay.  So even though this is unsigned, you
         14  believe that you did sign an account application at some
12:13:17 15  point?
         16      A   That is correct.
         17      Q   Okay.  And that's with respect to the account
         18  ending in 1578?
         19      A   I don't know the exact account number, but if
12:13:26 20  that's the account number for Integrated, yes.
         21      Q   Okay.  If you could take a look at the first
         22  page.  There is an account number.
         23      A   Yeah.  I -- I see that.
         24      Q   Okay.  Are you aware of any other bank accounts
12:13:38 25  other than the one ending in 1578 for Integrated

Page 75

12:13:41  1  Administration?
          2      A   I don't recall.
          3      MR. LATZER:  Would you guys be okay with
          4  breaking for lunch?  I'm at a good stopping point so
12:14:22  5  let's do that.
          6      THE VIDEOGRAPHER:  The time is 12:14 p.m.  We
          7  are now off the record.
          8          (A lunch recess was taken.)
          9      THE VIDEOGRAPHER:  We are back on the record.
12:50:05 10  The time is 12:49 p.m.
         11  BY MR. LATZER:
         12      Q   Sir, before we broke for lunch, we were
         13  discussing certain monies that were coming in from
         14  Swartz IP.
12:50:19 15          Do you recall that?
         16      A   I've seen money coming from Swartz IP.
         17      Q   Okay.  I -- I believe your testimony was that
         18  money was coming to Swartz IP or from Swartz IP to
         19  Integrated Administration; is that correct?
12:50:35 20      A   To one of the entities, I can't right now say
         21  seven years ago, whether it came to IA or K.Jam Media
         22  but it came to one of these entities, yes.
         23      Q   Okay.  Let me show you what's been marked as
         24  Exhibit 37.
12:50:54 25          (Exhibit 37 was marked for

Page 76

12:50:54  1          identification by the Court Reporter
          2          and is attached hereto.)
          3  BY MR. LATZER:
          4      Q   This is an Advantage Business Package Checking
12:51:06  5  statement for Pineboard Holdings, Inc.?
          6      A   Uh-huh.
          7      Q   Do you recall seeing this document before?
          8      A   Yes.  I know this document because my -- some
          9  of the entries in there was made by me.
12:51:27 10      Q   Okay.  So this is a statement for Pineboard's
         11  bank account and specifically the account ending 9106;
         12  is that correct?
         13      A   That is correct.
         14      Q   Okay.  And that's one of the accounts for which
12:51:37 15  you were an authorized signatory; is that correct?
         16      A   That is correct.
         17      Q   Okay.  Let's look at page 2 of the statement
         18  and specifically on April 18 of 2012, there was a
         19  deposit into the account of $2,035,031.61.
12:51:57 20          Do you see that?
         21      A   That is correct.
         22      Q   And that deposit was from Physicians Management
         23  Practice.
         24          Do you see that?
12:52:12 25      A   That's correct.

Page 77

12:52:13  1      Q   Okay.  What is Physicians Management?
          2      A   I have no idea.
          3      Q   Okay.  Do you have any idea why Pineboard was
          4  receiving these monies at this time?
12:52:25  5      A   No.
          6      Q   Okay.  Did you have any discussion with Mr. Jam
          7  regarding why Pineboard was receiving monies at this
          8  time?
          9      A   No, because I was not handling Pineboard, so it
12:52:38 10  was not my responsibility.
         11      Q   You weren't handling Pineboard but you were an
         12  authorized signatory --
         13      A   That is correct.
         14      Q   Okay.  Who was handling Pineboard?
12:52:49 15      A   David and Kia.
         16      Q   David and Kia work together handling Pineboard?
         17      A   I suppose, because the instruction was coming
         18  from them.
         19      Q   They were both providing you instruction?
12:53:01 20      A   Uh-huh.
         21      Q   With respect to these transfers of money?
         22      A   That is true.
         23      Q   Okay.  Do you recall receiving instruction from
         24  David or Kia with respect to this money that came from
12:53:11 25  Physicians Management?

Majid Zarrinkelk                                    03-26-19

Page 78

12:53:11   1      A   Uh-huh.
           2      Q   You do recall?
           3      A   I don't recall what was that for.  No, I don't.
           4      Q   Okay.  But do you recall -- after the money
12:53:18   5   or -- at or around the time the money came in from
           6   Physicians Management, do you recall any instruction
           7   from Mr. Jam or Mr. Bergstein with respect to the
           8   disbursement of those monies?
           9      A   That is correct.  I receive the instruction to
12:53:31  10   disburse that and those are -- those four, five
          11   disbursements -- I made that because those are my --
          12   my -- what do you call it -- my signature description.
          13      Q   Okay.  So you received those instructions from
          14   both Mr. Jam and Mr. Bergstein?
12:53:54  15      A   Either Mr. Jam or Mr. Bergstein.
          16      Q   They were operating in tandem as far as you are
          17   concerned?
          18      A   That is correct.
          19      Q   Okay.  Now, let's focus on the transfer on 4/19
12:54:10  20   and it's an entry of $450,000 from Pineboard to IA.
          21         Do you see that?
          22      A   Uh-huh.  That's correct.
          23      Q   Okay.  So IA is referring to Integrated
          24   Administration?
12:54:19  25      A   That's correct.

Page 79

12:54:20   1      Q   Okay.  And this is a transfer that was
           2   authorized by Mr. Jam or Mr. Bergstein or both of them?
           3      A   That's correct.
           4      Q   Okay.  And do you have an understanding as to
12:54:29   5   why Pineboard was transferring $450,000 to Integrated
           6   Administration?
           7      A   No.  At that point of time, these monies were
           8   flying from one account to the other account without
           9   telling us what happened.  As you see, that the money
12:54:46  10   came on the 4/18 and then by 4/19, it's gone.
          11      Q   It's all gone?
          12      A   All gone.
          13         So they were just running it through these
          14   entities and we had no clue and, again, this was not my
12:55:00  15   client so it was not my responsibility but I had access
          16   and -- and I was the facilitator in terms of just the
          17   banking side of it.
          18      Q   Okay.  So Mr. Bergstein and Mr. Jam were
          19   running monies through this account rapidly at this
12:55:18  20   period of time?
          21      A   Again, I'm talking about these four, five as an
          22   example.
          23      Q   Okay.  All right.  So let's look at the two
          24   transactions on 4/19, the last --
12:55:34  25      A   Uh-huh.

Page 80

12:55:34   1      Q   -- and the first of those two says, "Business
           2   checking from Pineboard to ZKCO for wire to Swartz."
           3         Do you see that?
           4      A   Not to Swartz.  To Gen Health.  The second one
12:55:51   5   is -- the second 500,000 after the 450, this is -- this
           6   is exactly my signature description, "From Pineboard to
           7   ZKCO wire to Gen Health."  And then next one says, "From
           8   Pineboard to ZKCO wires to Don Carroll."  Then another
           9   one, it says, "From Pineboard to ZKCO for wire to
12:56:14  10   Swartz" and then "From Pineboard to Swartz" again.  Let
          11   me tell you what is ZKCO wire means.
          12         At that point of time, I had the wire -- I was
          13   able to wire funds from ZKCO account.  Okay.  They did
          14   not have that.  So therefore, in order to expedite the
12:56:43  15   transfer of funds, they would call me and say, "Majid,
          16   can you please wire this $500,000 to such and such
          17   person?"  And I would transfer that to our wire account
          18   to ZKCO wire account.  And then from there, I was -- I
          19   had the ability of wiring it to third party.  And my
12:57:04  20   description clearly says where the money is coming from,
          21   where is it going to, and what is the purpose.  Okay.
          22   In the -- I had this much room to describe or put the
          23   description.  So this is my signature description.
          24   From, to, for what.
12:57:29  25      Q   Okay.  So you -- I think you described yourself

Page 81

12:57:33   1   as -- where you were the facilitator for these
           2   transactions?
           3      A   That's correct.
           4      Q   Okay.  Now, let's focus on the first of the
12:57:44   5   four that you just described, the $500,000 payment from
           6   Pineboard ultimately to General Health.
           7         Do you see that?
           8      A   That's correct.
           9      Q   Okay.  Now, what was your understanding as to
12:57:58  10   the purpose of that payment?
          11      A   I had no understanding and I did not know and I
          12   did not care at that -- at -- at the time.  Again, I was
          13   just simply being a help to Mr. Jam and he asked me,
          14   "Can you make this transfer?"  And I did that.
12:58:20  15      Q   Okay.  Is that true for the remaining three
          16   transactions --
          17      A   All of that.  All three.  All four of them.
          18   Five of them.
          19      Q   Okay.  Now, did you have an understanding why
12:58:29  20   these monies couldn't come directly from the originating
          21   source, Pineboard?
          22      A   No, I had no -- again, this is not my client.
          23   I did not know anything.  The only involvement that I
          24   had was because of the fact that I was on this account,
12:58:46  25   I had this signatory, and then I had the ability of

Majid Zarrinkelk                                                03-26-19

---

Page 82

12:58:51   1   wiring funds from my account.  So I would transfer it
           2   from Pineboard to ZKCO wire and then wire it.
           3       Then when -- when I saw that these number of
           4   wires was increasing, so what we did was we set up a
12:59:05   5   wire account for K.Jam Media so they didn't have to hit
           6   ZKCO account.  So we set up one account -- one wire
           7   account for K.Jam Media.  In the following year, you
           8   would see that the money goes directly if it's coming
           9   from here, goes to K.Jam Media wire account, and then
12:59:30  10   from that wire account to whatever they were -- they
          11   were going.
          12       Q    Okay.  So K.Jam Media became the facilitator?
          13       A    That is correct.
          14       Q    They took over for you?
12:59:39  15       A    I'm sorry, what?
          16       Q    They took over for you as the facilitator?
          17       A    The account?
          18       Q    Right.
          19       A    Okay.  I didn't -- when I saw that these
12:59:44  20   transactions was so many and so large, I didn't want to
          21   have anything to do with that.  So we set up the account
          22   for K.Jam Media so we could do it through there.
          23   Although I was doing it at the same time -- at -- at
          24   that time, too.  Again, I was the person who was
13:00:03  25   initiating the wires.

---

Page 83

13:00:05   1       Q    Okay.  Why didn't you want anything to do with
           2   it?
           3       A    Again, the first time was one or two
           4   transaction then I saw that there were too many, I had
13:00:17   5   no reason to mingle them with my accounting practice.
           6   So I asked them to set up a -- their own account, so I
           7   facilitated that.  We set up -- setting up the wire
           8   account with Wells Fargo is not an easy task.  So you
           9   have to go through so many steps in order to get it
13:00:35  10   done, so that's what we did.
          11       Q    Okay.  Did you consider it problematic to your
          12   accounting practice that you were serving as the
          13   facilitator?
          14       A    I wasn't -- I wasn't -- again, this was not
13:00:44  15   money that I was managing.  I had no reason to be
          16   dealing with them, so that's what we did.
          17       Q    Okay.  When did you see that these transfers
          18   were increasing in volume?
          19       A    I think they were more or less in 2012 and '13,
13:01:07  20   most of them, I think.  Again, this is five, six years
          21   ago.  You have all -- a- -- I don't know whether you
          22   have all of the accounting records that we provided to
          23   Mr. Wiechert and also to the government.  If you have,
          24   you can clearly see all these transactions.
13:01:26  25       Q    Okay.  And so did you or your firm receive a

---

Page 84

13:01:29   1   fee in exchange for facilitate- -- facilitating these
           2   sort of transfers?
           3       A    No.  I was just charging my hourly rate.  If it
           4   took me half an hour, I would charge him half an hour.
13:01:41   5   If it take -- took me 15 minutes, I would charge them
           6   15 minutes.
           7       Q    Okay.  And you never had a discussion with
           8   either Mr. Bergstein or Mr. Jam with respect to the
           9   purpose or the nature of these transactions that we've
13:02:07  10   been discussing on this statement?
          11       A    As long as they did not hit the accounts that
          12   we were handling it, like K.Jam Media, it was irrelevant
          13   to me.
          14       Q    Okay.  I guess I'm a little confused, though,
13:02:21  15   because you're the signatory on this account --
          16       A    That is true.
          17       Q    -- but you're telling me that you weren't
          18   handling this account?
          19       A    That's correct.
13:02:27  20       Q    And your testimony is that Mr. Bergstein was
          21   handling this account?
          22       A    This is -- this is their money, they were
          23   handling it.  I was just a facilitator because I had the
          24   access and I had this relationship with Wells Fargo that
13:02:42  25   if I wanted to open a bank account, I could open it from

---

Page 85

13:02:45   1   my office instead of going to the branch and setting up
           2   the account so --
           3       Q    This was Mr. Bergstein and Mr. Jam's money,
           4   though?
13:02:54   5       A    That is correct.  That was entirely there.  It
           6   never hit the accounts that we were handling, so I
           7   didn't concern myself with it.
           8       Q    Let me show you what I'm marking as Exhibit 38.
           9       A    38.
13:03:17  10            (Exhibit 38 was marked for
          11            identification by the Court Reporter
          12            and is attached hereto.)
          13   BY MR. LATZER:
          14       Q    This, sir, is a bank -- a bank statement for
13:03:39  15   Swartz IP Services Group, Inc. for the account number
          16   ending in 9114 and at the time period of April 1st, 2012
          17   to April 30th, 2012.
          18            Do you see that?
          19       A    That's correct.
13:03:52  20       Q    Okay.  Have you seen this bank statement
          21   before?
          22       A    No.  Never.
          23       Q    Let's turn to page 2, if you can?
          24       A    I am.
13:04:02  25       Q    Okay.  Now, we see a transaction on 4/19, it's

---

Majid Zarrinkelk                                    03-26-19

| Page 86 | Page 88 |
|---|---|

**Page 86**

13:04:09 1   the first one on here.

2   A  Uh-huh.

3   Q  Now, do you agree with me that this refers to

4   the monies that we just looked at on the Pineboard

13:04:18 5   account?

6   A  No. I'm not sure. Let me see. Yes, this

7   should be the combination of those two $500,000. And as

8   you see, the initiator is Zarrinkelk Kashefipour.

9   That's the name of our firm because the wire account was

13:04:43 10   under our name.

11   Q  Right.

12       So there is no reference here to the actual

13   originating source which was Pineboard?

14   A  No, it's not, because the bank would only see

13:04:55 15   who is the sender. And the sender was ZKCO wire

16   account.

17   Q  Okay. So this 4/19 transaction is a million

18   dollars that was deposited into Swartz IP account; is

19   that correct?

13:05:18 20   A  That's correct.

21   Q  And you on behalf of Pineboard made two

22   separate $500,000 transfers?

23   A  Yes.

24   Q  You facilitated those transfers?

13:05:28 25   A  That is correct.

**Page 87**

13:05:29 1   Q  Okay. And they were deposited into the account

2   as one, $1 million transfer?

3   A  That's -- that's very surprising because

4   normally, banks don't do it like that. They normally

13:05:39 5   show one transaction at a time so whether this represent

6   those two 500,000 or something different, I don't know.

7   Q  And did you have an understanding that Mr. Jam

8   and Mr. Bergstein did not want the recipient of this

9   $1 million to know that the actual transferor of the

13:06:02 10   funds was Pineboard?

11   A  It never crossed my mind. This is the first

12   time that you're bringing it up.

13   Q  Okay. Did you talk about that at all with the

14   government when you met with them in the winter or fall

13:06:12 15   of 2017?

16   A  If they asked me, I -- I answered them the same

17   way.

18   Q  Okay. You were truthful in all your responses

19   to the government?

13:06:21 20   A  I think I was.

21   Q  Okay. And I believe this would be consistent

22   with your testimony before. You, as you sit here today,

23   don't have an understanding as to the purpose of this

24   $1 million payment from Pineboard through your account

13:06:46 25   to Swartz IP?

**Page 88**

13:06:47 1   A  That is correct.

2   Q  Let's look at the transaction on 4/20.

3   A  Uh-huh.

4   Q  The second to the last one on the page. It's

13:07:00 5   a -- a withdrawal of $1 million.

6       Do you see that?

7   A  Uh-huh.

8   Q  Okay. And the recipient of the $1 million is

9   Societe -- Societe Generale.

13:07:10 10       Do you see that?

11   A  That's correct.

12   Q  Okay. Do you have any understanding as to why

13   the monies were transferred on 4/20 to Societe Generale?

14   A  No.

13:07:26 15   Q  No.

16       Okay. I'm going to show you what's been marked

17   as Exhibit 39.

18       (Exhibit 39 was marked for

19       identification by the Court Reporter

13:07:44 20       and is attached hereto.)

21   BY MR. LATZER:

22   Q  And this is a bank statement for Swartz IP

23   Services Group for the account ending in 9114 and for

24   the time period of December 1st, 2013 through

13:08:12 25   December 31st, 2013.

**Page 89**

13:08:14 1       Do you see that?

2   A  That's correct.

3   Q  Okay. Have you seen this document before?

4   A  Never.

13:08:21 5   Q  Okay. Let's look at the first transaction on

6   page 2.

7       Do you see that?

8   A  Yes.

9   Q  So this is a December 6th transaction and it

13:08:38 10   appears to show that $50,000 was transferred from your

11   firm by order of K.Jam Media to Swartz IP; is that

12   correct?

13   A  I think this is the time that we set up the

14   K.Jam Media wire account. Now, you see, it says "K.Jam

13:09:01 15   Media," but the originator had my name on it because I

16   was originating it. But this must have come -- I -- I

17   think -- I'm not 100 percent sure -- I think this wire

18   was sent from K.Jam Media wire account that I was

19   previously saying that we established.

13:09:21 20   Q  Okay. So at this point in time, were you still

21   serving as the facilitator for these sorts of

22   transactions?

23   A  Yes.

24   Q  Okay. And do you recall --

13:09:30 25   A  Again, this is a -- just about a couple of

eLitigation Services, Inc. - els@els-team.com

Majid Zarrinkelk                                          03-26-19

Page 90

13:09:33   1   months later than that.
2   Q   Okay.  And do you recall who specifically
3   authorized this transaction?
4   A   No.  At this time, no.
13:09:44   5   Q   Okay.  It would have been another transaction
6   pertaining to Mr. Bergstein and Mr. Jam?
7   A   That is correct.  Let me tell you one
8   additional statement, if I may.
9       During this -- I was subpoenaed by SEC first to
13:10:07  10   produce document.  And during that process, we produced
11   pretty much everything from 2000 -- I think it was 2010
12   or '11 all the way to 2017.  Financial statement, bank
13   statement, credit card statement, tax return, and then
14   in that interview, again, I was subpoenaed to appear for
13:10:36  15   that interview which I was supposed to go before the
16   grand jury, but they decided my testimony was sufficient
17   so they didn't take me there.  They asked me all these
18   questions.  They had all those financial statement,
19   financial information.
13:10:52  20       So here me sitting here, I -- I can't recall on
21   December 6 of 2013 what I did or what I received.  We
22   gave them every single e-mail that we had.  We gave them
23   every copy of every document even if it was a posted
24   note.  The attorneys -- my attorneys came in our office
13:11:18  25   and they made a copy of everything and they made a copy

Page 91

13:11:23   1   of all our billing for that period of time.  They --
2   they brought a couple of IT experts in order to
3   extract -- even my telephone text, they -- we -- we
4   provided it.  There was nothing.  Nothing.  Even one
13:11:44   5   piece of document from -- for this period of time that
6   we did not provide to the government.
7   Q   Okay.  Understood.
8       Let's look a little further down on page 2 of
9   this exhibit, the 12/9 transaction refers to Broadway 4D
13:12:05  10   Theaters.
11       Do you see that?
12   A   I do.
13   Q   Do you have an understanding as to what
14   Broadway 4D Theaters is?
13:12:13  15   A   Again, if I may, any statement of Swartz, if
16   you show me, I would not have any knowledge of any of
17   them because I never dealt with them.  I don't know
18   them.  I -- so therefore, you can -- you can give me 500
19   of these and ask me the same question and my answer
13:12:31  20   would be no.
21   Q   Okay.  Well, you did deal with them in the
22   sense that you were facilitating transact- -- transfers
23   of monies to them.
24   A   When I was sending money in there, in some
13:12:40  25   instances, yes, I was.

Page 92

13:12:42   1   Q   Okay.  Well --
2   A   But the ones that's going out of their account,
3   was out of my control.
4   Q   I understand.
13:12:46   5       I'm just asking you that aside whether you have
6   any knowledge of what Broadway --
7   A   No, I don't.
8   Q   Let me finish.
9       That aside whether you have any knowledge of
13:12:55  10   what Broadway 4D Theaters is?
11   A   No, I don't.
12   Q   Okay.  Do you know whether Mr. Jam is
13   affiliated with that entity?
14   A   Broadway 4 -- 4D, no.
13:13:08  15   Q   Do you know if Mr. Bergstein is affiliated with
16   that entity?
17   A   I never heard of that entity before.
18   Q   Okay.  Do you agree with me that this statement
19   shows that three days after Swartz IP received $50,000
13:13:31  20   from K.Jam Media that $41,672 was transferred to
21   Broadway 4D Theaters?
22   A   What is the importance of my agreement with
23   this statement of yours?
24   Q   I'm just asking the question.
13:13:45  25   A   Again, I'm -- what is the importance?  This is

Page 93

13:13:47   1   the account that I -- it's as if you are bringing me
2   your personal bank statement and asking me do I know
3   anything about the transfers made from your account.
4       Why -- why would I -- why would I need to
13:13:58   5   confirm or disconfirm that?
6   Q   Because I'm asking you.
7       So do you agree or do you disagree?
8   A   I have no clue.  I -- this is not the account.
9   This is the account of a third party.  And you're asking
13:14:10  10   me about the transfer they made, so how would I know?
11   Q   Okay.  Are you aware that Integrated
12   Administration during the 2011 to 2013 time period
13   received approximately $2 million from Swartz IP?
14   A   It could very well be.
13:14:37  15   Q   Okay.  Okay.  I'm going to show you what I'm
16   marking as Exhibit 40.
17       (Exhibit 40 was marked for
18        identification by the Court Reporter
19        and is attached hereto.)
13:15:03  20   BY MR. LATZER:
21   Q   And, sir, these I'll re- -- represent to you
22   are bank statements for Integrated Administration.  The
23   first one is dated August 11th, 2011 through
24   August 24th, 2011, and the last one in the packet is
13:15:32  25   March 1st, 2014 to March 31st, 2014.

Majid Zarrinkelk                                          03-26-19

Page 94

| 13:15:37 | 1 | A   My first one is from December 6, 2011 to |
| | 2 | December 31, 2011. |
| | 3 | Q   Okay.  Can you hand it back to me, please?  I |
| | 4 | may have given you the wrong one. |
| 13:15:49 | 5 | A   Sure. |
| | 6 |     Maybe just the first few pages is not in order. |
| | 7 | That's -- |
| | 8 | Q   Okay.  Thanks for pointing that out.  Let's try |
| | 9 | that again. |
| 13:16:59 | 10 | A   Sure.  Sure. |
| | 11 | Q   So can you -- what you have now in front of you |
| | 12 | is what I described before, which is bank account |
| | 13 | statements for Integrated Administration.  The first |
| | 14 | statement should be August 11th, 2011 through |
| 13:17:10 | 15 | August 24th, 2011.  And the last statement in the packet |
| | 16 | would be March 1st, 2014 through March 31st, 2014. |
| | 17 | A   It seems like it. |
| | 18 | Q   Okay.  So I'm going to direct you to a |
| | 19 | particular transaction within this packet. |
| 13:17:26 | 20 | A   Sure. |
| | 21 | Q   And you'll see on the top right-hand corner, it |
| | 22 | says, on the first page, page 2 of 127. |
| | 23 | A   Uh-huh. |
| | 24 | Q   So I'll refer to you -- refer to those page |
| 13:17:36 | 25 | numbers when I direct you to the particular transaction. |

Page 95

| 13:17:39 | 1 | A   Yes, please. |
| | 2 | Q   Okay.  Now, just taking a step back, am I |
| | 3 | correct that you were the signatory or one of the |
| | 4 | signatories for this 1578 account? |
| 13:17:49 | 5 | A   Yes, I was. |
| | 6 | Q   And Integrated Administration was one of |
| | 7 | Mr. Jam's entities? |
| | 8 | A   That is correct. |
| | 9 | Q   Okay.  And at this time in 2011, you were |
| 13:18:08 | 10 | providing accounting services for Integrated |
| | 11 | Administration? |
| | 12 | A   That is correct. |
| | 13 | Q   Okay.  Let's take a look on page 17 of 127. |
| | 14 | A   Uh-huh. |
| 13:18:36 | 15 | Q   There is a transaction.  It's for -- from the |
| | 16 | bottom, November 23rd of 2011. |
| | 17 | A   Uh-huh. |
| | 18 | Q   And it's a $150 -- sorry, excuse me, $150,000 |
| | 19 | transfer into the account from Swartz IP Services Group. |
| 13:18:58 | 20 |     Do you see that? |
| | 21 | A   That's correct. |
| | 22 | Q   Okay.  Do you know why Swartz IP Services was |
| | 23 | paying $150,000 to Integrated Administration at this |
| | 24 | time? |
| 13:19:10 | 25 | A   No. |

Page 96

| 13:19:11 | 1 | Q   Do you have an understanding as to the purpose |
| | 2 | of this payment? |
| | 3 | A   No. |
| | 4 | Q   Okay.  Did you ever have a discussion with |
| 13:19:17 | 5 | Mr. Jam regarding the purpose of this payment? |
| | 6 | A   I think, as I said before, in a meeting that we |
| | 7 | had a year or two later, because we were unable to file |
| | 8 | these tax returns on time so I needed to know what these |
| | 9 | payments were for.  So Kia came to my office and said |
| 13:19:38 | 10 | this is loan, this is this, this is income, so we acted |
| | 11 | upon that. |
| | 12 | Q   And you said that happened approximately a year |
| | 13 | or two later? |
| | 14 | A   I believe because we filed 2011 and 2012 tax |
| 13:19:53 | 15 | returns about a -- about two years later than their due |
| | 16 | date. |
| | 17 | Q   You filed that, I believe you testified before, |
| | 18 | as part of K.Jam Media's -- |
| | 19 | A   That is correct. |
| 13:20:09 | 20 | Q   -- return? |
| | 21 | A   That is correct. |
| | 22 | Q   You didn't file a separate return for |
| | 23 | Integrated Administration? |
| | 24 | A   That is correct.  It is part of that |
| 13:20:15 | 25 | consolidated return. |

Page 97

| 13:20:17 | 1 | Q   Okay.  And you understood that you had no |
| | 2 | obligation to file a separate return for Integrated |
| | 3 | Administration? |
| | 4 | A   That is correct.  Integrated Administration was |
| 13:20:24 | 5 | a 100 percent owned subsidiary of K.Jam Media. |
| | 6 | Q   Okay.  So did there come a point in time where |
| | 7 | you developed an understanding as to the purpose of this |
| | 8 | $150,000 payment? |
| | 9 | A   As I said, if you can imagine we are a year or |
| 13:20:43 | 10 | two postdeadline and I'm trying to get these financials |
| | 11 | to the government to -- the tax returns to the |
| | 12 | government.  So I'm relying on somebody that I had |
| | 13 | worked with for almost 20 years.  So whatever he said, |
| | 14 | representation of the client was my key and we acted |
| 13:21:06 | 15 | upon those. |
| | 16 | Q   You took him at his word? |
| | 17 | A   Absolutely. |
| | 18 | Q   Okay.  Do you recall whether you requested any |
| | 19 | documentation to back up what he was saying? |
| 13:21:16 | 20 | A   No. |
| | 21 | Q   And you wouldn't have done that because you |
| | 22 | took him at his word? |
| | 23 | A   Again, we wouldn't do that because we are not |
| | 24 | required to do that.  If there is something that I had |
| 13:21:28 | 25 | suspicious, I could have asked or I would ask, but at |

25  (Pages 94 to 97)

Majid Zarrinkelk                                                      03-26-19

Page 98

13:21:31  1  that point of time, no, I did not have any suspicion.
          2  Business was as usual. Kia is handling --
          3  running these shows and telling me that, "Oh, this
          4  $200,000 is coming from this person. Another 100,000
13:21:47  5  coming from that person." I didn't have any reason to
          6  doubt or to question.
          7    Q  Okay. As you sit here today, with respect to
          8  this particular payment, do you have any recollection --
          9    A  No.
13:22:03  10   Q  -- what the purpose --
          11   A  No.
          12   Q  -- of it was?
          13   A  No.
          14   Q  Do you know whether Integrated Administration
13:22:09  15  provided any goods or services to Swartz IP?
          16   A  No. I'd -- as much as I know, Integrated
          17  Administration was a payroll company, and they were not
          18  doing payroll for Swartz.
          19   Q  They didn't do payroll for Swartz IP?
13:22:24  20   A  No. I don't recall.
          21   Q  Let's turn to the top of page 18.
          22   A  (Witness complies.)
          23   Q  There is an 11/29 transfer from Swartz IP into
          24  Integrated Administration account for $300,000.
13:22:45  25      Do you see that?

Page 99

13:22:47  1    A  That's correct.
          2    Q  Okay. Do you have an understanding as to the
          3  purpose of this payment?
          4    A  No.
13:22:55  5    Q  Do you recall if this was a payment that would
          6  have been discussed at the meeting that you had a couple
          7  of years later?
          8    A  Must have.
          9    Q  Okay. But you have no specific recollection as
13:23:06  10  to this?
          11   A  No.
          12   Q  And I presume your answers are the same as they
          13  were before and that's that you're not aware of
          14  Integrated Administration providing any goods or
13:23:20  15  services to Swartz IP?
          16   A  That is correct.
          17   Q  Okay. And that's true specifically for this
          18  transaction?
          19   A  For all the transaction.
13:23:31  20   Q  Okay. Let's look at page 31.
          21   A  (Witness complies.)
          22   Q  And there are two transactions I want to direct
          23  you to. The first is on February 2nd of 2012 and the
          24  second is on February 9th of 2012. Both show that
13:24:02  25  Integrated Administration was receiving money from

Page 100

13:24:06  1  Swartz IP Services Group.
          2      Do you see the first transaction there's a
          3  $50,000 deposit from Swartz IP?
          4    A  I do.
13:24:12  5    Q  And do you see the second one, $150,000?
          6    A  I do.
          7    Q  Do you know the purpose of these --
          8    A  No.
          9    Q  -- transfers?
13:24:20  10   A  No.
          11   Q  And same as before, you're not aware that
          12  Integrated Administration provided any goods or services
          13  to Swartz IP for these payments?
          14   A  That is my understanding.
13:24:37  15   Q  Let's look at 36.
          16   A  (Witness complies.)
          17   Q  I want to direct you first to three specific
          18  transactions: one on March 6th, 2012, one on March 9th,
          19  2012, and one on March 13th, 2012.
13:24:57  20   A  Uh-huh.
          21   Q  The first is a $300,000 payment from Swartz IP
          22  Services Group to Integrated.
          23      Do you see that?
          24   A  Uh-huh.
13:25:07  25   Q  And the second one on March 9th is a $100,000

Page 101

13:25:09  1  payment from -- excuse me, from Swartz IP, excuse me, to
          2  Integrated.
          3      Do you see that?
          4    A  Uh-huh.
13:25:16  5    Q  And the third one is a $50,000 payment on
          6  March 13th from Swartz IP to Integrated Administration.
          7      Do you see that?
          8    A  Uh-huh.
          9    Q  Okay. And is your testimony that you're not
13:25:26  10  aware of the purpose or reason for these payments?
          11   A  That's correct.
          12   Q  And as far as you know, Integrated
          13  Administration did not provide any goods or services to
          14  Swartz IP in exchange for these payments?
13:25:39  15   A  That is correct.
          16   Q  Okay. Let me direct you to two other
          17  transactions on this page both on March 6th. The first
          18  states, "Online transfer to business checking from
          19  Integrated Administration to ZKCO for wire to Carol
13:25:57  20  Watson."
          21      Do you see that?
          22   A  I'm going to read it correctly.
          23   Q  Sure.
          24   A  It says, "from MZ" meaning Majid Zarrinkelk.
13:26:04  25   Q  I'm referring to the one above that.

26 (Pages 98 to 101)

Majid Zarrinkelk                                          03-26-19

---

**Page 102**

```
13:26:09   1      A   Are you talking about the $364,065,000?
           2      Q   I'm talking about the one for $63,167.36.
           3      A   Oh, so you're talking about the one that's -- I
           4   thought that you're referring to the incoming fund.
13:26:24   5      Q   No.
           6      A   Okay.
           7      Q   You see the one I'm referring to?
           8      A   The 63,167.36?
           9      Q   Yes.
13:26:31  10      A   Okay.  "From IA to ZKCO to wire to Carol
          11   Watson."  That's correct.
          12      Q   Okay.  So were you serving as the facilitator
          13   for this transaction?
          14      A   That is correct.  This went to ZKCO wire to be
13:26:45  15   sent to Carol Watson.
          16      Q   Do you know who Carol Watson is?
          17      A   No.
          18      Q   Okay.  Now, let's look at the -- well, strike
          19   that.
13:27:03  20          Do you know why Integrated was using you to
          21   facilitate the transfer to Carol Watson at this time?
          22      A   No, I don't.  But this name of Watson seems a
          23   little bit more familiar.  I believe one of the entities
          24   that we were doing the payroll for was a company called
13:27:26  25   Watson, I think it was.
```

**Page 103**

```
13:27:31   1      Q   Let's look at the transaction --
           2      A   I think the reason why is this:  Look at the
           3   incoming $65,000 on 3/6, it says, "from MZ to IA, loan
           4   to pay Carol Watson."  So I lent $65,000 to IA because
13:27:57   5   they needed the money.  And then they paid Carol Watson.
           6   And then the money came ap- -- apparently later on.  And
           7   I took my $65,000 on the very same day.
           8          Do you see that, it says, "IA to Majid Z,
           9   return of advance."
13:28:15  10      Q   Okay.  So you're referring to this transaction
          11   immediately below the one that we were discussing?
          12      A   That is correct.  That is correct.
          13      Q   Okay.  So you personally lent money to
          14   Integrated Administration at that time?
13:28:26  15      A   That is correct.  There -- there have been
          16   instances that they were short in cash and they needed
          17   to meet the payroll and they asked me and I lent the
          18   money.
          19      Q   Okay.  When you're referring to "they," are you
13:28:44  20   talking about --
          21      A   IA.
          22      Q   Okay.  Do you recall other instances when you
          23   personally lent money to Mr. Jam or entities with which
          24   he's affiliated?
13:28:57  25      A   Many times.  Many times.
```

**Page 104**

```
13:28:59   1      Q   That happened many times?
           2      A   That happened many times.
           3      Q   Okay.  Other than the transaction that you
           4   discussed earlier when you -- where you lent money to
13:29:10   5   Mr. Bergstein personally, do you recall any instances
           6   when you lent money to an entity with which
           7   Mr. Bergstein was affiliated?
           8      A   I do recall a given day.  I don't know exactly
           9   when it was that I lent about -- it was 500- or $600,000
13:29:37  10   to one of these entities or bunch of these entities.
          11   They needed the money that day and I lent them money and
          12   then the money came in from whatever sources and they
          13   paid me back.
          14      Q   Okay.  So you're referring to an entity with
13:29:56  15   which Mr. Jam and Mr. Bergstein were affiliated?
          16      A   Again, I did not transfer any money to
          17   Mr. Bergstein entities.  I -- if -- if it was -- it was
          18   IA or K.Jam Media or K.Jam Production.
          19      Q   That's who you lent money to?
13:30:16  20      A   Yes.
          21      Q   The specific $500,000 transaction?
          22      A   I think it was -- again, I remember one day in
          23   one instance, it went as high as that.  And then they
          24   paid me -- I -- I believe they paid me back on the very
13:30:32  25   same day.  It was just the timing they wanted to get --
```

**Page 105**

```
13:30:34   1   wire to someone and their money has not arrived, so I
           2   gave them the advance.  And then as soon as the money
           3   came in, I took the money back.
           4      Q   Okay.  Did you understand that the purpose of
13:30:44   5   that payment was for the business that Mr. Jam and
           6   Mr. Bergstein were in?
           7      A   What payment?
           8      Q   This $500,000 payment that you're referring to.
           9      A   No.  No.  No.  I -- they asked me for the
13:30:58  10   money I lent them.
          11      Q   Who is they?
          12      A   Again, Kia was asking me.
          13      Q   Okay.
          14      A   "Can you, Majid" -- "we need $500,000 or
13:31:08  15   $100,000 or $200,000.  Can you give us the money?"
          16          And I had line of credits and that sort of
          17   thing so I facilitated that.
          18      Q   And you said he -- he told you, "We need
          19   money."
13:31:22  20          Who is we?
          21      A   Kia Jam and his entities.
          22      Q   Okay.
          23      A   And in -- in -- in those days that David
          24   Bergstein was there, I knew for the fact that he does
13:31:35  25   not need this money for himself.  This is all for
```

27 (Pages 102 to 105)

Majid Zarrinkelk                                      03-26-19

---

Page 106

```
13:31:43    1    transactions that David was handling, but I didn't know
            2    what was those transactions for.
            3        Q   Okay.  But there were transactions that Mr. Jam
            4    was handling with Mr. Bergstein?
13:31:53    5        A   Certainly, Kia was aware of what was going on.
            6    I -- I did not know, but Kia certainly knew.
            7        Q   Okay.  Let's turn to the next page, page 37,
            8    and I'll direct you to two transactions; one is
            9    March 22nd, 2012 and the other one is March 26th, 2012.
13:32:14   10    And you'll see payments received from Swartz IP Services
           11    Group for $125,000 and one for $40,000.
           12        Do you see those?
           13        A   That's correct.
           14        Q   Okay.  And do you understand the purpose of
13:32:30   15    these payments?
           16        A   No.
           17        Q   But it's your testimony that Integrated
           18    Administration did not provide any goods or services to
           19    Swartz IP in exchange for these payments?
13:32:40   20        A   That is my understanding.
           21        Q   Okay.  Let's look at page 43.
           22        A   (Witness complies.)
           23        Q   And I want to direct you to the transaction on
           24    April 16th of 2012.  It's a $20,000 payment.  It appears
13:33:12   25    to be from Integrated Administration to ZKCO for wire to
```

---

Page 107

```
13:33:19    1    Jerome Swartz.
            2        Do you see that?
            3        A   That's correct.
            4        Q   Okay.  Do you recall this particular
13:33:21    5    transaction?
            6        A   I'm looking at it.  I remember it now, but I
            7    don't remember it eight years ago.
            8        Q   Okay.  So is this an instance where you were
            9    serving as a facilitator for a payment from Integrated
13:33:39   10    to the end recipient, Jerome Swartz?
           11        A   That's correct.
           12        Q   Okay.  So do you agree that as we saw before
           13    with respect to the Pineboard transactions that the
           14    recipient of this payment would see that the monies were
13:33:59   15    coming from ZKCO and not from Integrated Administration?
           16        A   That is correct.
           17        Q   Okay.  Do you have an understanding of who
           18    Mr. Swartz is?
           19        A   No.
13:34:07   20        Q   No.
           21        You never heard that name before?
           22        A   No.
           23        Q   How about Jerome Swartz with a Z, does that
           24    change anything for you?
13:34:16   25        A   No.
```

---

Page 108

```
13:34:18    1        Q   Okay.  And do you have an understanding of what
            2    the purpose of this payment was to Mr. Swartz?
            3        A   No.
            4        Q   Do you know if Mr. Swartz provided
13:34:27    5    consideration to Integrated Administration goods or
            6    services?
            7        A   I don't believe so.
            8        Q   Okay.  Next page, please, page 40- --
            9        A   Again, let me correct myself.  I don't know.
13:34:39   10        Q   You don't know.
           11        A   I shouldn't say.
           12        Q   Okay.  Page 44.
           13        A   (Witness complies.)
           14        Q   There is a transaction about middle of the
13:34:48   15    page, April 25th, 2012, a 16,576-dollar payment from
           16    Integrated Administration to ZKCO for wire to AKS
           17    Professional.
           18        Do you see that?
           19        A   Uh-huh.
13:35:05   20        Q   Okay.  So this is another instance where you're
           21    serving as a facilitator for a payment from Integrated
           22    Administration?
           23        A   Uh-huh.
           24        Q   Yes?
13:35:11   25        A   That's correct.
```

---

Page 109

```
13:35:12    1        Q   Okay.  And this payment went to AKS
            2    Professional?
            3        A   That's true.
            4        Q   And just as you testified before, AKS
13:35:21    5    Professional would see that this payment or -- strike
            6    that.
            7        From AKS Professional's perspective, this
            8    payment would have been made from ZKCO and not from
            9    Integrated Administration?
13:35:33   10        A   That is correct.  But there is a place in the
           11    wire when you sent.  It -- it says, "note to the
           12    beneficiary."  And in those note to beneficiary, I
           13    always made it clear that this money is not coming from
           14    ZKCO.  It's coming from whoever was the sender.
13:35:52   15        Q   Okay.
           16        A   But it doesn't show up here.  It does show up
           17    on the wire transfer.  When the recipient receives that,
           18    there's -- at the bottom, it says, "This is from K.Jam
           19    Production, K.Jam Media, or IA, whatever."
13:36:10   20        Q   And would that be reflected on the recipient's
           21    bank statement?
           22        A   Not that one on the statement.  On the wire
           23    advice they received.
           24        Q   Okay.  Do you know what AKS Professional is?
13:36:22   25        A   No.
```

---

28  (Pages 106 to 109)

Majid Zarrinkelk                                                03-26-19

---

Page 110

13:36:23  1    Q   You have no idea what that company is?
          2    A   This one took -- I don't know.  But number
          3  is -- is 16,500.  It could have been a legal fee,
          4  attorney fee, service fee.
13:36:37  5    Q   You're not sure of the purpose of this payment?
          6    A   No, I don't -- not -- not now, not today.
          7    Q   Okay.  Is it your testimony that sometime you
          8  were aware of the purpose of it?
          9    A   I could have been.
13:36:47 10    Q   Okay.  Let's look at page 50.
         11    A   (Witness complies.)
         12    Q   And the transaction on May 25th, 2012 is a
         13  $150,000 payment from IA to ZKCO for wire to Graybox,
         14  LLC.
13:37:11 15        Do you see that?
         16    A   That's correct.
         17    Q   So you're serving again as the facilitator --
         18    A   Uh-huh.
         19    Q   -- for this payment from Integrated -- just let
13:37:16 20  me finish.
         21    A   Sure.
         22    Q   You're serving as the facilitator of this
         23  payment from Integrated Administration to Graybox?
         24    A   That's correct.
13:37:24 25    Q   Okay.  What's Graybox, LLC?

---

Page 111

13:37:26  1    A   Graybox, LLC was a David Bergstein company.
          2    Q   Okay.  Do you know what business Graybox was
          3  in?
          4    A   No.
13:37:39  5    Q   Okay.  Do you know why Integrated
          6  Administration was transferring $150,000 through your
          7  account to Graybox, LLC?
          8    A   There was -- at the time, there was so much
          9  money coming in and going out.  And they were saying
13:37:55 10  that I'm borrowing from this fellow, I'm loaning it to
         11  that fellow, so Graybox was a receivable or payable on
         12  the financial statement of either IA or K.Jam Media.
         13  And so these funds were coming in and going out through
         14  those accounts.
13:38:13 15    Q   Okay.  That's what Mr. Bergstein and Mr. Jam
         16  were telling you?
         17    A   That's correct.
         18    Q   Okay.  Let's look at the transaction on
         19  May 31st, 2012.  It's a payment of $200,000 into
13:38:26 20  Integrated Administration's account for Swartz IP
         21  Services Group.
         22        Do you see that?
         23    A   That's correct.
         24    Q   Okay.  Do you have an understanding what the
13:38:31 25  purpose of that payment is?

---

Page 112

13:38:33  1    A   No.  I'm -- I'm surprised that now I see this
          2  many in-- incoming funds from Swartz into IA because I
          3  don't -- I didn't have this understanding that there
          4  were so many of instances that Swartz IP was sending
          5  money to IA.
13:38:53  5    Q   Okay.  Why are you surprised by that?
          6    A   I am.
          7    Q   You thought it was?
          8    A   I -- I thought it was less frequent.
13:39:02 10    Q   You knew that monies were being transferred,
         11  but you didn't think it was this much?
         12    A   Yes.  I -- this is -- this surprises me.  That
         13  frequency of that.
         14    Q   Okay.
13:39:11 15    A   I knew that, overall, there was several million
         16  dollars, 2- or $3 million, but I didn't know that there
         17  were so many 100,000, 200,000.
         18    Q   Okay.  But you didn't question it at the time?
         19    A   No.  No.  No.  I did not.
13:39:25 20    Q   Okay.  And from your perspective --
         21  perspective, you had no reason to question it at the
         22  time?
         23    A   No, I did not.  In 2012, this was a brand-new
         24  company.  I didn't have any particular reason.
13:39:43 25    Q   And with respect to this $200,000 transaction,

---

Page 113

13:39:48  1  it's your testimony that Integrated Administration
          2  didn't provide any goods or services to Swartz IP for
          3  the payment?
          4    A   That's my understanding.
13:39:56  5    Q   Okay.  Let's look at page 53.  And we see here
          6  the last transaction on that page is June 28th, 2012.
          7  It's a $100,000 deposit into Integrated Administration's
          8  account from Swartz IP.
          9        Do you see that?
13:40:19 10    A   I do.
         11    Q   That is -- this is another payment from Swartz
         12  IP; that's correct?
         13    A   It looks like it.
         14    Q   Okay.  And do you know the purpose of this
13:40:28 15  transaction?
         16    A   I don't.
         17    Q   Okay.  And as before, your testimony is that
         18  Integrated Administration didn't provide any goods or
         19  services to Swartz IP for this payment?
13:40:38 20    A   That's correct.
         21    Q   Okay.  Page 57, please.
         22    A   (Witness complies.)
         23    Q   And there are three transactions on this page.
         24  I want to direct you to July 2nd, July 11th, and
13:40:56 25  July 13th of 2012.  The first is a $200,000 payment

---

29 (Pages 110 to 113)

Majid Zarrinkelk                                      03-26-19

---

Page 114

13:41:02   1    from -- from Advisory IP Services, Inc.
           2         Do you see that?
           3    A   I do.
           4    Q   Okay.  And is it your understanding that
13:41:08   5    Advisory IP Services, Inc. is -- was formally known as
           6    Swartz IP Services Group?
           7    A   I did not know that.
           8    Q   You didn't know that.
           9         Any reason to believe that's not true?
13:41:20  10    A   I -- I don't have any reason.
          11    Q   Okay.  So do you have an understanding as to
          12    the purpose of this payment from Advisory IP Services to
          13    Integrated Administration?
          14    A   I don't.
13:41:33  15    Q   Okay.  And how about the July 11th payment
          16    of $100,000?
          17    A   I don't.
          18    Q   And the third one, July 13th of 50,000?
          19    A   No, I don't.
13:41:47  20    Q   You're not sure of the purpose of that either?
          21    A   That is correct.
          22    Q   Okay.  And with respect to these three
          23    payments, am I correct that Integrated Administration
          24    didn't provide any goods or services for them?
13:41:57  25    A   That is my understanding.

---

Page 115

13:41:58   1    Q   Okay.  Page 58, please.
           2    A   (Witness complies.)
           3    Q   There is a July 12th transaction.  It's in the
           4    amount of $20,000.  And the statement states "online
13:42:10   5    principal payment."  And it refers to a loan from
           6    Integrated Administration to ZKCO --
           7    A   I'm sorry.  How much is the dollar amount?
           8    Q   Let me start again.
           9         It's July 12th, 2012.  It's the only
13:42:24  10    transaction on that date.  It's for $20,000.
          11         Do you see that?
          12    A   Uh-huh.
          13    Q   Okay.  And that entry refers to a loan from
          14    Integrated Administration to ZKCO line return of
13:42:34  15    advance.
          16         Do you see that?
          17    A   That is correct.
          18    Q   Do you know what that is?
          19    A   Yes.
13:42:38  20    Q   What can you tell me about it?
          21    A   Apparently, I must have lent them some money
          22    from ZKCO line of credit, and they are returning it.
          23    Q   You lent Integrated Administration money?
          24    A   That is correct.
13:42:50  25    Q   Okay.  In these circumstances where you lent

---

Page 116

13:42:52   1    money, was there an agreement reflected in the writing?
           2    A   No.  It was just -- Kia would call and say,
           3    "Majid, we are short.  Can you put 10,000, 20,000,
           4    $50,000?"  And I would do that.
13:43:07   5    Q   Okay.  Would you -- is that something you
           6    routinely did for clients?
           7    A   Not for all the clients, but for Kia, I did.
           8    Q   How come for Kia?  How come that's something
           9    you would do for Kia?
13:43:17  10    A   Kia has been a -- client, a family.  And
          11    something you need to understand.  I'm not American.
          12    I'm Persian.
          13    Q   Okay.
          14    A   And it is in our culture that if I know that
13:43:30  15    William needs money and I do have fund, perhaps I would
          16    even volunteer even before he asked for it.  This is --
          17    this is what we do for -- it's in our culture.  So there
          18    have been many, many instances that I did not even wait
          19    for Kia to come and ask for money.  And I knew that he
13:43:54  20    was short.  I would lent him the money.  Right now, as
          21    of today, as we speak, Kia owes me $50,000 because he's
          22    short, and I lent him the money.
          23    Q   Okay.
          24    A   So it's more of a cultural than anything else.
13:44:12  25    Q   And so to this day, you wouldn't hesitate to

---

Page 117

13:44:15   1    loan money to Mr. Jam?
           2    A   I would not hesitate to loan Kia, absolutely.
           3    Q   Page 61, please.
           4    A   (Witness complies.)
13:44:27   5    Q   And the first transaction at the top shows a
           6    credit to Integrated Administration for $50,000.  It's
           7    posted on August 24th, 2012.
           8         Do you see that?
           9    A   That is correct.
13:44:46  10    Q   And is this another instance in which you're
          11    loaning money to Integrated Administration?
          12    A   That is correct.
          13    Q   And do you know if there was a particular
          14    purpose for that loan?
13:44:55  15    A   They must have been short, they needed money,
          16    something --
          17    Q   Okay.  So you lent money to Mr. Jam or his
          18    entities both personally and on behalf of your firm?
          19    A   Again, it is very clear in the description.  Is
13:45:13  20    it from -- if it says "MZ," it means that it is my
          21    personal fund.  If it says "ZKCO," it means that my firm
          22    fund.  And then it says "line," and then it means that
          23    it was a line of credit.  And if you go further down the
          24    road, I -- I had more than one line or one credit
13:45:36  25    facility, so I would identify that as a -- from ZKCO

---

eLitigation Services, Inc. - els@els-team.com

Majid Zarrinkelk                                          03-26-19

---

Page 118

| | | |
|---|---|---|
| 13:45:41 | 1 | $200,000 line or from Majid, 500,000 or 100,000, |
| | 2 | whatever. |
| | 3 | Q   Okay.  Let's look at page 65. |
| | 4 | A   (Witness complies.) |
| 13:45:49 | 5 | Q   And the transaction on September 19th, 2012, |
| | 6 | $97,551.21. |
| | 7 | Do you see that? |
| | 8 | A   That's correct. |
| | 9 | Q   And is that an instance where Integrated |
| 13:46:09 | 10 | Administration is paying back a personal loan that you |
| | 11 | made to the company? |
| | 12 | A   This was -- that is correct. |
| | 13 | Q   And because the reference there is to MZ? |
| | 14 | A   That is correct. |
| 13:46:20 | 15 | MR. LATZER:  Can we take a two-minute break? |
| | 16 | THE VIDEOGRAPHER:  The time is 1:46 p.m.  We |
| | 17 | are now off the record. |
| | 18 | (A recess was taken.) |
| | 19 | THE VIDEOGRAPHER:  We are back on the record. |
| 13:55:20 | 20 | The time is 1:55 p.m. |
| | 21 | BY MR. LATZER: |
| | 22 | Q   Mr. Zarrinkelk, I want to ask you first with |
| | 23 | respect to your previous firm ZKCO. |
| | 24 | A   Uh-huh. |
| 13:55:34 | 25 | Q   Did you have any written policies and |

---

Page 119

| | | |
|---|---|---|
| 13:55:38 | 1 | procedures in place to govern financial transactions |
| | 2 | that the firm was involved in with -- in connection with |
| | 3 | clients? |
| | 4 | A   No. |
| 13:55:52 | 5 | Q   No.  Okay. |
| | 6 | How about with respect to your current firm? |
| | 7 | A   My current firm, of course, is much larger |
| | 8 | firm.  They must have something.  I'm not sure whether |
| | 9 | they do. |
| 13:56:08 | 10 | Q   Okay.  And these -- the transactions that we |
| | 11 | just looked at where you were serving as the |
| | 12 | facilitator, do you still serve as a facilitator on |
| | 13 | behalf of clients in -- in your capacity as an employee |
| | 14 | of your current firm? |
| 13:56:28 | 15 | A   Yes, I do. |
| | 16 | Q   You do? |
| | 17 | A   I still do transfer of wires on behalf of Kia. |
| | 18 | Q   Just Mr. Jam as you serve as a facilitator for |
| | 19 | any other clients? |
| 13:56:41 | 20 | A   I do have other clients that if they need to |
| | 21 | wire funds, I do the very same thing for them. |
| | 22 | Q   Okay.  But your testimony is you're not aware |
| | 23 | of any written policies or procedures governing those |
| | 24 | sort of transactions? |
| 13:56:57 | 25 | A   You brought it up.  I never asked my new firm. |

---

Page 120

| | | |
|---|---|---|
| 13:57:02 | 1 | Again, I am in this new firm for a short period of time |
| | 2 | and I'm going to retire within a year, so it never |
| | 3 | crossed my mind to ask that question.  I would certainly |
| | 4 | ask that question when I get back to the office today. |
| 13:57:16 | 5 | Q   Okay.  So everything that you've been doing |
| | 6 | with respect to these sorts of transactions on when you |
| | 7 | were with ZKCO and when -- now with your new firm, |
| | 8 | you've -- you've been doing that based on your -- your |
| | 9 | gut or your instinct; is that correct? |
| 13:57:30 | 10 | A   No, that's not correct.  I have about 49 years |
| | 11 | of experience, and I've been doing this for that long. |
| | 12 | And so -- therefore, if I sense that something is not |
| | 13 | right, I don't do it.  That's why I've -- I've -- I've |
| | 14 | lived a very clear and headache-free life for my -- my |
| 13:58:00 | 15 | entire life.  So no, it's not just a gut feeling.  It's |
| | 16 | just a judgment that I do.  And in case of -- perhaps, |
| | 17 | the only mistake I ever made was loaning money to David |
| | 18 | Bergstein.  But for others, I -- again, if I may give |
| | 19 | you an example, perhaps you never heard of that. |
| 13:58:32 | 20 | This goes back about 15 to 20 years ago.  I'm |
| | 21 | doing someone's tax return, a client.  And on |
| | 22 | April 10th, we meet.  And -- and on April 12th or 13th, |
| | 23 | I'm calling him, he's gone.  He's gone to China.  Back |
| | 24 | then, there was no phone, text, or that sort of thing. |
| 13:58:57 | 25 | And he owed $100,000 to government.  I had no hesitation |

---

Page 121

| | | |
|---|---|---|
| 13:59:05 | 1 | to pay that $100,000 right there.  And when he came back |
| | 2 | a week later, two weeks later, he thanked me, he |
| | 3 | reimbursed me.  That was it.  We never discussed it.  It |
| | 4 | is understood that friends do this for each other. |
| 13:59:22 | 5 | So if you understand that culture, then you see |
| | 6 | that this is not very abnormal, unethical.  I'm very, |
| | 7 | very much aware of what I do.  And I don't do things |
| | 8 | that are unethical.  One of the reasons that I did not |
| | 9 | take David Bergstein as a client because I never felt |
| 13:59:47 | 10 | comfortable with him.  Had I -- had I felt comfortable, |
| | 11 | it would have been very easy to convince him to give me |
| | 12 | all his clients, and I could have handled that. |
| | 13 | Q   But you felt comfortable enough to facilitate |
| | 14 | all these transactions in which you knew he was |
| 14:00:04 | 15 | involved? |
| | 16 | A   Again, these were instruction coming from Kia, |
| | 17 | okay?  And again, if you go back to 2011, this is a |
| | 18 | Monday morning quarterbacking.  Right now, you're |
| | 19 | looking back eight years and say, "Ugh, He's in jail. |
| 14:00:22 | 20 | He was a criminal."  So it must have been a criminal act |
| | 21 | then.  I did not know that.  I -- I never felt that it |
| | 22 | was the case. |
| | 23 | Q   You -- go ahead.  I'm sorry. |
| | 24 | A   Do you see what I'm saying? |
| 14:00:35 | 25 | So therefore -- let me give you another |

---

31  (Pages 118 to 121)

Majid Zarrinkelk                                    03-26-19

---

Page 122

14:00:39  1    example.  When revolution happened in Iran, then the new
2    government forbid drinking.  Drinking prior to then was
3    okay.  Then when they found Majid Zarrinkelk's picture
4    with a glass of wine, he was a criminal.  But those
14:01:06  5    days, it was not a crime to drink wine.  But afterward,
6    it was.  So as long as I did not drink wine after they
7    called it illegal, I don't think that I did anything
8    wrong.
9        So this is the very same fact.  Right now, we
14:01:27 10    are looking at all these transactions in light of
11    suspicion, doubt.  He -- he was proved to be a criminal.
12    But those days, they were not.  So I did not have any
13    reason to believe that any of these transactions or any
14    instruction that came from Kia or came directly from him
14:01:55 15    was with criminal intent or he was trying to defraud
16    anybody.
17        If -- if I had that sense, I would not have
18    done any of those, but I did not until these situations
19    started to evolve and then all of a sudden -- again,
14:02:15 20    honest to God, I never felt comfortable with -- with
21    him.  I found him a very shrewd businessman, David, I
22    mean.  So therefore, I never pursued him to bringing him
23    as a -- as a client.
24        Q   Let me show you what's been marked as
14:02:38 25    Exhibit 41.

---

Page 123

14:02:39  1            (Exhibit 41 was marked for
2            identification by the Court Reporter
3            and is attached hereto.)
4    BY MR. LATZER:
14:02:40  5        Q   And this is a November 23rd, 2011 e-mail from
6    Mr. Jam to Mr. Shahab?
7        A   Yes.
8        Q   That's Ray Shahab?
9        A   Ray Shahab was my employee.
14:03:01 10        Q   Okay.  He was your employee when you were at
11    ZKCO?
12        A   That is correct.
13        Q   Okay.  And is he currently affiliated with your
14    firm now?
14:03:10 15        A   Who -- no.
16        Mr. Shahab.
17        A   No.
18        Q   Okay.  Is Mr. Shahab a CPA?
19        A   He was.
14:03:17 20        Q   He was.
21        Is he still a CPA?
22        A   I don't know.
23        Q   Okay.
24        A   No.  I know that he's not.  I'm sorry.  I
14:03:24 25    shouldn't say that.

---

Page 124

14:03:26  1        Q   Okay.  What happened to Mr. Shahab and his
2    license?
3        A   Mr. Shahab committed fraud, and I caused him to
4    lose his --
14:03:35  5        Q   Okay.  When did that happen?
6        A   Perhaps 2015.
7        Q   Okay.  What was the nature of the fraud?
8        A   He stole from a client.
9        Q   From one of your clients?
14:03:54 10        A   Uh-huh.
11        Q   And did you report him to --
12        A   I reported him to California Board of
13    Accountancy, and they revoked his license.
14        Q   Okay.  So this is in the -- or strike that.
14:04:15 15        This is an e-mail from November 23rd, 2011.
16        Have you seen this e-mail before?
17        A   This e-mail is not addressed to me.  So --
18    therefore, we exchange sometimes 50, 60 e-mails with Kia
19    during the day, so this was sent to him.  And Ray
14:04:36 20    Shahab, at that point in time, was in charge of handling
21    the books of accounts of Kia's entities.
22        Q   Okay.  So he was in charge of handling the
23    books and accounts for Mr. Jam and his entities in this
24    2011, 2012, 2013 time frame?
14:04:56 25        A   That is correct.  He was in -- in our firm and

---

Page 125

14:04:58  1    he was --
2        Q   Okay.  Did Mr. Shahab report to you?
3        A   Yes.
4        Q   Okay.  Did he work under your supervision?
14:05:07  5        A   Yes.
6        Q   Okay.  Did you review his work?
7        A   Yes.
8        Q   Okay.  Do you have an understanding as to why
9    Mr. Jam was providing the information in this e-mail to
14:05:20 10    Mr. Shahab?
11        A   This is -- this is the way that Kia used to
12    communicate, very brief.  150 coming into IA.  Its
13    income, 50K, keep for payroll next week.  Move $100,000
14    to K.Jam Media.
14:05:37 15        Q   Okay.  So these are the sorts of e-mails that
16    you and your firm were receiving from Mr. Jam during
17    this 2011, 2012, 2013 time frame?
18        A   Even today.
19        Q   Even today.  Okay.
14:05:48 20        But specifically focusing on this 2011 through
21    2013 time frame -- well, let's look at the first line of
22    the e-mail.  It says, "150 into IA."
23        Do you understand that that's a reference to
24    $150,000 into Integrated Administration?
14:06:09 25        A   That is correct.  Apparently, on that day,

---

eLitigation Services, Inc. - els@els-team.com

Majid Zarrinkelk                                    03-26-19

---

Page 126

14:06:12  1    there was $150,000 coming to IA.  He's saying, "This is
          2    income."
          3        Q   Okay.  Now, we just looked at bank statements
          4    for Integrated Administration.
14:06:23  5        A   Uh-huh.
          6        Q   And pull that exhibit, if you like.  Please
          7    take a look --
          8        A   Page 73 or --
          9        Q   One second.
14:06:46 10        A   This is November 23rd.
         11        Q   Let's look at page 17.
         12        A   Seventeen?
         13        Q   Yes.
         14        A   Oh, sorry.  I'm a year ahead.
14:07:00 15            Uh-huh.
         16        Q   Now, on page 17, there is a reference to your
         17    transaction that we just discussed.
         18        A   Uh-huh.
         19        Q   And that's $150,000 payment --
14:07:06 20        A   Uh-huh.
         21        Q   Just let me -- let me finish.
         22            There's a $150,000 payment received by
         23    Integrated Administration from Swartz IP.
         24        A   Uh-huh.
14:07:15 25        Q   So is your understanding that this $150,000

---

Page 127

14:07:18  1    payment is referring to the transfer from Swartz IP?
          2        A   That is correct.
          3        Q   Okay.  And Mr. Jam is instructing you --
          4    Mr. Shahab to report this as income?
14:07:29  5        A   That is correct.
          6        Q   Okay.  Do you have an understanding of what
          7    Mr. Jam meant by "income"?
          8        A   Not -- not now.  It -- it must have been his
          9    interpretation.  Kia Jam does not have a very good
14:07:48 10    understanding of what is income, what is not income.
         11    And even today, sometimes he receives some funds and he
         12    says, "Majid, this is reimbursement of expenses."
         13        I say, "No.  This is your income."
         14            Because we take the expenses to expense.  So
14:08:07 15    therefore, when you get reimbursed, it's income.  In his
         16    mind, it's not.  So therefore, he's -- he's trying to
         17    suggest that this $150,000 -- this particular $150,000
         18    is income.
         19        Q   Okay.  Do you know if Mr. Shahab or anyone on
14:08:24 20    behalf of your firm had a discussion with Mr. Jam at
         21    this time about this characterization of the $150,000 as
         22    income?
         23        A   I don't recall today, but we discussed eight
         24    years ago.
14:08:36 25        Q   Okay.  Would that have been your practice or

---

Page 128

14:08:38  1    the firm's practice to have that type of discussion with
          2    Mr. Jam?
          3        A   Yeah.  We would ask him, "What is this for?"
          4            And he would say, "This is income from such and
14:08:46  5    such source."
          6            And we normally used to document that in.  When
          7    we were recording them, we would make a reference to
          8    him.  In fact, in some of our entries, you would see
          9    that there's a reference to Kia, e-mail dated
14:09:02 10    November 13th -- 23rd, 2011.  You would see that.
         11        Q   Okay.  And did you take any steps to ensure the
         12    accuracy of Mr. Jam's characterization of monies
         13    received?
         14        A   We -- we would -- we would -- normally, again,
14:09:20 15    if we had any doubts or there was some misunderstanding
         16    or confusion, we would ask him a follow-up question.
         17    But normally, when he says it's income, we would take it
         18    as income.  When he says it's a loan, we would call it a
         19    loan.
14:09:35 20        Q   Okay.  And then the fourth line of the e-mail
         21    says, "Move the 100K we just discussed to K.Jam."
         22            Do you see that?
         23        A   That's correct.
         24        Q   And K.Jam was a reference to --
14:09:48 25        A   K.Jam Media.

---

Page 129

14:09:48  1        Q   K.Jam Media.  Okay.
          2            And K.Jam Media, I believe you described
          3    earlier, was the entity through which Mr. Bergstein and
          4    Mr. Jam were conducting business?
14:09:57  5        A   That is correct.  We started to segregate the
          6    transaction that had something to do with Mr. Bergstein
          7    in keeping it separate than K.Jam Production.
          8        Q   Okay.  And to do that, you used K.Jam Media?
          9        A   That is correct.
14:10:14 10        Q   Okay.  And then as you keep reading the e-mail,
         11    it says, "Here is what is happening with it in KJM."
         12    And then there are four transactions listed.  $40,000 to
         13    Sahid Aframi --
         14        A   Aframian.
14:10:24 15        Q   Okay.  For balance of inventory transaction.
         16        A   Uh-huh.
         17        Q   Do you see that?
         18        A   Yes.
         19        Q   Do you know what that term reference to?
14:10:34 20        A   I recall in those days David started to buy
         21    some gold or antiques.  And they were going to -- this
         22    was my understanding very, very briefly.  This came up
         23    that they were buying gold.  They were buying antiques
         24    for sale.  Okay.  So apparently, they bought something
14:10:59 25    from Aframian and -- and this is the payment for balance

---

Majid Zarrinkelk                                    03-26-19

Page 130

14:11:05  1    of that -- whatever they bought.
          2        Q   Okay.  And so you're talking about Mr. Jam and
          3    Mr. Bergstein bought something from this gentleman?
          4        A   That is correct.
14:11:16  5        Q   Okay.
          6        A   I don't think that Kia was buying anything from
          7    him.  But it must have been David, because Kia is not in
          8    the business of buying anything tangible.
          9        Q   He is not in the business of buying anything
14:11:31 10    tangible?
         11        A   Yes.  He's not in the business of buying gold
         12    or this or that.
         13        Q   Okay.
         14        A   He's -- he's a movie producer.
14:11:40 15        Q   Okay.  How about the next transaction, 10K to
         16    Allen Lee for consulting services?
         17        A   Sure.
         18        Q   What do you recall about that?
         19        A   Again, apparently, there was a person named
14:11:51 20    Allen Lee, and they owed $10,000 consulting fee.  So
         21    he -- he's trying to tell us what to do with that
         22    $10,000.
         23        Q   Do you know who Mr. Lee is?
         24        A   I don't know.
14:12:03 25        Q   You don't know what consulting services he may

Page 131

14:12:06  1    have provided?
          2        A   No, sir.  I mean, again, I -- even if I knew
          3    these back then, right now, I don't recall.
          4        Q   Okay.  How about the next payment, 9K to Jerry
14:12:16  5    Swartz for expense reimbursement?
          6        A   Again, the same thing.
          7        Q   Okay.  You don't know what expenses that refers
          8    to?
          9        A   No.  Again, those -- every payment that we
14:12:26 10    made -- or I should say 99 percent of the payments we
         11    made, there must have been a document behind it.  So we
         12    wouldn't just pay $10,000 to you without document.  We
         13    would ask for a copy of invoice or something to
         14    substantiate the payment.
14:12:47 15        Q   And you think that that's true with respect to
         16    these sorts of transactions from which you receive
         17    instruction from Mr. Jam?
         18        A   Again, we would -- for payments, we would try
         19    to collect documentation in order to back up.  Because
14:13:06 20    if he was going to be audited, we needed to have
         21    substantiation.
         22        Q   Okay.  But what about with respect to all the
         23    transactions we just looked at from Swartz IP, do you
         24    have --
14:13:15 25        A   Again --

Page 132

14:13:15  1        Q   -- any documents to back those up?
          2        A   Again, if the money is a loan coming in and
          3    going out, it's -- it's -- it's not going to affect the
          4    income statement.  So I'm less concerned about that than
14:13:30  5    if the money is -- I'm deducting it for tax purposes, so
          6    I need to be more careful.  And if I'm reporting it as
          7    income, I need to be more careful as to whether they are
          8    income or what.
          9        Q   Your testimony is that the money from Swartz IP
14:13:44 10    was a loan?
         11        A   I did not say that all the payments from Swartz
         12    was from loan.  I'm saying that I saw -- I do recall
         13    seeing that money coming in from Swartz that we credited
         14    to it payable, not as an income.
14:14:05 15        Q   Okay.  What do you mean you credited it to a
         16    payable?
         17        A   Meaning that we considered that as a loan.
         18    Based on the instruction that we received, they said
         19    this is -- remember that I told you that we had a
14:14:15 20    meeting with the -- I know what was the purpose of all
         21    these incoming money or outgoing money, so I invited Kia
         22    to come and Kia came and laid out and said, "Okay.  Take
         23    this to income.  This is income.  This is loan," so we
         24    followed that.
14:14:35 25        Q   Okay.  But with respect to this $150,000

Page 133

14:14:36  1    payment from Swartz IP in November 23rd, 2011, that was
          2    characterized not as a loan but as income?
          3        A   That is correct.
          4        Q   Okay.
14:14:46  5        A   Again, I'm -- I'm not going to bet that that
          6    was a correct characterization by him.
          7        Q   Okay.  But what about documents that
          8    substantiate that one way or the other?
          9        A   Again, if -- if someone is telling me that
14:14:59 10    $150,000 money coming in as income and I'm going to pay
         11    taxes on that, I'm less inclined to ask for additional
         12    information than when somebody's paying $150,000 as
         13    expense.
         14        Do you see what I'm saying?
14:15:18 15        Q   Okay.  So for transactions that are
         16    characterized as expenses, you -- your practice is to
         17    ask for backup documentation?
         18        A   That's naturally what we are more -- more
         19    concerned.
14:15:29 20        Q   But your practice is generally not to do that
         21    with respect to transactions characterized as income?
         22        A   Not necessarily.
         23        Q   And how about transactions characterized as
         24    loans?
14:15:38 25        A   Not necessarily.  We -- we re -- we ask for

34  (Pages 130 to 133)

Majid Zarrinkelk                                      03-26-19

Page 134

14:15:42  1  information for -- to substantiate whether the funds are
2  income or loans.  But again, in -- in case of what was
3  happening during this period of time, we were not
4  collecting -- we were not getting all the information on
14:16:03  5  a timely manner.  So therefore, even filing of the tax
6  return was delayed for a year or two, and then at that
7  point of time, we relied on the assessment of the -- or
8  representation of the management of the company.
9     Q   Okay.  And you couldn't do it at the time
14:16:21  10  because the money was coming in too quickly?
11     A   There -- yes.  There was so -- so many things
12  was happening.  And keep in mind that we were not inside
13  their business.  We are sitting in our office, and
14  everything is happening in LA.  And we are just trying
14:16:37  15  to capture all these transactions one at a time.
16     Q   Too much to keep up?
17     A   Too much to keep up.  That's correct.
18     Q   And the second to the last line of the e-mail
19  says, "sending you all the backup today by UPS."
14:16:54  20     A   That is correct.
21     Q   Do you -- do you recall whether you, in fact,
22  received backup?
23     A   We certainly must have received them.
24     Q   Okay.  And that was backup with respect to all
14:17:03  25  of the transactions on here?

Page 135

14:17:05  1     A   Uh-huh.  Except -- perhaps, except the income.
2  But for all the expenses, he knew that he had to send us
3  the backup.
4     Q   Let me show you what I'm marking as 42.
14:17:31  5       (Exhibit 42 was marked for
6       identification by the Court Reporter
7       and is attached hereto.)
8  BY MR. LATZER:
9     Q   Okay.  Mr. Zarrinkelk, I'm showing you what's
14:17:44  10  been marked as Exhibit 42.  And it's a two e-mails
11  exchanged on November 29th, 2011.
12      Do you see that?
13     A   I do.
14     Q   Okay.  Now, the -- the second e-mail on the
14:17:56  15  page, the earlier of the two, is an e-mail from Ray
16  Shahab to Mr. Jam with you copied.
17     A   Uh-huh.  Uh-huh.
18     Q   Do you see that?
19     A   Uh-huh.
14:18:07  20     Q   Do you recall receiving this e-mail?
21     A   Yes, I do.
22     Q   Okay.  So this e-mail from Mr. Shahab states,
23  "Hi, Kia.  I will record all the transactions and e-mail
24  you the cash ledger for KJP, KJM, and IA tomorrow
14:18:23  25  morning.  Thanks."

Page 136

14:18:23  1     Do you see that?
2     A   Yes.
3     Q   Do you know why Mr. Shahab copied you on this
4  e-mail?
14:18:30  5     A   This is a responsibility of the employees to --
6  every e-mail that they would send out, we were supposed
7  to be copied.  That was our demand.
8     Q   That was your firm's practice?
9     A   That is correct.
14:18:43  10     Q   Okay.  And the prior e-mail we looked at, you
11  weren't copied on?
12     A   Again, I said my employees, not the clients.
13  The clients can send e-mail to whoever they want.
14     Q   Okay.  Understood.
14:18:55  15     So your recollection is that if Mr. Shahab send
16  an e-mail to Mr. Jam, you would have been copied on it?
17     A   99.9 percent of the time.
18     Q   Okay.  And is that because you were overseeing
19  Mr. Shahab's work?
14:19:11  20     A   That is correct.
21     Q   Okay.  So KJP, which is referenced in the
22  e-mail, is Kia Jam Productions?
23     A   That is correct.
24     Q   And KJM is K.Jam Media?
14:19:26  25     A   That is correct.

Page 137

14:19:26  1     Q   Okay.  Now, what's Mr. Shahab referring to when
2  he writes the cash ledger?
3     A   Okay.  This is -- this is what we -- for the
4  clients that we were handling their cash, we send them
14:19:43  5  two reports; one by the 15th of the month -- by -- one
6  by the end of the month.  That -- in that report, it
7  shows all the cash transactions in their account;
8  incoming, outgoing, all the expenses, everything.
9     So therefore, as you see, this is on 29th of
14:20:01  10  November and he says, "I'll send it tomorrow."  Meaning
11  that we cut the checks on the 15th or for the 15th and
12  for the 30th of the month.  So as soon as we got the
13  checks, we reconcile the bank account and then we send
14  them a general ledger that shows all the transaction.
14:20:22  15  That's how we keep this type of clients informed about
16  what is happening in their cash account.
17     Q   Okay.  Those -- those were the services that
18  you provided for Mr. Jam and for his entities; is that
19  correct?
14:20:38  20     A   For Mr. Jam and alike.
21     Q   And -- and I'm sorry, what?
22     A   And alike.  The com- -- the other companies
23  that we do this type of service.
24     Q   Okay.  Now, in his response also sent on
14:20:53  25  November 29th, 2011, Mr. Jam writes, "In part, here are

## Page 138

```
14:20:57   1    a few more for IA to be entered."
           2         And there is -- the first reference is a 40K
           3    wire to the Bergstein trust.
           4         Do you see that?
14:21:07   5    A   Uh-huh.
           6    Q   Do you have an understanding of what the
           7    Bergstein trust is?
           8    A   Apparently, David Bergstein had a trust.
           9    Q   Okay.  Do you know anything about that trust?
14:21:17  10    A   No.
          11    Q   You don't know who the beneficiaries are?
          12    A   No.  No.
          13    Q   Okay.
          14    A   I didn't even know Bergstein had two kids until
14:21:27  15    lately.  So I didn't know much about David Bergstein.
          16    Q   Okay.  Do you have an understanding of why
          17    Integrated Administration was transferring $40,000 to
          18    the Bergstein trust?
          19    A   Again, these are all the monies that were
14:21:45  20    coming in and going out.  It was under his control.  He
          21    knew what they were, and he would direct to Kia as to
          22    what to do with those funds.  Kia had no control.
          23    None -- none whatsoever.
          24    Q   Okay.  This e-mail is --
14:22:05  25    A   Is from Kia.
```

## Page 139

```
14:22:06   1    Q   Is from -- let me just finish.
           2         This e-mail is from Kia and Mr. Bergstein is
           3    not on it?
           4    A   Of course not.
14:22:11   5    Q   Okay.  So is it your testimony that Mr. Jam was
           6    not acting voluntarily in sending this e-mail?
           7    A   Oh, I did not say that.  He did not act
           8    voluntarily.  I'm -- I'm saying Kia was conveying David
           9    Bergstein instruction to us.  In fact, he did -- he's
14:22:31  10    saying that, "Ray Shahab, for tomorrow's report, please
          11    include these additional transactions that we've done."
          12         Apparently, they had transferred $40,000 wire
          13    to Bergstein trust, another 30 to Graybox, which we did
          14    not know.  So he's informing us to incorporate that in
14:22:50  15    our report for the next day.
          16    Q   Okay.  Is it your testimony that Mr. Jam was
          17    incapable of refusing an instruction from Mr. Bergstein?
          18    MR. MIGLER:  It misstates testimony.
          19    THE WITNESS:  Huh?
14:23:01  20    MR. MIGLER:  I was -- I was objecting that that
          21    misstate -- misstated your testimony.
          22    THE WITNESS:  That is correct.  I -- I never
          23    said that.  But I believe that Kia was under absolute,
          24    absolute control of David when it came to the money and
14:23:16  25    what to do with those funds.  He had no control.
```

## Page 140

```
14:23:19   1    None -- none or whatsoever.  That's my understanding.
           2         Again, I am sitting in the Orange County, and
           3    all these communications are going back and forth with
           4    phone calls, with e-mails.  Okay.  So that's the
14:23:34   5    understanding that I had.  Whether it's right or wrong,
           6    it is my understanding.
           7    BY MR. LATZER:
           8    Q   But you testified earlier that Mr. Jam is a
           9    grown man; right?
14:23:43  10    A   That is correct.
          11    Q   And he was acting voluntarily here?
          12    A   I said -- you asked me a question, specifically
          13    question about whether someone can do something
          14    voluntarily.  I said, "No.  Grown-up man can do that or
14:23:56  15    can be forced to do volun-" -- "voluntarily."
          16    Q   And is it your understanding that at the time
          17    that these transactions are happening that Mr. Jam was
          18    benefiting financially?
          19    A   Mr. Jam never benefited.  Not ever.  Not even a
14:24:16  20    penny.  I can say it right here, you can put me on the
          21    stand in the court.  I would say the very same thing.
          22    Had it done, he would not have been in this financial
          23    disaster situation that he cannot even afford to pay his
          24    mortgage payment, and I helped him to do that.  Ever.
14:24:36  25    He never.  If he took a million-dollar or $5 million
```

## Page 141

```
14:24:41   1    from David Bergstein and took it to Cayman Island and
           2    bought a mansion there, I'm not aware of that.  But the
           3    ones that I know, he never ever, ever, in my opinion,
           4    benefited from him.  Ever.  Not even a penny.
14:25:01   5    Q   Are you aware that monies from Swartz IP were
           6    used to pay off Mr. Jam's American Express cards?
           7    A   It could have been.  Again, this -- it was not
           8    used to pay Mr. Kia Jam's charges.  It was used to pay
           9    Mr. David Bergstein's charges.
14:25:18  10    Q   Your testimony is that in all the instances
          11    that Swartz IP, his money was used to pay off American
          12    Express cards in Mr. Jam's name, and there were no --
          13    then on a single transaction that benefited Mr. Jam
          14    personally?
14:25:32  15    A   I do not say that.  I do not say that.
          16    Q   What did he say?
          17    A   I am saying that if there was a payment to --
          18    to American Express was for the charges that Mr. David
          19    Bergstein put on Kia Jam's credit card.  Okay.  David
14:25:51  20    Bergstein did not have the courtesy of helping Kia when
          21    Kia was assuming $700,000 tax liability that he imposed
          22    upon him.  And his house right now is being foreclosed
          23    by IRS for -- for that.  He did not have that decency to
          24    do that.
14:26:12  25    Q   So --
```

36  (Pages 138 to 141)

Majid Zarrinkelk                                              03-26-19

---

Page 142

```
14:26:12   1        A  I'm sorry.  That I'm -- I'm getting beyond.
           2        Q  So if Mr. Jam wasn't benefiting in any way
           3   financially from this arrangement with Mr. Bergstein, I
           4   understand that's your testimony that why was he
14:26:26   5   involved in the arrangement?
           6        MR. MIGLER:  Calls for spe- --
           7        THE WITNESS:  You -- you --
           8        MR. MIGLER:  -- calls for speculation.
           9        THE WITNESS:  You need to ask Mr. Jam.  You
14:26:33  10   need to ask Mr. Jam --
          11   BY MR. LATZER:
          12        Q  Okay.
          13        A  -- why he was involved in that.
          14        Q  You never asked him that question?
14:26:41  15        A  Again, there are certain things in our culture
          16   that you don't ask a grown-up man as to what you do, but
          17   I have confessed to his father that your son is dealing
          18   with a man who is not a -- who is not a good man and is
          19   affecting his life.  Because as a father, I felt that
14:27:12  20   it -- it was my responsibility.  Without disclosing my
          21   client's information, I confessed that with his father.
          22        Q  When?
          23        A  About two years ago.
          24        Q  Okay.
14:27:22  25        MR. LATZER:  Forty-three.  Thanks.
```

---

Page 143

```
14:27:48   1   BY MR. LATZER:
           2        Q  All right.  I'm going to show you what's marked
           3   as Exhibit 43.
           4             (Exhibit 43 was marked for
14:27:51   5             identification by the Court Reporter
           6             and is attached hereto.)
           7   BY MR. LATZER:
           8        Q  This is a December 8th, 2011 e-mail from
           9   Mr. Jam to Mr. Shahab with you copied; correct?
14:28:11  10        A  That's correct.
          11        Q  Okay.  And do you recall receiving this e-mail?
          12        A  I must have.
          13        Q  Okay.  And this is another instance in which --
          14   which -- in which Mr. Jam is providing you and
14:28:28  15   Mr. Shahab with instruction as to how to disburse funds
          16   that were being deposited into Integrated
          17   Administration's account; is that correct?
          18        A  That is correct.  As you see, before the money
          19   comes in, they tell us how to spend it.
14:28:46  20        Q  Now, this -- on this e-mail, Mr. Jam copied
          21   you.
          22             Do you have an understanding as to why he
          23   copied you on this one but not the previous one?
          24        A  I asked Kia to copy all his e-mails to me, so
14:29:04  25   if Ray or any employees are not there, at least a second
```

---

Page 144

```
14:29:09   1   person can respond to his e-mail.
           2        Q  Okay.  Let me direct you to the middle of this
           3   e-mail, where Mr. Jam writes, "That leaves the balance
           4   of 110.  From this, we will need to replenish the 16K
14:29:40   5   wire from earlier today.  You will know that I dipped
           6   into the payroll tax reserve in order to send the wire
           7   this morning for 16K to Jam's."
           8        Do you see that?
           9        A  Yes, I do.
14:29:49  10        Q  Okay.  What's the reference in that sentence to
          11   the payroll tax reserve?
          12        A  When we set up the account, the payroll tax
          13   money was a substantial amount.  Because we were running
          14   a big num- -- big number payrolls.  And so therefore,
14:30:13  15   taxes, we wanted to make sure that we have the money to
          16   pay the taxes.  So if I'm not mistaken, we created the
          17   separate account.  I'm not sure whether there was a real
          18   bank account, but we kept it -- the taxes in a separate
          19   account.
14:30:30  20        So therefore, we could pay the taxes when they
          21   were coming due.  And taxes normally is due, if you get
          22   paid by Friday, the taxes are due Wednesday.  If you get
          23   paid by Monday, taxes is due by Friday.  So therefore,
          24   we did not have much time to pay the taxes, and we would
14:30:50  25   normally process the payment of the taxes the same day
```

---

Page 145

```
14:30:55   1   that we process the payroll.  Apparently, he's making
           2   reference that he's -- he knew that there was some funds
           3   in there, and he needed $16,000 of that, and he used it
           4   and he -- he's putting it back.
14:31:11   5        Q  Did you have any concern with him as he
           6   describes it dipping into the payroll tax reserve?
           7        A  No.
           8        Q  No.
           9        Now, what's Jams?
14:31:18  10        A  (Reading.)
          11        J-A-M.  Not really, I don't know.  So let me
          12   read it.  "From this, we need to replace 16K wire from
          13   earlier today.  You know that I dipped into the payroll
          14   tax reserve in order to send the wire this morning for
14:31:46  15   the 16K to Jams."
          16        Jams.  No, I don't know what JAMS stands for.
          17        Q  Okay.  And the e-mail continues.  This leaves
          18   94K.  The next paragraph states, "There are 40K in
          19   charges on the Amex today for the next bill.  Move 40K
14:32:03  20   into KJP, and from there until the next bill shows up.
          21   The charges are 25K for AM House, 10K to Bohemia and 5K
          22   to Pottery Barn."
          23        Do you see that?
          24        A  Uh-huh.
14:32:20  25        Q  Okay.  Now, Mr. Jam is instructing you to move
```

---

37 (Pages 142 to 145)

Majid Zarrinkelk                                          03-26-19

Page 146

```
14:32:25   1    40K into KJP; correct?
           2    A   Yeah.
           3    Q   That's Kia Jam Productions?
           4    A   That's correct.
14:32:32   5    Q   Okay.
           6    A   Because he doesn't want to spend that money.
           7    So he's just trying to be conservative and take the
           8    money out of the IA account.  Okay.  So at least, we can
           9    pay the American Express.
14:32:50  10    Q   Okay.  Now, KJP is Kia Jam Productions?
          11    A   That is correct.
          12    Q   And that's Mr. Jam's entity?
          13    A   That is correct.
          14    Q   Okay.  Did Mr. Bergstein have any involvement
14:32:59  15    or affiliation with KJP?
          16    A   No.
          17    Q   Okay.  So he wants the money to be transferred
          18    from Integrated into his own company?
          19    A   He wanted to safeguard that $40,000 of that, so
14:33:14  20    when those tax -- when those American Express or the
          21    other payments become due, we have the money.  Because
          22    if the money was sitting there in IA, David Bergstein
          23    would have come up at some reason to take it out or send
          24    it to himself or to send it to Graybox or do something.
14:33:34  25    Q   Okay.  Because he wants to be able to pay off
```

Page 147

```
14:33:36   1    his own American Express bill?
           2    A   Not own the American Express bill and other
           3    bills, Bohemia, Pottery Barn, whatever they were.
           4    Q   Is it your understanding that these three
14:33:48   5    charges, the 25K to AM House, the 10K to Bohemia, the 5K
           6    to Pottery Barn, are charges that are showing up in the
           7    American Express bill?
           8    A   That is correct.
           9    Q   Okay.  And again, just to be clear, the
14:33:58  10    American Express bill is a card in his name?
          11    A   That is correct.
          12    Q   Okay.
          13    A   I -- I'm not sure whether it was under his
          14    personal name, or had -- right now, I have an American
14:34:10  15    Express says Majid Zarrinkelk, then underneath says
          16    ZKCO.  So -- and then I have another American Express
          17    that says Majid Zarrinkelk only.
          18    Q   Do you what --
          19    A   So what --
14:34:17  20    Q   Sorry.
          21    Do you know what AM house is?
          22    A   American -- American Express house.  I believe
          23    he might be re -- referring to -- we do have an account
          24    called "house account," which is his personal bank
14:34:34  25    account.  Okay.  So he -- he could have needed $25,000
```

Page 148

```
14:34:39   1    to pay his personal American Express.
           2    Q   Okay.  So at least this money from Integrated
           3    Administration was going toward paying off a personal
           4    expense with Mr. Jam?
14:34:51   5    A   Again, Mr. Jam was using all this funds to pay
           6    for everything, and if there is one particular instance
           7    that he's referring to his personal, yes, you could say
           8    that.
           9    Q   Okay.  He's using it to pay off everything as
14:35:08  10    you said --
          11    A   That is correct.
          12    Q   -- that would include transactions related to
          13    Mr. Bergstein?
          14    A   That is correct.  As you see --
14:35:14  15    Q   From that --
          16    A   -- on the top it says, "50 went to Heritage
          17    Media, 50 went to Bergstein trust, 40 went to Graybox."
          18    So he's allocating the funds.  He wants to make sure
          19    that his credit cards are paid, too.
14:35:28  20    Q   So everything would also include transactions
          21    that benefited Mr. Jam, personally?
          22    A   Again --
          23    Q   And, in fact, we just saw one here, the
          24    American Express house.
14:35:39  25    A   The way that you looked at it, it seemed as if
```

Page 149

```
14:35:42   1    he's benefiting from it.  But the fact of the matter is
           2    he was working there.  Okay.  So therefore, if he was
           3    not getting paid for his salary, because if you look at
           4    the IA payroll, he was paid for just a period of time,
14:36:02   5    and then never paid a salary.  Never ever paid a salary
           6    for all these years.
           7    So therefore, if there was a source of fund
           8    that was used to pay for his company's account, you
           9    could -- you could say that he benefited from that, yes,
14:36:23  10    there was.  But these funds were coming in all together,
          11    and they were going all disbursed.  And I cannot sit
          12    here and tell you that this $25,000 was purely giving
          13    Kia personal benefit because Kia could have borrowed
          14    $100,000 from his friend and put it in that IA account
14:36:51  15    to pay for the payroll of IA.
          16    Q   You said that Mr. Jam didn't receive a salary
          17    from Integrated Administration?
          18    A   No, I did not say that.  I said he received
          19    salary for a period of time.
14:37:03  20    Q   Okay.  Do you know what period of time that
          21    was?
          22    A   I think at the beginning of 2000 -- when they
          23    started off the IA.  They -- they had -- he was getting
          24    salary.
14:37:14  25    Q   So in --
```

38  (Pages 146 to 149)

Majid Zarrinkelk                                                03-26-19

---

Page 150

14:37:15   1      A   He was getting -- David was getting -- David's
           2   wife was getting -- yes, they were.  They were.
           3      Q   Okay.  And so I'm just trying to narrow down
           4   that period when you think you -- when you think he was
14:37:28   5   receiving a salary?
           6      A   Again, I don't recall.  The books and
           7   financials that we provided has all those details.
           8      Q   Okay.  And what -- why was Mr. Jam entitled to
           9   a salary from Integrated Administration?
14:37:37  10      A   What's that?
          11      Q   Why was Mr. Jam entitled to a salary from
          12   Integrated Administration?
          13      A   I -- I supposed he was one of the employees of
          14   this big organization, and he was getting salary for
14:37:49  15   that.
          16      Q   What services was he providing Integrated
          17   Administration?
          18      A   He was managing -- he was working for David, so
          19   therefore, he was getting paid for that.  I -- I suppose
14:38:00  20   that was the case.
          21      Q   Okay.  But Integrated Administration was
          22   Mr. Jam's company?
          23      A   Integrated Administration never was Kia Jam's
          24   company.  It was David's company.  Absolutely David's
14:38:16  25   company.  Never was.  It was just Kia who was signing

---

Page 151

14:38:19   1   for all this time.  That's why he ended up being charged
           2   for the payroll taxes that was not paid.
           3      Q   And is it your testimony that some of the
           4   services that Mr. Jam was providing Integrated
14:38:34   5   Administration was facilitating these transfers of
           6   monies?
           7      A   No, I'm not saying that.
           8      Q   No.
           9          So I'm trying to understand what services he
14:38:42  10   was providing Integrated Administration.
          11      A   You need to ask Mr. Jam.
          12      Q   Okay.  How about the next charge, the 10K to
          13   Bohemia, do you know what that is?
          14      A   No.
14:38:52  15      Q   Okay.  Do you know what Bohemia is?
          16      A   No.
          17      Q   How about 5K to Pottery Barn?
          18      A   No.
          19      Q   Do you know if that was used to pay off monies
14:39:00  20   that Mr. Jam spent at Pottery Barn?
          21      A   I don't know.  Again, these are all records in
          22   our books.  So if you go and refer to the books, then I
          23   can tell you whether it was loan, it was personal
          24   expense, was it for company's expense, I could say that.
14:39:17  25   But sitting here eight years, nine years afterwards,

---

Page 152

14:39:20   1   expecting me to know what was the $10,000 paid for
           2   Bohemia or $5,000 Pottery Barn, would you remember what
           3   you did eight, nine years ago?  I wouldn't.
           4      Q   These documents that you're referring to that
14:39:37   5   may refer or substantiate these sort of payments, are
           6   those documents that you turned over to the government?
           7      A   Absolutely.  And Mr. Weichert.
           8      Q   All right.  Let me show you what I'll mark as
           9   Exhibit 44.
14:40:13  10          (Exhibit 44 was marked for
          11            identification by the Court Reporter
          12            and is attached hereto.)
          13   BY MR. LATZER:
          14      Q   And, Mr. Zarrinkelk, I placed in front of you
14:40:38  15   document, Exhibit 44.  It's an e-mail from you to Jeff
          16   Solomon, Mr. Jam, and Mr. Bergstein with Mr. Shahab
          17   copied, and it's dated January 20th, 2012.
          18          I'll give you a minute to flip through it, if
          19   you would like.
14:40:59  20      A   Yes, sir.
          21      Q   Okay.  Do you recall sending this e-mail?
          22      A   Uh-huh.
          23      Q   Okay.  And -- and what prompted you to send
          24   this e-mail?
14:41:06  25      A   This is the list of those entities that I was

---

Page 153

14:41:11   1   referring to that I saw in a meeting with David
           2   Bergstein when we met him in L.A.  And as you see, this
           3   is January of 2012; right?
           4          We met -- if I'm not mistaken, we met in
14:41:27   5   December of 2011.  Again, some -- somewhere around
           6   that -- that time.  And in that meeting, these papers
           7   were circulated amongst all the people that there were
           8   there.
           9          So therefore, we still had this idea or
14:41:46  10   understanding that some of them might become my clients.
          11   Okay.  So therefore, I am just telling him that, please,
          12   review this list.  Okay.  Attach No. 373 is CAC-7 is
          13   Integrated Administration.  Okay.  And from the group --
          14   and from the first group and two and three from the
14:42:12  15   page 4, okay, which is Kia Jam Media, Kia Jam, KJMI
          16   Holding, Pagoda RNT.  These are -- these are the
          17   entities that I picked out of this group or whether was
          18   on this list.  I was just trying to tell him that we
          19   need to treat them differently for tax purposes.
14:42:37  20      Q   Okay.  Now, this -- the second page of the
          21   document, the comp-- it says "company summaries,
          22   January 13, 2012."
          23          Do you see that?
          24      A   Yes, I do.
14:42:47  25      Q   Who -- is this a list that you compiled?

---

Majid Zarrinkelk                                    03-26-19

---

Page 154

| 14:42:49 | 1 | A   No. |
| | 2 | Q   Okay.  Who did? |
| | 3 | A   This was distributed in that meeting. |
| | 4 | Q   Do you know who distributed it? |
| 14:42:55 | 5 | A   I -- I think it was -- it came from David. |
| | 6 | Q   Okay.  Now, do you have -- do you have an |
| | 7 | understanding of what the reference to entities to be |
| | 8 | added is?  What that refers to? |
| | 9 | A   No. |
| 14:43:14 | 10 | Q   Okay.  So there is a list of entities and there |
| | 11 | are 14 of them listed.  And then underneath that it |
| | 12 | says, "entities to be added." |
| | 13 | A   No, I don't know.  What -- what was the |
| | 14 | difference between list of entities and list of entities |
| 14:43:26 | 15 | to be added. |
| | 16 | Q   Okay.  Now, the specific documents that follow |
| | 17 | the list, do you know who created these documents? |
| | 18 | A   Yes.  They were made by this -- and there was a |
| | 19 | guy named Jeff Solomon.  Jeff Solomon was the attorney. |
| 14:43:47 | 20 | And I believe, if I'm not mistaken, he was in that |
| | 21 | meeting.  And he was the one who was putting together |
| | 22 | all -- they had this in-house counsel, if you will.  And |
| | 23 | he was the one who was putting all these things |
| | 24 | together. |
| 14:44:02 | 25 | Q   Okay.  So he was an attorney for Mr. Bergstein |

---

Page 155

| 14:44:05 | 1 | and Mr. Jam? |
| | 2 | A   Uh-huh. |
| | 3 | Q   Okay.  And he was helping them compile this |
| | 4 | information for their businesses? |
| 14:44:13 | 5 | A   That is correct. |
| | 6 | Q   Okay. |
| | 7 | A   He was doing the legal part of forming this |
| | 8 | entities and -- |
| | 9 | Q   Okay.  Now, let me just ask you.  On the second |
| 14:44:29 | 10 | page of the document, there is a reference to K.Jam |
| | 11 | Media, Inc., and next to that it says, "Wholly owned by |
| | 12 | Kia." |
| | 13 | So is that accurate that K.Jam Media, Inc. is |
| | 14 | wholly owned by Mr. Jam? |
| 14:44:43 | 15 | A   That is correct. |
| | 16 | Q   And the next one, KJ -- KJMI Holdings, Inc. |
| | 17 | states, "It's a wholly owned subsidiary KJ Media, Inc." |
| | 18 | Do you see that? |
| | 19 | A   And that's -- that's -- that's their plan. |
| 14:44:53 | 20 | And that's why I was making reference in this e-mail |
| | 21 | that if these are correct, I have to make an election |
| | 22 | with the IRS in terms of considering them as the |
| | 23 | subsidiary of the K.Jam Media. |
| | 24 | Q   Okay.  So was that, in fact, correct that KJMI |
| 14:45:12 | 25 | Holdings, Inc. was wholly owned subsidiary of K.Jam |

---

Page 156

| 14:45:15 | 1 | Media? |
| | 2 | A   That is correct.  All those three entities |
| | 3 | became subsidiary of the K.Jam Media. |
| | 4 | Q   They became subsidiaries sometime after this |
| 14:45:24 | 5 | date? |
| | 6 | A   Yes. |
| | 7 | Q   And you made that happen? |
| | 8 | A   I made that happen.  I -- I made the |
| | 9 | election -- the -- the companies were formed.  I asked |
| 14:45:30 | 10 | government.  I asked IRS to consider them as the |
| | 11 | subsidiary of K.Jam Media. |
| | 12 | Q   Okay.  How about No. 7 on the top list, there's |
| | 13 | a reference to there to Integrated Administration? |
| | 14 | A   Yes.  Including that. |
| 14:45:43 | 15 | Q   And it says, "It's a wholly owned sub of K.Jam |
| | 16 | Media, Inc." |
| | 17 | A   That is correct. |
| | 18 | Q   So like those other three entities -- |
| | 19 | A   That's -- |
| 14:45:53 | 20 | Q   Let me just finish. |
| | 21 | Like the other three entities that became a |
| | 22 | wholly owned subsidiary of K.Jam Media, Inc.? |
| | 23 | A   That is true. |
| | 24 | Q   Okay.  And there's a reference -- No. 13 is to |
| 14:46:03 | 25 | Swartz IP Services Group, Inc. |

---

Page 157

| 14:46:05 | 1 | Do you see that? |
| | 2 | A   Yes. |
| | 3 | Q   There's a reference there to Jerry Swartz? |
| | 4 | A   Uh-huh. |
| 14:46:10 | 5 | Q   And you don't know who that is? |
| | 6 | A   Never met.  Never knew. |
| | 7 | Q   How about Owari Opus entity? |
| | 8 | A   Which one? |
| | 9 | Q   Next to Mr. Swartz's name. |
| 14:46:19 | 10 | A   No.  No. 11 is that entity. |
| | 11 | Q   Okay.  And next to No. 11 which states Owari |
| | 12 | Opus, Inc. it says "TBD." |
| | 13 | So that's to be determined? |
| | 14 | A   I suppose. |
| 14:46:32 | 15 | Q   And did you understand that to mean that the |
| | 16 | owners or -- of -- of that entity would be decided at a |
| | 17 | later date? |
| | 18 | A   These are not my entities.  So I was less |
| | 19 | concerned about them.  I did not concern myself with any |
| 14:46:49 | 20 | of them. |
| | 21 | Q   They weren't your entities in the sense that |
| | 22 | you weren't the financial advisor accountant for that? |
| | 23 | A   I was not their accountant. |
| | 24 | Q   You weren't their accountant? |
| 14:46:58 | 25 | A   I wasn't their accountant. |

---

40  (Pages 154 to 157)

Majid Zarrinkelk                                              03-26-19

---

Page 158

| 14:47:00 | 1 | Q   Okay.  Now, No. 12 is Pineboard Holdings, Inc.? |
| | 2 | A   Uh-huh. |
| | 3 | Q   Do you see that? |
| | 4 | A   That is correct. |
| 14:47:04 | 5 | Q   And we saw earlier that you were a signatory on |
| | 6 | that bank account? |
| | 7 | A   That is true. |
| | 8 | Q   Okay.  But it's your testimony that you weren't |
| | 9 | providing account- -- accounting services for Pineboard |
| 14:47:15 | 10 | Holdings, Inc.? |
| | 11 | A   As I said, I believe, if I'm not mistaken for a |
| | 12 | short period of time, we were doing it.  And then we |
| | 13 | passed it onto them. |
| | 14 | Q   Okay.  Do you know what prompted that change? |
| 14:47:27 | 15 | A   Again, it was part of these entities that we |
| | 16 | were not involved with accounting for them. |
| | 17 | Q   Okay.  And next to Pineboard Holdings it |
| | 18 | states, "Paul Palomar." |
| | 19 | Do you see that? |
| 14:47:35 | 20 | A   Which one? |
| | 21 | Q   Next to Pineboard Holdings is No. 12? |
| | 22 | A   Uh-huh. |
| | 23 | Q   It says Paul Palomar. |
| | 24 | A   Uh-huh. |
| 14:47:42 | 25 | Q   Do you know who Mr. Palomar is? |

---

Page 159

| 14:47:44 | 1 | A   No.  No. |
| | 2 | Q   No idea? |
| | 3 | A   No idea. |
| | 4 | Q   Arius Libra, Inc. |
| 14:47:50 | 5 | A   Never. |
| | 6 | Q   Do you know who that -- what that is? |
| | 7 | A   No. |
| | 8 | Q   Let me ask you to turn to the page marked 14. |
| | 9 | It's Bates Number Jam TT 474 on the bottom right. |
| 14:48:11 | 10 | A   Fourteen? |
| | 11 | Q   Yeah. |
| | 12 | A   Okay. |
| | 13 | Q   And this page concerns Swartz IP Services |
| | 14 | Group, Inc. |
| 14:48:25 | 15 | Do you see that? |
| | 16 | A   Yes. |
| | 17 | Q   Okay.  Do you re- --- recall reviewing this at |
| | 18 | the time that you sent it out? |
| | 19 | A   No. |
| 14:48:33 | 20 | Q   No. |
| | 21 | And is that because this wasn't a company for |
| | 22 | which you were providing accounting services? |
| | 23 | A   That is correct.  I didn't care. |
| | 24 | Q   Okay.  Do you know if Mr. Jam, at any point, |
| 14:48:49 | 25 | had an ownership interest in Owari Opus? |

---

Page 160

| 14:48:53 | 1 | A   I don't know. |
| | 2 | Q   Now, at the bottom of this page it says, |
| | 3 | "Franchise Tax Annual Report." |
| | 4 | A   Uh-huh. |
| 14:49:02 | 5 | Q   It says 2010 return was filed on 11/8/2011. |
| | 6 | You need to file and pay for 2011? |
| | 7 | A   Uh-huh. |
| | 8 | Q   Do you have any idea if that happened? |
| | 9 | A   I don't know. |
| 14:49:10 | 10 | Q   No. |
| | 11 | A   No. |
| | 12 | Q   And that's because you weren't providing |
| | 13 | accounting services -- |
| | 14 | A   That is correct. |
| 14:49:11 | 15 | Q   -- for Swartz IP? |
| | 16 | A   That was not -- that was not my client. |
| | 17 | THE REPORTER:  One at a time, please. |
| | 18 | MR. LATZER:  You got to -- |
| | 19 | THE WITNESS:  I'm sorry. |
| 14:49:15 | 20 | THE REPORTER:  You already started jumping on |
| | 21 | each other. |
| | 22 | MR. LATZER:  You have to let me finish. |
| | 23 | THE REPORTER:  Thank you. |
| | 24 | BY MR. LATZER: |
| 14:49:20 | 25 | Q   Was that because you weren't providing |

---

Page 161

| 14:49:22 | 1 | accounting services for Swartz IP at that time? |
| | 2 | A   That is correct. |
| | 3 | Q   Okay.  And do you know who was responsible for |
| | 4 | that? |
| 14:49:28 | 5 | A   I don't know. |
| | 6 | MR. LATZER:  Okay.  Let's take a short break. |
| | 7 | THE VIDEOGRAPHER:  The time is 2:49 p.m.  We |
| | 8 | are now off the record. |
| | 9 | (A recess was taken.) |
| 14:50:29 | 10 | THE VIDEOGRAPHER:  We are back on the record. |
| | 11 | The time is 3:01 p.m. |
| | 12 | BY MR. LATZER: |
| | 13 | Q   Okay.  Let me show you what is marked as |
| | 14 | Exhibit 45. |
| 15:02:06 | 15 | (Exhibit 45 was marked for |
| | 16 | identification by the Court Reporter |
| | 17 | and is attached hereto.) |
| | 18 | BY MR. LATZER: |
| | 19 | Q   And this is a September 6, 2012 e-mail from |
| 15:02:25 | 20 | Steve Piskula to Maxine Winton with your copy and |
| | 21 | Mr. Jam copy as well. |
| | 22 | Do you see that? |
| | 23 | A   That is correct. |
| | 24 | Q   Okay.  Do you recall receiving this e-mail? |
| 15:02:38 | 25 | A   I must have. |

---

41 (Pages 158 to 161)

Majid Zarrinkelk                                        03-26-19

---

Page 162

15:02:39  1    Q  Okay.  Who is Maxine Winton?
          2    A  Maxine is another my -- employee of ours.
          3    Q  Okay.  Is -- is she a CPA?
          4    A  No, she's not.
15:02:55  5    Q  Okay.  So she's someone who's -- who you are
          6  overseeing?
          7    A  That's correct.
          8    Q  Okay.
          9    A  She's the head of the bookkeeping department.
15:03:06 10    Q  At this time, she was the head of the
         11  bookkeeping department?
         12    A  Always been.
         13    Q  Okay.  And so does she currently work for
         14  your -- the firm that you're --
15:03:13 15    A  That is correct.
         16    Q  Okay.  And she worked for ZKCO?
         17    A  She used to.  Now, she --
         18    Q  She came over with you?
         19    A  That is correct.
15:03:22 20    Q  Okay.  And the subject of this e-mail is IA
         21  transaction and Mr. Piskula writes, "A deposit was made
         22  into Integrated Administration in the amount of $80,000
         23  from Swartz IP Services Group, Inc. for in-" --
         24  "inventory sales.  Thanks.  Steve Piskula."
15:03:38 25        Do you see that?

---

Page 163

15:03:39  1    A  That's correct.
          2    Q  Okay.  Well, let me ask you this first.
          3        Who is Mr. Piskula?
          4    A  Steve Piskula was somebody who was working for
15:03:51  5  David in their organization and close proximity with
          6  Frymi who was the -- David's assistant.
          7    Q  Okay.  So Mr. Piskula was working for
          8  Mr. Bergstein?
          9    A  I believe that's what my understanding.
15:04:10 10    Q  And do you know what his specific role was?
         11    A  No.
         12    Q  Okay.  And do you understand that this
         13  referenced to an $80,000 payment corresponds to one of
         14  the bank records that we looked at before?
15:04:26 15    A  It should be.
         16    Q  Okay.  And is your understanding from this
         17  e-mail that Integrated Administration was receiving this
         18  money in exchange for providing inventory sales?
         19    A  That's correct.
15:04:42 20    Q  Okay.  Did Integrated Administration, in fact,
         21  provide inventory sales to Swartz IP Services Group?
         22    A  No.
         23    Q  No.
         24    A  As I said, they -- this group of people had no
15:04:54 25  understanding about whose money should go to which

---

Page 164

15:04:59  1  account.  Okay.  So any money come -- come in went to
          2  any entity and any money was being disbursed.  Whoever
          3  had the money, they send it off of that.  So we were
          4  caught in the middle trying to make sure that all the
15:05:16  5  monies coming being appropriately allocated to the right
          6  entities, so that was the biggest problem that we had.
          7        So inventory, I believe, is making reference to
          8  the gold inventory.  And I do recall in several
          9  instances, David had to go and sell gold because they
15:05:43 10  needed cash.  So he went out and he sold some golds that
         11  he had purchased.
         12    Q  Okay.  Now -- you -- in your response refer to
         13  this group of people, so you're referring to
         14  Mr. Bergstein, Mr. Jam, and the people?
15:06:03 15    A  Mostly, I'm referring to David.  Okay.
         16    Q  Okay.  But we previously looked at e-mails
         17  where Mr. Jam is giving you instructions.
         18    A  That is correct.
         19    Q  And Mr. Bergstein wasn't copied on those
15:06:16 20  e-mails?
         21    A  That is correct.
         22    Q  Okay.
         23    A  David is rarely was copied on the e-mails and
         24  David rarely communicated with us.
15:06:23 25    Q  Because Mr. Jam communicated with you directly?

---

Page 165

15:06:25  1    A  Yes.  That is correct.
          2    Q  And he ensured that these transfers happened?
          3    A  That is correct.
          4    Q  Okay.  So it's your testimony that Integrated
15:06:35  5  Administration never provided any inventory sales?
          6    A  No.  Integrated Administration was a payroll
          7  company.  They didn't have -- they didn't have the
          8  inventory to sell.
          9    Q  Okay.  So did you take any steps at this time
15:06:57 10  in -- or in or around September 2012 to correct this
         11  error?
         12    A  Well, absolutely.  That's -- that's what we do
         13  every day.  Just because they say this is such and such,
         14  we had to ask follow-up question, who was the inventory,
15:07:15 15  who -- who bought it, who sold it, where was it.
         16  Because if there was an inventory, we should have had
         17  control over that.  But we never had.  There was -- I do
         18  recall that in one of the books, I don't know which one
         19  of the books, we were carrying some inventory of -- some
15:07:35 20  inventory.  And we were told they were gold, okay.  But
         21  they never gave us the details of how many ounces, what
         22  it was, who was holding it, when it was sold, what
         23  happened to it.
         24    Q  Okay.  So --
15:07:53 25    A  And then when -- when he is saying this, this

---

                                42  (Pages 162 to 165)

Majid Zarrinkelk                                    03-26-19

---

Page 166

| | | |
|---|---|---|
| 15:07:55 | 1 | is a message from David.  Steve Piskula is conveying to |
| | 2 | us that we sold $80,000 inventory to Swartz.  Book it. |
| | 3 | That's all.  It was up to us to ask the follow-up |
| | 4 | question in order to book it properly. |
| 15:08:14 | 5 | Q  Do you recall asking the follow-up questions? |
| | 6 | A  We must have.  We must have. |
| | 7 | Q  You must have? |
| | 8 | A  We must have. |
| | 9 | Q  Do you recall doing it? |
| 15:08:21 | 10 | A  We must have. |
| | 11 | Q  You're saying it would have been part of your |
| | 12 | practice? |
| | 13 | A  Of course, because, again, IA did not have |
| | 14 | inventory.  Okay.  IA was not in the business of selling |
| 15:08:30 | 15 | gold or anything.  So this would not have made sense so |
| | 16 | we -- we must have had a follow-up question. |
| | 17 | Q  Okay.  Do you recall whether you responded to |
| | 18 | this e-mail? |
| | 19 | A  I don't remember eight years ago if we did |
| 15:08:44 | 20 | but -- |
| | 21 | Q  Now, if there were response to this e-mail, |
| | 22 | that is something you would have turned over to the |
| | 23 | government? |
| | 24 | A  Absolutely.  If there was any e-mail, okay, |
| 15:08:50 | 25 | every single e-mail.  Okay.  I never deleted any e-mails |

---

Page 167

| | | |
|---|---|---|
| 15:08:56 | 1 | of our system.  So if there was any, it was turned over |
| | 2 | to the government. |
| | 3 | Q  Okay.  Do you recall whether you had a verbal |
| | 4 | communication with Mr. Piskula about this so-called |
| 15:09:10 | 5 | inventory sales? |
| | 6 | A  No, I don't. |
| | 7 | Q  How about with Mr. Jam? |
| | 8 | A  I don't.  Maxine perhaps would have called or |
| | 9 | Ray Shahab would have called and asked question. |
| 15:09:22 | 10 | Q  Okay.  Is there a reason why Mr. Shahab is not |
| | 11 | copied on this e-mail? |
| | 12 | A  Nothing in -- in particular. |
| | 13 | Q  Okay.  So you said before that Integrated |
| | 14 | Administration was not in the business of providing |
| 15:09:34 | 15 | inventory sales? |
| | 16 | A  That is correct. |
| | 17 | Q  Okay.  They were -- and what type of business? |
| | 18 | A  Payroll company. |
| | 19 | Q  Payroll company. |
| 15:09:45 | 20 | Okay.  So explain to me that business model. |
| | 21 | A  There are companies that they do nothing, but |
| | 22 | they run payroll for different entities, okay.  So let's |
| | 23 | say, I have five different companies.  Instead of |
| | 24 | setting up five different payroll for all five of them, |
| 15:10:07 | 25 | I set up a company and I say, "This is my payroll |

---

Page 168

| | | |
|---|---|---|
| 15:10:11 | 1 | company."  And then it serves all these five entities. |
| | 2 | So it pays the payroll, and this entity pay the payroll |
| | 3 | company for the amount of wages, taxes, and a portion of |
| | 4 | the -- the services. |
| 15:10:33 | 5 | Q  Okay.  So did Integrated Administra- |
| | 6 | Administration make any revenue? |
| | 7 | A  I -- I believe they -- they did some revenue. |
| | 8 | Of course, they did have revenue.  It -- it could have |
| | 9 | happened to expense, expense, expense. |
| 15:10:47 | 10 | Q  Okay.  And so I believe that your testimony |
| | 11 | before was that it was only providing payroll services |
| | 12 | for entities with which Mr. Bergstein or Mr. Jam was |
| | 13 | affiliated? |
| | 14 | A  That's not Mr. Jam.  Mr. Bergstein. |
| 15:11:04 | 15 | Q  Okay.  But at least for some point in time, |
| | 16 | Mr. Jam was receiving a salary from Integrated |
| | 17 | Administration? |
| | 18 | A  Again, there is a difference between an |
| | 19 | employee and an employer.  Okay.  So the employers where |
| 15:11:20 | 20 | Mr. Bergstein companies.  Employee was Mr. Jam. |
| | 21 | Q  I understand. |
| | 22 | Now, is it your understanding that |
| | 23 | Mr. Bergstein was receiving a salary from -- |
| | 24 | A  That is correct. |
| 15:11:28 | 25 | Q  Just let me finish. |

---

Page 169

| | | |
|---|---|---|
| 15:11:29 | 1 | Was -- is it your understanding that |
| | 2 | Mr. Bergstein was receiving a salary from Integrated |
| | 3 | Administration? |
| | 4 | A  That is correct. |
| 15:11:35 | 5 | Q  Okay.  Do you know what services that |
| | 6 | Mr. Bergstein was providing Integrated Administration? |
| | 7 | A  No, I don't. |
| | 8 | Q  Do you know if with respect to the employers |
| | 9 | for whom you say Integrated was providing payroll |
| 15:11:51 | 10 | services, was there any sort of written documentation |
| | 11 | that concerned the arrangements between these employers |
| | 12 | and Integrated? |
| | 13 | A  If there were one, we -- we were not aware of |
| | 14 | that. |
| 15:12:05 | 15 | Q  You've never seen that? |
| | 16 | A  No, I never saw that. |
| | 17 | Q  And is that something that you would have |
| | 18 | wanted to see in order to -- well, strike that. |
| | 19 | You handled the books and records for |
| 15:12:31 | 20 | Integrated Administration; right? |
| | 21 | A  That is correct. |
| | 22 | Q  Okay.  And as part of handling those books and |
| | 23 | records, you never saw any written agreement between IA |
| | 24 | and an employer for whom IA was purportedly providing |
| 15:12:50 | 25 | payroll services? |

---

43 (Pages 166 to 169)

Majid Zarrinkelk                                    03-26-19

---

Page 170

15:12:51  1    A   That is correct.  I -- I don't recall seeing
          2   anything.
          3    Q   Do you recall ever seeing a single document
          4   which evidenced that, in fact, Integrated Administration
15:13:02  5   was providing payroll services to an employer?
          6    A   IA was the payroll company.  Their job was to
          7   produce the payroll reports, and pay the -- pay
          8   employees and cut the checks and do the -- what ADP
          9   does.  Period.
15:13:27 10    Q   Okay.  You said you referred in your testimony
         11   to payroll reports?
         12    A   Yeah.
         13    Q   Okay.  Did IA produce payroll reports?
         14    A   Of course.
15:13:37 15    Q   Okay.  And you've seen those?
         16    A   Of course.
         17    Q   Okay.  And those payroll reports concerned
         18   purported employees of entities affiliated with
         19   Mr. Bergstein?
15:13:52 20    A   That is correct.  Although in those reports, it
         21   was not shown as this employee was working for this
         22   company or second employee was working for company B.
         23   And third company was working with company C.  They were
         24   all being reported as one entity.  That's the purpose of
15:14:11 25   it.  But when we were allocating that, it would say

---

Page 171

15:14:14  1   Employee No. 1, 5, and 7 is for company A.  Employee
          2   No. 2, 4, 6 is for company number B, and so forth and so
          3   on.
          4    Q   Okay.  And with respect to Mr. Jam, you
15:14:28  5   testified before that at least for some period of time,
          6   he received a salary for Integrated Administration?
          7    A   That is correct.
          8    Q   Okay.  It -- was that reported on Mr. Jam's
          9   personal income?
15:14:37 10    A   Of course.
         11    Q   On his personal tax return?
         12    A   Of course.
         13    Q   Okay.  Now, we looked before at bank statements
         14   for Integrated Administration; correct?
15:14:51 15    A   That is correct.
         16    Q   And we saw a substantial sums of money coming
         17   in and that -- that account over a very short period of
         18   time; correct?
         19    A   That's correct.
15:15:01 20    Q   Okay.  Now, at that time, you understood based
         21   on the fact that you were the accountant for Integrated
         22   Administration that it was in the payroll services
         23   industry as you described today?
         24    A   That is true.
15:15:15 25    Q   Okay.  Were you at all concerned that these

---

Page 172

15:15:21  1   payments that were rapidly coming in -- in and out of
          2   Integrated account -- Integrated's account had nothing
          3   to do with IA's reported payroll business?
          4    A   Yes.  I was very concerned about that.  That's
15:15:34  5   why we called Kia to clarify as to why these funds --
          6   these monies are coming and when or how IA is going to
          7   build this entities.  Okay.  And if I am not mistaken, I
          8   do recall that we received some invoices that David
          9   generated himself for payroll of these entities being
15:16:03 10   issued by IA for reimbursement of the fund from them.
         11    Q   Okay.  So you -- you've referenced this
         12   discussion that you had with Mr. Jam regarding all these
         13   monies?
         14    A   That is correct.
15:16:14 15    Q   But was after the fact that was -- remind me
         16   when that was.
         17    A   As I said, because of this chaos and the amount
         18   of transaction that was happening and uncertainty as to
         19   who's company is this, who -- who is going to be
15:16:31 20   responsible for that.  So we did not have a very good
         21   understanding of all these incoming funds and all those
         22   outgoing funds.
         23       So therefore, at one point of time, when we
         24   were late to file the tax return, I put my foot down and
15:16:50 25   I said, "You" -- "you guys need to read these and

---

Page 173

15:16:56  1   identify the source of this income or funds and tell us
          2   what to do with them."  And then I sent it to both Kia
          3   and David.  They reviewed that and I do recall that Kia
          4   came to our office, and we spent an afternoon or the
15:17:14  5   whole day when -- going over those.  And then based on
          6   that, we finalized our financial statement and then we
          7   file tax return.
          8    Q   I'll show you what I'm marking now as
          9   Exhibit 46.
15:17:46 10       (Exhibit 46 was marked for
         11       identification by the Court Reporter
         12       and is attached hereto.)
         13   BY MR. LATZER:
         14    Q   And Exhibit 46 consist of e-mails exchanged
15:17:59 15   between you and Mr. Jam on December 6, 2013?
         16    A   Uh-huh.
         17    Q   Do you see that?
         18    A   Of course.
         19    Q   Now, the bottom e-mail on the first page, the
15:18:18 20   greeting is Majid John.
         21       Do you see that?
         22    A   That is correct.
         23    Q   Okay.  What is the reference there to John?
         24    A   John means dear in Farsi.
15:18:28 25    Q   Dear?

---

44  (Pages 170 to 173)

Majid Zarrinkelk                                    03-26-19

Page 174

```
15:18:29    1      A    Dear.
            2      Q    Okay.  So that was a term of endearment that
            3   you were using?
            4      A    Yeah.  We call each other -- I call him Kia
15:18:34    5   John, he calls me Majid John.
            6      Q    Okay.  And that's how he -- I'm sorry.  That's
            7   how you responded.  You wrote "Kia John"?
            8      A    At the end of today, I may call you Steve John.
            9   Okay.  I don't know what's your --
15:18:45   10      Q    Oh, my first name is Eric --
           11      A    Eric John.
           12      Q    -- so if you're going to put John --
           13      A    Okay.
           14      Q    -- you're going to say Eric first.
15:18:48   15      A    That is correct.
           16      Q    I don't think you're going to say that but --
           17      A    No, I will.
           18      Q    Okay.  So do you recall receiving this e-mail
           19   from Mr. Jam in December -- December 6, 2013?
15:19:05   20      A    I do see this.  I'm -- I'm sure I must have.
           21      Q    And Mr. Jam writes the second line of this
           22   e-mail, "There's a wire in the Pineboard.  It is for the
           23   purchase distribution."
           24           Do you see that?
15:19:21   25      A    Uh-huh.
```

Page 175

```
15:19:21    1      Q    What is that in reference to?
            2      A    I don't know.
            3      Q    Okay.  Did you ever have a discussion with
            4   Mr. Jam about what he meant by "purchase distribution"?
15:19:35    5      A    I must have.  Again, in that meeting, these
            6   were the issues that we did not know exactly what they
            7   meant.  So when we came together, we tried to clarify
            8   all these.
            9      Q    So is it fair to say that your meeting, the one
15:19:51   10   that you've been referring to, was sometime after
           11   December 6th, 2013?
           12      A    Oh, absolutely.  It was a year or two after
           13   that.
           14      Q    Okay.
15:20:04   15      A    It was very hard to get proper information from
           16   David.  Okay.
           17      Q    But here you're beyond directly with Mr. Jam?
           18      A    Oh, yeah.  Because Jam did not know himself.
           19   He had to go as David, and David was not giving him the
15:20:19   20   right answers.  So Kia was giving us a sort of a
           21   runaround, and we were not satisfied with that.  So we
           22   were just booking them temporarily.  Most of those
           23   transaction were booked in a suspense account.  So then
           24   we send a list to them and I said, "You need to tell us
15:20:37   25   what these are."
```

Page 176

```
15:20:38    1      Q    Okay.  So you were booking them, but you were
            2   doing more than that.  You were also facilitating the
            3   transactions; is that correct?
            4      A    What -- what facilitation you referred to?
15:20:49    5      Q    Well, let me ask you about this specifically,
            6   the December 6th, 2013 ones.
            7           Mr. Jam writes, "Please do the following from
            8   Pineboard Holdings, and the instructions to make a
            9   $300,000 wire to Graybox, LLC."
15:21:02   10      A    Uh-huh.
           11      Q    Do you see that?
           12      A    That's correct.
           13      Q    So that's -- that's a wire that --
           14      A    That's correct.
15:21:05   15      Q    -- you made happen?
           16      A    That is correct.
           17      Q    And how about with respect to the next one from
           18   Pineboard $50,000 transfers to Swartz IP?
           19      A    That's correct.
15:21:13   20      Q    Same thing?
           21      A    That's correct.
           22      Q    Okay.  And then how about with respect to the
           23   following transaction on the second page it says, "From
           24   Pineboard transfer $240,000 to IA?
15:21:36   25      A    That is correct.
```

Page 177

```
15:21:36    1      Q    That's a tran- --- transfer that you made
            2   happen?
            3      A    Uh-huh.
            4      Q    And then it says in the IA payroll account it
15:21:43    5   states, "From IA, please wire 100,000 to Cyrano Group"?
            6      A    Cyrano Group.
            7      Q    Cyrano Group.
            8           Okay.  What's Cyrano Group?
            9      A    Cyrano is another David's entity.
15:21:54   10      Q    Okay.  And you made that transaction happen?
           11      A    I must have.
           12      Q    Okay.  And how about the next one from IA
           13   payroll, which is misspelled, it states, "Please wire
           14   $28,833.33 cents to FCI Lender Services, Inc."
15:22:09   15           Do you see that?
           16      A    That's correct.
           17      Q    Do you know what that is?
           18      A    If you look at the bottom, it says, "Property
           19   located at 5353 Round Meadow Road, Hidden Hills."  I
15:22:21   20   think -- I believe -- I'm not 100 percent sure, but I
           21   think that they -- this is -- this might be David's
           22   home, and he must have been refinancing something and
           23   this is a lender.  So he was asking me to wire the fund
           24   to --
15:22:39   25      Q    Okay.
```

45  (Pages 174 to 177)

Majid Zarrinkelk                                    03-26-19

Page 178

15:22:39  1    A  -- the lender.
          2    Q  And that's a wire that you made happen?
          3    A  If it was asked me to do it, must have
          4  happened.
15:22:46  5    Q  Okay.  And how about the last one.  Well, two
          6  transactions from IA, "Please transfer $100,000 to KJM."
          7    That's K.Jam Media?
          8    A  That's correct.
          9    Q  That's Mr. Jam's company?
15:22:59 10    A  That's correct.
         11    Q  And it says from KJM, "Please wire
         12  20,000 to After Dark Films."
         13    Do you see that?
         14    A  That's correct.
15:23:06 15    Q  What's After Dark Films?
         16    A  After Dark Films is another entity that K.Jam
         17  Production or K.Jam Media deals with.
         18    Q  Okay.  So this is with respect to Mr. Jam's
         19  production business?
15:23:19 20    A  That's correct.
         21    Q  Okay.  So that's a payment that benefited
         22  Mr. Jam, personally?
         23    A  Not -- not necessarily.  Not necessarily.
         24  Because if Jam provided some service to After Dark, this
15:23:36 25  could be the payment for that.

Page 179

15:23:38  1    Q  What service did he provide to After Dark?
          2    A  I'm not 100 percent sure of what was it.  But
          3  I -- I knew that Kia was facilit- -- and After Dark was
          4  another production company, and Kia was providing some
          5  services to them.
15:23:54  6    Q  Okay.  And then finally at the bottom it says,
          7  "From KJM wire $25,000 to Jeremy Ferris."
          8    Do you know who Mr. Ferris is?
          9    A  It's a friend of Kia.
15:24:07 10    Q  Okay.  And do you know why Mr. Jam would want
         11  $25,000 transfer to him?
         12    A  Because he borrowed from him.
         13    Q  He borrowed money from him?
         14    A  Uh-huh.
15:24:16 15    Q  Okay.  So these are wire transfers that you
         16  processed for Mr. Jam?
         17    A  Uh-huh.
         18    Q  And the wires were effectuated?
         19    A  Perhaps.
15:24:29 20    Q  Okay.  So it was sometime after these transfers
         21  were effectuated that you testified that you sat down
         22  with Mr. Jam and Mr. Bergstein and discussed these sorts
         23  of transactions?
         24    A  I did not sit with David.  I sat with Kia.
15:24:48 25    Q  Okay.  Is there any reason why you didn't do

Page 180

15:24:50  1  that at the time that these transfers were happening?
          2    A  Again, the issue is this was -- so many
          3  transaction was happening all at once.  Okay.  And we
          4  were not getting the proper answer as to what are these
15:25:05  5  monies that are coming in.  And nobody could tell us
          6  except David and David was not accessible to us.  And so
          7  we had to post our question to Kia, and Kia was
          8  deferring is busy.  David is on vacation.
          9  David is in trial.  David is this and that.  So
15:25:26 10  therefore, it was being delayed and delayed and delayed.
         11    Q  Okay.  But you kept transferring the monies in
         12  the meantime?
         13    A  Yes.  These were the daily transaction that
         14  were coming in and going out.
15:25:50 15    Q  Now, during the years that these transfers from
         16  Integrated Administration were happening specifically in
         17  2011, '12, and '13, did you file any tax returns on
         18  Integrated's behalf?
         19    A  Integrated was part of the K.Jam Media.  Yes,
15:26:07 20  we have.
         21    Q  Okay.  So in 2011, you filed a tax return on
         22  behalf of K.Jam Media, and your position is that that
         23  was sufficient in terms of the tax file and requirements
         24  for Integrated Administration?
15:26:25 25    A  That's correct.

Page 181

15:26:26  1    Q  And the same for 2012?
          2    A  That is correct.
          3    Q  And the same for 2013?
          4    A  For any year that we filed tax return.
15:26:31  5    Q  Okay.  Did you file those by the April deadline
          6  for each year?
          7    A  No.  As we said, I -- I think '11 and '12 were
          8  delayed and we filed them either in 2013 or in 2014.
          9    Q  Okay.  And did you seek an extension?
15:26:50 10    A  There are -- government gives you extension for
         11  six months.  Okay.  So what I do is in this instances, I
         12  file tax return with zero information and I attach a
         13  statement.  I say the client information is not
         14  available at this time.  And when it becomes available,
15:27:09 15  I file an amended return.  And that's exactly what we
         16  did.
         17    Q  That's what you did for K.Jam Media?
         18    A  I'm sorry?
         19    Q  That's what you did for K.Jam Media?
15:27:17 20    A  That is correct.
         21    Q  Okay.  And let me show you what I'm marking as
         22  Exhibit 47.
         23    (Exhibit 47 was marked for
         24    identification by the Court Reporter
15:27:39 25    and is attached hereto.)

46 (Pages 178 to 181)

Majid Zarrinkelk                                              03-26-19

```
                              Page 182
15:27:40   1  BY MR. LATZER:
           2     Q   And this is a Certification of Lack of Record
           3  for Swartz IP Services Group, Inc.?
           4     A   Uh-huh.
15:27:59   5     Q   Do you know what this document is?
           6         MR. MIGLER:  Oh, can I -- can I have a copy?
           7         MR. LATZER:  I'm sorry, yeah.
           8         THE WITNESS:  No.
           9  BY MR. LATZER:
15:28:15  10     Q   So about halfway down the page, it states -- my
          11  copy is a little difficult to read.  But I believe it
          12  states, "As of February 16, 2018, the international --
          13  or Internal Revenue Service shows no returns filed for
          14  the following periods for the business entity described
15:28:38  15  above.  And that's a reference to Swartz IP Services
          16  Group, Inc."
          17         Do you see that?
          18     A   That's true.
          19     Q   Okay.  And so below that, there is a -- there
15:28:48  20  are various periods listed, December 31st, 2011,
          21  December 31st, 2012, December 31st, 2013, December 31st,
          22  2014, December 31st, 2015, and December 31st, 2016.
          23         Do you see those?
          24     A   I do.
15:29:05  25     Q   Okay.  So is it your understanding that Swartz
```

```
                              Page 183
15:29:08   1  IP Services Group, Inc. never filed tax returns for
           2  those years?
           3     A   Off of this document, it looks like it.
           4     Q   Okay.  And is it your understanding that the
15:29:19   5  government believed that there is an obligation to file
           6  tax returns in those years for Swartz IP Services Group,
           7  Inc.?
           8     A   Any business --
           9         MR. MIGLER:  Speculation.
15:29:26  10         THE WITNESS:  Any -- any business that does
          11  business in United States are supposed to file tax
          12  return.
          13  BY MR. LATZER:
          14     Q   Okay.  Let's look at Exhibit 48.
15:29:56  15         (Exhibit 48 was marked for
          16          identification by the Court Reporter
          17          and is attached hereto.)
          18  BY MR. LATZER:
          19     Q   And Exhibit 48 is another Certification of Lack
15:30:06  20  of Record.  And this one is from Pineboard Holdings,
          21  Inc.
          22         Do you see that?
          23     A   I do.
          24     Q   And it states that as of December 27th, 2017,
15:30:15  25  the International Internal Revenue Service -- strike
```

```
                              Page 184
15:30:18   1  that.
           2         Let's me start from the start.  From the
           3  beginning.  "As of December 27th, 2017, the Internal
           4  Revenue Service shows no returns filed for the following
15:30:27   5  periods for the business until you described above.  And
           6  it list the period as December 31st, 2011 through
           7  December 31st, 2016."
           8         Do you see that?
           9     A   I do.
15:30:38  10     Q   Now, this is with respect to Pineboard
          11  Holdings, Inc.; right?
          12     A   It looks like it.
          13     Q   Okay.  And that's a company for which you were
          14  the signatory on the bank account?
15:30:50  15     A   I was.
          16     Q   Okay.  But I believe your testimony was that
          17  you didn't provide accounting services for this entity?
          18     A   That is correct.
          19     Q   Okay.  And is it your understanding from this
15:31:01  20  document that Pineboard did not file tax returns between
          21  December 31st, 2011 and December 31st, 2016?
          22     A   It looks like it.
          23     Q   And is it also your understanding that the
          24  government believed that Pineboard had an obligation to
15:31:16  25  file tax returns for those years?
```

```
                              Page 185
15:31:19   1     A   As I said, if you're doing business in United
           2  States, you are -- you're supposed to file tax return.
           3     Q   Did you ever have a discussion with Mr. Jam
           4  about filing tax returns for Pineboard Holdings?
15:31:32   5     A   No.
           6     Q   No.
           7         Did you understand that somebody else was
           8  taking care of that?
           9     A   No.  It was not my concern.
15:31:39  10     Q   Okay.  You weren't concerned notwithstanding
          11  that you were the signatory on the account?
          12     A   No.
          13     Q   And you knew that Mr. Jam had at least some
          14  affiliation with this entity?
15:31:50  15     A   Has what?
          16     Q   Some affiliation with this entity?
          17     A   Again, these jobs were transferred to their
          18  in-house accountant, and he had several people behind
          19  him to file these tax returns.  So I was under the
15:32:03  20  impression that they are taking care of it.
          21     Q   And who's the in-house accountant are you
          22  referring to?
          23     A   As I said, I -- I don't remember the name of
          24  the gentleman.  Harry -- Harry Sarkisian, I believe, if
15:32:24  25  I'm not mistaken.
```

Majid Zarrinkelk                                                    03-26-19

| Page 186 |
|---|

15:32:25  1    Q   Okay.
2    A   It was a gentleman that I introduced -- they
3    were looking for an in-house accountant.  I knew this
4    fellow, I introduced him.  They hired him.  He was there
15:32:35  5    for a few years up to the time that they closed.
6    Q   Who specifically hired him?
7    A   I believe Kia hired him.  Or David hired him.
8    Q   Okay.
9    A   But I made the introduction.
15:32:48 10    Q   But he was retained for purposes of Mr. Jam and
11   Mr. Ber- -- Mr. Bergstein's businesses, is that fair to
12   say?
13   A   That is a fair statement.
14   Q   Okay.  Let's look at -- let's look at
15:33:02 15   Exhibit 49.
16        (Exhibit 49 was marked for
17        identification by the Court Reporter
18        and is attached hereto.)
19   BY MR. LATZER:
15:33:14 20   Q   And Exhibit 49 is a certification of -- of Lack
21   of Record for Integrated Administration.  And according
22   this certification, it states that, "As of
23   December 27th, 2017, the Internal Revenue Service shows
24   no returns filed for the following period for the
15:33:35 25   business entity described above."

| Page 187 |
|---|

15:33:38  1        Do you see that?
2    A   I do.
3    Q   Okay.  And this concerns Integrated
4    Administration; correct?
15:33:45  5    A   Correct.
6    Q   And the government is stating that from 2011 --
7    December 31st, 2011 through December 31st, 2014,
8    Integrated never filed tax returns?
9    A   That's wrong.
15:34:05 10    Q   Why is that wrong?
11   A   Because it's included in K.Jam Media.
12   Q   Okay.
13   A   So that's why they don't see that's a separate
14   one.
15:34:14 15   Q   Okay.  But is that something that the
16   government would have been aware of from its --
17   A   They should have been.
18   Q   Let me finish.
19        Isn't that something that government would have
15:34:18 20   been aware of?
21   A   They should have been.
22   Q   Okay.  And why should they have been?
23   A   Because there is an election you make and under
24   that election, we call it QSub.  You become a subsidiary
15:34:33 25   of a -- another entity which is a S corporation.  And

| Page 188 |
|---|

15:34:38  1    therefore, you report those under that mother company,
2    under the umbrella of K.Jam Media.
3    Q   Did you ever receive any notices from the
4    government regarding a failure to file a tax return for
15:34:53  5    Integrated Administration?
6    A   Never.
7    Q   Did Mr. Jam?
8    A   Never.
9    Q   Do you know if any of Mr. Jam's entities
15:34:57 10   received such a notice?
11   A   Never.
12   Q   Okay.  Do you know if Mr. Jam or anyone on his
13   behalf contacted the government to advise them that a
14   tax return for Integrated Administration had been filed
15:35:19 15   through K.Jam Media as -- as you described?
16   A   You don't have to.  It is your requirement.
17   And when you report it properly, it should be there.
18   Q   Okay.
19   A   But one page on the -- the K.Jam Media tax
15:35:33 20   return shows the name of the affiliate.  So therefore,
21   you put their name, their federal ID number, and the
22   amount of your ownership.
23   Q   Did you have any discussion with the government
24   when you met with them in the winter or fall of 2017
15:35:47 25   regarding filing tax returns for Integrated

| Page 189 |
|---|

15:35:49  1    Administration?
2    A   We spoke generally about everything, like, what
3    we do today.
4    Q   Do you -- do you recall any specific discussion
15:35:59  5    about filing tax returns for Integrated Administration?
6    A   I don't recall any specific question about IA,
7    but we spoke about everything.
8    Q   Okay.  And when you met with the government in
9    the fall or winter of 2017, were you represented by an
15:36:17 10   attorney?
11   A   I was.
12   Q   And who is that attorney?
13   A   The -- the name of the person I remember, but I
14   don't remember the name of -- no, I do.  I -- my
15:36:28 15   insurance company appointed an attorney named Tim
16   Agajanian.  Okay.  I don't know the name of their firm.
17   And then since the matter was a criminal matter, he
18   hired another gentleman there named Mark Beck from
19   Orrick.  Okay.  And he had an assistant, so these three
15:36:54 20   gentleman were representing.
21   Q   Okay.  And when you met with the government
22   with your attorney or attorneys, were there any
23   questions that you refused to answer?
24   A   No.
15:37:02 25   Q   Okay.  Did you assert the Fifth Amendment for

Majid Zarrinkelk                                              03-26-19

---

Page 190

```
15:37:05  1    any questions?
          2       A  No.
          3       Q  And you're aware that Mr. Bergstein was tried
          4    and convicted with respect to the transactions that
15:37:23  5    we've been discussing today?
          6       A  I don't know exactly why -- why he's been
          7    convicted, but I know that he must have done something
          8    wrong with respect to these entities, Wimbledon and then
          9    another -- IP Swartz, that sort of thing.  Even when I
15:37:43 10    read the indictment, I really did not fully understand
         11    the scope of his involvement with those entities.  Okay.
         12    So I did not know -- at the time that I was talking
         13    to -- in winter of 2017, Mr. Bergstein was not indicted
         14    then -- no.  He was not convicted then.  He was
15:38:08 15    indicted.
         16       Q  Have you spoke to the government after he had
         17    been indicted?
         18       A  No.  I never -- well, let me -- let me think.
         19    I -- I did not talk to government after his conviction.
15:38:23 20    No, I don't think so.
         21       Q  But was it before it was -- it was after he'd
         22    been indicted, though?
         23       A  Oh, yes.  Many, many times.  Many, many times.
         24       Q  What do you mean by "many, many times"?
15:38:38 25       A  This has started as I received the subpoena
```

---

Page 191

```
15:38:42  1    from an attorney from DOJ on a Friday afternoon back in
          2    June of 2017.  And I responded that in a matter of half
          3    an hour.  And he responded, he said, "I've never
          4    received any response to a subpoena in half an hour."
15:39:02  5    But -- then after that, another gentleman showed up.  He
          6    was the attorney from SEC.  And he sent me a subpoena
          7    and asked for information.  For a period of time, we
          8    were sending those information to him.
          9          At this point of time, I did not have any
15:39:21 10    attorney.  I did not consult with any attorney and
         11    everything was working very fine.  Then I received the
         12    phone call from the same attorney who invited me to go
         13    to New York.  And at that point of time, I spoke with my
         14    insurance company.  I said, "They are asking me to go
15:39:39 15    there for an interview."  My -- my insurance company
         16    advised me that you do not go.  "You ask them to
         17    subpoena you.  And then when they subpoenaed you, we are
         18    going to assign you an attorney, and then we'll take it
         19    from there."  And that's exactly what happened.
15:40:03 20       Q  Okay.  And are you aware that during
         21    Mr. Bergstein's criminal trial, the government
         22    identified Swartz IP Services Group as the vehicle
         23    through which fraud was perpetrated?
         24       A  I have no idea.  I never heard.
15:40:22 25       Q  Okay.
```

---

Page 192

```
15:40:22  1       A  I -- I -- I even did not discuss this with Kia
          2    Jam about what happened to him.  The only thing that I
          3    know that he was convicted, he was jailed.  That's all.
          4       Q  Okay.  And you -- you -- you said, though, that
15:40:34  5    you read the indictment concerning Mr. Bergstein?
          6       A  Uh-huh.
          7       Q  Okay.
          8       A  It was given to me by my attorneys.
          9       Q  Okay.  And are you aware that in that
15:40:44 10    indictment, there's a reference to a coconspirator?
         11       A  I don't recall exactly what it was.
         12       Q  Okay.  Are you aware that the government at
         13    Mr. Bergstein's trial identified Mr. Jam as Mr. --
         14    Mr. Bergstein's coconspirator?
15:41:01 15       A  I believe I -- that's what -- that's why the
         16    reason they asked me to go and testify.
         17       Q  Because they understood that Mr. Jam was
         18    Mr. Bergstein's coconspirator?
         19       A  That is correct.
15:41:13 20       Q  Okay.  Now, you earlier described Mr. Jam as a
         21    friend of yours; is that correct?
         22       A  Mr. Jam is a friend, is a family, and a client.
         23       Q  And so in -- in responding to my
         24    questions today, is it -- was it your intention to help
15:41:36 25    Mr. Jam?
```

---

Page 193

```
15:41:36  1       A  No.
          2       Q  No?
          3       A  My belief is this, I tell the truth, nothing
          4    but the truth, so help me God.  I don't care about the
15:41:45  5    rest of that.  So that's -- that's -- that's what I do.
          6       Q  Let me just direct you back to Exhibit 49.  I
          7    have one follow-up on that.
          8       A  Which one, 49?
          9       Q  Exhibit 49.  Yeah.
15:41:58 10       A  Sure.
         11       Q  There is an address listed for Integrated
         12    Administration, 2875 Michelle, Suite 300 in Irvine,
         13    California?
         14       A  Uh-huh.
15:42:08 15       Q  Do you know what that address is?
         16       A  That's my current address.
         17       Q  That's your address?
         18       A  That's correct.  All Mr. Jam's entities and
         19    businesses and invoices, everything comes to my office.
15:42:20 20       Q  Okay.  But your testimony is that you never
         21    received a notice from the government regarding a
         22    failure to pay taxes or -- or file a tax return for
         23    Integrated Administration?
         24       A  That is correct.  Because I have always filed
15:42:30 25    them on time except those two years.
```

Page 194

| | | |
|---|---|---|
| 15:42:33 | 1 | MR. LATZER: Okay. Let's take a short break. |
| | 2 | THE VIDEOGRAPHER: The time is 3:42 p.m. We |
| | 3 | are now off the record. |
| | 4 | (A recess was taken.) |
| 15:50:47 | 5 | THE VIDEOGRAPHER: We are back on the record. |
| | 6 | The time is 3:50 p.m. |
| | 7 | MR. LATZER: Okay. I don't have any further |
| | 8 | questions. Thanks for your time. |
| | 9 | THE WITNESS: It's my pleasure. Thank you. |
| 15:51:00 | 10 | MR. MIGLER: So I have no questions to ask to |
| | 11 | Mr. Zarrinkelk at this time. |
| | 12 | MR. LATZER: So we're all done? |
| | 13 | MR. MIGLER: Yeah. All done. |
| | 14 | MR. LATZER: Thank you. |
| 15:51:07 | 15 | THE WITNESS: Thank you. |
| | 16 | THE VIDEOGRAPHER: This concludes today's |
| | 17 | proceeding in the deposition of Majid Zarrinkelk. Three |
| | 18 | DVDs were used. |
| | 19 | The time is 3:51 p.m. We are now off the |
| 15:51:16 | 20 | record. |
| | 21 | (The proceedings were concluded |
| | 22 | at 3:51 p.m.) |
| | 23 | ---o0o--- |
| | 24 | |
| | 25 | |

Page 195

| | | |
|---|---|---|
| 15:51:31 | 1 | STATE OF CALIFORNIA ) |
| | | ) ss. |
| | 2 | COUNTY OF _____ ) |
| | 3 | |
| | 4 | |
| 15:51:31 | 5 | I, MAJID ZARRINKELK, say I have read the |
| | 6 | foregoing deposition and declare under penalty of perjury |
| | 7 | that my answers as indicated are true and correct. |
| | 8 | |
| | 9 | |
| 15:51:31 | 10 | |
| | 11 | _____ |
| | | (Date) |
| | 12 | |
| | 13 | _____ |
| | | (Signature) |
| | 14 | |
| 15:51:31 | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| 15:51:31 | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| 15:51:31 | 25 | |

Page 196

| | |
|---|---|
| 1 | I, Sandra Mitchell Name CSR No. 12553, Certified Shorthand |
| 2 | Reporter, hereby certify that: |
| 3 | I am authorized to administer oaths or affirmations. |
| 4 | (Cal. Code of Civ. P. Sec. 2093 (b) and Fed. R. Civ. P. 28(a)). |
| 5 | The foregoing proceedings were taken before me at the |
| 6 | time and place therein set forth, at which time the witness |
| 7 | was duly sworn by me. (Cal. Code Civ. Proc. 2025.330(a), |
| 8 | 2025.540(a) and Fed. R. Civ. P. 30(f)(1)). |
| 9 | The foregoing pages contain a full, true and accurate |
| 10 | record of all proceedings and testimony. (Cal. Code Civ. |
| 11 | Proc. 2025.540(a) and Fed. R. Civ. P. 30(f)(1)). |
| 12 | I am not a relative or employee of the parties, |
| 13 | nor financially interested in the action. (Cal. Code Civ. |
| 14 | Proc. 2025.320(a)). |
| 15 | Before completion of the proceedings, review of the |
| 16 | transcript [ ] was [ x ] was not requested. If requested, |
| 17 | any changes made by the witness (and provided to the reporter) |
| 18 | during the period allowed, are appended hereto. |
| 19 | (Fed. R. Civ. P. 30(e)). |
| 20 | I declare under penalty of perjury under the laws of |
| 21 | California that the foregoing is true and correct. |
| 22 | Dated this 30th day of March, 2019. |
| 23 | _____ |
| 24 | Sandra Mitchell |
| 25 | C.S.R. No. 12553 |

**A**

a- 83:21
A-S-T-E-R-I-N-G 18:1
a.m 2:19 6:2,11 46:4,8
ability 80:19 81:25
able 45:20 48:22 80:13 146:25
abnormal 121:6
absolute 50:3 139:23,24
absolutely 26:16 28:14 31:8 39:11 50:1 97:17 117:2 150:24 152:7 165:12 166:24 175:12
abuse 43:21
accept 64:8
access 47:10 48:22 60:12 64:14,16 67:17 74:5,10 79:15 84:24
accessible 180:6
account 4:12,13,15 18:25 44:14 51:14 52:4,19,20,21,25 60:11,12 62:8 64:4,6,11,13,14 64:16 65:12 66:21 67:9 68:2,9 71:15 73:6,9 74:3,11,14 74:17,19,20,22 76:11,11,19 79:8 79:8,19 80:13,17 80:18 81:24 82:1 82:5,6,6,7,9,10,17 82:21 83:6,8 84:15,18,21,25 85:2,15 86:5,9,16 86:18 87:1,24 88:23 89:14,18 92:2 93:1,3,8,9 94:12 95:4,19 98:24 111:7,14,20

113:8 137:7,13,16 143:17 144:12,17 144:18,19 146:8 147:23,24,25 149:8,14 158:6 164:1 171:17 172:2,2 175:23 177:4 184:14 185:11
account- 158:9
Accountancy 4:10 13:11 16:8 20:14 124:13
accountant 12:13 12:15,18 37:22 47:25 56:13 60:16 60:16 71:4,19,21 157:22,23,24,25 171:21 185:18,21 186:3
accountants 61:8
accounting 16:3 19:6 60:3 71:22 83:5,12,22 95:10 158:9,16 159:22 160:13 161:1 184:17
accounts 19:6,25 40:17 66:16 67:16 74:24 76:14 84:11 85:6 124:21,23
accuracy 56:18 57:15 128:12
accurate 155:13 196:9
acquainted 16:10 16:17 26:25
act 30:5 121:20 139:7
acted 96:10 97:14
acting 27:25 29:21 29:25 139:6 140:11
action 6:9 196:13
active 17:11,12
activities 19:4,22
activity 20:24

actual 86:12 87:9
Ad- 70:1
add 60:11 74:8
added 154:8,12,15
addition 16:1 61:1
additional 57:2 90:8 133:11 139:11
address 14:3 66:8 66:11,12,13 193:11,15,16,17
addressed 124:17
administer 196:3
Administra- 168:5
Administration 1:8 2:8 4:20 5:12 36:25 39:21 69:8 69:20 70:1,8,9,12 70:13 71:6,12,18 72:7,9,13 73:12 74:11 75:1,19 78:24 79:6 93:12 93:22 94:13 95:6 95:11,23 96:23 97:3,4 98:14,17 98:24 99:14,25 100:12 101:6,13 101:19 103:14 106:18,25 107:15 108:5,16,22 109:9 110:23 111:6 113:1,18 114:13 114:23 115:6,14 115:23 117:6,11 118:10 125:24 126:4,23 138:17 148:3 149:17 150:9,12,17,21,23 151:5,10 153:13 156:13 162:22 163:17,20 165:5,6 167:14 168:6,17 169:3,6,20 170:4 171:6,14,22 180:16,24 186:21 187:4 188:5,14 189:1,5 193:12,23

Administration's 111:20 113:7 143:17
administrative 23:6 36:24
ADP 170:8
advance 42:6 103:9 105:2 115:15
Advantage 76:4
advice 109:23
advise 25:19,25 188:13
advised 52:20 191:16
advisor 20:11 157:22
advisors 61:8
Advisory 50:15 114:1,5,12
affairs 20:21
affect 132:3
affidation 26:5
affidavit 26:6
affiliate 188:20
affiliated 14:8 21:10 22:7 24:6 39:19 40:4 58:13 58:17 60:1 92:13 92:15 103:24 104:7,15 123:13 168:13 170:18
affiliation 31:25 35:12 146:15 185:14,16
affirmations 196:3
afford 140:23
Aframi- 129:13
Aframian 129:14 129:25
afternoon 173:4 191:1
afterward 122:5
Agajanian 189:16
ago 10:5,9 16:12 17:2 18:24 22:9,9 32:13 33:15,15 49:25 50:7 75:21

83:21 107:7 120:20 127:24 142:23 152:3 166:19
agree 73:20,21 86:3 92:18 93:7 107:12
agreement 22:25 23:12 24:1,11 31:11 32:19,22 33:2 41:13 60:7 92:22 116:1 169:23
agreements 23:17 24:5
ahead 121:23 126:14
airplanes 54:5
AKS 108:16 109:1 109:4,7,24
al 6:16
al- 21:15
alert 24:18,21,25
alike 137:20,22
Allen 130:16,20
allocate 71:3
allocated 164:5
allocating 148:18 170:25
allowed 196:18
altogether 21:15 27:15
amended 181:15
Amendment 189:25
American 40:13 44:22 45:4 48:4,7 116:11 141:6,11 141:18 146:9,20 147:1,2,7,10,14 147:16,22,22 148:1,24
Amex 46:20 47:11 145:19
amount 22:20 115:4,7 144:13 162:22 168:3 172:17 188:22

Majid Zarrinkelk                                                    03-26-19

**Angeles** 2:18 6:1,12
  20:22 27:5
**annual** 21:13,22
  66:22 160:3
**answer** 28:25 52:23
  91:19 180:4
  189:23
**answered** 5:15
  87:16
**answers** 58:23
  99:12 175:20
  195:7
**antiques** 47:8
  129:21,23
**any-** 38:14 40:11
**anybody** 49:7
  63:18 122:16
**anymore** 68:10
**ap-** 103:6
**apparently** 103:6
  115:21 125:25
  129:24 130:19
  138:8 139:12
  145:1
**appear** 90:14
**APPEARANCES**
  3:1
**appearing** 8:2
**appears** 13:17
  89:10 106:24
**appended** 196:18
**application** 4:10,12
  4:13,15 62:8 73:6
  73:9 74:3,14
**apply** 68:7
**appointed** 189:15
**approached** 38:12
  38:13,19
**appropriately**
  164:5
**approval** 26:3
**approximate** 22:11
**approximately**
  9:10 21:16 22:5
  45:23 70:3 93:13
  96:12
**April** 41:9 42:4,24

76:18 85:16,17
  106:24 108:15
  120:22,22 181:5
**Arius** 159:4
**arrangement** 24:8
  142:3,5
**arrangements**
  169:11
**arrived** 105:1
**article** 66:17 68:7
  71:16
**articles** 67:3
**aside** 92:5,9
**asked** 31:16 32:9,9
  81:13 83:6 87:16
  90:17 97:25
  103:17 105:9
  116:16 119:25
  140:12 142:14
  143:24 156:9,10
  167:9 178:3 191:7
  192:16
**asking** 33:14 42:6
  56:13 92:5,24
  93:2,6,9 105:12
  166:5 177:23
  191:14
**aspects** 23:6
**assert** 189:25
**assessment** 134:7
**assets** 53:20
**assign** 191:18
**assist** 19:12
**assistant** 163:6
  189:19
**associate** 44:3
**associated** 9:1
**associates** 27:7
**associating** 18:17
**association** 35:16
**assuming** 141:21
**Astering** 17:25
  18:1,20,21
**attach** 153:12
  181:12
**attached** 7:20 13:8
  51:19 62:5 69:4

76:2 85:12 88:20
  93:19 123:3 135:7
  143:6 152:12
  161:17 173:12
  181:25 183:17
  186:18
**attend** 36:4
**attorney** 10:7,17
  42:13 110:4
  154:19,25 189:10
  189:12,15,22
  191:1,6,10,10,12
  191:18
**attorneys** 22:22
  42:13 90:24,24
  189:22 192:8
**audit** 57:1,2
**audited** 131:20
**August** 71:9 93:23
  93:24 94:14,15
  117:7
**authority** 67:18
**authorize** 63:16
  64:14
**authorized** 49:9
  63:18,22 67:16
  76:15 77:12 79:2
  90:3 196:3
**authorizes** 26:6
**available** 181:14,14
**aware** 26:9 47:20
  50:10,14 59:10,16
  74:24 93:11 99:13
  100:11 101:10
  106:5 110:8
  119:22 121:7
  141:2,5 169:13
  187:16,20 190:3
  191:20 192:9,12

---
**B**
---

**b** 4:7 5:2 170:22
  171:2 196:4
**B1123** 3:15
**back** 9:24 11:7 22:3
  23:19,25 32:13
  33:13 41:19,23,24

42:9,16 43:15
  44:16 46:7 51:17
  53:24 54:10,16
  66:20 74:8 75:9
  94:3 95:2 97:19
  104:13,24 105:3
  118:10,19 120:4
  120:20,23 121:1
  121:17,19 131:3
  131:19 132:1
  140:3 145:4
  161:10 191:1
  193:6 194:5
**backup** 133:17
  134:19,22,24
  135:3
**balance** 40:12
  129:15,25 144:3
**bank** 4:15,17,18,20
  18:25 19:5 52:21
  60:11,11 61:19
  64:4,5,6,16 65:12
  65:23 66:15,16,19
  66:19,20 67:6,7
  68:1,8,9,9 71:15
  74:9,11,24 76:11
  84:25 85:14,14,20
  86:14 88:22 90:12
  93:2,22 94:12
  109:21 126:3
  137:13 144:18
  147:24 158:6
  163:14 171:13
  184:14
**banking** 79:17
**banks** 68:10 87:4
**Barn** 145:22 147:3
  147:6 151:17,20
  152:2
**Bartfay** 3:21 6:5
**based** 27:23 56:23
  57:7,9,21,24
  120:8 132:18
  171:20 173:5
**basis** 21:22
**Bates** 159:9
**be-** 35:16

**Beck** 189:18
**beginning** 30:16
  149:22 184:3
**behalf** 2:17 26:1
  63:11,17,19,23
  64:1 86:21 117:18
  119:13,17 127:20
  180:18,22 188:13
**belief** 193:3
**believe** 9:8,16
  12:18 23:4,9,22
  24:3,7 29:21 30:2
  31:15 32:6,25
  33:13,17 36:14
  40:10 41:22 43:3
  43:9,12,15 45:17
  48:16,23 49:22
  50:19 51:18,23
  55:7 56:11 57:17
  57:20 69:6 74:14
  75:17 87:21 96:14
  96:17 102:23
  104:24 108:7
  114:9 122:13
  129:2 139:23
  147:22 154:20
  158:11 163:9
  164:7 168:7,10
  177:20 182:11
  184:16 185:24
  186:7 192:15
**believed** 183:5
  184:24
**beneficiaries**
  138:11
**beneficiary** 109:12
  109:12
**benefit** 39:13
  149:13
**benefited** 40:11
  140:19 141:4,13
  148:21 149:9
  178:21
**benefiting** 39:9,12
  140:18 142:2
  149:1
**Ber-** 186:11

Majid Zarrinkelk                                        03-26-19

Bergstein 1:9 2:9
  8:23 9:1,20 26:20
  26:23,25 27:9,11
  27:14,18 28:1,1,5
  28:10,12,17 29:6
  29:15,24 30:10
  31:6,12,23 32:4
  32:19,20 33:4,7
  33:11,24 34:1,15
  34:16 35:2,5,20
  35:21 36:3 37:11
  38:9,23 39:9,14
  39:16,19 40:4,6
  40:12,19 41:2,5,7
  41:11,14 42:2,25
  43:4,9,12 44:6,19
  45:10 47:2 48:22
  49:5,9,17 53:4,6
  53:19 54:19,21
  55:14 56:8 58:17
  70:16,19 78:7,14
  78:15 79:2,18
  84:8,20 85:3 87:8
  90:6 92:15 104:5
  104:7,15,17 105:6
  105:24 106:4
  111:1,15 120:18
  121:9 129:3,6
  130:3 138:3,7,8
  138:14,15,18
  139:2,9,13,17
  141:1,19,20 142:3
  146:14,22 148:13
  148:17 152:16
  153:2 154:25
  163:8 164:14,19
  168:12,14,20,23
  169:2,6 170:19
  179:22 190:3,13
  192:5
Bergstein's 31:14
  33:6 55:12,17
  70:24 141:9
  186:11 191:21
  192:13,14,18
Bernardino 54:4
bet 133:5

better 37:9
beyond 10:20 19:8
  35:16 45:19 142:1
  175:17
big 46:25 49:20
  50:20,24 51:4
  54:3 66:25 144:14
  144:14 150:14
biggest 164:6
bill 22:21,23
  145:19,20 147:1,2
  147:7,10
billing 21:13 91:1
bills 21:4 147:3
bit 43:17,20 102:23
black 44:22 46:20
  48:13
blank 73:19,22
Board 4:10 13:11
  16:8 20:14 124:12
boasted 27:11
Bohemia 145:21
  147:3,5 151:13,15
  152:2
book 166:2,4
booked 56:16 57:6
  59:3 175:23
booking 175:22
  176:1
bookkeeping 48:1
  57:5 162:9,11
books 124:21,23
  150:6 151:22,22
  165:18,19 169:19
  169:22
borrowed 149:13
  179:12,13
borrowing 111:10
boss 28:1,3 43:22
  45:13
bottom 95:16
  109:18 159:9
  160:2 173:19
  177:18 179:6
bought 14:11 47:8
  129:24 130:1,3
  141:2 165:15

Boulevard 2:17
  6:12 36:9
boundaries 20:17
branch 85:1
brand-new 18:22
  112:23
break 46:3 118:15
  161:6 194:1
breakfast 29:11
  53:25
breaking 75:4
brief 125:12
briefly 129:22
bring 54:5,6
bringing 56:9
  87:12 93:1 122:22
Broadway 91:9,14
  92:6,10,14,21
broke 46:19 75:12
brother 16:18
brother's-in-law
  16:18
brother's-in-law's
  16:19
brother-in-law's
  16:21
brought 14:14
  44:15 91:2 119:25
build 172:7
building 27:4
bullying 28:10,12
bunch 40:7 47:7
  50:20 104:10
bus- 14:14
business 4:12,13,15
  11:7 14:14 17:9
  18:11,12 19:8
  20:20 23:6 25:11
  27:6 29:9 30:6,25
  31:3,19 40:19
  48:11,16 52:12,15
  52:17 53:4,14
  54:19,22,23,24
  55:3,4,5,13,18
  59:6 61:12 62:8
  65:16 67:25 70:7
  70:11 73:6,9 74:2

76:4 80:1 98:2
  101:18 105:5
  111:2 129:4 130:8
  130:9,11 134:13
  166:14 167:14,17
  167:20 172:3
  178:19 182:14
  183:8,10,11 184:5
  185:1 186:25
businesses 43:7
  53:7,19 155:4
  186:11 193:19
businessman
  122:21
busy 180:8
buy 53:8 129:20
buying 54:3 129:23
  129:23 130:6,8,9
  130:11

---

**C**

C 170:23
C.S.R 1:22 2:20
  196:25
CAC-7 153:12
Cal 196:4,7,10,13
California 1:2 2:2
  2:18 3:15 6:1,13
  13:2 16:8 20:14
  31:18 124:12
  193:13 195:1
  196:21
call 14:18 20:20
  31:18 38:7,7 57:5
  64:6 71:14 78:12
  80:15 116:2
  128:18 174:4,4,8
  187:24 191:12
called 14:13 17:7
  17:13,21,25 32:7
  32:14 36:24 50:11
  58:24 59:20 69:7
  102:24 122:7
  147:24 167:8,9
  172:5
calling 25:5 120:23
calls 28:23 38:4,4

67:22 68:4 140:4
  142:6,8 174:5
capacity 47:13
  119:13
CAPISTRANO
  3:15
Capital 18:1,1,20
  18:21
capture 134:15
card 14:14,15
  40:13,14 45:1
  46:21 47:11 48:4
  48:7,13,15,16,22
  48:23 49:1,2,6,8
  49:10,17,23 50:8
  66:13 90:13
  141:19 147:10
cards 44:23 141:6
  141:12 148:19
care 81:12 159:23
  185:8,20 193:4
careful 48:10 132:6
  132:7
Carol 101:19
  102:10,15,16,21
  103:4,5
Carroll 80:8
carrying 165:19
CASCADE 1:9 2:9
case 1:6 2:6 6:14,15
  8:22 10:6 24:24
  25:3 120:16
  121:22 134:2
  150:20
cash 103:16 135:24
  137:2,4,7,16
  164:10
caught 164:4
cause 7:2
caused 47:2 124:3
Cayman 141:1
celebrity 21:3
CENTRAL 1:2 2:2
cents 21:13 177:14
certain 20:19 31:1
  48:17 75:13
  142:15

Majid Zarrinkelk                                                03-26-19

certainly 73:3
  106:5,6 120:3
  134:23
certification 5:9,10
  5:12 182:2 183:19
  186:20,22
certified 6:6 12:13
  12:14 196:1
certify 196:2
CGMA 12:15,16
change 107:24
  158:14
changed 50:15
changes 196:17
chaos 172:17
chaotic 53:17
character 30:11,15
  43:5,18 44:7,18
characterization
  127:21 128:12
  133:6
characterized
  133:2,16,21,23
charge 34:8 44:14
  44:20,25 46:20
  47:2,6 49:13 84:4
  84:5 124:20,22
  151:12
charged 151:1
charges 45:19 46:1
  47:21 49:15,17,19
  49:20,23 50:8
  141:8,9,18 145:19
  145:21 147:5,6
charging 84:3
chartered 12:14,17
check 42:22
checking 76:4 80:2
  101:18
checks 64:17,17
  137:11,13 170:8
China 120:23
chose 44:3
circulated 153:7
circumstances
  115:25
Civ 196:4,4,7,8,10

196:11,13,19
clarify 37:19 172:5
  175:7
Class 1:4 2:4 3:2,7
  59:18
clean 46:17
clear 8:8 36:15
  69:25 109:13
  117:19 120:14
  147:9
clearly 80:20 83:24
client 16:23,25
  24:18,21 25:6,11
  25:19,24 26:8
  31:7,9 56:13
  79:15 81:22 97:14
  116:10 120:21
  121:9 122:23
  124:8 160:16
  181:13 192:22
client's 57:16
  142:21
clients 21:5,7 22:22
  23:7,17 24:24
  25:3 50:7 56:24
  57:18,25 116:6,7
  119:3,13,19,20
  121:12 124:9
  136:12,13 137:4
  137:15 153:10
close 24:23 163:5
closed 18:7 186:5
clue 56:6 64:2
  68:24 79:14 93:8
coconspirator
  192:10,14,18
Code 196:4,7,10,13
COLE 3:3,8
collateral 41:16
colleague 43:22
collect 131:19
collecting 134:4
Colorado 36:9
com- 137:22
combination 86:7
come 9:24 19:5
  32:14 33:8 38:19

42:3,17 47:22,24
  50:21 52:23 54:13
  81:20 89:16 97:6
  116:8,8,19 132:22
  146:23 164:1,1
comes 143:19
  193:19
comfortable
  121:10,10,13
  122:20
coming 10:19
  11:10,15 19:24
  24:19 29:2,4 40:8
  49:20 51:6,11,13
  51:15,16,24,24
  52:7,18,19 53:2
  55:22 56:5,7 58:3
  58:6,10,20,24
  61:20 75:13,16,18
  77:17 80:20 82:8
  98:4,5 107:15
  109:13,14 111:9
  111:13 121:16
  125:12 126:1
  132:2,13 133:10
  134:10 138:20
  144:21 149:10
  164:5 171:16
  172:1,6 180:5,14
commencing 2:18
committed 124:3
communicate
  125:12
communicated
  43:19 164:24,25
communication
  42:15 167:4
communications
  140:3
comp- 153:21
companies 31:14
  33:21 34:22 37:23
  68:4 137:22 156:9
  167:21,23 168:20
company 17:7
  18:22 31:19 32:14
  33:12 37:1 52:11

54:3,4 56:15,15
  59:25 65:12 66:25
  67:22 68:20 70:14
  98:17 102:24
  110:1 111:1
  112:24 118:11
  134:8 146:18
  150:22,24,24,25
  153:21 159:21
  165:7 167:18,19
  167:25 168:1,3
  170:6,22,22,23,23
  171:1,2 172:19
  178:9 179:4
  184:13 188:1
  189:15 191:14,15
company's 37:3
  149:8 151:24
compensation
  21:17,20 22:5,18
  40:6
compilation 57:5,6
compile 155:3
compiled 153:25
complete 51:21
completion 196:15
complies 98:22
  99:21 100:16
  106:22 108:13
  110:11 113:22
  115:2 117:4 118:4
comprehensive
  51:21
con- 44:9
concern 43:16 85:7
  145:5 157:19
  185:9
concerned 44:14
  45:9 78:17 132:4
  133:19 157:19
  169:11 170:17
  171:25 172:4
  185:10
concerning 8:22,24
  14:12 192:5
concerns 159:13
  187:3

concluded 194:21
concludes 194:16
conducted 43:8
conducting 129:4
confessed 142:17
  142:21
confirm 93:5
confused 84:14
confusion 128:16
connection 119:2
conservative 146:7
consider 83:11
  156:10
consideration
  108:5
considered 132:17
considering 155:22
consist 173:14
consistent 87:21
consolidate 72:15
consolidated 6:14
  72:18 96:25
consult 191:10
consulting 130:16
  130:20,25
contacted 188:13
contain 196:9
Continued 5:1
continues 145:17
control 25:2 28:13
  28:16,17,19,21
  29:2 44:9 92:3
  138:20,22 139:24
  139:25 165:17
controlling 38:24
  43:13 45:10
conversation 45:7
  45:9
conveying 139:8
  166:1
convicted 190:4,7
  190:14 192:3
conviction 190:19
convince 121:11
copied 135:16
  136:3,7,11,16
  143:9,20,23

152:17 164:19,23
167:11
**copy** 42:14 48:23
48:24 49:2,6
66:17 73:23,24
90:23,25,25
131:13 143:24
161:20,21 182:6
182:11
**corner** 94:21
**CORP** 1:9 2:9
**corporation** 68:5
187:25
**correct** 8:4,7,10
9:18 11:5 12:6
13:3,14,16,21
14:6,18,21 15:12
15:14,22 16:22
17:19 19:19,23
20:1,4,6,16,16
21:18 22:24 23:13
23:18 24:9,14,20
25:17 29:7,17
30:13,19 35:13
36:5,11 38:18,25
39:3,7,10 41:25
42:21 46:21,22
47:3,4 48:5 49:11
49:18 51:1 52:16
54:20 62:11,13,14
65:1,6 69:9,11,12
71:9,23,25 72:10
72:10,14 73:7
74:1,12,12,16
75:19 76:12,13,15
76:16,21,25 77:13
78:9,18,22,25
79:3 81:3,8 82:13
84:19 85:5,19
86:19,20,25 88:1
88:11 89:2,12
90:7 95:3,8,12,21
96:19,21,24 97:4
99:1,16 101:11,15
102:11,14 103:12
103:12,15 106:13
107:3,11,16 108:9

108:25 109:10
110:16,24 111:17
111:23 113:12,20
114:21,23 115:17
115:24 117:9,12
118:8,12,14 120:9
120:10 123:12
124:25 125:25
127:2,5 128:23
129:5,9 130:4
133:3,6 134:17,20
136:9,20,23,25
137:19 139:22
140:10 143:9,10
143:17,18 146:1,4
146:11,13 147:8
147:11 148:11,14
155:5,15,21,24
156:2,17 158:4
159:23 160:14
161:2,23 162:7,15
162:19 163:1,19
164:18,21 165:1,3
165:10 167:16
168:24 169:4,21
170:1,20 171:7,14
171:15,18,19
172:14 173:22
174:15 176:3,12
176:14,16,19,21
176:25 177:16
178:8,10,14,20
180:25 181:2,20
184:18 187:4,5
192:19,21 193:18
193:24 195:7
196:21
**correctly** 13:15
44:25 47:7 52:6
101:22
**corresponds**
163:13
**cos-** 12:14
**cost** 71:3
**counsel** 6:18 8:5
154:22
**County** 36:6 58:25

140:2 195:2
**couple** 28:4 34:2
72:16 89:25 91:2
99:6
**course** 15:17 24:23
25:21 26:18 27:24
30:1 119:7 139:4
166:13 168:8
170:14,16 171:10
171:12 173:18
**court** 1:1 2:1 3:9
6:16,24 7:19 13:7
62:4 69:3 76:1
85:11 88:19 93:18
123:2 135:6
140:21 143:5
152:11 161:16
173:11 181:24
183:16 186:17
**courtesy** 141:20
**CPA** 9:2 12:15,20
12:22,25 19:8
20:8,17,19 123:18
123:21 162:3
**CPAs** 15:13 61:8
**cre-** 49:1
**created** 53:13
144:16 154:17
**creating** 18:23
**credit** 40:13 45:1
48:15,16 49:6
50:8 90:13 115:22
117:6,23,24
141:19 148:19
**credited** 132:13,15
**credits** 105:16
**crime** 122:5
**criminal** 12:5
121:20,20 122:4
122:11,15 189:17
191:21
**crossed** 87:11
120:3
**crypt-** 18:18
**cryptocurrency**
18:19
**CSR** 196:1

**cultural** 116:24
**culture** 116:14,17
121:5 142:15
**current** 6:10 18:3
119:6,7,14 193:16
**currently** 17:3,6
23:3 123:13
162:13
**customer** 64:25
**cut** 137:11 170:8
**Cyrano** 177:5,6,7,8
177:9

───────────

## D

**D** 5:1
**daily** 180:13
**DALLAS** 3:4
**Dark** 178:12,15,16
178:24 179:1,3
**date** 6:10 27:1
40:10 46:1 56:1
59:15 65:18,22
66:1,22 70:5
96:16 115:10
156:5 157:17
195:11
**dated** 93:23 128:9
152:17 196:22
**David** 3:14,14 8:23
26:20,25 27:9
29:4,10 30:7
31:23 32:25,25
33:7,18,19,19
34:10 35:2 37:22
38:12 39:16 40:6
42:5 44:4,6,18
49:3 51:23 52:13
52:15 53:6,12
55:4,6,7 56:14
60:16,25 61:2,3,4
61:8 70:16,19,24
70:25 71:1 77:15
77:16,24 105:23
106:1 111:1
120:17 121:9
122:21 129:20
130:7 138:8,15

139:8,24 141:1,9
141:18,19 146:22
150:1,18 153:1
154:5 163:5 164:9
164:15,23,24
166:1 172:8 173:3
175:16,19,19
179:24 180:6,6,8
180:8,9,9 186:7
**David's** 33:1 37:3
38:11 45:22 52:10
55:3 150:1,24,24
163:6 177:9,21
**day** 9:13,14 37:8
44:2 52:24 55:7
59:1 103:7 104:8
104:11,22,25
116:25 124:19
125:25 139:15
144:25 165:13
173:5 196:22
**days** 42:6,10 68:10
92:19 105:23
122:5,12 129:20
**deadline** 24:19
25:9 26:9 181:5
**deal** 91:21
**dealing** 61:15
83:16 142:17
**dealings** 30:25
**deals** 178:17
**dealt** 61:14 91:17
**dear** 173:24,25
174:1
**debts** 53:16
**dec-** 37:25
**decade** 26:24 27:2
**December** 5:5,8
88:24,25 89:9
90:21 94:1,2
143:8 153:5
173:15 174:19,19
175:11 176:6
182:20,21,21,21
182:22,22 183:24
184:3,6,7,21,21
186:23 187:7,7

Majid Zarrinkelk                                                03-26-19

decency 141:23
decided 36:12 38:9
  38:11 69:21,25
  70:4 90:16 157:16
decision 36:17
  37:25 38:3,11
decision-making
  30:6
declare 195:6
  196:20
deducting 132:5
defend 27:12
defendant 6:21
Defendants 1:10
  2:10 3:13
deferring 180:8
defraud 122:15
defunct 17:16
degrade 28:7
delayed 134:6
  180:10,10,10
  181:8
deleted 166:25
delinquent 53:15
  53:15
dem- 28:7
demand 136:7
demising 28:7
department 8:19
  48:1 162:9,11
depending 25:6
deposed 8:11,18
  9:3 10:6
deposit 76:19,22
  100:3 113:7
  162:21
deposited 86:18
  87:1 143:16
deposition 1:16
  2:16 4:9 6:11,13
  7:22 10:4,11,20
  11:11 46:15
  194:17 195:6
describe 28:3 39:1
  39:5 80:22
described 10:1
  28:22 30:10 34:4

38:22 43:4,12
  44:1,10 45:8
  54:12 67:3 80:25
  81:5 94:12 129:2
  171:23 182:14
  184:5 186:25
  188:15 192:20
describes 145:6
description 4:8 5:4
  78:12 80:6,20,23
  80:23 117:19
details 13:11 150:7
  165:21
determined 22:19
  157:13
developed 97:7
Diehl 14:4,9
difference 154:14
  168:18
different 12:20
  33:18 47:8 51:15
  53:7 70:17 87:6
  167:22,23,24
differently 153:19
difficult 39:15
  182:11
difficulties 53:9
dipped 144:5
  145:13
dipping 145:6
direct 62:21 64:18
  94:18,25 99:22
  100:17 101:16
  106:8,23 113:24
  138:21 144:2
  193:6
directly 81:20 82:8
  122:14 164:25
  175:17
director 33:19
directors 32:2
disagree 93:7
disappeared 18:8
disappointed 43:19
disaster 140:23
disburse 78:10
  143:15

disbursed 149:11
  164:2
disbursement 78:8
disbursements
  78:11
disciplinary 16:7
disclosing 142:20
disconfirm 93:5
discovered 53:1
discuss 35:25 45:18
  65:14 192:1
discussed 33:21
  34:3,22 37:8,10
  99:6 104:4 121:3
  126:17 127:23
  128:21 179:22
discussing 34:6
  75:13 84:10
  103:11 190:5
discussion 11:19,23
  37:16 44:8 67:19
  68:18 71:10 77:6
  84:7 96:4 127:20
  128:1 172:12
  175:3 185:3
  188:23 189:4
disposition 11:11
dissolved 18:7
distressed 53:20
distributed 154:3,4
distribution 174:23
  175:4
DISTRICT 1:1,2
  2:1,2
document 13:10,18
  33:1 62:7,15 63:5
  63:8,11,14,15
  64:19 65:16,25
  67:9 76:7,8 89:3
  90:10,23 91:5
  128:6 131:11,12
  152:15 153:21
  155:10 170:3
  182:5 183:3
  184:20
documentation
  97:19 131:19

133:17 169:10
documents 132:1
  133:7 152:4,6
  154:16,17
doing 21:1 28:14
  28:17 32:11 36:1
  55:20 56:11 57:1
  57:1,5 60:3,14
  82:23 98:18
  102:24 120:5,8,11
  120:21 155:7
  158:12 166:9
  176:2 185:1
DOJ 191:1
dollar 46:24 115:7
dollars 21:12 45:5
  52:22 54:11 55:22
  58:3,5,6 61:20
  66:23 86:18
  112:16
Don 80:8
doubt 28:14 30:6
  44:18 98:6 122:11
doubts 128:15
drafted 41:17
drink 122:5,6
drinking 122:2,2
due 96:15 144:21
  144:21,22,23
  146:21
duly 7:7 196:7
DVDs 194:18
DWEICHERT@...
  3:16

_____

E

E 4:7 5:1,2
e-mail 3:5,11,16
  4:21 5:5,6,7,8
  42:5 90:22 123:5
  124:15,16,17
  125:9,22 128:9,20
  129:10 134:18
  135:14,15,20,22
  135:23 136:4,6,10
  136:13,16,22
  138:24 139:2,6

143:8,11,20 144:1
  144:3 145:17
  152:15,21,24
  155:20 161:19,24
  162:20 163:17
  166:18,21,24,25
  167:11 173:19
  174:18,22
e-mails 4:23 42:15
  42:16 124:18
  125:15 135:10
  140:4 143:24
  164:16,20,23
  166:25 173:14
earlier 43:13 69:6
  104:4 129:3
  135:15 140:8
  144:5 145:13
  158:5 192:20
early 16:14
easy 83:8 121:11
effectuated 179:18
  179:21
eight 22:9 33:15
  49:25 107:7
  121:19 127:23
  151:25 152:3
  166:19
either 39:18 40:4
  52:23 78:15 84:8
  111:12 114:20
  181:8
ELATZER@CO...
  3:11
election 155:21
  156:9 187:23,24
eLitigation 6:7
Emergent 17:21
  18:15
employed 17:4,6
employee 6:8 10:6
  27:25 119:13
  123:9,10 162:2
  168:19,20 170:21
  170:22 171:1,1
  196:12
employees 14:22

14:25 15:11 37:2
70:25 136:5,12
143:25 150:13
170:8,18
**employer** 168:19
169:24 170:5
**employers** 168:19
169:8,11
**endearment** 174:2
**ended** 53:14 151:1
**engaged** 59:7
**engagement** 22:25
23:10,11,16,21
24:1,5,7,11 31:11
32:19,21,24,24
33:2 60:7
**English** 18:17
**ensure** 128:11
**ensured** 165:2
**entail** 12:19 70:15
**entered** 40:19
138:1
**entertainment**
20:23
**entire** 120:15
**entirely** 8:22 85:5
**entities** 17:10,17,25
18:3,5,6 19:3 20:3
21:10,15 22:6
24:5 25:15 26:17
31:25 32:6,11
33:5,6,16,18 34:4
34:6,8,14,16,16
34:17,21 35:4,8,9
35:12,18,22 36:1
36:13,16,18,21,22
37:5,6,12,20,24
38:13,21 39:18,24
40:3,24 41:6 53:8
53:13 57:12 58:9
58:12,14,16 60:10
69:10 70:17,17,18
70:19,21,24 71:2
71:19 72:17 75:20
75:22 79:14 95:7
102:23 103:23
104:10,10,17

105:21 117:18
124:21,23 137:18
152:25 153:17
154:7,10,12,14,14
155:8 156:2,18,21
157:18,21 158:15
164:6 167:22
168:1,12 170:18
172:7,9 188:9
190:8,11 193:18
**entitled** 6:15 13:11
150:8,11
**entity** 17:12,13,16
17:21 23:5 31:18
34:18 35:10,10
36:24 37:1,3,4,7
40:15 50:11 55:8
59:20 60:4 68:6
69:7 92:13,16,17
104:6,14 129:3
146:12 157:7,10
157:16 164:2
168:2 170:24
177:9 178:16
182:14 184:17
185:14,16 186:25
187:25
**entries** 76:9 128:8
**entry** 78:20 115:13
**Eric** 3:8 6:20
174:10,11,14
**error** 165:11
**ESPADA** 3:15
**especially** 20:21
30:6
**ESQ** 3:3,8,14
**established** 65:8,19
66:2,6 71:7 89:19
**establishing** 68:19
**establishment**
71:11
**et** 6:16
**EUGENE** 1:8 2:8
**Evan** 60:19,20,20
60:21
**Evans** 14:4,10
**everybody's** 50:8,8

50:9
**evidenced** 170:4
**evolve** 30:17
122:19
**exact** 46:1 56:1
70:5 74:19
**exactly** 22:8,22
27:1 55:23 56:16
80:6 104:8 175:6
181:15 190:6
191:19 192:11
**EXAMINATION**
4:5 7:10
**examined** 7:8
**example** 19:10
79:22 120:19
122:1
**exchange** 84:1
101:14 106:19
124:18 163:18
**exchanged** 135:11
173:14
**excuse** 41:4 95:18
101:1,1
**Executive** 66:9
**exhibit** 4:9,10,12
4:13,15,17,18,20
4:21,23 5:5,6,7,8
5:9,10,12 7:17,18
13:5,6 61:24 62:3
69:1,2 73:4 75:24
75:25 85:8,10
88:17,18 91:9
93:16,17 122:25
123:1 126:6 135:5
135:10 143:3,4
152:9,10,15
161:14,15 173:9
173:10,14 181:22
181:23 183:14,15
183:19 186:15,16
186:20 193:6,9
**exist** 18:3
**expect** 52:20
**expecting** 152:1
**expedite** 80:14
**expense** 127:14

131:5 133:13
148:4 151:24,24
168:9,9,9
**expenses** 48:5,8,9
48:11,12,18,19
127:12,14 131:7
133:16 135:2
137:8
**experience** 120:11
**experts** 91:2
**explain** 167:20
**explore** 40:9
**Express** 40:13
44:22 45:4 48:4,7
141:6,12,18 146:9
146:20 147:1,2,7
147:10,15,16,22
148:1,24
**extension** 181:9,10
**extract** 91:3
**eye** 28:8,8 43:21,21

_____

**F**

**facilit-** 179:3
**facilitate** 102:21
121:13
**facilitate-** 84:1
**facilitated** 83:7
86:24 105:17
**facilitating** 84:1
91:22 151:5 176:2
**facilitation** 176:4
**facilitator** 79:16
81:1 82:12,16
83:13 84:23 89:21
102:12 107:9
108:21 110:17,22
119:12,12,18
**facility** 117:25
**fact** 40:11 50:10
56:7 60:15 61:21
63:13 64:10 74:10
81:24 105:24
122:9 128:8
134:21 139:9
148:23 149:1
155:24 163:20

170:4 171:21
172:15
**facts** 57:3
**failure** 188:4
193:22
**fair** 53:20 175:9
186:11,13
**fall** 87:14 188:24
189:9
**familiar** 26:19,22
42:25 50:11,17
59:20 102:23
**familiarity** 69:7
**family** 116:10
192:22
**far** 20:14 78:16
101:12
**Fargo** 4:12,14,15
64:5 83:8 84:24
**Farsi** 173:24
**father** 142:17,19,21
189:9
**FBI** 8:19
**FCI** 177:14
**February** 25:5,8
99:23,24 182:12
**Fed** 196:4,8,11,19
**federal** 66:18 68:8
188:21
**fee** 27:12 42:13
54:2 84:1 110:3,4
110:4 130:20
**feeling** 120:15
**fellow** 111:10,11
186:4
**felt** 56:8 121:9,10
121:13,21 122:20
142:19
**Ferris** 179:7,8
**Fifth** 189:25
**file** 25:14,20,25
26:2,4,4,6,10,14
31:17,20 51:21
57:19,21 58:22
71:24 72:6,12,17
96:7,22 97:2
160:6 172:24
173:7 180:17,23

Majid Zarrinkelk                                                    03-26-19

181:5,12,15 183:5
183:11 184:20,25
185:2,19 188:4
193:22
**filed** 51:18,19
57:13 96:14,17
160:5 180:21
181:4,8 182:13
183:1 184:4
186:24 187:8
188:14 193:24
**filing** 24:19 26:9
65:22 134:5 185:4
188:25 189:5
**Films** 178:12,15,16
**final** 56:23
**finalized** 173:6
**finally** 179:6
**finances** 37:12,20
**financial** 61:11 8
19:9,23 20:9,10
20:11,11,24,24
24:25 25:1,4,7
32:8 38:20 39:15
53:9 55:23 56:22
57:8 61:8 72:15
90:12,18,19
111:12 119:1
140:22 157:22
173:6
**financially** 39:10
39:12 140:18
142:3 196:13
**financials** 36:1
97:10 150:7
**find** 28:2
**fine** 191:11
**finish** 11:1 21:19
23:14,23 25:22
39:4 40:1 41:4
46:11 54:15 55:15
70:10 92:8 110:20
126:21 139:1
156:20 160:22
168:25 187:18
**firm** 14:7,11,13,17
14:20 15:1,9 23:5

31:9 40:21 42:18
83:25 86:9 89:11
117:18,21 118:23
119:2,6,7,8,14,25
120:1,7 123:14
124:25 125:16
127:20 162:14
189:16
**firm's** 128:1 136:8
**firms** 20:19
**first** 16:10,25 33:13
34:7,18 43:14
45:11,14 57:19
60:19 67:8 74:21
80:1 81:4 83:3
86:1 87:11 89:5
90:9 93:23 94:1,6
94:13,22 99:23
100:2,17,21
101:17 113:25
117:5 118:22
125:21 138:2
153:14 163:2
173:19 174:10,14
**five** 78:10 79:21
81:18 83:20
167:23,24,24
168:1
**flip** 152:18
**Floor** 2:18
**flow** 52:2
**flying** 79:8
**focus** 29:18 78:19
81:4
**focusing** 125:20
**follow** 154:16
**follow-up** 128:16
165:14 166:3,5,16
193:7
**followed** 132:24
**following** 82:7
176:7,23 182:14
184:4 186:24
**follows** 7:8
**foot** 172:24
**forbid** 122:2
**force** 49:7

**forced** 140:15
**foreclosed** 141:22
**foregoing** 195:6
196:5,9,21
**form** 68:6
**formally** 114:5
**formed** 18:24
34:18,21 36:25
57:10 156:9
**forming** 60:10
155:7
**forte** 53:8
**forth** 42:16 140:3
171:2 196:6
**Forty-three** 142:25
**forward** 36:13 68:8
74:7,9
**found** 122:3,21
**four** 27:14 29:6,8,9
30:21 78:10 79:21
81:5,17 129:12
**Fourteen** 159:10
**fourth** 128:20
**frame** 23:20,25
54:10,16 55:18
69:23 124:24
125:17,21
**Franchise** 160:3
**fraud** 124:3,7
191:23
**frequency** 112:13
**frequent** 112:9
**frequently** 11:7,9
**Friday** 144:22,23
191:1
**friend** 149:14
179:9 192:21,22
**friends** 37:23 68:1
121:4
**front** 13:10 27:17
27:20 73:5,24
94:11 152:14
**Frymi** 163:6
**full** 196:9
**fully** 190:10
**fund** 1:4 2:4 3:2,7
6:16 42:23 51:10

56:2 102:4 116:15
117:21,22 149:7
172:10 177:23
**funds** 19:5,24 21:4
51:6,24 56:3,6,9
58:23 80:13,15
82:1 87:10 111:13
112:2 119:21
127:11 134:1
138:22 139:25
143:15 145:2
148:5,18 149:10
172:5,21,22 173:1
**further** 91:8
117:23 194:7

---

## G

**gain** 43:24 48:22
56:4
**Gen** 80:4,7
**general** 81:6
137:14
**Generale** 88:9,13
**generally** 48:4
133:20 189:2
**generate** 25:1
**generated** 172:9
**gentleman** 26:25
27:18 130:3
185:24 186:2
189:18,20 191:5
**gentlemen** 34:2
**getting** 19:13 27:19
67:25 134:4 142:1
149:3,23 150:1,1
150:2,14,19 180:4
**give** 12:22 25:6
26:5 91:18 105:15
120:18 121:11,25
152:18
**given** 47:25 94:4
104:8 192:8
**gives** 181:10
**giving** 19:12
164:17 175:19,20
**glad** 34:12
**glass** 122:4

**Global** 12:17 17:22
18:15,16
**go** 22:3 44:11 49:8
50:21,25,25 51:17
54:10,16 83:9
90:15 117:23
121:17,23 151:22
163:25 164:9
175:19 191:12,14
191:16 192:16
**God** 7:5 122:20
193:4
**goes** 19:8 32:13
43:15 82:8,9
120:20
**going** 7:16 11:22
19:13 25:20,25
33:3 34:8 35:25
36:13,15 37:19
40:8 42:9,12 43:7
44:16 45:20,22
51:4,4,6,11,13,24
51:25 52:1,4,15
52:18 53:23 55:2
56:7 58:7 60:13
61:20 80:21 82:11
85:1 88:16 92:2
93:15 94:18
101:22 106:5
111:9,13 120:2
129:21 131:20
132:3,3 133:5,10
138:20 140:3
143:2 148:3
149:11 172:6,19
173:5 174:12,14
174:16 180:14
191:18
**gold** 129:21,23
130:11 164:8,9
165:20 166:15
**golds** 164:10
**good** 6:4 7:12,13
55:19 65:11 75:4
127:9 142:18
172:20
**goods** 98:15 99:14

100:12 101:13
106:18 108:5
113:2,18 114:24
**govern** 119:1
**governing** 119:23
**government** 39:1,5
  55:24 83:23 87:14
  87:19 91:6 97:11
  97:12 120:25
  122:2 152:6
  156:10 166:23
  167:2 181:10
  183:5 184:24
  187:6,16,19 188:4
  188:13,23 189:8
  189:21 190:16,19
  191:21 192:12
  193:21
**grand** 90:16
**Graybox** 1:8 2:8
  6:16 110:13,23,25
  111:1,2,7,11
  139:13 146:24
  148:17 176:9
**greeting** 173:20
**gross** 66:22
**group** 4:17,19 5:9
  18:17 50:12 68:1
  85:15 88:23 95:19
  100:1,22 106:11
  111:21 114:6
  153:13,14,17
  156:25 159:14
  162:23 163:21,24
  164:13 177:5,6,7
  177:8 182:3,16
  183:1,6 191:22
**grown** 140:9
**grown-up** 30:1,2
  140:14 142:16
**guess** 84:14
**gut** 120:9,15
**guy** 44:5 60:16
  154:19
**guys** 11:15 75:3
  172:25

**H**
**H** 4:7 5:2
**HACKENSACK**
  3:10
**half** 84:4,4 191:2,4
**half-million** 52:21
**halfway** 65:18
  182:10
**hand** 7:1 94:3
**handle** 11:8 20:24
  50:7
**handled** 121:12
  169:19
**handling** 34:8 77:9
  77:11,14,16 84:12
  84:18,21,23 85:6
  98:2 106:1,4
  124:20,22 137:4
  169:22
**happen** 67:4 124:5
  156:7,8 176:15
  177:2,10 178:2
**happened** 11:24
  79:9 96:12 104:1
  104:2 122:1 124:1
  160:8 165:2,23
  168:9 178:4
  191:19 192:2
**happening** 43:6
  68:13,15 129:11
  134:3,12,14
  137:16 140:17
  172:18 180:1,3,16
**happens** 67:21
**hard** 175:15
**Harry** 185:24,24
**Hassan** 15:17
**head** 162:9,10
**headache-free**
  120:14
**Health** 80:4,7 81:6
**heard** 50:13 59:12
  59:22 92:17
  107:21 120:19
  191:24
**height** 14:23 42:5

**help** 7:5 19:9 38:20
  81:13 192:24
  193:4
**helped** 20:7 140:24
**helping** 141:20
  155:3
**hereto** 7:20 13:8
  62:5 69:4 76:2
  85:12 88:20 93:19
  123:3 135:7 143:6
  152:12 161:17
  173:12 181:25
  183:17 186:18
  196:18
**Heritage** 148:16
**hesitate** 116:25
  117:2
**hesitation** 120:25
**Hey** 45:18
**Hi** 135:23
**Hidden** 177:19
**high** 104:23
**Hills** 177:19
**hired** 60:15,16
  186:4,6,7,7
  189:18
**hit** 82:5 84:11 85:6
**hold** 12:9 62:22,24
  62:24,24 145:20
**holding** 153:16
  165:22
**Holdings** 4:15 5:11
  59:21 60:7,23
  62:12 64:11 65:5
  65:8 66:5,9 67:5
  67:20 68:16,20
  76:5 155:16,25
  158:1,10,17,21
  176:8 183:20
  184:11 185:4
**home** 19:11 177:22
**honest** 44:5 56:10
  122:20
**honestly** 18:21
**hope** 42:9
**hour** 22:23 84:4,4
  191:3,4

**hourly** 84:3
**hours** 9:12,22
**house** 141:22
  145:21 147:5,21
  147:22,24 148:24
**Huh** 139:19
**hundreds** 58:8

**I**
**I-N-D-E-X** 4:1
**IA** 39:21 40:15
  52:7,19 75:21
  78:20,23 102:10
  103:3,4,8,21
  104:18 109:19
  110:13 111:12
  112:2,5 125:12,22
  126:1 135:24
  138:1 146:8,22
  149:4,14,15,23
  162:20 166:13,14
  169:23,24 170:6
  170:13 172:6,10
  176:24 177:4,5,12
  178:6 189:6
**IA's** 172:3
**ID** 66:18 68:8
  188:21
**idea** 55:14 59:24
  77:2,3 110:1
  153:9 159:2,3
  160:8 191:24
**identification** 7:19
  13:7 62:4 69:3
  76:1 85:11 88:19
  93:18 123:2 135:6
  143:5 152:11
  161:16 173:11
  181:24 183:16
  186:17
**identified** 50:22
  59:11 62:8 64:25
  66:9 191:22
  192:13
**identify** 17:20
  51:23 117:25
  173:1

**illegal** 56:12 122:7
**imagine** 97:9
**immediately**
  103:11
**importance** 92:22
  92:25
**imposed** 141:21
**impression** 34:10
  53:11 185:20
**in-** 112:2 162:23
**in-house** 60:15,16
  154:22 185:18,21
  186:3
**in-person** 29:8
**incapable** 139:17
**inclined** 133:11
**include** 139:11
  148:12,20
**included** 187:11
**including** 15:2
  156:14
**income** 22:20 53:2
  59:2 66:23 96:10
  125:13 126:2
  127:4,7,10,10,13
  127:15,18,22
  128:4,17,18 132:4
  132:7,8,14,23,23
  133:2,10,21 134:2
  135:1 171:9 173:1
**incoming** 56:2
  102:4 103:3 112:2
  132:21 137:8
  172:21
**incorporate** 139:14
**incorporation**
  66:18 67:3 68:7
  71:16
**increasing** 82:4
  83:18
**indicated** 195:7
**indicted** 190:13,15
  190:17,22
**indictment** 190:10
  192:5,10
**individual** 26:19
  64:21

Majid Zarrinkelk

03-26-19

individually 20:5
individuals 15:9
    20:21
industry 20:23
    68:22 171:23
information 5:17
    25:15 57:24 64:7
    64:22 65:16 90:19
    125:9 133:12
    134:1,4 142:21
    155:4 175:15
    181:12,13 191:7,8
informed 10:19
    137:15
informing 139:14
initiate 64:4
initiating 82:25
initiator 86:8
inside 134:12
instance 24:10
    33:11 104:23
    107:8 108:20
    117:10 118:9
    143:13 148:6
instances 26:8
    48:18 49:16 91:25
    103:16,22 104:5
    112:4 116:18
    141:10 164:9
    181:11
instinct 120:9
instructing 127:3
    145:25
instruction 77:17
    77:19,23 78:6,9
    121:16 122:14
    131:17 132:18
    139:9,17 143:15
instructions 78:13
    164:17 176:8
instructs 26:9
insurance 189:15
    191:14,15
Integrated 1:8 2:8
    4:20 5:12 36:24
    39:21 69:7,20
    70:1,7,9,11,13

71:6,11,18 72:6,9
72:12 73:11 74:11
74:20,25 75:19
78:23 79:5 93:11
93:22 94:13 95:6
95:10,23 96:23
97:2,4 98:14,16
98:24 99:14,25
100:12,22 101:2,6
101:12,19 102:20
103:14 106:17,25
107:9,15 108:5,16
108:21 109:9
110:19,23 111:5
111:20 113:1,7,18
114:13,23 115:6
115:14,23 117:6
117:11 118:9
125:24 126:4,23
138:17 143:16
146:18 148:2
149:17 150:9,12
150:16,21,23
151:4,10 153:13
156:13 162:22
163:17,20 165:4,6
167:13 168:5,16
169:2,6,9,12,20
170:4 171:6,14,21
172:2 180:16,19
180:24 186:21
187:3,8 188:5,14
188:25 189:5
193:11,23
Integrated's 172:2
    180:18
intent 122:15
intention 37:22
    192:24
interactions 29:24
interest 6:9 159:25
interested 196:13
Internal 182:13
    183:25 184:3
    186:23
international
    182:12 183:25

interpretation
    127:9
interrupt 28:6
interview 9:17 10:2
    90:14,15 191:15
introduce 6:18
introduced 60:17
    186:2,4
introduction 186:9
inventory 129:15
    162:24 163:18,21
    164:7,8 165:5,8
    165:14,16,19,20
    166:2,14 167:5,15
investors 18:18
    54:6
invited 29:15 35:25
    132:21 191:12
invoice 131:13
invoices 172:8
    193:19
involve 35:21
involved 11:22
    12:2 23:5 27:3,9
    29:4 30:7 33:23
    35:10,19,24 36:15
    36:22,23 38:13
    53:5,6 55:10
    60:21 61:11,12,17
    119:2 121:15
    142:5,13 158:16
involvement 36:18
    53:19 81:23
    146:14 190:11
IP 4:17,18 5:9
    50:12,15,18 52:5
    55:22 56:5 58:4,5
    58:20 59:6,11,14
    59:17 75:14,16,18
    75:18 85:15 86:18
    87:25 88:22 89:11
    92:19 93:13 95:19
    95:22 98:15,19,23
    99:15 100:1,3,13
    100:21 101:1,6,14
    106:10,19 111:20
    112:4 113:2,8,12

113:19 114:1,5,6
114:12 126:23
127:1 131:23
132:9 133:1 141:5
141:11 156:25
159:13 160:15
161:1 162:23
163:21 176:18
182:3,15 183:1,6
190:9 191:22
Iran 122:1
irrelevant 84:12
IRS 19:12 141:23
    155:22 156:10
Irvine 193:12
Island 141:1
issue 9:3 14:12 31:4
    57:8 180:2
issued 7:23 172:10
issues 30:23 175:6
items 47:8

_____

J

J-A-M 145:11
jail 121:19
jailed 192:3
Jam 3:13 6:22 8:25
    9:1 10:16,21,23
    10:25 11:3,5
    16:11,18,23 17:3
    19:16 21:10 22:6
    23:1 24:2,13,24
    25:11,19,25 26:15
    26:24 27:17,18,25
    28:11,13,16,21
    29:10,15,21 30:1
    30:9 33:2,8,24,25
    34:15 35:5,11,15
    36:3 38:9,10,24
    39:8,13,14,17
    40:10 41:24 43:1
    43:13,25 44:8
    45:8,10,15 47:14
    48:3,14 49:4,5
    53:4 54:19,21
    58:13,15 59:10,13
    60:1 61:6,7 63:22

64:25 65:4,7,11
67:19 68:19 69:17
70:22 71:11 77:6
78:7,14,15 79:2
79:18 81:13 84:8
87:7 90:6 92:12
96:5 103:23
104:15 105:5,21
106:3 111:15
117:1,17 119:18
123:6 124:23
125:9,16 127:3,7
127:9,20 128:2
129:4 130:2
131:17 135:16
136:16,22 137:18
137:20,25 139:5
139:16 140:8,17
140:19 141:13
142:2,9,10 143:9
143:14,20 144:3
145:25 146:3,10
148:4,5,21 149:16
150:8,11 151:4,11
151:20 152:16
153:15,15 155:1
155:14 159:9,24
161:21 164:14,17
164:25 167:7
168:12,14,16,20
171:4 172:12
173:15 174:19,21
175:4,17,18 176:7
178:22,24 179:10
179:16,22 185:3
185:13 186:10
188:7,12 192:2,13
192:17,20,22,25
Jam's 9:2 10:16
16:20,21 26:17
34:17 35:9 40:13
40:16,16 46:20
69:10,15 70:21
85:3 95:7 128:12
141:6,8,12,19
144:7 146:12
150:22,23 171:8

Majid Zarrinkelk                                                    03-26-19

178:9,18 188:9
  193:18
**JAMES** 3:3
**Jams** 145:9,15,16
  145:16
**January** 5:6 25:5
  152:17 153:3,22
**Jeff** 152:15 154:19
  154:19
**Jeremy** 179:7
**Jerome** 107:1,10
  107:23
**Jerry** 131:4 157:3
**JERSEY** 3:10
**Jim** 6:23
**jo"-** 54:4
**job** 20:20 56:19,21
  170:6
**jobs** 185:17
**John** 173:20,23,24
  174:5,5,7,8,11,12
**JPMorgan** 40:14
**JUAN** 3:15
**judged** 31:4
**judgment** 120:16
**July** 113:24,24,25
  114:15,18 115:3,9
**jumping** 160:20
**June** 53:22 113:6
  191:2
**jury** 90:16
**Justice** 8:19
**JWALKER@C...**
  3:5

**K**

**K** 52:19
**K.Jam** 17:7,11,13
  17:14,15,18 18:9
  24:11 40:8 41:24
  51:18 52:9,10,11
  52:12,14,19 55:2
  55:6 56:8 58:22
  69:14,15,17,19
  70:1 72:2,3,5,8,15
  75:21 82:5,7,9,12
  82:22 84:12 89:11

89:14,14,18 92:20
  96:18 97:5 104:18
  104:18 109:18,19
  111:12 125:14
  128:21,24,25
  129:1,2,7,8
  136:24 155:10,13
  155:23,25 156:3
  156:11,15,22
  178:7,16,17
  180:19,22 181:17
  181:19 187:11
  188:2,15,19
**Kashefipour** 14:13
  15:17,20,21 86:8
**keep** 22:21 52:11
  57:22 125:13
  129:10 134:12,16
  134:17 137:15
**keeping** 129:7
**kept** 144:18 180:11
**key** 64:21 97:14
**Kia** 3:13 21:2 27:11
  28:4,5,18 32:9,9
  32:25 33:8,8
  34:10,17,17,17
  35:2,9,10,18
  36:23 43:18,20
  44:3,4,22 45:13
  48:14,24 52:12
  53:22,24 55:4,6,7
  58:24,24 60:10
  67:21 74:7,7
  77:15,16,24 96:9
  98:2 105:12,21
  106:5,6 116:2,7,8
  116:9,10,19,21
  117:2 119:17
  121:16 122:14
  124:18 125:11
  127:9 128:9 130:6
  130:7 132:21,22
  135:23 136:22
  138:21,22,25
  139:2,8,23 141:8
  141:19,20,21
  143:24 146:3,10

149:13,13 150:23
  150:25 153:15,15
  155:12 172:5
  173:2,3 174:4,7
  175:20 179:3,4,9
  179:24 180:7,7
  186:7 192:1
**Kia's** 28:18 29:11
  44:14 49:2 52:12
  52:15 55:3 124:21
**Kiarash** 6:22
**kids** 138:14
**kind** 12:12
**KJ** 155:16,17
**KJM** 129:11
  135:24 136:24
  178:6,11 179:7
**KJMI** 153:15
  155:16,24
**KJP** 135:24 136:21
  145:20 146:1,10
  146:15
**knew** 32:2 34:18
  35:19 37:4 43:8
  47:9 60:12 105:24
  106:6 112:10,15
  116:19 121:14
  131:2 135:2
  138:21 145:2
  157:6 179:3
  185:13 186:3
**know** 17:3 18:23
  26:21 27:21 35:15
  44:3,23 47:5 50:3
  50:16 51:8 52:24
  52:24 55:9 58:7
  58:11 59:8,12
  63:25 64:10 73:23
  74:19 76:8 81:11
  81:23 83:21 87:6
  87:9 91:17 92:12
  92:15 93:2,10
  95:22 96:8 98:14
  98:16 100:7
  101:12 102:16,20
  104:8 106:1,6
  108:4,9,10 109:24

110:2 111:2,5
  112:16 113:14
  114:7,8 115:18
  116:14 117:13
  121:21 123:22,24
  127:19 129:19
  130:23,24,25
  131:7 132:20
  136:3 138:9,11,14
  138:15 139:14
  141:3 144:5
  145:11,13,16
  147:21 149:20
  151:13,15,19,21
  152:1 154:4,13,17
  157:5 158:14,25
  159:6,24 160:1,9
  161:3,5 163:10
  165:18 169:5,8
  174:9 175:2,6,18
  177:17 179:8,10
  182:5 188:9,12
  189:16 190:6,7,12
  192:3 193:15
**knowledge** 35:16
  35:17 59:8,15
  91:16 92:6,9
**known** 53:12 114:5

**L**

**L.A** 33:22 58:25
  153:2
**LA** 134:14
**Lack** 5:9,10,12
  182:2 183:19
  186:20
**laid** 132:22
**large** 82:20
**larger** 119:7
**lasted** 60:8
**late** 26:24 172:24
**lately** 138:15
**Latzer** 3:8 4:5 6:20
  6:20 7:11,21 13:9
  28:24 38:8 46:3,9
  62:2,6 69:5 75:3
  75:11 76:3 85:13

88:21 93:20
  118:15,21 123:4
  135:8 140:7
  142:11,25 143:1,7
  152:13 160:18,22
  160:24 161:6,12
  161:18 173:13
  182:1,7,9 183:13
  183:18 186:19
  194:1,7,12,14
**launch** 18:18
**law** 3:14 58:1
**laws** 196:20
**lawsuit** 27:10 59:17
**lawsuits** 27:10
**leaves** 144:3 145:17
**ledger** 135:24
  137:2,14
**Lee** 130:16,20,23
**left** 36:16 37:21
  40:12 45:3 64:21
**left-hand** 65:21
**legal** 6:6 27:12 54:2
  110:3 155:7
**legally** 26:3
**lender** 177:14,23
  178:1
**length** 51:10
**lent** 103:4,13,17,23
  104:4,6,9,11,19
  105:10 115:21,23
  115:25 116:20,22
  117:17
**let's** 18:9 19:10
  22:3 24:15 25:8
  28:8 46:3 54:10
  54:16 73:4 75:5
  76:17 78:19 79:23
  81:4 85:23 88:2
  89:5 91:8 94:8
  95:13 98:21 99:20
  100:15 102:18
  103:1 106:7,21
  110:10 111:18
  113:5 118:3
  125:21 126:11
  161:6 167:22

183:14 184:2
186:14,14 194:1
**letter** 32:24,24
**liability** 19:12 59:3
141:21
**Libra** 159:4
**license** 12:12 16:3
124:2,13
**licensed** 13:2
**licenses** 12:10
**Licensing** 13:11
**life** 39:14 120:14,15
142:19
**light** 122:10
**limit** 44:24
**limited** 21:2
**line** 66:21 105:16
115:14,22 117:22
117:23,24 118:1
125:21 128:20
134:18 174:21
**link** 33:7
**linked** 33:7
**list** 32:2 33:16
34:16,22 35:12
36:20 37:5,7
70:25 152:25
153:12,18,25
154:10,14,14,17
156:12 175:24
184:6
**listed** 67:9 129:12
154:11 182:20
193:11
**litigation** 11:20,22
**litigations** 11:2
**little** 43:20 84:14
91:8 102:23
182:11
**lived** 120:14
**LLC** 1:8 2:8 6:16
110:14,25 111:1,7
176:9
**LLP** 14:4
**lo-** 35:17
**loan** 19:14 41:10,13
41:19 42:1,2,11

50:23 59:2 96:10
103:3 115:5,13
117:1,2,14 118:10
128:18,19 132:2
132:10,12,17,23
133:2 151:23
**loaned** 41:1,5,7
**loaning** 11:10
117:11 120:17
**loans** 133:24 134:2
**located** 177:19
**long** 9:10 10:5
12:25 60:9 84:11
120:11 122:6
**look** 66:21 67:8
73:4 74:21 76:17
79:23 88:2 89:5
91:8 95:13 99:20
100:15 102:18
103:1,2 106:21
110:10 111:18
113:5 118:3
125:21 126:7,11
149:3 177:18
183:14 186:14,14
**looked** 86:4 119:11
126:3 131:23
136:10 148:25
163:14 164:16
171:13
**looking** 63:5,8
65:21,23 107:6
121:19 122:10
186:3
**looks** 113:13 183:3
184:12,22
**Los** 2:18 6:1,12
20:22 27:5
**lose** 124:4
**loses** 31:19
**lot** 11:21,23 46:14
**lunch** 75:4,8,12

---

**M**

**ma-** 19:23
**mail** 47:24
**MAIN** 3:4,9

**Majid** 1:16 2:16
3:17 4:3,9 6:13
7:6,15 13:25 33:8
38:19 42:7 54:3
67:22 71:15 80:15
101:24 103:8
105:14 116:3
118:1 122:3
127:12 147:15,17
173:20 174:5
194:17 195:5
**major** 35:18
**making** 18:12
47:20 145:1
155:20 164:7
**man** 27:17 30:1,2
140:9,14 142:16
142:18,18
**manage** 19:4 20:21
21:4 37:11
**managed** 19:21
32:14 38:16
**management** 12:14
12:17 20:20 57:7
57:10 76:22 77:1
77:25 78:6 134:8
**manager** 11:8 19:8
25:12 33:19 47:14
65:2,5
**managing** 23:7
37:20 83:15
150:18
**manner** 134:5
**mansion** 141:2
**March** 1:18 2:19
6:1,10 25:9 93:25
93:25 94:16,16
100:18,18,19,25
101:6,17 106:9,9
196:22
**Marj-** 18:16
**mark** 152:8 189:18
**marked** 7:17,18
13:4,6 62:3 68:25
69:2 75:23,25
85:10 88:16,18
93:17 122:24

123:1 135:5,10
143:2,4 152:10
159:8 161:13,15
173:10 181:23
183:15 186:16
**Marketing** 17:22
18:15,16
**marking** 61:23
85:8 93:16 135:4
173:8 181:21
**matter** 6:15 7:24
8:21 12:5 14:12
149:1 189:17,17
191:2
**matters** 8:22,24
11:8,24 19:9,9,23
20:8,9,10,11 29:3
30:7
**Maxine** 161:20
162:1,2 167:8
**Meadow** 177:19
**mean** 51:3 60:9
72:3 122:22 131:2
132:15 157:15
190:24
**meaning** 69:19
101:24 132:17
137:10
**means** 45:19 68:24
80:11 117:20,21
117:22 173:24
**meant** 64:14 127:7
175:4,7
**Media** 17:13,14,15
32:15 38:17 40:8
41:25 51:18 52:9
52:10,12,14,19
55:2,6 56:8 58:22
69:14,16,18 70:2
72:2,4,5,8,16
75:21 82:5,7,9,12
82:22 84:12 89:11
89:14,15,18 92:20
97:5 104:18
109:19 111:12
125:14 128:25
129:1,2,8 136:24

148:17 153:15
155:11,13,17,23
156:1,3,11,16,22
178:7,17 180:19
180:22 181:17,19
187:11 188:2,15
188:19
**Media's** 96:18
**meet** 103:17 120:22
**meeting** 9:11 27:10
27:14 29:9,10,10
33:13,15,21,23
34:23 35:24 36:2
36:4,6,14 37:10
37:19,21 39:16
43:14,15 45:12
51:22 53:21,24,25
54:1,3 58:21 96:6
99:6 132:20 153:1
153:6 154:3,21
175:5,9
**meetings** 28:4 29:8
**memory** 50:1,6
**mentioned** 11:9
40:25
**mere** 64:6
**merged** 14:9
**message** 166:1
**met** 27:14 29:5,11
34:10 39:2,6
87:14 153:2,4,4
157:6 188:24
189:8,21
**Michelle** 3:21 6:5
193:12
**mid-1990s** 16:16
**middle** 108:14
144:2 164:4
**midst** 50:19
**Migler** 6:21,21 8:8
28:23 38:4 139:18
139:20 142:6,8
182:6 183:9
194:10,13
**mil-** 21:3
**million** 27:12 40:12
46:20,24 47:6

49:12 51:7,7 54:2
58:5 86:17 87:2,9
87:24 88:5,8
93:13 112:15,16
140:25
**million-dollar**
44:14,20,25
140:25
**millions** 54:11
55:22 58:3,6,8
**mind** 28:6,14 32:14
57:22 87:11 120:3
127:16 134:12
**mine** 45:21
**mingle** 48:11 83:5
**minor** 38:18
**minute** 152:18
**minutes** 84:5,6
**misspelled** 177:13
**misstate** 139:21
**misstated** 139:21
**misstates** 139:18
**mistake** 120:17
**mistaken** 9:8 10:5
29:14 31:22 33:17
34:1,9 41:23 60:2
144:16 153:4
154:20 158:11
172:7 185:25
**misunderstanding**
37:18 128:15
**Mitchell** 1:21 2:19
6:17 196:1,24
**model** 167:20
**Monday** 11:6,6
121:18 144:23
**money** 39:23 40:7
41:1,5,10 42:11
46:14 51:11,16
52:19,22 53:2,23
56:5 58:3 75:16
75:18 77:21,24
78:4,5 79:9 80:20
82:8 83:15 84:22
85:3 91:24 99:25
103:5,6,13,18,23
104:4,6,11,11,12

104:16,19 105:1,2
105:3,10,15,19,25
109:13 111:9
112:5 115:21,23
116:1,15,19,20,22
117:1,11,15,17
120:17 132:2,5,9
132:13,21,21
133:10 134:10
139:24 141:11
143:18 144:13,15
146:6,8,17,21,22
148:2 163:18,25
164:1,2,3 171:16
179:13
**Monica** 2:17 6:12
**monies** 39:18 40:3
52:2,4 54:11,13
58:9,19 59:1
75:13 77:4,7 78:8
79:7,19 81:20
86:4 88:13 91:23
107:14 112:10
128:12 138:19
141:5 151:6,19
164:5 172:6,13
180:5,11
**month** 47:23 49:20
49:22 137:5,6,12
**monthly** 47:10,16
47:19
**months** 18:24 51:9
90:1 181:11
**morning** 6:4 7:12
7:13 121:18
135:25 144:7
145:14
**mortgage** 140:24
**mother** 188:1
**move** 125:13
128:21 145:19,25
**moved** 23:5
**movie** 18:14 130:14
**movies** 18:12
**multimillionaire**
21:3
**MZ** 101:24 103:3

117:20 118:13

---
### N

**N** 5:1
**Najmadin** 13:19,20
13:25 62:25
**name** 6:5 7:14
13:17 14:1,17
15:15,16,18 28:18
28:18 32:1,16
34:23 40:17 48:13
50:13,15,22 58:11
59:22 60:11,18,19
60:20 62:18 63:9
64:25 67:17 86:9
86:10 89:15
102:22 107:21
141:12 147:10,14
157:9 174:10
185:23 188:20,21
189:13,14,16
196:1
**named** 26:20,25
60:17 130:19
154:19 189:15,18
**narrow** 150:3
**naturally** 133:18
**nature** 84:9 124:7
**necessarily** 133:22
133:25 178:23,23
**need** 20:23 25:2,7
25:16 93:4 105:14
105:18,25 116:11
119:20 132:6,7
142:9,10 144:4
145:12 151:11
153:19 160:6
172:25 175:24
**needed** 31:17 55:4
96:8 103:5,16
104:11 117:15
131:20 145:3
147:25 164:10
**needs** 116:15
**negotiation** 45:4
**Nelson** 14:3,9
**never** 16:5,9 26:11

26:12,13 27:19
31:3,4,6,9,11 33:1
33:1 34:12 37:23
38:12,12,19 40:5
44:16 45:1 47:9
54:7,23 59:12,12
60:4 61:14 63:18
63:20,22 64:3
84:7 85:6,22
87:11 89:4 91:17
92:17 107:21
119:25 120:2,19
121:3,9,21 122:20
122:22 139:22
140:19,25 141:3
142:14 149:5,5
150:23,25 157:6,6
159:5 165:5,17,21
166:25 169:15,16
169:23 183:1
187:8 188:6,8,11
190:18 191:3,24
193:20
**new** 3:10 8:18 9:4
12:3 23:5,5 39:6
119:25 120:1,7
122:1 191:13
**nickname** 13:25
**nine** 151:25 152:3
**non-equity** 14:10
**normally** 64:3
66:15 87:4,4
128:6,14,17
144:21,25
**NORTH** 3:9
**note** 14:15 41:17
90:24 109:11,12
**notice** 2:20 4:9 7:22
188:10 193:21
**notices** 188:3
**notification** 25:7
**notwithstanding**
185:10
**November** 4:21,23
14:10 29:14 95:16
123:5 124:15
126:10 128:10

133:1 135:11
137:10,25
**num-** 144:14
**number** 4:8 5:4
6:14 15:5 21:25
46:25 66:18 68:8
74:19,20,22 82:3
85:15 110:2
144:14 159:9
171:2 188:21
**numbers** 50:20,25
51:4 67:9 94:25

---
### O

**o0o---** 194:23
**oath** 9:15,16
**oaths** 196:3
**objecting** 139:20
**obligation** 40:16
72:11 97:2 183:5
184:24
**obtained** 49:2 57:2
**October** 9:9 45:6
**office** 3:14 36:6,7,8
36:10 42:4 55:25
58:25 85:1 90:24
96:9 120:4 134:13
173:4 193:19
**oh** 23:24 43:14
54:13 66:1 67:25
98:3 102:3 126:14
139:7 174:10
175:12,18 182:6
190:23
**okay** 7:16 8:2,5,8
8:11,13,17,20,24
9:4,10,13,17,19
9:24 10:8,10,13
10:18,23 11:12,17
12:1,9,12,16,19
12:23 13:2,4,17
13:24 14:2,7,22
14:25 15:8,13,19
16:6,13,15,23,23
16:25 17:3,8,10
17:17,23 18:2,4,9
18:13,20 19:2,15

Majid Zarrinkelk                                          03-26-19

19:21 20:7,18
21:1,5,9,14,24
22:3,14,16,25
23:8,19 24:10,15
24:21 25:10,18,23
26:15,19,22 27:23
28:15 29:5,15,18
30:4,14,20,22
31:1,6 32:4,17
33:6,10 34:3,14
34:20,25 35:3,14
36:3,12,17 37:9
37:25 39:8 40:18
40:21 41:1,13
42:24 43:3,11
45:23 46:3,23
47:1,5,10,16,22
48:7,13,15,21,25
49:9,24 50:4,11
50:14,17,24 51:6
51:12 52:1,8,14
53:3,18 54:8
55:10,21 56:17,25
57:12 58:2,12,16
58:19 59:5,10,13
59:20,23,25 60:6
61:1,10,18,23
62:18 63:3,7,10
63:13,22,25 64:10
64:13,18 65:4,7
65:10,15,22 66:5
66:8,14 67:8,15
67:19 68:12,18,25
69:10,13,19,22
70:3,7,15,23 71:2
71:10,17,24 72:1
72:3,8,17 73:4,4
73:14 74:2,10,13
74:17,21,24 75:3
75:17,23 76:10,14
76:17 77:1,3,6,14
77:23 78:4,13,19
78:23 79:1,4,18
79:23 80:13,21,25
81:4,9,15,19
82:12,19 83:1,11
83:17,25 84:7,14

85:20,25 86:17
87:1,13,18,21
88:8,12,16 89:3,5
89:20,24 90:2,5
91:7,21 92:1,12
92:18 93:11,15,15
94:3,8,18 95:2,9
95:13,22 96:4
97:1,6,18 98:7
99:2,9,17,20
101:9,16 102:6,10
102:12,18 103:10
103:13,19,22
104:3,14 105:4,13
105:22 106:3,7,14
106:21 107:4,8,12
107:17 108:1,8,12
108:20 109:1,15
109:24 110:7,10
110:25 111:2,5,15
111:18,24 112:6
112:14,18,20
113:5,14,17,21
114:4,11,15,22
115:1,13,25 116:5
116:13,23 117:17
118:3 119:5,10,22
120:5 121:17
122:3 123:10,13
123:18,23 124:1,5
124:7,14,22 125:2
125:4,6,8,15,19
126:3 127:3,6,19
127:25 128:11,20
129:1,8,10,15,24
130:2,5,13,15
131:4,7,22 132:15
132:22,25 133:4,7
133:15 134:9,24
135:9,14,22
136:10,14,18,21
137:1,3,17,24
138:9,13,16,24
139:5,16 140:4
141:19 142:12,24
143:11,13 144:2
144:10 145:17,25

146:5,8,10,14,17
146:25 147:9,12
147:25 148:2,9
149:2,20 150:3,8
150:21 151:12,15
152:21,23 153:11
153:12,13,15,20
154:2,6,10,16,25
155:3,6,9,24
156:12,24 157:11
158:1,8,14,17
159:12,17,24
161:3,6,13,24
162:1,3,5,8,13,16
162:20 163:2,7,12
163:16,20 164:1
164:12,15,16,22
165:4,9,20,24
166:14,17,24,25
167:3,10,13,17,20
167:22 168:5,10
168:15,19 169:5
169:22 170:10,13
170:15,17 171:4,8
171:13,20,25
172:7,11 173:23
174:2,6,9,13,18
175:3,14,16 176:1
176:22 177:8,10
177:12,25 178:5
178:11,18,21
179:6,10,15,20,25
180:3,11,21 181:5
181:9,11,21
182:19,25 183:4
183:14 184:13,16
184:19 185:10
186:1,8,14 187:3
187:12,15,22
188:12,18 189:8
189:16,19,21,25
190:11 191:20,25
192:4,7,9,12,20
192:23 193:20
194:1,7
old 14:14,15 23:2
once 55:8 180:3

one-man 61:4
ones 36:23 92:2
    141:3 176:6
online 68:4 101:18
    115:4
open 52:21 64:6
    66:15,16 67:22
    68:1,9 71:15
    84:25,25
opened 18:25 67:7
    69:24
opening 64:4 65:11
    65:12
operating 78:16
opinion 57:11
    141:3
opposite 44:7
Opus 157:7,12
    159:25
Orange 36:5 58:25
    140:2
order 19:11 25:2,8
    25:14 27:12 31:20
    50:2 80:14 83:9
    89:11 91:2 94:6
    131:19 144:6
    145:14 166:4
    169:18
orders 29:2,3
organization
    150:14 163:5
original 66:22
originally 65:19
    66:1
originating 81:20
    86:13 89:16
originator 89:15
Orrick 189:19
ounces 165:21
outcome 6:9
outgoing 56:2
    132:21 137:8
    172:22
outrageous 49:15
outside 19:10 20:8
overall 27:14 31:22
    31:24 112:15

overseeing 136:18
    162:6
Owari 157:7,11
    159:25
owed 120:25
    130:20
owes 19:12 116:21
owned 33:18 70:1
    97:5 155:11,14,17
    155:25 156:15,22
owner 35:18,18
    55:8 64:21 69:17
    69:20
owners 32:2 157:16
ownership 69:22
    159:25 188:22

**P**

P 196:4,4,8,11,19
p.m 75:6,10 118:16
    118:20 161:7,11
    194:2,6,19,22
Package 76:4
packet 93:24 94:15
    94:19
page 4:4,8 5:4
    62:23 63:5,8
    64:18 65:15,18,25
    67:8 73:14,16
    74:22 76:17 85:23
    88:4 89:6 91:8
    94:22,22,24 95:13
    98:21 99:20
    101:17 106:7,7,21
    108:8,8,12,15
    110:10 113:5,6,21
    113:23 115:1
    117:3 118:3 126:8
    126:11,16 135:15
    153:15,20 155:10
    159:8,13 160:2
    173:19 176:23
    182:10 188:19
pages 94:6 196:9
Pagoda 153:16
paid 41:19,24 42:1
    45:2,2 103:5

104:13,24,24
144:22,23 148:19
149:3,4,5,5
150:19 151:2
152:1
**Palomar** 158:18,23
158:25
**paper** 34:24
**papers** 153:6
**paragraph** 145:18
**Parasec** 68:5
**Park** 66:10
**part** 7:25 8:1 25:5
27:2 72:2,3 96:18
96:24 137:25
155:7 158:15
166:11 169:22
180:19
**particular** 51:14
94:19,25 98:8
107:4 112:24
117:13 127:17
148:6 167:12
**parties** 6:8 196:12
**partner** 14:10 16:1
**partner's** 15:15
**partners** 15:3,9,10
15:13,23
**party** 80:19 93:9
**PASEO** 3:15
**passed** 158:13
**Paul** 158:18,23
**pay** 19:11 21:4
40:15 42:9 44:16
45:20,22 53:23
103:4 121:1
131:12 133:10
140:23 141:6,8,8
141:11 144:16,20
144:24 146:9,25
148:1,5,9 149:8
149:15 151:19
160:6 168:2 170:7
170:7 193:22
**pay-** 70:22
**payable** 111:11
132:14,16

**paying** 27:12 32:5
53:15,16,16 95:23
118:10 133:12
148:3
**payment** 42:13
45:5 81:5,10
87:24 96:2,5 97:8
98:8 99:3,5
100:21 101:1,5
105:5,7,8 106:24
107:9,14 108:2,15
108:21 109:1,5,8
110:5,13,19,23
111:19,25 113:3
113:11,19,25
114:12,15 115:5
126:19,22 127:1
129:25 131:4,9,14
133:1 140:24
141:17 144:25
163:13 178:21,25
**payments** 47:20
96:9 100:13
101:10,14 106:10
106:15,19 114:23
131:10,18 132:11
146:21 152:5
172:1
**payroll** 37:1,2,3
40:14 70:13,16,18
70:21,22,23 98:17
98:18,19 102:24
103:17 125:13
144:6,11,12 145:1
145:6,13 149:4,15
151:2 165:6
167:18,19,22,24
167:25 168:2,2,11
169:9,25 170:5,6
170:7,11,13,17
171:22 172:3,9
177:4,13
**payrolls** 144:14
**pays** 168:2
**penalty** 57:23
195:6 196:20
**pending** 7:3

**penny** 140:20
141:4
**people** 14:24 15:8
20:22 26:13 37:4
61:3,6,7 153:7
163:24 164:13,14
185:18
**per-** 29:19
**percent** 22:2 37:7
42:14 51:9 69:17
69:19 89:17 97:5
131:10 136:17
177:20 179:2
**percentage** 21:9
22:1
**perception** 45:9
**performed** 22:6
33:4
**period** 15:25 29:1
29:19 31:1 39:20
44:24 49:21 51:8
51:10 53:11 60:3
60:9,14 61:16
64:12 70:6 79:20
85:16 88:24 91:1
91:5 93:12 120:1
134:3 149:4,19,20
150:4 158:12
170:9 171:5,17
184:6 186:24
191:7 196:18
**periods** 182:14,20
184:5
**peripheral** 17:10
17:17
**perjury** 57:24
195:6 196:20
**permitted** 20:13
**perpetrated** 191:23
**Persian** 116:12
**person** 20:24 27:20
27:20 30:24 31:2
43:10 80:17 82:24
98:4,5 130:19
144:1 189:13
**personal** 40:16
48:4,8,9,10,15,18

48:19 93:2 117:21
118:10 147:14,24
148:1,3,7 149:13
151:23 171:9,11
**personally** 40:18
42:20 103:13,23
104:5 117:18
141:14 148:21
178:22
**perspective** 109:7
112:20,21
**pertaining** 90:6
**phone** 64:6 120:24
140:4 191:12
**Physicians** 76:22
77:1,25 78:6
**picked** 153:17
**picture** 122:3
**piece** 34:23 91:5
**Pineboard** 4:15
5:11 59:21,23
60:5,7,13,23
61:10,12,15 62:12
64:11 65:5,8 66:5
66:9 67:5,20,23
68:13,16,19 76:5
77:3,7,9,11,14,16
78:20 79:5 80:2,6
80:8,9,10 81:6,21
82:2 86:4,13,21
87:10,24 107:13
158:1,9,17,21
174:22 176:8,18
176:24 183:20
184:10,20,24
185:4
**Pineboard's** 76:10
**pinpoint** 27:1
**Piskula** 161:20
162:21,24 163:3,4
163:7 166:1 167:4
**place** 6:11 109:10
119:1 196:6
**placed** 13:10 73:5
152:14
**plaintiff** 2:17 6:20
6:23 59:17

**Plaintiffs** 1:5 2:5
3:2,7
**plan** 155:19
**PLAZA** 3:9
**please** 6:18,25 7:1
7:14 46:11 50:2
80:16 94:3 95:1
108:8 113:21
115:1 117:3 126:6
139:10 153:11
160:17 176:7
177:5,13 178:6,11
**pleasure** 194:9
**plenty** 20:22
**point** 28:4 32:18
42:24 43:3,6,11
43:24 44:17 50:14
56:10 67:20 74:15
75:4 79:7 80:12
89:20 97:6 98:1
124:20 134:7
159:24 168:15
172:23 191:9,13
**pointing** 94:8
**policies** 118:25
119:23
**portion** 21:11
41:20,24 45:2
168:3
**position** 180:22
**possibility** 37:17
**post** 180:7
**postdeadline** 97:10
**posted** 90:23 117:7
**Pottery** 145:22
147:3,6 151:17,20
152:2
**power** 31:19 68:6
**practice** 14:9,11,23
21:9 22:1 23:11
23:16 24:15,18
56:20 76:23 83:5
83:12 127:25
128:1 133:16,20
136:8 166:12
**precisely** 50:1
**preparation** 56:23

Majid Zarrinkelk                                          03-26-19

**prepare** 10:10 19:7
24:24 25:4 31:16
32:23 38:16 56:22
60:4
**prepared** 20:2
32:23 57:25
**present** 3:20 28:5
**president** 59:11
**presume** 99:12
**pretty** 18:24 90:11
**previous** 118:23
143:23
**previously** 89:19
164:16
**principal** 14:20
17:9 115:5
**prior** 10:1 17:12
18:6 122:2 136:10
**pristine** 44:4
**PRO** 3:18
**probably** 65:9
**problem** 164:6
**problematic** 83:11
**Proc** 196:7,11,14
**procedure** 24:16
68:12,15
**procedures** 119:1
119:23
**proceeding** 16:7,7
194:17
**proceedings** 194:21
196:5,10,15
**process** 19:13 67:2
90:10 144:25
145:1
**processed** 179:16
**produce** 90:10
170:7,13
**produced** 55:24
90:10
**producer** 18:14
130:14
**product** 31:13
**production** 17:7,11
17:18 18:9 24:11
52:11 104:18
109:19 129:7

178:17,19 179:4
**Productions**
136:22 146:3,10
**professional** 12:9
68:23 108:17
109:2,5,24
**Professional's**
109:7
**prompted** 38:3
41:10 42:2 63:25
152:23 158:14
**proper** 175:15
180:4
**properly** 166:4
188:17
**Property** 177:18
**proved** 122:11
**provide** 21:21
57:25 91:6 101:13
106:18 113:2,18
114:24 163:21
179:1 184:17
**provided** 9:15
83:22 91:4 98:15
100:12 108:4
131:1 137:18
150:7 165:5
178:24 196:17
**provides** 14:3
**providing** 24:6
77:19 95:10 99:14
125:9 143:14
150:16 151:4,10
158:9 159:22
160:12,25 163:18
167:14 168:11
169:6,9,24 170:5
179:4
**proximity** 163:5
**public** 12:13
**pull** 126:6
**purchase** 53:20
174:23 175:4
**purchased** 47:8
164:11
**purely** 52:11,12
149:12

**purported** 170:18
**purportedly**
169:24
**purpose** 18:23 36:2
68:22 80:21 81:10
84:9 87:23 96:1,5
97:7 98:10 99:3
100:7 101:10
105:4 106:14
108:2 110:5,8
111:25 113:14
114:12,20 117:14
132:20 170:24
**purposes** 132:5
153:19 186:10
**pursuant** 2:20 8:2
**pursued** 122:22
**put** 28:8 44:13
49:23 52:25 80:22
116:3 140:20
141:19 149:14
172:24 174:12
188:21
**putting** 145:4
154:21,23

_____

**Q**

**QSub** 187:24
**quarterbacking**
121:18
**question** 9:22 11:1
46:11 56:12 91:19
92:24 98:6 112:18
112:21 120:3,4
128:16 140:12,13
142:14 165:14
166:4,16 167:9
180:7 189:6
**questioned** 9:21
**questions** 5:15 50:2
90:18 166:5
189:23 190:1
192:24 194:8,10
**quickly** 134:10
**quite** 34:5
**quote-unquote**
52:10

**R**

**R** 196:4,8,11,19
**raise** 7:1
**raised** 45:14
**rapidly** 79:19
172:1
**rarely** 164:23,24
**rate** 84:3
**Ray** 4:21 123:8,9
124:19 135:15
139:10 143:25
167:9
**re-** 47:5 93:21
147:23 159:17
**reach** 25:18,24
**reached** 38:1
**read** 13:15 101:22
145:12 172:25
182:11 190:10
192:5 195:5
**reading** 129:10
145:10
**real** 13:25 144:17
**realize** 30:9,14
45:19
**realized** 27:19
30:17,18,24 34:11
37:21
**really** 22:8 44:2
145:11 190:10
**reason** 43:9 56:11
57:17,20 65:13
83:5,15 98:5
101:10 103:2
112:21,24 114:9
114:10 122:13
146:23 167:10
179:25 192:16
**reasons** 121:8
**recall** 14:25 22:8
23:20 24:1,4
27:13 30:12 32:1
32:11,16 33:20
44:24 46:1 47:7
49:19 52:6 55:23
58:21,24 62:16,19

66:5 67:2,19
68:12,15,18,21
70:20 71:6,10
72:19,20 74:2
75:2,15 76:7
77:23 78:2,3,4,6
89:24 90:2,20
97:18 98:20 99:5
103:22 104:5,8
107:4 127:23
129:20 130:18
131:3 132:12
134:21 135:20
143:11 150:6
152:21 159:17
161:24 164:8
165:18 166:5,9,17
167:3 170:1,3
172:8 173:3
174:18 189:4,6
192:11
**receivable** 111:11
**receive** 7:25 21:16
21:20 22:19 39:17
41:16 47:19 78:9
83:25 131:16
149:16 188:3
**received** 7:25 8:1
10:24 11:4 21:21
39:20,24 40:3,5
41:22 42:5 78:13
90:21 92:19 93:13
106:10 109:23
126:22 128:13
132:18 134:22,23
149:18 171:6
172:8 188:10
190:25 191:4,11
193:21
**receives** 109:17
127:11
**receiving** 19:5 22:6
77:4,7,23 99:25
125:16 135:20
143:11 150:5
161:24 163:17
168:16,23 169:2

Majid Zarrinkelk                                                      03-26-19

| | | | | |
|---|---|---|---|---|
| 174:18 | 104:14 105:8 | 189:13,14 | **respect** 8:20 19:3 | 180:21 181:4,12 |
| **recess** 46:6 75:8 | 127:1 137:1 | **remind** 172:15 | 34:3 35:22 36:12 | 181:15 183:12 |
| 118:18 161:9 | 147:23 148:7 | **repair** 54:5 | 36:17 45:7 52:14 | 185:2 188:4,14,20 |
| 194:4 | 152:4 153:1 | **replace** 145:12 | 57:12 59:14 67:4 | 193:22 |
| **recipient** 87:8 88:8 | 164:13,15 175:10 | **replenish** 144:4 | 68:13,16 73:11 | **returning** 115:22 |
| 107:10,14 109:17 | 185:22 | **report** 57:8 124:11 | 74:17 77:21,24 | **returns** 19:7 20:2 |
| **recipient's** 109:20 | **refers** 86:3 91:9 | 125:2 127:4 137:6 | 78:7 84:8 98:7 | 24:16 25:14 38:14 |
| **recollection** 98:8 | 115:5,13 131:7 | 139:10,15 160:3 | 107:13 112:25 | 38:16,20 57:13 |
| 99:9 136:15 | 154:8 | 188:1,17 | 114:22 118:23 | 71:24 96:8,15 |
| **reconcile** 137:13 | **refinance** 19:11 | **reported** 124:12 | 119:6 120:6 | 97:11 180:17 |
| **record** 5:9,10,12 | **refinancing** 177:22 | 170:24 171:8 | 131:15,22 132:25 | 182:13 183:1,6 |
| 6:5 7:14 19:6 | **reflected** 109:20 | 172:3 | 133:21 134:24 | 184:4,20,25 185:4 |
| 46:5,7,17 48:1,10 | 116:1 | **reporter** 6:17,24 | 169:8 171:4 | 185:19 186:24 |
| 71:4 75:7,9 | **refused** 189:23 | 7:1,19 13:7 62:1,4 | 176:17,22 178:18 | 187:8 188:25 |
| 118:17,19 135:23 | **refusing** 139:17 | 69:3 76:1 85:11 | 184:10 190:4,8 | 189:5 |
| 161:8,10 182:2 | **regard** 57:16 | 88:19 93:18 123:2 | **respond** 46:12 50:2 | **revenue** 168:6,7,8 |
| 183:20 186:21 | **regarding** 44:9 | 135:6 143:5 | 144:1 | 182:13 183:25 |
| 194:3,5,20 196:10 | 46:19 67:20 71:11 | 152:11 160:17,20 | **responded** 166:17 | 184:4 186:23 |
| **recorded** 19:24 | 77:7 96:5 172:12 | 160:23 161:16 | 174:7 191:2,3 | **review** 47:16,18 |
| 50:23 56:1 | 188:4,25 193:21 | 173:11 181:24 | **responding** 192:23 | 125:6 153:12 |
| **recording** 128:7 | **reimbursed** 121:3 | 183:16 186:17 | **response** 11:12 | 196:15 |
| **records** 51:20 | 127:15 | 196:2,17 | 137:24 164:12 | **reviewed** 173:3 |
| 83:22 151:21 | **reimbursement** | **reporting** 132:6 | 166:21 191:4 | **reviewing** 159:17 |
| 163:14 169:19,23 | 127:12 131:5 | **reports** 137:5 | **responses** 87:18 | **revive** 31:20 53:9 |
| **refer** 34:25 72:9 | 172:10 | 170:7,11,13,17,20 | **responsibility** | **revoked** 124:13 |
| 94:24,24 151:22 | **related** 8:21 29:3 | **represent** 6:19 8:9 | 77:10 79:15 136:5 | **revolution** 122:1 |
| 152:5 164:12 | 32:3 58:15 148:12 | 87:5 93:21 | 142:20 | **right** 7:1 9:24 |
| **reference** 86:12 | **relates** 21:9 | **representation** | **responsible** 161:3 | 19:10 21:11 27:21 |
| 118:13 125:23 | **relating** 30:7 | 56:24 57:7,10,22 | 172:20 | 28:2 61:5 66:8 |
| 126:16 128:7,9,24 | **relation** 33:11 | 97:14 134:8 | **rest** 15:11 193:5 | 75:20 79:23 82:18 |
| 129:19 138:2 | **relationship** 19:15 | **representations** | **result** 9:2 39:8 | 86:11 116:20 |
| 144:10 145:2 | 19:18,20 20:13 | 57:16 | **resurrect** 31:17 | 120:13 121:1,18 |
| 154:7 155:10,20 | 27:9,16,17 28:8 | **represented** 8:5 | **retained** 186:10 | 122:9 131:3 140:5 |
| 156:13,24 157:3 | 31:3 38:22 39:9 | 189:9 | **retire** 120:2 | 140:9,20 141:22 |
| 164:7 173:23 | 43:1 44:9 45:13 | **representing** | **return** 24:19 25:3,9 | 143:2 147:14 |
| 175:1 182:15 | 60:8 64:5 69:15 | 189:20 | 25:20 26:1,2,4,7 | 152:8 153:3 159:9 |
| 192:10 | 71:17 84:24 | **requested** 5:17 | 26:10,14 31:14,17 | 164:5 169:20 |
| **referenced** 136:21 | **relative** 6:7 196:12 | 36:3 97:18 196:16 | 31:20 32:8,10,15 | 175:20 184:11 |
| 163:13 172:11 | **relied** 134:7 | 196:16 | 32:23 33:9 51:18 | **right-hand** 94:21 |
| **referred** 170:10 | **relying** 97:12 | **required** 26:3 | 51:19,20,21 57:19 | **RNT** 153:16 |
| 176:4 | **remaining** 17:12 | 56:21 97:24 | 57:21,23,25 58:22 | **road** 117:24 177:19 |
| **referring** 29:8 | 81:15 | **requirement** | 60:4 72:6,8,12,18 | **role** 19:2,7 59:14 |
| 34:15 35:1,5 36:7 | **remember** 15:15 | 188:16 | 90:13 96:20,22,25 | 163:10 |
| 44:20 51:2,14 | 50:7 60:18 61:21 | **requirements** | 97:2 103:9 115:14 | **room** 80:22 |
| 52:3,17 60:23 | 104:22 107:6,7 | 180:23 | 120:21 134:6 | **Round** 177:19 |
| 61:1 78:23 101:25 | 132:19 152:2 | **reserve** 144:6,11 | 160:5 171:11 | **routine** 71:14 |
| 102:4,7 103:10,19 | 166:19 185:23 | 145:6,14 | 172:24 173:7 | **routinely** 116:6 |

**ruined** 39:14
**rules** 57:6
**run** 49:14,17 55:5
  70:18,21,23 71:3
  167:22
**runaround** 175:21
**running** 37:2 70:16
  79:13,19 98:3
  144:13
**Ruthless** 28:3

**S**
**S** 3:8 4:7 5:2
  187:25
**safeguard** 146:19
**Sahid** 129:13
**salaries** 40:7
**salary** 39:20 149:3
  149:5,5,16,19,24
  150:5,9,11,14
  168:16,23 169:2
  171:6
**sale** 129:24
**sales** 162:24 163:18
  163:21 165:5
  167:5,15
**San** 3:15 54:4
**Sandra** 1:21 2:19
  6:17 196:1,24
**Santa** 2:17 6:12
**Sarkisian** 185:24
**sat** 10:3 179:21,24
**satisfied** 175:21
**saw** 27:24 33:1
  34:23 43:14,18
  58:6 82:3,19 83:4
  107:12 132:12
  148:23 153:1
  158:5 169:16,23
  171:16
**saying** 21:16 62:18
  63:12 89:19 97:19
  111:9 121:24
  126:1 132:12
  133:14 139:8,10
  141:17 151:7
  165:25 166:11

**says** 57:9 62:25
  64:21 65:2,16,18
  65:20 66:7,22
  67:22,25 68:22
  80:1,7,9,20 89:14
  94:22 101:24
  103:3,8 109:11,18
  117:20,21,22
  125:22 127:12
  128:17,18,21
  129:11 134:19
  137:10 147:15,15
  147:17 148:16
  153:21 154:12
  155:11 156:15
  157:12 158:23
  160:2,5 176:23
  177:4,18 178:11
  179:6
**scene** 31:23
**SCHER** 1:8 2:8
**SCHOTZ** 3:3,8
**Schwabsky** 60:20
**scientific** 68:23
**scope** 190:11
**season** 24:23 42:5
**Sec** 8:19 90:9 191:6
  196:4
**second** 15:18 48:23
  49:2 51:22 61:21
  80:4,5 88:4 99:24
  100:5,25 126:9
  134:18 135:14
  143:25 153:20
  155:9 170:22
  174:21 176:23
**see** 11:6,15 13:13
  14:5 42:11 43:17
  52:21 55:21 60:13
  61:25 62:10,16,18
  62:18 64:23 65:20
  65:24 66:22 67:11
  68:22 71:8 74:23
  76:20,24 78:21
  79:9 80:3 81:7
  82:8 83:17,24
  85:18,25 86:6,8

86:14 88:6,10
  89:1,7,14 91:11
  94:21 95:20 98:25
  100:2,5,23 101:3
  101:7,21 102:7
  103:8 106:10,12
  107:2,14 108:18
  109:5 110:15
  111:22 112:1
  113:5,9 114:2
  115:11,16 117:8
  118:7 121:5,24
  128:8,10,22
  129:17 133:14
  135:12,18 136:1
  137:9 138:4
  143:18 144:8
  145:23 148:14
  153:2,23 155:18
  157:1 158:3,19
  159:15 161:22
  162:25 169:18
  173:17,21 174:20
  174:24 176:11
  177:15 178:13
  182:17,23 183:22
  184:8 187:1,13
**seeing** 54:11 58:3
  76:7 132:13 170:1
  170:3
**seek** 181:9
**seen** 44:5 62:15
  64:3 75:16 85:20
  89:3 124:16
  169:15 170:15
**segregate** 129:5
**sell** 53:10 54:5
  164:9 165:8
**selling** 166:14
**send** 64:7,8 66:17
  66:19,19,20 68:6
  70:25 71:4 74:6,7
  135:2 136:6,13,15
  137:4,10,13 144:6
  145:14 146:23,24
  152:23 164:3
  175:24

**sender** 86:15,15
  109:14
**sending** 91:24
  112:4 134:19
  139:6 152:21
  191:8
**sense** 29:23 45:12
  91:22 120:12
  122:17 157:21
  166:15
**sent** 67:4 89:18
  102:15 109:11
  124:19 137:24
  159:18 173:2
  191:6
**sentence** 144:10
**separate** 24:4,7,13
  72:6 86:22 96:22
  97:2 129:7 144:17
  144:18 187:13
**separately** 72:12
**September** 5:7
  65:20,22 66:4
  118:5 161:19
  165:10
**serve** 50:1 119:12
  119:18
**served** 7:23
**serves** 168:1
**service** 21:8 68:23
  110:4 137:23
  178:24 179:1
  182:13 183:25
  184:4 186:23
**services** 4:17,19 5:9
  6:7 24:6 40:6
  50:12,15,18 71:22
  85:15 88:23 95:10
  95:19,22 98:15
  99:15 100:1,12,22
  101:13 106:10,18
  108:6 111:21
  113:2,19 114:1,5
  114:6,12,24
  130:16,25 137:17
  150:16 151:4,9
  156:25 158:9

159:13,22 160:13
  161:1 162:23
  163:21 168:4,11
  169:5,10,25 170:5
  171:22 177:14
  179:5 182:3,15
  183:1,6 184:17
  191:22
**serving** 83:12
  89:21 102:12
  107:9 108:21
  110:17,22 119:11
**set** 35:24 53:24
  60:10 68:4 82:4,6
  82:21 83:6,7
  89:13 144:12
  167:25 196:6
**setting** 83:7 85:1
  167:24
**settled** 45:4
**seven** 9:12,22 15:3
  15:3,8 49:25
  75:21
**Seventeen** 126:12
**Shahab** 4:21 123:6
  123:8,9,16,18
  124:1,3,20 125:2
  125:10 127:4,19
  135:16,22 136:3
  136:15 137:1
  139:10 143:9,15
  152:16 167:9,10
**Shahab's** 136:19
**shared** 36:10
**sheet** 22:21
**short** 39:20 44:24
  46:3 60:3,9,14
  61:15 103:16
  116:3,20,22
  117:15 120:1
  158:12 161:6
  171:17 194:1
**Shorthand** 196:1
**show** 7:16 13:4
  61:4,19,23 68:25
  75:23 85:8 87:5
  88:16 89:10 91:16

93:15 99:24
109:16,16 122:24
135:4 143:2 152:8
161:13 173:8
181:21
showed 191:5
showing 62:7 135:9
147:6
shown 170:21
shows 92:19 98:3
117:5 137:7,14
145:20 182:13
184:4 186:23
188:20
shrewd 28:2 122:21
sic 26:5
side 49:21 65:21
79:17
sign 57:24 63:13,15
63:16,18,22 64:1
64:7,17 66:20
74:4,7,14
signatories 95:4
signatory 64:11,13
67:16 76:15 77:12
81:25 84:15 95:3
158:5 184:14
185:11
signature 33:1
62:17,19,25 63:1
63:2,9,12 64:9,9
73:17 74:8 78:12
80:6,23 195:13
signed 32:18,21,25
57:23 60:6 63:10
73:25
significant 27:10
signing 33:2 62:19
74:2 150:25
simply 65:13 81:13
single 90:22 141:13
166:25 170:3
sir 7:12 12:9 13:10
13:22 14:16 46:10
62:7 73:1 75:12
85:14 93:21 131:2
152:20

sister 16:19,20,21
sit 10:2 59:5 87:22
98:7 149:11
179:24
sitting 90:20
134:13 140:2
146:22 151:25
situation 39:15
53:17 140:23
situations 122:18
six 15:3,8 49:25
51:9 83:20 181:11
size 25:6
small 21:11 40:24
so-called 167:4
Societe 88:9,9,13
sold 164:10 165:15
165:22 166:2
solemnly 7:2
Solomon 152:16
154:19,19
somebody 44:6
97:12 163:4 185:7
somebody's 133:12
someone's 120:21
son 142:17
soon 105:2 137:12
sorry 10:14 11:2
16:19 23:15,24
25:23 26:6 55:16
62:2 71:20 82:15
95:18 115:7
121:23 123:24
126:14 137:21
142:1 147:20
160:19 174:6
181:18 182:7
sort 17:15 19:15
20:13 23:9 24:8
34:11 84:2 105:16
119:24 120:24
152:5 169:10
175:20 190:9
sorts 89:21 120:6
125:15 131:16
179:22
sought 54:6

source 53:1 56:2,2
81:21 86:13 128:5
149:7 173:1
sources 51:15
58:23 59:2 104:12
south 44:11 45:8,15
Sovrin 32:7,22
33:11 38:16 60:21
71:1
span 51:8
SPC 1:4 2:4 3:2,7
spe- 142:6
speak 10:13,15,25
11:7 28:5 116:21
specialist 6:6
specific 71:13 99:9
100:17 104:21
154:16 163:10
189:4,6
specifically 70:23
76:11,18 90:2
99:17 125:20
140:12 176:5
180:16 186:6
speculation 28:23
38:5 142:8 183:9
spend 58:25 143:19
146:6
spending 46:14
spent 151:20 173:4
spoke 10:16,16,23
11:3,5 189:2,7
190:16 191:13
spot 73:16,22
ss 195:1
stand 140:21
stands 12:17
145:16
start 25:4 30:16
55:21 115:8 184:2
184:2
started 44:11,18
45:17 50:20,25
122:19 129:5,20
149:23 160:20
190:25
state 6:19 7:14

195:1
statement 4:17,18
24:25 26:5 32:8
47:19 51:20 56:22
56:23 57:8 72:15
76:5,10,17 84:10
85:14,20 88:22
90:8,12,13,13,18
91:15 92:18,23
93:2 94:14,15
109:21,22 111:12
115:4 132:4 173:6
181:13 186:13
statements 4:20
25:1,4 38:20
47:11,17,22 55:24
93:22 94:13 126:3
171:13
states 1:1 2:1 18:19
101:18 115:4
135:22 145:18
155:17 157:11
158:18 177:5,13
182:10,12 183:11
183:24 185:2
186:22
stating 187:6
status 17:14
step 95:2
steps 56:17 57:15
83:9 128:11 165:9
Steve 161:20
162:24 163:4
166:1 174:8
stole 124:8
stopping 75:4
stories 30:16
story 54:2
straightforward
30:24 31:2 44:5
strange 64:2
street 3:4,9 66:8
strictly 20:8
strike 10:2 35:20
49:4 55:10 61:11
102:18 109:5
124:14 169:18

183:25
strong 43:18
structure 69:23
structured 22:18
stupid 42:7
Stupidity 41:12
sub 156:15
subject 16:6 162:20
subpoena 7:23 8:1
8:3 10:24 11:4
190:25 191:4,6,17
subpoenaed 11:10
90:9,14 191:17
subsidiaries 156:4
subsidiary 69:14
70:2 72:5,14 97:5
155:17,23,25
156:3,11,22
187:24
substantial 144:13
171:16
substantiate
131:14 133:8
134:1 152:5
substantiation
131:21
successful 53:14
sudden 49:22
122:19
sued 10:6
sufficient 90:16
180:23
suggest 127:17
Suite 3:4,15 66:10
193:12
summaries 153:21
summarize 9:22
sums 171:16
supervision 125:4
suppose 77:17
150:19 157:14
supposed 67:1
90:15 136:6
150:13 183:11
185:2
sure 9:25 17:21
24:17 32:15 34:5

Majid Zarrinkelk

03-26-19

Page 216

37:7 42:14 46:13
46:15,16,18 50:5
51:9 57:25 68:3
86:6 89:17 94:5
94:10,10,20
101:23 110:5,21
114:20 119:8
130:17 144:15,17
147:13 148:18
164:4 174:20
177:20 179:2
193:10
surprised 43:17
112:1,6
surprises 112:12
surprising 87:3
suspended 16:3
suspense 52:25
175:23
suspicion 98:1
122:11
suspicious 97:25
Swartz 4:17,18 5:9
50:12,18,22,23
52:5 55:22 56:5
56:14 58:4,5,7,20
59:6,8,11,14,16
75:14,16,18,18
80:2,4,10,10
85:15 86:18 87:25
88:22 89:11 91:15
92:19 93:13 95:19
95:22 98:15,18,19
98:23 99:15 100:1
100:3,13,21 101:1
101:6,14 106:10
106:19 107:1,10
107:18,23 108:2,4
111:20 112:2,4
113:2,8,11,19
114:6 126:23
127:1 131:5,23
132:9,11,13 133:1
141:5,11 156:25
157:3 159:13
160:15 161:1
162:23 163:21

166:2 176:18
182:3,15,25 183:6
190:9 191:22
Swartz's 157:9
swear 6:25 7:2
sworn 7:7 196:7
system 167:1

T

T 4:7 5:2
take 46:3 50:3
56:17 57:15 74:21
84:5 90:17 95:13
118:15 121:9
126:7 127:14
128:11,17 132:22
146:7,23 161:6
165:9 191:18
194:1
taken 1:17 2:16
46:6 75:8 118:18
161:9 194:4 196:5
talk 11:9 18:9
24:15 87:13
190:19
talking 33:17 43:22
43:23 79:21 102:1
102:2,3 103:20
130:2 190:12
tandem 78:16
tangible 130:8,10
task 83:8
tax 19:7,12 20:2
24:16,19,23 25:3
25:4,8,14,20 26:1
26:2,4,7,9,10,14
31:14,16,20 32:7
32:9,15,23 33:9
38:14,16,20 51:18
51:19,20,21 57:13
57:19,21,22,25
58:22 60:4 71:24
72:6,8,12 90:13
96:8,14 97:11
120:21 132:5
134:5 141:21
144:6,11,12 145:6

145:14 146:20
153:19 160:3
171:11 172:24
173:7 180:17,21
180:23 181:4,12
183:1,6,11 184:20
184:25 185:2,4,19
187:8 188:4,14,19
188:25 189:5
193:22
taxes 40:14 53:15
133:11 144:15,16
144:18,20,21,22
144:23,24,25
151:2 168:3
193:22
taxpayer 26:4
57:23
TBD 157:12
technical 68:23
TECHNOLOGI...
1:9 2:9
telephone 91:3
tell 7:3 9:19 24:21
56:14 70:5 80:11
90:7 115:20
130:21 143:19
149:12 151:23
153:18 173:1
175:24 180:5
193:3
telling 57:18 79:9
84:17 98:3 111:16
133:9 153:11
tells 66:25
temporarily 175:22
ten 22:9 33:15
53:12
term 129:19 174:2
terms 19:4,13
21:12 30:25 37:20
65:11 79:16
155:22 180:23
testified 7:8 38:15
46:19 58:2,2
60:22 69:6 96:17
109:4 140:8 171:5

179:21
testify 192:16
testimony 9:15
25:10 30:12 39:23
40:2 45:16 47:1
48:17 49:12 55:1
63:10 72:11 75:17
84:20 87:22 90:16
101:9 106:17
110:7 113:1,17
119:22 132:9
139:5,16,18,21
141:10 142:4
151:3 158:8 165:4
168:10 170:10
184:16 193:20
196:10
TEXAS 3:4
text 91:3 120:24
Thank 14:16 46:17
160:23 194:9,14
194:15
thanked 121:2
Thanks 94:8
135:25 142:25
162:24 194:8
Theaters 91:10,14
92:10,21
thing 105:17
119:21 120:24
131:6 140:21
176:20 190:9
192:2
things 36:13 44:11
44:17 45:8,15
121:7 134:11
142:15 154:23
think 23:10 26:24
27:2 28:10 30:10
31:24 32:7 35:23
36:1 38:10,23
42:12,14 44:13,13
45:24 49:7 53:12
53:21 54:9,24
58:18 60:8,13
61:16 64:12 71:8
74:5 80:25 83:19

83:20 87:20 89:13
89:17,17 90:11
96:6 102:25 103:2
104:22 112:11
122:7 130:6
131:15 149:22
150:4,4 154:5
174:16 177:20,21
181:7 190:18,20
thinking 34:7
third 80:19 93:9
101:5 114:18
170:23
thought 31:2 34:7
38:15 102:4 112:8
112:9
thousand 45:5 58:8
61:20 66:23
three 8:14,15 11:21
19:3 30:21 42:6
42:10 71:2 81:15
81:17 92:19
100:17 113:23
114:22 147:4
153:14 156:2,18
156:21 189:19
194:17
Tim 189:15
time 6:11 8:17 10:3
10:5 15:25 17:12
18:4 22:21 23:19
23:25 29:11,19
31:1 32:18 37:1
39:21,22 41:11
42:24 43:6,11
44:17,24 45:14
46:4,8 49:21
51:10,16 53:3,18
54:10,16,18 55:13
55:13,18 56:1,4
56:10 57:4 58:20
60:3,9,14 61:16
61:17 64:12 66:6
67:1 69:14,23,24
70:6 75:6,10 77:4
77:8 78:5 79:7,20
80:12 81:12 82:23

82:24 83:3 85:16
87:5,12 88:24
89:13,20 90:4
91:1,5 93:12 95:9
95:24 96:8 97:6
98:1 102:21
103:14 111:8
112:18,22 118:16
118:20 120:1
124:20,24 125:17
125:21 127:21
134:3,7,9,15
136:17 140:16
144:24 149:4,19
149:20 151:1
153:6 158:12
159:18 160:17
161:1,7,11 162:10
165:9 168:15
171:5,18,20
172:23 180:1
181:14 186:5
190:12 191:7,9,13
193:25 194:2,6,8
194:11,19 196:6,6
**timely** 134:5
**times** 8:13,14,14,15
27:14 29:6,9
103:25,25 104:1,2
190:23,23,24
**timing** 104:25
**tiny** 31:15
**title** 12:21,24
**today** 6:17 8:2,6
10:11 24:8 39:15
59:6,9 87:22 98:7
110:6 116:21
120:4 125:18,19
127:11,23 134:19
144:5 145:13,19
171:23 174:8
189:3 190:5
192:24
**today's** 6:10,11
194:16
**told** 44:23 51:16
53:10,23 54:1

56:16,18 59:1,4
105:18 132:19
165:20
**tomorrow** 11:16
135:24 137:10
**tomorrow's** 139:10
**top** 57:9 62:8 64:21
94:21 98:21 117:5
148:16 156:12
**total** 28:13
**touched** 37:23
**tran-** 177:1
**transact** 67:18
**transact-** 91:22
**transaction** 18:22
40:19 52:18 59:16
61:17,19 83:4
85:25 86:17 87:5
88:2 89:5,9 90:3,5
91:9 94:19,25
95:15 99:18,19
100:2 102:13
103:1,10 104:3,21
106:23 107:5
108:14 110:12
111:18 112:25
113:6,15 115:3,10
117:5 118:5
126:17 129:6,15
130:15 137:14
141:13 162:21
172:18 175:23
176:23 177:10
180:3,13
**transactions** 48:2
50:9 55:25 57:9
64:15 79:24 81:2
81:16 82:20 83:24
84:9 89:22 99:22
100:18 101:17
106:1,2,3,8
107:13 113:23
119:1,10,24 120:6
121:14 122:10,13
129:12 131:16,23
133:15,21,23
134:15,25 135:23

137:7 139:11
140:17 148:12,20
176:3 178:6
179:23 190:4
**transcript** 196:16
**transfer** 78:19 79:1
80:15,17 81:14
82:1 87:2 93:10
95:19 98:23
101:18 102:21
104:16 109:17
119:17 127:1
176:24 177:1
178:6 179:11
**transferor** 87:9
**transferred** 88:13
89:10 92:20
112:10 139:12
146:17 185:17
**transferring** 79:5
111:6 138:17
180:11
**transfers** 77:21
83:17 84:2 86:22
86:24 91:22 93:3
100:9 151:5 165:2
176:18 179:15,20
180:1,15
**transparent** 43:8
**traveled** 9:4
**treat** 153:19
**trial** 180:9 191:21
192:13
**tried** 52:11 175:7
190:3
**true** 15:24 26:15,17
77:22 81:15 84:16
99:17 109:3 114:9
131:15 156:23
158:7 171:24
182:18 195:7
196:9,21
**trust** 1:9 2:9 138:3
138:7,8,9,18
139:13 148:17
**TRUSTEE** 1:9 2:9
**trustworthy** 43:10

**truth** 7:3,4,5 57:19
193:3,4
**truthful** 57:18
87:18
**try** 94:8 131:18
**trying** 18:18 19:11
28:2 37:9 51:12
52:2 97:10 122:15
127:16 130:21
134:14 146:7
150:3 151:9
153:18 164:4
**TT** 1:4 2:4 3:2,7
59:18 159:9
**Tuesday** 1:18 2:19
6:1 11:6
**turn** 65:15 73:14
85:23 98:21 106:7
159:8
**turned** 53:14 152:6
166:22 167:1
**two** 8:14,15 11:21
15:3,10,13,23
16:1 17:25 29:9
41:18 43:22 49:22
51:19 67:9 71:2
79:23 80:1 83:3
86:7,21 87:6 96:7
96:13,15 97:10
99:22 101:16
106:8 121:2 134:6
135:10,15 137:5
138:14 142:23
153:14 175:12
178:5 193:25
**two-minute** 118:15
**type** 18:11 59:6
61:12 70:7,11
128:1 137:15,23
167:17

─────────

**U**

**Ugh** 121:19
**Uh-huh** 18:10 22:4
25:13 29:20 43:2
54:17 57:14 61:22
62:9 64:20,24

65:3,17 66:24
67:12,14 72:21
73:10,13,15,18
76:6 77:20 78:1
78:22 79:25 86:2
88:3,7 94:23
95:14,17 100:20
100:24 101:4,8
108:19,23 110:18
115:12 118:24
124:10 126:5,15
126:18,20,24
129:16 135:1,17
135:17,19 138:5
145:24 152:22
155:2 157:4 158:2
158:22,24 160:4,7
173:16 174:25
176:10 177:3
179:14,17 182:4
192:6 193:14
**ultimately** 81:6
**umbrella** 188:2
**unable** 96:7
**unauthorized**
49:13
**uncertainty** 172:18
**underneath** 65:2
147:15 154:11
**understand** 20:15
33:10 50:6 51:12
52:2 55:12,17
58:12 59:13,25
61:10 65:4,7
67:15 69:22 92:4
105:4 106:14
116:11 121:5
125:23 142:4
151:9 157:15
163:12 168:21
185:7 190:10
**understanding**
27:8,23 29:1
35:11 37:10 40:5
43:25 48:3,21
49:3 53:3 55:20
56:4 59:5 79:4

Majid Zarrinkelk

03-26-19

81:9,11,19 87:7
87:23 88:12 91:13
96:1 97:7 99:2
100:14 106:20
107:17 108:1
111:24 112:3
113:4 114:4,11,25
125:8 126:25
127:6,10 129:22
138:6,16 140:1,5
140:6,16 143:22
147:4 153:10
154:7 163:9,16,25
168:22 169:1
172:21 182:25
183:4 184:19,23
**understood** 14:2
22:10 27:6 33:3
53:6,18 54:18
55:1 61:13 91:7
97:1 121:4 136:14
171:20 192:17
**unethical** 121:6,8
**unexpected** 49:15
**United** 1:1 2:1
18:19 183:11
185:1
**unsavory** 27:20,21
30:11,14 43:5
**unsigned** 74:13
**unvoluntarily** 30:3
**UPS** 134:19
**use** 43:21 49:9 55:2
**usual** 98:2
**utilizing** 50:6

**V**

**vacation** 180:8
**various** 31:13
182:20
**vehicle** 55:5 56:9
191:22
**verbal** 167:3
**verification** 57:3
**verify** 56:17 57:15
**versus** 6:16
**vice** 59:11

**video** 6:6
**VIDEOGRAPH...**
3:21 6:4,24 46:4,7
75:6,9 118:16,19
161:7,10 194:2,5
194:16
**videotaped** 1:16
2:16 6:13 46:15
**volume** 83:18
**volun-** 140:15
**voluntarily** 29:22
29:23,25 49:5
139:6,8 140:11,14
140:15
**volunteer** 116:16
**VS** 1:6 2:6

**W**

**W** 3:3
**wages** 168:3
**wait** 46:11 116:18
**Walker** 3:3 6:23,23
**want** 34:12 35:21
43:20 46:10,15
50:5,9 67:22
82:20 83:1 87:8
99:22 100:17
106:23 113:24
118:22 136:13
146:6 179:10
**wanted** 35:23 38:11
58:22 84:25
104:25 144:15
146:19 169:18
**wants** 146:17,25
148:18
**warning** 45:18
**wasn't** 83:14,14
142:2 157:25
159:21 164:19
**Watson** 101:20
102:11,15,16,21
102:22,25 103:4,5
**way** 28:9 43:19
69:21 74:5 87:17
90:12 125:11
133:8 142:2

148:25
**we'll** 9:24 191:18
**we're** 46:14,14
194:12
**we've** 84:9 139:11
190:5
**wedding** 29:12,16
**Wednesday** 144:22
**week** 121:2 125:13
**weeks** 121:2
**Weichert** 152:7
**Wells** 4:12,13,15
64:5 83:8 84:24
**went** 12:3 45:1,8,15
53:25 102:14
104:23 109:1
148:16,17,17
164:1,10
**weren't** 77:11
84:17 136:11
157:21,22,24
158:8 160:12,25
185:10
**whatsoever** 28:19
30:8 35:12 138:23
140:1
**White** 14:3,9
**wholly** 155:11,14
155:17,25 156:15
156:22
**Wiechert** 3:14,14
83:23
**Wiechert's** 55:25
**wife** 16:19,19,21
150:2
**William** 6:21
116:15
**Wimbledon** 1:4 2:4
3:2,7 6:16 59:17
190:8
**wine** 122:4,5,6
**winter** 8:18 9:7
87:14 188:24
189:9 190:13
**Winton** 161:20
162:1
**wire** 80:2,7,9,11,12

80:13,16,17,18
82:2,2,5,6,9,10
83:7 86:9,15
89:14,17,18
101:19 102:10,14
105:1 106:25
108:16 109:11,17
109:22 110:13
119:21 138:3
139:12 144:5,6
145:12,14 174:22
176:9,13 177:5,13
177:23 178:2,11
179:7,15
**wired** 42:23
**wires** 80:8 82:4,25
119:17 179:18
**wiring** 80:19 82:1
**withdrawal** 88:5
**witness** 3:17 4:2
6:25 38:6 98:22
99:21 100:16
106:22 108:13
110:11 113:22
115:2 117:4 118:4
139:19,22 142:7,9
160:19 182:8
183:10 194:9,15
196:6,17
**word** 9:23 27:22
28:2 43:21 50:3
97:16,22
**words** 38:23
**work** 21:21 22:6
26:13 31:13,24
32:5 33:3 36:13
77:16 125:4,6
136:19 162:13
**worked** 27:4 53:13
74:6 97:13 162:16
**working** 6:6 44:6
149:2 150:18
163:4,7 170:21,22
170:23 191:11
**worry** 44:16 45:22
**wouldn't** 47:18
97:21,23 116:25

131:12 152:3
**write** 42:22
**writes** 137:2,25
144:3 162:21
174:21 176:7
**writing** 116:1
**written** 23:11,16,20
24:1,5,10 31:11
32:19,21 41:13
60:6 118:25
119:23 169:10,23
**wrong** 56:11 57:21
94:4 122:8 140:5
187:9,10 190:8
**wrote** 174:7

**X**

**x** 4:7 5:1,2 56:15
196:16

**Y**

**Y** 56:15
**yeah** 29:18 66:3
73:22 74:23 128:3
146:2 159:11
170:12 174:4
175:18 182:7
193:9 194:13
**year** 32:7 41:17
51:8,18 82:7 96:7
96:12 97:9 120:2
126:14 134:6
175:12 181:4,6
**years** 10:9 11:21
12:22 16:12 17:2
18:6 22:9,9 27:15
27:24 30:21 31:16
31:23 32:13 33:15
33:15 49:25 50:6
53:12 75:21 83:20
96:15 97:13 99:7
107:7 120:10,20
121:19 127:24
142:23 149:6
151:25,25 152:3
166:19 180:15
183:2,6 184:25

Majid Zarrinkelk                                    03-26-19

Page 219

186:5 193:25
**York** 8:18 9:4 12:4
  39:6 191:13
**young** 18:17

**Z**

**Z** 103:8 107:23
**Zarrinkelk** 1:16
  2:16 3:17 4:3,9
  6:14 7:6,15,16
  13:20 14:13 63:1
  86:8 101:24
  118:22 135:9
  147:15,17 152:14
  194:11,17 195:5
**Zarrinkelk's** 122:3
**zero** 181:12
**ZKCO** 14:17,18,18
  14:19,22 80:2,7,8
  80:9,11,13,18
  82:2,6 86:15
  101:19 102:10,14
  106:25 107:15
  108:16 109:8,14
  110:13 115:6,14
  115:22 117:21,25
  118:23 120:7
  123:11 147:16
  162:16

**0**

**07601** 3:10

**1**

**1** 40:12 46:20 47:6
  49:12 87:2,9,24
  88:5,8 171:1
**1/30/1987** 4:11
**1:46** 118:16
**1:55** 118:20
**10** 14:24
**10,000** 31:24 32:5
  116:3 130:20,22
  131:12 152:1
**10:29** 2:19 6:2,11
**100** 18:25 22:12
  37:7 42:14 51:9

69:17,19 89:17
  97:5 177:20 179:2
**100,000** 21:13,17
  21:20,21 51:7
  52:22 98:4 100:25
  105:15 112:17
  113:7 114:16
  118:1 120:25
  121:1 125:13
  149:14 177:5
  178:6
**100K** 128:21
**10100** 2:17 6:12
**10K** 130:15 145:21
  147:5 151:12
  10th 120:22
**11** 14:24 90:12
  157:10,11 181:7
**11/29** 98:23
**11/8/2011** 160:5
**11:25** 46:4
**11:35** 46:8
**110** 144:4
**11th** 93:23 94:14
  113:24 114:15
**12** 158:1,21 180:17
  181:7
**12/9** 91:9
**12:14** 75:6
**12:49** 75:10
**123** 4:21
**125,000** 106:11
**12553** 1:22 2:20
  196:1,25
**127** 94:22 95:13
**12th** 115:3,9
  120:22
**13** 4:10 45:25,25
  50:20 83:19
  153:22 156:24
  180:17
**135** 4:23
**13th** 2:18 100:19
  101:6 113:25
  114:18 120:22
  128:10
**14** 45:24,25 73:2

154:11 159:8
**143** 5:5
**15** 25:8,9 45:24,25
  84:5,6 120:20
**150** 95:18 125:12
  125:22
**150,000** 22:13
  41:23 95:18,23
  97:8 100:5 110:13
  111:6 125:24
  126:1,19,22,25
  127:17,17,21
  132:25 133:10,12
**152** 5:6
**1578** 74:18,25 95:4
**15th** 137:5,11,11
**16** 182:12
**16,000** 145:3
**16,500** 110:3
**16,576-dollar**
  108:15
**161** 5:7
**16K** 144:4,7 145:12
  145:15
**16th** 106:24
**17** 95:13 126:11,16
**173** 5:8
**18** 76:18 98:21
**181** 5:9
**183** 5:10
**186** 5:12
**1987** 13:1
**1990s** 16:13,14
**19th** 118:5
**1st** 85:16 88:24
  93:25 94:16

**2**

**2** 51:7 65:15,25
  76:17 85:23 89:6
  91:8 93:13 94:22
  171:2
**2-** 112:16
**2,035,031.61** 76:19
**2:15-CV-6633-C...**
  6:15
**2:15-CV-6633-C...**

1:7 2:7
**2:49** 161:7
**20** 10:9 17:2 54:2
  97:13 120:20
**20,000** 106:24
  115:4,10 116:3
  178:12
**200** 51:7
**200,000** 52:22 98:4
  105:15 111:19
  112:17,25 113:25
  118:1
**2000** 26:24 90:11
  149:22
**201** 3:10
**2010** 27:2,3 90:11
  160:5
**2011** 4:22,23 5:5
  15:1,2 22:3 23:19
  23:25 29:18 39:17
  40:3 43:15 54:10
  54:14,16 55:13,18
  65:20,22 66:4
  69:23 71:8,9
  72:19 93:12,23,24
  94:1,2,14,15 95:9
  95:16 96:14
  121:17 123:5
  124:15,24 125:17
  125:20 128:10
  133:1 135:11
  137:25 143:8
  153:5 160:6
  180:17,21 182:20
  184:6,21 187:6,7
**2012** 5:6,7 15:4
  22:14 43:15 50:19
  54:10,14,16 55:13
  55:18 72:23 76:18
  83:19 85:16,17
  96:14 99:23,24
  100:18,19,19
  106:9,9,24 108:15
  110:12 111:19
  112:23 113:6,25
  115:9 117:7 118:5
  124:24 125:17

152:17 153:3,22
  161:19 165:10
  181:1 182:21
**2013** 5:8 15:6 22:16
  23:19,25 29:19
  39:17 40:3 69:23
  72:25 88:24,25
  90:21 93:12
  124:24 125:17,21
  173:15 174:19
  175:11 176:6
  181:3,8 182:21
**2014** 29:14 41:9
  42:24 53:22 54:8
  54:9 93:25,25
  94:16,16 181:8
  182:22 187:7
**2015** 124:6 182:22
**2016** 182:22 184:7
  184:21
**2017** 8:18 9:7,9
  14:10 39:6 87:15
  90:12 183:24
  184:3 186:23
  188:24 189:9
  190:13 191:2
**2018** 45:6 182:12
**2019** 1:18 2:19 6:1
  6:10 196:22
**2025.320(a))**
  196:14
**2025.330(a)** 196:7
**2025.540(a)** 196:8
  196:11
**2093** 196:4
**20th** 5:6 152:17
**21** 27:12
**210** 66:10
**225,000** 41:7 42:6
  42:17
**22nd** 106:9
**23rd** 4:21 95:16
  123:5 124:15
  126:10 128:10
  133:1
**240,000** 176:24
**24th** 93:24 94:15

Majid Zarrinkelk                                    03-26-19

Page 220

117:7
**25** 3:9 12:22 16:12
17:2
**25,000** 147:25
149:12 179:7,11
**2536** 67:13
**25K** 145:21 147:5
**25th** 108:15 110:12
**26** 1:18 2:19 6:1,10
**26th** 106:9
**27136** 3:15
**27th** 183:24 184:3
186:23
**28(a))** 196:4
**28,833.33** 177:14
**2875** 193:12
**28th** 113:6
**29th** 4:23 135:11
137:9,25
**2nd** 99:23 113:24

_____
**3**
**3** 64:18 112:16
**3/6** 103:3
**3:01** 161:11
**3:42** 194:2
**3:50** 194:6
**3:51** 194:19,22
**30** 139:13
**30(e))** 196:19
**30(f)(1))** 196:8,11
**300** 193:12
**300-some** 45:5
**300,000** 98:24
100:21 176:9
**30th** 85:17 137:12
196:22
**31** 94:2 99:20
**31st** 88:25 93:25
94:16 111:19
182:20,21,21,21
182:22,22 184:6,7
184:21,21 187:7,7
**33** 4:9 7:17,18
**34** 4:10 13:5,6
61:24,25 66:9
**35** 4:12 62:1,2,3

**36** 4:13 69:1,2 73:4
100:15
**361-2822** 3:16
**364,065,000** 102:1
**37** 4:15 75:24,25
106:7
**373** 153:12
**38** 4:17 85:8,9,10
**39** 4:18 88:17,18

_____
**4**
**4** 63:5,5,8 92:14
153:15 171:2
**4/18** 79:10
**4/19** 78:19 79:10,24
85:25 86:17
**4/20** 88:2,13
**40** 4:20 93:16,17
148:17
**40-** 108:8
**40,000** 106:11
129:12 138:17
139:12 146:19
**40K** 138:2 145:18
145:19 146:1
**41** 4:21 122:25
123:1
**41,672** 92:20
**4120** 3:4
**42** 4:23 135:4,5,10
**43** 5:5 106:21 143:3
143:4
**44** 5:6 108:12 152:9
152:10,15
**45** 5:7 161:14,15
**450** 80:5
**450,000** 78:20 79:5
**46** 5:8 173:9,10,14
**46,500** 41:25
**469** 3:5
**47** 5:9 181:22,23
**47364** 13:12
**474** 159:9
**48** 5:10 183:14,15
183:19
**49** 5:12 120:10
186:15,16,20

193:6,8,9
**4D** 91:9,14 92:10
92:14,21

_____
**5**
**5** 22:2 140:25 171:1
**5-** 31:24 32:5 50:7
**5,000** 152:2
**50** 33:16,18 110:10
124:18 148:16,17
**50,000** 89:10 92:19
100:3 101:5
114:18 116:4,21
117:6 176:18
**500** 91:18
**500-** 104:9
**500,000** 40:13 80:5
80:16 81:5 86:7
86:22 87:6 104:21
105:8,14 118:1
**50K** 125:13
**525-6281** 3:10
**53** 113:5
**5353** 177:19
**557-9391** 3:5
**57** 113:21
**58** 115:1
**5K** 145:21 147:5
151:17

_____
**6**
**6** 5:7,8 90:21 94:1
161:19 171:2
173:15 174:19
**60** 124:18
**600** 50:7
**600,000** 104:9
**61** 117:3
**62** 4:12
**63,167.36** 102:2,8
**65** 118:3
**65,000** 103:3,4,7
**69** 4:13
**6th** 89:9 100:18
101:17 175:11
176:6

_____
**7**
**7** 4:5,9 156:12
171:1
**700,000** 45:3
141:21
**73** 126:8
**75** 4:15
**75202** 3:4

_____
**8**
**8** 65:20,22
**80,000** 162:22
163:13 166:2
**800,000** 40:14
46:25
**85** 4:17
**88** 4:18
**8th** 5:5 143:8

_____
**9**
**9** 42:4
**901** 3:4
**9106** 67:10 76:11
**9114** 85:16 88:23
**92675** 3:15
**93** 4:20
**949** 3:16
**94K** 145:18
**97,551.21** 118:6
**99** 131:10
**99.9** 136:17
**9K** 131:4
**9th** 41:9 99:24
100:18,25