# EXHIBIT G

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------- X
:
THE WIMBLEDON FUND, SPC,                          :   Index No. 650446/2013
:
                Plaintiff,                        :   **AFFIDAVIT OF KIA JAM IN**
                                                  :   **SUPPORT OF DEFENDANT**
        - against -                               :   **ADVISORY IP SERVICES INC.'S**
                                                  :   **OPPOSITION TO MOTION FOR**
ADVISORY IP SERVICES INC., f/k/a SWARTZ IP        :   **DEFAULT JUDGMENT**
SERVICES GROUP INC.,                              :
                                                  :
                Defendant.                        :
                                                  :
                                                  :
---------------------------------------------------------------- X

I, Kia Jam, under penalty of perjury, state as follows:

1. I am an officer of Advisory IP Services Inc. ("Advisory"). I submit this affidavit in support of Advisory's Opposition to the Motion for Default Judgment filed by Plaintiff The Wimbledon Fund, SPC ("Wimbledon"). The following statements are made on my personal knowledge, and if called upon as a witness I could and would testify truthfully regarding same.

2. I have never seen a copy of the complaint, purportedly filed by Wimbledon on or about February 8, 2013 (the "Complaint"). I was first informed of the existence of the Complaint and the underlying lawsuit on June 12, 2013, by David Bergstein, Chief Executive Officer of Advisory. Until that date, I was totally unaware that Wimbledon had filed the underlying action against Advisory.



28332.1

JAM_TT_001459

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this 22 day of June, 2013 at New York, New York.

Further affiant sayeth not.

By: _____
    Kia Jam

State of New York
County of New York
Sworn to before me this 22nd day of June, 20 13 by
Kia Jam
_____

MICHAEL SENZ
Notary Public-State of New York
No. 01SE6114952
Qualified in New York County
Commission Expires Aug. 30, 2016

2

21332.1

JAM_TT_001460