# EXHIBIT H

## Kia Jam

**From:** Frymi Biedak <frymi@grayboxllc.com>
**Sent:** Wednesday, November 9, 2011 11:50 AM
**To:** Kia Jam
**Cc:** david@abcxyz.cc; Jeff Solomon Forwarder
**Subject:** RE: Swartz IP Services - Efile Confirmation and Filed Forms Attached

This is owned by K-Jam and Owari but K-Jam will be named as responsible party when we file for an EIN #.

F

---

**From:** Kia Jam [kjam@kjammedia.com]
**Sent:** Tuesday, November 08, 2011 9:39 PM
**To:** Frymi Biedak
**Subject:** Re: Swartz IP Services - Efile Confirmation and Filed Forms Attached

Is this the one that kjm owns. ??

---

**From:** jswoodwardcpa@aol.com [mailto:jswoodwardcpa@aol.com]
**Sent:** Tuesday, November 08, 2011 07:02 PM
**To:** frymi@grayboxllc.com <frymi@grayboxllc.com>
**Cc:** dbergstein@grayboxllc.com <dbergstein@grayboxllc.com>; Kia Jam
**Subject:** Re: Swartz IP Services - Efile Confirmation and Filed Forms Attached

Hi Frymi:

I am sorry but when we spoke I was on my cell phone and I had a bad connection.

I have completed everything that you requested in your email though.

Attached please see the proof of efiling and then the two different forms that were filed. There should be no tax due even though the filing is delinquent.

I assume that nothing has changed since the incorporation since it was incorporated so recently. If so we can always file an updated Statement of Information. All the required information was included in the two tax reports.

Please let me know if you have any questions.

Scott

-----Original Message-----
From: Frymi Biedak <frymi@grayboxllc.com>
To: jswoodwardcpa <jswoodwardcpa@aol.com>
Cc: David Bergstein <dbergstein@grayboxllc.com>; kjam <kjam@kjammedia.com>
Sent: Tue, Nov 8, 2011 4:50 pm
Subject: Swartz IP Services - Texas Taxes



PLAINTIFF'S EXHIBIT 9 Biedak 3/25/19

1

JAM_TT_000045