# EXHIBIT I

## SUMMARY OF ENTITITES

### I. GION FUNDING SETTLEMENTS INC.

Type of Entity: Delaware C Corporation
Date of Incorporation: December 29, 2010
Shares or Membership Interests: 1,000 authorized / $.001 par value
Secretary: *likely Aaron Grunfeld or Howard Appel*

**Next Steps:**
1. Aaron and/or Howard to provide all Gion corporate documents including resolutions, minutes, etc. to Jeff.
2. Jeff to issue 50 shares to Graybox LLC and appoint David as Chairmen, President and Secretary and take any other required actions, resolutions, annual meetings, etc.
3. Fyrmi to obtain EIN and make sure taxes and payments to Vcorp (registered agent) are paid. DONE.
4. David to provide date and description of all transactions conducted by Gion to date.
5. Jeff, Kia and David to discuss taxes with Majid on Thursday, November 10th.

*Note: Graybox owns Gion.*

### II. HOJO CAPITAL PARTNERS CORP.

Type of Entity: Delaware C Corporation
Date of Incorporation: November 24, 2010
Shares or Membership Interest: 1,000 authorized / $.001 par value
Secretary: *likely Aaron Grunfeld or Howard Appel*

**Next Steps:**
1. Aaron and/or Howard to provide all Hojo corporate documents including resolutions, minutes, etc. to Jeff.
2. Jeff to issue 50 shares to Graybox LLC and appoint David as Chairmen, President and Secretary and take any other required actions, resolutions, annual meetings, etc.
3. Fyrmi to obtain EIN and make sure taxes and payments to Vcorp (registered agent) are paid.
4. David to provide date and description of all transactions (approximately 6 from memory) conducted by Hojo to date.
5. Jeff, Kia and David to discuss corp. taxes with Majid on Thursday, November 10th.

*Note: Graybox owns Hojo.*



PLAINTIFF'S EXHIBIT 48 JAM 3/27/18

1

### III. BOSON LLC

Type of Entity:                Delaware LLC
Date of Incorporation:         TBD
Shares or Membership Interest: TBD
Secretary:                     *likely Aaron Grunfeld or Howard Appel*

**Next Steps:**
1. Aaron and/or Howard to provide Boson minute book and additional corporate documents including resolutions, minutes, etc. to Jeff.
2. Jeff to draft LLC operating agreement with Graybox LLC as Manager with broad powers and no removal by members without his written consent.
3. Fyrmi to obtain EIN and make sure taxes and payments to Vcorp (registered agent) are paid.
4. David to provide date and description of all transactions conducted by Boson to date.
5. Jeff, Kia and David to discuss corp. taxes with Majid on Thursday, November 10th.

*Note: Graybox owns Boson.*

---

### IV. KAMBE ASSET MANAGEMENT INC.

Type of Entity:                Delaware C Corporation
Date of Incorporation:         December 29, 2010
Shares or Membership Interest: 1,000 authorized / $.001 par value
Secretary:                     *likely Aaron Grunfeld or Howard Appel*

**Next Steps:**
1. Aaron and/or Howard to provide all Kambe corporate documents including resolutions, minutes, etc. to Jeff.
2. Jeff to issue 50 shares to Gion Funding Settlements Inc. and appoint David as Chairmen, President and Secretary and take any other required actions, resolutions, annual meetings, etc.
3. Fyrmi to obtain EIN and make sure taxes and payment to Vcorp (registered agent) are paid.
4. David to provide date and description of all transactions conducted by Kambe to date.
5. Jeff, Kia and David to discuss taxes with Majid on Thursday, November 10th.

*Note: Gion owns Kambe.*

---

JAM_TT_000533

### V. SWARTZ IP SERVICES GROUP INC.

Type of Entity:                 Texas C Corporation
Date of Incorporation:          December 02, 2010
Shares or Membership Interest:  100,000 authorized / $.001 par value
Secretary:                      *likely Aaron Grunfeld or Howard Appel*

**Next Steps:**
1. Aaron and/or Howard to provide all Swartz corporate documents including resolutions, minutes, etc. to Jeff.
2. Jeff to issue 1,100 shares to Kjam Media and 1,000 shares to Owari Opus and appoint Kia President and David Secretary and take any other required actions, resolutions, annual meetings, etc.
3. Fyrmi to obtain EIN and make sure taxes and payments to Vcorp (registered agent) are paid.
4. David to provide date and description of all transactions (including transaction(s) with approximately 40 theaters) conducted by Swartz to date.
5. Jeff and David to discuss stock issuance to Jerry Schwartz.
6. Jeff, Kia and David to discuss taxes with Majid on Thursday, November 10th.

*Note: Kjam Media and Owari Opus own Swartz.*

---

### VI. OWARI OPUS INC.

Type of Entity:                 Delaware C Corporation
Date of Incorporation:          October 21, 2010
Shares or Membership Interest:  1,000 authorized / $.001 par value
Secretary:                      *likely Aaron Grunfeld or Howard Appel*

**Next Steps:**
1. Aaron and/or Howard to provide all Owari corporate documents including resolutions, minutes, etc. to Jeff.
2. Jeff to issue 100 shares to Kjam Media and appoint Kia President and David Secretary and take any other required actions, resolutions, annual meetings, etc.
3. Fyrmi to obtain EIN and make sure taxes and payments to Vcorp (registered agent) is paid.
4. David to provide date and description of all transactions conducted by Owari to date.
5. Jeff, Kia and David to discuss taxes with Majid on Thursday, November 10th.

*Note: Kjam Media Owns Owari.*

JAM_TT_000534

### VII. NOBUNAGA UNITY LLC

| | |
|---|---|
| Type of Entity: | Delaware LLC |
| Date of Incorporation: | October 21, 2010 |
| Shares or Membership Interest: | TBD |
| Secretary: | *likely Aaron Grunfeld or Howard Appel* |

**Next Steps:**
1. Aaron and/or Howard to provide Nobunaga corporate documents including resolutions, minutes, etc. to Jeff.
2. Jeff to draft LLC operating agreement with Gray Box LLC as Manager with broad powers and no removal by members without his written consent.
3. Fyrmi to obtain EIN and make sure taxes and payments to Vcorp (registered agent) are paid.
4. David to provide date and description of all transactions conducted by Nobunaga to date.
5. Jeff, Kia and David to discuss corp. taxes with Majid on Thursday, November 10th.

*Note: Gray Box owns Nobunaga.*

---

**Additional action items for Jeff and Frymi:**

1. Form Tristate Lighting Inc. in Delaware.

2. Form Cyrano Group Inc. in Delaware.