# EXHIBIT J

Kiarash Jam                                                    03-27-19

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


THE WIMBLEDON FUND, SPC (CLASS      )
TT),                                )
                                    )
                PLAINTIFFS,         )
                                    )
        VS.                         ) CASE NO.
                                    ) 2:15-CV-6633-CAS-ASJWx
                                    )
GRAYBOX LLC; INTEGRATED             )
ADMINISTRATION; EUGENE SCHER, AS    )
TRUSTEE OF BERGSTEIN TRUST; AND     )
CASCADE TECHNOLOGIES CORP.,         )
                                    )
                DEFENDANTS.         )
_____)


VIDEOTAPED DEPOSITION OF KIARASH JAM

TAKEN ON

WEDNESDAY, MARCH 27, 2019


Sandra Mitchell
C.S.R. 12553

Kiarash Jam                                                           03-27-19

## Page 2

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4    THE WIMBLEDON FUND, SPC (CLASS    )
      TT),                            )
 5                                    )
              PLAINTIFFS,    )
 6                                    )
      VS.            ) CASE NO.
 7                   ) 2:15-CV-6633-CAS-ASJWx
                     )
 8    GRAYBOX LLC; INTEGRATED        )
      ADMINISTRATION; EUGENE SCHER, AS )
 9    TRUSTEE OF BERGSTEIN TRUST; AND  )
      CASCADE TECHNOLOGIES CORP.,    )
10                                    )
              DEFENDANTS.    )
11    _____)
12
13
14
15
16        VIDEOTAPED DEPOSITION OF KIARASH JAM, taken on
17    behalf of the Plaintiff, at 10100 Santa Monica Boulevard,
18    13th Floor, Los Angeles, California, commencing at
19    9:49 a.m., Wednesday, March 27, 2019, before Sandra
20    Mitchell, C.S.R. 12553, pursuant to Notice.
21
22
23
24
25
```

## Page 3

```
 1    APPEARANCES:
 2    For the Plaintiffs, THE WIMBLEDON FUND, SPC (CLASS TT):
 3        COLE SCHOTZ
          BY:  JAMES W. WALKER, ESQ.
 4        901 MAIN STREET, SUITE 4120
          DALLAS, TEXAS 75202
 5        (469) 557-9391
          E-MAIL: JWALKER@COLESCHOTZ.COM
 6
 7    For the Plaintiffs, THE WIMBLEDON FUND, SPC (CLASS TT):
 8        COLE SCHOTZ
          BY:  ERIC S. LATZER, ESQ.
 9        COURT PLAZA NORTH
          25 MAIN STREET
10        HACKENSAK, NEW JERSEY 07601
          E-MAIL: ELATZER@COLESCHOTZ.COM
11
12    For the Defendants, KIARASH JAM:
13        LAW OFFICE OF DAVID WIECHERT
          BY:  DAVID WIECHERT, ESQ.
14        27136 PASEO ESPADA, SUITE B1123, ESQ.
          SAN JUAN CAPISTRANO, CALIFORNIA 92675
15        (949) 361-2822
          E-MAIL: DWIECHERT@AOL.COM
16
17
      Also Present:
18
          BRANDON CAHELA, VIDEOGRAPHER
19
20
21
22
23
24
25
```

## Page 4

```
 1                      I-N-D-E-X
 2    WITNESS
 3    KIARASH JAM
 4                          PAGE
 5        EXAMINATION BY MR. WALKER        9
 6
 7        E X H I B I T S
 8    NUMBER         DESCRIPTION         PAGE
 9    EXHIBIT 1  - NOTICE OF TAKING DEPOSITION OF    11
                   KIARASH JAM
10
          EXHIBIT 2  - STATE OF CALIFORNIA SECRETARY OF    13
11             STATE CORPORATE DOCUMENTS
12    EXHIBIT 3  - HANDWRITTEN NOTES          20
13    EXHIBIT 4  - NOTICE OF DELINQUENT FRANCHISE TAX -   21
                   7/22/2011
14
15    EXHIBIT 5  - LIST OF ENTITIES          23
16    EXHIBIT 6  - E-MAIL - K.JAM - 11/9/2011      28
17    EXHIBIT 7  - E-MAIL - MKATZ - 11/9/2011      32
18    EXHIBIT 8  - CANCELED CHECKS          41
19    EXHIBIT 9  - E-MAIL - K.JAM - 11/15/2011      45
20    EXHIBIT 10 - E-MAIL - K.JAM - 11/15/2011      52
21    EXHIBIT 11 - E-MAIL - K.JAM - 11/15/2011      54
22    EXHIBIT 12 - E-MAIL - K.JAM - 11/15/2011      59
23
24
25
```

## Page 5

```
 1    I N D E X (Continued)
 2        E X H I B I T S
 3
 4    NUMBER         DESCRIPTION         PAGE
      EXHIBIT 13 - E-MAIL TO DAVID BERGSTEIN - 2/2/2011   75
 5    EXHIBIT 14 - E-MAIL - DAVID BERGSTEIN -    97
               12/20/2012
 6
 7        EXHIBIT 15 - E-MAIL - JEFFREY SOLOMON - 1/20/2012   107
 8    EXHIBIT 16 - E-MAIL - K.JAM - 3/13/2012      126
 9    EXHIBIT 17 - E-MAIL - FRYMI BIEDAK - 1/19/2012   132
10    EXHIBIT 18 - KELLER WILLIAMS REALTY - LOI    136
11    EXHIBIT 19 - E-MAIL TO DAVID BERGSTEIN - 4/5/2012   139
12    EXHIBIT 20 - E-MAIL - KATRINA STAGNER - 4/10/2012   145
13    EXHIBIT 21 - E-MAIL - FRYMI BIEDAK - 4/16/2012   149
14    EXHIBIT 22 - E-MAIL TO DAVID BERGSTEIN -    154
               4/19/2012
15    EXHIBIT 23 - E-MAIL - FRYMI BIEDAK - 4/19/2012   159
16    EXHIBIT 24 - E-MAIL - K.JAM - 4/26/2012      163
17    EXHIBIT 25 - E-MAIL - K.JAM - 4/26/2012      170
18    EXHIBIT 26 - E-MAIL - K.JAM - 4/27/2012      178
19    EXHIBIT 27 - CONSULTING SERVICE AGREEMENT    186
20    EXHIBIT 28 - STOCK PURCHASE AGREEMENT    188
21    EXHIBIT 29 - ADDENDUM TO CERTIFICATE OF AUTHORITY   193
               - 8/1/201
22
23    EXHIBIT 30 - E-MAIL - K.JAM - 8/22/2012      194
24
25
```

## Page 6

1        I N D E X (Continued)
2            E X H I B I T S
3
4    NUMBER        DESCRIPTION           PAGE
5    EXHIBIT 31 - E-MAIL - K.JAM- 8/23/2012     196
6    EXHIBIT 32 - E-MAIL - K.JAM - 8/9/4/2012   197
7    EXHIBIT 33 - E-MAIL - ADVISORY IP SERVICES GROUP   200
        - 10/9/2012
8
     EXHIBIT 34 - E-MAIL - DAVID BERGSTEIN - 10/9/2012   203
9
     EXHIBIT 35 - E-MAIL - K.JAM - 10/9/2012    205
10
     EXHIBIT 36 - LETTER - IA - 11/14/2012      206
11
     EXHIBIT 37 - E-MAIL - DAVID BERGSTEIN -    207
12      11/16/2012
13   EXHIBIT 38-A- SEC- CEASE AND DESIST LETTER   213
14   EXHIBIT 39 - E-MAIL - K.JAM - 1/2/2013     228
15   EXHIBIT 40 - E-MAIL - DAVID BERGSTEIN -    230
        5/14/2-2013
16
     EXHIBIT 41 - AFFIDAVIT OF K.JAM            232
17
     EXHIBIT 42 - E-MAIL - FRYMI BIEDAK - 9/24/2013   234
18
     EXHIBIT 43 - E-MAIL - K.JAM - 7/1/2013     238
19
     EXHIBIT 44 - IA EMPLOYEE LIST              240
20
     EXHIBIT 45 - K.JAM WELLS FARGO BANK STATEMENT   242
21
     EXHIBIT 46 - E-MAIL - K.JAM - 12/6/2013    244
22
     EXHIBIT 47 - IA - 2011, 2012,2013, GL DETAIL   251
23
     EXHIBIT 48 - SUMMARY OF ENTITIES           261
24
     EXHIBIT 49 - E-MAIL - DAVID BERGSTEIN - 9/8/2015   266
25

## Page 7

1        I N D E X (Continued)
2            E X H I B I T S
3    NUMBER        DESCRIPTION           PAGE
4    EXHIBIT 50 - E-MAIL - K.JAM - 10/22/2015   272
5    EXHIBIT 51 - KIARASH JAM'S SUPPLEMENTAL RESPONSES   273
        TO PLAINTIFF'S FIRST SET OF COMBINED
6       WRITTEN DISCOVERY CONTAINING THE
        REQUEST FOR ADMISSION
7
     EXHIBIT 52 - MONEY JUDGMENT ENTERED IN THE   277
8       SUPREME COURT OF THE STATE OF NEW
        YORK, COUNTY OF NEW YORK
9
10
11        QUESTIONS INSTRUCTED NOT TO ANSWER
12               (NONE)
13
14        INFORMATION REQUESTED
15               (NONE)
16
17
18
19
20
21
22
23
24
25

## Page 8

00:00:03   1         LOS ANGELES, CALIFORNIA, WEDNESDAY, MARCH 27, 2019
           2              AT 9:49 A.M.
           3
           4         THE VIDEOGRAPHER:  And we are on the record.
09:51:30   5    My name is Brandon Cahela.  I'm a notary public
           6    contracted by eLitigation Services.  I'm not financially
           7    interested in this action, nor am I a relative or
           8    employee of any of the attorneys or any of the parties.
           9         Today is March 27, 2019, and the time is
09:51:48  10    approximately 9:49 a.m.  This video deposition being
          11    taken at 10100 Santa Monica Boulevard, on the 13th
          12    floor, in Los Angeles, California 90067.
          13         The name of the case is the Wimbledon Fund
          14    versus Graybox LLC, filed in the United States District
09:52:15  15    Court, Central District of California Western Division.
          16    The case number is CV-6633-CAS-AJWx.
          17         This is Volume 1 in the videotaped deposition
          18    of Mr. Kia Jam.  This deposition is being taken by
          19    attorney James Walker.
09:52:41  20         Would the attorneys introduce themselves and
          21    state who you represent.
          22         MR. WALKER:  Jim Walker for the plaintiff
          23    Class TT.
          24         MR. LATZER:  Eric Latzer also for the
09:52:48  25    plaintiff.

## Page 9

09:52:51   1         MR. WIECHERT:  David Wiechert for defendant Kia
           2    Jam, who is also the witness today, as well as
           3    Integrated Administration.
           4         THE VIDEOGRAPHER:  Thank you.  We are ready to
09:52:57   5    proceed.
           6         The court reporter today is Ms. Sandi Mitchell
           7    with eLitigation Services.  Would the reporter please
           8    swear in the witness and we can begin.
           9         THE REPORTER:  Please raise your right hand.
09:53:04  10         Do you solemnly swear in the cause
          11         now pending to tell the truth, the
          12         whole truth, and nothing but the
          13         truth so help you God?
          14         THE WITNESS:  Yes, I do.
09:53:04  15              KIA JAM,
          16         having been duly sworn,
          17    was examined and testified as follows:
          18
          19              EXAMINATION
09:53:13  20    BY MR. WALKER:
          21    Q   Good morning, sir.  Please state your full name
          22    for the record.
          23    A   My name is Kiarash Kia Jam.
          24    Q   What is your current residential address?
09:53:22  25    A   514 South Barrington, No. 302, Los Angeles

Kiarash Jam                                                    03-27-19

---

**Page 10**

| 09:53:26 | 1 | 90049. |
| | 2 | Q   How are you currently employed? |
| | 3 | A   I work for myself. |
| | 4 | Q   Do you have a company? |
| 09:53:33 | 5 | A   Yes, I do. |
| | 6 | Q   And what is your current employer? |
| | 7 | A   K.Jam Productions. |
| | 8 | Q   What is the nature of that company, its |
| | 9 | business? |
| 09:53:41 | 10 | A   Entertainment.  Film and television production. |
| | 11 | Q   Could you provide a little greater detail in |
| | 12 | that.  What do you actually do? |
| | 13 | A   I'm a producer primarily of film and |
| | 14 | television.  Primarily film.  I've been doing it for |
| 09:53:56 | 15 | quite some time.  And I'm -- I develop mostly own |
| | 16 | material, and -- and that's what I do. |
| | 17 | Q   What's your highest level of education that you |
| | 18 | achieved? |
| | 19 | A   I graduated from UC Irvine with a bachelor |
| 09:54:09 | 20 | degree. |
| | 21 | Q   What was the bachelor degree in? |
| | 22 | A   Political science. |
| | 23 | Q   What financial training do you have? |
| | 24 | A   Financial training meaning? |
| 09:54:20 | 25 | Q   Financial training or education of any kind? |

**Page 11**

| 09:54:22 | 1 | A   I don't have financial training. |
| | 2 | Q   Did you study any financial courses or related |
| | 3 | courses at UC Irvine? |
| | 4 | A   Yeah, I think we had some -- I don't remember. |
| 09:54:34 | 5 | We had some statistics and calculus and that kind of |
| | 6 | stuff.  I don't really remember exactly what the courses |
| | 7 | were called.  I've taken some courses for budgeting and |
| | 8 | that kind of stuff as well. |
| | 9 | Q   Just over the course of the years? |
| 09:54:48 | 10 | A   Yes, that's correct. |
| | 11 | Q   What age are you? |
| | 12 | A   I just turned 49 years old. |
| | 13 | Q   Where were you born? |
| | 14 | A   I was born in Tehran, Iran. |
| 09:54:57 | 15 | Q   When did you migrate to the United States? |
| | 16 | A   Shortly after I was born, we moved here for my |
| | 17 | father to finish his medical training.  And then we went |
| | 18 | back around 1975.  And then I came back here around 1982 |
| | 19 | and have been in California ever since. |
| 14:15:32 | 20 | (Exhibit 1 was marked for |
| | 21 | identification by the Court Reporter |
| | 22 | and is attached hereto.) |
| | 23 | BY MR. WALKER: |
| | 24 | Q   Now, I've handed you what's been marked as |
| 09:55:20 | 25 | Exhibit 1.  And this is a notice of Rule 30 deposition |

**Page 12**

| 09:55:24 | 1 | directed to you as an individual defendant in this case. |
| | 2 | Do you understand that this is a deposition -- |
| | 3 | A   Yes. |
| | 4 | Q   -- where you're going to provide testimony |
| 09:55:33 | 5 | subject to the oath that you just swore? |
| | 6 | A   Yes, I do. |
| | 7 | Q   And you understand this deposition is taken |
| | 8 | within the context of the fact that you're a defendant |
| | 9 | in the lawsuit that my client, the Wimbledon Fund, SPC |
| 09:55:44 | 10 | (Class TT), has filed against you? |
| | 11 | A   Yes, I do. |
| | 12 | Q   And you understand, I take it, that we've also |
| | 13 | filed suit against your company Integrated |
| | 14 | Administration under a fraudulent transfer theory? |
| 09:55:57 | 15 | A   Yes, I do. |
| | 16 | Q   Do you understand that you've been sued in your |
| | 17 | individual capacity under an alter ego theory with |
| | 18 | respect to the corporation known as Swartz IP? |
| | 19 | A   Yes, I do. |
| 09:56:06 | 20 | Q   Okay.  Now, Swartz IP was later changed -- |
| | 21 | later had its name changed to Advisory Services IP. |
| | 22 | If I refer to Swartz IP throughout the |
| | 23 | deposition, do you understand that I'm talking about |
| | 24 | that entity? |
| 09:56:19 | 25 | A   Yes, I do. |

**Page 13**

| 09:56:19 | 1 | Q   And you don't have any doubt about which entity |
| | 2 | I'm referencing? |
| | 3 | A   No, sir. |
| | 4 | Do I give this back to you now? |
| 09:56:29 | 5 | Q   No, sir.  Good question.  So as I hand you |
| | 6 | exhibits, when we're done with them, if you could just |
| | 7 | kind of stack them over there close to the reporter. |
| | 8 | She'll be the custodian of those exhibits.  And that |
| | 9 | will work for the rest of the day. |
| 09:56:42 | 10 | A   I'll put it this way. |
| | 11 | Q   Let me hand you what's been marked as |
| | 12 | Exhibit 2.  You're welcome to review that for a few |
| | 13 | moments. |
| | 14 | (Exhibit 2 was marked for |
| 09:56:51 | 15 | identification by the Court Reporter |
| | 16 | and is attached hereto.) |
| | 17 | MR. WIECHERT:  Thank you. |
| | 18 | THE WITNESS:  Okay. |
| | 19 | BY MR. WALKER: |
| 09:57:35 | 20 | Q   Could you provide generally a description of |
| | 21 | the documents that comprise Exhibit 2. |
| | 22 | A   These are the corporate formation documents for |
| | 23 | K.Jam Media, which is one of my entities. |
| | 24 | Q   That's a company that you formed; correct? |
| 09:57:48 | 25 | A   Yes. |

eLitigation Services, Inc. - els@els-team.com

Kiarash Jam                                                    03-27-19

Page 14

| 09:57:48 | 1 | Q   And when you formed this company, was it |
| | 2 | roughly February 2007 that it was put together? |
| | 3 | A   Yes. |
| | 4 | Q   When you formed K.Jam Productions -- or K.Jam |
| 09:58:03 | 5 | Media, rather, as evidenced by the documents that |
| | 6 | comprise Exhibit 2, did you have the benefit of legal |
| | 7 | counsel? |
| | 8 | A   I don't think so. |
| | 9 | Q   Okay.  How -- |
| 09:58:14 | 10 | A   I don't recall, actually.  I don't think so.  I |
| | 11 | think I -- I think I just formed it.  I might have used |
| | 12 | Parasec.  I don't remember who I used, but I used one of |
| | 13 | these services, probably, to form it. |
| | 14 | Q   And I see there, if you look at -- throughout |
| 09:58:31 | 15 | the course of the day there's this little serial number |
| | 16 | on the bottom corner of every page. |
| | 17 | A   I see it.  I see it. |
| | 18 | Q   That's called a Bates number. |
| | 19 | A   Yes. |
| 09:58:37 | 20 | Q   It's the way that -- in litigation that he |
| | 21 | track production, by assigning, effectively, a serial |
| | 22 | number to each -- |
| | 23 | A   Got it. |
| | 24 | Q   -- document produced or each page produced.  So |
| 09:58:46 | 25 | from time to time I may reference that number -- |

Page 15

| 09:58:50 | 1 | A   No problem. |
| | 2 | Q   -- just to ease in your finding it. |
| | 3 | A   I appreciate your help.  Thank you. |
| | 4 | Q   If you could turn to 981. |
| 09:58:55 | 5 | A   Got it. |
| | 6 | Q   All right.  Now, this is a document that |
| | 7 | purports the articles of incorporation of -- |
| | 8 | A   Yes. |
| | 9 | Q   -- K.Jam Media, Inc.; correct? |
| 09:59:02 | 10 | A   Uh-huh.  Yes. |
| | 11 | Q   And there under Item 3, the corporation's |
| | 12 | initial agent for service of process was Majid |
| | 13 | Zarrinkelk -- |
| | 14 | A   Yes. |
| 09:59:10 | 15 | Q   -- correct? |
| | 16 | A   Yes. |
| | 17 | Q   Now, he's a friends of yours? |
| | 18 | A   He's a friend, a family member, and also my |
| | 19 | accountant and business -- business manager. |
| 09:59:18 | 20 | Q   How long have you had a relationship with -- as |
| | 21 | business manager with Mr. Zarrinkelk? |
| | 22 | A   Over 20 years, 25 years. |
| | 23 | Q   So your relationship with Mr. Zarrinkelk in a |
| | 24 | commercial context would extend well beyond much earlier |
| 09:59:32 | 25 | than 2007? |

Page 16

| 09:59:33 | 1 | A   That's correct. |
| | 2 | Q   And so, clearly, when you he formed K.Jam |
| | 3 | Media, Inc., you had the benefit of Mr. Zarrinkelk's |
| | 4 | advice to the extent that you required it? |
| 09:59:40 | 5 | A   Yes.  That is correct. |
| | 6 | Q   Now, looking through it, the next page, 982, |
| | 7 | there's a certificate of adoption of bylaws, which you |
| | 8 | signed as director; correct? |
| | 9 | A   Yes, I did. |
| 09:59:53 | 10 | Q   And the certificate at that bottom of that same |
| | 11 | page you signed in your capacity as secretary; correct? |
| | 12 | A   Correct. |
| | 13 | Q   Okay.  So if you could also turn to Page 986. |
| | 14 | And this is the page entitled "Election of Officers"; |
| 10:00:14 | 15 | correct? |
| | 16 | A   Yes. |
| | 17 | Q   And there you're listed individually as both |
| | 18 | the president, secretary, and chief financial officer of |
| | 19 | this particular entity? |
| 10:00:22 | 20 | A   Yes. |
| | 21 | Q   If you could turn to Page 994, please. |
| | 22 | Describe this document for us, please. |
| | 23 | A   It's a statement of information from the State |
| | 24 | of California Secretary of State's office.  And it lists |
| 10:00:47 | 25 | me as the only officer for K.Jam Media.  It is dated |

Page 17

| 10:00:57 | 1 | May 9, 2007. |
| | 2 | Q   And that's your signature at the bottom of the |
| | 3 | document? |
| | 4 | A   That is correct. |
| 10:01:02 | 5 | Q   And, again, we see Mr. Zarrinkelk identified as |
| | 6 | the agent for service of process? |
| | 7 | A   Yes.  Any and -- all my mail and business stuff |
| | 8 | always goes to his office. |
| | 9 | Q   Looking at Page 995. |
| 10:01:15 | 10 | A   995, yes. |
| | 11 | Q   Is that a share certificate? |
| | 12 | A   Yes, it is. |
| | 13 | Q   And it shows that you retained 10,000 shares in |
| | 14 | K.Jam Media, Inc.; correct? |
| 10:01:24 | 15 | A   No.  It's 100,000 shares, I believe.  That's |
| | 16 | what it says authorized -- oh, yes, 10,000.  I'm sorry. |
| | 17 | I was looking at the wrong section.  My apologies. |
| | 18 | Yes.  It is, in fact, 10,000 shares. |
| | 19 | Q   All right. |
| 10:01:37 | 20 | A   My apologies. |
| | 21 | Q   No -- no problem. |
| | 22 | A   Sorry. |
| | 23 | Q   If you could turn to Page 998, please. |
| | 24 | A   Yes, sir. |
| 10:01:42 | 25 | Q   This is a document entitled "Waiver of Notice |

5  (Pages 14 to 17)

Kiarash Jam                                                    03-27-19

---

Page 18

| | | |
|---|---|---|
| 10:01:45 | 1 | of Annual Meeting of Board of Directors of K.Jam Media, |
| | 2 | Inc."; correct? |
| | 3 | A   Yes, it is. |
| | 4 | Q   And it reflects that you conducted -- or |
| 10:01:52 | 5 | executed this document on or about December 8, 2008; |
| | 6 | correct? |
| | 7 | A   Yes. |
| | 8 | Q   Going to Page 1000, is this another Waiver of |
| | 9 | Notice of Annual Meeting that you executed on or about |
| 10:02:12 | 10 | December 7, 2009? |
| | 11 | A   Yes. |
| | 12 | Q   If you could, please, turn to Page 1,002.  Is |
| | 13 | this a Waiver of Notice of Annual Meeting for the same |
| | 14 | company that you executed on or about December 6, 2010? |
| 10:02:30 | 15 | A   Yes. |
| | 16 | Q   And then finally, if you could turn to |
| | 17 | Page 1,006, again, is this another Waiver of Notice of |
| | 18 | Annual Meeting of board of directors that you executed |
| | 19 | on or about December 3, 2012? |
| 10:02:47 | 20 | A   Yes. |
| | 21 | Q   Okay.  So I take it that from the period of |
| | 22 | time from 2007 through 2012, you were familiar with the |
| | 23 | fact that companies had officers; correct? |
| | 24 | A   Yes. |
| 10:02:59 | 25 | Q   Okay.  You had personal experience with that; |

---

Page 19

| | | |
|---|---|---|
| 10:03:01 | 1 | correct? |
| | 2 | A   Yes. |
| | 3 | Q   You were experienced with signing legal |
| | 4 | documents in your capacity as an officer of a |
| 10:03:08 | 5 | corporation; correct? |
| | 6 | A   Yes. |
| | 7 | Q   You were familiar with being appointed as a |
| | 8 | director of a corporation; correct? |
| | 9 | A   Yes. |
| 10:03:16 | 10 | Q   You were familiar with the concept of an agent |
| | 11 | for service of process given your own personal |
| | 12 | experience and designating Mr. Zarrinkelk as such with |
| | 13 | respect to your company; correct? |
| | 14 | A   Yes. |
| 10:03:27 | 15 | Q   And you were familiar with the process of |
| | 16 | preparing and signing a Waiver of Notice of Annual |
| | 17 | Meeting of the board of directors for a corporation? |
| | 18 | A   Yes. |
| | 19 | Q   And you had personal experience with all of |
| 10:03:39 | 20 | this given your involvement with your own company K.Jam |
| | 21 | Media, Inc.; correct? |
| | 22 | A   Yes. |
| | 23 | When you put it away, do I put it away too? |
| | 24 | Q   Yes, sir. |
| 10:03:51 | 25 | A   Okay. |

---

Page 20

| | | |
|---|---|---|
| 10:03:53 | 1 | Q   I'll hand you what's been marked as Exhibit 3. |
| | 2 | (Exhibit 3 was marked for |
| | 3 | identification by the Court Reporter |
| | 4 | and is attached hereto.) |
| 10:03:57 | 5 | BY MR. WALKER: |
| | 6 | Q   And ask you if you could identify that |
| | 7 | document, please. |
| | 8 | A   Identify it meaning? |
| | 9 | Q   Yes, sir.  Well, let me ask you this.  With |
| 10:04:12 | 10 | respect to Exhibit 3, do you recognize the handwriting? |
| | 11 | A   I do. |
| | 12 | Q   And whose is it? |
| | 13 | A   A woman named Frymi Biedak, and I think it's |
| | 14 | her handwriting. |
| 10:04:20 | 15 | Q   Okay.  And up in the left corner we see a |
| | 16 | notation of Colorado address; correct? |
| | 17 | A   Right. |
| | 18 | Q   And a notation next to it of 100,000 shares? |
| | 19 | A   Correct. |
| 10:04:30 | 20 | Q   And then it says "owned by Owari Opus"; |
| | 21 | correct? |
| | 22 | A   Yes. |
| | 23 | Q   And then there's a little notation of some |
| | 24 | kind.  It looks like a cents sign. |
| 10:04:40 | 25 | A   I know. |

---

Page 21

| | | |
|---|---|---|
| 10:04:40 | 1 | Q   And next to that it says K.Jam Media; correct? |
| | 2 | A   Yes, it does. |
| | 3 | Q   And then there's a similar cents sign below |
| | 4 | that and it says Kia Jam; correct? |
| 10:04:49 | 5 | A   Correct. |
| | 6 | Q   And then at the bottom there it says Kia, |
| | 7 | equal, president; correct? |
| | 8 | A   Yes, it does. |
| | 9 | Q   What is this referencing? |
| 10:04:58 | 10 | A   I don't know. |
| | 11 | Q   You have no idea? |
| | 12 | A   I don't know. |
| | 13 | Q   Let me hand you what's been marked as |
| | 14 | Exhibit 4. |
| 10:05:07 | 15 | (Exhibit 4 was marked for |
| | 16 | identification by the Court Reporter |
| | 17 | and is attached hereto.) |
| | 18 | BY MR. WALKER: |
| | 19 | Q   And ask you if you could identify this |
| 10:05:14 | 20 | particular document? |
| | 21 | A   Identify meaning have I seen it before? |
| | 22 | Q   What is this document, sir? |
| | 23 | A   It says it's a Texas notice of delinquent |
| | 24 | Franchise Tax dated 7/22/2011. |
| 10:05:29 | 25 | Q   What company is it for? |

---

6  (Pages 18 to 21)

Page 22

| | | |
|---|---|---|
| 10:05:31 | 1 | A  Swartz IP Services Group, Inc. |
| | 2 | Q  Okay. |
| | 3 | A  Franchise Tax. |
| | 4 | Q  Let me ask you a few questions about this.  So |
| 10:05:37 | 5 | this was a Texas -- a notice of delinquent franchise tax |
| | 6 | the state of Texas issued in connection with Swartz IP; |
| | 7 | correct? |
| | 8 | A  That's what is seems to be, yes. |
| | 9 | Q  And it states that the date of delinquency up |
| 10:05:47 | 10 | in the upper far-right corner was May 17, 2011; correct? |
| | 11 | A  Yes, that is correct. |
| | 12 | Q  Now, the reason for the delinquency is stated |
| | 13 | as the original franchise tax report had not been filed; |
| | 14 | correct? |
| 10:05:59 | 15 | A  Where does say that? |
| | 16 | Q  Up there -- |
| | 17 | A  Yes, I see it.  I see it.  Reason for |
| | 18 | delinquency, yes, original franchise tax not filed. |
| | 19 | Q  Okay.  And a complete signed public information |
| 10:06:09 | 20 | report Form 05-102 was also not filed; correct? |
| | 21 | A  Yes.  That's what it says. |
| | 22 | Q  Okay.  Looking at the bottom left we see Swartz |
| | 23 | IP Services Group, Inc., with a Houston, Texas, address; |
| | 24 | correct? |
| 10:06:21 | 25 | A  Yes. |

Page 23

| | | |
|---|---|---|
| 10:06:22 | 1 | Q  What was located at that address? |
| | 2 | A  I don't know. |
| | 3 | Q  Why was that address selected for Swartz IP? |
| | 4 | A  I don't know. |
| 10:06:30 | 5 | MR. WIECHERT:  Calls -- assumes facts not in |
| | 6 | evidence.  Calls for speculation. |
| | 7 | BY MR. WALKER: |
| | 8 | Q  You can set that aside, sir.  I'm going to hand |
| | 9 | you what's been marked as Exhibit 5. |
| 10:06:48 | 10 | (Exhibit 5 was marked for |
| | 11 | identification by the Court Reporter |
| | 12 | and is attached hereto.) |
| | 13 | BY MR. WALKER: |
| | 14 | Q  Have you seen this document before? |
| 10:06:54 | 15 | A  I don't think so.  I don't recall specifically. |
| | 16 | Q  Looking there to the left of the chart, we see |
| | 17 | a name of an entity; correct? |
| | 18 | A  Yes.  That is correct. |
| | 19 | Q  A there's a series of entities or companies |
| 10:07:06 | 20 | that go down the left side of the chart; correct? |
| | 21 | A  That is correct. |
| | 22 | Q  Then in the next column we see the state of the |
| | 23 | incorporation for each of those entities; correct? |
| | 24 | A  Correct. |
| 10:07:15 | 25 | Q  And then we see the date of incorporation next |

Page 24

| | | |
|---|---|---|
| 10:07:17 | 1 | to that column; correct? |
| | 2 | A  Correct. |
| | 3 | Q  And that date of incorporation is provided for |
| | 4 | each of the companies that are named; correct? |
| 10:07:24 | 5 | A  Yes. |
| | 6 | Q  And then we see an address column followed by |
| | 7 | responsible party column; correct? |
| | 8 | A  Correct. |
| | 9 | Q  Now, looking at the left column, can you |
| 10:07:38 | 10 | identify those entities in which you have held a |
| | 11 | position as officer or director at any time? |
| | 12 | A  CAC Group, Integrated Administration, K.Jam |
| | 13 | Media.  I think that's it. |
| | 14 | Q  So you're testifying under oath that you've |
| 10:08:12 | 15 | never been an officer of Swartz IP Services Group, Inc.? |
| | 16 | A  No, I've not been an officer of Swartz IP. |
| | 17 | Q  Now, you mentioned Frymi Biedak earlier. |
| | 18 | What -- what was her role in connection with the various |
| | 19 | companies that we just saw? |
| 10:08:38 | 20 | A  She was David Bergstein's assistant.  She had |
| | 21 | been with him for many, many years.  Twenty years or |
| | 22 | something.  She handles things for David.  David was in |
| | 23 | control of all of this.  And at his instructions, she |
| | 24 | would do whatever he requested from -- she had a stamp |
| 10:08:55 | 25 | of his signature from signing -- stamping documents, to |

Page 25

| | | |
|---|---|---|
| 10:08:58 | 1 | stamping checks, to wires, transfers back and forth. |
| | 2 | She did everything for David Bergstein. |
| | 3 | Q  In relation to the various companies? |
| | 4 | A  In relation to the various companies; correct. |
| 10:09:09 | 5 | Q  Did you also operate out of the same office |
| | 6 | with Ms. Biedak for a period of time? |
| | 7 | A  That's correct. |
| | 8 | Q  Okay.  What was the first address that you |
| | 9 | inhabited where Ms. Biedak was also resident? |
| 10:09:23 | 10 | A  This building. |
| | 11 | Q  And what -- when was that -- over what period |
| | 12 | of time were you at -- at 10100 Santa Monica Boulevard |
| | 13 | in Century City? |
| | 14 | A  It was -- I'm going to guess the dates; I'm not |
| 10:09:35 | 15 | sure -- in the mid 2000s to 2005, '6.  I'm not sure |
| | 16 | when.  We were in this building for a little while, and |
| | 17 | then we moved to a building -- you know, we hopped from |
| | 18 | building to building in this little one kind of |
| | 19 | little -- you know, between here and Westwood for a |
| 10:09:53 | 20 | number of years. |
| | 21 | And then we were in the Fox Plaza building, |
| | 22 | which is just down the street right here on Avenue of |
| | 23 | the Stars.  It says Fox Plaza.  The Nakatomi building |
| | 24 | from the "Die Hard" movies. |
| 10:10:01 | 25 | And then we moved, I think, from there to Santa |

7  (Pages 22 to 25)

Kiarash Jam                                                        03-27-19

---

Page 26

10:10:10  1    Monica -- well, before Santa Monica we moved to
          2    Westwood.  There was a -- either before or after Santa
          3    Monica we were at Westwood at the Napa Valley Grill
          4    building, and then Santa Monica.
10:10:20  5        Q   So --
          6        A   Colorado.
          7        Q   -- over how many years did you occupy an office
          8    with Ms. Biedak and Mr. Bergstein?
          9        A   Five, six, seven years.
10:10:31 10        Q   And that included all the moves you just
         11    described?
         12        A   Yes, it did.  The longest period was in the
         13    Colorado space, which was, I think, three years.  Close
         14    to three years.
10:10:40 15        Q   Okay.  And Mr. Bergstein was operating his
         16    companies out of that address at each instance?
         17        A   Yes.  He -- he was not the guy who would come
         18    to office every day.  He would come into office
         19    infrequently.  But, yes, that was his address and that's
10:10:54 20    where Frymi and the rest of the staff were.
         21        Q   And that was also -- each of these addresses
         22    that you shared with Mr. Bergstein and Ms. Biedak were
         23    the same address where you conducted your -- your
         24    business operations?
10:11:06 25        A   That is correct.  But I used Majid's address as

---

Page 27

10:11:09  1    well for -- for, you know, bills and stuff -- things
          2    like that.  So I had two addresses.  I also have a PO
          3    box where, if I'm not home, stuff gets shipped to my PO
          4    box.
10:11:21  5        Q   Now, was your impression that Ms. Biedak was
          6    knowledgeable about assisting Mr. Bergstein on matters
          7    pertaining to his companies?
          8        A   Yes.
          9        Q   She was knowledgeable about the formation of
10:11:30 10    companies?
         11        A   100 percent.
         12        Q   The necessity of having officers and
         13    directories for companies?
         14            MR. WIECHERT:  Objection.  Calls for
10:11:38 15    speculation.  No foundation.
         16    BY MR. WALKER:
         17        Q   You can answer the questions.
         18        A   Yes.
         19        Q   Was she knowledgeable about how to set up a
10:11:46 20    company?
         21        A   Yes.
         22        Q   And you've testified to her knowledge and
         23    experience based upon your experience in officing with
         24    her and working with her over a period of many years;
10:11:55 25    correct?

---

Page 28

10:11:56  1        A   Yes.
          2        Q   Let me show you what's been marked as
          3    Exhibit 6.
          4            (Exhibit 6 was marked for
10:12:01  5             identification by the Court Reporter
          6             and is attached hereto.)
          7    BY MR. WALKER:
          8        Q   Now, you know, e-mails, of course, start at the
          9    bottom and work up.  So if you look at the first full
10:12:15 10    e-mail on this page, it's dated November 8, 2011, at
         11    7:02 p.m., from a Mr. Woodward to Frymi with a courtesy
         12    copy to Mr. Bergstein and to you; correct?
         13        A   Yes.  That is correct.
         14        Q   And the subject is Swartz IP Services; correct?
10:12:32 15        A   Correct.
         16        Q   Who is Mr. Woodward?
         17        A   I don't know.
         18        Q   What was his role?
         19        A   I don't know.
10:12:38 20        Q   Well, you can read what he wrote about Swartz
         21    IP Services.  And then you had a question that you
         22    directed to Frymi Biedak shortly thereafter:  "Is this
         23    the one the KJM owns"; correct?
         24        A   Uh-huh.
10:13:00 25        Q   What was KJM signifying there?

---

Page 29

10:13:02  1        A   K.Jam Media.
          2        Q   So you were asking Frymi Biedak if Swartz IP
          3    Services was owned by one of your companies?
          4        A   Yes.
10:13:11  5        Q   Why did you not already know that?
          6        A   I -- you know, Frymi was -- would do a lot of
          7    things, and -- and I would always be trying to get
          8    information from her and from David about things they
          9    were doing and documents that were being drafted.  I was
10:13:24 10    always kind of chasing them for information.  They were
         11    clearly in control of it.
         12        Q   How could she have formed a company and made it
         13    a subsidiary of K.Jam Media without your knowledge or
         14    consent?
10:13:34 15        A   She --
         16            MR. WIECHERT:  Objection.  Assumes facts not in
         17    evidence.
         18    BY MR. WALKER:
         19        Q   You can answer the questions.
10:13:40 20        A   Okay.  She could not have done that.  I don't
         21    think she could have done that.  I think that's
         22    something Majid would have had to have done.
         23        Q   Well, would Majid have done that,
         24    Mr. Zarrinkelk have done that without consulting you?
10:13:51 25        A   No.

---

8  (Pages 26 to 29)

Kiarash Jam

03-27-19

---

Page 30

| | | |
|---|---|---|
| 10:13:51 | 1 | MR. WIECHERT: Question's vague and ambiguous |
| | 2 | as to "done that." |
| | 3 | BY MR. WALKER: |
| | 4 | Q  So why were you asking Ms. Biedak, then, about |
| 10:13:57 | 5 | whether or not your own company, K.Jam Media, owned |
| | 6 | Swartz IP? |
| | 7 | A  I -- probably just wanted clarity.  There was |
| | 8 | a lot of entities running around.  I didn't know who |
| | 9 | this guy was, probably.  I was just trying to get more |
| 10:14:09 | 10 | information.  There's a lot of times me asking David and |
| | 11 | Frymi for information trying to get to the bottom of |
| | 12 | what's what. |
| | 13 | Q  Well, she responded to you saying that "Swartz |
| | 14 | IP was owned by K.Jam and Owari, but Kia Jam will be |
| 10:14:21 | 15 | named as responsible party when we file for an employer |
| | 16 | ID number"; correct? |
| | 17 | A  That's what she responded, yes. |
| | 18 | Q  Okay.  And what did you understand that it |
| | 19 | meant when she said that K.Jam would be named as a |
| 10:14:32 | 20 | responsible party? |
| | 21 | A  I don't know what I understood then, but I |
| | 22 | understand what that means now is when you file for an |
| | 23 | EIN, the responsible party is the one that's responsible |
| | 24 | for the taxes. |
| 10:14:44 | 25 | Q  Now, we didn't see an e-mail from you where you |

---

Page 31

| | | |
|---|---|---|
| 10:14:48 | 1 | asked any further questions in this regard. |
| | 2 | Did you simply accept Ms. Biedak's answer? |
| | 3 | MR. WIECHERT: Calls for speculation.  No |
| | 4 | foundation. |
| 10:14:56 | 5 | THE WITNESS: I don't recall.  I might have |
| | 6 | called her or called David about them.  And, |
| | 7 | ultimately, I think Graybox was the entity, which is |
| | 8 | David Bergstein's entity, that became the responsible |
| | 9 | party.  So none of this happened. |
| 10:15:08 | 10 | BY MR. WALKER: |
| | 11 | Q  But, certainly, the idea that your own company |
| | 12 | K.Jam Media would be an owner of Swartz IP and would be |
| | 13 | named as responsible party was under consideration as of |
| | 14 | November 9, 2011; correct? |
| 10:15:21 | 15 | MR. WIECHERT: The question's vague and |
| | 16 | ambiguous.  Calls for speculation. |
| | 17 | THE WITNESS: It was under consideration by |
| | 18 | Frymi and David.  They're just notifying me what their |
| | 19 | thoughts were.  I don't recall what my response or |
| 10:15:30 | 20 | question.  Or, you know, if I called David afterwards, |
| | 21 | said, What are you doing?  What is this?  I don't recall |
| | 22 | what I did, but this clearly did not happen. |
| | 23 | BY MR. WALKER: |
| | 24 | Q  Now, Mr. Bergstein is using an e-mail address |
| 10:15:41 | 25 | david@abcxyz.cc.  Do you see that? |

---

Page 32

| | | |
|---|---|---|
| 10:15:46 | 1 | A  Yes, I do.  He had two -- two e-mail addresses |
| | 2 | that he used a lot.  That was one of them.  The other |
| | 3 | one was a Graybox e-mail.  Those are two that I know. |
| | 4 | If he had more, I'm not aware. |
| 10:15:54 | 5 | Q  Why would he be using a e-mail which a Chinese |
| | 6 | domain? |
| | 7 | A  I don't -- |
| | 8 | MR. WIECHERT: Calls for speculation. |
| | 9 | THE WITNESS: I'm sorry.  I don't know why |
| 10:16:03 | 10 | David did a lot of what he did. |
| | 11 | BY MR. WALKER: |
| | 12 | Q  Let me hand you what's been marked here as |
| | 13 | Exhibit 7. |
| | 14 | (Exhibit 7 was marked for |
| 10:16:15 | 15 | identification by the Court Reporter |
| | 16 | and is attached hereto.) |
| | 17 | THE WITNESS: Okay. |
| | 18 | BY MR. WALKER: |
| | 19 | Q  If you could take a look at these records, sir, |
| 10:16:21 | 20 | for a few minutes.  Let me know when you've completed |
| | 21 | your review. |
| | 22 | A  Thank you kindly. |
| | 23 | How thoroughly do you need me to read every |
| | 24 | page? |
| 10:16:28 | 25 | Q  Just -- just take a look at it and then I'll |

---

Page 33

| | | |
|---|---|---|
| 10:16:42 | 1 | only have certain parts that I -- |
| | 2 | A  Okay. |
| | 3 | Q  -- I will ask you about.  But I want to give |
| | 4 | you the courtesy of being able to review the document. |
| 10:16:47 | 5 | A  I appreciate that courtesy.  Thank you kindly. |
| | 6 | Yes.  I understand what this is. |
| | 7 | Q  Okay.  So this is a set of records pertaining |
| | 8 | to Swartz IP Services Group; correct? |
| | 9 | A  Yes, that is correct. |
| 10:17:07 | 10 | Q  Okay.  And the first page of Exhibit 7 is an |
| | 11 | e-mail dated November 9, 2011, from an |
| | 12 | mkatz@vcorpservices with a courtesy copy to |
| | 13 | Mr. Bergstein, Mr. Solomon, and to you; correct? |
| | 14 | A  Correct. |
| 10:17:25 | 15 | Q  Turning to the second page, 499, again we see |
| | 16 | now the certificate of formation of Swartz IP Services |
| | 17 | Group; correct? |
| | 18 | A  Yes, sir. |
| | 19 | Q  And, again, do you have any idea what was |
| 10:17:38 | 20 | actually located at 10101 Fondren Road in Houston, |
| | 21 | Texas? |
| | 22 | A  No, sir. |
| | 23 | Q  Do you have any idea why that address was |
| | 24 | selected? |
| 10:17:47 | 25 | A  No, sir. |

---

9  (Pages 30 to 33)

Kiarash Jam                                                          03-27-19

---

Page 34

10:17:48   1        Q   Director -- under Article 3, directors --
          2    director one is identified as Aaron Grunfeld; correct?
          3        A   Yes, sir.
          4        Q   What was your understanding was Aaron
10:17:56   5    Grunfeld's role?
          6        A   I know Aaron to be an attorney.  I don't know
          7    what his role is here.  I was not -- this was -- I -- I
          8    didn't have anything to do with the formation of this
          9    company, so I can't tell you what his role was here.
10:18:08  10    But I do know Mr. Aaron Grunfeld.
         11        Q   Turning to next page, 500, the -- the organizer
         12    is identified as Effie Stern.
         13        Do you see that?
         14        A   Yes, I do.
10:18:19  15        Q   What was Mr. Stern's role?
         16        A   Again, I don't know.  I would assume that --
         17        MR. WIECHERT:  Don't -- don't assume.
         18        THE WITNESS:  I don't know.  I don't know.  I
         19    had nothing to do with the formation of this company.
10:18:31  20    BY MR. WALKER:
         21        Q   Did you ever work with Mr. Stern on any
         22    particular matter or entity?
         23        A   I don't specifically recall.
         24        Q   Turning to Page 501, please.
10:18:41  25        A   Yes, sir.

---

Page 35

10:18:41   1        Q   There's a certificate of filing effectuating a
          2    name change of Swartz IP Services Group, Inc.; correct?
          3        A   Yes, sir.
          4        Q   And it changes the name to Advisory IP
10:18:50   5    Services, Inc.; correct?
          6        A   Yes, sir.
          7        Q   This is dated and effective June 13, 2012?
          8        A   Yes, sir.
          9        Q   Why was this name change done?
10:19:00  10        A   I have no idea, sir.
         11        Q   Going to the next page, 502, we see a
         12    certificate of amendment also effectuating a name
         13    change; correct?
         14        A   I don't know what this effectuates, but I see
10:19:12  15    something called a certificate of amendment.
         16        Q   Turning to Page 504, do you recognize that as
         17    David Bergstein's signature stamp?
         18        A   Yes, I do.
         19        Q   Did you ever possess his signature stamp for
10:19:28  20    any period of time?
         21        A   No, sir.
         22        Q   You never once had possession of it?
         23        A   No, sir.
         24        Q   Do you know why it was used in this instance?
10:19:35  25        MR. WIECHERT:  I'm sorry.  I just want to make

---

Page 36

10:19:37   1    sure that there's no double negative.  He asked you, you
          2    never possessed it?
          3        THE WITNESS:  Oh.  I never -- I'm sorry if I
          4    was unclear.  I never possessed the stamp.
10:19:46   5        Thanks for clarifying that.
          6    BY MR. WALKER:
          7        Q   Where was the stamp kept?
          8        A   Frymi kept it locked up in her office.  I don't
          9    know if she took it home at night or not.
10:19:58  10        Q   And you never used the signature stamp on a
         11    single occasion?
         12        A   No, sir.
         13        Q   Not even at Mr. Bergstein's request?
         14        A   No, sir.  I never had possession of the stamp.
10:20:09  15        Q   If you could turn to Page 508, please.
         16        Now, we see that there are two officers
         17    designated for Swartz IP, one being president and one
         18    secretary, and they're both David Bergstein; correct?
         19        A   That's what it says, yes.
10:20:20  20        Q   Okay.  But Mr. Bergstein was not designated as
         21    vice president, was he?
         22        A   Not according to this.
         23        MR. WIECHERT:  The document speaks for -- for
         24    itself.
10:20:27  25        THE WITNESS:  I'm sorry.  What did you say?

---

Page 37

10:20:28   1        MR. WIECHERT:  I said the document speaks for
          2    itself.
          3        THE WITNESS:  Okay.
          4    BY MR. WALKER:
10:20:32   5        Q   There's no indication as to an appointment of
          6    Mr. Bergstein as vice president, is there?
          7        A   No.
          8        Q   But if you turn to the last page, sir, or the
          9    second-to-last page, I guess, 518, there's another name
10:20:52  10    change for Swartz IP Services Group to IP Services
         11    Group.
         12        Do you see that?
         13        A   I see an amendment to registration and I see
         14    entity information, Swartz IP Services Group.
10:21:06  15        Where does it say that the name was?
         16        Q   Item 4?
         17        A   Item 4, the registration -- yes, I do.  I see
         18    it.  That's correct.
         19        Q   Do you know why this name change was done?
10:21:13  20        A   No, sir.
         21        Q   What was Mr. Swartz's involvement in Swartz IP?
         22        A   I don't know.
         23        Q   Did you ever meet Jerome Swartz?
         24        A   Yes.  On many occasions.
10:21:25  25        Q   What was the purpose of the meetings?

---

10  (Pages 34 to 37)

Page 38

10:21:27   1      A   My meetings with Jerry Swartz primarily were
           2   entertainment-based.  He would talk about movies he was
           3   involved with, movies he funded.  Some of the movies
           4   that David was developing and making, I would meet with
10:21:41   5   him on those.  I would update him on what was going on
           6   with the movies.  He would tell me about some of the
           7   stuff he was doing.  He was doing some brain research
           8   thing in San Diego; he told me about it.  And on
           9   multiple occasions he would want me to help his friends.
10:21:54  10   He would have friends that wanted to be in the business,
          11   or one occasion a girlfriend of his, some -- a DJ wanted
          12   to be in a movie, an actress, and I would give them
          13   advice and that kind of stuff.  But it was all about
          14   movies.
10:22:08  15          Oh, we also talked about Broadway 4D, which is
          16   a project that, at one point, he almost got involved
          17   with.  It's a project that I've been involved with for
          18   many years.
          19      Q   Now, there's also a company called Integrated
10:22:20  20   Administration; correct?
          21      A   That is correct.
          22      Q   What was the formal name of that company?
          23      A   Integrated Administration.
          24      Q   Did it have an Inc.?
10:22:29  25      A   Oh, I don't remember.  I'm pretty sure it was

Page 39

10:22:31   1   an Inc. and not an LLC, but I am not certain.
           2      Q   What positions did you hold in that company?
           3      A   I was -- it was -- it was a company that I
           4   think was a subsidiary of K.Jam Media, so I -- I
10:22:39   5   possessed all of the offices in that company, I believe.
           6   There were no other officers in that company, I believe.
           7      Q   What was the nature of business for that
           8   company, Integrated Administration?
           9      A   I -- it was a kind of a payroll company.  A
10:22:52  10   company that offered services, overhead services and
          11   payroll services to other entities.
          12      Q   Did it offer any services or perform any
          13   services for companies other than those affiliated with
          14   you and Mr. Bergstein?
10:23:06  15      A   No.  No companies that were not affiliated
          16   with me or Bergstein, no.
          17      Q   Okay.  So the only companies that Integrated
          18   Administration provided any services to were those
          19   affiliated with you and Mr. Bergstein?
10:23:18  20      A   That's correct.
          21      Q   And how was Integrated Administration
          22   compensated for those services?
          23      A   It -- we would take -- you know, we would
          24   sometimes advance monies and we would take fees.  We
10:23:30  25   would take -- you know, we would -- IA would take fees

Page 40

10:23:35   1   for the services to the extent that it could, and -- and
           2   that's what it did.
           3      Q   Who was providing -- how many employees did IA
           4   have at any given time?  What was the most employees it
10:23:47   5   had?
           6      A   I will guess probably 30.
           7      Q   And which company was providing employee
           8   benefits, if any, for those --
           9      A   IA.
10:23:54  10      Q   -- employees?
          11      A   You mean health insurance?
          12      Q   Yes, sir.
          13      A   Yes, it was Integrated Administration, I
          14   believe, yes.
10:24:00  15      Q   And were those employees working for Integrated
          16   Administration or for the other companies?
          17      A   Some worked -- they all worked for other
          18   companies, but their paychecks came from Integrated
          19   Administration.  Some worked for Sovrin; some worked for
10:24:14  20   David; some worked for me.  But the paychecks all came
          21   from Integrated Administration, even though they worked
          22   for other entities.
          23      Q   Were the employees leased to the other
          24   companies?
10:24:24  25      A   I don't know what that -- I don't know what

Page 41

10:24:26   1   that means.  Leased?
           2      Q   Yes, sir.  Did -- was Integrated Administration
           3   leasing its employees to these other companies that
           4   those employees were working for?
10:24:36   5      A   I don't know what that means.  I don't know
           6   what it means to lease an employee.  Sorry.
           7      Q   Did Integrated Administration have a contract
           8   that defined the parameters and the -- the circumstances
           9   of Integrated's compensation from the other entities for
10:24:55  10   whom its employees worked?
          11      A   No.  Not that I recall.
          12      Q   Let me hand you what's been marked as
          13   Exhibit 8.
          14          (Exhibit 8 was marked for
10:25:05  15           identification by the Court Reporter
          16           and is attached hereto.)
          17   BY MR. WALKER:
          18      Q   This is a series of checks drawn on the Swartz
          19   IP account.  If you could turn to the second page,
10:25:14  20   please.
          21      A   Okay.  There's no number here.
          22      Q   I know, sir.  I know.  These --
          23      A   Is the check No. 1026?
          24      Q   Yes, sir.  The numbers -- actually, this little
10:25:23  25   box on the left, these banks -- these records were

Kiarash Jam                                                      03-27-19

---

Page 42

10:25:26  1  produced pursuant to a subpoena issued to the financial
          2  institution.
          3      A   Okay.  I just want to make sure we're talking
          4  about the same document.
10:25:33  5      Q   So these were actually produced by the bank.
          6      A   Great.
          7      Q   Going to the second page of this exhibit, do
          8  you see a check 1026 --
          9      A   I do.
10:25:40 10      Q   -- dated July 2, 2012?
         11      A   I do.
         12      Q   Written to a Che Sheng?
         13      A   I do.
         14      Q   Who is Che Sheng?
10:25:43 15      A   I don't know.
         16      Q   You've never heard that name before?
         17      A   No, I have not.
         18      Q   You've never met that person?
         19      A   I don't think so.
10:25:53 20      Q   Going to the next page, you see a check for
         21  $4,960 that was issued in August of 2012 to Robert
         22  Pressler; correct?
         23      A   I do, yes.
         24      Q   Who is Robert Pressler?
10:26:03 25      A   I don't know.

---

Page 43

10:26:05  1      Q   Did you ever meet him?
          2      A   I don't recall meeting Robert Pressler, no.
          3      Q   Looking to the endorsement where Mr. Pressler
          4  signed, it was for RPP Enterprises.
10:26:13  5          Are you familiar with that company?
          6      A   No.
          7      Q   Going to the next page, we see a check for
          8  $12,000 to Graybox; correct?
          9      A   Yes.
10:26:25 10      Q   Why was this check issued?
         11      A   I don't --
         12          MR. WIECHERT:  Calls for speculation.  No
         13  foundation.
         14          THE WITNESS:  I don't know.  I was not in
10:26:33 15  control of this account.  I had nothing to do with this
         16  account.
         17  BY MR. WALKER:
         18      Q   Going to the next page, we see a check 1052
         19  dated December 18, 2013, in the amount of $10,000 paid
10:26:46 20  to Integrated Administration; correct?
         21      A   Yes, that's what it is.
         22      Q   Why was this check issued?
         23      A   I don't know why it was issued, but David would
         24  arrange funding for IA from multiple sources, and this
10:26:59 25  was a check to Integrated Administration.  I don't why

---

Page 44

10:27:03  1  he issued it.
          2      Q   Was -- did Integrated Administration issue an
          3  invoice for -- requiring this payment?
          4      A   I would issue to David -- I would let David
10:27:11  5  know on a regular basis what our cash needs were with
          6  the breakdown of this much is for payroll; this much is
          7  rent; this much is the phone bill; this much is
          8  Internet; and this is the money we need.  And he would
          9  arrange the funding.
10:27:23 10      Q   So he would fund it on a cost basis?
         11      A   I don't know what that means.
         12          MR. WIECHERT:  I don't know what that means
         13  either.
         14  BY MR. WALKER:
10:27:30 15      Q   Turning to the next page, there's another check
         16  to Integrated Administration for $12,000; correct?
         17      A   Yes.  That's correct.
         18      Q   What was the purpose of this check?
         19      A   Same as the other check.  I don't know.  As I
10:27:41 20  said, David was -- he would fund Integrated
         21  Administration.  And I don't know what this was for at
         22  the time, but...
         23      Q   Now, once the two checks to Integrated totaling
         24  $22,000 had been issued and deposited in the Integrated
10:27:56 25  Administration account, you had access to those funds;

---

Page 45

10:27:58  1  correct?
          2      A   Correct.  I was the signer on the Integrated
          3  Administration's account.
          4      Q   Now, looking at the last page of this
10:28:07  5  Exhibit 8.  Is that your endorsement, your signature?
          6      A   No.
          7      Q   Is that, in fact, David Bergstein's signature?
          8      A   It looks like it.  It looks like a sloppy
          9  version of his signature.
10:28:21 10      Q   And you're certainly familiar with
         11  Mr. Bergstein's signature?
         12      A   Yes, that is correct.
         13      Q   You've seen it many, many times?
         14      A   Yes, I have.
10:28:26 15      Q   So Mr. Bergstein also had access to the
         16  Integrated Administration bank account?
         17      A   No.  The only signers were myself and Majid.
         18      Q   Let me hand you what's been marked as
         19  Exhibit 9, sir.
10:28:48 20          (Exhibit 9 was marked for
         21          identification by the Court Reporter
         22          and is attached hereto.)
         23          THE WITNESS:  Okay.
         24  BY MR. WALKER:
10:28:59 25      Q   Have you had an opportunity to review it?

---

12  (Pages 42 to 45)

Kiarash Jam                                          03-27-19

Page 46

| | | |
|---|---|---|
| 10:29:02 | 1 | A  Yes. |
| | 2 | Q  Very good.  Now, on the first page of Exhibit 9 |
| | 3 | we see an e-mail there the bottom from David Bergstein |
| | 4 | to you on November 15, 2011; correct? |
| 10:29:12 | 5 | A  Yes. |
| | 6 | Q  And he says, "Need you sign this in two places: |
| | 7 | The note and the SWOP"; correct? |
| | 8 | A  Yes. |
| | 9 | Q  What did SWOP stand for? |
| 10:29:21 | 10 | A  I don't know. |
| | 11 | Q  Was he referencing a swap? |
| | 12 | MR. WIECHERT:  Calls for speculation. |
| | 13 | THE WITNESS:  I don't know. |
| | 14 | BY MR. WALKER: |
| 10:29:27 | 15 | Q  Now, you responded three minutes later saying, |
| | 16 | "Printing them now.  Can you call me to tell me what |
| | 17 | they are"; correct? |
| | 18 | A  Yes. |
| | 19 | Q  And he said shortly thereafter, "Call you in |
| 10:29:43 | 20 | five"; correct? |
| | 21 | A  Yes. |
| | 22 | Q  Now, looking at the documents themselves, the |
| | 23 | next page, 210, is an e-mail from David Bergstein to you |
| | 24 | at 4:02 p.m. forwarding what was characterized as a SIP |
| 10:29:57 | 25 | note; correct? |

Page 47

| | | |
|---|---|---|
| 10:29:57 | 1 | A  Yes. |
| | 2 | Q  And you understood SIP was referring to Swartz |
| | 3 | IP? |
| | 4 | A  Sure. |
| 10:30:03 | 5 | Q  The next page we actually see a Swartz IP |
| | 6 | Services, Inc., reference note; correct? |
| | 7 | A  Yes. |
| | 8 | Q  All right.  And looking at the first paragraph, |
| | 9 | it says that, "The undersigned, Swartz IP Services, |
| 10:30:14 | 10 | Inc., promises to pay Wimbledon Fund (Class TT) the |
| | 11 | principal sum of $25 million on November 14, 2016; |
| | 12 | correct? |
| | 13 | A  Yes. |
| | 14 | Q  So it was, effectively, a five-year note? |
| 10:30:30 | 15 | MR. WIECHERT:  Calls for a conclusion and a |
| | 16 | legal conclusion. |
| | 17 | BY MR. WALKER: |
| | 18 | Q  You can answer the question, sir. |
| | 19 | A  So from 2011, five years later is 2016, yes. |
| 10:30:41 | 20 | Q  Okay.  And the date of the note there in the |
| | 21 | middle right column -- |
| | 22 | A  November 14th. |
| | 23 | Q  -- was November 14, 2011; correct? |
| | 24 | A  Yes. |
| 10:30:48 | 25 | Q  And the principal sum would -- was due on |

Page 48

| | | |
|---|---|---|
| 10:30:50 | 1 | November 14, 2016; correct? |
| | 2 | A  Or 2011. |
| | 3 | Q  Or 2021? |
| | 4 | A  Yes. |
| 10:30:57 | 5 | Q  So it was either a five-year or a ten-year |
| | 6 | note, depending upon whether it was extended? |
| | 7 | A  Yes. |
| | 8 | Q  If you could look at Page 214, please. |
| | 9 | Mr. Bergstein sent you by e-mail another SIP |
| 10:31:19 | 10 | note; correct? |
| | 11 | A  Yes. |
| | 12 | Q  Okay.  And these were two documents he was |
| | 13 | asking you to sign? |
| | 14 | A  That's correct. |
| 10:31:30 | 15 | Q  Okay.  Did he call you back in five minutes as |
| | 16 | the first page of Exhibit 9 indicates? |
| | 17 | A  I don't really remember. |
| | 18 | Q  Did he explain the notes to you? |
| | 19 | A  I don't really remember.  I'm sure if I asked |
| 10:31:40 | 20 | him, he said, "It's part of business.  It's great." |
| | 21 | At the time, things were going quite well.  So |
| | 22 | I -- I'm sure he said, "This is great.  It's part of |
| | 23 | what we're doing.   It's money we're going to use to |
| | 24 | build businesses."  But I don't specifically remember if |
| 10:31:54 | 25 | he called me five minutes after he sent me that e-mail. |

Page 49

| | | |
|---|---|---|
| 10:31:57 | 1 | Q  Did you sign those documents? |
| | 2 | A  I signed them, I believe so, yes. |
| | 3 | Q  At the time that you signed them, did you |
| | 4 | understand that you were signing a legal document? |
| 10:32:04 | 5 | A  Yes. |
| | 6 | Q  Did you understand that were you signing a |
| | 7 | promissory note? |
| | 8 | A  I didn't read it when I signed it.  I was |
| | 9 | signing for him at the time.  He was going through a |
| 10:32:13 | 10 | pretty public bankruptcy at the time and the press had |
| | 11 | really gone after him and painted him in a very negative |
| | 12 | light at the time.  And he ended up, obviously, winning |
| | 13 | that bankruptcy case, as I'm sure you know. |
| | 14 | So he was vilified.  He had said to me, |
| 10:32:29 | 15 | "Because of all the negative press around me, I can't be |
| | 16 | the front.  I can't be the guy making some of these |
| | 17 | deals.  I'd like you to come in and do that.  We're |
| | 18 | building businesses together." |
| | 19 | The same thing happened when we bought Miramax |
| 10:32:42 | 20 | right before this.  He couldn't be the front of that |
| | 21 | deal and -- and I helped put that deal together and we |
| | 22 | ended up closing that transaction.  So we had just |
| | 23 | closed a rather large deal and he said this is kind of |
| | 24 | the next chapter and I had to reason to believe there |
| 10:32:55 | 25 | was anything wrong or -- or bad going on with any of |

Kiarash Jam                                      03-27-19

---

Page 50

| 10:32:59 | 1 | this stuff. So he sent it to me to sign it and I signed |
| | 2 | it. |
| | 3 | Q   And you were content to accommodate his |
| | 4 | difficult situation by becoming the front man? |
| 10:33:10 | 5 | A   I helped him out, yes. |
| | 6 | Q   And in doing that, you were working together? |
| | 7 | MR. WIECHERT:  Objection.  Vague and ambiguous. |
| | 8 | BY MR. WALKER: |
| | 9 | Q   Right? |
| 10:33:18 | 10 | Well, let me ask you this:  I mean, clearly, |
| | 11 | you and Mr. Bergstein were working on the transaction -- |
| | 12 | A   David was the boss.  I worked for David, yes. |
| | 13 | David was calling all the shots, unequivocally. |
| | 14 | Q   But you're a grown man; right? |
| 10:33:31 | 15 | A   Yes, sir. |
| | 16 | Q   And you were a grown man back then? |
| | 17 | MR. WIECHERT:  It's argumentative, but we'll |
| | 18 | stipulate that he was grown. |
| | 19 | BY MR. WALKER: |
| 10:33:36 | 20 | Q   You were capable of exercising free will? |
| | 21 | A   Yes, I was. |
| | 22 | Q   You were operating other businesses that didn't |
| | 23 | involve Mr. Bergstein? |
| | 24 | A   That's correct. |
| 10:33:43 | 25 | Q   You had the advice of Majid Zarrinkelk at any |

Page 51

| 10:33:47 | 1 | time that you required it? |
| | 2 | A   I did. |
| | 3 | Q   You were able to retain counsel and seek legal |
| | 4 | advice at any time that you required it; correct? |
| 10:33:54 | 5 | A   I did.  I didn't think I required it at this |
| | 6 | point.  I didn't have any reason to believe David was |
| | 7 | doing anything wrong.  He is a very, very smart man. |
| | 8 | And I was assuming he was getting all the legal advice |
| | 9 | and doing all that before he would send me something for |
| 10:34:07 | 10 | signature. |
| | 11 | Q   But there was no barrier to you contacting an |
| | 12 | attorney and asking him to advise you on the |
| | 13 | ramifications and the particulars of the documents you |
| | 14 | were signing? |
| 10:34:16 | 15 | A   There were no barriers, but I didn't feel the |
| | 16 | need to do that because I trusted Dave at this time. |
| | 17 | Q   Were you working with anyone else other than |
| | 18 | Mr. Bergstein in connection with these promissory notes? |
| | 19 | A   No. |
| 10:34:29 | 20 | Q   Let me hand you what's been marked -- |
| | 21 | A   Call Frymi to fax and stuff.  You know, those |
| | 22 | kind things, but -- |
| | 23 | Q   Yes, sir.  But in terms of -- |
| | 24 | A   My assistant to make copies, that kind of |
| 10:34:35 | 25 | stuff, but -- |

Page 52

| 10:34:36 | 1 | Q   Other that assistants and staff, you and |
| | 2 | Mr. Bergstein were the principals; correct? |
| | 3 | A   I was not a principal.  David was a principal. |
| | 4 | David was the boss.  David called all the shots.  David |
| 10:34:46 | 5 | negotiated every document.  I did not. |
| | 6 | Q   But you were the signatory on the documents; |
| | 7 | right? |
| | 8 | A   I signed document, yes. |
| | 9 | Q   And you were the signatory for Swartz IP on a |
| 10:34:53 | 10 | $25 million promissory note; correct? |
| | 11 | A   Yes, I signed the document. |
| | 12 | Q   And you understood what you were signing? |
| | 13 | A   I actually didn't read it when I signed it.  He |
| | 14 | sent it to me, said it needed signature.  I had signed |
| 10:35:04 | 15 | hundreds of documents for him before.  When it came |
| | 16 | through, he needed signatures, and I signed it. |
| | 17 | Q   Let me hand you what's been marked as |
| | 18 | Exhibit 10, sir. |
| | 19 | (Exhibit 10 was marked for |
| 10:35:14 | 20 | identification by the Court Reporter |
| | 21 | and is attached hereto.) |
| | 22 | MR. WALKER:  Wait, hang on, hang on. |
| | 23 | THE WITNESS:  Do you need this back? |
| | 24 | MR. WALKER:  No, no.  That -- that's yours. |
| 10:35:24 | 25 | Let me make sure I didn't -- well, for reason I don't |

Page 53

| 10:35:28 | 1 | have a courtesy copy, David.  Did I give you two?  I |
| | 2 | might have.  Oh, let me have that one.  That's got my |
| | 3 | notes on it. |
| | 4 | THE WITNESS:  Okay.  I can share with him if |
| 10:35:36 | 5 | that's okay. |
| | 6 | MR. WALKER:  No, no, no.  I've got a copy for |
| | 7 | him.  I'm sorry.  I was just -- I handed it to you. |
| | 8 | I've got the thick thumb going.  Okay. |
| | 9 | MR. WIECHERT:  We didn't have time to read the |
| 10:35:43 | 10 | notes, Counsel. |
| | 11 | MR. WALKER:  It's -- it wouldn't have helped. |
| | 12 | MR. WIECHERT:  It wouldn't have helped anyway? |
| | 13 | MR. WALKER:  No, sir.  They're barely helping |
| | 14 | me. |
| 10:35:50 | 15 | BY MR. WALKER: |
| | 16 | Q   Okay.  If you could look at Exhibit 10, sir. |
| | 17 | A   Yes, sir. |
| | 18 | Q   Let me know when you've completed your review. |
| | 19 | A   I have. |
| 10:35:55 | 20 | Q   All right.  So the first page of Exhibit 10 is |
| | 21 | an e-mail from Mr. Bergstein to you dated November 15, |
| | 22 | 2011; correct? |
| | 23 | A   Yes, that's correct. |
| | 24 | Q   And he says, "The agreements I sent were wrong. |
| 10:36:05 | 25 | Here is the corrected note.  Other agreement to follow |

14  (Pages 50 to 53)

Kiarash Jam                                                03-27-19

| Page 54 | Page 56 |
|---------|---------|

**Page 54**

10:36:07   1   in a minute"; correct?
2   A   That's correct.
3   Q   Did you ever compare -- I take it that he was
4   asking you to sign this $25 million promissory note as
10:36:17   5   the signatory for Swartz IP?
6   A   He was asking me to sign another version or
7   draft of it, it seems to me.
8   Q   Did you ever compare the one that you signed
9   with this one to determine the differences between the
10:36:28   10   two documents?
11   A   No, sir.
12   Q   But, again, you understood you were going to be
13   the signatory on a $25 million promissory note for
14   Swartz IP?
10:36:37   15   A   No.
16   MR. WIECHERT:  The question's asked and
17   answered.
18   THE WITNESS:  No.
19   BY MR. WALKER:
10:36:42   20   Q   Let me hand you what's been marked as
21   Exhibit 11, sir.
22   (Exhibit 11 was marked for
23   identification by the Court Reporter
24   and is attached hereto.)
25   ///

**Page 55**

10:36:52   1   BY MR. WALKER:
2   Q   Let me know when you've completed your review
3   of the document.
4   A   I know what this document is.
10:37:05   5   Q   All right, sir.  Exhibit 11 starts with an
6   e-mail from Mr. Bergstein to you dated November 15,
7   2011; correct?
8   A   That is correct, sir.
9   Q   And the attachment is a clean JSI SWOP 2;
10:37:17   10   correct?
11   A   Yes, sir.
12   Q   Was this the other corrected document that
13   Mr. Bergstein wanted you to sign?
14   A   I don't know if this was the other one, but
10:37:23   15   this was a document he wanted me to sign.
16   Q   Okay.  And this was a $25 million note purchase
17   agreement date November 14, 2011; correct?
18   A   Yes.
19   Q   Did you review this document prior to signing
10:37:35   20   it?
21   A   No.
22   Q   Did you, in fact, sign it?
23   A   I believe I did, yes.
24   Q   Did you seek the advice of legal counsel with
10:37:44   25   respect to the ramifications of your signing this as a

**Page 56**

10:37:47   1   representative of SIP?
2   A   No, I did not.
3   Q   Did you confer with Majid Zarrinkelk, your
4   longtime friend and advisor, with respect to this
10:37:55   5   particular document and the ramifications of signing it?
6   A   No, I did not.  I didn't feel like I needed to.
7   Like I said, I didn't have any reason to think David was
8   doing anything but things that are up and up at this
9   time.  And he needed me to sign it and I did.
10:38:09   10   Q   So it's your position that when you engage in
11   business, if you don't suspect that someone's committing
12   a crime, you just sign $25 million obligations without
13   even reading them?
14   MR. WIECHERT:  The question's argumentative.
10:38:21   15   Incomplete hypothetical.  Calls for speculation.
16   BY MR. WALKER:
17   Q   Please answer the question, sir.
18   A   No.  I -- I did that for David at the time and
19   it's been the bane of my existence since.
10:38:34   20   Q   Was it your custom not to sign -- not to review
21   any legal documents, leases, that sort of thing that you
22   signed?
23   A   No, I would -- if -- you know, I would, on --
24   on multiple occasions, get legal advice when I felt like
10:38:47   25   I needed it.  And in this case, like I said, I thought

**Page 57**

10:38:49   1   this was all part of doing the business that we were
2   doing.  And he had brought in new financiers and we were
3   going to build wonderful businesses and, you know, be
4   successful.
10:38:59   5   Q   Did you consider --
6   A   I thought these were all part of that.
7   Q   Excuse me, sir.
8   A   I'm sorry.  I interrupted you.
9   Q   Did you consider yourself to be a partner with
10:39:05   10   David Bergstein in these enterprises?
11   A   No.  It was David Bergstein's --
12   Q   You were working together; correct?
13   A   Yes, we worked together.
14   Q   And you anticipated that you would profit from
10:39:13   15   these enterprises; correct?
16   A   Yes, I did.
17   Q   You were doing this for money; correct?
18   A   Yes.
19   Q   Now, did Mr. Bergstein tell you not to read the
10:39:20   20   document before signing it?
21   A   No, sir.
22   Q   Did Mr. Bergstein tell you not to get legal
23   counsel before signing it?
24   A   No, sir.
10:39:29   25   Q   Did Mr. Bergstein instruct you not to consult

Kiarash Jam                                                03-27-19

Page 58

10:39:31   1    Mr. Zarrinkelk prior to signing it?
           2        A    No, sir.
           3        Q    And by "it," I'm referring to the Swartz IP
           4    note purchase agreement.
10:39:39   5        A    This thing.
           6        Q    Yes, sir.
           7        A    Yes.
           8        Q    So Mr. Bergstein never instructed you not to
           9    secure legal counsel, or any type of financial advice,
10:39:45  10    or to consult Mr. Zarrinkelk prior signing this
          11    document?
          12        A    No.  He would send them to me need and need
          13    signatures right way.  So he would call and say, "I just
          14    sent you something.  I need the signature right away."
10:39:55  15        Q    So in each instance, whether it was the
          16    reference note that we've seen earlier for $25 million
          17    that you signed on behalf of Swartz IP, or the note
          18    purchase agreement for $25 million that you signed on
          19    behalf of Swartz IP, it was your affirmative decision
10:40:10  20    not to consult legal counsel; correct?
          21        A    My affirmative decision?  I didn't feel like I
          22    needed to.  I trusted David that everything was in
          23    order.
          24        Q    So you didn't consult legal counsel on that
10:40:21  25    occasion, did you?

Page 59

10:40:22   1        A    No, I did not.
           2        Q    And that was your decision to make, was it not?
           3        A    Yes.
           4        Q    Likewise, you didn't consult Mr. Zarrinkelk as
10:40:29   5    your financial advisor with respect to either the
           6    reference note or the note purchase agreement prior to
           7    signing it?
           8        A    That's correct.  I did not consult him.
           9        Q    And that was your decision not to consult him?
10:40:40  10        A    Yes.
          11        Q    And at no time did Mr. Bergstein instruct you
          12    not to consult counsel, legal counsel, or
          13    Mr. Zarrinkelk?
          14        A    That's correct.
10:40:48  15        Q    Let me hand you what's been marked as
          16    Exhibit 12.
          17            (Exhibit 12 was marked for
          18             identification by the Court Reporter
          19             and is attached hereto.)
10:40:56  20    BY MR. WALKER:
          21        Q    Let me know when you've completed your review
          22    of the document, sir.
          23        A    I have.
          24        Q    Exhibit 12 on the first page is an e-mail from
10:41:15  25    you to David Bergstein dated November 15, 2011; correct?

Page 60

10:41:22   1        A    Yes.
           2        Q    And the attachment, you indicated, was a SIP
           3    note PDF and the SIP note purchase agreement PDF;
           4    correct?
10:41:31   5        A    Yes.
           6        Q    And the subject that you typed in was SIP
           7    documents; correct?
           8        A    I didn't type that in.  It's just a forward.
           9        Q    Fair enough.
10:41:37  10            Now, who is Mr. Weinskoski?
          11        A    My assistant at the time.
          12        Q    So what did he do in relation to this
          13    particular e-mail?
          14        A    He probably scanned the documents, named them,
10:41:50  15    and forwarded them to me.
          16        Q    Okay.  And then when he did that, they were
          17    documents you had already signed?
          18        A    Yes.  I would imagine so, yes.
          19        Q    And then you forwarded the e-mail along with
10:42:01  20    the --
          21        A    Attachments.
          22        Q    -- the executed documents to Mr. Bergstein?
          23        A    Correct.
          24        Q    And you state in your e-mail, "As promised, I
10:42:09  25    signed the note and one sig on the NPA (I did not sign

Page 61

10:42:09   1    the note and the NPA as it was an exhibit).  I hope this
           2    is correct.  Thanks."
           3            Did I read that correctly?
           4        A    Yes.
10:42:24   5        Q    And it was your anticipation at the time that
           6    you executed these and sent these to Mr. Bergstein that,
           7    ultimately, you would benefit financially from these
           8    transactions; correct?
           9        A    Yes.  Ultimately, we were building businesses
10:42:34  10    that we would all benefit from.
          11        Q    And looking to Page 252.
          12        A    Yes.
          13        Q    You signed this document; correct?
          14        A    I did.
10:42:44  15        Q    And you signed it as the signatory, the
          16    representative for Swartz IP Services Group, Inc.;
          17    correct?
          18        A    Yes.
          19        Q    And you printed your name, Kia Jam, there;
10:42:54  20    correct?
          21        A    Yes.
          22        Q    And under title you wrote vice president;
          23    correct?
          24        A    Yes.
10:43:00  25        Q    And you understood the ramifications of

16  (Pages 58 to 61)

Kiarash Jam                                                      03-27-19

Page 62

10:43:02   1    signifying that you were a vice president of a
           2    corporation at the time that you signed this document;
           3    correct?
           4        MR. WIECHERT:  The question's vague and
10:43:09   5    ambiguous.
           6        THE WITNESS:  I don't know what to do.
           7    BY MR. WALKER:
           8    Q   Sir, let me explain to you what's going on.  So
           9    your counsel has the right to tender an objection,
10:43:16  10    usually to the form of my question.
          11    A   Okay.
          12    Q   To protect your rights.
          13    A   Okay.
          14    Q   Which he can then urge that objection to the
10:43:26  15    court later.
          16    A   So I answer your question no matter what; I
          17    don't have to stop?
          18    Q   Unless he instructs you not to answer --
          19    A   Okay.  Go ahead.
10:43:30  20    Q   -- he's simply making his objection for the
          21    record --
          22    A   Okay.
          23    Q   -- to be dealt with before the court --
          24    A   I understand.
10:43:35  25    Q   -- later as he chooses and you're free to

Page 63

10:43:37   1    answer.  So it -- I know it's difficult to focus while
           2    someone's speaking to the side of you and someone's
           3    speaking to the front of you, and it's not a natural
           4    process.  But allow him to complete his objection and
10:43:47   5    when he's done, unless he specifically instructs you not
           6    to answer, then you're expected to answer --
           7    A   Thank you for explaining it.
           8    Q   -- consistent with your oath.
           9    A   Can you repeat the question, please?
10:43:58  10    Q   Yes, sir.  At the time that you signed this
          11    document that's part of Exhibit 12 entitled the "Swartz
          12    IP Services Group, Inc., reference note due November 14,
          13    2016," that's your signature that appears there as the
          14    representative of Swartz IP; correct?
10:44:16  15    A   Yes.  Correct.
          16    Q   And you printed your name there to signify who
          17    it was?
          18    A   Yes.
          19    Q   And you wrote in the title vice president;
10:44:22  20    correct?
          21    A   Yes.
          22    Q   And you understood, based upon your prior
          23    experience with your own companies, the significance of
          24    indicating that you were a vice president of Swartz IP
10:44:31  25    Services Group with this signature; correct?

Page 64

10:44:34   1    A   Yes.
           2    Q   Going to the next, Page 254.
           3    A   Okay.
           4    Q   Now, this is the note purchase agreement that
10:44:46   5    we've referenced earlier; correct?
           6    A   Yes.  I think so.
           7    Q   And this is a $25 million note purchase
           8    agreement; correct?
           9    A   Yes.
10:44:55  10    Q   And you understood at the time that you
          11    executed this document that it was a material document;
          12    correct?
          13        MR. WIECHERT:  Calls for speculation.
          14        THE WITNESS:  I don't know what that means.
10:45:04  15        MR. WIECHERT:  Vague and ambiguous.
          16        THE WITNESS:  I don't know what that means.
          17    BY MR. WALKER:
          18    Q   Okay.  You understood at the time that you
          19    signed the note purchase agreement that it was a legal
10:45:11  20    document; correct?
          21    A   Yes.
          22    Q   Okay.  And you understood that a $25 million
          23    potential transaction was a serious transaction?
          24        MR. WIECHERT:  The question's vague and
10:45:18  25    ambiguous.

Page 65

10:45:20   1        THE WITNESS:  Yes.
           2    BY MR. WALKER:
           3    Q   Do you consider a $25 million transaction to be
           4    serious?
10:45:25   5    A   Yes, sir.
           6    Q   And you understood at the time you were
           7    executing this document that it was purporting to create
           8    a $25 million transaction?
           9    A   Yes.
10:45:37  10    Q   Now, if you could go to Page 274, please.
          11    There we see the signature line for Swartz IP Services
          12    Group, Inc.; correct?
          13    A   Yes.
          14    Q   And we see your signature there; correct?
10:45:54  15    A   Yes.
          16    Q   And you wrote in your name, printed it so
          17    people would -- would be able to discern who signed it;
          18    correct?
          19    A   Yes.  Correct.
10:46:02  20    Q   And you wrote in the title vice president;
          21    correct?
          22    A   Yes.
          23    Q   And, again, when you signed the note purchase
          24    agreement at the time that you indicated you were an
10:46:12  25    officer, a vice president of Swartz IP, you understood

17  (Pages 62 to 65)

Kiarash Jam                                                          03-27-19

Page 66

| | | |
|---|---|---|
| 10:46:14 | 1 | the significance of that; correct? |
| | 2 | A   Yes. |
| | 3 | MR. WIECHERT: Objection. Calls for a |
| | 4 | conclusion. |
| 10:46:20 | 5 | BY MR. WALKER: |
| | 6 | Q   And you understood at the time that you signed |
| | 7 | the note purchase agreement in your capacity as vice |
| | 8 | president of Swartz IP that you were representing that |
| | 9 | you were, in fact, a vice president of that corporation; |
| 10:46:30 | 10 | correct? |
| | 11 | I asked David what am I signing as and he told |
| | 12 | me sign as VP, and I signed as VP. |
| | 13 | Q   Yes, sir.  But when you did that, you |
| | 14 | understood the significance of denoting that you were a |
| 10:46:41 | 15 | VP; correct? |
| | 16 | MR. WIECHERT: Vague and ambiguous. |
| | 17 | THE WITNESS: I just signed it.  He said he |
| | 18 | needed it and I signed and I sent it back to him. |
| | 19 | BY MR. WALKER: |
| 10:46:48 | 20 | Q   Yes, sir.  But my question is, at the time that |
| | 21 | you signed this note purchase agreement for -- as a |
| | 22 | signatory for Swartz IP Services, you understood that |
| | 23 | you were signifying that were you vice president of that |
| | 24 | corporation; correct? |
| 10:46:59 | 25 | A   Yes.  I understood that. |

Page 67

| | | |
|---|---|---|
| 10:47:01 | 1 | Q   Did you read this note purchase agreement |
| | 2 | before you signed it? |
| | 3 | A   No. |
| | 4 | Q   Going to the next page, 275. |
| 10:47:08 | 5 | A   Yes. |
| | 6 | Q   Do you see the Schedule A entitled "Information |
| | 7 | Relating to Purchaser"? |
| | 8 | A   Yes. |
| | 9 | Q   Why was the principal amount of notes to be |
| 10:47:18 | 10 | purchased set at 25 million? |
| | 11 | A   I have no idea. |
| | 12 | Q   And you signed it nonetheless? |
| | 13 | A   I didn't sign this document.  Is this part of |
| | 14 | the same document? |
| 10:47:26 | 15 | Q   Yes, sir. |
| | 16 | A   I don't know.  I did not read this document. |
| | 17 | Q   Now, going down to Item 2 on that same page, it |
| | 18 | states, "All communications including notice of payments |
| | 19 | and written confirmation of such wire transfers would be |
| 10:47:41 | 20 | directed to Keith D. Wellner, the chief operating |
| | 21 | officer at Weston Capital Management." |
| | 22 | Did I read that correctly? |
| | 23 | A   Yes, you did. |
| | 24 | Q   Had you met with or talked with Mr. Wellner? |
| 10:47:53 | 25 | A   Yes.  I had met Keith Wellner and talked to him |

Page 68

| | | |
|---|---|---|
| 10:47:54 | 1 | on a few occasions, correct. |
| | 2 | Q   Prior to signing the note purchase agreement? |
| | 3 | A   I believe so, yes.  He actually came to the |
| | 4 | office and was in the office on and off.  He and his |
| 10:48:07 | 5 | partners had come to L.A. a number of times to meet with |
| | 6 | David and other parties.  I had met them.  We had dinner |
| | 7 | on one occasion.  And then he would just come and sit in |
| | 8 | the office right outside of David's office in a cubicle |
| | 9 | once in a while and be there for a few days and make |
| 10:48:23 | 10 | phone calls and whatnot. |
| | 11 | Q   And was Mr. Wellner amenable to answering any |
| | 12 | questions you might have about this transaction? |
| | 13 | MR. WIECHERT: Objection.  No foundation. |
| | 14 | Calls for speculation. |
| 10:48:35 | 15 | THE WITNESS: I didn't talk shop with Keith. |
| | 16 | Our discussions were, you know, light and fluffy. |
| | 17 | Nothing about business, really.  It was more about they |
| | 18 | wanted office space; I'd find office space.  What hotel |
| | 19 | were they staying at?  I told them I have hotel deals |
| 10:48:48 | 20 | around town if they needed reservations in town. |
| | 21 | I was more like a concierge service for him. |
| | 22 | We did not talk about business.  All this stuff was done |
| | 23 | with David.  David was the one who negotiated all of |
| | 24 | these things with all the parties and all the people. |
| 10:48:59 | 25 | BY MR. WALKER: |

Page 69

| | | |
|---|---|---|
| 10:48:59 | 1 | Q   And yet you were the party that signed them; |
| | 2 | correct? |
| | 3 | A   Yes. |
| | 4 | Q   And did you ever take occasion to ask |
| 10:49:04 | 5 | Mr. Wellner about the significance of the documents you |
| | 6 | were signing? |
| | 7 | A   I did not talk to Keith Wellner about this. |
| | 8 | Q   Was there any barrier preventing you from doing |
| | 9 | that? |
| 10:49:13 | 10 | A   No, sir. |
| | 11 | Q   Did Mr. Bergstein ever instruct you that at any |
| | 12 | time Mr. Wellner was visiting here in California, that |
| | 13 | you were not to talk to him about -- |
| | 14 | A   No, sir. |
| 10:49:19 | 15 | Q   -- this note purchase agreement? |
| | 16 | A   No, sir. |
| | 17 | Q   Did Mr. Bergstein instruct you that at any time |
| | 18 | that Mr. Wellner was visiting in California, that you |
| | 19 | were not to talk to him about the reference note? |
| 10:49:28 | 20 | A   No, sir. |
| | 21 | Q   Was there any barrier to you actually just |
| | 22 | walking up and initiating a conversation with him at any |
| | 23 | time he was visiting here to ask him about those two |
| | 24 | transactions? |
| 10:49:39 | 25 | A   No. |

18  (Pages 66 to 69)

Page 70

| | | |
|---|---|---|
| 10:49:39 | 1 | Q   Was there any barrier that prevented you from |
| | 2 | picking up the phone and calling him, given the fact you |
| | 3 | had already met with him and socialized with him, to ask |
| | 4 | him any questions about these two documents? |
| 10:49:50 | 5 | A   No. |
| | 6 | Q   Now, did you also ever meet a gentleman named |
| | 7 | Hallac? |
| | 8 | A   Albert Hallac, yes. |
| | 9 | Q   And did he also visit here in California? |
| 10:50:02 | 10 | A   Yeah, he -- I met him in California on probably |
| | 11 | two or three occasions.  He was at that same dinner we |
| | 12 | talked about.  A big dinner with a whole bunch of |
| | 13 | people.  And in the office once or twice I shook his |
| | 14 | hand.  And that was about the extent of my dealings with |
| 10:50:16 | 15 | him as well.  There was a couple of e-mails back and |
| | 16 | forth.  More about, you know, again, office stuff and |
| | 17 | things of that sort.  But I never discussed any shop |
| | 18 | talk with Albert Hallac. |
| | 19 | Q   Now, Mr. Hallac was also an officer with Weston |
| 10:50:29 | 20 | Capital Management; correct? |
| | 21 | A   I understand that to be case, yes. |
| | 22 | Q   And did Mr. Bergstein ever instruct you not to |
| | 23 | ask Mr. Hallac about any aspect of either the note |
| | 24 | purchase agreement or the reference note that you |
| 10:50:39 | 25 | signed? |

Page 71

| | | |
|---|---|---|
| 10:50:39 | 1 | A   No, sir. |
| | 2 | Q   Was there any barrier preventing you from |
| | 3 | contacting Mr. Hallac at any time either over the phone |
| | 4 | or when he was here visiting to ask him about either one |
| 10:50:48 | 5 | of those two legal documents? |
| | 6 | A   No, sir. |
| | 7 | Q   Now, you understand that both Mr. Wellner and |
| | 8 | Mr. Hallac have entered guilty pleas in connection with |
| | 9 | this fraud -- |
| 10:51:04 | 10 | MR. WIECHERT:  Objection. |
| | 11 | BY MR. WALKER: |
| | 12 | Q   -- involving Swartz IP; correct? |
| | 13 | MR. WIECHERT:  Objection.  Relevance. |
| | 14 | THE WITNESS:  I know that they've entered |
| 10:51:08 | 15 | guilty pleas.  I don't really know the specifics of what |
| | 16 | it was, but I know it had to do with, you know, this |
| | 17 | whole world.  But I don't know the specifics of what |
| | 18 | they pled to or whatever.  But, yes, I do know that they |
| | 19 | have pled guilty. |
| 10:51:21 | 20 | BY MR. WALKER: |
| | 21 | Q   So you're aware that Mr. Hallac and Mr. Wellner |
| | 22 | pled guilty to various crimes that they were alleged to |
| | 23 | have committed relating, at least in part, to the Swartz |
| | 24 | IP transactions that you participated in; correct? |
| 10:51:34 | 25 | MR. WIECHERT:  Objection.  Relevance. |

Page 72

| | | |
|---|---|---|
| 10:51:36 | 1 | THE WITNESS:  No.  I'm aware that they pled |
| | 2 | guilty.  I don't know specifically to what. |
| | 3 | BY MR. WALKER: |
| | 4 | Q   And Mr. Bergstein, I take it you're aware, is |
| 10:51:44 | 5 | serving an eight-year sentence in federal prison for his |
| | 6 | involvement with the Swartz IP transaction that you |
| | 7 | participated in? |
| | 8 | MR. WIECHERT:  Also objecting on the grounds of |
| | 9 | relevance. |
| 10:51:54 | 10 | THE WITNESS:  I know that David Bergstein is |
| | 11 | serving a sentence.  He had a trial and he was |
| | 12 | convicted.  I don't really know the specifics of what |
| | 13 | specifically what he was convicted for.  But, yes, I do |
| | 14 | know that he is serving time in a penitentiary. |
| 10:52:07 | 15 | BY MR. WALKER: |
| | 16 | Q   A federal prison? |
| | 17 | A   I don't know where he -- what -- I mean, he's |
| | 18 | at a place called Taft.  I don't know if it's federal or |
| | 19 | not.  But, yes, he is behind -- he is incarcerated. |
| 10:52:18 | 20 | Q   Have you visited Mr. Bergstein since he's |
| | 21 | arrived in California at the prison here? |
| | 22 | A   No, sir. |
| | 23 | Q   When was the last time you spoke to |
| | 24 | Mr. Bergstein? |
| 10:52:25 | 25 | A   I spoke to David during his trial.  He called |

Page 73

| | | |
|---|---|---|
| 10:52:30 | 1 | me looking for documents that I might have had in my |
| | 2 | possession.  He called me about that.  And that was the |
| | 3 | last time I spoke to David. |
| | 4 | Q   Did you provide him any documents? |
| 10:52:41 | 5 | A   To the extent that I had documents, everything |
| | 6 | was provided to him and them.  I had to do huge document |
| | 7 | production for -- for the government, which I did.  So |
| | 8 | everything I have is out there. |
| | 9 | Q   And when you say you had to provide a huge |
| 10:52:55 | 10 | document production for the government, you're |
| | 11 | referencing in relation to Mr. Bergstein's federal |
| | 12 | trial? |
| | 13 | MR. WIECHERT:  Misstates -- assumes facts not |
| | 14 | in evidence. |
| 10:53:05 | 15 | BY MR. WALKER: |
| | 16 | Q   Let me ask you this:  When you just stated that |
| | 17 | you provided a huge document production to the |
| | 18 | government, what was that in connection with? |
| | 19 | A   The -- the government, I met with them on |
| 10:53:15 | 20 | multiple -- on two occasions.  They asked me all about |
| | 21 | everything kind of related to Bergstein and these |
| | 22 | things, and I fully cooperated with them.  I went to |
| | 23 | New York on two occasions and I sat with a room just |
| | 24 | like this with a whole bunch of agency people and I gave |
| 10:53:32 | 25 | them everything, answered all of their questions, and |

19  (Pages 70 to 73)

Kiarash Jam                                                          03-27-19

---

Page 74

10:53:33   1    that was the end of that.
           2        Q   Okay.  And when you were being interviewed, was
           3    that by the U.S. Attorney's Office in New York?
           4        A   It was by the assistant U.S. attorney in the
10:53:45   5    Western -- Southern District?
           6            MR. WIECHERT:  Southern District.
           7            THE WITNESS:  Southern District of New York.
           8    BY MR. WALKER:
           9        Q   And were they asking you questions about Swartz
10:53:52  10    IP?
          11        A   They asked about everything.  I don't remember
          12    specifically the questions, but I spent two -- on
          13    separate occasions, two days of, you know, five, six,
          14    seven, eight hours with them.  And -- and they asked
10:54:03  15    everything and I had given them everything I had and
          16    answered all of their questions.
          17        Q   Did -- did they ask you specifically about
          18    different aspects of the Swartz IP transactions?
          19        A   I believe they did.
10:54:14  20        Q   And did you provide them documents that you had
          21    relating to the Swartz IP transactions in which you
          22    participated?
          23        A   I provided them with all of the documents they
          24    requested and even more.
10:54:31  25        Q   Let me hand you what's been marked as

---

Page 75

10:54:33   1    Exhibit 13, sir.
           2            (Exhibit 13 was marked for
           3            identification by the Court Reporter
           4            and is attached hereto.)
10:54:35   5    BY MR. WALKER:
           6        Q   Let me know when you've completed your review.
           7        A   Okay.
           8        Q   Now, the first page of Exhibit 13 is an e-mail
           9    from you dated December 2, 2011; correct?
10:55:01  10        A   Yes.
          11        Q   And it's directed to David Bergstein, Keith
          12    Wellner, Jeff Solomon, and Kia Jam; correct?
          13        A   Yes, sir.
          14        Q   So you copied yourself?
10:55:11  15        A   Yes, sir.
          16        Q   Was that a standard practice that you
          17    maintained?
          18        A   Sometimes.
          19        Q   Now, when you sent these documents to
10:55:19  20    Mr. Solomon, who did you understand that he was?
          21        A   Jeff Solomon was an attorney.  He's been a
          22    friend of mine for a long time.  I've hired him on
          23    multiple occasions.  He had come in and was working for
          24    us, I think, part-time at the time.  Just, you know,
10:55:33  25    working as a lawyer.

---

Page 76

10:55:36   1        Q   And any time prior to December 2, 2011, did you
           2    ever have occasion to ask your good friend and attorney
           3    Mr. Solomon about the ramifications of your execution of
           4    either the Swartz IP note purchase agreement or the
           5    reference note that we've already reviewed?
10:55:47   6        A   No, sir.
           7        Q   There's no barrier preventing you from asking
           8    your good friend and attorney Jeff Solomon about those
           9    two documents prior to signing them, was there?
10:56:01  10        A   No, sir.
          11        Q   Did Mr. Bergstein ever instruct you not to
          12    consult with Mr. Solomon about either your execution of
          13    the note purchase agreement or the reference note that
          14    we've already looked at?
10:56:15  15        A   No, sir.
          16        Q   And you were providing a copy of this to Keith
          17    Wellner?
          18        A   Yes.
          19        Q   Why was that?
10:56:24  20        A   Because David probably asked me to.
          21        Q   Now, you write the e-mail and you say, "Gents,
          22    here are the revised docs signed."
          23            Did I read that correctly?
          24        A   Yes, sir.
10:56:36  25        Q   And then you direct a note to Keith Wellner

---

Page 77

10:56:37   1    directly.  "Keith, can you please send me a copy once
           2    they are fully executed"; correct?
           3        A   Yes, sir.
           4        Q   Okay.  So when you reference that they were the
10:56:46   5    revised docs, did you participate in the revision?
           6        A   No, sir.
           7        Q   Did you compare the original that you were
           8    provided to the revised version to determine what
           9    changes had been made?
10:56:57  10        A   No, sir.
          11        Q   Did you consult either Mr. Solomon or any other
          12    legal counsel to ascertain the ramifications of the
          13    changes that had been made?
          14        A   No, sir.
10:57:06  15        Q   Was there any barrier to you retaining legal
          16    counsel for that purpose?
          17        A   No, sir.
          18        Q   But you voluntarily did not do so; correct?
          19        A   Like I said, I did not think there was anything
10:57:18  20    nefarious.  I thought this was just part of what we're
          21    doing.  David was doing this as part of our next kind of
          22    chapter.  And I did not have any reason to feel I needed
          23    to get extra protection.  I trusted him.  He was the guy
          24    running the shop.  He was the guy making all these
10:57:32  25    decisions and dealing with all these people.  And I

---

eLitigation Services, Inc. - els@els-team.com

Kiarash Jam                                                    03-27-19

Page 78

10:57:34   1   mistakenly trusted him.
           2       Q   So I take it it's your testimony that you only
           3   consult attorneys when signing legal documents if you
           4   believe there's something nefarious going on?
10:57:44   5       A   No.  In this particular case -- in this
           6   particular case, I didn't think there was any reason to
           7   consult lawyers.  David would -- had a bunch of lawyers
           8   that he was dealing with that were working on a number
           9   of things with him, and I just assumed that these were
10:57:58  10   all already vetted by -- by legal staff and I didn't
          11   need to do that.
          12       Q   Even though you were the signatory, you saw no
          13   reason to secure independent legal advice to protect
          14   your own individual interest?
10:58:11  15       A   Unfortunately not.
          16       MR. WIECHERT:  Objection.  Asked and answered
          17   now a few times.
          18       THE WITNESS:  Sorry.
          19   BY MR. WALKER:
10:58:16  20       Q   Now, when you say, "Jeff, please make sure this
          21   gets loaded up," what was that instructing Jeff to do?
          22       A   Just to load it up to, like, a, probably, box
          23   or some place where the documents could be find because
          24   there was a -- always a scramble to find documents.  So
10:58:30  25   I was trying to be organized; trying to ask Keith to

Page 79

10:58:33   1   countersign and send it back so we could have organized
           2   files.
           3       Q   And you say, "I will file original."
           4       Did I read that correctly?
10:58:41   5       A   Yes.
           6       Q   Where were you filing it?
           7       A   These files I would probably give to David's
           8   office.  Frymi would -- was the keeper of kind of all
           9   things in David's office.  All the filing and stuff.
10:58:52  10       Q   So she was down the hall from you?
          11       A   Yes, sir.
          12       Q   It was the same office you were located at?
          13       A   Yes, sir.
          14       Q   Okay.  Let's go to the first page -- the second
10:59:00  15   page of this exhibit, sir, Page 282.
          16       A   Okay.
          17       Q   Do you see that?
          18       A   Yes, I do.
          19       Q   Okay.  So this is the first page of a two-page
10:59:11  20   letter dated November 17, 2011; correct?
          21       A   Yes.
          22       Q   And it's a letter that you signed on behalf of
          23   Swartz IP Services, Inc.; correct?
          24       A   Yes.
10:59:24  25       Q   And your signature appears there on the second

Page 80

10:59:26   1   page of the letter; correct?
           2       A   Yes, sir.
           3       Q   All right.  And you were sending the letter to
           4   Keith Wellner for WTT as defined below, whose title is
10:59:40   5   chief operating officer of Weston Capital Management;
           6   correct?
           7       A   Yes, sir.
           8       Q   Now, the first paragraph states, "This letter
           9   is to be read in conjunction with the note and NPA as
10:59:53  10   defined below."
          11       Did I read that correctly?
          12       A   Yes.
          13       Q   Did you understand that to reference the
          14   reference note that you signed?
10:59:59  15       A   I did not read this letter.
          16       Q   Did you understand NPA to reference the note
          17   purchase agreement that you signed?
          18       MR. WIECHERT:  No foundation.
          19       THE WITNESS:  I did not read this letter.
11:00:07  20   BY MR. WALKER:
          21       Q   The second sentence states, "The
          22   representations made in this letter are a material
          23   inducement to WTT, defined as Wimbledon Fund (Class TT),
          24   who has relied on the representations contained herein
11:00:23  25   in making their decision to enter into that certain note

Page 81

11:00:27   1   dated November 14, 2011."
           2       Did I read that correctly?
           3       A   You did.
           4       Q   Now, when it says that these -- the
11:00:32   5   representations made in this letter are a material
           6   inducement to WTT, do you recognize that to be the same
           7   entity that is suing you in this lawsuit?
           8       A   Yes, I do.
           9       Q   And you understand that Class TT, the same
11:00:47  10   entity that's referenced in this correspondence, is
          11   suing you in part for the documents that you executed on
          12   behalf of Swartz IP?
          13       A   Yes, I do.
          14       Q   Going to the next section, it says, "Swartz IP
11:01:05  15   represents and warrants as follows."
          16       And then there's a list of items; correct?
          17       A   Yes, sir.
          18       Q   Okay.  The first item is "SIP maintains an
          19   account at Deutsche Bank, Alex Brown in its name," and
11:01:16  20   provides an account number; correct?
          21       A   That's what it says.
          22       Q   Prior to signing this letter, did you engage in
          23   any rudimentary diligence to determine whether or not
          24   that account existed?
11:01:26  25       A   I did not.

21  (Pages 78 to 81)

Kiarash Jam                                                    03-27-19

Page 82

11:01:27   1      Q  It goes on to state in Item 2, "Until such time
           2   as that certain note -- and then I'll just cut down a
           3   little bit -- has been repaid in full, Swartz IP agrees
           4   to maintain the Deutsche Bank account and agrees not to
11:01:40   5   transfer funds out of the Deutsche Bank account other
           6   than in accordance with the terms of this letter."
           7      Did I read that correctly?
           8      A  Yes, you did.
           9      MR. WIECHERT:  Well, and you left out "the note
11:01:50  10   or the note purchase agreement dated November 14, 2011,
          11   between WTT and SIP (NPA)."
          12      MR. WALKER:  I don't require any instructions
          13   on how to ask a question.  If you hadn't interpreted me,
          14   I was going to go there.
11:02:06  15      MR. WIECHERT:  Well, Counsel, when you refer to
          16   one part of a sentence and leave out other significant
          17   agreements in that sentence, at least based on the
          18   sentence, it seems like the question is incomplete.  So
          19   I was trying to help you along there.
11:02:16  20      MR. WALKER:  I don't require your assistance.
          21   And it's only incomplete if I don't ask the next
          22   question, at which point you could then make your point.
          23      MR. WIECHERT:  In this case, it would have
          24   helped.
11:02:24  25      MR. WALKER:  No, it would not have helped.

Page 83

11:02:26   1   BY MR. WALKER:
           2      Q  Now, it goes on to also say that you agree not
           3   to transfer funds out of the Deutsche Bank account in
           4   accordance with the terms of the note; correct?
11:02:35   5      A  That's what it says, yes.
           6      Q  It also goes on to say that you agree not to
           7   transfer funds out of the Deutsche Bank account in
           8   accordance with the terms of the note purchase
           9   agreement; correct?
11:02:44  10      A  And when you say "you," you mean SIP?
          11      Q  Yes.
          12      A  Okay.  That's what it says, yes.
          13      Q  Okay.  Did you understand by signing this
          14   letter that you were committing Swartz IP to these
11:02:53  15   terms?
          16      MR. WIECHERT:  Calls for speculation.  No
          17   foundation.
          18      THE WITNESS:  I did not read this letter when I
          19   signed it.
11:02:59  20   BY MR. WALKER:
          21      Q  Why is that?
          22      A  Again, as I told you, I trusted David at the
          23   time.  He said it's just part of ordinary course of
          24   business.  All this stuff is, I think, negotiated,
11:03:11  25   great.  All the stuff we had to do, everybody seems

Page 84

11:03:16   1   happy; Keith Wellner comes to the office, sits over
           2   there, and no one's unhappy.  I thought everything was
           3   according to plan.  He would send me the document and
           4   say, please sign it right away, and I would sign it and
11:03:25   5   send it back to him.
           6      Q  Were --
           7      A  I didn't feel like I needed a lawyer.  I
           8   thought David was, you know, talking to the hundreds of
           9   lawyers that he has employed or had at the time.  And
11:03:34  10   that everything was done by the book.  I wasn't even --
          11   I didn't even -- I didn't even read the document.
          12      Q  Were the Class TT investors happy?
          13      MR. WIECHERT:  Calls for speculation.  No
          14   foundation.
11:03:46  15      THE WITNESS:  I have no idea.  I don't know who
          16   they are.  I've never interacted with them.  I don't
          17   know who, where, what, how.  I've never had any
          18   interaction with the investors of Class TT.
          19   BY MR. WALKER:
11:03:57  20      Q  And, again, when you're looking at this letter,
          21   clearly it's a letter that you're signing on behalf of
          22   Swartz IP that is making certain representations and
          23   providing certain warrants; correct?
          24      MR. WIECHERT:  Letter speaks for itself.
11:04:11  25      THE WITNESS:  Yes, the letter is making

Page 85

11:04:13   1   representations, yes.
           2   BY MR. WALKER:
           3      Q  And had you read the letter prior to signing
           4   it, you would be aware of its terms; correct?
11:04:18   5      A  Yes.
           6      Q  And was there any instruction from
           7   Mr. Bergstein not -- for you not to secure the benefit
           8   of Mr. Solomon's advice, as a friend and as an attorney
           9   that you knew, with respect to the ramifications of your
11:04:32  10   signing this on behalf of Swartz IP?
          11      A  No.
          12      Q  Was there any instruction from Mr. Bergstein
          13   not to retain the advice of Mr. Zarrinkelk, your friend
          14   and it financial advisor of many years?
11:04:42  15      A  No.
          16      Q  You just made a voluntary decision not to
          17   consult or secure advice from either Mr. Solomon or
          18   Mr. Zarrinkelk with respect to your signature on this
          19   letter; correct?
11:04:51  20      A  I made a decision to trust that David was doing
          21   everything by the book and always as he said.
          22      Q  Yes, sir.  But affirmatively, you made a
          23   decision also not to consult any advice from Mr. Solomon
          24   or Mr. Zarrinkelk; correct?
11:05:04  25      MR. WIECHERT:  Assumes facts not in evidence.

22  (Pages 82 to 85)

Kiarash Jam                                                      03-27-19

---

Page 86

11:05:05  1       THE WITNESS:  Yes.  That is correct.  I -- as I
          2   said, I didn't feel a need to do that.  I thought
          3   David's got it all.  He's a really smart guy.  He's
          4   talked to all the lawyers.  He's the one dealing with
11:05:15  5   all this stuff.  And if I need to sign this, it's
          6   because it needs to be signed and everything is good.
          7   BY MR. WALKER:
          8       Q   But there was no barrier preventing you from
          9   securing advice from either Mr. Solomon or
11:05:23 10   Mr. Zarrinkelk --
         11       A   Yes.
         12       Q   -- at any time prior to your signature of this
         13   letter; correct?
         14       MR. WIECHERT:  Asked and answered.
11:05:29 15   Argumentative.
         16       THE WITNESS:  Yes.
         17   BY MR. WALKER:
         18       Q   There was no barrier?
         19       A   There was no barrier.
11:05:35 20       Q   Now, Item 3 says, "Upon receipt of
         21   $12.5 million from WTT, Swartz IP agrees to make the
         22   following distributions."
         23       Now, one is for slightly more than $3 million
         24   to Partners Fund; correct?
11:05:47 25       A   That's what it says.

---

Page 87

11:05:48  1       Q   What was Partners Fund?
          2       A   I don't know.
          3       Q   What was the purpose of that $3 million
          4   transfer of the Class TT money?
11:05:55  5       A   I don't know.
          6       MR. WIECHERT:  Calls for speculation.  No
          7   foundation.
          8       THE WITNESS:  Sorry.
          9   I don't know.
11:06:01 10   BY MR. WALKER:
         11       Q   The next distribution referenced is one for
         12   just under $4.5 million to or as directed by Pineboard
         13   Holdings.
         14       Did I read that correctly?
11:06:11 15       A   Yes, you did.
         16       Q   And what was Pineboard Holdings?
         17       A   Pineboard Holdings was a company that was set
         18   up as an investment vehicle right -- by -- right around
         19   the time that the Weston guys kind of showed up.  They
11:06:25 20   put some money into it and the money was used for
         21   various, you know, deals and various overhead and
         22   payroll and things of that sort.
         23       Q   What was your position in relation to Pineboard
         24   Holdings?
11:06:37 25       A   I was an officer.  I don't remember what

---

Page 88

11:06:39  1   specifically.
          2       Q   So this letter was providing an almost
          3   $4.5 million distribution of Class TT's investment funds
          4   to a company which you held a financial interest?
11:06:50  5       MR. WIECHERT:  Calls for a conclusion.
          6       THE WITNESS:  I held --
          7       MR. WIECHERT:  No foundation.
          8       THE WITNESS:  I held the -- I held an office
          9   and I helped run it, yes.
11:06:56 10   BY MR. WALKER:
         11       Q   Now, going to Item 5B.
         12       A   Okay.
         13       Q   SIP agreed to either -- well, let's look at A
         14   and B.  Going to Item 5 on Page 282.
11:07:13 15       A   I see it.
         16       Q   "From the proceeds of the note."  Did you
         17   understand the proceeds of the note would be the funds
         18   that Class TT was investing?
         19       MR. WIECHERT:  Calls for speculation.  No
11:07:21 20   foundation.
         21       THE WITNESS:  I did not read the document, so I
         22   did not have an understanding of it at the time.
         23   BY MR. WALKER:
         24       Q   Looking at 5A, Swartz IP agreed to "either
11:07:29 25   invest the sum of 12.5 million in securities to be held

---

Page 89

11:07:33  1   at the Deutsche Bank account, and then to borrow the sum
          2   of $7.5 million against those securities, and
          3   thereafter, make the payments itemized in Paragraph 3."
          4       Did I read that correctly?
11:07:44  5       A   Yes, you did.
          6       Q   So this was set up so that Swartz IP, one
          7   option it had was to invest the $12.5 million in
          8   securities that were going to be held in the Deutsche
          9   Bank account; correct?
11:07:54 10       A   That's what it --
         11       MR. WIECHERT:  No foundation.  Calls for
         12   speculation.
         13       THE WITNESS:  That's what I think it says.
         14   BY MR. WALKER:
11:07:59 15       Q   Yes, sir.  And then to borrow against those
         16   securities no more than $7.5 million dollars; correct?
         17       MR. WIECHERT:  Same objections.  The document
         18   also speaks for itself.
         19       THE WITNESS:  That's what it says, yes.
11:08:09 20   BY MR. WALKER:
         21       Q   Okay.  So at that point in time, if that option
         22   had been elected, then there would -- the Deutsche Back
         23   account would hold $12.5 million in securities with a
         24   $7.5 million loan against them; correct?
11:08:22 25       MR. WIECHERT:  Calls for speculation.  No

---

23  (Pages 86 to 89)

Kiarash Jam                                                    03-27-19

---

Page 90

| 11:08:23 | 1  | foundation. |
|          | 2  | THE WITNESS: That's what it says. |
|          | 3  | BY MR. WALKER: |
|          | 4  | Q   Okay.  Or the other option was to make the |
| 11:08:28 | 5  | payments itemized in Paragraph 3 that we just looked at; |
|          | 6  | correct? |
|          | 7  | MR. WIECHERT: The document speaks for itself. |
|          | 8  | No foundation. Calls for speculation. |
|          | 9  | THE WITNESS: Yes. |
| 11:08:36 | 10 | BY MR. WALKER: |
|          | 11 | Q   And thereafter invest the remaining $5 million |
|          | 12 | in liquid securities to be held in the Deutsche Bank |
|          | 13 | account until such time as the note matures or |
|          | 14 | redemptions are called for under the note purchase |
| 11:08:49 | 15 | agreement. |
|          | 16 | Did I read correctly? |
|          | 17 | MR. WIECHERT: Same objections. |
|          | 18 | THE WITNESS: Yes. |
|          | 19 | BY MR. WALKER: |
| 11:08:53 | 20 | Q   What is a redemption within the context of this |
|          | 21 | provision, as you understand it? |
|          | 22 | MR. WIECHERT: No foundation. Calls for |
|          | 23 | speculation. |
|          | 24 | THE WITNESS: Redemption means to get paid |
| 11:09:05 | 25 | back? |

---

Page 91

| 11:09:05 | 1  | BY MR. WALKER: |
|          | 2  | Q   Is that your understanding? |
|          | 3  | A   Yes. |
|          | 4  | Q   So within the -- this context, you have an |
| 11:09:09 | 5  | understanding that the Class TT investors could request |
|          | 6  | that they be refunded their investment?  That it be |
|          | 7  | redeemed, in essence; correct? |
|          | 8  | MR. WIECHERT: Calls for speculation.  No |
|          | 9  | foundation. |
| 11:09:21 | 10 | THE WITNESS: That's what it's -- I think |
|          | 11 | that's what it says, yes. |
|          | 12 | BY MR. WALKER: |
|          | 13 | Q   Okay.  But is that your understanding as to |
|          | 14 | what it means, the concept of redemption? |
| 11:09:27 | 15 | MR. WIECHERT: Are you asking for his |
|          | 16 | understanding currently, reading the document?  Or are |
|          | 17 | you asking for his understanding back then? |
|          | 18 | BY MR. WALKER: |
|          | 19 | Q   Anything?  What is your understanding of the |
| 11:09:36 | 20 | concept of redemption? |
|          | 21 | MR. WIECHERT: So the question's vague and |
|          | 22 | ambiguous as to time. |
|          | 23 | THE WITNESS: Redemption is getting paid back. |
|          | 24 | BY MR. WALKER: |
| 11:09:45 | 25 | Q   And that would pertain to the Class TT |

---

Page 92

| 11:09:47 | 1  | investors, in the context of this letter, getting paid |
|          | 2  | back? |
|          | 3  | A   Yes. |
|          | 4  | Q   And in that sense, had you, if you lacked an |
| 11:09:55 | 5  | understanding of what a redemption was at the time you |
|          | 6  | signed this letter, could you have sought advice from |
|          | 7  | either Mr. Zarrinkelk or Mr. Solomon to inquire about |
|          | 8  | that concept? |
|          | 9  | A   I could have, yes. |
| 11:10:07 | 10 | Q   So if you didn't have an understanding at the |
|          | 11 | time you signed this -- this particular letter dated |
|          | 12 | November 17, 2011, as to what the concept of redemption |
|          | 13 | was, you could have found out from one of your trusted |
|          | 14 | friends and advisors; correct? |
| 11:10:19 | 15 | A   Yes. |
|          | 16 | Q   But you chose voluntarily not to read the |
|          | 17 | letter prior to signing it? |
|          | 18 | A   Yes. |
|          | 19 | Q   And as a result, you forfeit any opportunity |
| 11:10:26 | 20 | that you might have had to secure counsel and advice |
|          | 21 | from your friends Mr. Solomon and Mr. Zarrinkelk about |
|          | 22 | the ramifications of signing this letter? |
|          | 23 | MR. WIECHERT: The question's vague and |
|          | 24 | ambiguous. |
| 11:10:37 | 25 | THE WITNESS: Yes. |

---

Page 93

| 11:10:38 | 1  | BY MR. WALKER: |
|          | 2  | Q   Going to Item 6.  It says, "Until such time as |
|          | 3  | the note is repaid in full, Swartz IP shall maintain in |
|          | 4  | the Deutsche Bank account the sum of $5 million less any |
| 11:10:50 | 5  | redemption as defined in the NPA in either cash or |
|          | 6  | liquid assets." |
|          | 7  | Did I read that correctly? |
|          | 8  | A   Yes, you did. |
|          | 9  | MR. WIECHERT: The document speaks for itself. |
| 11:11:00 | 10 | BY MR. WALKER: |
|          | 11 | Q   Sir? |
|          | 12 | A   Yes. |
|          | 13 | Q   Now, do you have an understanding today as to |
|          | 14 | why it would be important to maintain a sum such as |
| 11:11:12 | 15 | $5 million in either cash or liquid assets for the |
|          | 16 | purpose of accommodating a redemption? |
|          | 17 | MR. WIECHERT: The question's vague and |
|          | 18 | ambiguous. |
|          | 19 | THE WITNESS: That would be the source that |
| 11:11:22 | 20 | would be used to redeem people.  Is that what you're |
|          | 21 | asking? |
|          | 22 | BY MR. WALKER: |
|          | 23 | Q   Yes, sir. |
|          | 24 | A   Okay. |
| 11:11:27 | 25 | Q   That's your understanding today? |

---

24  (Pages 90 to 93)

Kiarash Jam                                                                    03-27-19

Page 94

| | | |
|---|---|---|
| 11:11:28 | 1 | A   Yes. |
| | 2 | Q   And do you understand that the significance of |
| | 3 | maintaining that sum of money, $5 million in cash or |
| | 4 | liquid assets, would mean that there -- you wouldn't |
| 11:11:38 | 5 | have to sell or cash in invested funds in order to |
| | 6 | accommodate a redemption; correct? |
| | 7 | A   Yes. |
| | 8 | MR. WIECHERT:  Calls for speculation.  No |
| | 9 | foundation. |
| 11:11:46 | 10 | THE WITNESS:  Yes. |
| | 11 | BY MR. WALKER: |
| | 12 | Q   Did you have that same understanding at the |
| | 13 | time that you signed this letter? |
| | 14 | A   I did not read the letter when I signed it. |
| 11:11:53 | 15 | Q   I understand, sir.  But aside from the fact you |
| | 16 | didn't read the letter when you signed it, did you, |
| | 17 | nonetheless, have sufficient sophistication to |
| | 18 | understand the significance of maintaining $5 million in |
| | 19 | cash or liquid assets for a redemption purpose? |
| 11:12:09 | 20 | A   Yes. |
| | 21 | So had you read the letter, you would have |
| | 22 | understand the significance of that Paragraph 6. |
| | 23 | A   Yes. |
| | 24 | Q   And there we see your signature on behalf of |
| 11:12:16 | 25 | Swartz IP Services; correct? |

Page 95

| | | |
|---|---|---|
| 11:12:17 | 1 | A   Yes. |
| | 2 | Q   And the other signature line was for my client, |
| | 3 | Class TT; correct? |
| | 4 | A   Yes.  WTT. |
| 11:12:24 | 5 | Q   When you signed this particular correspondence |
| | 6 | marked as Exhibit 13, did you understand that you were |
| | 7 | binding Swartz IP Services to the terms of this letter? |
| | 8 | A   Yes. |
| | 9 | Q   You understand this was a contract? |
| 11:12:42 | 10 | A   I just saw a letter come through and David said |
| | 11 | sign it and all was good, sign it, and I did. |
| | 12 | Q   But you understood you were signing a document |
| | 13 | that was legally binding upon Swartz IP? |
| | 14 | A   I thought I was signing a letter from Swartz |
| 11:12:53 | 15 | IP.  As I said, I did not read it. |
| | 16 | Q   Going to the document that begins on Page 284 |
| | 17 | entitled "Note Purchase Agreement." |
| | 18 | Do you see that? |
| | 19 | A   Yes, sir. |
| 11:13:04 | 20 | Q   And going to Page 304. |
| | 21 | A   Just a second, please. |
| | 22 | Q   Yes, sir. |
| | 23 | A   Yes, sir. |
| | 24 | Q   Is that your signature there on behalf of |
| 11:13:13 | 25 | Swartz IP? |

Page 96

| | | |
|---|---|---|
| 11:13:14 | 1 | A   Yes, it is. |
| | 2 | Q   Going to the next page. |
| | 3 | A   305? |
| | 4 | Q   Yes, sir. |
| 11:13:25 | 5 | A   Yes, sir. |
| | 6 | Q   Here we see that the name and address of the |
| | 7 | purchaser is Société Générale Private Banking (Suisse) |
| | 8 | SA; correct? |
| | 9 | A   Yes, sir. |
| 11:13:37 | 10 | Q   Why was this particular note purchase agreement |
| | 11 | identifying the bank that's commonly called SocGen in |
| | 12 | Switzerland as the purchaser of the notes? |
| | 13 | A   I don't -- |
| 11:13:51 | 14 | MR. WIECHERT:  Calls for speculation.  No |
| | 15 | foundation. |
| | 16 | THE WITNESS:  I don't know. |
| | 17 | BY MR. WALKER: |
| | 18 | Q   Did you have under -- any understanding at the |
| | 19 | time that you signed the correspondence that we've just |
| 11:14:04 | 20 | reviewed as part of Exhibit 13, what role, if any, that |
| | 21 | SocGen, the Swiss bank, would have in this transaction? |
| | 22 | A   No, sir. |
| | 23 | Q   Did you have any understanding at the time that |
| | 24 | you signed the correspondence that's part of Exhibit 13, |
| 11:14:17 | 25 | why SocGen, the Swiss bank, would be identified as the |

Page 97

| | | |
|---|---|---|
| 11:14:21 | 1 | purchaser of up to $25 million in notes? |
| | 2 | A   No, sir. |
| | 3 | MR. WALKER:  Why don't we take a break for a |
| | 4 | few minutes.  Let you stretch your legs. |
| 11:14:35 | 5 | THE WITNESS:  Thank you kindly. |
| | 6 | THE VIDEOGRAPHER:  We are going off the record |
| | 7 | at 11:12 a.m. |
| | 8 | (A recess was taken.) |
| | 9 | THE VIDEOGRAPHER:  We are back on the record at |
| 11:25:57 | 10 | 11:23 a.m. |
| | 11 | (Exhibit 14 was marked for |
| | 12 | identification by the Court Reporter |
| | 13 | and is attached hereto.) |
| | 14 | BY MR. WALKER: |
| 11:26:01 | 15 | Q   Sir?  I've handed you what's been marked as |
| | 16 | Exhibit 14.  And let me know when you've had an |
| | 17 | opportunity to review the document. |
| | 18 | A   Yes, I have. |
| | 19 | Q   All right.  So the first page of Exhibit 14 is |
| 11:26:16 | 20 | an e-mail from you to David Bergstein and Keith Wellner; |
| | 21 | correct? |
| | 22 | A   Yes. |
| | 23 | Q   And it's dated December 20, 2011? |
| | 24 | A   Yes. |
| 11:26:24 | 25 | Q   And the subject is note and borrowing certs; |

25  (Pages 94 to 97)

Page 98

11:26:29  1    correct?
          2        A   Yes, sir.
          3        Q   What is that referencing?
          4            MR. WIECHERT:  Let me just object on the
11:26:34  5    grounds of relevance, that this is -- relates to an
          6    entity, obviously, for which I don't believe has any
          7    role in this lawsuit, but there may be some connection
          8    later on --
          9            THE WITNESS:  Okay.
11:26:45 10            MR. WIECHERT:  -- that I'm aware of -- unaware
         11    of.
         12            THE WITNESS:  It relates to a secured note and
         13    borrowing certificates, as it states.
         14    BY MR. WALKER:
11:26:52 15        Q   When we describe a note as being secured, what
         16    do you understand that to mean?
         17        A   There's collateral.
         18        Q   And do you have a right to foreclose upon the
         19    collateral in the event the note goes into default,
11:27:04 20    generally speaking?
         21        A   Generally speaking, yes, sir.
         22        Q   Did you have that same understanding at the
         23    time on December 20, 2011?
         24        A   Yes, sir.
11:27:12 25        Q   And what is a borrowing cert?

Page 99

11:27:15  1        A   I understood the borrowing certificates to be
          2    the mechanism within which to get funds to go where the
          3    funds were dictated to go at the time.
          4        Q   And your message to Mr. Bergstein and
11:27:27  5    Mr. Wellner is "as requested"; correct?
          6        A   Yes, sir.
          7        Q   Now, looking at the second page of this
          8    exhibit, we see a secured note for $9 million; correct?
          9        A   Yes, sir.
11:27:39 10        Q   And this note listed Arius Libra as the
         11    borrower who promised to pay to the order of Weston
         12    Capital Partners Master Fund II Limited the principal
         13    sum of $9 million; correct?
         14        A   Yes, sir.
11:27:51 15            MR. WIECHERT:  Objection.  Relevance.
         16            THE WITNESS:  Yes, sir.
         17    BY MR. WALKER:
         18        Q   What was the purposes of this transaction?
         19        A   I don't know.
11:28:01 20            MR. WIECHERT:  Call for -- oh.
         21    BY MR. WALKER:
         22        Q   Did you have an understanding of the purpose of
         23    this transaction at the time that you sent this e-mail?
         24        A   No, sir.
11:28:06 25        Q   Looking at Page 969.

Page 100

11:28:09  1        A   Yes, sir.
          2        Q   You -- is that your signature that appears
          3    there?
          4        A   Yes, sir.
11:28:14  5        Q   And you signed this secured note in your
          6    capacity as secretary for Arius Libra, Inc.; correct?
          7        A   Yes, sir.
          8        Q   And Arius Libra, Inc., was a company with which
          9    Mr. Bergstein was involved?
11:28:27 10        A   Yes, sir.
         11        Q   And you understood the significance of noting
         12    that you were the corporate secretary in connection with
         13    your signature on behalf of Arius Libra, Inc.?
         14        A   Yes.
11:28:39 15            MR. WIECHERT:  Vague as to time.
         16            THE WITNESS:  Yes.
         17    BY MR. WALKER:
         18        Q   And did you understand the significance of
         19    signing in your capacity as corporate secretary for
11:28:46 20    Arius Libra, Inc., at the time that you signed this
         21    document?
         22        A   Say that one more time.  I'm sorry.
         23        Q   Yes, sir.  At the time that you signed the
         24    secured note --
11:28:54 25        A   Yes.

Page 101

11:28:54  1        Q   -- that's made a part of Exhibit 14, did you
          2    understand the significance of representing that you
          3    were a secretary for Arius Libra, Inc., as the
          4    signatory?
11:29:04  5        A   Yes.
          6        Q   Going to the next page, 970.
          7        A   Yes, sir.
          8        Q   There's a document entitled "Borrowing
          9    Certificate."
11:29:14 10        A   970?  Yes, sir.
         11        Q   Is that the cert --
         12        A   Yes, sir.
         13        Q   -- that you were referencing in the subject
         14    line?
11:29:20 15        A   Yes, sir.
         16        Q   And this borrowing certificate notes that, in
         17    item C, "The proceeds of the 12th draw are to be wired
         18    as follows."
         19            Did I read that correctly?
11:29:34 20        A   Yes, sir.
         21        Q   And what was the amount of the 11th draw that's
         22    referenced in item A?
         23            MR. WIECHERT:  Objection.  Relevance.
         24            THE WITNESS:  350,000.
11:29:42 25    BY MR. WALKER:

26 (Pages 98 to 101)

Page 102

| | | |
|---|---|---|
| 11:29:45 | 1 | Q   Sir? |
| | 2 | A   350,000. |
| | 3 | Q   And what was the amount of the 12th draw as |
| | 4 | indicated in this particular borrowing certificate? |
| 11:29:51 | 5 | MR. WIECHERT:  Same objection. |
| | 6 | THE WITNESS:  350 -- 350,000. |
| | 7 | BY MR. WALKER: |
| | 8 | Q   Now, the first, I guess, tranche or segment of |
| | 9 | the 12th draw is $200,000 for the benefit of Gerova |
| 11:30:04 | 10 | Management, Inc.; correct? |
| | 11 | A   That's what it says, yes. |
| | 12 | Q   Why was $200,000 being sent to Gerova |
| | 13 | Management, Inc.? |
| | 14 | A   I do not know.  These would -- these borrowing |
| 11:30:14 | 15 | certificates would be drafted by either Keith or David |
| | 16 | and they would be sent to me for signature.  I was not a |
| | 17 | part of deciding what money would go where and how much. |
| | 18 | Q   At the time that you executed the secured note |
| | 19 | for Arius Libra, did you understand that the loan |
| 11:30:30 | 20 | proceeds that were part of the loan that Arius Libra was |
| | 21 | undertaking were being distributed in this 12th draw to |
| | 22 | Gerova Management to the tune of $200,000? |
| | 23 | A   No. |
| | 24 | MR. WIECHERT:  Objection.  Relevance. |
| 11:30:45 | 25 | /// |

Page 103

| | | |
|---|---|---|
| 11:30:45 | 1 | BY MR. WALKER: |
| | 2 | Q   Why is that? |
| | 3 | A   Because this document was -- what was -- what's |
| | 4 | the date of this document?  I would imagine that -- what |
| 11:30:52 | 5 | was the date of this?  Hang on a second. |
| | 6 | Q   If you look at Page 971. |
| | 7 | A   Yeah. |
| | 8 | Q   The borrower certificate. |
| | 9 | A   You're saying when I signed -- when I signed |
| 11:31:09 | 10 | this document, did I know that 200,000 was going to |
| | 11 | Gerova? |
| | 12 | A   No, sir.  Okay.  Let me clear that up.  That's |
| | 13 | a fair point. |
| | 14 | A   Sorry if I misunderstood you. |
| 11:31:13 | 15 | Q   Looking at the borrowing certificate -- |
| | 16 | A   Okay. |
| | 17 | Q   -- that you executed that starts on Page 970. |
| | 18 | A   Looking at it. |
| | 19 | Q   Okay.  Going to the next page, 971, that's your |
| 11:31:24 | 20 | signature for Arius Libra; correct? |
| | 21 | A   Yes, sir.  Yes, sir. |
| | 22 | Q   And, again, you signified that you're signing |
| | 23 | in your capacity as secretary of Arius Libra; correct? |
| | 24 | A   Yes, sir. |
| 11:31:34 | 25 | Q   And you understood that signifying that you |

Page 104

| | | |
|---|---|---|
| 11:31:36 | 1 | were a secretary was signifying that you were an officer |
| | 2 | of the corporation? |
| | 3 | A   Yes, sir. |
| | 4 | Q   And that was the understanding you had at the |
| 11:31:41 | 5 | time you signed this borrowing certificate? |
| | 6 | A   Yes, sir. |
| | 7 | Q   Now, when you signed this borrowing certificate |
| | 8 | as an officer of Arius Libra, did -- did you have an |
| | 9 | understanding as to why $200,000 of the loan proceeds |
| 11:31:57 | 10 | for the Arius Libra loan would be going to Gerova |
| | 11 | Management, Inc.? |
| | 12 | A   No. |
| | 13 | Q   What was Gerova Management, Inc., about?  Did |
| | 14 | have any affiliation with that company? |
| 11:32:08 | 15 | A   I did briefly.  It was a -- it had to do, I |
| | 16 | think, at the end with life insurance policies, |
| | 17 | something like that. |
| | 18 | Q   And what was your affiliation?  Were you an |
| | 19 | officer of Gerova Management? |
| 11:32:19 | 20 | A   At one point I was on the board.  The |
| | 21 | company -- Gene Scher.  Gene Scher was the guy who ran |
| | 22 | that company. |
| | 23 | Q   And Mr. Scher was an affiliate of |
| | 24 | Mr. Bergstein's? |
| 11:32:34 | 25 | A   Yes.  He has been an affiliate of |

Page 105

| | | |
|---|---|---|
| 11:32:35 | 1 | Mr. Bergstein's for many years. |
| | 2 | Q   In fact, Mr. Scher is the trustee of the |
| | 3 | Bergstein Family Trust; correct? |
| | 4 | A   I don't know -- I don't know who the trustee of |
| 11:32:43 | 5 | the Bergstein Family Trust is.  But it wouldn't surprise |
| | 6 | me. |
| | 7 | Q   And the same borrowing certificate, do you know |
| | 8 | or have an understanding at the time that you signed |
| | 9 | this document, why $150,000 was going to the law firm of |
| 11:32:56 | 10 | O'Melveny & Myers? |
| | 11 | A   I do not. |
| | 12 | Q   Were the -- the notation in the wire transfer |
| | 13 | for O'Melveny & Myers, you understand that be a law |
| | 14 | firm; correct? |
| 11:33:10 | 15 | A   Yes.  I've actually used them before. |
| | 16 | Q   And the message is "For Gerova"; correct? |
| | 17 | A   Gerova, yes. |
| | 18 | Q   Was it your understanding at the time you |
| | 19 | signed this document that $150,000 was going to use |
| 11:33:20 | 20 | these -- that amount of -- let me start over. |
| | 21 | Was it your understanding when you signed this |
| | 22 | borrowing certificate that the $150,000 in loan proceeds |
| | 23 | was going to pay legal fees incurred on behalf of Gerova |
| | 24 | Management? |
| 11:33:38 | 25 | MR. WIECHERT:  Calls for speculation.  No |

27 (Pages 102 to 105)

Kiarash Jam                                      03-27-19

Page 106

11:33:38  1    foundation.
        2         THE WITNESS:  It was legal fees.  The message
        3    is Gerova, so I don't know if it was a Gerova matter, a
        4    Gerova legal.  I don't know.  But I do know O'Melveny &
11:33:45  5    Myers is a law firm.
        6    BY MR. WALKER:
        7         Q    Going to the final page of Exhibit 14.
        8         A    973?
        9         Q    Yes, sir.  We see another borrowing
11:33:55 10    certificate; correct?
       11         A    Yes, sir.
       12         Q    And on the second page of this document we see
       13    that you signed as the representative of Arius Libra
       14    again in your capacity as an officer of the company?
11:34:06 15         A    Yes, sir.
       16         Q    And that office would be secretary?
       17         A    Yes, sir.
       18         Q    So going to the first page of the borrowing
       19    certificate on Page 972.
11:34:15 20         A    Yes, sir.
       21         Q    We see $350,000 being wired to the Henry N.
       22    Jannol client trust account; correct?
       23         A    Yes, sir.
       24         Q    What was the purpose of that wire?
11:34:29 25         A    I don't know.

Page 107

11:34:32  1         Q    Did you understand what Henry Jannol was to do
        2    with the funds once received in his client trust
        3    account?
        4         A    No, sir.
11:34:41  5         Q    Did it concern you that you were approving a
        6    $350,000 draw on the Arius Libra debt and directing it
        7    to the Henry Jannol client trust account having no
        8    understanding of its purpose?
        9         MR. WIECHERT:  Assumes facts.  No foundation.
11:34:59 10         THE WITNESS:  No.  Henry is a lawyer that did a
       11    bunch of work for David.  And I thought he was paying
       12    him for legal fees or for whatever they were doing at
       13    the time.
       14    BY MR. WALKER:
11:35:05 15         Q    Did Mr. Jannol ever do or provide any legal
       16    services for the benefit of any company in which you had
       17    an interest or an office?
       18         A    Yes.  There were times where Henry Jannol did
       19    represent me.
11:35:16 20         Q    Let me --
       21         MR. WIECHERT:  Including this lawsuit?
       22         THE WITNESS:  Yeah.  He was my lawyer on this
       23    lawsuit for a while.
       24         (Exhibit 15 was marked for
11:35:22 25         identification by the Court Reporter

Page 108

11:35:22  1         and is attached hereto.)
        2    BY MR. WALKER:
        3         Q    Let me hand you what's been marked as
        4    Exhibit 15, sir.
11:35:34  5         A    Thank you.
        6         Q    Go ahead and take a look at this document and
        7    let me know when you've completed your review, please.
        8         A    Okay.
        9         Q    So this starts with an e-mail -- Exhibit 15
11:35:51 10    starts with an e-mail from Majid Zarrinkelk; correct?
       11         A    Yes, sir.
       12         Q    That would be your financial advisor and
       13    longtime trusted friend and family member?
       14         A    Yes, sir.
11:36:00 15         Q    And he was sending this e-mail to Jeff Solomon,
       16    another friend and an attorney that you knew; correct?
       17         A    He was an employee, yes.
       18         Q    Okay.  But he was also a friend and an
       19    attorney.
11:36:10 20         A    Yes, he was.  We've established that, yes.
       21         Q    He also sent it to you; correct?
       22         A    Yes, sir.
       23         Q    And he sent it to Mr. Bergstein; correct?
       24         A    Yes, sir.
11:36:17 25         Q    Now, there's a courtesy copy to Ray Shahab.  Do

Page 109

11:36:19  1    you see that?
        2         A    Yes, sir.
        3         Q    What was his role in all of this?
        4         A    Ray used to work for Majid.  He was, like, a
11:36:25  5    low-level accounting kind of clerk who was with Majid
        6    for a number of years.  And he ultimately ended up
        7    getting fired.
        8         Q    And what was -- what were the circumstances for
        9    his firing?
11:36:34 10         A    I think he did some shady stuff.  Majid found
       11    out about it and fired him immediately and got rid of
       12    his license or whatever you do and reported him to
       13    whomever and whatnot.
       14         Q    Now, Mr. Zarrinkelk says, "Dear Kia, review of
11:36:49 15    the updates list of entities.  See attached No. 3, 7
       16    from first group, and No. 2, 3 and perhaps 4 from second
       17    group shows that there a few companies that are
       18    considered subsidiaries of K.Jam Media."
       19         Did I read that correctly?
11:37:03 20         A    Yes, sir.
       21         Q    And he asked, "Is there any particular reason
       22    for this treatment"; correct?
       23         A    Uh-huh.
       24         Q    All right.  So looking at what he's attaching,
11:37:10 25    the next page, 461.

28  (Pages 106 to 109)

Kiarash Jam                                                      03-27-19

Page 110

11:37:12  1      A  Yes, sir.
        2      Q  Is a list -- it starts with a list of 14
        3   entities; correct?
        4      A  Yes, sir.
11:37:16  5      Q  Okay.  Now, he -- it shows that CAC Group,
        6   Inc., is a wholly owned subsidiary of K.Jam Media, Inc.;
        7   correct?
        8      A  Yes, sir.
        9      Q  That would be your company?
11:37:29 10      A  Yes, sir.
       11      Q  It shows that Integrated Administration, a
       12   California corporation, was a wholly owned subsidiary of
       13   K.Jam Media, Inc.; correct?
       14      A  Yes, sir.
11:37:36 15      Q  Again, your company?
       16      A  Yes, sir.
       17      Q  Now, with respect to the companies in Item 4, 5
       18   and 6, did you own any interest in either Cyrano Group,
       19   Gion Funding, or Hojo Capital?
11:37:49 20      A  No, sir.  At one point when David launched
       21   Cyrano, he came to me and said he wants me to kind of be
       22   the entertainment guy in Cyrano.  So for a while I was
       23   the entertainment guy in Cyrano.  I as on the website
       24   for a brief period while, you know, the company was
11:38:04 25   happening.

Page 111

11:38:05  1          And then I never really did anything in that
        2   capacity for Cyrano.  And then Cyrano ended up doing
        3   flavor producer deals and a bunch of other deals I had
        4   absolutely nothing to do with.  I was focused on my own
11:38:16  5   stuff at the time.
        6          So that's the only one.  I don't know Hojo.  I
        7   don't know what those things are.
        8      Q  Now, looking at item No. 8, that's a wholly
        9   owned subsidiary of Graybox.  Do you ever hold an office
11:38:28 10   or have any position with that company?
       11      A  With Graybox?
       12      Q  No, sir.  Kambe Asset Management?
       13      A  No.
       14      Q  What about Matrix Hub, Inc.  Did you have any
11:38:38 15   position or have any ownership interest in that company?
       16      A  I don't think so.
       17      Q  But you did have an interest and hold an office
       18   in Pineboard Holdings, the parent; correct?
       19      A  I believe I did.  I believe I did.  I know that
11:38:50 20   I had a Pineboard bank account that I was the signer on.
       21   So I believe so.  I don't recall specifically, but I
       22   believe so.
       23      Q  Under item -- the next list, it says, "Entities
       24   to be added."  It has K.Jam Media, Inc., as the first
11:39:05 25   one; correct?

Page 112

11:39:05  1      A  Uh-huh.
        2      Q  And it shows that was wholly owned by you
        3   individually; correct?
        4      A  Yes, sir.
11:39:10  5      Q  It shows K.Jam -- KJMI Holdings, Inc., a wholly
        6   owned subsidiary of K.Jam Media, Inc.; correct?
        7      A  Uh-huh.
        8      Q  Was as the purpose of that company?
        9      A  I think it was set up at some point -- I don't
11:39:22 10   remember specifically.  I think it had something to do
       11   with the -- one of these entities -- no, that was R&T.
       12   I don't actually remember.  And I -- I think I either
       13   closed it or turned it over to David.  I don't remember.
       14      Q  Pagoda Services, Inc., was also a wholly owned
11:39:35 15   subsidiary of K.Jam Media, Inc.; correct?
       16      A  Yes.
       17      Q  And what was your position in that company?
       18      A  I don't remember.
       19      Q  What was the purpose of forming that company?
11:39:47 20      A  Pagoda was formed with a group of -- with this
       21   investors.  I think the Weston guys were going to be
       22   involved.  There was a guy out of the U.K., some -- a
       23   guy named Keith Harris was a big financial guy out of
       24   U.K. who flew here and met.  He was going to get
11:40:06 25   involved.  It was going to be an entity that was going

Page 113

11:40:07  1   to raise a bunch of money and do a bunch of deals and
        2   things of that sort.
        3          And then there was, at one point, a Pagoda, I
        4   think, U.K. set up as well, but that ended up -- we shut
11:40:16  5   that down.  Nothing ever became of -- of that.
        6      Q  Now, turning to the next page, 462, I take it
        7   this continues in terms of the documents that Majid
        8   Zarrinkelk created; correct?
        9      A  This one, no.  I think Majid created this one.
11:40:31 10   This looks like the -- the document that Jeff had
       11   created internally.
       12      Q  Jeff who, sir?
       13      A  Jeff Solomon.  Sorry.
       14      Q  Do you believe that he was competent to crate a
11:40:39 15   chart of this nature that would be accurate?
       16      A  I think the point of this was to get it to be
       17   accurate.  There was a lot of missing stuff.  So he
       18   would do what he found, and then we'd try to get to the
       19   bottom of it.  But, so I don't know if this actually
11:40:52 20   ever became fully accurate while he was an -- an
       21   employee.
       22      Q  But was it your understanding at the time he
       23   was creating this chart that he would only put
       24   information that he believed to be accurate at the time?
11:41:03 25      A  No, he would not.  He would --

Kiarash Jam                                              03-27-19

| Page 114 | Page 116 |
|---|---|

**Page 114**

11:41:06   1         MR. WIECHERT:  It's okay.  Go ahead.
2         THE WITNESS:  Sorry.  He would put information
3    that he had and he would seek to see if it was accurate
4    or not, or if there was any further information that he
11:41:14   5    was not privy to at the time.
6    BY MR. WALKER:
7         Q   Let's look at Page 462, the Arius Libra chart.
8         A   Okay.
9         Q   Okay?
11:41:20  10         A   Yes, sir.
11         Q   Going down five items to certificate of
12    secretary.
13         A   Okay.  I see it.
14         Q   He notes that that was signed as of July 28,
11:41:27  15    2011, by Kia Jam?
16         A   Okay.
17         Q   Was that accurate?
18         A   I don't know.  But if he says it here, maybe it
19    was.  I'm sure it was.  I don't have any reason to think
11:41:36  20    it wasn't.  And that's -- this is an easy thing to find.
21         Q   Yes, sir.  I mean, he could certainly observe
22    the certificate of secretary --
23         A   Yes, sir.
24         Q   -- and see that, in fact, you had signed it?
11:41:45  25         A   That's correct.

**Page 115**

11:41:45   1         Q   Okay.  Going down a couple of items to banking
2    resolution.
3         A   Okay.
4         Q   He notes that that was signed by Kia Jam on
11:41:51   5    November 21, 2011; correct?
6         A   Okay.  Yes, he does.
7         Q   What is a banking resolution as the phrase is
8    used in that context?
9         A   I think it's a resolution that allows you to
11:42:00  10    open a bank account for the entity.
11         Q   So you were facilitating that process for Arius
12    Libra?
13         A   Yes.  According to this, yes.
14         Q   Going down to directors.
11:42:08  15         A   Okay.
16         Q   Do you see that section?
17         A   I do.
18         Q   And it lists you as a director; correct?
19         A   It does.
11:42:13  20         Q   And that was accurate?
21         A   I don't recall.
22         Q   It also lists David Bergstein, Albert Hallac,
23    Jeff Hallac, and Keith Wellner as directors; correct?
24         A   Yes, sir.
11:42:24  25         Q   And Mr. Bergstein is now, as we've indicated,

**Page 116**

11:42:26   1    serving an eight-year sentence in federal prison for
2    fraud, essentially?
3         MR. WIECHERT:  Calls -- it's irrelevant.
4         THE WITNESS:  He's serving in prison.  Again, I
11:42:34   5    don't know the specifics of his crime or charges.
6    BY MR. WALKER:
7         Q   And the Hallacs and Mr. Wellner have all plead
8    guilty to various crimes; correct?
9         MR. WIECHERT:  It's argumentative and asked and
11:42:43  10    answered.
11         THE WITNESS:  I know Albert and Keith have.  I
12    don't know if Jeff has.
13         Has he?
14    BY MR. WALKER:
11:42:47  15         Q   Fair enough.
16         A   Has he?  I don't know.
17         Q   Looking at officers, it lists you as the
18    corporate secretary; correct?
19         A   Yes, sir.
11:42:54  20         Q   And that's consistent with the documents, the
21    borrowing certificates that we saw that you signed in
22    that capacity?
23         A   Yes.  I was the guy that was in the office
24    every day.  So if something needed to be signed, that's
11:43:03  25    why I became the secretary, because David was never

**Page 117**

11:43:05   1    around and Keith lived in Florida.  Or New York,
2    wherever he was.  So in my capacity as secretary, if
3    something needed to be done, I was the guy in the office
4    60, 100 hours a week.  So that's why I was the
11:43:15   5    secretary.
6         Q   And you understood that there was legal
7    significance on any document that you executed as
8    corporate secretary for that company; correct?
9         A   Yes.
11:43:23  10         Q   Looking at the next item, CAC Group, Inc., on
11    Page 464.
12         A   Yes, sir.
13         Q   There under resolutions of incorporator, it
14    says, "Kia Jam appointed director by signed resolution."
11:43:36  15         Did I read that correctly?
16         A   Yes.
17         Q   And that was as of November 4, 2011?
18         A   Okay.
19         Q   Is that what you understand looking at this,
11:43:44  20    sir?
21         A   Yes, sir.
22         Q   And was that accurate?
23         A   I don't know.
24         Q   Do you have any reason to dispute that
11:43:50  25    information as Mr. Campbell listed it in this chart?

eLitigation Services, Inc. - els@els-team.com

Kiarash Jam                                                            03-27-19

| Page 118 |
|---|

11:43:53   1    A   You mean Mr. Solomon?
           2    Q   Mr. Solomon.  Thank you.
           3    A   No, but I haven't seen the document.  I'm sure
           4  it is.
11:43:59   5    Q   Okay.  Looking at directors, he notes for CAC
           6  Group, Inc., which is also designated as a wholly owned
           7  subsidiary of K.Jam Media; correct?
           8    A   Yes.  That is correct.  That I know to be fact.
           9    Q   Okay.  So under directors, you were the
11:44:10  10  chairman and sole director; correct?
          11    A   Yes, sir.
          12    Q   And under officers, you were both the president
          13  and secretary; correct?
          14    A   Yes, sir.
11:44:18  15    Q   And the shares were issued, 50 shares to K.Jam
          16  Media; correct?
          17    A   That's what it says.
          18    Q   Looking to Page 468, Integrated Administration.
          19    A   Okay.
11:44:38  20    Q   That's noted at the top that that was also hold
          21  a wholly owned subsidiary of K.Jam Media, Inc.; correct?
          22    A   Yes.
          23    Q   So this -- this was your company?
          24    A   Yes.
11:44:46  25    Q   Under the certificate of secretary it shows

| Page 119 |
|---|

11:44:48   1  that you signed it as of August 9, 2011; correct?
           2    A   Sure.
           3    Q   And under resolutions of incorporator, it shows
           4  that you were appointed director; correct?
11:44:58   5    A   Yes, sir.
           6    Q   It shows that as to the banking resolution,
           7  that you signed that document on December 6, 2011;
           8  correct?
           9    A   Yes, sir.
11:45:10  10    Q   And going down to director and officers, you
          11  were listed as the chairman and sole director, the
          12  president, the secretary, and the chief financial
          13  officer; correct?
          14    A   Yes, sir.
11:45:24  15    Q   And under shares issued, you were individually
          16  issued 1,000 shares of Integrated Administration;
          17  correct?
          18    A   That's what it says.
          19    Q   So you were the sole owner?
11:45:33  20    A   Yes, sir.
          21    Q   Going to Matrix Hub, sir, at Page 470.
          22    A   Yes, sir.
          23    Q   Matrix Hub was shown to be a wholly owned
          24  subsidiary of Pineboard Holdings, Inc.; correct?
11:45:50  25    A   Where does it say that?

| Page 120 |
|---|

11:45:52   1    Q   At the very top.
           2    A   Okay.  Yes, sir.  That's what it says.
           3    Q   And under certificate of secretary, it shows
           4  that you signed that on October 5, 2011; correct?
11:46:02   5    A   That's what it says.
           6    Q   And it shows that you signed a banking
           7  resolution on December 19, 2011; correct?
           8    A   That's what it says.  Yes, sir.
           9    Q   Do you have any factual basis to dispute that
11:46:11  10  you signed both of those documents on the indicated
          11  dates?
          12    A   No.  I just haven't seen them, so I'm just
          13  assuming they're correct.
          14    Q   With respect to the waiver of notice of first
11:46:20  15  meeting of stockholders, we saw that you signed several
          16  of those for K.Jam Media at the beginning of this
          17  proceeding; correct?
          18    A   Yes, sir.
          19    Q   So you understood what that document was;
11:46:29  20  correct?
          21    A   Yes, sir.
          22    Q   And in this instance, for Matrix Hub, Inc., as
          23  of October 5, 2011, "Kia Jam to sign for Pineboard."
          24        Did I read that correctly?
11:46:40  25    A   That's what it says.

| Page 121 |
|---|

11:46:41   1    Q   Did you, in fact, sign on behalf of Pineboard?
           2    A   I don't recall.
           3    Q   Under the directors and officers it shows that
           4  for Matrix Hub, Inc., that you were the chairman and
11:46:50   5  sole director and both the president and secretary;
           6  correct?
           7    A   That's what it says.  Yes, sir.
           8    Q   And under the shares issued, 100 shares were
           9  issued to Pineboard; correct?
11:47:03  10    A   That's what it says.  Yes, sir.
          11    Q   So Pineboard was the sole owner of Matrix Hub,
          12  Inc.; correct?
          13    A   That's what it says, sir.
          14    Q   What was the purpose of forming Matrix Hub?
11:47:13  15    A   I don't recall.
          16    Q   Looking at Page 472.
          17    A   Yes, sir.
          18    Q   We have Owari Opus, Inc.; correct?
          19    A   Yes, sir.
11:47:26  20    Q   And in parentheticals it says "TBD"; correct?
          21    A   Yes, it does.
          22    Q   What did you understand that to signify?
          23    A   I don't know.  Maybe it hadn't been formed yet.
          24  Maybe it was an entity they wanted to form.  Had not
11:47:38  25  been formed as of yet.  I don't know.

eLitigation Services, Inc. - els@els-team.com

Kiarash Jam                                                    03-27-19

Page 122

| 11:47:40 | 1 | Q   Well, it shows on the third item, certificate |

11:47:40   1      Q   Well, it shows on the third item, certificate
           2   of incorporation.
           3      A   Oh, it was incorporated.  Yes, it was formed.
           4      Q   Okay.  So Owari Opus was incorporated on
11:47:47   5   October 21, 2010; correct?
           6      A   Right.  Maybe they hadn't issued shares yet.  I
           7   don't know.  Because in the -- where the parenthetical
           8   is in all the other ones it said if it was a subsidiary
           9   or not.  So maybe they hadn't -- that determination had
11:47:59  10   not been made by David yet.
          11      Q   Okay.  And under officers it showed that you
          12   were to be president and David Bergstein would be
          13   secretary; correct?
          14      A   That's what it says.
11:48:11  15      Q   Going to the next page, 473, if you could,
          16   please.
          17      A   Yes, sir.
          18      Q   Now, this is for Pineboard Holdings, Inc.;
          19   correct?
11:48:19  20      A   Yes.  That's what it says.
          21      Q   And it shows that it was Weston, slash, Arius
          22   entity; correct?
          23      A   Yes.
          24      Q   And it shows that on September 8, 2011, you
11:48:30  25   signed the resolutions of the incorporator and that you

Page 123

11:48:35   1   were appointed a director; correct?
           2      A   I was appointed director.  I don't know if it
           3   says I signed the resolution.  It says I was appointed.
           4   So --
11:48:44   5      Q   Okay.  Fair enough.
           6      A   -- just to be clear.  I don't want to --
           7      Q   Well, let me -- let me re-ask the question to
           8   be fair.  Under resolutions of incorporator it shows
           9   that as of September 8, 2011, you were appoint a
11:48:53  10   director of Pineboard Holdings?
          11      A   That's what it says.
          12      Q   And under resolutions adopted by sole director,
          13   that would be you; correct?
          14      A   It -- I don't know if anybody else was
11:49:04  15   appointed on that day, but --
          16      Q   There's no one noted; correct?
          17      A   No one's noted.  But sure.
          18      Q   Okay.  So and under resolutions adopted by sole
          19   director, it shows that you appointed -- you were
11:49:12  20   appointed president and secretary of Pineboard Holdings
          21   on September 8, 2011; correct?
          22      A   That's what it says.  Yes, sir.
          23      Q   Under directors, it lists you as a
          24   director; correct?
11:49:25  25      A   Yes, it does.

Page 124

11:49:26   1      Q   And other than the two Hallacs and Wellner,
           2   there's another gentleman, Paul Parmar.
           3      A   Yes, sir.
           4      Q   Correct?
11:49:33   5      A   And he was just recently indicted for fraud;
           6   correct?
           7      A   I understand that to be the case.  Yes, sir.
           8      Q   And looking at officers, you were designated as
           9   the president and the corporate secretary; correct?
11:49:43  10      A   That is correct, sir.
          11      Q   And under shares issued, Mr. Parmar got 38
          12   shares; correct?
          13      A   Uh-huh.  Yes, sir.  Sorry.
          14          MR. WIECHERT:  That's what the document says.
11:49:56  15   Are you asking him if he has personal knowledge of that?
          16   BY MR. WALKER:
          17      Q   And under shares issued, it shows 62 shares
          18   were issued to Arius Libra; correct?
          19      A   That -- that's what the document says, yes.  I
11:50:07  20   don't though if either of those two things actually
          21   happened.
          22      Q   Well, we looked back at Page 462 and saw that
          23   you were the director and secretary of Arius Libra;
          24   correct?
11:50:19  25      A   Yes, sir.

Page 125

11:50:20   1      Q   So were you made aware or did you have
           2   knowledge as the director or corporate secretary of
           3   Arius Libra that it owned a 62 percent interest in
           4   Pineboard?
11:50:29   5      A   I don't remember at that time.
           6      Q   And going to the final page -- or, I'm sorry,
           7   the second-to-last page, sir, 474.
           8      A   74?  Yes, sir.
           9      Q   Yes, sir.
11:50:38  10          This is for Swartz IP Services Group, Inc.;
          11   correct?
          12      A   Yes, sir.
          13      Q   And it shows to be a Jerry Swartz/Owari Opus,
          14   Inc., entity; correct?
11:50:51  15      A   Yes, sir.
          16      Q   And under shares issued, there were 7,000
          17   shares issued to Owari Opus; correct?
          18      A   That is correct.  That's what it says, yes.
          19      Q   So this -- this reflects that of the 8,000
11:51:00  20   shares issued, Owari Opus owned 7,000 of them; correct?
          21      A   That's what this document says, yes.
          22      Q   And as we saw on Page 472 of this exhibit, you
          23   were president of Owari Opus; correct?
          24          MR. WIECHERT:  Calls for speculation.  That's
11:51:12  25   what the document -- document speaks for itself.

eLitigation Services, Inc. - els@els-team.com

Kiarash Jam                                                    03-27-19

---

Page 126

11:51:14   1        THE WITNESS: That's what the document says. I
           2   don't know if that was the case or not. But that's what
           3   the document on 472 says, yes.
           4   BY MR. WALKER:
11:51:26   5        Q   Do you have any factual basis to dispute that
           6   those shares were issued to Owari Opus?
           7        MR. WIECHERT: Assumes facts not in evidence.
           8        THE WITNESS: I don't know if they were or were
           9   not.
11:51:35  10   BY MR. WALKER:
          11        Q   So you have no factual basis to dispute it
          12   either way?
          13        MR. WIECHERT: Calls for speculation. No
          14   foundation. The question's argumentative.
11:51:42  15        THE WITNESS: I don't know if they were or were
          16   not. I'm not trying to dodge your question. I just
          17   don't know if they were or were not.
          18   BY MR. WALKER:
          19        Q   Let me hand you what's been marked as
11:51:51  20   Exhibit 16, sir.
          21        (Exhibit 16 was marked for
          22         identification by the Court Reporter
          23         and is attached hereto.)
          24        THE WITNESS: Thank you.
          25   ///

---

Page 127

11:51:57   1   BY MR. WALKER:
           2        Q   Let me know when you've completed your review
           3   of the document, sir.
           4        A   Just one second, please.
11:52:28   5        Q   Of course. Take your time.
           6        A   Okay. I read my e-mail; I read his.
           7        MR. WIECHERT: "Dude" is a California phrase.
           8        THE WITNESS: I was in Russia, I think, at this
           9   time.
11:53:54  10        Okay, sir.
          11   BY MR. WALKER:
          12        Q   All right. So going back to the first e-mail
          13   in this thread, it begins on the second page; correct?
          14        A   Yes, sir.
11:54:01  15        Q   And it's from you to a gentleman named Evan
          16   Warshawsky; correct?
          17        A   Yes, sir.
          18        Q   And what was Mr. Evan Warshawsky's role?
          19        A   Evan was an accountant CFO type that was doing
11:54:10  20   work for various David Bergstein entities.
          21        Q   Was he doing work for some of your entities as
          22   well?
          23        A   Not my entities meaning K.Jam.
          24        Q   Entities in which you were either an officer or
11:54:20  25   had an ownership interest?

---

Page 128

11:54:20   1        A   Yes. In this case, clearly he's doing work for
           2   Sovrin and Pineboard. So the answer is yes.
           3        Q   Okay. And you ask him, in your e-mail to
           4   Mr. Warshawsky that begins on the second page of this
11:54:35   5   exhibit, "I understand -- there on the third line you
           6   state, "I understand that you were the acting CFO for
           7   Pineboard and Sovrin Health."
           8        Did I read that correctly?
           9        A   Yes, sir.
11:54:45  10        Q   "Both have bank accounts and that you are
          11   getting copies of them (if not, we need to arrange
          12   that)"; correct?
          13        A   Yes, sir.
          14        Q   And you state, "I need Majid to get copies as
11:54:57  15   well."
          16        Did I read that correctly?
          17        A   Yes, sir.
          18        Q   You were talking about copies of the, I guess,
          19   bank statements?
11:55:02  20        A   Bank statements, yes.
          21        Q   In the normal course of business?
          22        A   Yes, sir.
          23        Q   And then you say, "As I am the name on the
          24   companies, I want to make sure my business manager Majid
11:55:11  25   is fully in the loop."

---

Page 129

11:55:12   1        Did I read that correctly?
           2        A   Yes, sir.
           3        Q   What were you referring to saying that you were
           4   the name on the companies?
11:55:18   5        A   These were companies that I was actively --
           6   actively involved with in running, and I was -- there
           7   were checkbooks, there were bank accounts that I was
           8   privy to, so if there was checks that were being
           9   written, I always wanted to make everything was
11:55:31  10   done by the book and Majid had copies of all expenses in
          11   and out of the bank account so he could take care of the
          12   ledgers and whatnot.
          13        Q   Now, were you the name on the companies because
          14   of the issue you identified earlier, that Mr. Bergstein
11:55:43  15   was going through the ugly bankruptcy and you were
          16   taking the lead?
          17        A   Probably, yeah. This was all around the same
          18   time, yes.
          19        Q   And so by taking the lead on these companies, I
11:55:56  20   take it Mr. Bergstein, despite his bankruptcy, remained
          21   involved wit Pineboard and Sovrin; correct?
          22        A   Yes, very much so. He did all the negotiations
          23   with the Weston guys and Paul Parmar and everybody else.
          24   I was just kind of running the day-to-day administrative
11:56:11  25   work.

---

33 (Pages 126 to 129)

Kiarash Jam                                                        03-27-19

---

Page 130

11:56:12  1    Q   So did anyone outside of the circle --
2    potential investors or whoever -- you were helping to
3    obscure David Bergstein's involvement, given his ugly
4    bankruptcy, by becoming the name on the companies.
11:56:22  5        Is that a fair statement?
6    A   No.  I don't -- I don't think it is.
7    Q   Going to Mr. Warshawsky's response.  This was
8    sent to you on March 13, 2012?
9    A   That's what it says, yes.
11:56:39 10    Q   And in the second paragraph he states, "I'm
11   currently acting as CFO for Sovrin."  And there in the
12   last sentence of that paragraph he says, "The budget was
13   finalized yesterday and should be delivered to Weston's
14   chairman today."
11:56:51 15        Did I read that correctly?
16   A   That's what you read, yes.
17   Q   Why was the budget for Sovrin being sent to
18   Weston's chairman?
19   A   I don't know.  Weston was funding -- Weston put
11:57:02 20   money into Pineboard and that money was used for Sovrin,
21   I guess.
22       I was actually out of the country when this was
23   going on.  I was in north of the Artic Circle shooting a
24   movie, so I was not involved in any of those
11:57:13 25   discussions.  As you could see by the reference to the

---

Page 131

11:57:15  1    snow and something I don't want to say on camera.  So I
2    was actually way not here.
3    Q   So going to the fourth paragraph of
4    Mr. Warshawsky's e-mail, he advised me, he says, "You
11:57:30  5    are currently the president, secretary, and sole
6    director of Sovrin Health Services Inc., a Delaware
7    corporation; correct?
8    A   Yes, sir.
9    Q   And was that a correct statement at the time
11:57:39 10   made?
11   A   I think so.  I'm not sure.
12   Q   He goes on to state, "Pineboard Holdings, Inc.
13   is a wholly owned subsidiary of Sovrin.  You're also the
14   only officer of Pineboard."
11:57:48 15       Was that a correct statement when made?
16   A   I -- I think so.  I don't know.
17   Q   And he concludes there at the beginning of the
18   next paragraph, "I'll definitely keep you and Majid in
19   the loop on everything.  The office lease has been
11:58:00 20   signed and I'm waiting for a check."
21       Did I write -- did I read that correctly?
22   A   Yes, sir.
23   Q   Okay.  Is Sovrin in business today?
24   A   No, sir.
11:58:08 25   Q   What happened to Sovrin?

---

Page 132

11:58:10  1    A   Sovrin was -- you know, we had a whole bunch of
2    employees that were starting to generate funding and
3    there was something to do with -- Paul Parmar was paid a
4    bunch of money to get some sort of software or something
11:58:21  5    that was critical to the business and he absconded with
6    that money and that affected their ability to continue
7    to do business.  So, unfortunately, Sovrin stopped doing
8    business.
9    Q   And that happened while you remained an officer
11:58:38 10   of the company?
11   A   Yes, I was an officer of the company when that
12   happened.
13   Q   Let me hand you what's been marked as
14   Exhibit 17.
11:58:47 15       (Exhibit 17 was marked for
16        identification by the Court Reporter
17        and is attached hereto.)
18   THE WITNESS:  Okay.
19   BY MR. WALKER:
11:59:36 20   Q   All right.  Starting at the bottom there on the
21   first page of Exhibit 17 there is an e-mail from Frymi
22   Biedak to Mr. Woodward; correct?
23   A   Yes.
24   Q   With a courtesy copy to you and Mr. Bergstein;
11:59:46 25   correct?

---

Page 133

11:59:47  1    A   Yes, sir.
2    Q   And it references "Swartz IP Services Texas
3    taxes."
4        Did I read that correctly?
11:59:53  5    A   Yes, sir.
6    Q   So she's forwarding information to Mr. Woodward
7    and asking that he file the return ASAP; correct?
8    A   Yes.
9    Q   And then there's another e-mail above that from
12:00:05 10   Ms. Biedak to Mr. Woodward that copies you and
11   Mr. Bergstein and Steve Piscula; correct?
12   A   Yes.
13   Q   And this is on January 19, 2012; correct?
14   A   Yes.
12:00:18 15   Q   And she says, "Hi, Scott.  We are going through
16   our filings for the new year.  You were able to help us
17   out with the franchise filing for Swartz IP in Texas
18   last November.  According to the records, the company is
19   in good standing through May 15, 2012."
12:00:31 20       Did I read that correctly?
21   A   That's what it says.
22   Q   And looking at the last page of Exhibit 17, we
23   see a printout from a website operated by the Texas
24   government -- state government that shows that, under
12:00:46 25   status, Swartz IP is in good standing, not for

---

34  (Pages 130 to 133)

Page 134

| | | |
|---|---|---|
| 12:00:48 | 1 | dissolution or withdrawal through May 15, 2012; correct? |
| | 2 | A   Yes, sir. |
| | 3 | Q   And then at the top Mr. Woodward responds to |
| | 4 | Ms. Biedak with a copy to you, Mr. Bergstein and |
| 12:01:01 | 5 | Mr. Piscula, and says, "Happy New Year.  Please provide |
| | 6 | me with the 2011 reports." |
| | 7 | And the first one he requests is the |
| | 8 | December 31, 2011, balance sheet; correct? |
| | 9 | A   That's what it says. |
| 12:01:14 | 10 | Q   The next one was the January 1, 2011, to |
| | 11 | December 31, 2011, general ledger; correct? |
| | 12 | A   That's what it says. |
| | 13 | Q   The next one was the January 1, 2011, to |
| | 14 | December 31, 2011, profit and loss statement; correct? |
| 12:01:28 | 15 | A   Yes, sir. |
| | 16 | Q   Okay.  Did you ever see the 2000 -- the |
| | 17 | December 31, 2011, balance sheet? |
| | 18 | A   No, I don't think so. |
| | 19 | Q   For Swartz IP? |
| 12:01:38 | 20 | A   No.  I was not in control of the bank accounts. |
| | 21 | I don't -- I don't know anything about those. |
| | 22 | Q   Yes, sir.  But regardless of whether you were a |
| | 23 | signatory on the banks accounts, did you ever actually |
| | 24 | see a balance sheet prepared for Swartz IP for that |
| 12:01:50 | 25 | particular year? |

Page 135

| | | |
|---|---|---|
| 12:01:51 | 1 | A   I don't recall. |
| | 2 | Q   Did you ever actually see a general ledger for |
| | 3 | Swartz IP for the 2011 year? |
| | 4 | A   I don't recall. |
| 12:01:58 | 5 | Q   Did you ever actually see a profit and loss |
| | 6 | statement for Swartz IP for the 2011 calendar year? |
| | 7 | A   I don't recall. |
| | 8 | Q   Did you ever ask to see them? |
| | 9 | A   No. |
| 12:02:11 | 10 | Q   He goes on to state, "I would need to file the |
| | 11 | federal corporate income tax return and the related |
| | 12 | Texas franchise tax return." |
| | 13 | Did I read that correctly? |
| | 14 | A   Yes, sir. |
| 12:02:21 | 15 | Q   Did you ever actually see a corporate federal |
| | 16 | income tax return filed on behalf of Swartz IP? |
| | 17 | A   I don't recall if I did. |
| | 18 | Q   Did you ever execute the -- a federal corporate |
| | 19 | income tax return on behalf of Swartz IP? |
| 12:02:34 | 20 | A   I don't think so.  I don't recall if I did. |
| | 21 | Q   Did you ever see a Texas franchise tax return |
| | 22 | prepared and filed on behalf of Swartz IP? |
| | 23 | A   I don't think so.  I don't recall if I did. |
| | 24 | Q   Did you ever ask to see the tax return filed |
| 12:02:45 | 25 | with the federal government or the Texas state |

Page 136

| | | |
|---|---|---|
| 12:02:48 | 1 | government for Swartz IP at any time? |
| | 2 | A   No. |
| | 3 | Q   Why don't we take a break for lunch.  Maybe an |
| | 4 | hour. |
| 12:02:58 | 5 | MR. WIECHERT:  Sure. |
| | 6 | THE VIDEOGRAPHER:  We are going off the record |
| | 7 | at 12:00 p.m. |
| | 8 | (A recess was taken.) |
| | 9 | THE VIDEOGRAPHER:  And we are back on the |
| 13:12:12 | 10 | record at 1:10 p.m. |
| | 11 | (Exhibit 18 was marked for |
| | 12 | identification by the Court Reporter |
| | 13 | and is attached hereto.) |
| | 14 | BY MR. WALKER: |
| 13:12:15 | 15 | Q   Mr. Jam, sir, I've handed you Plaintiff's |
| | 16 | Exhibit 18.  Have you seen is this document before? |
| | 17 | A   Yes, I have. |
| | 18 | Q   And what do you understand this document to |
| | 19 | represent? |
| 13:12:27 | 20 | A   A letter of intent to buy property. |
| | 21 | Q   Was this beachfront property? |
| | 22 | A   I don't know. |
| | 23 | Q   How are you familiar with it? |
| | 24 | A   David sent it to me at some point, and I think |
| 13:12:39 | 25 | I signed it.  I don't recall specifically, but I've seen |

Page 137

| | | |
|---|---|---|
| 13:12:43 | 1 | this before. |
| | 2 | MR. WIECHERT:  And I'm sorry, Counsel.  Did you |
| | 3 | say beachfront -- |
| | 4 | MR. WALKER:  Uh-huh. |
| 13:12:50 | 5 | MR. WIECHERT:  -- earlier? |
| | 6 | It's -- I don't think Hollywood has any |
| | 7 | beachfront property. |
| | 8 | BY MR. WALKER: |
| | 9 | Q   Where is this property located? |
| 13:12:59 | 10 | A   I don't know.  It says 1377 North Serrano |
| | 11 | Avenue, L.A., California 90027.  I don't know where that |
| | 12 | is.  I can look it up. |
| | 13 | Q   No, it's okay. |
| | 14 | Why would Swartz IP be making an offer to buy |
| 13:13:16 | 15 | this $13 million piece of property? |
| | 16 | A   I do not know. |
| | 17 | Q   What was the business that Swartz IP was in? |
| | 18 | A   I don't know what David was doing with the |
| | 19 | company.  I was involved in very little of what it did. |
| 13:13:28 | 20 | But I don't know what David was doing.  He was one who |
| | 21 | negotiated and dealt with everything that the company |
| | 22 | was doing. |
| | 23 | Q   Right.  And, of course, we've seen that you |
| | 24 | executed legal documents as vice president of the |
| 13:13:39 | 25 | company. |

35 (Pages 134 to 137)

Kiarash Jam                                                    03-27-19

## Page 138

13:13:39  1        MR. WIECHERT:  That's asked and answered.
         2     BY MR. WALKER:
         3        Q   My -- my question is, what did you understand
         4     the nature of Swartz IP's business to be?
13:13:47  5        A   At that time, it was just one of the investment
         6     vehicles that, I guess, David was using for a series of
         7     businesses.  I don't know specifically.
         8        Q   In Paragraph 2, escrow and closing, do you know
         9     what the source of the $390,000 escrow deposit was going
13:14:06 10    to be?
        11        A   No, I do not.
        12        Q   After you signed this contract, a letter of
        13     intent on behalf of Swartz IP Services, Inc. --
        14        A   I think I signed it.  I'm not certain, but I
13:14:20 15    think I signed it.
        16        Q   Okay.
        17        MR. WIECHERT:  Assumes facts not in evidence.
        18     BY MR. WALKER:
        19        Q   And we see there on the signature line for
13:14:24 20    Swartz IP, certainly your name is located there;
        21     correct?
        22        A   That is correct.
        23        Q   Okay.  So if this contract was signed, was this
        24     property actually closed on?
13:14:34 25        A   Not to my knowledge.

## Page 139

13:14:36  1        Q   What happened?
         2        A   I don't know.  I had nothing to do with it.
         3        Q   You don't know if it failed to close, why it
         4     failed to close?
13:14:44  5        A   No, I do not.  David would buy distressed
         6     assets.  Maybe it was a distressed asset he was going to
         7     buy and sell it for more.  I have no idea.  I did not
         8     have any interaction with Keller Williams besides this
         9     document.
13:14:55 10        Q   Were you concerned when you saw that you were
        11     being asked to sign a letter of intent for Swartz IP
        12     that was purchasing a piece of real estate, that that
        13     didn't comport with Swartz IP's purpose as a business?
        14        MR. WIECHERT:  Assumes facts not in evidence.
13:15:08 15        THE WITNESS:  No.  I don't know what Dave was
        16     up to.  David was the one running it and in control of
        17     it.
        18            (Exhibit 19 was marked for
        19            identification by the Court Reporter
14:15:32 20            and is attached hereto.)
        21     BY MR. WALKER:
        22        Q   Let me hand you what's been marked as --
        23        A   Should I start a new stack?
        24        Q   No, sir.  You can just put it right there on
13:15:24 25    top.  That's fine.

## Page 140

13:15:27  1        Let me show you what's been marked as
         2     Exhibit 19.  Feel free to look at it and let me know
         3     when you've completed your review, please.
         4        A   Okay.
13:15:57  5        Q   All right.  Does this appear to be an e-mail
         6     thread?
         7        A   Yes, it does.
         8        Q   Looking at Page 579, the second page of the
         9     exhibit, let's start and take the e-mails in order,
13:16:06 10    okay?
        11        A   Okay.
        12        Q   So Katrina Stagner, who appears to be in the
        13     U.K.; correct?
        14        A   Yes.  She's a lawyer in the U.K.
13:16:16 15        Q   All right.  And who was she working for?
        16        A   She worked with David for a very long time.
        17     She did a lot of work with a company called Capitol
        18     Films initially, which is a company that David and Ron
        19     Tutor bought.  And she did some legal work for David as
13:16:27 20    needed in the U.K. for U.K. companies.
        21        Q   What ever happened to Capitol Films?
        22        A   Capitol Films was bought by Ron Tutor and David
        23     Bergstein from the ladies that started it.  They used
        24     it.  It got put into some sort of involuntary
13:16:44 25    bankruptcy.  And then, I guess, they got it back out and

## Page 141

13:16:49  1     it's currently owned by, I think, Mr. Tutor and David
         2     still, and there's a guy selling the rights to the
         3     library and it's generating money.  But I have nothing
         4     to do with it.
13:16:59  5        Q   Now, Ms. Stagner writes Mr. Bergstein and says,
         6     "I'm having trouble finding info on Swartz IP Services,
         7     Inc.  I need an address to complete the share issue and
         8     the full name of at least one officer for the company."
         9        Did I read that correctly?
13:17:14 10        A   Yes, you did.
        11        Q   Okay.  And so David responds first by providing
        12     her the 2420 Colorado Boulevard, Suite B205, Santa
        13     Monica address; correct?
        14        A   Yes, sir.
13:17:27 15        Q   And that was the address where you officed as
        16     well?
        17        A   That is correct.
        18        Q   Then she responds on April 5, 2012, and the
        19     subject is "Urgent, re" -- or re -- "Swartz officer
13:17:45 20    needed."
        21        She responds, "David, if we need to get the
        22     filing done before signing the SPA on Tuesday, I need
        23     the following info for the Swartz officer before
        24     6:00 p.m. U.K. today to e-file it today's date."  And
13:17:56 25    she asked for name, date of birth, residential address,

Kiarash Jam                                                    03-27-19

Page 142

13:18:00  1   et cetera; correct?
          2      A   Yes.
          3      Q   Okay.  And then David forwards that to you on
          4   April 5, 2012 -- I'm sorry, let me start over.
13:18:12  5          The next e-mail that we see in the string on
          6   Exhibit 19 is an e-mail from David Bergstein to
          7   Ms. Stagner with a courtesy copy to you; correct?
          8      A   Yes, sir.
          9      Q   And it appears that this is the first time that
13:18:24 10   you're brought into this discussion; correct?
         11      A   Yes, sir.
         12      Q   And he says, "Kia is the officer.  Kia, can you
         13   provide?"
         14          Did I read that correctly?
13:18:34 15      A   Yes, sir.
         16      Q   And then you respond to Mr. Bergstein and
         17   Ms. Stagner at the same time; correct?
         18      A   Yes, sir.
         19      Q   And you provide your name, your date of birth,
13:18:45 20   your residential address, your service address -- which
         21   would be the same 2425 Colorado, Santa Monica,
         22   California address -- your US -- USA nationality, and
         23   your business occupation; correct?
         24      A   Yes, sir.
13:19:00 25      Q   And then you ask, "David, what are the

Page 143

13:19:02  1   obligation?  Any personal liability from me?"
          2          Correct?
          3      A   Yes, sir.
          4      Q   But you agree with me that you didn't deny that
13:19:09  5   you were an officer of Swartz IP; correct?
          6      A   This is for a U.K. company.  Swartz IP was
          7   going to set up a U.K. company.
          8      Q   Yes, sir.  And they're asking for someone -- an
          9   officer of Swartz IP to assist in that setup; right?
13:19:24 10          MR. WIECHERT:  Vague and ambiguous as to which
         11   Swartz IP.
         12          THE WITNESS:  I think that this was they wanted
         13   officers for the U.K. company.  I'm not sure what the --
         14   I don't remember.  But I think they were setting up a
13:19:35 15   U.K. company.  I don't know if it ever got set up or
         16   not.  And this is what that's about.
         17          BY MR. WALKER:
         18      Q   And you never complained about being identified
         19   as -- well, let me ask you this:  If it was for a U.K.
13:19:49 20   company that had yet to be set up, why is he saying in
         21   his e-mail on April 5, 2012, "Kia is the officer"?
         22          MR. WIECHERT:  Calls for speculation.
         23          THE WITNESS:  I think she's asking who is going
         24   to be officer over the U.K. company.  That's how I read
13:20:04 25   it.

Page 144

13:20:05  1          BY MR. WALKER:
          2      Q   Yeah.  And if you look back to Ms. Stagner's
          3   e-mail on the second page.
          4      A   The first e-mail -- I mean, the last e-mail?
13:20:16  5      Q   I'm sorry.  The last e-mail on the first page.
          6      A   Okay.
          7      Q   She says, "I need the following info for the
          8   Swartz officer;" correct?
          9      A   Okay.  Maybe the officer that they were going
13:20:27 10   designate for the U.K. company that is.
         11      Q   Was the U.K. company, as you understood it,
         12   going to be called Swartz as well?
         13      A   I don't remember the details of that.
         14      Q   Okay.  Well, he goes on to say, "Kia is the
13:20:39 15   officer.  Kia, can you provide?"  And you provide the
         16   information; correct?
         17      A   Uh-huh.
         18      Q   And then you ask, "What are the obligations?
         19   Is there any personal liability from me"; correct?
13:20:48 20      A   Yes.
         21      Q   How did Da-- did David respond to that?
         22      A   I don't recall if David responded to an e-mail
         23   from 2012.
         24      Q   Why were you concerned about liability?
13:21:03 25      A   I would always ask what the responsibility and

Page 145

13:21:05  1   liability is, to the extent that I could or remembered
          2   to at the time.
          3      Q   So in any instance where we've seen that you
          4   were the director or officer for the various entities
13:21:14  5   that we've already looked at, you ascertained or looked
          6   into the liability and responsibility for those
          7   positions before you accepted them?
          8          MR. WIECHERT:  It's compound.
          9          THE WITNESS:  Not necessarily.  In this case I
13:21:27 10   just asked them clearly, another company that I didn't
         11   know anything about.  You see all the e-mails initially
         12   were just between them.  He's asking me to become an
         13   officer of a U.K. company and I was asking, so what
         14   is -- how does it work in the U.K.?  Is there any
13:21:39 15   liability?  It's a simple question.
         16          BY MR. WALKER:
         17      Q   Okay.  Let's take a look at Exhibit 20.
         18      A   Okay.
         19          (Exhibit 20 was marked for
13:21:48 20          identification by the Court Reporter
         21          and is attached hereto.)
         22          THE WITNESS:  This is the same thing; right?
         23          BY MR. WALKER:
         24      Q   Okay.  Now, this picks up -- if you look the
13:22:04 25   second page of Exhibit 20.

| | Page 146 |
|---|---|

13:22:05  1    A   2318?
2    Q   2316.
3    A   Sorry, sorry, sorry.  Yes.  Okay.
4    Q   You see Mr. Bergstein's e-mail to Ms. Stagner
13:22:14  5   with a copy to you saying, "Kia is the officer.  Kia,
6   can you provide;" correct?
7    A   Yes.
8    Q   Okay.  And then now we see in this -- in the
9   thread an e-mail from you to Ms. Stagner saying,
13:22:27 10   "Katrina, can you answer my question regarding
11   liability?"
12       That's the bottom of the first page; correct?
13    A   Okay.
14    Q   And so when you sent her the e-mail on April 6,
13:22:37 15   2012, asking her answer your question regarding
16   liability, I see that you didn't copy Mr. Bergstein on
17   that; correct?
18    A   I did not.
19    Q   So you were looking into this independently?
13:22:47 20    A   I just hit reply.  I don't -- I don't want to
21   make a meal of it.  I just hit reply.
22    Q   And she responds to you on the 10th of April;
23   correct?
24    A   That is correct.
13:23:00 25    Q   Now, in the second paragraph she says, "The

| | Page 147 |
|---|---|

13:23:02  1   filing we completed in the U.K. was to allocate
2   additional shares to Swartz IP Services, Inc., for which
3   I understand you are an officer."
4       Did I read that correctly?
13:23:12  5    A   Yes.
6    Q   She goes on to state, "The English company for
7   which we were filing is Pagoda 2 Limited.  Effectively,
8   there are two layers of companies:  Pagoda 2 Limited and
9   Swartz IP Services, Inc."
13:23:26 10       Did I read that correctly?
11    A   You did.
12    Q   She goes on to say, "Since we have a U.K.
13   limited company that is limited by shares, any potential
14   liability you as a shareholder may have is in any way of
13:23:37 15   the capital you may have invested in Swartz IP Services
16   Inc."
17       Did I read that correctly?
18    A   Yes, you did.
19    Q   What did you understand that to be indicating
13:23:46 20   with respect to your personal potential liability?
21    A   I don't remember what I thought at the time.
22    Q   She goes on, "As far as personal liability, it
23   should not be an issue because your personal assets are
24   not involved, only what you have invested in Swartz IP
13:24:03 25   Services, which could be at risk."

| | Page 148 |
|---|---|

13:24:04  1       Did I read that correctly?
2    A   Yes, you did.
3    Q   And what did you understand her to mean when
4   she wrote that to you?
13:24:11  5    A   I don't remember if at the time.  It just -- I
6   probably read it and said, okay, I don't have any
7   personal liability in the U.K. entity that she was
8   forming.
9    Q   Now, when she says, as far as personal
13:24:19 10   liability, it should not be an issue because your
11   personal assets are not involved, only what you may have
12   invested in Swartz IP Services, which could be at risk,
13   what had you invested in Swartz IP Services prior to
14   April 10, 2012?
13:24:34 15    A   Nothing.
16    Q   So you understood when you read that that you,
17   therefore, had nothing at risk, according to
18   Ms. Stagner?
19       MR. WIECHERT:  Assumes facts not in evidence.
13:24:43 20   No foundation.
21       THE WITNESS:  According to what she says in the
22   U.K. company, yes, I would have no risk.
23   BY MR. WALKER:
24    Q   Because you knew that you had never invested a
13:24:50 25   dime in Swartz IP; correct?

| | Page 149 |
|---|---|

13:24:50  1    A   I had not invested money in Swartz IP.
2    Q   And you thank her for her response to your
3   questions; correct?
4    A   Yes, sir.
13:25:03  5    Q   Let me hand you what's been marked as
6   Exhibit 21.
7       (Exhibit 21 was marked for
8       identification by the Court Reporter
9       and is attached hereto.)
13:25:13 10       THE WITNESS:  Okay.
11   BY MR. WALKER:
12    Q   This is an e-mail from David Bergstein to you
13   and Frymi Biedak; correct?
14    A   Yes, sir.
13:25:23 15    Q   Dated April 16, 2012?
16    A   Yes, sir.
17    Q   And he says, "Please wire $20,000 from IA to
18   Jerry Swartz."
19       Did I read that correctly?
13:25:31 20    A   Yes, sir.
21    Q   And so you understood IA to be referencing your
22   company, Integrated Administration?
23    A   That is correct.
24    Q   Why was $20,000 going from your company,
13:25:40 25   Integrated Administration, to Jerry Swartz?

Page 150

13:25:44
A  He and Jerry had worked together a lot.  I assumed it was a payment that was due Jerry for the work he was doing or for the introductions or the agreements or whatever it was.  I didn't question it.

13:25:52
David would bring in the money and tell us how the money was to be spent.  So if there was money in the account, it was money that he likely had brought in, and then he would tell me what to spend where.

Q  He goes on, "Kia, money for Amex being wired in

13:26:08
separately."
Did I read that correctly?
A  Yes, you did.
Q  Let's talk about that account.  So at this time in 2012, you had a personal American Express account?

13:26:16
A  Yes, I did.
Q  Was it in your name?
A  Yes, sir.
Q  Was it an individual account or a business account?

13:26:21
A  It was an individual account.  I think I had a business account as well, but this particular one was likely an individual account.
Q  And what did you use your individual American Express card for?

13:26:33
A  For whatever I needed a credit card for.

Page 151

13:26:37
Q  Personal expenses?
A  Some personal, some corporate.
Q  Dinner?
A  Mostly corporate.  Yeah.

13:26:41
Q  But personal expenses, dinner, whatever?
A  Yeah.  There's a lot of socialization in my business.  A lot of lunches and dinners and things of that sort that you have to do, yes.
Q  Did you use it purchase things for your home?

13:26:53
A  Probably.  I don't recall specifically the uses, but yes.
Q  Now, there was some mention yesterday in Mr. Zarrinkelk's testimony to the fact that it's an American Express black card?

13:27:03
A  It was, yes.
Q  Okay.  And what's the significance of that?
A  It's a -- it's a high-level card that -- that means you have a good standing and high credit scores and you've been with American Express for a while.  It's

13:27:16
the highest -- it's the highest status you can get from American Express at the time.
Q  Did you agree -- do you agree with Mr. Zarrinkelk that there's no credit limit for such a card?

13:27:27
A  There is a credit limit, but it's based on your

Page 152

13:27:29
previous spending.
Q  So did Mr. Bergstein, either on or before April 16, 2012, or thereafter, also hold an American Express credit card from the same account?

13:27:45
A  At some point he did.  I don't know the timing works, but at some point, yes, he did.  I gave him a supplemental credit card on my American Express account.
Q  Why would you do that?

13:27:56
A  He came to me and said, "My credit's bad.  I can't get a credit card.  Let me use it.  I'll pay for my charges."  And I did.
Q  When did that take place?
A  When?
Q  Yes, sir.

13:28:05
A  I don't know.  I don't remember.
Q  What year did that take place?
A  I don't remember.  I'm sure the records exist and you've been provided or can be.  I don't remember off the top of my head.

13:28:14
Q  Other than David Bergstein, who else had authorized cards on that account?
A  For a very short period of time, I think my sister did.  I don't think she ever put a single charge on it.  I got it for her so she could get status on an

13:28:24
airline or something like that.  But that was it.

Page 153

13:28:29
Q  When you received your monthly billing statements, were they received in -- paper through the mail or --
A  Yes.

13:28:34
Q  -- by e-mail?
A  Paper.  Maybe and e-mail.  But paper, they would be mailed to Majid's office.
Q  And then --

13:28:42
A  Majid would scan them and send them to me, or his assistant or something.
Q  So Mr. Zarrinkelk would scan the statements for your American Express card and then send them to you?
A  Yes.
Q  What did you do with them?

13:28:59
A  I would typically code them, you know, to say this is a personal item; this is work, for what project; this is for this project; this is for overhead; this is dinner, who it was.  I would just code them and then send them back to him so he can code the charges

13:29:12
individually to their respective accounts.
Q  How were you paying the monthly statement for that account?
A  It was a -- typically, a combination of whatever the charges were that were corporate charges, I

13:29:24
would cut a check from the company.  David would fund

Kiarash Jam                                                        03-27-19

---

Page 154

13:29:27   1      money for whatever his charges were.  And for a while
           2      that was working just fine.
           3          Q   Which company would you cut a check from?
           4          A   It varied.  Maybe mostly I -- maybe K.Jam
13:29:39   5      Media.  K.Jam Media at the time, probably.  I don't
           6      know.  Majid would know where.  I'm sure we have the
           7      records.  I don't recall specifically.
           8          Q   And some of the checks would be cut by you from
           9      the Integrated Administration account?
13:29:51  10          A   Probably, yes.
          11          Q   Were there any other companies that you used
          12      the bank account funds to pay for any portion of your
          13      American Express bill at any time?
          14          A   I don't recall.  Don't think so.
13:30:04  15          Q   Let me hand you what's been marked as
          16      Exhibit 22, sir.
          17          A   Thank you.
          18              (Exhibit 22 was marked for
          19              identification by the Court Reporter
13:30:12  20              and is attached hereto.)
          21      BY MR. WALKER:
          22          Q   Let me know when you've completed your review
          23      of this document, please.
          24          A   Okay.  Okay.
13:30:23  25          Q   So it begins with an e-mail from you to David

---

Page 155

13:30:26   1      Bergstein and Majid Zarrinkelk; correct?
           2          A   Okay.  Yes.
           3          Q   And it's on April 19, 2012?
           4          A   Yes, sir.
13:30:33   5          Q   And you're forwarding the Matrix Hub and
           6      Pineboard cash ledgers; correct?
           7          A   Yes, sir.
           8          Q   And you say in your e-mail, "Hey, David, here
           9      are the ledgers for Matrix for Pineboard.  Majid will
13:30:45  10      send the others (Pagoda, KJM, IA) later today"; correct?
          11          A   Yes, sir.
          12          Q   Where were the records kept or maintained that
          13      you used to pull these ledgers from for Matrix and
          14      Pineboard?
13:31:05  15          A   Majid's -- Majid, at his accounting firm down
          16      in Orange County.
          17          Q   Why did you send the ledgers for Matrix and
          18      Pineboard while Majid was sending the others?
          19          A   Because Majid probably -- David asked for them.
13:31:16  20      These two were probably ready and Majid was going to get
          21      the other ones ready later that day.
          22          Q   What was the purpose of forwarding these
          23      ledgers to Mr. Bergstein?
          24          A   He asked for them.
13:31:29  25          Q   Now, did he also ask for ledgers for Pagoda,

---

Page 156

13:31:34   1      KJM, and -- and Integrated Administration?
           2          A   I would imagine so, yes.
           3          Q   And KJM there stands for K.Jam Media?
           4          A   That is correct.
13:31:41   5          Q   So you and Mr. Bergstein were close enough that
           6      if he asked for ledgers for your own companies, K.Jam
           7      Media and Integrated Administration, you would forward
           8      them to him?
           9          A   I would forward them to him because a lot of
13:31:54  10      times I needed his help to help me code things because
          11      he was the one that was arranging the funding coming in,
          12      and I would -- there's dozens and dozens of e-mails of
          13      me chasing him saying, I need you to sit with Majid and
          14      I so we know what is this?  Where did it come from?  How
13:32:06  15      I do log it?  What's income?  What's not?  Just to make
          16      sure that my records were kept clean.
          17          Q   Why have those dozens of e-mails not been
          18      produced to us?
          19          A   I don't know.
13:32:18  20          Q   Looking at Page 1216, it reflects a wire
          21      transfer from Swartz IP Services Group in the amount of
          22      $50,000?
          23          A   Yes.
          24          Q   What was the purpose of that?
13:32:33  25          A   I don't recall.

---

Page 157

13:32:43   1          Q   Turning to Page 1218.
           2          A   Okay.
           3          Q   What is this document?
           4          A   This is a bank statement for a Pineboard
13:32:52   5      Holdings account at Wells Fargo dated -- where's the
           6      date -- March 1st, 2012.
           7          Q   Well, I guess it's the statement for March 1st
           8      through March 31, 2012; correct?
           9          A   That's correct, yes.
13:33:11  10          Q   Okay.  And it shows that, I guess, this
          11      reflects that you had access to the Pineboard Holdings
          12      bank account?
          13          A   Yes, I did.
          14          Q   Okay.  And you were receiving the bank
13:33:21  15      statements at the Irvine, California, address?
          16          A   Yes.  They would go to Majid.
          17          Q   And this shows that Pineboard, at that time,
          18      had a beginning balance of $645?
          19          A   As of 3/1, yes.
13:33:36  20          Q   And then Swartz IP money came in totaling
          21      $50,000?
          22          A   Yes, sir.
          23          Q   And then $45,027 went out all in the same month
          24      that the 50,000 came in?
13:33:49  25          A   Yes, sir.

---

eLitigation Services, Inc. - els@els-team.com

Page 158

13:33:49   1      Q   Leaving a balance of $3704.67?
           2      A   Well, the balance was 5618; right?  The average
           3   balance is the one you said.
           4      Q   I'm sorry.  I stand corrected.  Thank you.
13:34:03   5      A   No problem.
           6      Q   Going to the next page.
           7      A   Yes, sir.
           8      Q   We see on March 22nd there was a wire transfer
           9   from Swartz IP's account in the amount of $50,000;
13:34:13  10   correct?
          11      A   Yes, sir.
          12      Q   And then the very next day, check 1001 is
          13   issued for $45,000; correct?
          14      A   Yes, sir.
13:34:29  15      Q   Who did that check go to?
          16      A   I have no idea.
          17      Q   Who wrote the check?
          18      A   I have no idea.  I don't recall that.
          19      Q   Do you recall asking Mr. Bergstein about that?
13:34:45  20      A   I do not recall, no.
          21      Q   Is it possible you didn't ask at all?
          22          MR. WIECHERT:  Objection.  Calls for
          23   speculation.
          24          THE WITNESS:  I would -- as I've said already,
13:34:56  25   he controlled the companies and the money flow.  He

Page 159

13:34:59   1   probably said, Hey, wires coming in for 50,000.  I need
           2   you to write a check for this amount to those people and
           3   I did.  And I kept -- I would ask for backup so I could
           4   have backup for it for the accounting files.
13:35:09   5   BY MR. WALKER:
           6      Q   Thank you.  Let me hand you what's been marked
           7   a Exhibit 23.
           8      A   Thank you.
           9          (Exhibit 23 was marked for
13:35:15  10          identification by the Court Reporter
          11          and is attached hereto.)
          12   BY MR. WALKER:
          13      Q   Let me know when you've completed your review
          14   of this document.
13:35:27  15      A   One second, please.
          16      Q   Of course.  Take your time.
          17      A   Okay.
          18      Q   All right.  Okay.  I think this e-mail thread
          19   actually goes from top to bottom.
13:36:14  20      A   Okay.
          21      Q   So we start with an e-mail from Mr. Zarrinkelk
          22   to Ms. Biedak, to David Bergstein, and to you on
          23   April 19, 2012, at 11:55 a.m.; correct?
          24      A   Yes, sir.
13:36:25  25      Q   And a courtesy copy was sent to Steve Piscula?

Page 160

13:36:29   1      A   Piscula, yes.
           2      Q   What was his role?
           3      A   He was an office manager and he worked very
           4   closely with Frymi.  He was in Frymi's office 90 percent
13:36:37   5   of the day, and the rest of the time he just handled
           6   office management duties.
           7      Q   Who was his employer?
           8      A   He was under Integrated Administration.  All --
           9   everybody was employed by Integrated Administration for
13:36:48  10   a while.  And then after -- before and after that, he
          11   was employed by David directly.  By one of David's
          12   entities.  Maybe Graybox.  I don't know.
          13      Q   Okay.  And I apologize, sir.  I misspoke.
          14   These time stamps are off.  I remember this from
13:37:04  15   Ms. Biedak's deposition.  But I think they actually go
          16   in the normal order from back to front.
          17      A   Okay.  No problem.  I'll start at the end.
          18      Q   So going to the e-mail from Mr. Zarrinkelk on
          19   April 19, 2012, at 12:24 p.m. on the -- Page 480.
13:37:18  20          Do you see that?
          21      A   Yes, sir.
          22      Q   Okay.  That was also sent to Ms. Biedak, to
          23   you, and to David Bergstein; correct?
          24      A   Yes, sir.
13:37:25  25      Q   With a courtesy copy to Steve Piscula?

Page 161

13:37:29   1      A   Yes, sir.
           2      Q   Now, Mr. Zarrinkelk says, "Dear Frymi, please
           3   give me the address for bank and the recipient on the
           4   third wire.  For future reference, I have access to all
13:37:38   5   the accounts, thus transfer between our own accounts,
           6   i.e. Integrated Administration and Pineboard, can be
           7   done online without the need for wiring."
           8          Did I read that correctly?
           9      A   Yes, sir.
13:37:48  10      Q   Okay.  And if you'd look to the attachments,
          11   the third wire.
          12      A   Which one is the third one?  Oh, the last page?
          13   The very last page?
          14      Q   I believe so.  Yes, sir.
13:38:03  15      A   Okay.  The very last page, yes.  It's a
          16   confirmation of a wire for -- from Majid, domestic.
          17      Q   What -- what was the purpose of that wire?
          18      A   I do not know.
          19      Q   Okay.  It shows a $1 million wire transfer into
13:38:22  20   Swartz IP Services Group account; correct?
          21      A   Yes, it does.
          22      Q   Was that million dollars paid on April 19,
          23   2012, as the wire reflects, to satisfy the $1 million
          24   redemption request that had been made against Swartz IP?
13:38:40  25      A   I have no idea.

Kiarash Jam                                                    03-27-19

Page 162

13:38:47   1       Q   Going to the second from the last page. It's a
           2   wire confirmation showing the beneficiary being Donald
           3   Carroll.
           4       A   Yes, sir.
13:38:58   5       Q   Why was that $33,000 sent to Mr. Carroll?
           6       A   I don't know.  Don was a guy who did all the IT
           7   for all the companies and was in charge of the phone
           8   and -- and fax and network and stuff.  I'm assuming for
           9   that, but I do not know the answer to exactly why this
13:39:15  10   one was sent.
          11       Q   How long had you known Don Carroll as of
          12   April 2012?
          13       A   I met Don right around the time I started
          14   working with David in this building.  He's a very close
13:39:26  15   friends of David's, and still is to this day, I think.
          16   And he, as long as I've known him, has been the computer
          17   IT guy for David.  One of the computer IT guys for
          18   David.  David went through a few more.
          19       Q   Now, the -- on Page 483 we see a wire of
13:39:41  20   $500,000 to -- for the benefit of General Health
          21   Technologies LLC; correct?
          22       A   Yes.
          23       Q   What was the purpose of that $500,000 payment?
          24       A   I don't know.
13:39:55  25       Q   And these moneys were all coming out of

Page 163

13:40:01   1   Pineboard Holdings, a company that you were an officer
           2   for?
           3       A   Yes.
           4       Q   Going to the first page of Exhibit 23.
13:40:15   5       A   Yes, sir.
           6       Q   There in Frymi Biedak's e-mail on April 19,
           7   2012, that was directed to you, Mr. Zarrinkelk, and
           8   Mr. Bergstein with a copy to Mr. Piscula.
           9       A   Uh-huh.
13:40:26  10       Q   You see that Swartz IP Group Services, Inc.,
          11   has its address at 2425 Colorado Avenue here in
          12   California; correct?
          13       A   Yes.
          14       Q   In Santa Monica, particularly?
13:40:38  15       A   Yes.
          16       Q   And that was your office address?
          17       A   Yes, it was.
          18       Q   Let me hand you what's been marked as
          19   Exhibit 24, sir, and ask if you could identify that
13:40:52  20   document?
          21           (Exhibit 24 was marked for
          22            identification by the Court Reporter
          23            and is attached hereto.)
          24       THE WITNESS:  Okay.
13:41:05  25   ///

Page 164

13:41:05   1   BY MR. WALKER:
           2       Q   Now, at the bottom of Exhibit 24 is an e-mail
           3   from James King to David Bergstein with a copy to Jerry
           4   Swartz; correct?
13:41:15   5       A   That is correct.
           6       Q   Who is James King?  What was his role?
           7       A   According to this, he's a CPA.  That's all I
           8   know.
           9       Q   He asks Mr. Bergstein to used the attached wire
13:41:29  10   transfer instruction for Jerry Swartz's account; is that
          11   correct?
          12       A   Yes, he does.
          13       Q   And that was for what he characterized as
          14   "today's wire transfer and all future transfers";
13:41:38  15   correct?
          16       MR. WIECHERT:  Document speaks for itself.
          17       THE WITNESS:  Yes.
          18   BY MR. WALKER:
          19       Q   Okay.  And then David Bergstein responds to
13:41:48  20   that with an e-mail dated April 26, 2012, to you and
          21   Frymi Biedak; correct?
          22       A   Yes, sir.
          23       Q   And he says, "From Integrated Administration
          24   please wire $80,000 to these instructions."  Although, I
13:42:02  25   guess -- I guess it was intended to be 80,000.  Or was

Page 165

13:42:04   1   it intended to be 800,000?
           2       A   Where are you getting 800,000?
           3       Q   Well, there's an extra zero or there's a
           4   missing zero.
13:42:15   5       A   Oh, I see.  Yeah, I just noticed that.
           6       Q   What was that amount, do you know?
           7       A   I don't, but I'm imagining 80,000.
           8       Q   Okay.
           9       A   Because of where the comma is.
13:42:25  10       Q   Fair enough.  And it says, "This is consulting
          11   fees for Jerry."
          12           That would be Jerry Swartz?
          13       A   Yes.
          14       Q   What consulting services was Jerry Swartz
13:42:38  15   providing?
          16       A   Jerry was providing lots of services for David.
          17   I don't know specifically what.  As I told you, my
          18   interactions with Jerry were very limited.  But he and
          19   David had a number of businesses together and worked
13:42:49  20   together on a lot of things.  So specifically what he
          21   was doing at this time, I don't know.
          22       Q   Why would your company, Integrated
          23   Administration, pay Mr. Swartz $80,000 for consulting
          24   fees?
13:42:59  25       A   Because, as I mentioned earlier, IA was the

Kiarash Jam                                                    03-27-19

---

Page 166

13:43:02  1    company that would pay people.  It was -- that's the
          2    purpose of IA was set up to pay payroll and pay people
          3    and whatnot.  And so -- for work they were doing.  So
          4    I'm assuming Jerry was doing some clearly consulting
13:43:13  5    work and he needed to get paid for it, so David funded
          6    IA to make that payment.
          7        Q   How do you know that Mr. Bergstein funded IA to
          8    make this payment?
          9        A   Because I -- Mr. Bergstein was the primary
13:43:25 10    funder of IA.
         11        Q   What was the source of his funding for
         12    Integrated Administration?
         13        A   Multiple sources.  I don't know.
         14        Q   You don't know what they were?
13:43:32 15        A   He had multiple sources.  I don't -- you know,
         16    money would come from multiple companies, multiple
         17    entities, himself.  He would generate the funds.  I
         18    don't know specifically where he would bring the money
         19    from.
13:43:42 20        Q   So Integrated Administration was not making
         21    these payments based upon any profit that it was
         22    earning?
         23        A   No.  It was making payments based on money
         24    David would put into it and money that I was generating
13:43:51 25    myself outside of my work with David.

---

Page 167

13:43:55  1        Q   So you're saying that -- that Integrated
          2    Administration had earnings that you were generating?
          3        A   Yes, sir.
          4        Q   And yet you didn't have any complaints or
13:44:04  5    concerns about a request that $80,000 go to Mr. Swartz
          6    for consulting fees that you were unaware of?
          7        A   As I said, you know, he was doing a bunch of
          8    work for David and I don't specifically know what that
          9    work was.  And I'm sure David provided that funding.
13:44:20 10    And whatever I had -- to whenever I could generate
         11    money, I would put it into the company as well and use
         12    it to pay whatever company debts needed to be paid.  I
         13    thought we were building something great.  This was
         14    going to be the foundation for greatness for a whole
13:44:34 15    bunch of people, but that clearly didn't happen.
         16        Q   And you weren't concerned about the fact that
         17    you had no idea of the source of the funds that
         18    Mr. Bergstein was placing into your company?
         19        A   I kept asking him for what the source was, and
13:44:49 20    once in a while he would tell us and we'd write it up so
         21    that Majid could file the proper tax returns.  And --
         22    and he would tell us at that point what the source was.
         23    Whether it was income, wasn't income, was it a loan.
         24    What was it, and he would tell us and then Majid would
13:45:02 25    file the appropriate --

---

Page 168

13:45:03  1        Q   What would he tell you, for example?
          2        A   I would say, is this money that's coming in?
          3    Is it income?  What is it?
          4            And then he would tell me if it was income and
13:45:10  5    then I would let -- I would write income, I'd tell Majid
          6    that this 10, 20, 50,000 that came in is income to the
          7    company, and then Majid could log in as that so that
          8    when at the end of the year he wanted file the taxes, he
          9    knew how much was income and what the rest of it was.
13:45:24 10        Q   What it did mean -- what did it mean to you
         11    when Mr. Bergstein said that a sum of money that was --
         12    he was placing in Integrated Administration was income?
         13        A   It was income to Integrated Administration.
         14        Q   For what?  What -- what did Integrated
13:45:36 15    Administration do to earn that income?
         16        A   It provided the services of overhead services,
         17    payroll services, people, office or operations, phones,
         18    Internet, copy machine.
         19        Q   Why wasn't there just funding provided by
13:45:51 20    payment of regularly issued invoices to different
         21    companies?
         22        A   I don't know.  There were some invoices.  There
         23    were invoices at times.  But not everything was
         24    invoiced.
13:46:01 25        Q   So you would just accept a blanket

---

Page 169

13:46:04  1    characterization of a lump sum of cash as income because
          2    Mr. Bergstein characterized it as that?
          3        A   Yes.
          4        Q   And you would accept that on your company,
13:46:12  5    Integrated Administration?
          6        A   Yes.
          7        Q   And then you would instruct your financial
          8    advisor and accountant to characterize it as -- that sum
          9    of money as income for tax purchases?
13:46:22 10        A   Yes.
         11        Q   And you had no idea what the source of that
         12    income was?
         13        A   He would -- if he would tell me, I would --
         14    whatever information he would tell me I would send over
13:46:28 15    to Majid as well so Majid would know it.  On, I think,
         16    one occasion we actually met, the three of us, and went
         17    through the chart and David would tell specifically
         18    Majid what each thing was.
         19        Q   How would he describe it?
13:46:39 20        A   I don't remember what he said.
         21        Q   Would he say, this is income?
         22        A   Sure.  On some occasions, he would.
         23        Q   Did he ever actually produce any documentation?
         24        A   I don't recall.
13:46:51 25        Q   Let me hand you what's been marked as

---

43  (Pages 166 to 169)

Kiarash Jam                                                                03-27-19

Page 170

13:46:54   1    Exhibit 25, sir.
           2        A   Thank you.
           3            (Exhibit 25 was marked for
           4            identification by the Court Reporter
13:46:56   5            and is attached hereto.)
           6        THE WITNESS:  Okay.
           7    BY MR. WALKER:
           8        Q   So Exhibit 25 begins with an e-mail from a
           9    gentleman named George McArthur to Mr. Bergstein with a
13:47:27  10    copy to James King and Jerry Swartz; correct?
          11        A   Yes, sir.
          12        Q   And Mr. McArthur is forwarding a signed
          13    consulting agreement from Mr. Swartz; correct?
          14        A   Correct.
13:47:37  15        Q   And then Mr. Bergstein forwards it to you and
          16    asked you to sign and return it to him; correct?
          17        A   Yes, sir.
          18        Q   Now, looking at the agreement itself, which
          19    begins on the second page of the exhibit, this is set up
13:47:50  20    as a consulting services agreement between Jerome Swartz
          21    individually and Integrated Administration; correct?
          22        A   Yes, sir.
          23        Q   Again, looking at this, does it refresh your
          24    recollection of what consulting services agreement
13:48:03  25    Mr. Swartz was providing specifically to Integrated

Page 171

13:48:06   1    Administration?
           2        A   No.  I just assumed it was him, his Rolodex,
           3    his knowledge, his people.  He's a very, very smart man
           4    and was a very, very wealthy man.  He had sold his last
13:48:15   5    company for hundreds and hundreds of millions of
           6    dollars.  And he was a good friend of David and did a
           7    bunch of stuff together, so I had no reason to question
           8    this.
           9        Q   And he would be signing a consulting services
13:48:24  10    agreement with what you characterize as a payroll
          11    company?
          12        A   A company that provided overhead services, yes.
          13        Q   All right.  And so why would he be signing a
          14    consulting services agreement with that kind of company?
13:48:37  15        A   So he could get paid from that kind of company.
          16        Q   Right.  But what services was he providing
          17    Integrated Administration?
          18        A   I feel like I've answered this question a
          19    bunch.  I don't mean to frustrate you, but I'm getting
13:48:45  20    frustrated because you're answering [sic] me the same
          21    question a number of different ways.
          22            I don't know specifically what he and David
          23    talked about, what he was doing.  I know him to be a
          24    very savvy, successful businessman who was doing a lot
13:48:55  25    of different things with David, and I don't know

Page 172

13:48:57   1    specifically what this was about.
           2        Q   Look at Page 08.
           3        A   08, sure.
           4        Q   Up at the top under fees, it says, "The company
13:49:05   5    shall pay the consultant the fee set forth in
           6    Exhibit A"; correct?
           7        A   Yes, sir.
           8        Q   All right.  And here on Paragraph 12 of
           9    Page 10.
13:49:18  10        A   Okay.
          11        Q   Under superseding agreement it states, "In the
          12    past consultant entered into various agreements with
          13    David Bergstein and/or his affiliated entities."
          14            What page, I'm sorry, again?
13:49:28  15        Q   Ten.
          16        A   Ten.  Sorry.  I went to the last page.
          17            I apologize.  Can you do again what you just
          18    did?
          19        Q   Of course, sir.  If you look at Paragraph 12 of
13:49:30  20    the consulting agreement.
          21        A   Okay.
          22        Q   It states that "In the past, consultant -- that
          23    would be Jerry Swartz; correct?
          24        A   Yes, sir.
13:49:39  25        Q   -- entered into various agreements with David

Page 173

13:49:40   1    Bergstein and/or his affiliated entities, the
           2    ("Bergstein parties")"; correct?
           3        A   Yes, sir.
           4        Q   For consulting work?
13:49:52   5        A   Yes, sir.
           6        Q   What consulting work had been memorialized in
           7    prior agreements between David Bergstein and his
           8    affiliated entities on the one hand and Mr. Swartz on
           9    the other?
13:50:03  10        A   I don't know.
          11        Q   When that references affiliated entities, did
          12    that include Integrated Administration, Pagoda --
          13        A   I don't know.
          14        Q   -- other companies with which you have an
13:50:12  15    affiliation also?
          16        A   I don't know.  It could have.
          17        Q   It states, "Those prior agreements are hereby
          18    terminated and neither of the Bergstein parties or
          19    consultant shall have any further obligation to the
13:50:23  20    other under those agreements."
          21            Did I read that correctly?
          22        A   Yes, you did.
          23        Q   And so did you understand that this was now the
          24    sole and preeminent consulting services agreement that
13:50:34  25    existed with Mr. Swartz?

eLitigation Services, Inc. - els@els-team.com

Kiarash Jam                                                      03-27-19

---

**Page 174**

| | | |
|---|---|---|
| 13:50:36 | 1 | MR. WIECHERT: Assumes facts not in evidence. |
| | 2 | No foundation. |
| | 3 | THE WITNESS: Sure. |
| | 4 | BY MR. WALKER: |
| 13:50:40 | 5 | Q   All right.  And looking at Exhibit A, which is |
| | 6 | the compensation -- |
| | 7 | A   Yes, sir. |
| | 8 | Q   -- on Page 13, "The consultant will perform the |
| | 9 | following services:  Provide consulting services on an |
| 13:50:49 | 10 | as-need basis for various company projects." |
| | 11 | Did I read that correctly? |
| | 12 | A   Yes, sir. |
| | 13 | Q   And company is defined to be Integrated |
| | 14 | Administration; correct? |
| 13:50:58 | 15 | A   Yes. |
| | 16 | Q   So what company projects did Integrated |
| | 17 | Administration have that would require Mr. Swartz's |
| | 18 | consulting services? |
| | 19 | A   He worked on a number of projects with David. |
| 13:51:08 | 20 | I don't know specifically which ones, but I know there |
| | 21 | was multiple projects.  The one that I interacted with |
| | 22 | him on was the movie stuff and Broadway 4D.  Those are |
| | 23 | the only two that I can tell you.  But what other things |
| | 24 | he was doing with David, I don't know. |
| 13:51:23 | 25 | Q   Yes, sir.  But my question was, with respect to |

**Page 175**

| | | |
|---|---|---|
| 13:51:25 | 1 | providing consulting services on an -- consulting |
| | 2 | services on an as-needed basis for various company |
| | 3 | projects, company is defined in this agreement as |
| | 4 | Integrated Administration; correct? |
| 13:51:36 | 5 | A   Yes. |
| | 6 | Q   Okay.  So what company projects was Integrated |
| | 7 | Administration conducting that it required Mr. Swartz's |
| | 8 | consulting services? |
| | 9 | A   I don't know what Jerry Swartz was working on. |
| 13:51:47 | 10 | Q   You don't know what he was working on for your |
| | 11 | own company? |
| | 12 | A   He was working on -- as I mentioned, Integrated |
| | 13 | Administration was the company that paid him for any |
| | 14 | work that he had done on any of the Bergstein deals that |
| 13:51:54 | 15 | he was doing at the time.  So I don't know what he was |
| | 16 | doing with David. |
| | 17 | Q   But you agree with me that when it's talking |
| | 18 | about various company projects, it's talking about |
| | 19 | projects of Integrated Administration? |
| 13:52:06 | 20 | A   Or the employees of Integrated Administration |
| | 21 | working on something -- something.  Sorry.  What?  What |
| | 22 | happened? |
| | 23 | Q   And can you identify any company projects that |
| | 24 | Integrated Administration was conducting that required |
| 13:52:18 | 25 | Mr. Swartz's -- |

**Page 176**

| | | |
|---|---|---|
| 13:52:19 | 1 | A   I don't know.  Maybe he consulted on the |
| | 2 | medical billing, anything in the medical arena.  He was |
| | 3 | a doctor who had a lot of things in the medical field, |
| | 4 | including some things he was doing at a university in |
| 13:52:30 | 5 | San Diego that he told me about, about brain stuff.  I |
| | 6 | don't know if he was involved in that.  I don't know if |
| | 7 | he was consulting on the medical billing.  I don't know. |
| | 8 | Q   Was Integrated Administration conducting |
| | 9 | medical billing services as a company? |
| 13:52:43 | 10 | A   Integrated Administration was paying the |
| | 11 | salaries of a company called Sovrin, which was in the |
| | 12 | medical billing business, yes. |
| | 13 | Q   But Integrated Administration was not |
| | 14 | conducting medical billing services; correct? |
| 13:52:53 | 15 | A   No.  I've told you what Integrated |
| | 16 | Administration did and medical services was not what it |
| | 17 | did. |
| | 18 | Q   And for these supposed services under |
| | 19 | compensation, Mr. Swartz was to be paid $20,000 a month? |
| 13:53:05 | 20 | A   Uh-huh.  That's what it says. |
| | 21 | Q   And he was also going to be paid the total sum |
| | 22 | of $200,000 for the prior services? |
| | 23 | A   Okay. |
| | 24 | Q   What were those prior services that Integrated |
| 13:53:16 | 25 | Administration received? |

**Page 177**

| | | |
|---|---|---|
| 13:53:18 | 1 | A   I don't know.  He and David were the ones |
| | 2 | working on the deals.  I don't know what he and David |
| | 3 | worked on. |
| | 4 | Q   And you -- you're not able to identify any |
| 13:53:26 | 5 | company projects that Integrated Administration was |
| | 6 | conducting requiring Mr. Swartz's consulting services |
| | 7 | that would have justified $240,000 a year in payments? |
| | 8 | A   It's not 240,000 a year.  It 200,000 for |
| | 9 | previous work and 20,000 a month going forward.  As I |
| 13:53:43 | 10 | told you, what I think he did was maybe he worked with |
| | 11 | David on the medical billing.  I know was working on |
| | 12 | Broadway 4D.  Those are the only two things that I could |
| | 13 | speak of.  I don't know what else he and David were |
| | 14 | working on. |
| 13:53:53 | 15 | Q   So there were no distinct Integrated |
| | 16 | Administration projects that Mr. Swartz was consulting |
| | 17 | on? |
| | 18 | A   Integrated Administration didn't have projects. |
| | 19 | Integrated Administration was not a company that had |
| 13:54:01 | 20 | projects. |
| | 21 | Q   And you would agree with me that 20,000 a month |
| | 22 | is 240,000 a year; right? |
| | 23 | A   Yes.  I misread the bottom line.  Sorry about |
| | 24 | my earlier statement. |
| 13:54:09 | 25 | Q   So in the first year he would have been paid |

---

45  (Pages 174 to 177)

Page 178

13:54:12   1   $440,000?
           2      A    According to this document, yes.
           3      Q    Let me hand you, sir, what's been marked as
           4   Exhibit 26.
13:54:19   5           (Exhibit 26 was marked for
           6            identification by the Court Reporter
           7            and is attached hereto.)
           8   BY MR. WALKER:
           9      Q    This is an e-mail from Frymi Biedak to you
13:54:32  10   dated April 27, 2012; correct?
          11      A    Yes, sir.
          12      Q    And the subject is wire transfer out of
          13   Integrated Administration; correct?
          14      A    Yes, sir.
13:54:40  15      Q    And she says, "Per David's request, a wire
          16   needs to be sent to Phoenix Life Insurance in the amount
          17   of $12,000"; correct?
          18      A    Yes, sir.
          19      Q    Why was that being done out of Integrated
13:54:51  20   Administration?
          21      A    I don't know.
          22      Q    Who was the insured life?
          23      A    I think what David was -- one of the things
          24   David was doing around this time was there was a
13:55:02  25   business they had where they were buying life insurance

Page 179

13:55:05   1   policies at a discount, or something to do with that
           2   where they were buying life insurance policies for
           3   people that, I guess, weren't paying for them anymore or
           4   something like that.  So there were multiple payments
13:55:14   5   that went out to various life insurance policies.
           6      Q    Who were the insureds?
           7      A    I don't know.  I was not dealing with it.
           8      Q    Who were the beneficiaries?
           9      A    I don't know.  I wasn't dealing with it.
13:55:25  10      Q    They were just being paid out of your company?
          11      A    Yes.  He would fund the company and direct the
          12   funds.
          13      Q    How do you know that he funded the money
          14   necessary to pay that premium?
13:55:33  15      A    He was in full control of what was getting paid
          16   and what money was coming in.  He would direct me as to
          17   what to do with the money that he was funding.
          18      Q    Did you have nothing to say about it?
          19      A    I would try.  I would beg and scream.  For me,
13:55:45  20   the top priority was always payroll and, you know, rent,
          21   and things of that sort.  But he would ultimately
          22   dictate what would get paid.
          23      Q    And despite your begging and screaming, he
          24   never once put it in a single e-mail?
13:55:55  25      A    Put what in a single e-mail?

Page 180

13:55:57   1      Q    Your complaints, your begging, your screaming,
           2   your complaints --
           3      A    There is --
           4      Q    -- concerns, nothing?
13:56:02   5      A    There are -- there are correspondence back and
           6   forth between he and I and me asking for him to -- how
           7   much are -- how much we need, for example, for this
           8   week, the needs are X for payroll, X for bills, X for
           9   this.
13:56:13  10      Q    Right.  But you never complained about him
          11   making payments for life insurance policies or for a
          12   consultant that was not providing services to your
          13   company; right?
          14          MR. WIECHERT:  Objection.  Assumes facts not in
13:56:22  15   evidence.  No foundation.
          16          THE WITNESS:  I did not think Jerry was not
          17   providing services.  I thought Jerry was actually
          18   providing services.  I just don't know what they were
          19   because I was not the one interacting with him on a
13:56:34  20   daily basis.
          21   BY MR. WALKER:
          22      Q    But, again, there's no e-mails from you to
          23   Mr. Bergstein complaining about his exercise of control,
          24   as you characterize it, over any of your companies, is
13:56:43  25   there?

Page 181

13:56:44   1      A    No.  I would talk to him as often as I could
           2   about this stuff and keep telling him what was needed.
           3   I would have conversations with him about specifically
           4   payroll when payroll was late.  Things of that sort.
13:56:55   5      Q    And I take it you never retained legal counsel
           6   to look at putting a stop to any of this or ascertaining
           7   whatever liability you might have as a result of
           8   Mr. Bergstein's so-called control?
           9      A    No, I did not.
13:57:06  10      Q    I take it you never consulted with
          11   Mr. Zarrinkelk about any of that?  Until it had blown up
          12   on you?
          13          MR. WIECHERT:  Vague and ambiguous.
13:57:16  14          THE WITNESS:  Yes, I -- I did not consult
          15   with -- with Majid about that.  But I talked to Majid
          16   all the time.
          17   BY MR. WALKER:
          18      Q    When Mr. Zarrinkelk said yesterday that he
          19   didn't know, basically, what was going on with all this
13:57:26  20   until it had blown up, I think was the phrase he used,
          21   is that true, that you never conferred with him about
          22   any concerns that you had until it had blown up?
          23          MR. WIECHERT:  It's vague and ambiguous.
          24          THE WITNESS:  Majid -- you know, to the extent
13:57:37  25   that money was coming in and out of IA or K.Jam Media,

Kiarash Jam                                                          03-27-19

---

Page 182

13:57:41  1  he knew all about that.  But he did not -- I would --
          2  you know, he would always -- he was one that would say
          3  to me, listen, we got to try to pay this bill or this
          4  bill's due, or this insurance is due, or that tax is
13:57:50  5  due.  And then I would go back to David and try to get
          6  him to put up money for those types of things.  And if
          7  David didn't, I was generating money on my own.  I took
          8  loans to help pay for company bills.  I was trying to do
          9  whatever I could to keep this thing working.
13:58:06 10  BY MR. WALKER:
         11     Q   Prior to 2010, had you ever had occasion to be
         12  involved with companies where hundreds of thousands of
         13  dollars were coming in out at any given time?
         14     A   Yes.  Yeah.  I mean, I -- I've -- every time I
13:58:18 15  make a movie, we set up a single purpose entity for the
         16  movie and I end up becoming probably an officer of that.
         17  I've done that in the past.  And what happens is lots of
         18  money comes in and out and, you know, we track it all.
         19  And so, yes, I have done that.
13:58:28 20     Q   And you were capable of evaluating the flow of
         21  cash for those entities and the maintenance of expenses
         22  in relation to income?
         23     A   I have a whole accounting staff on a movie that
         24  handles that.
13:58:41 25     Q   Okay.  Why didn't you bring that to bear with

---

Page 183

13:58:43  1  respect to any of the entities involving Mr. Bergstein?
          2     A   I had Majid, knowing he was taking care of what
          3  he had to take care of.  And, again, at the time, we had
          4  just finished a very successful deal with David and I
13:58:53  5  had no reason to question him.
          6     Q   You're talking about the Miramax deal?
          7     A   Yes, sir.
          8     Q   What was your role in that deal?
13:59:00  9     A   I started the whole thing.
         10     Q   How did you do that?
         11     A   One of my very good friends was a senior
         12  executive at Walt Disney Company.  I found out Miramax
         13  was going to be for sale before anybody else did.  I'm
         14  the one who talked to David about it.  David talked to
13:59:10 15  Ron Tutor.  I talked Disney into kind of keeping -- or
         16  considering them viable.  I was instrumental in the
         17  whole process all the way through closing, and I stayed
         18  on with the company for about six months after it
         19  closed, as well.
13:59:24 20     Q   What was the role that you and Mr. Bergstein
         21  and Mr. Tutor were playing?
         22     A   I brought the parties together and helped in
         23  evaluation of the material things that I could do.
         24  David financially engineered the thing, and Ron came in
13:59:37 25  with David, met with the folks at Disney, and I think

---

Page 184

13:59:41  1  Ron actually wrote the first big check to -- to show he
          2  was a player, that they should take him seriously.
          3        He and David ended up kind of bringing the rest
          4  of the pieces together.  There was a company called
13:59:51  5  Colony Capitol that came in, ultimately, and the
          6  transaction closed a year and a half later, something
          7  like that.
          8     Q   How much did the three of you make on that
          9  deal?
13:59:59 10     A   I made a couple hundred thousand dollars.  Ron
         11  and David made tens and tens of millions of dollars.
         12     Q   Well, if you initiated it and you brought the
         13  parties together, why did you make such a pittance in
         14  compared to what they made?
14:00:11 15     A   That's one of the things that David still owes
         16  me.  He owed me a bunch of money, and one of them is
         17  some money for the Miramax transaction way after the
         18  fact.
         19     Q   So if you got burned in the deal that you
14:00:18 20  initiated and brought the parties together on between
         21  Miramax and Disney on something of that scale and you
         22  only made a couple hundred thousand dollars and they
         23  made tens of millions between Tutor and Bergstein, why
         24  would you --
14:00:28 25     A   I don't know how much Tutor made.  I don't want

---

Page 185

14:00:32  1  to go on record saying I know what -- how much they
          2  individually made.  But I'm assuming they made a lot of
          3  money.
          4     Q   Well, after all that, why would you continue to
14:00:37  5  trust Mr. Bergstein to the point that, as you claim, you
          6  weren't even reading any of these legal documents?
          7     A   You know, I -- I trusted him.  I thought he was
          8  always going to do the right thing.  He acknowledged
          9  that he owed me the money.  And that we were going to
14:00:46 10  hopefully hit one of these things out of the park.  He
         11  said that I would get, you know, compensated when we got
         12  one of these things to work well, and I believed him.
         13     Q   Let me ask you this:  If he made tens of
         14  millions of dollars, why didn't he just pay you what he
14:01:00 15  owed you out of that sum?
         16     A   I think this was when he was going through all
         17  that bankruptcy.  He had huge legal fees.  He had a lot
         18  of things that he had to do and he used the funds to --
         19  to take care of that.
14:01:10 20     Q   Why was that your problem?
         21     A   It wasn't my problem, but I was helping a
         22  friend out and I thought I'll go along with this.  We've
         23  got all this great stuff going.  And eventually he'll
         24  take care of me.
14:01:19 25     Q   Well, it was your problem if the money went

---

eLitigation Services, Inc. - els@els-team.com

Kiarash Jam                                                           03-27-19

---

Page 186

14:01:20  1  there instead of going to you; right?
          2      A   Well, I did make few hundred thousand dollars,
          3  which was a lot for me at the time.
          4      Q   Okay.  So in what year was that?
14:01:28  5      A   2010, I believe is when the transaction closed.
          6      Q   So making a few hundred thousand dollars was a
          7  lot of money for you at that time?
          8      A   Making a few hundred thousand dollars is a lot
          9  of money any time.  It's a lot of money.
14:01:42 10      Q   Let me hand you what's been marked as
         11  Exhibit 27.
         12          (Exhibit 27 was marked for
         13          identification by the Court Reporter
         14          and is attached hereto.)
14:02:01 15          THE WITNESS:  Is this the same thing?
         16  BY MR. WALKER:
         17      Q   Okay.  Is Exhibit 27 the same consulting
         18  service agreement between Mr. Swartz individually and
         19  Integrated Administration?
14:02:10 20      A   I don't know.  I think so.
         21      Q   And is your signature now appearing on the
         22  document above Mr. Swartz's on Page IA007?
         23      A   That is correct.
         24      Q   And you signed that in your capacity as
14:02:20 25  president of Integrated Administration?

---

Page 187

14:02:22  1      A   Yes, sir.
          2      Q   If Mr. Bergstein had stopped funding Integrated
          3  Administration, how were you going to ensure that that
          4  consulting contract got paid on behalf of your company?
14:02:39  5      A   I was generating funds myself outside of David
          6  at the time.  I would have done that.  Or maybe unwound
          7  the -- unwound the deal.  I don't know.  Never thought
          8  about that.
          9      Q   Were you making more than $20,000 a month?
14:02:50 10      A   I had a -- I had a deal with Broadway 4D around
         11  that time.  I don't know when.  That was for 25,000 a
         12  month, I think it was.  I was getting fees on movies.  I
         13  made a movie; I made $150-, 200,000, something like that
         14  on that.  So I had income coming in, yes, that I was
14:03:05 15  putting into the company.
         16      Q   Okay.  So that was money you were making, but
         17  that was not money that Integrated Administration was
         18  making with respect to the services that it provided?
         19      A   No.  It was money I was making.  I was using it
14:03:16 20  to support the companies.
         21      Q   Okay.  So -- so Integrated Administration,
         22  absent Mr. Bergstein's funding and your funding it out
         23  of your pocket, was not making enough money to pay
         24  Mr. Swartz's contract, was it?
14:03:28 25      A   No.  I don't think so.

---

Page 188

14:03:30  1      Q   Let me hand you what's been marked as
          2  Exhibit 28, sir.
          3          Oh -- yeah, okay, that's right.
          4          (Exhibit 28 was marked for
14:03:37  5          identification by the Court Reporter
          6          and is attached hereto.)
          7  BY MR. WALKER:
          8      Q   Can you identify this document, please?
          9      A   This is a stock purchase agreement between
14:03:56 10  Glendon and Swartz IP.
         11      Q   It's dated May 17, 2012?
         12      A   Yes, sir.
         13      Q   And this agreement provides that Glendon is
         14  going to sell to Swartz IP 1.2 million shares of common
14:04:10 15  stock; correct?
         16      A   That's what it says, yes.
         17      Q   And the total purchase price that Swartz IP was
         18  going to pay for the 1.2 million shares of common stock
         19  in Glendon was $1 million; correct?
14:04:21 20      A   That's what it says, yes.
         21      Q   And the purchaser, this being Swartz IP, in
         22  buying the $1.2 million in common stock in Glendon,
         23  according to Paragraph 1.2, was going to pay $500,000 to
         24  Weston Financial; correct?
14:04:46 25      A   That's what it says, yes.

---

Page 189

14:04:47  1      Q   And $300,000 and $200,000 in two different
          2  installments; correct?
          3      A   That's what it says, yes.
          4      Q   At the time of this particular agreement,
14:04:57  5  May 17, 2012, what was the value of a single share of
          6  Glendon common stock?
          7      A   I don't recall.
          8      Q   Was there a valuation of it?
          9      A   I don't remember.
14:05:10 10      Q   Turning to Page 3.
         11      A   413, you mean?
         12      Q   Yes.  Thank you.
         13          Under Section 2.7, tax matters, it says,
         14  "Glendon and each subsidiary have prepared and filed all
14:05:25 15  tax returns required to have been filed by Glendon for
         16  such subsidiary with all appropriate governmental
         17  agencies and paid all taxes showed thereon."
         18          Did you confirm that fact?
         19      A   I don't recall.
14:05:38 20      Q   Going to the -- Page 419.  This agreement was
         21  signed by you as president of Glendon Group; correct?
         22      A   Yes, sir.
         23      Q   And it was signed by David Bergstein as
         24  president of Swartz IP?
14:05:55 25      A   Yes, sir.

---

eLitigation Services, Inc. - els@els-team.com

---

Page 190

| 14:05:55 | 1 | Q So this wasn't an arms-length transaction at |
| | 2 | all, was it? |
| | 3 | A I don't know what that means. |
| | 4 | Q Well, I mean, it's you and Mr. Bergstein |
| 14:06:04 | 5 | creating a fiction in a stock sale for worthless stock |
| | 6 | to take a million dollars out of Swartz IP, isn't it? |
| | 7 | MR. WIECHERT: Objection. No foundation. |
| | 8 | Calls for a conclusion. Vague and ambiguous and |
| | 9 | argumentative. |
| 14:06:20 | 10 | THE WITNESS: I was not part of any fiction. I |
| | 11 | actually kind of resent you saying that. I thought |
| | 12 | everything was above board. I believed in Glendon at |
| | 13 | the time. And as I said, I had no reason not to believe |
| | 14 | David. I thought this was all great stuff. So I -- |
| 14:06:32 | 15 | BY MR. WALKER: |
| | 16 | Q What was the capitalization of Glendon Group on |
| | 17 | the date of this contract? |
| | 18 | A I don't recall. |
| | 19 | Q You were the president of the company; right? |
| 14:06:39 | 20 | A Yes, I was. |
| | 21 | Q What was the value of the common stock per |
| | 22 | share? |
| | 23 | A I don't recall. |
| | 24 | Q And you were the president of the company; |
| 14:06:43 | 25 | right? |

Page 191

| 14:06:44 | 1 | A Yes, sir. |
| | 2 | Q Did you buy any shares of Glendon? |
| | 3 | A No. I was given shares of Glendon for the work |
| | 4 | I did. |
| 14:06:49 | 5 | Q Did anyone else buy any shares of Glendon -- |
| | 6 | A Yes, sir. |
| | 7 | Q -- other than Swartz IP? |
| | 8 | A Yes, sir. |
| | 9 | Q Who? |
| 14:06:55 | 10 | A A whole bunch of investors. |
| | 11 | Q How many? |
| | 12 | A I don't know, 15, 20. I don't recall |
| | 13 | specifically. |
| | 14 | Q How much money did those stock sales raise in |
| 14:07:04 | 15 | addition to Swartz IP's $1 million? |
| | 16 | A I think the total raise was somewhere around, I |
| | 17 | want to say, 7 million, 5 to 7 million is what we needed |
| | 18 | to raise to take the company private. |
| | 19 | Q Okay. And what happened to the company? |
| 14:07:19 | 20 | A The company was functioning very well |
| | 21 | privately. We had multiple offers to -- for the company |
| | 22 | to be bought. The CEO and his right-hand at the time |
| | 23 | ended up liquidated some assets that put a line of |
| | 24 | credit out of its -- what is it called -- compliance. |
| 14:07:35 | 25 | The bank -- we -- we found out about it |

Page 192

| 14:07:38 | 1 | immediately. We -- they found out about it immediately. |
| | 2 | The CFO, Evan Warshawsky at the time, found out about it |
| | 3 | right away, notified the bank right away. The bank came |
| | 4 | in and ultimately liquidated all the assets to pay back |
| 14:07:50 | 5 | their line. |
| | 6 | Q How soon after May 2012 did that take place? |
| | 7 | A I don't remember the date. |
| | 8 | Q Was it the next year? |
| | 9 | A I don't remember the date specifically. |
| 14:07:57 | 10 | Q So the stock ended up becoming worthless? |
| | 11 | A The stock isn't worthless. The company now is |
| | 12 | still in existence and has a significant notice of loss |
| | 13 | that we're trying to figure out how to capitalize that. |
| | 14 | To capitalize on that so we can pay back the investors. |
| 14:08:12 | 15 | Q Well, how are you going to capitalize on a |
| | 16 | loss? |
| | 17 | A There is a notice of loss that it's my |
| | 18 | understanding we can sell. There's 12 or $15 million in |
| | 19 | NOLs. It is my understanding there's a mechanism to use |
| 14:08:22 | 20 | to sell that at a discount to another company that can |
| | 21 | take those losses over the course of, I don't know, |
| | 22 | years. This is something that the CFO Evan is working |
| | 23 | on with the lawyers. And then whatever money is |
| | 24 | generated we're going to use to pay whoever back that |
| 14:08:36 | 25 | hasn't been paid. |

Page 193

| 14:08:37 | 1 | Q So how long has that process been going on? |
| | 2 | A For a while. |
| | 3 | Q And have you had any takers? |
| | 4 | A Not yet. |
| 14:08:49 | 5 | Q As we sit here today, I take it that the stocks |
| | 6 | not -- it's not publicly traded; right? |
| | 7 | A No. The company was taken private. |
| | 8 | Q What's the current assigned value of the stock |
| | 9 | on the company's books? |
| 14:09:01 | 10 | A I don't know. |
| | 11 | Q And you said that the CEO is Mr. Warshawsky? |
| | 12 | A No. He was the CFO. |
| | 13 | Q CFO. |
| | 14 | A The CEO was a gentleman named David Zinberg. |
| 14:09:10 | 15 | Q And Mr. Warshawsky was involved in some of the |
| | 16 | other Swartz IP matters; correct, that we've seen today? |
| | 17 | A Yes. I don't know what the timing was, but |
| | 18 | yes, he has been involved. |
| | 19 | Q Let me hand you what's been marked as |
| 14:09:24 | 20 | Exhibit 29. |
| | 21 | (Exhibit 29 was marked for |
| | 22 | identification by the Court Reporter |
| | 23 | and is attached hereto.) |
| | 24 | THE WITNESS: Okay. Okay. |
| 14:09:32 | 25 | BY MR. WALKER: |

49 (Pages 190 to 193)

Kiarash Jam                                                    03-27-19

---

Page 194

14:09:33  1    Q   Can you identify this document, sir?
          2    A   Yes.  This is a document to -- for a bank
          3  account signature card at Wells Fargo for Pineboard.
          4    Q   Okay.  So as I read this, you were a signatory
14:09:44  5  for Pineboard, as was Mr. Zarrinkelk?
          6    A   That is correct, yes.
          7    Q   And this was deleting Mr. Wellner as a
          8  signatory?
          9    A   Yes, sir.
14:09:55 10    Q   Why was he being deleted at this time?
         11    A   Probably because he's never here.  You know, he
         12  lived out of town.  And Majid's a signer on all my
         13  accounts, so...
         14    Q   Why was he a signer to begin with?
14:10:06 15    A   I don't remember.  He was part of Pineboard.
         16  Pineboard was going to get funding from Weston, so he
         17  wanted to be a signer, I guess.
         18    Q   Let he hand you what's been marked as
         19  Exhibit 30, sir.
14:10:19 20    A   Okay.
         21        (Exhibit 30 was marked for
         22         identification by the Court Reporter
         23         and is attached hereto.)
         24  BY MR. WALKER:
14:10:23 25    Q   I'll ask you to identify this document, please.

---

Page 195

14:10:29  1    A   Okay.
          2        Okay.
          3    Q   What is this?
          4    A   I remember receiving stuff from Société
14:10:41  5  Générale, and as soon as I'd get it, I'd fax it and send
          6  it to David and ask him what I needed to do.  This is
          7  probably one of those documents.
          8    Q   Yes, sir.  So what is this?
          9    A   It's a document from Société Générale to Swartz
14:10:57 10  IP.  It's a redemption request.
         11    Q   And on the second page of the exhibit, it's
         12  attention to Swartz IP Services Group, Inc., attention
         13  Kia Jam or David Bergstein; correct?
         14    A   On the second page, yes, that's correct.
14:11:12 15    Q   And it's directed to the address that you
         16  mutually shared with Mr. Bergstein at 2425 Colorado
         17  Boulevard; correct?
         18    A   Yes, sir.
         19    Q   And it's a redemption request for $9.2 million
14:11:27 20  of the Swartz IP position; correct?
         21    A   Yes.  That's what it says.
         22    Q   Now, at the time this was received, I take it
         23  that you understood that Swartz IP did not have
         24  $9.2 million?
14:11:39 25    A   I did not know what Swartz IP did or didn't

---

Page 196

14:11:41  1  have.  I received this and I sent it to David.
          2    Q   What other efforts did you do to undertake to
          3  respond to this redemption request?
          4    A   I just sent it to David.  That's it.
14:11:59  5    Q   Let me hand you what's been marked as
          6  Exhibit 31.  Take a look at that, sir, and let me know
          7  when you've completed your review, please.
          8    A   Okay.
          9        (Exhibit 31 was marked for
14:15:32 10         identification by the Court Reporter
         11         and is attached hereto.)
         12  BY MR. WALKER:
         13    Q   All right.  So is it fair to say that this was
         14  the same $9.2 million redemption request you received
14:12:22 15  from SocGen, and the next day they're writing you back
         16  saying, "We sent this to you yesterday.  Can you give us
         17  an answer?"
         18    A   Yes.  That's what it says.
         19    Q   So as of August 23, 2012, neither you, nor
14:12:35 20  Mr. Bergstein, had apparently responded to the
         21  redemption request; correct?
         22    A   I hadn't done it.  I don't know what David did
         23  or didn't do.
         24    Q   Other than sending it to Mr. Bergstein, when
14:12:42 25  you received this, did you do anything else?

---

Page 197

14:12:45  1    A   No.  I don't recall doing anything else.
          2    Q   Let me hand you what's been marked as
          3  Exhibit 32.
          4        (Exhibit 32 was marked for
14:12:51  5         identification by the Court Reporter
          6         and is attached hereto.)
          7  BY MR. WALKER:
          8    Q   Now, this is dated September 4, 2012, from Evan
          9  Warshawsky; correct?
14:13:01 10    A   Yes.
         11    Q   And it's an e-mail sent directly to you?
         12    A   Yes.
         13    Q   With a courtesy copy to David Bergstein;
         14  correct?
14:13:08 15    A   Yes, sir.
         16    Q   And he's identifying the list of entities that
         17  he needs to file tax returns for; correct?
         18    A   Okay.
         19    Q   Do you agree with that?
14:13:18 20    A   Yes.  I'm just reading it now.
         21    Q   Okay.  Let me know when you've completed your
         22  review, sir.
         23    A   Yes, that's what this list is.  He's saying "I
         24  need file tax returns," yes.
14:13:25 25    Q   And he's saying most of the returns are due in

---

eLitigation Services, Inc. - els@els-team.com

Page 198

| | | |
|---|---|---|
| 14:13:27 | 1 | 11 days on September 15, 2012; correct? |
| | 2 | That's what he's saying. |
| | 3 | Q   And he says, "I can file everything on time if |
| | 4 | we meet this week to get all the information together |
| 14:13:36 | 5 | and decide what the final ownership structures are." |
| | 6 | Did I read that correctly? |
| | 7 | A   Yes. |
| | 8 | Q   So what determined the ownership structures of |
| | 9 | any of these entities? |
| 14:13:45 | 10 | A   I would -- |
| | 11 | MR. WIECHERT:  Objection.  Vague and ambiguous. |
| | 12 | And compound. |
| | 13 | THE WITNESS:  I don't know what Evan did or |
| | 14 | didn't know at the time, so I don't know. |
| 14:13:53 | 15 | BY MR. WALKER: |
| | 16 | Q   Well, what did you understand that he was |
| | 17 | saying in his e-mail to you when he said it was -- that |
| | 18 | you all needed to decide what the final ownership |
| | 19 | structures are? |
| 14:14:02 | 20 | A   I'm saying he probably just didn't know what |
| | 21 | some of the ownership of some of the entities were. |
| | 22 | Q   Well, you don't think that when he says that we |
| | 23 | need to decide what the final ownership structures are |
| | 24 | is suggesting that there were going to be changes? |
| 14:14:16 | 25 | A   I -- you know, as the accountant, maybe he |

Page 199

| | | |
|---|---|---|
| 14:14:17 | 1 | would have suggested doing an -- you know, a C versus an |
| | 2 | S or something like that.  But no.  I just read this as |
| | 3 | he didn't know what the ownership on some of the |
| | 4 | entities was and he needed to know before he could file |
| 14:14:27 | 5 | his tax returns. |
| | 6 | Q   Okay.  And there in the e-mail from |
| | 7 | Mr. Warshawsky to David Bergstein that he's forwarding, |
| | 8 | we see the list of entities that he wanted to file |
| | 9 | returns for; correct? |
| 14:14:39 | 10 | A   I think so, yes. |
| | 11 | Q   And it included several of your companies; |
| | 12 | correct? |
| | 13 | A   Yes. |
| | 14 | Q   Now, going to the second page of this exhibit, |
| 14:14:50 | 15 | on January 17, 2012, Mr. Warshawsky advises Mr. Solomon |
| | 16 | and Mr. Bergstein that he had met with Jeff. |
| | 17 | Would -- was that Mr. Solomon? |
| | 18 | A   I assume so. |
| | 19 | Q   To review the outstanding corporate tax filings |
| 14:15:08 | 20 | that need to be completed; correct? |
| | 21 | A   Yes, sir. |
| | 22 | Q   And he says, "Per Kia's instructions, Majid |
| | 23 | Zarrinkelk will file returns for the following |
| | 24 | entities." |
| 14:15:15 | 25 | Did I read that correctly? |

Page 200

| | | |
|---|---|---|
| 14:15:17 | 1 | A   Yes, sir. |
| | 2 | Q   And he lists K.Jam Productions, K.Jam Media, |
| | 3 | Integrated Administration, KJM -- KJMI Holdings, RNT |
| | 4 | Holdings, and Pagoda Services; correct? |
| 14:15:30 | 5 | A   Yes, sir. |
| | 6 | Q   Okay.  Why were you instructing him that Majid |
| | 7 | Zarrinkelk would prepare the returns for those entities? |
| | 8 | A   Because these are the ones that he was |
| | 9 | tracking.  He -- these are the ones that Majid was |
| 14:15:42 | 10 | actively tracking and had all the stuff for. |
| | 11 | Q   Why was Majid Zarrinkelk tracking these |
| | 12 | distinct entities? |
| | 13 | A   Just because these were the ones that, you |
| | 14 | know, I was actively involved with, I guess, or these |
| 14:15:55 | 15 | were the ones that I owned.  I would guess these are the |
| | 16 | ones -- billing the ones that I owned.  I don't know. |
| | 17 | Q   And they included Integrated Administration; |
| | 18 | correct? |
| | 19 | A   Yeah.  Hold on.  Yes. |
| 14:16:11 | 20 | Q   Let me hand you what's been marked as |
| | 21 | Exhibit 33, sir. |
| | 22 | A   Okay. |
| | 23 | (Exhibit 33 was marked for |
| | 24 | identification by the Court Reporter |
| 14:15:32 | 25 | and is attached hereto.) |

Page 201

| | | |
|---|---|---|
| 14:15:32 | 1 | BY MR. WALKER: |
| | 2 | Q   Please review that and let me know when you've |
| | 3 | completed your review. |
| | 4 | A   Okay. |
| 14:16:37 | 5 | Q   Exhibit 33 is correspondence dated October 9, |
| | 6 | 2012, to Swartz IP at the 2425 Colorado Boulevard |
| | 7 | address here in Santa Monica; correct? |
| | 8 | A   Yes. |
| | 9 | Q   And the re: line or subject line is "Demand for |
| 14:16:50 | 10 | mandatory prepayment from the company"; correct? |
| | 11 | A   Yes, sir. |
| | 12 | Q   And the company is Swartz IP; correct? |
| | 13 | A   Yes. |
| | 14 | Q   And the purchaser is Class TT, the plaintiff in |
| 14:17:05 | 15 | this case that I represent; correct? |
| | 16 | A   Yes, sir. |
| | 17 | Q   Going to the paragraph there at the bottom of |
| | 18 | the first page, it recites that on August 22, 2012, |
| | 19 | SocGen sent Swartz IP a demand for prepayment of the |
| 14:17:18 | 20 | $9.2 million, which is attached as Exhibit A. |
| | 21 | And we've already looked at that document; |
| | 22 | correct? |
| | 23 | A   Yes, sir.  Yes, sir. |
| | 24 | Q   And that was the redemption request that you |
| 14:17:26 | 25 | identified? |

51  (Pages 198 to 201)

|                | Page 202 |
|----------------|----------|
| 14:17:27 1 | A  Yes, sir. |
| 2 | Q  And then on October 1, 2012, they sent an |
| 3 | additional demand for prepayment of $400,000 attached as |
| 4 | Exhibit B to this correspondence; correct? |
| 14:17:52 5 | A  This is Exhibit B.  I don't see Exhibit B. |
| 6 | Here it is.  Here it is.  Here it is.  Sorry.  Sorry. |
| 7 | MR. WIECHERT:  8423. |
| 8 | THE WITNESS:  I just see it.  I'm sorry I |
| 9 | missed it. |
| 14:18:03 10 | MR. WIECHERT:  It's Bates stamped down at the |
| 11 | bottom. |
| 12 | THE WITNESS:  Yes, sir.  So that's correct. |
| 13 | BY MR. WALKER: |
| 14 | Q  Okay.  And that was an additional redemption |
| 14:18:08 15 | request that had also come in, in addition to the |
| 16 | 9.2 million; correct? |
| 17 | A  Yes, sir. |
| 18 | Q  Do you know why these redemption requests were |
| 19 | being made? |
| 14:18:16 20 | A  No, sir. |
| 21 | Q  Did you see this correspondence dated |
| 22 | October 9, 2012, when it came in? |
| 23 | A  I don't recall.  This probably was a -- would |
| 24 | have been delivered to Frymi at the office and I don't |
| 14:18:28 25 | know what she did with it.  But I don't recall seeing |

|                | Page 204 |
|----------------|----------|
| 14:19:34 1 | and is attached hereto.) |
| 2 | BY MR. WALKER: |
| 3 | Q  So here we see the October 9, 2012, |
| 4 | correspondence; correct? |
| 14:19:43 5 | A  Yes. |
| 6 | Q  And it's being sent by e-mail from a gentleman |
| 7 | named Vincent King -- |
| 8 | A  Yes. |
| 9 | Q  -- on October 9, 2012, to you, David Bergstein, |
| 14:19:53 10 | Albert Hallac, LaTonia Symonette-Tinker, Joseph Iskowitz |
| 11 | at Katten Law. |
| 12 | A  Yes, that is correct. |
| 13 | Q  All right.  So you received this correspondence |
| 14 | by e-mail from Class TT on October 9, 2012; correct? |
| 14:20:10 15 | A  That's correct.  I stand corrected. |
| 16 | Q  And it notes that it went to your |
| 17 | kjam@kjammedia.com e-mail address; correct? |
| 18 | A  That's correct. |
| 19 | Q  And your response approximately 23 minutes |
| 14:20:21 20 | later to David Bergstein was, "Do I need to do anything |
| 21 | with this?" |
| 22 | Is that correct? |
| 23 | A  Yes. |
| 24 | Q  What was Mr. Bergstein's response? |
| 14:20:33 25 | A  I don't specifically recall. |

|                | Page 203 |
|----------------|----------|
| 14:18:30 1 | this document. |
| 2 | Q  And as we go through it, Exhibit A is the |
| 3 | $9.2 million redemption request we've already looked at; |
| 4 | correct? |
| 14:18:40 5 | A  Yes, sir. |
| 6 | Q  Along with a fax confirmation sheet? |
| 7 | A  Yes, sir. |
| 8 | Q  Exhibit B is the additional $400,000 redemption |
| 9 | request; correct? |
| 14:18:50 10 | A  Yes, sir. |
| 11 | Q  And Exhibit C are the various shareholder |
| 12 | interests that were requesting redemption; correct? |
| 13 | A  I don't know what this.  I have not seen this |
| 14 | before. |
| 14:19:02 15 | Q  Well, it's entitled "The Wimbledon Fund, SPC |
| 16 | (Class TT) Pending Redemptions Register"; correct? |
| 17 | A  That's what it says, yes. |
| 18 | Q  When did you first see that correspondence with |
| 19 | those attachments? |
| 14:19:18 20 | A  I think right now.  I don't remember seeing it |
| 21 | before. |
| 22 | Q  Let me hand you what's been marked as |
| 23 | Exhibit 34. |
| 24 | (Exhibit 34 was marked for |
| 14:19:34 25 | identification by the Court Reporter |

|                | Page 205 |
|----------------|----------|
| 14:20:38 1 | Q  What was your view of the situation at the |
| 2 | time? |
| 3 | A  My view was that whatever this was, David was |
| 4 | dealing with it and he told me not to worry about it at |
| 14:20:49 5 | some point, I'm sure, and I didn't. |
| 6 | Q  Do you recall him specifically telling you not |
| 7 | to worry about it? |
| 8 | A  No, I don't. |
| 9 | Q  Were you concerned that Swartz IP did not have |
| 14:20:59 10 | sufficient funds to meet the redemption request of |
| 11 | 9.6 million? |
| 12 | A  I didn't know enough about it to have a |
| 13 | concern, and I don't know what Swartz IP did or didn't |
| 14 | have. |
| 14:21:09 15 | Q  Let me hand you what's been marked as |
| 16 | Exhibit 35, sir. |
| 17 | A  Okay. |
| 18 | (Exhibit 35 was marked for |
| 19 | identification by the Court Reporter |
| 14:15:32 20 | and is attached hereto.) |
| 21 | THE WITNESS:  Okay.  It's the same thing; |
| 22 | right? |
| 23 | BY MR. WALKER: |
| 24 | Q  I believe this is the -- |
| 14:21:25 25 | A  The actual e-mail? |

52  (Pages 202 to 205)

Kiarash Jam                                          03-27-19

---

Page 206

| | | |
|---|---|---|
| 14:21:26 | 1 | Q   The actual e-mail.  Yes, sir. |
| | 2 | A   Yes, sir. |
| | 3 | Q   And when you saw that Joseph Iskowitz at |
| | 4 | kattenlaw.com was being copied, did you understand that |
| 14:21:35 | 5 | Katten was a law firm? |
| | 6 | A   I know Katten's a law firm.  I probably -- I |
| | 7 | don't remember looking and seeing who was copied on the |
| | 8 | e-mail.  I saw what is was and I forwarded it to David. |
| | 9 | But I know Katten is a law firm.  They do business in |
| 14:21:47 | 10 | entertainment. |
| | 11 | Q   Let me hand you what's been marked as |
| | 12 | Exhibit 36, sir. |
| | 13 |       Oh, let me have that bottom one.  Thanks. |
| | 14 |         (Exhibit 36 was marked for |
| 14:21:54 | 15 |           identification by the Court Reporter |
| | 16 |           and is attached hereto.) |
| | 17 | BY MR. WALKER: |
| | 18 | Q   Now, this is correspondence dated November 14, |
| | 19 | 2012, to Swartz IP at the Colorado Boulevard address; |
| 14:22:06 | 20 | correct? |
| | 21 | A   That is correct. |
| | 22 | Q   And it states that notice is given that Swartz |
| | 23 | IP is in default of its obligations under the note |
| | 24 | purchase agreement; correct? |
| 14:22:18 | 25 | A   Yes, sir. |

---

Page 207

| | | |
|---|---|---|
| 14:22:18 | 1 | Q   And that's the same note purchase agreement you |
| | 2 | had executed as the vice president of Swartz IP; |
| | 3 | correct? |
| | 4 | A   I assume so. |
| 14:22:28 | 5 | Q   And it states there that, "Accordingly, all the |
| | 6 | notes to be -- were immediately due and payable as set |
| | 7 | forth in Paragraph 12 of the agreement"; correct? |
| | 8 | A   That's what it says. |
| | 9 | Q   When was the first time you saw that |
| 14:22:47 | 10 | correspondence? |
| | 11 | A   I don't remember.  If it was sent to the |
| | 12 | office, mail, it would have gone to Frymi. |
| | 13 | Q   Let me hand you what's been marked as |
| | 14 | Exhibit 37. |
| 14:23:03 | 15 | A   Okay. |
| | 16 |         (Exhibit 37 was marked for |
| | 17 |           identification by the Court Reporter |
| | 18 |           and is attached hereto.) |
| | 19 |       THE WITNESS:  The same letter.  And like I |
| 14:23:14 | 20 | said, I forwarded it directly to David saying, "What's |
| | 21 | up?  What do -- why do they keep sending this?" |
| | 22 | BY MR. WALKER: |
| | 23 | Q   Okay.  So Exhibit -- |
| | 24 | A   Because I don't they what is going on. |
| 14:23:20 | 25 | Q   So Exhibit 37 now reflects that that same |

---

Page 208

| | | |
|---|---|---|
| 14:23:24 | 1 | letter, noting that Swartz IP was in default of its |
| | 2 | obligations under the note purchase agreement and |
| | 3 | declaring all the notes due and payable was actually |
| | 4 | e-mailed to you at your kjammedia.com e-mail address; |
| 14:23:39 | 5 | correct? |
| | 6 | A   Yes, sir. |
| | 7 | Q   And here we see josephiskowitz@kattenlaw, |
| | 8 | Martin Kaplan, a fredsanto@kattenlaw, |
| | 9 | williamregan@kattenlaw; correct? |
| 14:23:52 | 10 | A   Yes.  I don't know who these people are. |
| | 11 | Q   And you send to it Mr. Bergstein and say, "Hey, |
| | 12 | D, what is this and why do they keep sending me this?" |
| | 13 |       Did I read that correctly? |
| | 14 | A   Yes, you did. |
| 14:24:04 | 15 | Q   Was it not apparent to you that they were |
| | 16 | sending it to you because Swartz IP was in default under |
| | 17 | the note purchase agreement? |
| | 18 | A   At the time, it wasn't, I guess.  Because he |
| | 19 | kept saying -- I'm sure he was -- I don't remember, but |
| 14:24:14 | 20 | I'm sure he was saying, I'm dealing with it, don't worry |
| | 21 | it. |
| | 22 |       Like I see here, don't worry. |
| | 23 |       So if I'm not supposed to worry, why do they |
| | 24 | keep sending me this?  This is me asking him what's |
| 14:24:24 | 25 | going on. |

---

Page 209

| | | |
|---|---|---|
| 14:24:25 | 1 | Q   Well, you say you mentioned a while ago that |
| | 2 | this was not to worry.  Do you recall specifically any |
| | 3 | reaction that he had to this e-mail on November 16, |
| | 4 | 2012? |
| 14:24:33 | 5 | A   I do not recall specifically, no. |
| | 6 | Q   And you certainly knew what a redemption |
| | 7 | request was; right? |
| | 8 | A   Yes. |
| | 9 | Q   And you certainly knew what a default was on a |
| 14:24:42 | 10 | note; right? |
| | 11 | A   Yes. |
| | 12 | Q   And you understood what it meant to declare a |
| | 13 | note in default and immediately due and payable; right? |
| | 14 | A   Yes. |
| 14:24:52 | 15 | Q   So you understood that they were taking the |
| | 16 | position in writing at Class TT that the notes that you |
| | 17 | had signed, the reference notes and the other notes that |
| | 18 | Swartz IP had were being called?  They were due and |
| | 19 | payable; right? |
| 14:25:07 | 20 | A   I don't remember specifically reading this |
| | 21 | document.  I see something from Wimbledon TT and I |
| | 22 | forwarded to him.  So I don't know specifically what I |
| | 23 | was thinking at the time. |
| | 24 | Q   Well, you point out, you ask, "Why do they keep |
| 14:25:20 | 25 | sending me this?" |

---

53 (Pages 206 to 209)

Page 210

```
14:25:21   1        A   Yeah.
           2        Q   You understood they were sending it to you
           3   because you were vice president of Swartz IP that signed
           4   the note purchase agreement; right?
14:25:30   5            MR. WIECHERT:  Calls for speculation.  No
           6   foundation.
           7            THE WITNESS:  I did sign the note.  Sorry.
           8   BY MR. WALKER:
           9        Q   So it made sense to you at the time that you
14:25:36  10   would be receiving the default notice; correct?
          11        A   It didn't make sense to me I keep getting this.
          12   That's why I keep asking him, "Why do they keep sending
          13   this?"  I was asking him, What's going on?  Why are they
          14   keep sending this?
14:25:48  15        Q   Had you not read Section 10 of the note
          16   purchase agreement regarding mandatory prepayment of the
          17   notes?
          18        A   I told you I did not read the note when I
          19   signed it.
14:25:55  20        Q   Well, when you got this acceleration notice,
          21   did you not pull the note purchase agreement that you
          22   had executed to take a look at it?
          23        A   No, I did not.
          24        Q   Was that because you knew it was a fraud?
14:26:05  25        A   No, sir.
```

Page 211

```
14:26:06   1        Q   I mean, you understood that the agreements that
           2   you signed, the notes that you signed were just part of
           3   a fraud; right?
           4        A   No, sir.
14:26:12   5        Q   So you didn't care enough to read them?
           6        A   No, sir.
           7        Q   Because it wasn't worth your time?
           8        A   No, sir.
           9            MR. WIECHERT:  It's argumentative.  Compound.
14:26:19  10            THE WITNESS:  I did not understand that at all,
          11   to be clear.
          12   BY MR. WALKER:
          13        Q   You go on to state that -- on November 16th
          14   that Mr. Bergstein had mentioned a while ago that this
14:26:27  15   was not to worry; correct?
          16        A   That's what it says, yes.
          17        Q   All right.  Well, why did he say that you
          18   should not worry about it?
          19        A   Because whatever it was, he was handling, I
14:26:37  20   guess.
          21        Q   And you ask him, "Do we need to take any
          22   steps?"
          23            Did he ever respond to that?
          24        A   I don't recall him responding specifically to
14:26:46  25   this, no.
```

Page 212

```
14:26:47   1        Q   Did you ever sit down or talk with
           2   Mr. Bergstein about next steps in responding to this
           3   default?
           4        A   I don't specifically recall that, no.
14:26:54   5        Q   And you pointed out that you were concerned
           6   because they were copying a bunch of lawyers on it;
           7   correct?
           8        A   I did, yes.
           9            MR. WALKER:  Why don't we take a break.
14:27:30  10   There's only five minutes left on the tape.
          11            THE WITNESS:  No problem.
          12            THE VIDEOGRAPHER:  We're going off the record
          13   at 2:25 p.m.
          14            (A recess was taken.)
14:56:46  15            THE VIDEOGRAPHER:  We are back on the record at
          16   2:54 p.m.
          17   BY MR. WALKER:
          18        Q   Sir, I'm sorry, I was -- you said with respect
          19   to Glendon that there were several investors?
14:57:02  20        A   Yes.
          21        Q   And what are you doing currently to try to make
          22   it right?
          23        A   There was -- Glendon has NOLs, notices of loss,
          24   that we're trying to see how we can monetize those.
14:57:17  25        Q   And Glendon was a legitimate business
```

Page 213

```
14:57:19   1   operation?
           2        A   Absolutely.
           3        Q   I'm going to mark this 38A.
           4        A   You already -- you gave me this one already.
14:57:31   5        Q   Yes, sir.  I want to give you this one now.
           6            MR. WIECHERT:  So this would be 38B or just 38?
           7            MR. WALKER:  Thirty-eight.
           8            MR. WIECHERT:  Okay.
           9            (Exhibit 38-A was marked for
14:15:32  10            identification by the Court Reporter
          11            and is attached hereto.)
          12   BY MR. WALKER:
          13        Q   Do you recognize Exhibit 38A, sir?
          14        A   Yes, I do.
14:57:48  15        Q   What is it?
          16        A   It's my settlement with the SEC.
          17        Q   So it notes that the SEC pursued a matter, an
          18   administrative proceeding against you, along with a
          19   cease and desist proceeding; correct?
14:58:05  20        A   They did pursue it against me, yes.
          21        Q   And you individually, Kiarash Jam, were the
          22   respondent; correct?
          23        A   Yes.
          24        Q   And it notes in the second paragraph there on
14:58:17  25   the first page, "Respondent -- that would be you -- has
```

Kiarash Jam                                                03-27-19

Page 214

14:58:21   1    submitted an offer of settlement which the Commission
           2    has determined to accept"; correct?
           3        A  That's correct.
           4        Q  Going to Paragraph 3, it says that the
14:58:31   5    Securities and Exchange Commission finds that these
           6    proceedings against you arose out of two unregistered
           7    securities-offering frauds committed by you from
           8    approximately September 2012 through approximately
           9    March 2014; correct?
14:58:46  10        MR. WIECHERT:  Counsel, can I just have a
          11    continuing objection with regard to all questions
          12    concerning this on the grounds of relevance?
          13        MR. WALKER:  Sure.
          14        MR. WIECHERT:  Thank you.  And then I won't
14:58:54  15    have to repeat myself.
          16        MR. WALKER:  Thank you.
          17        MR. WIECHERT:  Yes.
          18        THE WITNESS:  I'm sorry.  The question again.
          19    BY MR. WALKER:
14:59:01  20        Q  Yes, sir.  So it begins by noting that the
          21    proceedings the SEC brought against you arose out of two
          22    unregistered securities-offering frauds that you had
          23    committed from approximately September 12, 2012, through
          24    approximately March 2014; correct?
14:59:16  25        A  That's what they claim, yes.

Page 215

14:59:17   1        Q  And during the first offering fraud, it says,
           2    "Jam and his associate, David R. Bergstein, neither of
           3    whom was registered with the Commission in any capacity,
           4    raised approximately $5.6 million from 11 investors from
14:59:31   5    approximately September 2012 through approximately
           6    March 2013 by selling on behalf of Glendon Group Inc., a
           7    shell company with no operations, unregistered shares of
           8    common stock and notes," which they define as the
           9    Glendon Units; correct?
14:59:49  10        A  That's what it says.
          11        Q  So in the agreement that you signed for Glendon
          12    and that Mr. Bergstein signed for Swartz IP, selling
          13    1.2 million shares of Glendon common stock to Swartz IP
          14    for a million dollars, that's the very same common stock
15:00:08  15    that's referenced here; correct?
          16        A  I believe so, yes.
          17        Q  And you agree that Glendon was a shell company
          18    with no operations; correct?
          19        A  No.  I don't.  I don't agree with the SEC's
15:00:22  20    position on this.  This is a -- I admitted no fault and
          21    no guilt.  This is certainly their perspective.  And I
          22    settled with them.  So that's something that is in here
          23    somewhere.
          24        Q  Was the common stock that Swartz IP purchasing
15:00:34  25    and the agreement that you and Mr. Bergstein signed

Page 216

15:00:37   1    unregistered?
           2        A  I think it was a private company at that point.
           3        Q  Was it unregistered shares of common stock
           4    that --
15:00:45   5        A  Do you register private shares?
           6        Q  I'm asking you, sir.
           7        A  I don't know the answer to that question.  I
           8    was asking you.
           9        Q  It states down further in that paragraph, "In
15:00:54  10    connection with this offering, Jam made
          11    misrepresentations about the amount of funds that
          12    Glendon had raised to date, the number of securities of
          13    Glendon currently available for purchase, and the timing
          14    of the take private transaction."
15:01:07  15        Did I read that correctly?
          16        A  That's what it says.
          17        Q  It also states that, "Jam also misappropriated
          18    $205,443 of the offering proceeds through nominee
          19    entities he controlled and used the majority of these
15:01:22  20    misappropriated funds to pay his personal expenses."
          21        Did I read that correctly?
          22        A  That's what it says.
          23        Q  Look at the top of page 3.  Oh, I'm sorry.
          24    Let's start at the very bottom of page 2.  It states
15:01:41  25    that, in describing you as the respondent, that you have

Page 217

15:01:45   1    never been registered with the Commission, the SEC, and
           2    that you hold no securities licenses.
           3        Have -- have you ever previously registered
           4    with the Securities and Exchange Commission?
15:01:55   5        A  No, sir.
           6        Q  And have you ever previously held a securities
           7    license?
           8        A  No, sir.
           9        Q  It states that at all relevant times, that you
15:02:01  10    were the president and chief executive officer of
          11    Glendon.
          12        A  Correct.
          13        Q  Was that true?
          14        A  Yes, sir.
15:02:06  15        Q  That you were the president and sole director
          16    of K.Jam Media, Inc.
          17        Is that true?
          18        A  Yes, sir.
          19        Q  And that you were the president and sole
15:02:14  20    officer of Integrated Administration.
          21        Was that also true?
          22        A  Yes, sir.
          23        Q  Were those the nominee entities that it's
          24    referencing earlier in the settlement?
15:02:27  25        A  I don't know.

55  (Pages 214 to 217)

| | | Page 218 |
|---|---|---|

15:02:27  1       Q   Certainly, those are the same entities we've
2   been discussing --
3       A   Yes.
4       Q   -- during your deposition today; correct?
15:02:33  5       A   That's correct.
6       Q   And it goes on to state, "Respondent
7   participated in an offering of Glendon stock, which is a
8   penny stock."
9           Did I read that correctly?
15:02:43  10      A   Where is that?  What page?
11          MR. WIECHERT:  The top of Page 3.
12  BY MR. WALKER:
13      Q   The last -- last sentence of that paragraph.
14      A   Yes, that's correct.  That's what it says.
15:02:51  15      Q   Okay.  Do you agree that Glendon stock was a
16  penny stock?
17      A   I don't know what a penny stock is defined as.
18      When you were engaging in the securities deals
19  involving Glendon stock with Swartz IP, for example, did
15:03:04  20  it occur to you that you were involving -- you were
21  involving yourself in the sale of a security?
22      A   No.  I think there's documents -- as the
23  document clearly stated, this was not to be a security.
24  There was a securities lawyer who drafted all the
15:03:16  25  documents, so I thought everything was fine.  Aaron

| | | Page 219 |
|---|---|---|

15:03:19  1   Grunfeld is a securities expert and he was the one who
2   drafted all the documents for all the transactions with
3   regards to the Glendon and bids transaction.
4       Q   And Aaron Grunfeld's the same lawyer that filed
15:03:30  5   the formation documents for Swartz IP; right?
6       A   Yes, the same lawyer.
7       Q   Now, starting at the bottom of Page 3, it
8   says -- it's discussing certain misrepresentations that
9   you made to create a sense of urgency around the Glendon
15:03:48  10  stock offering.  And it goes on to say, for example, "In
11  an October 4, 2002, e-mail, Jam told investor one and
12  investor two that we were ten units shy of closing and
13  that Bergstein is pumped about this.  He is in.  He put
14  his mom in."
15:04:02  15          Did I read that correctly?
16      A   Yes, you did.
17      Q   Did you say those things?
18      A   I -- if it says I did in quotes, I'm sure the
19  SEC won't be lying.  But I don't recall specifically.
15:04:13  20      Q   Okay.  I presume they're quoting you from a
21  particular document?
22      A   I would assume so.  From an e-mail, perhaps.
23      Q   And that's why it shows it as a quote of
24  something you said?
15:04:22  25      A   Yes, sir.

| | | Page 220 |
|---|---|---|

15:04:23  1       Q   It goes on to state that, "In reality, Glendon
2   had only sold five Glendon units, leaving 45 Glendon
3   units available and was a material breach of the merger
4   agreement, having failed to raise $9.5 million by
15:04:38  5   October 2012."
6           Did I read that correctly?
7       A   That's what it says.
8       Q   Did you, in fact, fail to raise $9.5 million by
9   October 2012?
15:04:44  10      A   I don't remember the dates.  I know that we
11  pushed our closing.  The closing didn't happen on the
12  day it was supposed to.  But we ended up closing and
13  everything ended up happening a few months later.  But,
14  yes, the transaction did close.  The company was
15:04:56  15  successfully taken private.
16      Q   Well, apparently not if -- if you were cited by
17  the SEC in connection with your involvement with the
18  sale of the company stock.
19      A   At --
15:05:06  20          MR. WIECHERT:  The question -- the question
21  assumes facts not in evidence as it's argumentative.
22          THE WITNESS:  At the time, I thought everything
23  was hunky-dory.  At the time, I thought everything was
24  done by the book.  There were lawyers and accounting
15:05:16  25  firms -- multiple accounting firms, third-party audit

| | | Page 221 |
|---|---|---|

15:05:16  1   firms that had looked at everything.  And I thought we
2   were taking this company private.  There was all kinds
3   of things that were going to happen, and, ultimately, we
4   would be able to hopefully sell it for a lot more.
15:05:26  5   Never once did I think I was involved with a fraud.
6           MR. WIECHERT:
7       Q   Well, why doesn't the SEC's settlement opinion
8   note the audits and the involvement of all these counsel
9   and accountants you've referenced?
15:05:38  10      A   I don't know.
11          MR. WIECHERT:  Objection.  Calls for
12  speculation.  Calls for a conclusion.  No foundation.
13          THE WITNESS:  I don't know.  I completely
14  disagree with the SEC's position and the way they look
15:05:47  15  at this.  But it says it's a no fault.  This is their
16  position and we ended settling it because I wanted this
17  out of my life, without admitting any kind of guilt.
18  BY MR. WALKER:
19      Q   At the end of Paragraph 8, it states, "Jam then
15:05:58  20  lied about the source of this new money when he e-mailed
21  his accountant falsely stating that, quote, the 80,000
22  that came in is money back to us that we advanced to
23  Glendon last year, close quote."
24          Did you state that to Mr. Zarrinkelk?
15:06:13  25      A   I don't recall specifically.  But if I said

Page 222

| | |
|---|---|
| 15:06:15 | 1 |

that, it's because we advanced some money, which is what
we would do often, and then get paid back. So I don't
specifically recall that.

Q   Why the SEC conclude that that was a false
statement?

MR. WIECHERT: Objection. Calls for
speculation. No foundation.

THE WITNESS: I don't know why the SEC did what
they did and said the things they did. You can --

BY MR. WALKER:

Q   But you certainly agree that the SEC did, in
fact, conclude that that was a false statement?

A   That's their allegation, yes.

Q   It goes on to state in Paragraph 9 that "you
personally misappropriated through Glendon, K.Jam Media,
and Integrated Administration approximately $205,443 of
the approximately $5.6 million raised using the majority
of the $205,443 to pay your personal expenses such as
meals, automotive expenses, travel, and entertainment."
Did I read that correctly?

A   That's what it states.

Q   And is that true?

A   No.

Q   Certainly the SEC --

A   There was a fee to us -- there was a fee for

Page 223

everything that we did. We would take a percentage as a
fee, and that fee was our fee for doing all of the work.
And that fee became money that was money that I earned
by doing all the work and I used that fee to pay my
bills, yes.

So I disagree with the way they've
characterized it, and I disagree with the way they're
putting it here.

Q   And you're characterizing as work you and
Mr. Bergstein sitting around and signing an agreement
taking a million dollars out of Swartz IP for
1.2 million shares of penny stock in Glendon?

MR. WIECHERT: Objection. Argumentative.

BY MR. WALKER:

Q   Is that what you call work

A   No, sir. And I really don't appreciate your --
the tone you're taking with me, sir.

Q   Well, sir --

A   I've been respectful.

Q   -- let me assure you that my clients --

A   I've been --

Q   -- don't appreciate it either.

A   I appreciate that, but I've been respectful to
you.

MR. WIECHERT: Counsel, your role here is just

Page 224

to ask questions; right? You can make speeches later;
opening, closing, whatever you want. Why don't you just
continue to ask questions.

THE WITNESS: Never once did I think I was
involved with anything fraudulent. I resent the
implication, sir.

BY MR. WALKER:

Q   Finally, on Paragraph 14 it states, "Jam
misappropriated through Glendon, K.Jam Media, and
Integrated Administration approximately $154,400 of the
approximately $580,000 in investor funds to pay your
personal expenses, which included your office rent and
insurance."
Did I read that correctly?

A   That's what it states.

Q   So I take it that the SEC's investigation
involved not just Glendon, did K.Jam Media and
Integrated Administration as well?

MR. WIECHERT: Objection. Calls for a
conclusion. No foundation. Speculation.

THE WITNESS: They looked at Glendon. As I
said, I fully cooperated with them. I gave them all
paperwork for everything that had anything to do with me
that they asked for. I gave them everything they
wanted.

Page 225

BY MR. WALKER:

Q   Did they ask for your records and paperwork and
financial transactions from K.Jam Media?

A   Yes, they did.

Q   Did they ask for your records and evidence of
financial transactions involving Integrated
Administration?

A   Yes, they did. I don't know if they were the
ones asking or one of the -- the other authorities. But
I provided the records that you mentioned.

Q   Sir, going to Page 7, you were ordered to pay a
disgorgement of $205,443; correct?

A   Yes, sir.

Q   Prejudgment interest of $86,278.75?

A   Yes, sir.

Q   And a civil penalty of $185,000?

A   Yes, sir.

Q   And have you paid that?

A   No, sir. The first payment is not due for
another -- I don't know when, but...

Q   You're paying that out in installments?

A   Yes, sir. Installments over three years. I'm
not financially stable right now.

Q   Okay. We can take a look at 38 again.

A   Thirty-eight.

57 (Pages 222 to 225)

Kiarash Jam                                                        03-27-19

Page 226

```
15:09:48   1      Q   Have you had a chance that look at this e-mail
           2   thread, sir?
           3      A   Yes, sir.
           4      Q   I'd like to refer your attention to the last
15:09:56   5   page, 95.
           6      A   Yes, sir.
           7      Q   It's an e-mail from David Bergstein to you on
           8   May 14, 2013; correct?
           9      A   Yes.
15:10:05  10      Q   And he's sending you revised agreements that
          11   need to get signed?
          12      A   Yes, sir.
          13      Q   Were those the same agreements referenced in
          14   your e-mail that follows that to Mr. Winskowski?
15:10:18  15      A   I don't know.
          16      Q   Well, were you sending them to Mr. Weinskoski
          17   to print so that you could sign them?
          18      A   Possibly.
          19      Q   He goes on to state, "Also, there will be need
15:10:28  20   to be a check issued to Advisory IP Services according
          21   to the note."
          22          Did I read that correctly?
          23      A   That's what it states.
          24      Q   What note is he referring to?
15:10:37  25      A   I don't know.  I would imagine the note we've
```

Page 227

```
15:10:39   1   been talking about.
           2      Q   Sir?
           3      A   The note that we've been talking about, I would
           4   imagine.  I don't know specifically.  I don't recall.
15:10:47   5      Q   Did you undertake to ensure that the check was
           6   issued to what we refer to as Swartz IP according to the
           7   note purchase agreement?
           8      A   If there were funds and he requested a check, I
           9   did cut the check and I did whatever he said.  He was
15:11:00  10   calling the shots.
          11      Q   But you don't recall what that was for?
          12      A   I don't, sir.
          13      Q   And then in the attachments in the e-mail that
          14   you sent to Mr. Weinskoski, one of them was the Advisory
15:11:12  15   IP Services SPA?
          16      A   That's what the attachment says.  I don't know
          17   what was actually there, but that's what it says, yes.
          18      Q   What was the Advisory IP Services SPA?
          19      A   I don't know.  I don't recall.
15:11:24  20      Q   It also has the Advisory IP Services note.  Was
          21   that a reference note or was that the note purchase
          22   agreement?
          23      A   I don't recall what each one of these specific
          24   documents were from 2013.
15:11:37  25      Q   All right.  I've handed you, sir, what's been
```

Page 228

```
15:11:54   1   marked as Exhibit 39.
           2      A   Okay.
           3          (Exhibit 39 was marked for
           4          identification by the Court Reporter
14:15:32   5          and is attached hereto.)
           6   BY MR. WALKER:
           7      Q   Frymi Biedak is forwarding to you your
           8   requested list of corporations on January 2, 2013;
           9   correct?
15:12:03  10      A   That's what she is doing, yes.
          11      Q   What was this for?
          12      A   I don't recall.  Maybe for give to Jeff Solomon.
          13   I don't know.
          14      Q   To give to whom?
15:12:12  15      A   Jeff Solomon.  I don't know.  I don't know what
          16   this was for.
          17      Q   And looking at this document doesn't refresh
          18   your recollection?
          19      A   No, sir.
15:12:24  20      Q   What was the reason that all of these entities,
          21   so many of them were formed in the 2010 through the 2012
          22   time frame?
          23      A   I don't know why David formed the -- formed the
          24   companies that he formed.  I don't know the answer to
15:12:40  25   that.
```

Page 229

```
15:12:40   1      Q   Well, you say he formed.  But we've certainly
           2   seen evidence that you were providing for the formation
           3   of these entities as well; correct?
           4      A   Well, Glendon was formed for the purpose of
15:12:51   5   taking the company bids public.  I can tell you that --
           6   private.  I could tell you that.
           7      Q   You formed Integrated Administration; correct?
           8      A   Yes.  I formed Integrated Administration as the
           9   entity that we've discussed.
15:13:03  10      Q   You formed K.Jam Aviation?
          11      A   K.Jam Aviation was going to buy a couple of
          12   airplanes.
          13      Q   But you formed that company?
          14      A   I did, yes.
15:13:11  15      Q   You formed K.Jam Media?
          16      A   No.  K.Jam Media was formed back in 2007.
          17      Q   You didn't form that?
          18      A   I did.  But you said into 2011 and '12.
          19      Q   Fair enough.  But as far as the list goes,
15:13:21  20   that --
          21      A   Yes.
          22      Q   -- was a company you formed?
          23      A   Yes.  That is correct.
          24      Q   You were involved in the information of Owari
15:13:28  25   Opus; correct?
```

58  (Pages 226 to 229)

Kiarash Jam                                                    03-27-19

Page 230

15:13:29   1       A   Frymi, I believe, did that, yes.
           2       Q   You were involved in the formation of Pagoda
           3   Services; correct?
           4       A   Yes.  That was -- these were all for individual
15:13:35   5   transactions, I guess.
           6       Q   You were involved in the creation of Pineboard
           7   Holdings; correct?
           8       A   Yes.
           9       Q   And you were involved in the formation of
15:13:43  10   Swartz IP; correct?
          11       A   No, I was not.
          12       Q   Excuse me.  I'll hand you what's been marked as
          13   Exhibit 40, sir.
          14       A   Thank you, sir.
14:15:32  15           (Exhibit 40 was marked for
          16            identification by the Court Reporter
          17            and is attached hereto.)
          18   BY MR. WALKER:
          19       Q   I'll ask you identify this, please.
15:14:28  20       A   Is this what we just saw?
          21       A   Yes, sir.
          22       A   Yeah.
          23       Q   And what was your response to Mr. Bergstein's
          24   request that you sign the revised agreements and that
15:14:39  25   there would need to be a check issued to Advisory IP

Page 231

15:14:44   1   Services according to the note?
           2       A   I said on it.
           3           Do you want to ask it again so it's recorded?
           4       Q   It's okay.
15:14:58   5           So when you responded to Mr. Bergstein's e-mail
           6   asking you to sign the revised agreements, do you recall
           7   what those revised -- how those agreements had been
           8   revised?
           9       A   No, sir.
15:15:08  10       Q   Did you compare them to the previous agreements
          11   that you had signed to see what changes had been made?
          12       A   No, sir.
          13           MR. WIECHERT:  Assumes facts not in evidence.
          14   BY MR. WALKER:
15:15:17  15       Q   Were -- were you signing revised agreements
          16   that you had signed the original agreements on?
          17       A   I don't recall specifically what this was
          18   about.
          19       Q   When you responded to Mr. Bergstein, with
15:15:30  20   respect to the requests that he had in this May 14, 2013
          21   e-mail, you didn't complain about or express any
          22   concerns about what you were doing at his request?
          23       A   No, sir.
          24       Q   You didn't ask any questions about any aspect
15:15:47  25   or ramification of what you were doing?

Page 232

15:15:51   1       A   No, sir.
           2       Q   Did you have every right and ability to refuse
           3   to sign the revised agreements?
           4       A   Yes.
15:15:58   5       Q   Did you ever have every right and ability to
           6   refuse to issue another check out of Swartz IP?
           7       A   I was not issuing checks out of Swartz IP.
           8       Q   Well, how were you arranging for the payment
           9   of -- on behalf of Advisory?
15:16:11  10       A   This was a payment to Swartz IP, not from
          11   Swartz IP.
          12       Q   From who?
          13       A   It doesn't say.
          14       Q   Okay.
15:16:17  15       A   Probably Integrated Administration.  But I did
          16   not write checks on behalf of SIP.
          17       Q   Let me hand you what's been marked as
          18   Exhibit 41.
          19           (Exhibit 41 was marked for
15:16:28  20            identification by the Court Reporter
          21            and is attached hereto.)
          22   BY MR. WALKER:
          23       Q   Is this an affidavit that you signed on or
          24   about June 22, 2013?
15:16:39  25       A   Yes.

Page 233

15:16:40   1       Q   Is that your signature on the affidavit?
           2       A   Yes, sir.
           3       Q   And you declared under penalty of perjury under
           4   the laws of the state of New York that the statements in
15:16:47   5   this affidavit were true and correct?
           6       A   Yes, sir.
           7       Q   And there on the very first paragraph, the
           8   first sentence is, "I am an officer of Advisory IP
           9   Services, Inc."; correct?
15:16:59  10       A   Yes.
          11       Q   And that was the company that had its name
          12   changed from Swartz IP?
          13       A   That is correct.
          14       Q   So I take it there's no doubt that you were an
15:17:11  15   officer of Swartz IP?
          16       A   David told me to sign the document as the VP.
          17   If he actually ever made me the VP, I don't know.
          18       Q   Well, you were signing an affidavit that was
          19   purportedly filed or prepared to file in a court under
15:17:26  20   penalty of perjury.
          21           Did David make you sign the affidavit?
          22       A   No.  The affidavit came to me from Alex
          23   Weingarten, I think.
          24       Q   Did you review the affidavit before you signed
15:17:36  25   it?

Kiarash Jam                                          03-27-19

---

Page 234

15:17:36  1      A   I don't recall specifically, but probably.  I
       2   don't recall specifically 2013 if I reviewed this
       3   document or not.
       4      Q   At the end of the day, you signed an affidavit
15:17:45  5   subject to penalty of perjury that you were an officer
       6   of Swartz IP; correct?
       7      A   I signed this document, yes.
       8      Q   Let me hand you what's been marked as
       9   Exhibit 42.
15:18:05 10          (Exhibit 42 was marked for
      11          identification by the Court Reporter
      12          and is attached hereto.)
      13      THE WITNESS:  Okay.
      14   BY MR. WALKER:
15:18:13 15      Q   So it starts with an e-mail from David
      16   Bergstein to you, Frymi Biedak, and Henry Simonian;
      17   correct?
      18      A   Harry Simonian, yes.
      19      Q   Harry.  Who -- what was Harry Simonian's role?
15:18:33 20      A   Harry Simonian is an accountant that works for
      21   David in David's office.
      22      Q   And he had a cyranocompany --
      23      A   Yes.
      24      Q   -- .com e-mail address?
15:18:42 25      A   Yes.

---

Page 235

15:18:42  1      Q   And David asks that you "please prepare the
       2   quarterly checks from Glendon today and let me know what
       3   the total is so I can have additional funds wired in.
       4   Date all the checks today"; correct?
15:18:54  5      A   That's what he says.
       6      Q   "And for the Sever-North and Swartz payments,
       7   please have the funds wired."
       8      Did I read that correctly?
       9      A   Yes, sir.
15:19:01 10      Q   Where were all these -- where were these funds
      11   for the quarterly checks from Glendon and the
      12   Sever-North and Swartz payments coming from?
      13      A   I don't know.  I don't know if there was money
      14   in Glendon already or not.  I don't know the answer to
      15   that.
      16      Q   And Frymi responds, "Unless Kia has them, we
      17   need wiring instructions for Sever-North and Advisory IP
      18   Services.  I would like to add them to the list";
      19   correct?
15:19:22 20      A   Yes.
      21      Q   And you respond to Frymi, "Am I an officer of
      22   either of these companies?"
      23      A   Yes.
      24      Q   Was that something that changed from time to
15:19:31 25   time?

---

Page 236

15:19:32  1      A   No, I just don't think I had clarity.  I don't
       2   know if it changed or not, but...
       3      Q   Was there something that prevented you from
       4   securing clarity on that at any time prior to
15:19:47  5   September 24, 2013?
       6      A   I would ask Frymi.  She was the keeper of all
       7   documents and things of that nature.
       8      Q   Exactly.  So was there anything that prevented
       9   you from asking Frymi about your status as an officer or
15:19:59 10   director in any of the companies that we've seen listed
      11   today in these documents prior to September 2013?
      12      A   No.
      13      Q   She officed down the hall from you; right?
      14      A   Yeah.
15:20:11 15      Q   The records regarding these companies were
      16   maintained by her down the hall from you; right?
      17      A   I think she maintained the records, yes.
      18      Q   So you could have found out if you were an
      19   officer of these companies, what the status of their
15:20:23 20   financial situation was, the balance of their bank
      21   accounts, you could have found that out at any time,
      22   couldn't you?
      23      MR. WIECHERT:  Calls for speculation.  No
      24   foundation.
15:20:30 25      THE WITNESS:  I don't know if Frymi would have

---

Page 237

15:20:31  1   had that information, but I could have asked Frymi if
       2   she had the corporate documents.  Maybe she did or
       3   didn't.  I don't know.
       4   BY MR. WALKER:
15:20:36  5      Q   Well, if you were wanting to know if you were
       6   an officer of a company, do you think you would have a
       7   right to find that out?
       8      A   Yes.  And I asked her the question, as you see
       9   here.
15:20:44 10      Q   Right.  And did you exercise that same right
      11   any time prior to September 2013?
      12      A   I think we've seen other e-mails of me asking
      13   am I an officer here.  We've been through that earlier
      14   today.
15:20:53 15      Q   Yes, sir.  So my question is, was that
      16   something that changed from time to time that
      17   necessitated that you keep asking?
      18      A   I don't know if the officers changed or not.  I
      19   was not in control of those entities.  If David elected
15:21:05 20   new people or put new people, I don't know what he was
      21   or wasn't doing.
      22      Q   And despite that fact, you were content just to
      23   stay in the office with him and continue to operate with
      24   him?
15:21:15 25      A   I thought everything was going the way it

---

60  (Pages 234 to 237)

Kiarash Jam                                                     03-27-19

---

Page 238

```
15:21:18   1   should have been.
           2       Q   Let me hand you what's been marked as
           3   Exhibit 43, sir.
           4       A   Thank you.
14:15:32   5           (Exhibit 43 was marked for
           6            identification by the Court Reporter
           7            and is attached hereto.)
           8   BY MR. WALKER:
           9       Q   Now, in response to the same e-mail from
15:21:38  10   Mr. Bergstein on May 13, 2013, Frymi responds that, "We
          11   noticed that there is a discrepancy on page 1 of the
          12   Advisory IP Services note.  The initial principal amount
          13   $200,000, but in the text it says 500,000.  Please
          14   advise if this needs to be corrected."
15:21:57  15           What was the source of that mistake?
          16       A   I don't know.  David drafted it.
          17       Q   So was Mr. Bergstein --
          18       A   Or I don't know if David drafted it or not, but
          19   David is the one who sent it.  I don't know who drafted
15:22:09  20   it.  It wasn't me.
          21       Q   Well, like -- let's take a look at this first
          22   document.  It's actually a stock purchase agreement
          23   between Glendon and Sever-North; correct?
          24       A   Yes.
15:22:19  25       Q   And Sever-North is paying $1.8 million for
```

---

Page 239

```
15:22:24   1   2.65 million shares of Glendon's common stock; correct?
           2       A   That's what it says.
           3       Q   Who was drafting these agreements?
           4       A   I think this was probably drafted by Aaron
15:22:40   5   Grunfeld or David.  I don't know.
           6       Q   So it was either drafted by the president of
           7   Swartz IP or the attorney that formed Swartz IP?
           8       A   I would assume it's the two.  I don't know who
           9   drafted it.  That's an assumption.
15:22:54  10       Q   Did you ever ask Mr. Bergstein who was drafting
          11   these documents?
          12       A   No, sir.  I don't recall doing that.
          13       Q   Let's go to page 389.
          14       A   389.
15:23:14  15       Q   Now, this was another stock purchase agreement
          16   between Glendon Group and BDZ Group, Inc.; correct?
          17       A   Yes.
          18       Q   And here, Glendon was selling BDZ Group, Inc.
          19   3.1 million shares for a total purchase price of
15:23:29  20   $2.4 million; correct?
          21       A   Yes.
          22       Q   So this was the same stock transaction
          23   involving Glendon that was the subject of the cease and
          24   desist order from the SEC that we just read; correct?
15:23:44  25       A   Yes.  David was the largest owner of Glendon.
```

---

Page 240

```
15:23:47   1   He put in more money than anybody else.  He took a
           2   second out on his house to buy shares.  That's how much
           3   he believed in us taking it private and the opportunity
           4   that provided.
15:23:56   5       Q   So you had access to Glendon's bank account?
           6       A   I did, yes.
           7       Q   And you were signatory on that account?
           8       A   Yes.  I went to the -- to the bank account at
           9   Wells Fargo.  There was an account that we set up with
15:24:08  10   Deutsche Bank, which was the account that I couldn't
          11   touch.  It was where the investments would go in and the
          12   public shareholders would take their stock certificates
          13   and get paid for it.  That was some special account that
          14   was used for that purpose only.
15:24:25  15       Q   Have you received any lawsuits from any of the
          16   investors in connection with the Glendon transactions
          17   you were involved in?
          18       A   No, sir.
          19       Q   Let me hand you what's been marked as
15:24:36  20   Exhibit 44.
          21           (Exhibit 44 was marked for
          22            identification by the Court Reporter
          23            and is attached hereto.)
          24       THE WITNESS:  Thank you.
          25   ///
```

---

Page 241

```
15:24:38   1   BY MR. WALKER:
           2       Q   Ask you if you can identify that document,
           3   please.
           4       A   It says it's a list of IA employees.
15:24:47   5       Q   Specifically for the period of August 2011 to
           6   December 2013; correct?
           7       A   That's what it says.
           8       Q   What was the purpose of preparing this list?
           9       MR. WIECHERT:  No foundation.
15:25:00  10       THE WITNESS:  I don't know.  I don't know.
          11   BY MR. WALKER:
          12       Q   Did you request this list be prepared for your
          13   company?
          14       A   I don't remember.
15:25:09  15       Q   Who had access to this kind of information
          16   about the purported employees of Integrated
          17   Administration?
          18       A   Frymi, Steve, probably Majid.
          19       Q   I think Frymi testified that she doesn't
15:25:27  20   believe prepared this because it was in all caps.
          21   Accepting that as her testimony, do you know who might
          22   have prepared this?
          23       A   No, I don't.
          24       Q   And you don't recall what its purpose might be?
15:25:40  25       A   I don't.
```

---

61 (Pages 238 to 241)

| Page 242 | Page 244 |
|---|---|

**Page 242**

15:25:41  1    Q   Looking at the gentlemen listed on Item No. 22,
2    Jeffrey Kranzdorf --
3    A   Yes.
4    Q   -- is he an attorney?
15:25:49  5    A   Yes, he is.
6    Q   And he was recently disbarred?
7    A   In California, he was. He's still practicing
8    in New York.
9    Q   Why was he disbarred in California?
15:25:58  10   A   I don't know.
11   Q   Some type of fraud?
12   A   I don't know why he was disbarred in
13   California.
14       MR. WIECHERT: Do you want to testify about it,
15:26:05  15   Counsel?
16   BY MR. WALKER:
17   Q   Let me hand you what's been marked as
18   Exhibit 45.
19       (Exhibit 45 was marked for
15:26:10  20       identification by the Court Reporter
21       and is attached hereto.)
22       THE WITNESS: Okay.
23   BY MR. WALKER:
24   Q   Please identify this document.
15:26:21  25   A   This is a bank statement from Wells Fargo for

**Page 243**

15:26:23  1    the K.Jam Media bank account dated December 1 to 31st of
2    2013, wells Fargo.
3    Q   Okay. So this was a bank statement for your
4    company K.Jam Media's bank account at Wells Fargo;
15:26:40  5    correct?
6    A   Yes, sir.
7    Q   Okay. And it shows on page 422 that there was
8    a $50,000 payment made by K.Jam Media to Swartz IP;
15:26:56  10   A   That's what it shows.
11   Q   Why was that payment made?
12   A   I don't know. I don't recall.
13   Q   At the end of the day, it shows on the last
14   page that the average daily ledger balance was
15:27:06  15   $6,380.96; correct?
16   A   That's what it shows.
17   Q   Why did you redact the daily ledger balance
18   summary when this was produced in this case?
19   A   I don't know.
15:27:20  20   Q   Was it to obscure the fact that this account
21   normally has roughly $6,300 in it other than when 50,000
22   is moved in and out very quickly to Swartz IP?
23       MR. WIECHERT: And, Counsel, how does that
24   obscure the fact that you know that from the document?
15:27:38  25       THE WITNESS: I'm not trying to obscure

**Page 244**

15:27:38  1    anything.
2        MR. WIECHERT: The question's incredibly
3    argumentative and misleading.
4        THE WITNESS: I'm not trying to obscure
15:27:45  5    anything, sir.
6    BY MR. WALKER:
7    Q   Where did the $50,000 come from that was paid
8    to Swartz IP?
9    A   I don't know. I don't recall.
15:27:53  10   Q   And the deposits are all redacted out; correct?
11   A   That's what the document shows.
12   Q   Let me hand you what's been marked as
13   Exhibit 46.
14   A   Thank you.
15:28:10  15       (Exhibit 46 was marked for
16       identification by the Court Reporter
17       and is attached hereto.)
18   BY MR. WALKER:
19   Q   Okay. I apologize for the landscape
15:28:21  20   orientation of this.
21   A   No, problem. It's making me realize how much I
22   need my glasses.
23   Q   Okay. We'll start, I guess, with the bottom
24   e-mail that goes all the way to the second page.
15:28:34  25   A   Okay.

**Page 245**

15:28:36  1    Q   And this is an e-mail from you to
2    Mr. Zarrinkelk; correct?
3    A   Yes, sir.
4    Q   Mr. Bergstein is not copied on this; correct?
15:28:43  5    A   Yes, sir.
6    Q   And it's dated December 6, 2013?
7    A   Correct.
8    Q   And you say, "Hope you are well. There is a
9    wire into Pineboard. It is for the purchase
15:28:55  10   distribution."
11       Did I read that correctly?
12   A   Yes, you did.
13   Q   What was the amount of that wire into
14   Pineboard?
15:29:02  15   A   I don't know. I'm looking to see if it's on
16   this piece of paper. I don't know. I don't recall.
17   Q   So some amount of money is deposited into
18   Pineboard Holdings; correct?
19   A   Yes.
15:29:15  20   Q   That's an account that you had access to?
21   A   Yes, sir.
22   Q   What was a purchase distribution?
23   A   I don't know. I think that's why I put it in
24   quotes, so he would write it as purchase distribution in
15:29:25  25   his ledger. And then later when we finally would sit

Kiarash Jam                                                            03-27-19

---

|                | Page 246 |
|---|---|

15:29:27  1    with David, we could say to David, You said it's
          2    purchase distribution; explain that.  What is it?  So
          3    that we could update the -- the charts.
          4        Q   What does "purchase distribution" even mean?
15:29:41  5        A   I don't know.
          6        Q   So Mr. Bergstein provided you what you
          7    acknowledge was a meaningless characterization of a wire
          8    that went into Pineboard?
          9        MR. WIECHERT:  The question's argumentative.
15:29:50 10    It misstates the testimony.
         11        THE WITNESS:  No, that's not what I said.  What
         12    I said is David said it was a purchase distribution.
         13    BY MR. WALKER:
         14        Q   Uh-huh.
15:29:57 15        A   So I coded it as that.
         16        Q   Right.
         17        A   Told Majid to write it as that so that later
         18    on, we could get a complete explanation from him.
         19        Q   As we sit here today, you can't tell me what
15:30:04 20    "purchase distribution" means?
         21        A   I don't know what he was referring to back in
         22    2013.
         23        Q   Well, as we look at it today, can you tell me
         24    what it means?  Knowing what it was in hindsight?
15:30:14 25        A   "Purchase distribution," I don't know what he

|                | Page 247 |
|---|---|

15:30:18  1    was referring to.
          2        Q   So a wire of some amount goes into Pineboard's
          3    account; correct?
          4        A   Yes, sir.
15:30:24  5        Q   And you were asking Mr. Zarrinkelk then from
          6    Pineboard Holdings to send $300,000 to Graybox; correct?
          7        A   Yes, sir.
          8        Q   And that was Mr. Bergstein's company?
          9        A   Yes.  David owned -- from what I understand,
15:30:36 10    owns Graybox.  It's his company.
         11        Q   And then from Pineboard, he was also to
         12    transfer $50,000 to Swartz IP; correct?
         13        A   That's what it says.
         14        Q   And then also from Pineboard, he was to send
15:30:47 15    $240,000 to Integrated Administration; correct?
         16        A   That's what it says.
         17        Q   Okay.  So it looks like there was at least
         18    $590,000 wired into Pineboard to cover those three
         19    disbursements; correct?
15:31:04 20        A   That's correct.
         21        Q   Okay.  And then, as we saw, there was supposed
         22    to be from Pineboard $240,000 to Integrated
         23    Administration and -- the payroll account; correct?
         24        A   Yes.
15:31:19 25        Q   And then from the Integrated Administration

|                | Page 248 |
|---|---|

15:31:21  1    payroll account, you were going to wire $100,000 to
          2    Cyrano; correct?
          3        A   Yes.
          4        Q   Okay.  But why was $100,000 out of the
15:31:30  5    Integrated Administration payroll account going to
          6    Cyrano Group?
          7        A   I don't remember why he asked me to do that.
          8        Q   Well, clearly, Cyrano's not an employee of
          9    Integrated Administration; correct?
15:31:42 10        A   No.
         11        Q   Also from the Integrated Administration payroll
         12    account, you were to wire -- Zarrinkelk was to wire
         13    $23,833.33 to FCI Lender Services, Inc.; correct?
         14        A   Uh-huh.
15:31:57 15        Q   Was that a yes, sir?
         16        A   Yes, sir.  Sorry.  I didn't mean to just nod.
         17        Q   No, that's fine.  That's fine.
         18        Okay.  And the beneficiary bank was Sunwest
         19    Bank.  And it was for a loan on property located at 5353
15:32:09 20    Round Meadow Road in Hidden Hills, California; correct?
         21        A   Yes, sir.
         22        Q   And that's Mr. Bergstein's home address;
         23    correct?
         24        A   That is correct.
15:32:17 25        Q   So you were paying Mr. Bergstein's mortgage

|                | Page 249 |
|---|---|

15:32:22  1    payment for his residence out of the Integrated
          2    Administration payroll account; correct?
          3        A   Out of the administrative -- out of the IA
          4    account, yes.  We wired $23,833 to Sun Bank -- Sunwest
15:32:33  5    Bank.
          6        Q   And so, again, you were taking money that
          7    Pineboard had sent to Integrated Administration's
          8    payroll account, and then turning around and immediately
          9    paying Mr. Bergstein's mortgage on his home --
15:32:52 10        A   Yes.
         11        Q   -- out of the Integrated Administration payroll
         12    account --
         13        A   Yes.
         14        Q   -- correct?
15:32:54 15        A   Maybe he had advanced some money elsewhere and
         16    then this was paying him back for the money he had
         17    advanced.
         18        Q   Or maybe he was just moving money from
         19    Pineboard through Integrated Administration to pay one
15:33:05 20    of his personal expenses; correct?
         21        A   I don't know what he was doing.
         22        Q   Well, actually, you were the one doing it;
         23    right?  I mean, Mr. Zarrinkelk is your accountant;
         24    right?
15:33:14 25        A   Yes.

63  (Pages 246 to 249)

Kiarash Jam                                                      03-27-19

---

Page 250

15:33:14   1        Q   And you're instructing Mr. Zarrinkelk to do
           2   this; correct?
           3        A   Yes.
           4        Q   And Mr. Bergstein is not copied on any of these
15:33:19   5   communications; correct?
           6        A   Mr. Bergstein's the one who would give me all
           7   this information as to where the money should go.
           8        Q   But Mr. Bergstein's not part of this
           9   communication, is he?
15:33:28  10        A   He's not part of this communication, no.
          11        Q   And Mr. Zarrinkelk is receiving these
          12   instructions from you; correct?
          13        A   That's correct.
          14        Q   And then from Integrated Administration, after
15:33:35  15   you paid Mr. Bergstein's mortgage payment, you were
          16   supposed to send $100,000 -- Mr. Zarrinkelk was supposed
          17   to send $100,000 to K.Jam Media; correct?
          18        A   Correct.
          19        Q   And then from that, K.Jam Media was going to
15:33:48  20   send $20,000 to After Dark Films; correct?
          21        A   Yes.  That's what it states.
          22        Q   And K.Jam Media was to wire $25,000 to Jeremy
          23   Farris; correct?
          24        A   That's what it says.
15:34:00  25        Q   And who is Jeremy Farris?

---

Page 251

15:34:01   1        A   Jeremy is a -- a friend of ours.  Jeremy was
           2   somebody that I would borrow money from time to time
           3   when we needed money for short-term loans when funds
           4   were low.  He's a friend.
15:34:13   5        Q   When you say a friend of ours?
           6        A   Friend of mine.  And I introduced him to David,
           7   so he knows David.  But he's my friend first.
           8        Q   Let me hand you what's been marked as
           9   Exhibit 47, sir.
14:15:32  10            (Exhibit 47 was marked for
          11             identification by the Court Reporter
          12             and is attached hereto.)
          13   BY MR. WALKER:
          14        Q   Can you identify this document, please?
15:34:34  15        A   No.
          16        Q   At the top it states, "Integrated
          17   Administration 2011, 2012, and 2013 general ledger
          18   detail."
          19        A   That's what it says.
15:34:45  20        Q   And is it -- does this reflect the way that the
          21   general ledger for Integrated Administration was
          22   maintained by you?
          23        A   No.  We would do it this way.  So it was never
          24   this small like this.  We would -- Majid does it this
15:34:57  25   way.

---

Page 252

15:34:58   1        Q   Is it possible that Mr. Zarrinkelk's general
           2   ledger for Integrated Administration was simply copied
           3   or printed onto a --
           4        A   Yes.
15:35:04   5        Q   -- portrait format?
           6        A   Yes.
           7        Q   Okay.  You believe this --
           8        A   That's why I didn't recognize it.
           9        Q   -- is a copy of part of the ledger for
15:35:12  10   Integrated Administration that Mr. Zarrinkelk
          11   maintained?
          12        A   It looks like it.
          13        Q   Okay.  So it reflects that there was a wire
          14   deposit from "Swartz IP Services Group; income to IA.
15:35:30  15   See Kia e-mail November 23, 2011."
          16            Did I read that correctly?
          17        A   Yes, you did.
          18        Q   Okay.  And it shows $150,000; correct?
          19        A   Yes, it does.
15:35:40  20        Q   Okay.  So why was Swartz IP Services Group
          21   paying Integrated Administration?
          22        A   I don't know.
          23        Q   Why was that characterized as income to
          24   Integrated Administration?
15:35:52  25        A   Because when I asked David what is it, he said

---

Page 253

15:35:55   1   income.
           2        Q   So you didn't understand the source of the
           3   funds from Swartz IP to your own company?
           4        A   No.  I just asked David what it was, if it was
15:36:02   5   income or not.  And he said income.  So that I could
           6   tell Majid it was income.
           7        Q   And you were willing to accept Mr. Bergstein's
           8   characterization of $150,000 payment as income to
           9   Integrated Administration?
15:36:13  10        A   Yes.
          11        Q   Were you ultimately the person responsible for
          12   the payment of income taxes on the part of Integrated
          13   Administration?
          14        A   I was.
15:36:20  15        Q   So you were willing to accept a tax hit on
          16   $150,000 without any more explanation than that?
          17        A   He said it was income.  So I was going to -- I
          18   didn't want to change anything as it was.  He said it
          19   was income, so I reported it as income.
15:36:33  20        Q   Well, what income had your company earned at
          21   Integrated Administration from Swartz IP to the tune of
          22   $150,000?
          23        A   I don't know what David was doing at the time,
          24   but the money -- he sent the wire.  He would often send
15:36:48  25   me e-mails, say, "I wired X dollars into your account."

---

eLitigation Services, Inc. - els@els-team.com

Kiarash Jam                                                          03-27-19

---

Page 254

15:36:51  1    And then I'd ask him, "What is it?  Is this
          2  income?  What is it?"
          3    And he would tell me and I would immediately
          4  notify Majid.
15:36:57  5    Q  Yes, sir.  But with all respect, my question
          6  was, with respect to your company Integrated
          7  Administration, what had your company done to earn
          8  $150,000 from Swartz IP?
          9    A  I don't know what we were working on at the
15:37:09 10  time.  Maybe it's the Sovrin work we were doing.  Maybe
         11  it was something Jerry Swartz was involved with.  I
         12  don't know specifically what this would be referring to.
         13    Q  In fact, you didn't know at all; right?  You
         14  just accepted Mr. Bergstein's characterization of
15:37:22 15  $150,000 as income to your company?
         16    MR. WIECHERT:  It's argumentative.
         17    THE WITNESS:  As I said to you before, when he
         18  would send money into the company, I would ask him how
         19  to characterize it.  He would tell me and I would notify
15:37:33 20  the business manager.
         21  BY MR. WALKER:
         22    Q  Now, six days later, on November 29, 2011,
         23  Swartz IP sends another wire transfer to Integrated
         24  Administration and the note is, "As fee income";
15:37:47 25  correct?

---

Page 255

15:37:48  1    A  That's what it says.
          2    Q  And that's $300,000; correct?
          3    A  That's correct.
          4    Q  What did -- in that six-day period, what had
15:37:55  5  Integrated Administration done to earn $300,000 from
          6  Swartz IP?
          7    MR. WIECHERT:  Assumes facts not in evidence.
          8  No foundation.
15:38:02  9    THE WITNESS:  I don't know if this was for that
         10  six days or for the last six months and finally it was
         11  getting paid.  I don't know the answer to that question.
         12  BY MR. WALKER:
         13    Q  Well, over the past or preceding six months,
         14  what had Income [sic] Administration done for Swartz IP
15:38:14 15  that would permit payments of $450,000 between
         16  November 23rd to the 29th in 2011?
         17    A  I don't know what David was working on, what he
         18  was -- what deals he had going, what he was doing at the
         19  time.  So I don't know the answer to that.
15:38:28 20    Q  Well, Integrated Administration was your
         21  company; right?
         22    A  Yes, it was.
         23    Q  And you had no idea what was going on with it?
         24    MR. WIECHERT:  Objection.  Vague and ambiguous.
15:38:37 25  Overbroad.

---

Page 256

15:38:38  1    THE WITNESS:  I know what was going on with IA.
          2  But you're asking me questions about Swartz IP, which is
          3  a company that I was not running.  So what Swartz was
          4  doing, I don't know.
15:38:47  5  BY MR. WALKER:
          6    Q  No, sure.  But -- but you agree that this is
          7  showing that Integrated Administration is being paid --
          8    A  Yes.
          9    Q  -- what you're characterizing as income to the
15:38:55 10  tune of $450,000 --
         11    A  Yes.
         12    Q  -- within a six-day period of November 2011;
         13  right?
         14    A  Yes.
15:39:02 15    Q  So I'm asking you, what was Integrated
         16  Administration doing to earn --
         17    A  As I --
         18    Q  -- $450,000 from --
         19    A  Maybe they were --
15:39:07 20    Q  -- Swartz IP?
         21    A  Maybe it was the employees were --
         22    MR. WIECHERT:  It's asked and -- it's asked and
         23  answered.
         24    THE WITNESS:  Maybe the employees were -- maybe
15:39:12 25  it's what the employees were doing.  Maybe it's payroll

---

Page 257

15:39:14  1  that we had already advanced.  Maybe it was a
          2  reimbursement of that.  I don't remember at that time.
          3  BY MR. WALKER:
          4    Q  Then on January 26, 2012, there's another
15:39:27  5  deposit from Swartz IP that was wired and characterized
          6  as income to Integrated Administration to the tune of
          7  $100,000; correct?
          8    A  Yes, I see that.
          9    Q  And then on February 2nd, 2012, there was
15:39:42 10  another wire transfer from Integrated Administration --
         11  I'm sorry.
         12    And then later on February 2nd, 2012, there was
         13  another wire deposit into Integrated Administration from
         14  Swartz IP Services that was also characterized as income
15:39:57 15  to the tune of $50,000; correct?
         16    A  I can't really see that number, but I think it
         17  is 50,000.  Is it the one under the 100,000?
         18    Q  Yes, sir.
         19    A  Yeah.  I think that's a 50, yes.
15:40:07 20    MR. WIECHERT:  Jim, you've got good eyes.
         21  BY MR. WALKER:
         22    Q  And then on February 9th, 2012 --
         23    A  That's 150; right?
         24    Q  -- there was another wire deposit into
15:40:13 25  Integrated Administration's account from Swartz IP

---

Kiarash Jam                                                          03-27-19

---

Page 258

15:40:14   1    Services Group that was characterized as income to the
           2    tune of $150,000; correct?
           3    A    That is correct. That's what this document
           4    says.
15:40:22   5    Q    And then on March 6, 2012, there was another
           6    wire deposit into Integrated Administration's account
           7    from Swartz IP characterized as income to the tune of
           8    $300,000; correct?
           9    A    That's correct. That's that this document
15:40:36  10    says.
          11    Q    Okay. So at that point, there was $1,050,000
          12    that had been wired from Swartz IP into Integrated
          13    Administration and characterized as income; correct?
          14    A    That's correct.
15:40:51  15    Q    And can you identify for us what in the world
          16    Integrated Administration had done for Swartz IP
          17    Services to -- that would merit payment by Swartz to
          18    Integrated Administration to the tune of more than a
          19    million dollars?
15:41:06  20        MR. WIECHERT: Argumentative.
          21        THE WITNESS: As I have said multiple times
          22    now, I don't know what David was doing. Maybe David was
          23    doing something for Swartz IP and he was supposed to be
          24    compensated and this is his compensation. I don't know
15:41:16  25    what David was doing.

Page 259

15:41:17   1        Integrated Administration was just running the
           2    business of paying the employees, having their health
           3    insurance, and things of that sort. Maybe those
           4    employees were working on Swartz IP deals. I don't know
15:41:27   5    what all of those people that we looked at were
           6    working on on a daily basis. But maybe these are fees
           7    for David and David's work. Maybe he was working on
           8    transactions. I don't know.
           9    BY MR. WALKER:
15:41:36  10    Q    Well, why would David launder over a million
          11    dollars of payments through Integrated Administration
          12    from Swartz IP? Why wouldn't he just take the payment
          13    directly if Swartz IP owed him the money?
          14        MR. WIECHERT: Assumes facts not in evidence.
15:41:48  15    Calls for a conclusion.
          16        THE WITNESS: I don't know why David did what
          17    he did. You can ask him.
          18    BY MR. WALKER:
          19    Q    You maintained Mr. Bergstein officially as an
15:41:56  20    employee of Integrated Administration; correct?
          21    A    Yes. David was on the payroll for a brief
          22    period, yes.
          23    Q    So did this money then go from Integrated
          24    Administration to Mr. Bergstein?
15:42:09  25    A    David has gotten some paychecks from IA. I

Page 260

15:42:12   1    don't know how many. He was the -- definitely one of --
           2    he was, I think, the biggest ticket on the payroll. I
           3    think his -- I don't remember what his salary was. A
           4    couple hundred thousand dollars.
15:42:23   5    Q    Well, over a period of less than three months,
           6    Integrated Administration received slightly more than a
           7    million dollars in what it characterized as income from
           8    Swartz IP. Are you saying that that money was then
           9    turned around and paid by Integrated Administration to
15:42:46  10    Mr. Bergstein?
          11    A    No. That's not what I said. You asked me if
          12    he was on payroll and I said, yes, for a brief period,
          13    he was on payroll. He was one of 40 checks that would
          14    get cut every two weeks or week, whatever we were doing.
15:42:55  15    Q    And just to be clear, you -- you can't tell us
          16    why those payments were made or why they were justified
          17    or what Integrated Administration had done to require
          18    those payments?
          19    A    At this time --
15:43:03  20        MR. WIECHERT: Compound.
          21        THE WITNESS: At this time, no, I don't recall.
          22    BY MR. WALKER:
          23    Q    Now, the final entry, approximately five months
          24    later from the last wire transfer from Swartz IP, was
15:43:17  25    dated September 7, 2012, and it's described as an

Page 261

15:43:19   1    inventory sale to Swartz IP Services Group; correct?
           2    A    That's what it says.
           3    Q    Is that an inventory sale from Integrated
           4    Administration to Swartz IP?
15:43:28   5    A    I don't recall.
           6    Q    Well, this is the Integrated Administration
           7    ledger reflecting income for a sale to Swartz IP;
           8    correct?
           9    A    That's what it states.
15:43:38  10    Q    And it was for $80,000; correct?
          11    A    That is what it states.
          12    Q    What inventory did Integrated Administration
          13    sell to Swartz IP?
          14    A    As I said earlier, I don't recall anything
15:43:47  15    about that transaction from 2012.
          16    Q    Had Integrated Administration ever had over a
          17    million dollars come in to its account over a less than
          18    90-day period prior to this time?
          19    A    I don't recall. I don't know.
15:44:37  20    Q    I'll hand you what's been marked as Exhibit 48,
          21    sir.
          22    A    Thank you.
          23        (Exhibit 48 was marked for
          24         identification by the Court Reporter
15:44:46  25         and is attached hereto.)

66 (Pages 258 to 261)

Page 262

15:44:46  1         THE WITNESS:  Okay.
          2   BY MR. WALKER:
          3       Q   Looking at this document, do you know who
          4   prepared this?
15:44:58  5       A   Jeff Solomon, I believe.  Guessing.
          6       Q   What would he have -- do you have any idea what
          7   he would have based this summary of entities on?
          8       MR. WIECHERT:  Calls for a conclusion.
          9   Speculation.  No foundation.
15:45:11 10         THE WITNESS:  I don't know where he was getting
         11   this information.  I know he talked to David a bunch and
         12   he was in the office.  So I don't know where or how he
         13   would get that information.
         14   BY MR. WALKER:
15:45:20 15       Q   Did Mr. Solomon have access to the corporate
         16   records of the various corporate entities that you were
         17   involved in?
         18       A   Probably.
         19       Q   Did he have access to the corporate records of
15:45:28 20   entities that you and Mr. Bergstein were both involved
         21   in?
         22       A   I don't know if -- I don't know.  I would
         23   imagine so.  I don't know.
         24       MR. WIECHERT:  Move to the strike the answer as
15:45:41 25   speculation.

Page 263

15:45:41  1   BY MR. WALKER:
          2       Q   Looking at page 534.
          3       A   534, yes, sir.
          4       Q   It's got Swartz IP Services Group at the top;
15:45:48  5   correct?
          6       A   Yes, sir.
          7       Q   And there's a note that says, "K.Jam Media and
          8   Owari Opus own Swartz"; correct?
          9       A   Where does it say that?
15:46:00 10       Q   At the bottom of that section.
         11       MR. WIECHERT:  The document speaks for itself.
         12       THE WITNESS:  Yes.  I see that note.
         13   BY MR. WALKER:
         14       Q   Was that accurate at the time this was
15:46:06 15   prepared?
         16       A   I don't know if that was accurate at the time
         17   it was prepared.  I don't know that.
         18       Q   Based upon your experience with Mr. -- was it
         19   Solomon?
15:46:15 20       A   Solomon, correct.
         21       Q   Was he the kind of person that would create a
         22   document like this that he would be reckless with regard
         23   to the accuracy of the information contained in it?
         24       MR. WIECHERT:  Calls for speculation.  Improper
15:46:27 25   lack of evidence.  No foundation.

Page 264

15:46:30  1         THE WITNESS:  Jeff was a -- Jeff was -- this
          2   was a work in progress document, so it was constantly
          3   getting updated as he would get more information.  So I
          4   don't know kind of where along the process this was.
15:46:42  5   And it is my understanding that his note here is
          6   incorrect.  K.Jam Media does not known Swartz IP.
          7   BY MR. WALKER:
          8       Q   Well, certainly he noted that it did at this
          9   time; right?
15:46:56 10         MR. WIECHERT:  The question's argumentative.
         11   Document speaks for itself.
         12         THE WITNESS:  That's what this document says.
         13   And I'm assuming this is a document that Jeff created,
         14   so...
15:47:03 15   BY MR. WALKER:
         16       Q   And under Owari Opus in the next section, it
         17   says K.Jam Media owns that company; correct?
         18       A   That's what this document says, yes.
         19       Q   So setting that up, if you owned -- if K.Jam
15:47:16 20   Media owned Owari Opus, you would have owned Swartz IP
         21   then?
         22         MR. WIECHERT:  Assumes facts not in evidence.
         23   Incomplete hypothetical.  No foundation.
         24         THE WITNESS:  I don't own Owari Opus and K.Jam
15:47:31 25   Media did not own Swartz IP.

Page 265

15:47:34  1   BY MR. WALKER:
          2       Q   So regardless of who created that record, how
          3   is it that with the companies that you're working in and
          4   around, you and Mr. Bergstein are involved with, that
15:47:42  5   Frymi Biedak's involved with, that Mr. Zarrinkelk's
          6   involved with, how is it that that document gets created
          7   and is so inaccurate, in your view?
          8       MR. WIECHERT:  Calls for speculation.  No
          9   foundation.  Witness isn't the author of the document.
15:47:57 10         THE WITNESS:  Yeah.  I don't know who created
         11   the document.  I don't know what information they had.
         12   I don't know when it was created.  So there's lots of
         13   inaccuracies in that document.  That, I can tell you.
         14   BY MR. WALKER:
15:48:05 15       Q   Right.  So was it the practice of everyone that
         16   you worked with just to generate inaccurate records
         17   concerning the various companies you were working with?
         18       MR. WIECHERT:  The question's argumentative.
         19   Overbroad.  Vague and ambiguous.
15:48:18 20         THE WITNESS:  No, sir.
         21   BY MR. WALKER:
         22       Q   Let me hand you what's been marked as
         23   Exhibit 49.
         24       A   Thank you, sir.
15:48:33 25         (Exhibit 49 was marked for

Page 266

| | | |
|---|---|---|
| 15:48:33 | 1 | identification by the Court Reporter |
| | 2 | and is attached hereto.) |
| | 3 | BY MR. WALKER: |
| | 4 | Q   Can you identify this document, sir? |
| 15:48:35 | 5 | A   I have seen the document.  I have not read this |
| | 6 | document. |
| | 7 | Q   Okay.  Let's just start at the beginning then. |
| | 8 | On the first page of Exhibit 49, it's an e-mail from |
| | 9 | you; correct? |
| 15:48:46 | 10 | A   Yes, sir. |
| | 11 | Q   Dated September 8, 2015 that you sent to |
| | 12 | Mr. Bergstein? |
| | 13 | A   That is correct. |
| | 14 | Q   And the subject is Swartz IP and Arius Libra; |
| 15:49:01 | 15 | correct? |
| | 16 | A   Yeah.  It's a forward, yes. |
| | 17 | Q   And the attachments are the Arius Libra |
| | 18 | contribution of assets, and the SIP note purchase |
| | 19 | agreement, and the SIP note; correct? |
| 15:49:11 | 20 | A   That's what it says. |
| | 21 | Q   Okay.  So turning to the second page, we see a |
| | 22 | document entitled "Agreement regarding contribution of |
| | 23 | assets to Arius Libra"; correct? |
| | 24 | A   That's what it says. |
| 15:49:21 | 25 | Q   And it's between Arius Libra and the Wimbledon |

Page 267

| | | |
|---|---|---|
| 15:49:25 | 1 | Real Estate Financing Master Fund; correct? |
| | 2 | A   That's what it says. |
| | 3 | Q   Now, looking at page 766. |
| | 4 | A   Yes, sir. |
| 15:49:38 | 5 | Q   We see Albert Hallac signed as president of |
| | 6 | Weston Capital Asset Management. |
| | 7 | A   Yes, sir. |
| | 8 | Q   As investment advisor for Wimbledon Real Estate |
| | 9 | Financing Master Fund; correct? |
| 15:49:54 | 10 | A   That's what it says. |
| | 11 | Q   And you signed on behalf Arius Libra, Inc., as |
| | 12 | corporate secretary; correct? |
| | 13 | A   That's what it states. |
| | 14 | Q   At the time this document and this agreement |
| 15:50:04 | 15 | was executed, did anyone at Wimbledon Real Estate |
| | 16 | Financing Master Fund have any idea that this agreement |
| | 17 | was being entered into? |
| | 18 | MR. WIECHERT:  Calls for speculation.  No |
| | 19 | foundation. |
| 15:50:13 | 20 | THE WITNESS:  I have absolutely no idea. |
| | 21 | BY MR. WALKER: |
| | 22 | Q   When you saw that Mr. Hallac was signing for |
| | 23 | an -- as an agent for Wimbledon Master Fund, did you ask |
| | 24 | him about his authority to execute that in that |
| 15:50:29 | 25 | capacity? |

Page 268

| | | |
|---|---|---|
| 15:50:29 | 1 | A   No.  I never had any conversation with Albert |
| | 2 | about this kind of stuff. |
| | 3 | Q   Why not? |
| | 4 | A   I just didn't.  David was the one who dealt |
| 15:50:38 | 5 | with him. |
| | 6 | Q   Well, except here you're signing an agreement |
| | 7 | as one counter-party and Mr. Hallac is signing the |
| | 8 | agreement as the other counter-party; correct? |
| | 9 | A   That's correct. |
| 15:50:48 | 10 | Q   I mean, Mr. Bergstein's nowhere on this |
| | 11 | document, is he? |
| | 12 | A   No, he's not. |
| | 13 | Q   Looking at page 817.  Oh, hang on.  Let me back |
| | 14 | up a little bit. |
| 15:51:01 | 15 | If you could go to page 797. |
| | 16 | A   797, yes, sir. |
| | 17 | Q   Sir, could you turn to page 796, please. |
| | 18 | A   Yes, sir. |
| | 19 | Q   And there we see a Certificate of Secretary of |
| 15:51:29 | 20 | Arius Libra, Inc., a Delaware corporation.  And it |
| | 21 | states, "I am the duly-elected, qualified, and acting |
| | 22 | secretary of Arius Libra, Inc., a Delaware corporation, |
| | 23 | and certify that the foregoing bylaws were adopted as |
| | 24 | the bylaws of the corporation as of July 28, 2011, by |
| 15:51:47 | 25 | the director of the corporation as of July 28, 2011"; |

Page 269

| | | |
|---|---|---|
| 15:51:52 | 1 | correct? |
| | 2 | A   That is correct.  That's what it says. |
| | 3 | Q   And you signed that? |
| | 4 | A   That is correct. |
| 15:51:56 | 5 | Q   Now going to the next page, we see the cover |
| | 6 | sheet for the Swartz IP note purchase agreement; |
| | 7 | correct? |
| | 8 | A   Yes, sir. |
| | 9 | Q   And going to page 817. |
| 15:52:10 | 10 | A   Just one second, please.  Yes, sir. |
| | 11 | Q   We see your signature in your capacity as vice |
| | 12 | president for Swartz IP Services Group; correct? |
| | 13 | A   Yes, I signed that. |
| | 14 | Q   And there, if you look at page 824. |
| 15:52:34 | 15 | A   824. |
| | 16 | Q   There's a $25 million reference note due |
| | 17 | November 14, 2016; correct? |
| | 18 | A   Or 2021, yes. |
| | 19 | Q   And on the next page you signed that reference |
| 15:52:51 | 20 | note also in your capacity as vice president for Swartz |
| | 21 | IP Services Group; correct? |
| | 22 | MR. WIECHERT:  It's asked and answered. |
| | 23 | THE WITNESS:  This is the same document we've |
| | 24 | talked about; right? |
| 15:52:59 | 25 | BY MR. WALKER: |

Kiarash Jam                                                          03-27-19

Page 270

15:52:59  1     Q  Yes, sir.

2     A  Yes.

3     Q  So we've seen your executed reference note as

4  secretary of -- vice president, rather, of Swartz IP.

15:53:08  5  We've seen the -- previously, the executed note purchase

6  agreement that you executed as vice president of Swartz

7  IP.  This is the first time, I think, that we're seeing

8  this agreement regarding contribution of assets to Arius

9  Libra, which you signed as corporate secretary for that

15:53:22  10  company.

11     My question to you is, why were you sending

12  these executed documents to David Bergstein?

13     A  Because he was the one -- I don't know how many

14  different ways to say this to be clear.  I did not

15:53:33  15  interact with any of the signing parties.  He's the one

16  who would do it.  He would send them to me for

17  signatures.  I would sign and send to him.  And he would

18  disburse and do whatever it was.

19     I did not interact with the other side.  I did

15:53:41  20  not negotiate.  It was all David.

21     Q  Sir, with all respect --

22     A  David ran --

23     Q  -- my question was, why were you sending these

24  agreements to Mr. Bergstein on September 8, 2015?

15:53:53  25     A  Because he probably asked for them.

Page 271

15:53:56  1     Q  And you were able to access them and provide

2  them to him; correct?

3     A  Maybe he sent them to me or gave them to me and

4  said sign them.  Yeah.  I don't know how I got them.

15:54:06  5  Maybe he -- is there an e-mail before this where he

6  sends it to me?  This is a forward.  Where is the e-mail

7  before this?  Is that an e-mail of him sending them to

8  me?

15:54:16  9     A  Well, I doubt it, sir.  You signed these

10  documents.  For example, the note purchase agreement was

11  dated back in November 2011; correct?

12     A  Uh-huh.

13     Q  The reference note was also dated November 2011

14  when you signed it; correct?

15:54:31  15     A  That's correct.

16     Q  Okay.  And here we are --

17     A  It could have been in the e-mail that was sent

18  to me before this and I'm just forwarding with the one I

19  signed.  I don't know.  I don't know the answer today.

15:54:41  20     Q  But my question was simply, do you know why in

21  September 8, 2015, you're sending three executed

22  documents that you signed for those three transactions

23  to Mr. Bergstein?

24     A  I'm sure he asked for them.  And if I had them,

15:54:52  25  I sent it to him.

Page 272

15:54:54  1     Q  Do you have any recollection of why he asked

2  for them?

3     A  I do not, sir.

4     Q  Let me hand you what's been marked as

15:55:01  5  Exhibit 50.

6     A  Thank you.

7     (Exhibit 50 was marked for

8     identification by the Court Reporter

9     and is attached hereto.)

15:55:10  10     THE WITNESS:  Yes, sir.

11  BY MR. WALKER:

12     Q  Okay.  Now, this is an e-mail from

13  Mr. Bergstein to you dated October 22, 2015.

15:55:15  14     A  Okay.

15     Q  Asking you to send him the e-mail where you

16  sent Keith Wellner the signed side letter.

17     A  Yes, sir.

18     Q  Okay.  And so you forward a December 2, 2011

19  e-mail that we had seen earlier.

15:55:31  20     A  Yes, sir.

21     Q  Where you wrote, "Gents, here's the revised

22  DocSign --"

23     A  Yes, sir.

24     Q  -- et cetera; correct?

15:55:35  25     A  Yes, sir.

Page 273

15:55:35  1     Q  And we see the same side letter, as he

2  described it was --

3     A  Yes, I recall the letter.

4     Q  Okay.  And that was the November 17, 2011

15:55:44  5  letter providing certain reps and warranties to --

6     A  That's the one I signed and --

7     Q  -- Swartz IP?

8     A  -- TT never signed.

9     Q  Sir?

15:55:50  10     A  That -- that's the one I signed and TT never

11  signed.

12     Q  Okay.

13     A  Yes, I recall that.

14     Q  Okay.  Do you know why --

15:55:56  15     A  I'm sorry.  Did I answer your question?  I'm

16  sorry.  Did I miss your question?

17     Q  Yes, sir.  My question was, why in October 2015

18  was Mr. Bergstein asking you for that signed side

19  letter?

15:56:08  20     A  I don't why David was asking for it.

21     Q  Let me hand you what's been marked as

22  Exhibit 57 [sic], sir.

23     (Exhibit 51 was marked for

24     identification by the Court Reporter

14:15:32  25     and is attached hereto.)

Kiarash Jam                                                                03-27-19

---

Page 274

| | | |
|---|---|---|
| 14:15:32 | 1 | BY MR. WALKER: |
| | 2 | Q   Now, we've seen an affidavit that you signed |
| | 3 | subject to penalty of perjury admitting that you were an |
| | 4 | officer of Swartz IP.  Remember that? |
| 15:56:30 | 5 | MR. WIECHERT:  Actually, it was Advisory, |
| | 6 | Counsel. |
| | 7 | BY MR. WALKER: |
| | 8 | Q   Granted.  Subject to that change. |
| | 9 | A   I do recall that document, yes. |
| 15:56:35 | 10 | Q   And we've seen now several times the note |
| | 11 | purchase agreement and the reference note and the side |
| | 12 | letter agreement, as Mr. Bergstein referred it, all of |
| | 13 | which you signed in your capacity as vice president of |
| | 14 | Swartz IP; correct? |
| 15:56:53 | 15 | A   I believe so, yes. |
| | 16 | Q   Okay.  If you could turn to page -- where's the |
| | 17 | page number on this -- I believe it's 9.  It's hard to |
| | 18 | see at the bottom. |
| | 19 | A   Nine.  Okay. |
| 15:57:06 | 20 | Q   And were you asked in this case to admit that |
| | 21 | you executed the note purchase agreement on or about |
| | 22 | November 14, 2011, as SIP's vice president. |
| | 23 | And you admitted it; correct? |
| | 24 | A   I did sign it on November 14th, yes. |
| 15:57:24 | 25 | Q   And you signed it on November 14, 2011 as |

Page 275

| | | |
|---|---|---|
| 15:57:28 | 1 | Swartz IP's vice president? |
| | 2 | A   Yes.  I asked David what's my title and he said |
| | 3 | vice president. |
| | 4 | Q   And you admit -- |
| 15:57:32 | 5 | A   He wanted me to sign it as.  Okay. |
| | 6 | Q   Let me hand you, sir, what's been marked as |
| | 7 | Exhibit 52. |
| | 8 | THE REPORTER:  You said 57 on the last one. |
| | 9 | You want to clarify that? |
| | 10 | MR. WALKER:  Oh, I did? |
| | 11 | THE REPORTER:  Yes. |
| | 12 | THE WITNESS:  It's 50. |
| | 13 | THE REPORTER:  It's 51. |
| | 14 | MR. WALKER:  Ah. |
| 15:58:13 | 15 | THE REPORTER:  Right? |
| | 16 | THE WITNESS:  Fifty? |
| | 17 | MR. WALKER:  No, no.  That's -- |
| | 18 | THE REPORTER:  No, no, no. |
| | 19 | MR. WALKER:  It's the one in front of you, sir. |
| 15:58:13 | 20 | I'm sorry. |
| | 21 | THE WITNESS:  Oh, this was 52. |
| | 22 | MR. LATZER:  The previous -- |
| | 23 | THE REPORTER:  The previous one you said -- |
| | 24 | MR. WIECHERT:  You said it was 57.  Was that |
| 15:58:15 | 25 | right?  You jumped a few numbers. |

Page 276

| | | |
|---|---|---|
| 15:58:15 | 1 | THE WITNESS:  No. |
| | 2 | THE REPORTER:  No. |
| | 3 | MR. WALKER:  No, no.  I just misstated. |
| | 4 | MR. WIECHERT:  Oh. |
| 15:58:15 | 5 | MR. WALKER:  So when I refer -- just for the |
| | 6 | purposes of the record, when I referred to Plaintiff's |
| | 7 | Exhibit 57, I was mistaken.  I meant to say Plaintiff's |
| | 8 | Exhibit 51. |
| | 9 | THE WITNESS:  Do you want this one back? |
| 15:58:16 | 10 | MR. WALKER:  No, sir. |
| | 11 | BY MR. WALKER: |
| | 12 | Q   And I was referring to the defendant Kiarash |
| | 13 | Jam's supplemental responses to Plaintiff's first set of |
| | 14 | combined written discovery containing the request for |
| 15:58:25 | 15 | admission stating, "Admit that you executed the NPA, a |
| | 16 | true and accurate copy, which is annexed hereto as |
| | 17 | Exhibit A, on or about November 14, 2011, as SIP's vice |
| | 18 | president." |
| | 19 | And your response was admit; correct? |
| 15:58:37 | 20 | A   That's what it says, yes. |
| | 21 | Q   Thank you. |
| | 22 | All right, sir.  I've handed you what's been |
| | 23 | marked as Exhibit 52. |
| | 24 | A   Yes, sir. |
| 15:58:47 | 25 | Q   Have you seen this document before? |

Page 277

| | | |
|---|---|---|
| 15:58:50 | 1 | A   I don't think so. |
| | 2 | (Exhibit 52 was marked for |
| | 3 | identification by the Court Reporter |
| | 4 | and is attached hereto.) |
| 15:58:52 | 5 | BY MR. WALKER: |
| | 6 | Q   Now, this -- |
| | 7 | A   Hold on.  Hold on. |
| | 8 | Q   Yes, sir. |
| | 9 | A   Was this the document that we referred to in |
| 15:58:56 | 10 | that e-mail with Alex Weingarten? |
| | 11 | Q   I don't believe so, sir. |
| | 12 | A   Then I have not.  I don't think I've seen this. |
| | 13 | Q   Okay.  This is a money judgment entered in the |
| | 14 | Supreme Court of the State of New York, County of New |
| 15:59:11 | 15 | York; correct? |
| | 16 | MR. WIECHERT:  Are you asking him to -- |
| | 17 | THE WITNESS:  It says "money judgment" on it. |
| | 18 | And it says "Supreme Court" on it, that I can -- |
| | 19 | MR. WIECHERT:  -- he doesn't recall seeing it. |
| 15:59:21 | 20 | BY MR. WALKER: |
| | 21 | Q   Has anyone ever shown you the money judgment |
| | 22 | that my client, Class TT, secured against Swartz IP? |
| | 23 | A   I do think I've seen this document before, sir. |
| | 24 | Q   Okay.  Going to the second page. |
| 15:59:30 | 25 | A   Okay, sir. |

70 (Pages 274 to 277)

Page 278

```
15:59:35   1      Q  Class TT was granted a judgment against
           2   Advisory IP Services, Inc., formerly known as Swartz IP
           3   Services Group, Inc., in the principal sum of
           4   $17,693,900.27.
15:59:48   5      Did I read that correctly?
           6      A  Yes, you did.
           7      Q  Plus interest to July 14, 2015 of $4,777,353;
           8   correct?
           9      A  That's what it says.
16:00:01  10      Q  Plus interest continuing to run from July 14,
          11   2015, at the per diem rate of $4,362.82; correct?
          12      A  That's what it says.
          13      Q  And at this time, that totaled $580,000 --
          14   263 -- $580,263.04; correct?
16:00:11  15      A  That's what it says.
          16      Q  Making the total amount of the judgment at the
          17   time entered $23,051,971.31; correct?
          18      A  That's what it states.
          19      Q  And do you understand that our claim against
16:00:32  20   you in this case under an alter ego theory is asking the
          21   Court to enter a judgment in favor of Class TT that you
          22   were personally liable for the balance of this judgment
          23   after allowing all lawful credits and offsets for the
          24   settlement paid to date?
16:00:49  25      A  My attorney has advised me that that is what --
```

Page 279

```
16:00:52   1      MR. WIECHERT:  Don't go into -- he doesn't want
           2   my communications, but your understanding.
           3      BY MR. WALKER:
           4      Q  You understand this is the judgment that we're
16:00:59   5   asking this Court to declare that you're personally
           6   liable for?
           7      A  Yes.
           8      Q  Whatever the total amount might be today after
           9   accrued interest and after all lawful credits have been
16:01:09  10   granted?
          11      A  Okay.
          12      Q  And you understand that that's what this
          13   lawsuit's about; correct?
          14      A  Yes.
16:01:13  15      Q  And it relates to Swartz IP and our allegation
          16   that you and Mr. Bergstein worked together to use a
          17   shell company, Swartz IP, to perpetrate the fraud that
          18   stole the $17.7 million of Class TT's investment
          19   proceeds from them?
16:01:33  20      MR. WIECHERT:  It's not a question, it's a
          21   statement.  And I move to strike Counsel's statement.
          22      BY MR. WALKER:
          23      Q  No, it was a question.  I'm asking if you
          24   understand that that's our theory of recovery in this
16:01:40  25   case?
```

Page 280

```
16:01:41   1      A  That your theory is that --
           2      Q  You worked with Mr. Bergstein to use a shell
           3   corporation, Swartz IP --
           4      MR. WIECHERT:  Do you want to know what he --
           5      BY MR. WALKER:
16:01:49   5      Q  -- to perpetrate a fraud --
           7      MR. WIECHERT:  -- thinks the theory is?  Or do
           8   you want to keep stating what you say the theory is?
           9      MR. WALKER:  Please don't interrupt my
16:01:55  10   question.
          11      MR. WIECHERT:  Again, you didn't let him answer
          12   so you could make a speech.  So why don't you just ask a
          13   question and let him make the speech.
          14      MR. WALKER:  I'll re-ask the question again.
16:02:02  15      BY MR. WALKER:
          16      Q  Do you understand that in connection with this
          17   judgment that we marked as Exhibit 52, that we're
          18   seeking to hold you personally liable for the balance of
          19   the judgment under an alter ego theory, which would be
16:02:15  20   that you and Mr. Bergstein worked together to use Swartz
          21   IP as a sham corporation to perpetrate a fraud on the
          22   Class TT investors to the tune of $17.7 million?
          23      A  Well, you've articulated it to me now.  I
          24   understand what you just said.  I completely disagree
16:02:32  25   with what you just said, but that's why I'm sitting here
```

Page 281

```
16:02:34   1   and you're sitting there.
           2      Q  You understand that's what's at stake in this
           3   lawsuit, though?
           4      A  You just articulated it.  Yes, I understand
16:02:41   5   what you just said.
           6      MR. WALKER:  Why don't we take a break.
           7      MR. WIECHERT:  Okay.
           8      THE WITNESS:  Okay.
           9      THE VIDEOGRAPHER:  We are going off the record
16:02:45  10   at 4:00 p.m.
          11      (A recess was taken.)
          12      THE VIDEOGRAPHER:  We are back on the record at
          13   4:12 p.m.
          14      BY MR. WALKER:
16:14:48  15      Q  Mr. Jam, was there any time after November 2011
          16   that you became concerned about the incredible flow of
          17   funds in and out of your accounts in the Swartz IP
          18   account?
          19      MR. WIECHERT:  Vague and ambiguous.
16:15:01  20      THE WITNESS:  I wasn't in charge of the Swartz
          21   IP account, so I don't know what was going in and out of
          22   the Swartz IP account.  I wasn't a signer.  I didn't
          23   open the account.  So I was unaware of the activity in
          24   and out of the Swartz IP account that you refer to.
16:15:12  25      BY MR. WALKER:
```

71 (Pages 278 to 281)

Kiarash Jam                                          03-27-19

Page 282

16:15:12   1       Q   Are you aware of the fact that it was roughly
           2   90 days and almost the entirety of the $17.7 million was
           3   gone?
           4       A   No, I'm not.
16:15:22   5       Q   And that all of that was sent to Swartz IP and
           6   then washed through that company?
           7       MR. WIECHERT:  Objection.  No foundation.
           8       THE WITNESS:  I don't know --
           9       MR. WIECHERT:  Argumentative.
16:15:30  10       THE WITNESS:  Sorry.
          11   I don't know that the money had gone in and
          12   out.  I'm not on those accounts.  I don't know what
          13   happened to those accounts.  I don't monitor them.  I
          14   don't get statements.  I'm not a signer.
16:15:40  15   BY MR. WALKER:
          16       Q   Do you agree with me that had you not signed
          17   the note purchase agreement or the reference notes on
          18   behalf of Swartz IP, that that $17.7 million would never
          19   have been transferred by my client to your company?
16:15:58  20       MR. WIECHERT:  Calls for speculation.  No
          21   foundation.  Also calls for a conclusion.
          22       THE WITNESS:  I don't know if they would have
          23   transferred it in different ways.  A different type of
          24   document.  But I -- I don't know what your client would
16:16:11  25   or wouldn't have done.

Page 283

16:16:11   1   BY MR. WALKER:
           2       Q   Well, the note purchase agreement was the
           3   vehicle by which the deposit of the $17.7 million from
           4   my client into the Swartz IP account was justified;
16:16:21   5   right?
           6       MR. WIECHERT:  "Justified" is vague and
           7   ambiguous.
           8       THE WITNESS:  As I said, I don't know what your
           9   client would have done if that document was not signed.
16:16:30  10   BY MR. WALKER:
          11       Q   Well, they certainly wouldn't have transferred
          12   almost $18 million to Swartz IP's account; right?
          13       MR. WIECHERT:  Motion -- well, strike the
          14   motion.  He actually asked the question at the end.  So
16:16:41  15   it will be -- calls for speculation.  No foundation.
          16   And it calls for a conclusion.
          17       THE WITNESS:  Can you repeat the question,
          18   please.
          19       MR. WALKER:  Go ahead and read it back.
16:16:49  20       (Whereupon, the record was read back
          21       by the Court Reporter as follows:
          22       "Q   So isn't it true that it would
          23       have -- that what would have been
          24       transferred was $18 million to Swartz
16:16:49  25       IP Services account; right?"

Page 284

16:17:09   1       THE WITNESS:  I don't know -- as I said, I
           2   don't control Swartz IP account.  You told me the money
           3   went in and was out in 90 days.  I -- I don't know
           4   anything about that.
16:17:17   5   BY MR. WALKER:
           6       Q   Well, I guess my point is that the transaction
           7   that you signed on behalf of Swartz IP was the vehicle
           8   by which my client was induced to deposit almost
           9   $18 million into Swartz IP's account; right?
16:17:31  10       MR. WIECHERT:  The question is vague and
          11   ambiguous.  Assumes facts not in evidence.
          12       THE WITNESS:  Okay.
          13   BY MR. WALKER:
          14       Q   And your signing of the note purchase agreement
16:17:40  15   facilitated the entire following set of events and
          16   consequences; right?
          17       MR. WIECHERT:  Same objections.
          18       THE WITNESS:  Okay.
          19   BY MR. WALKER:
16:17:50  20       Q   Do you agree with that?
          21       A   I don't know what your client did or didn't do
          22   or how they did it, why they did it.  I can't speak to
          23   what your client did.  But I'm assuming your client did
          24   their own diligence.  They're -- your -- your looked to
16:18:02  25   see who they were or were not getting into business with

Page 285

16:18:04   1   and made a decision based on whatever their internal
           2   criteria is.  I don't know anything about your client.
           3   I've never interacted with your client.
           4       Q   Why would you presume any of that in this
16:18:13   5   instance?
           6       A   Because that's what I would assume they would
           7   have done.  As I said, I don't know any of them.  I have
           8   not interacted with them.  I don't...
           9       Q   And this is in connection with the transaction
16:18:24  10   involving a note purchase agreement that you didn't even
          11   bother to read; correct?
          12       MR. WIECHERT:  The question's argumentative.
          13   Asked and answered.
          14   BY MR. WALKER:
16:18:32  15       Q   Correct?
          16       A   Yes.
          17       Q   Did you ever send an e-mail to Mr. Bergstein
          18   asking him to show some love to your Amex?
          19       A   A lot of times when the bill was late, I'd say,
16:18:41  20   Hey, man, what are we doing about this?  I'd ask for
          21   that.  I'd ask for rent.  I'd ask for payroll.  There
          22   was multiple e-mails to him to pay off his -- to pay off
          23   the obligations.  To pay the accounts payable.
          24   Absolutely.
16:18:56  25       Q   But recently we've heard that Mr. Bergstein

72  (Pages 282 to 285)

Page 286

16:19:02  1  placed a million-dollar charge on your American Express
2  account?
3     A   David ran up at the end -- you know, a couple
4  of years ago he ran up about $600,000 on my American
16:19:12  5  Express card and did not pay it.
6     Q   What was he spending -- what was he charging
7  for?  What he was buying?
8     A   All kinds of stuff.  I don't remember all the
9  specifics, but all kinds of stuff -- some personal, some
16:19:25  10  corporate, some lawyers, some stuff for his house.  You
11  know, whatever he was doing.  He paid his bill sometimes
12  late, but he would always pay it.  And at the very end,
13  he didn't pay it.  That's when the account was shut down
14  and that's when -- that's when the -- everything started
16:19:44  15  to go south.
16     Q   Roughly, when was that when it started to go
17  south?
18     A   A couple of years ago.
19     Q   And when did you last speak to Mr. Zarrinkelk?
16:19:55  20     A   Yesterday.
21     Q   Yesterday evening?
22     A   Yeah.  It was late in the day.
23     Q   When did you last speak to Frymi Biedak?
24     A   I have not spoken to Frymi in a really, really
16:20:06  25  long time.  I don't remember the last time I spoke to

Page 287

16:20:08  1  Frymi.
2     Q   When was the last time you spoke to Jeffrey
3  Kranzdorf?
4     A   I spoke to Jeff recently.  I spoke to him about
16:20:15  5  some movie stuff we're doing.
6     Q   Is he involved in the movie business too?
7     A   Yes.  He's been in the movie business for a
8  very long time.
9     Q   Did you speak to him about anything having to
16:20:28  10  do with this lawsuit?
11     A   I haven't -- I don't specifically remember
12  talking to him about this lawsuit.  I talked to him
13  primarily about movie stuff.
14     Q   When was the last time you spoke to
16:20:37  15  Mr. Bergstein's wife?
16     A   I spoke to Sarah Bergstein after -- Sarah
17  called me after David's sentence came down.  She called
18  me to tell me David was really pissed about a desk.
19  When I left the office that was being occupied by us,
16:20:53  20  there was a desk that David had that was actually my
21  desk that David was supposed to buy but he never did.
22  Frymi told me, you've got to take this desk.  It's a
23  very big, large metal desk.  I didn't question it.  I
24  said, No problem; I'll get it out of here.
16:21:07  25     I hired my movers.  I took the desk.  I put

Page 288

16:21:12  1  everything in storage.
2     And then Sarah called and said, "David's really
3  pissed you took his -- you took his desk after all this
4  stuff."
16:21:17  5     I'm, like, What are you talking about?  I took
6  the desk because Frymi told me she wanted this desk out
7  of here.  I didn't make any -- make any problems.  I
8  know that you guys have your issues that you're dealing
9  with -- your family, with your two kids.  I just took
16:21:30  10  the desk.
11     And she's, like, Oh, okay.  I'm really sorry.
12  I didn't realize Frymi told you to take it.
13     I said, Tell me where you want the desk
14  delivered and I'll have it delivered.  So I arranged for
16:21:39  15  the desk to get delivered and that was the last time I
16  spoke with Sarah.
17     Q   What -- what's the value of the desk?
18     A   Probably a couple thousand bucks today.
19     Q   Okay.  Was it -- anything particular about it
16:21:49  20  or?
21     A   No, it just was -- it's a big, awkward, hard
22  thing to move.  It doesn't fit in elevators.  It's a
23  pain in the ass.  And when she said she didn't want to
24  deal with it in the move, I said, No problem.  I'll take
16:21:59  25  care of it.

Page 289

16:21:59  1     So I had it taken out, and then Sarah called.
2  And then afterwards I called Sarah back and said, Sarah,
3  Frymi told me to do this.
4     And she said, Oh, okay.  I'm sorry.  And that's
16:22:07  5  the last time I spoke with Sarah.
6     MR. WALKER:  Okay.  I'll pass the witness.
7     MR. WIECHERT:  All right.  I have no questions.
8     MR. WALKER:  Thank you, sir.
9     THE WITNESS:  Thank you very much.
16:22:18  10     MR. WALKER:  Appreciate your time.
11     THE WITNESS:  So tomorrow at 10:00 o'clock
12  here?
13     MR. WALKER:  Yes, sir.
14     THE WITNESS:  And can I ask you what -- roughly
16:22:21  15  how long you think?  I'm just trying to schedule.
16     MR. WALKER:  About three hours, fours hours?
17     MR. LATZER:  Probably about four.
18     MR. WALKER:  Probably about four.
19     THE WITNESS:  Okay.  So, like, at 2:00 o'clock
16:22:30  20  I can schedule?
21     MR. WALKER:  You might say 3:00.
22     THE WITNESS:  3:00 o'clock?
23     MR. WALKER:  Yeah.
24     THE WITNESS:  No problem.
16:22:34  25     MR. WALKER:  Yeah.  Just, you know, I hate

73 (Pages 286 to 289)

Page 290

```
16:22:35   1   giving people time estimates --
           2           THE WITNESS:  I appreciate it.
           3           MR. WALKER:  -- because --
           4           THE WITNESS:  I understand.
16:22:36   5           MR. WALKER:  -- they almost always get
           6   violated.
           7           THE WITNESS:  I appreciate it.  It's like the
           8   four minutes left on the tape.
           9           MR. WALKER:  Yeah, yeah.  Exactly.  Which I've
16:22:42  10   stopped doing that.
          11           THE VIDEOGRAPHER:  This concludes today's
          12   videotaped deposition.  We are going off the record at
          13   4:20 p.m.
          14           (The proceedings were concluded
16:22:54  15                   at 4:20 p.m.)
          16                   ---o0o---
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

Page 291

```
16:22:54   1   STATE OF CALIFORNIA  )
                                    ) ss.
           2   COUNTY OF  _____ )
           3
           4
16:22:54   5        I, KIARASH JAM, say I have read the
           6   foregoing deposition and declare under penalty of perjury
           7   that my answers as indicated are true and correct.
           8
           9
16:22:54  10
          11   _____
                   (Date)
          12
          13          _____
                            (Signature)
          14
16:22:54  15
          16
          17
          18
          19
16:22:54  20
          21
          22
          23
          24
16:22:54  25
```

Page 292

```
           1        I, Sandra Mitchell Name CSR No. 12553, Certified Shorthand
           2   Reporter, hereby certify that:
           3        I am authorized to administer oaths or affirmations.
           4   (Cal. Code of Civ. P. Sec. 2093 (b) and Fed. R. Civ. P. 28(a)).
           5        The foregoing proceedings were taken before me at the
           6   time and place therein set forth, at which time the witness
           7   was duly sworn by me. (Cal. Code Civ. Proc. 2025.330(a),
           8   2025.540(a) and Fed. R. Civ. P. 30(f)(1)).
           9        The foregoing pages contain a full, true and accurate
          10   record of all proceedings and testimony. (Cal. Code Civ.
          11   Proc. 2025.540(a) and Fed. R. Civ. P. 30(f)(1)).
          12        I am not a relative or employee of the parties,
          13   nor financially interested in the action. (Cal. Code Civ.
          14   Proc. 2025.320(a)).
          15        Before completion of the proceedings, review of the
          16   transcript [  ] was [ x ] was not requested.  If requested,
          17   any changes made by the witness (and provided to the reporter)
          18   during the period allowed, are appended hereto.
          19   (Fed. R. Civ. P. 30(e)).
          20        I declare under penalty of perjury under the laws of
          21   California that the foregoing is true and correct.
          22        Dated this 1st day of April, 2019.
          23   _____
          24   Sandra Mitchell
          25   C.S.R. No. 12553
```

**A**

**a.m** 2:19 8:2,10
97:7,10 159:23
**Aaron** 34:2,4,6,10
218:25 219:4
239:4
**ability** 132:6 232:2
232:5
**able** 33:4 51:3
65:17 133:16
177:4 221:4 271:1
**absconded** 132:5
**absent** 187:22
**absolutely** 111:4
213:2 267:20
285:24
**acceleration**
210:20
**accept** 31:2 168:25
169:4 214:2 253:7
253:15
**accepted** 145:7
254:14
**Accepting** 241:21
**access** 44:25 45:15
157:11 161:4
240:5 241:15
245:20 262:15,19
271:1
**accommodate** 50:3
94:6
**accommodating**
93:16
**account** 41:19
43:15,16 44:25
45:3,16 81:19,20
81:24 82:4,5 83:3
83:7 89:1,9,23
90:13 93:4 106:22
107:3,7 111:20
115:10 129:11
150:7,13,14,18,19
150:20,21,22
152:4,7,21 153:22
154:9,12 157:5,12
158:9 161:20

164:10 194:3
240:5,7,8,9,10,13
243:1,4,20 245:20
247:3,23 248:1,5
248:12 249:2,4,8
249:12 253:25
257:25 258:6
261:17 281:18,21
281:22,23,24
283:4,12,25 284:2
284:9 286:2,13
**accountant** 15:19
127:19 169:8
198:25 221:21
234:20 249:23
**accountants** 221:9
**accounting** 109:5
155:15 159:4
182:23 220:24,25
**accounts** 128:10
129:7 134:20,23
153:20 161:5,5
194:13 236:21
281:17 282:12,13
285:23
**accrued** 279:9
**accuracy** 263:23
**accurate** 113:15,17
113:20,24 114:3
114:17 115:20
117:22 263:14,16
276:16 292:9
**achieved** 10:18
**acknowledge** 246:7
**acknowledged**
185:8
**acting** 128:6
130:11 268:21
**action** 8:7 292:13
**actively** 129:5,6
200:10,14
**activity** 281:23
**actress** 38:12
**actual** 205:25
206:1
**add** 235:18
**added** 111:24

**ADDENDUM** 5:22
**addition** 191:15
202:15
**additional** 147:2
202:3,14 203:8
235:3
**address** 9:24 20:16
22:23 23:1,3 24:6
25:8 26:16,19,23
26:25 31:24 33:23
96:6 141:7,13,15
141:25 142:20,20
142:22 157:15
161:3 163:11,16
195:15 201:7
204:17 206:19
208:4 234:24
248:22
**addresses** 26:21
27:2 32:1
**administer** 292:3
**Administration** 1:8
2:8 9:3 12:14
24:12 38:20,23
39:8,18,21 40:13
40:16,19,21 41:2
41:7 43:20,25
44:2,16,21,25
45:16 110:11
118:18 119:16
149:22,25 154:9
156:1,7 160:8,9
161:6 164:23
165:23 166:12,20
167:2 168:12,13
168:15 169:5
170:21 171:1,17
173:12 174:14,17
175:4,7,13,19,20
175:24 176:8,10
176:13,16,25
177:5,16,18,19
178:13,20 186:19
186:25 187:3,17
187:21 200:3,17
217:20 222:16
224:10,18 225:7

229:7,8 232:15
241:17 247:15,23
247:25 248:5,9,11
249:2,11,19
250:14 251:17,21
252:2,10,21,24
253:9,13,21 254:7
254:24 255:5,14
255:20 256:7,16
257:6,10,13
258:13,16,18
259:1,11,20,24
260:6,9,17 261:4
261:6,12,16
**Administration's**
45:3 249:7 257:25
258:6
**administrative**
129:24 213:18
249:3
**admission** 7:6
276:15
**admit** 274:20 275:4
276:15,19
**admitted** 215:20
274:23
**admitting** 221:17
274:3
**adopted** 123:12,18
268:23
**adoption** 16:7
**advance** 39:24
**advanced** 221:22
222:1 249:15,17
257:1
**advice** 16:4 38:13
50:25 51:4,8
55:24 56:24 58:9
78:13 85:8,13,17
85:23 86:9 92:6
92:20
**advise** 51:12
238:14
**advised** 131:4
278:25
**advises** 199:15
**advisor** 56:4 59:5

85:14 108:12
169:8 267:8
**advisors** 92:14
**Advisory** 6:7 12:21
35:4 226:20
227:14,18,20
230:25 232:9
233:8 235:17
238:12 274:5
278:2
**affidavit** 6:16
232:23 233:1,5,18
233:21,22,24
234:4 274:2
**affiliate** 104:23,25
**affiliated** 39:13,15
39:19 172:13
173:1,8,11
**affiliation** 104:14
104:18 173:15
**affiliations** 104:14
104:18 173:15
**affirmations** 292:3
**affirmative** 58:19
58:21
**affirmatively** 85:22
**age** 11:11
**agencies** 189:17
**agency** 73:24
**agent** 15:12 17:6
19:10 267:23
**ago** 209:1 211:14
286:4,18
**agree** 83:2,6 143:4
151:22,22 175:17
177:21 197:19
215:17,19 218:15
222:11 256:6
282:16 284:20
**agreed** 88:13,24
**agreement** 5:20,21
53:25 55:17 58:4
58:18 59:6 60:3
64:4,8,19 65:24
66:7,21 67:1 68:2
69:15 70:24 76:4
76:13 80:17 82:10
83:9 90:15 95:17
96:10 170:13,18

170:20,24 171:10
171:14 172:11,20
173:24 175:3
186:18 188:9,13
189:4,20 206:24
207:1,7 208:2,17
210:4,16,21
215:11,25 220:4
223:10 227:7,22
238:22 239:15
266:19,22 267:14
267:16 268:6,8
269:6 270:6,8
271:10 274:11,12
274:21 282:17
283:2 284:14
285:10
**agreements** 53:24
  82:17 150:3
  172:12,25 173:7
  173:17,20 211:1
  226:10,13 230:24
  231:6,7,10,15,16
  232:3 239:3
  270:24
**agrees** 82:3,4 86:21
**Ah** 275:14
**ahead** 62:19 108:6
  114:1 283:19
**airline** 152:25
**airplanes** 229:12
**Albert** 70:8,18
  115:22 116:11
  204:10 267:5
  268:1
**Alex** 81:19 233:22
  277:10
**allegation** 222:13
  279:15
**alleged** 71:22
**allocate** 147:1
**allow** 63:4
**allowed** 292:18
**allowing** 278:23
**allows** 115:9
**alter** 12:17 278:20
  280:19

**ambiguous** 30:1
  31:16 50:7 62:5
  64:15,25 66:16
  91:22 92:24 93:18
  143:10 181:13,23
  190:8 198:11
  255:24 265:19
  281:19 283:7
  284:11
**amenable** 68:11
**amendment** 35:12
  35:15 37:13
**American** 150:14
  150:23 151:14,19
  151:21 152:3,7
  153:12 154:13
  286:1,4
**Amex** 150:9 285:18
**amount** 43:19 67:9
  101:21 102:3
  105:20 156:21
  158:9 159:2 165:6
  178:16 216:11
  238:12 245:13,17
  247:2 278:16
  279:8
**and/or** 172:13
  173:1
**Angeles** 2:18 8:1,12
  9:25
**annexed** 276:16
**Annual** 18:1,9,13
  18:18 19:16
**answer** 7:11 27:17
  29:19 31:2 47:18
  56:17 62:16,18
  63:1,6,6 128:2
  146:10,15 162:9
  196:17 216:7
  228:24 235:14
  255:11,19 262:24
  271:19 273:15
  280:11
**answered** 54:17
  73:25 74:16 78:16
  86:14 116:10
  138:1 171:18

256:23 269:22
285:13
**answering** 68:11
  171:20
**answers** 291:7
**anticipated** 57:14
**anticipation** 61:5
**anybody** 123:14
  183:13 240:1
**anymore** 179:3
**anyway** 53:12
**apologies** 17:17,20
**apologize** 160:13
  172:17 244:19
**apparent** 208:15
**apparently** 196:20
  220:16
**appear** 140:5
**APPEARANCES**
  3:1
**appearing** 186:21
**appears** 63:13
  79:25 100:2
  140:12 142:9
**appended** 292:18
**appoint** 123:9
**appointed** 19:7
  117:14 119:4
  123:1,2,3,15,19
  123:20
**appointment** 37:5
**appreciate** 15:3
  33:5 223:16,22,23
  289:10 290:2,7
**appropriate** 167:25
  189:16
**approving** 107:5
**approximately**
  8:10 204:19 214:8
  214:8,23,24 215:4
  215:5,5 222:16,17
  224:10,11 260:23
**April** 141:18 142:4
  143:21 146:14,22
  148:14 149:15
  152:3 155:3
  159:23 160:19

161:22 162:12
163:6 164:20
178:10 292:22
**arena** 176:2
**argumentative**
  50:17 56:14 86:15
  116:9 126:14
  190:9 211:9
  220:21 223:13
  244:3 246:9
  254:16 258:20
  264:10 265:18
  282:9 285:12
**Arius** 99:10 100:6
  100:8,13,20 101:3
  102:19,20 103:20
  103:23 104:8,10
  106:13 107:6
  114:7 115:11
  122:21 124:18,23
  125:3 266:14,17
  266:23,25 267:11
  268:20,22 270:8
**arms-length** 190:1
**arose** 214:6,21
**arrange** 43:24 44:9
  128:11
**arranged** 288:14
**arranging** 156:11
  232:8
**arrived** 72:21
**Artic** 130:23
**Article** 34:1
**articles** 15:7
**articulated** 280:23
  281:4
**as-need** 174:10
**as-needed** 175:2
**ASAP** 133:7
**ascertain** 77:12
**ascertained** 145:5
**ascertaining** 181:6
**aside** 23:8 94:15
**asked** 31:1,6 36:1
  48:19 54:16 66:11
  73:20 74:11,14
  76:20 78:16 86:14

109:21 116:9
138:1 139:11
141:25 145:10
155:19,24 156:6
170:16 224:24
237:1,8 248:7
252:25 253:4
256:22,22 260:11
269:22 270:25
271:24 272:1
274:20 275:2
283:14 285:13
**asking** 29:2 30:4,10
  48:13 51:12 54:4
  54:6 74:9 76:7
  91:15,17 93:21
  124:15 133:7
  143:8,23 145:12
  145:13 146:15
  158:19 167:19
  180:6 208:24
  210:12,13 216:6,8
  225:9 231:6 236:9
  237:12,17 247:5
  256:2,15 272:15
  273:18,20 277:16
  278:20 279:5,23
  285:18
**asks** 164:9 235:1
**aspect** 70:23
  231:24
**aspects** 74:18
**ass** 288:23
**asset** 111:12 139:6
  267:6
**assets** 93:6,15 94:4
  94:19 139:6
  147:23 148:11
  191:23 192:4
  266:18,23 270:8
**assigned** 193:8
**assigning** 14:21
**assist** 143:9
**assistance** 82:20
**assistant** 24:20
  51:24 60:11 74:4
  153:10

**assistants** 52:1
**assisting** 27:6
**associate** 215:2
**assume** 34:16,17
    199:18 207:4
    219:22 239:8
    285:6
**assumed** 78:9
    150:2 171:2
**assumes** 23:5 29:16
    73:13 85:25 107:9
    126:7 138:17
    139:14 148:19
    174:1 180:14
    220:21 231:13
    255:7 259:14
    264:22 284:11
**assuming** 51:8
    120:13 162:8
    166:4 185:2
    264:13 284:23
**assumption** 239:9
**assure** 223:20
**attached** 11:22
    13:16 20:4 21:17
    23:12 28:6 32:16
    41:16 45:22 52:21
    54:24 59:19 75:4
    97:13 108:1
    109:15 126:23
    132:17 136:13
    139:20 145:21
    149:9 154:20
    159:11 163:23
    164:9 170:5 178:7
    186:14 188:6
    193:23 194:23
    196:11 197:6
    200:25 201:20
    202:3 204:1
    205:20 206:16
    207:18 213:11
    228:5 230:17
    232:21 234:12
    238:7 240:23
    242:21 244:17
    251:12 261:25

    266:2 272:9
    273:25 277:4
**attaching** 109:24
**attachment** 55:9
    60:2 227:16
**attachments** 60:21
    161:10 203:19
    227:13 266:17
**attention** 195:12,12
    226:4
**attorney** 8:19 34:6
    51:12 74:4 75:21
    76:2,8 85:8
    108:16,19 239:7
    242:4 278:25
**Attorney's** 74:3
**attorneys** 8:8,20
    78:3
**audit** 220:25
**audits** 221:8
**August** 42:21 119:1
    196:19 201:18
    241:5
**author** 265:9
**authorities** 225:9
**authority** 5:22
    267:24
**authorized** 17:16
    152:21 292:3
**automotive** 222:19
**available** 216:13
    220:3
**Avenue** 25:22
    137:11 163:11
**average** 158:2
    243:14
**Aviation** 229:10,11
**aware** 32:4 71:21
    72:1,4 85:4 98:10
    125:1 282:1
**awkward** 288:21

────────
**B**
────────
**b** 4:7 5:2 6:2 7:2
    88:14 202:4,5,5
    203:8 292:4
**B1123** 3:14

**B205** 141:12
**bachelor** 10:19,21
**back** 11:18,18 13:4
    25:1 48:15 50:16
    52:23 66:18 70:15
    79:1 84:5 89:22
    90:25 91:17,23
    92:2 97:9 124:22
    127:12 136:9
    140:25 144:2
    153:19 160:16
    180:5 182:5 192:4
    192:14,24 196:15
    212:15 221:22
    222:2 229:16
    246:21 249:16
    268:13 271:11
    276:9 281:12
    283:19,20 289:2
**backup** 159:3,4
**bad** 49:25 152:9
**balance** 134:8,17
    134:24 157:18
    158:1,2,3 236:20
    243:14,17 278:22
    280:18
**bane** 56:19
**bank** 6:20 42:5
    45:16 81:19 82:4
    82:5 83:3,7 89:1,9
    90:12 93:4 96:11
    96:21,25 111:20
    115:10 128:10,19
    128:20 129:7,11
    134:20 154:12
    157:4,12,14 161:3
    191:25 192:3,3
    194:2 236:20
    240:5,8,10 242:25
    243:1,3,4 248:18
    248:19 249:4,5
**banking** 96:7 115:1
    115:7 119:6 120:6
**bankruptcy** 49:10
    49:13 129:15,20
    130:4 140:25
    185:17

**banks** 41:25 134:23
**barely** 53:13
**barrier** 51:11 69:8
    69:21 70:1 71:2
    76:7 77:15 86:8
    86:18,19
**barriers** 51:15
**Barrington** 9:25
**based** 27:23 63:22
    82:17 151:25
    166:21,23 262:7
    263:18 285:1
**basically** 181:19
**basis** 44:5,10 120:9
    126:5,11 174:10
    175:2 180:20
    259:6
**Bates** 14:18 202:10
**BDZ** 239:16,18
**beachfront** 136:21
    137:3,7
**bear** 182:25
**becoming** 50:4
    130:4 182:16
    192:10
**beg** 179:19
**begging** 179:23
    180:1
**beginning** 120:16
    131:17 157:18
    266:7
**begins** 95:16
    127:13 128:4
    154:25 170:8,19
    214:20
**behalf** 2:17 58:17
    58:19 79:22 81:12
    84:21 85:10 94:24
    95:24 100:13
    105:23 121:1
    135:16,19,22
    138:13 187:4
    215:6 232:9,16
    267:11 282:18
    284:7
**believe** 17:15 39:5
    39:6 40:14 49:2

    49:24 51:6 55:23
    68:3 74:19 78:4
    98:6 111:19,19,21
    111:22 113:14
    161:14 186:5
    190:13 205:24
    215:16 230:1
    241:20 252:7
    262:5 274:15,17
    277:11
**believed** 113:24
    185:12 190:12
    240:3
**beneficiaries** 179:8
**beneficiary** 162:2
    248:18
**benefit** 14:6 16:3
    61:7,10 85:7
    102:9 107:16
    162:20
**benefits** 40:8
**Bergstein** 1:9 2:9
    5:5,6,11,14 6:8,11
    6:15,24 25:2 26:8
    26:15,22 27:6
    28:12 31:24 33:13
    36:18,20 37:6
    39:14,16,19 45:15
    46:3,23 48:9
    50:11,23 51:18
    52:2 53:21 55:6
    55:13 57:10,19,22
    57:25 58:8 59:11
    59:25 60:22 61:6
    69:11,17 70:22
    72:4,10,20,24
    73:21 75:11 76:11
    85:7,12 97:20
    99:4 100:9 105:3
    105:5 108:23
    115:22,25 122:12
    127:20 129:14,20
    132:24 133:11
    134:4 140:23
    141:5 142:6,16
    146:16 149:12
    152:2,20 155:1,23

Kiarash Jam                                                    03-27-19

156:5 158:19
159:22 160:23
163:8 164:3,9,19
166:7,9 167:18
168:11 169:2
170:9,15 172:13
173:1,2,7,18
175:14 180:23
183:1,20 184:23
185:5 187:2
189:23 190:4
195:13,16 196:20
196:24 197:13
199:7,16 204:9,20
208:11 211:14
212:2 215:2,12,25
219:13 223:10
226:7 231:19
234:16 238:10,17
239:10 245:4
246:6 250:4
259:19,24 260:10
262:20 265:4
266:12 270:12,24
271:23 272:13
273:18 274:12
279:16 280:2,20
285:17,25 287:16
**Bergstein's** 24:20
31:8 35:17 36:13
45:7,11 57:11
73:11 104:24
105:1 130:3 146:4
181:8 187:22
204:24 230:23
231:5 247:8
248:22,25 249:9
250:6,8,15 253:7
254:14 268:10
287:15
**beyond** 15:24
**bids** 219:3 229:5
**Biedak** 5:9,13,16
6:17 20:13 24:17
25:6,9 26:8,22
27:5 28:22 29:2
30:4 132:22

133:10 134:4
149:13 159:22
160:22 164:21
178:9 228:7
234:16 286:23
**Biedak's** 31:2
160:15 163:6
265:5
**big** 70:12 112:23
184:1 287:23
288:21
**biggest** 260:2
**bill** 44:7 154:13
182:3 285:19
286:11
**bill's** 182:4
**billing** 153:1 176:2
176:7,9,12,14
177:11 200:16
**bills** 27:1 180:8
182:8 223:5
**binding** 95:7,13
**birth** 141:25
142:19
**bit** 82:3 268:14
**black** 151:14
**blanket** 168:25
**blown** 181:11,22
**board** 18:1,18
19:17 104:20
190:12
**book** 84:10 85:21
129:10 220:24
**books** 193:9
**born** 11:13,14,16
**borrow** 89:1,15
251:2
**borrower** 99:11
103:8
**borrowing** 97:25
98:13,25 99:1
101:8,16 102:4,14
103:15 104:5,7
105:7,22 106:9,18
116:21
**boss** 50:12 52:4
**bother** 285:11

**bottom** 14:16 16:10
17:2 21:6 22:22
28:9 30:11 46:3
113:19 132:20
146:12 159:19
164:2 177:23
201:17 202:11
206:13 216:24
219:7 244:23
263:10 274:18
**bought** 49:19
140:19,22 191:22
**Boulevard** 2:17
8:11 25:12 141:12
195:17 201:6
206:19
**box** 27:3,4 41:25
78:22
**brain** 38:7 176:5
**Brandon** 3:18 8:5
**breach** 220:3
**break** 97:3 136:3
212:9 281:6
**breakdown** 44:6
**brief** 110:24 259:21
260:12
**briefly** 104:15
**bring** 150:5 166:18
182:25
**bringing** 184:3
**Broadway** 38:15
174:22 177:12
187:10
**brought** 57:2
142:10 150:7
183:22 184:12,20
214:21
**Brown** 81:19
**bucks** 288:18
**budget** 130:12,17
**budgeting** 11:7
**build** 48:24 57:3
**building** 25:10,16
25:17,18,18,21,23
26:4 49:18 61:9
162:14 167:13
**bunch** 70:12 73:24

78:7 107:11 111:3
113:1,1 132:1,4
167:7,15 171:7,19
184:16 191:10
212:6 262:11
**burned** 184:19
**business** 10:9 15:19
15:19,21 17:7
26:24 38:10 39:7
48:20 56:11 57:1
68:17,22 83:24
128:21,24 131:23
132:5,7,8 137:17
138:4 139:13
142:23 150:18,21
151:7 176:12
178:25 206:9
212:25 254:20
259:2 284:25
287:6,7
**businesses** 48:24
49:18 50:22 57:3
61:9 138:7 165:19
**businessman**
171:24
**buy** 136:20 137:14
139:5,7 191:2,5
229:11 240:2
287:21
**buying** 178:25
179:2 188:22
286:7
**bylaws** 16:7 268:23
268:24

─────────────
**C**
**C** 101:17 199:1
203:11
**C.S.R** 1:22 2:20
292:25
**CAC** 24:12 110:5
117:10 118:5
**Cahela** 3:18 8:5
**Cal** 292:4,7,10,13
**calculus** 11:5
**calendar** 135:6
**California** 1:2 2:2

2:18 3:14 4:10
8:1,12,15 11:19
16:24 69:12,18
70:9,10 72:21
110:12 127:7
137:11 142:22
157:15 163:12
242:7,9,13 248:20
291:1 292:21
**call** 46:16,19 48:15
51:21 58:13 99:20
223:15
**called** 11:7 14:18
31:6,6,20 35:15
38:19 48:25 52:4
72:18,25 73:2
90:14 96:11
140:17 144:12
176:11 184:4
191:24 209:18
287:17,17 288:2
289:1,2
**calling** 50:13 70:2
227:10
**calls** 23:5,6 27:14
31:3,16 32:8
43:12 46:12 47:15
56:15 64:13 66:3
68:10,14 83:16
84:13 87:6 88:5
88:19 89:11,25
90:8,22 91:8 94:8
96:14 105:25
116:3 125:24
126:13 143:22
158:22 190:8
210:5 221:11,12
222:6 224:19
236:23 259:15
262:8 263:24
265:8 267:18
282:20,21 283:15
283:16
**camera** 131:1
**Campbell** 117:25
**CANCELED** 4:17
**capable** 50:20

182:20
**capacity** 12:17
    16:11 19:4 66:7
    100:6,19 103:23
    106:14 111:2
    116:22 117:2
    186:24 215:3
    267:25 269:11,20
    274:13
**CAPISTRANO**
    3:14
**capital** 67:21 70:20
    80:5 99:12 110:19
    147:15 267:6
**capitalization**
    190:16
**capitalize** 192:13
    192:14,15
**Capitol** 140:17,21
    140:22 184:5
**caps** 241:20
**card** 150:24,25
    151:14,17,24
    152:4,7,10 153:12
    194:3 286:5
**cards** 152:21
**care** 129:11 183:2,3
    185:19,24 211:5
    288:25
**Carroll** 162:3,5,11
**CASCADE** 1:9 2:9
**case** 1:6 2:6 8:13,16
    12:1 49:13 56:25
    70:21 78:5,6
    82:23 124:7 126:2
    128:1 145:9
    201:15 243:18
    274:20 278:20
    279:25
**cash** 44:5 93:5,15
    94:3,5,19 155:6
    169:1 182:21
**cause** 9:10
**cease** 6:13 213:19
    239:23
**Central** 1:2 2:2
    8:15

**cents** 20:24 21:3
**Century** 25:13
**CEO** 191:22
    193:11,14
**cert** 98:25 101:11
**certain** 33:1 39:1
    80:25 82:2 84:22
    84:23 138:14
    219:8 273:5
**certainly** 31:11
    45:10 114:21
    138:20 209:6,9
    215:21 218:1
    222:11,24 229:1
    264:8 283:11
**certificate** 5:22
    16:7,10 17:11
    33:16 35:1,12,15
    101:9,16 102:4
    103:8,15 104:5,7
    105:7,22 106:10
    106:19 114:11,22
    118:25 120:3
    122:1 268:19
**certificates** 98:13
    99:1 102:15
    116:21 240:12
**Certified** 292:1
**certify** 268:23
    292:2
**certs** 97:25
**cetera** 142:1
    272:24
**CFO** 127:19 128:6
    130:11 192:2,22
    193:12,13
**chairman** 118:10
    119:11 121:4
    130:14,18
**chance** 226:1
**change** 35:2,9,13
    37:10,19 253:18
    274:8
**changed** 12:20,21
    233:12 235:24
    236:2 237:16,18
**changes** 35:4 77:9

77:13 198:24
    231:11 292:17
**chapter** 49:24
    77:22
**characterization**
    169:1 246:7 253:8
    254:14
**characterize** 169:8
    171:10 180:24
    254:19
**characterized**
    46:24 164:13
    169:2 223:7
    252:23 257:5,14
    258:1,7,13 260:7
**characterizing**
    223:9 256:9
**charge** 152:23
    162:7 281:20
    286:1
**charges** 116:5
    152:11 153:19,24
    153:24 154:1
**charging** 286:6
**chart** 23:16,20
    113:15,23 114:7
    117:25 169:17
**charts** 246:3
**chasing** 29:10
    156:13
**Che** 42:12,14
**check** 41:23 42:8
    42:20 43:7,10,18
    43:22,25 44:15,18
    44:19 131:20
    153:25 154:3
    158:12,15,17
    159:2 184:1
    226:20 227:5,8,9
    230:25 232:6
**checkbooks** 129:7
**checks** 4:17 25:1
    41:18 44:23 129:8
    154:8 232:7,16
    235:2,4,11 260:13
**chief** 16:18 67:20
    80:5 119:12

217:10
**Chinese** 32:5
**chooses** 62:25
**chose** 92:16
**circle** 130:1,23
**circumstances** 41:8
    109:8
**cited** 220:16
**City** 25:13
**Civ** 292:4,4,7,8,10
    292:11,13,19
**civil** 225:16
**claim** 185:5 214:25
    278:19
**clarify** 275:9
**clarifying** 36:5
**clarity** 30:7 236:1,4
**Class** 1:4 2:4 3:2,7
    8:23 12:10 47:10
    80:23 81:9 84:12
    84:18 87:4 88:3
    88:18 91:5,25
    95:3 201:14
    203:16 204:14
    209:16 277:22
    278:1,21 279:18
    280:22
**clean** 55:9 156:16
**clear** 103:12 123:6
    211:11 260:15
    270:14
**clearly** 16:2 29:11
    31:22 50:10 84:21
    128:1 145:10
    166:4 167:15
    218:23 248:8
**clerk** 109:5
**client** 12:9 95:2
    106:22 107:2,7
    277:22 282:19,24
    283:4,9 284:8,21
    284:23,23 285:2,3
**clients** 223:20
**close** 13:7 26:13
    139:3,4 156:5
    162:14 220:14
    221:23

**closed** 49:23
    112:13 138:24
    183:19 184:6
    186:5
**closely** 160:4
**closing** 49:22 138:8
    183:17 219:12
    220:11,11,12
    224:2
**code** 153:15,18,19
    156:10 292:4,7,10
    292:13
**coded** 246:15
**COLE** 3:3,8
**collateral** 98:17,19
**Colony** 184:5
**Colorado** 20:16
    26:6,13 141:12
    142:21 163:11
    195:16 201:6
    206:19
**column** 23:22 24:1
    24:6,7,9 47:21
**com** 234:24
**combination**
    153:23
**combined** 7:5
    276:14
**come** 26:17,18
    49:17 68:5,7
    75:23 95:10
    156:14 166:16
    202:15 244:7
    261:17
**comes** 84:1 182:18
**coming** 156:11
    159:1 162:25
    168:2 179:16
    181:25 182:13
    187:14 235:12
**comma** 165:9
**commencing** 2:18
**commercial** 15:24
**Commission** 214:1
    214:5 215:3 217:1
    217:4
**committed** 71:23

214:7,23
**committing** 56:11
83:14
**common** 188:14,18
188:22 189:6
190:21 215:8,13
215:14,24 216:3
239:1
**commonly** 96:11
**communication**
250:9,10
**communications**
67:18 250:5 279:2
**companies** 18:23
23:19 24:4,19
25:3,4 26:16 27:7
27:10,13 29:3
39:13,15,17 40:16
40:18,24 41:3
63:23 109:17
110:17 128:24
129:4,5,13,19
130:4 140:20
147:8 154:11
156:6 158:25
162:7 166:16
168:21 173:14
180:24 182:12
187:20 199:11
228:24 235:22
236:10,15,19
265:3,17
**company** 10:4,8
12:13 13:24 14:1
18:14 19:13,20
21:25 27:20 29:12
30:5 31:11 34:9
34:19 38:19,22
39:2,3,5,6,8,9,10
40:7 43:5 87:17
88:4 100:8 104:14
104:21,22 106:14
107:16 110:9,15
110:24 111:10,15
112:8,17,19 117:8
118:23 132:10,11
133:18 137:19,21

137:25 140:17,18
141:8 143:6,7,13
143:15,20,24
144:10,11 145:10
145:13 147:6,13
148:22 149:22,24
153:25 154:3
163:1 165:22
166:1 167:11,12
167:18 168:7
169:4 171:5,11,12
171:14,15 172:4
174:10,13,16
175:2,3,6,11,13
175:18,23 176:9
176:11 177:5,19
179:10,11 180:13
182:8 183:12,18
184:4 187:4,15
190:19,24 191:18
191:19,20,21
192:11,20 193:7
201:10,12 215:7
215:17 216:2
220:14,18 221:2
229:5,13,22
233:11 237:6
241:13 243:4
247:8,10 253:3,20
254:6,7,15,18
255:21 256:3
264:17 270:10
279:17 282:6,19
**company's** 193:9
**compare** 54:3,8
77:7 231:10
**compared** 184:14
**compensated** 39:22
185:11 258:24
**compensation** 41:9
174:6 176:19
258:24
**competent** 113:14
**complain** 231:21
**complained** 143:18
180:10
**complaining**

180:23
**complaints** 167:4
180:1,2
**complete** 22:19
63:4 141:7 246:18
**completed** 32:20
53:18 55:2 59:21
75:6 108:7 127:2
140:3 147:1
154:22 159:13
196:7 197:21
199:20 201:3
**completely** 221:13
280:24
**completion** 292:15
**compliance** 191:24
**comport** 139:13
**compound** 145:8
198:12 211:9
260:20
**comprise** 13:21
14:6
**computer** 162:16
162:17
**concept** 19:10
91:14,20 92:8,12
**concern** 107:5
205:13
**concerned** 139:10
144:24 167:16
205:9 212:5
281:16
**concerning** 214:12
265:17
**concerns** 167:5
180:4 181:22
231:22
**concierge** 68:21
**conclude** 222:4,12
**concluded** 290:14
**concludes** 131:17
290:11
**conclusion** 47:15
47:16 66:4 88:5
190:8 221:12
224:20 259:15
262:8 282:21

283:16
**conducted** 18:4
26:23
**conducting** 175:7
175:24 176:8,14
177:6
**confer** 56:3
**conferred** 181:21
**confirm** 189:18
**confirmation** 67:19
161:16 162:2
203:6
**conjunction** 80:9
**connection** 22:6
24:18 51:18 71:8
73:18 98:7 100:12
216:10 220:17
240:16 280:16
285:9
**consent** 29:14
**consequences**
284:16
**consider** 57:5,9
65:3
**consideration**
31:13,17
**considered** 109:18
**considering** 183:16
**consistent** 63:8
116:20
**constantly** 264:2
**consult** 57:25 58:10
58:20,24 59:4,8,9
59:12 76:12 77:11
78:3,7 85:17,23
181:14
**consultant** 172:5
172:12,22 173:19
174:8 180:12
**consulted** 176:1
181:10
**consulting** 5:20
29:24 165:10,14
165:23 166:4
167:6 170:13,20
170:24 171:9,14
172:20 173:4,6,24

174:9,18 175:1,1
175:8 176:7 177:6
177:16 186:17
187:4
**contacting** 51:11
71:3
**contain** 292:9
**contained** 80:24
263:23
**containing** 7:6
276:14
**content** 50:3
237:22
**context** 12:8 15:24
90:20 91:4 92:1
115:8
**continue** 132:6
185:4 224:3
237:23
**Continued** 5:1 6:1
7:1
**continues** 113:7
**continuing** 214:11
278:10
**contract** 41:7 95:9
138:12,23 187:4
187:24 190:17
**contracted** 8:6
**contribution**
266:18,22 270:8
**control** 24:23 29:11
43:15 134:20
139:16 179:15
180:23 181:8
237:19 284:2
**controlled** 158:25
216:19
**conversation** 69:22
268:1
**conversations**
181:3
**convicted** 72:12,13
**cooperated** 73:22
224:22
**copied** 75:14 206:4
206:7 245:4 250:4
252:2

**copies** 51:24
128:11,14,18
129:10 133:10
**copy** 28:12 33:12
53:1,6 76:16 77:1
108:25 132:24
134:4 142:7 146:5
146:16 159:25
160:25 163:8
164:3 168:18
170:10 197:13
252:9 276:16
**copying** 212:6
**corner** 14:16 20:15
22:10
**CORP** 1:9 2:9
**corporate** 4:11
13:22 100:12,19
116:18 117:8
124:9 125:2
135:11,15,18
151:2,4 153:24
199:19 237:2
262:15,16,19
267:12 270:9
286:10
**corporation** 12:18
19:5,8,17 62:2
66:9,24 104:2
110:12 131:7
268:20,22,24,25
280:3,21
**corporation's**
15:11
**corporations** 228:8
**correct** 11:10 13:24
15:9,15 16:1,5,8
16:11,12,15 17:4
17:14 18:2,6,23
19:1,5,8,13,21
20:16,19,21 21:1
21:4,5,7 22:7,10
22:11,14,20,24
23:17,18,20,21,23
23:24 24:1,2,4,7,8
25:4,7 26:25
27:25 28:12,13,14

28:15,23 30:16
31:14 33:8,9,13
33:14,17 34:2
35:2,5,13 36:18
37:18 38:20,21
39:20 42:22 43:8
43:20 44:16,17
45:1,2,12 46:4,7
46:17,20,25 47:6
47:12,23 48:1,10
48:14 50:24 51:4
52:2,10 53:22,23
54:1,2 55:7,8,10
55:17 57:12,15,17
58:20 59:8,14,25
60:4,7,23 61:2,8
61:13,17,20,23
62:3 63:14,15,20
63:25 64:5,8,12
64:20 65:12,14,18
65:19,21 66:1,10
66:15,24 68:1
69:2 70:20 71:12
71:24 75:9,12
77:2,18 79:20,23
80:1,6 81:16,20
83:4,9 84:23 85:4
85:19,24 86:1,13
86:24 89:9,16,24
90:6 91:7 92:14
94:6,25 95:3 96:8
97:21 98:1 99:5,8
99:13 100:6
102:10 103:20,23
105:3,14,16
106:10,22 108:10
108:16,21,23
109:22 110:3,7,13
111:18,25 112:3,6
112:15 113:8
114:25 115:5,18
115:23 116:8,18
117:8 118:7,8,10
118:13,16,21
119:1,4,8,13,17
119:24 120:4,7,13
120:17,20 121:6,9

121:12,18,20
122:5,13,19,22
123:1,13,16,21,24
124:4,6,9,10,12
124:18,24 125:11
125:14,17,18,20
125:23 127:13,16
128:12 129:21
131:7,9,15 132:22
132:25 133:7,11
133:13 134:1,8,11
134:14 138:21,22
140:13 141:13,17
142:1,7,10,17,23
143:2,5 144:8,16
144:19 146:6,12
146:17,23,24
148:25 149:3,13
149:23 155:1,6,10
156:4 157:8,9,9
158:10,13 159:23
160:23 161:20
162:21 163:12
164:4,5,11,15,21
170:10,13,14,16
170:21 172:6,23
173:2 174:14
175:4 176:14
178:10,13,17
186:23 188:15,19
188:24 189:2,21
193:16 194:6
195:13,14,17,20
196:21 197:9,14
197:17 198:1
199:9,12,20 200:4
200:18 201:7,10
201:12,15,22
202:4,12,16 203:4
203:9,12,16 204:4
204:12,14,15,17
204:18,22 206:20
206:21,24 207:3,7
208:5,9 210:10
211:15 212:7
213:19,22 214:2,3
214:9,24 215:9,15

215:18 217:12
218:4,5,14 225:12
226:8 228:9 229:3
229:7,23,25 230:3
230:7,10 233:5,9
233:13 234:6,17
235:4,19 238:23
239:1,16,20,24
241:6 243:5,9,15
244:10 245:2,4,7
245:18 247:3,6,12
247:15,19,20,23
248:2,9,13,20,23
248:24 249:2,14
249:20 250:2,5,12
250:13,17,18,20
250:23 252:18
254:25 255:2,3
257:7,15 258:2,3
258:8,9,13,14
259:20 261:1,8,10
263:5,8,20 264:17
266:9,13,15,19,23
267:1,9,12 268:8
268:9 269:1,2,4,7
269:12,17,21
271:2,11,14,15
272:24 274:14,23
276:19 277:15
278:8,11,14,17
279:13 285:11,15
291:7 292:21
**corrected** 53:25
55:12 158:4
204:15 238:14
**correctly** 61:3
67:22 76:23 79:4
80:11 81:2 82:7
87:14 89:4 90:16
93:7 101:19
109:19 117:15
120:24 128:8,16
129:1 130:15
131:21 133:4,20
135:13 141:9
142:14 147:4,10
147:17 148:1

149:19 150:11
161:8 173:21
174:11 198:6
199:25 208:13
216:15,21 218:9
219:15 220:6
222:20 224:14
226:22 235:8
245:11 252:16
278:5
**correspondence**
81:10 95:5 96:19
96:24 180:5 201:5
202:4,21 203:18
204:4,13 206:18
207:10
**cost** 44:10
**counsel** 14:7 51:3
53:10 55:24 57:23
58:9,20,24 59:12
59:12 62:9 77:12
77:16 82:15 92:20
137:2 181:5
214:10 221:8
223:25 242:15
243:23 274:6
**Counsel's** 279:21
**counter-party**
268:7,8
**countersign** 79:1
**country** 130:22
**County** 7:8 155:16
277:14 291:2
**couple** 70:15 115:1
184:10,22 229:11
260:4 286:3,18
288:18
**course** 11:9 14:15
28:8 83:23 127:5
128:21 137:23
159:16 172:19
192:21
**courses** 11:2,3,6,7
**court** 1:1 2:1 3:9
7:8 8:15 9:6
11:21 13:15 20:3
21:16 23:11 28:5

32:15 41:15 45:21
52:20 54:23 59:18
62:15,23 75:3
97:12 107:25
126:22 132:16
136:12 139:19
145:20 149:8
154:19 159:10
163:22 170:4
178:6 186:13
188:5 193:22
194:22 196:10
197:5 200:24
203:25 205:19
206:15 207:17
213:10 228:4
230:16 232:20
233:19 234:11
238:6 240:22
242:20 244:16
251:11 261:24
266:1 272:8
273:24 277:3,14
277:18 278:21
279:5 283:21
**courtesy** 28:11
33:4,5,12 53:1
108:25 132:24
142:7 159:25
160:25 197:13
**cover** 247:18 269:5
**CPA** 164:7
**crate** 113:14
**create** 65:7 219:9
263:21
**created** 113:8,9,11
264:13 265:2,6,10
265:12
**creating** 113:23
190:5
**creation** 230:6
**credit** 150:25
151:18,23,25
152:4,7,10 191:24
**credit's** 152:9
**credits** 278:23
279:9

**crime** 56:12 116:5
**crimes** 71:22 116:8
**criteria** 285:2
**critical** 132:5
**CSR** 292:1
**cubicle** 68:8
**current** 9:24 10:6
193:8
**currently** 10:2
91:16 130:11
131:5 141:1
212:21 216:13
**custodian** 13:8
**custom** 56:20
**cut** 82:2 153:25
154:3,8 227:9
260:14
**CV-6633-CAS-A...**
8:16
**Cyrano** 110:18,21
110:22,23 111:2,2
248:2,6
**Cyrano's** 248:8
**cyranocompany**
234:22

_____

**D**

**D** 5:1 6:1 7:1 67:20
208:12
**Da-** 144:21
**daily** 180:20
243:14,17 259:6
**DALLAS** 3:4
**Dark** 250:20
**date** 22:9 23:25
24:3 47:20 55:17
103:4,5 141:24,25
142:19 157:6
190:17 192:7,9
216:12 235:4
278:24 291:11
**dated** 16:25 21:24
28:10 33:11 35:7
42:10 43:19 53:21
55:6 59:25 75:9
79:20 81:1 82:10
92:11 97:23

149:15 157:5
164:20 178:10
188:11 197:8
201:5 202:21
206:18 243:1
245:6 260:25
266:11 271:11,13
272:13 292:22
**dates** 25:14 120:11
220:10
**Dave** 51:16 139:15
**David** 3:13,13 5:5,6
5:11,14 6:8,11,15
6:24 9:1 24:20,22
24:22 25:2 29:8
30:10 31:6,8,18
31:20 32:10 35:17
36:18 38:4 40:20
43:23 44:4,4,20
45:7 46:3,23
50:12,12,13 51:6
52:3,4,4,4 53:1
56:7,18 57:10,11
58:22 59:25 66:11
68:6,23,23 72:10
72:25 73:3 75:11
76:20 77:21 78:7
83:22 84:8 85:20
95:10 97:20
102:15 107:11
110:20 112:13
115:22 116:25
122:10,12 127:20
130:3 136:24
137:18,20 138:6
139:5,16 140:16
140:18,19,22
141:1,11,21 142:3
142:6,25 144:21
144:22 149:12
150:5 152:20
153:25 154:25
155:8,19 159:22
160:11,23 162:14
162:17,18,18
164:3,19 165:16
165:19 166:5,24

166:25 167:8,9
169:17 171:6,22
171:25 172:13,25
173:7 174:19,24
175:16 177:1,2,11
177:13 178:23,24
182:5,7 183:4,14
183:14,24,25
184:3,11,15 187:5
189:23 190:14
193:14 195:6,13
196:1,4,22 197:13
199:7 204:9,20
205:3 206:8
207:20 215:2
226:7 228:23
233:16,21 234:15
234:21 235:1
237:19 238:16,18
238:19 239:5,25
246:1,1,12 247:9
251:6,7 252:25
253:4,23 255:17
258:22,22,25
259:7,10,16,21,25
262:11 268:4
270:12,20,22
273:20 275:2
286:3 287:18,20
287:21
**David's** 68:8 79:7,9
86:3 160:11
162:15 178:15
234:21 259:7
287:17 288:2
**david@abcxyz.cc**
31:25
**day** 13:9 14:15
26:18 116:24
123:15 155:21
158:12 160:5
162:15 196:15
220:12 234:4
243:13 286:22
292:22
**day-to-day** 129:24
**days** 68:9 74:13

198:1 254:22
255:10 282:2
284:3
**deal** 49:21,21,23
183:4,6,8 184:9
184:19 187:7,10
288:24
**dealing** 77:25 78:8
86:4 179:7,9
205:4 208:20
288:8
**dealings** 70:14
**deals** 49:17 68:19
87:21 111:3,3
113:1 175:14
177:2 218:18
255:18 259:4
**dealt** 62:23 137:21
268:4
**Dear** 109:14 161:2
**debt** 107:6
**debts** 167:12
**December** 18:5,10
18:14,19 43:19
75:9 76:1 97:23
98:23 119:7 120:7
134:8,11,14,17
241:6 243:1 245:6
272:18
**decide** 198:5,18,23
**deciding** 102:17
**decision** 58:19,21
59:2,9 80:25
85:16,20,23 285:1
**decisions** 77:25
**declare** 209:12
279:5 291:6
292:20
**declared** 233:3
**declaring** 208:3
**default** 98:19
206:23 208:1,16
209:9,13 210:10
212:3
**defendant** 9:1 12:1
12:8 276:12
**Defendants** 1:10

2:10 3:12
**define** 215:8
**defined** 41:8 80:4
    80:10,23 93:5
    174:13 175:3
    218:17
**definitely** 131:18
    260:1
**degree** 10:20,21
**Delaware** 131:6
    268:20,22
**deleted** 194:10
**deleting** 194:7
**delinquency** 22:9
    22:12,18
**delinquent** 4:13
    21:23 22:5
**delivered** 130:13
    202:24 288:14,14
    288:15
**demand** 201:9,19
    202:3
**denoting** 66:14
**deny** 143:4
**depending** 48:6
**deposit** 138:9
    252:14 257:5,13
    257:24 258:6
    283:3 284:8
**deposited** 44:24
    245:17
**deposition** 1:16
    2:16 4:9 8:10,17
    8:18 11:25 12:2,7
    12:23 160:15
    218:4 290:12
    291:6
**deposits** 244:10
**describe** 16:22
    98:15 169:19
**described** 26:11
    260:25 273:2
**describing** 216:25
**description** 4:8 5:4
    6:4 7:3 13:20
**designate** 144:10
**designated** 36:17

36:20 118:6 124:8
**designating** 19:12
**desist** 6:13 213:19
    239:24
**desk** 287:18,20,21
    287:22,23,25
    288:3,6,6,10,13
    288:15,17
**despite** 129:20
    179:23 237:22
**detail** 6:22 10:11
    251:18
**details** 144:13
**determination**
    122:9
**determine** 54:9
    77:8 81:23
**determined** 198:8
    214:2
**Deutsche** 81:19
    82:4,5 83:3,7 89:1
    89:8,22 90:12
    93:4 240:10
**develop** 10:15
**developing** 38:4
**dictate** 179:22
**dictated** 99:3
**Die** 25:24
**Diego** 38:8 176:5
**diem** 278:11
**differences** 54:9
**different** 74:18
    168:20 171:21,25
    189:1 270:14
    282:23,23
**difficult** 50:4 63:1
**diligence** 81:23
    284:24
**dime** 148:25
**dinner** 68:6 70:11
    70:12 151:3,5
    153:18
**dinners** 151:7
**direct** 76:25 179:11
    179:16
**directed** 12:1 28:22
    67:20 75:11 87:12

163:7 195:15
**directing** 107:6
**directly** 77:1
    160:11 197:11
    207:20 259:13
**director** 16:8 19:8
    24:11 34:1,2
    115:18 117:14
    118:10 119:4,10
    119:11 121:5
    123:1,2,10,12,19
    123:24 124:23
    125:2 131:6 145:4
    217:15 236:10
    268:25
**directories** 27:13
**directors** 18:1,18
    19:17 34:1 115:14
    115:23 118:5,9
    121:3 123:23
**disagree** 221:14
    223:6,7 280:24
**disbarred** 242:6,9
    242:12
**disburse** 270:18
**disbursements**
    247:19
**discern** 65:17
**discount** 179:1
    192:20
**discovery** 7:6
    276:14
**discrepancy** 238:11
**discussed** 70:17
    229:9
**discussing** 218:2
    219:8
**discussion** 142:10
**discussions** 68:16
    130:25
**disgorgement**
    225:12
**Disney** 183:12,15
    183:25 184:21
**dispute** 117:24
    120:9 126:5,11
**dissolution** 134:1

**distinct** 177:15
    200:12
**distressed** 139:5,6
**distributed** 102:21
**distribution** 87:11
    88:3 245:10,22,24
    246:2,4,12,20,25
**distributions** 86:22
**District** 1:1,2 2:1,2
    8:14,15 74:5,6,7
**Division** 8:15
**DJ** 38:11
**docs** 76:22 77:5
**DocSign** 272:22
**doctor** 176:3
**document** 14:24
    15:6 16:22 17:3
    17:25 18:5 20:7
    21:20,22 23:14
    33:4 36:23 37:1
    42:4 49:4 52:5,8
    52:11 55:3,4,12
    55:15,19 56:5
    57:20 58:11 59:22
    61:13 62:2 63:11
    64:11,11,20 65:7
    67:13,14,16 73:6
    73:10,17 84:3,11
    88:21 89:17 90:7
    91:16 93:9 95:12
    95:16 97:17
    100:21 101:8
    103:3,4,10 105:9
    105:19 106:12
    108:6 113:10
    117:7 118:3 119:7
    120:19 124:14,19
    125:21,25,25
    126:1,3 127:3
    136:16,18 139:9
    154:23 157:3
    159:14 163:20
    164:16 178:2
    186:22 188:8
    194:1,2,25 195:9
    201:21 203:1
    209:21 218:23

219:21 228:17
    233:16 234:3,7
    238:22 241:2
    242:24 243:24
    244:11 251:14
    258:3,9 262:3
    263:11,22 264:2
    264:11,12,13,18
    265:6,9,11,13
    266:4,5,6,22
    267:14 268:11
    269:23 274:9
    276:25 277:9,23
    282:24 283:9
**documentation**
    169:23
**documents** 4:11
    13:21,22 14:5
    19:4 24:25 29:9
    46:22 48:12 49:1
    51:13 52:6,15
    54:10 56:21 60:7
    60:14,17,22 69:5
    70:4 71:5 73:1,4,5
    74:20,23 75:19
    76:9 78:3,23,24
    81:11 113:7
    116:20 120:10
    137:24 185:6
    195:7 218:22,25
    219:2,5 227:24
    236:7,11 237:2
    239:11 270:12
    271:10,22
**dodge** 126:16
**doing** 10:14 29:9
    31:21 38:7,7
    48:23 50:6 51:7,9
    56:8 57:1,2,17
    69:8 77:21,21
    85:20 107:12
    111:2 127:19,21
    128:1 132:7
    137:18,20,22
    150:3 165:21
    166:3,4 167:7
    171:23,24 174:24

175:15,16 176:4
178:24 197:1
199:1 212:21
223:2,4 228:10
231:22,25 237:21
239:12 249:21,22
253:23 254:10
255:18 256:4,16
256:25 258:22,23
258:25 260:14
285:20 286:11
287:5 290:10
**dollars** 89:16
161:22 171:6
182:13 184:10,11
184:22 185:14
186:2,6,8 190:6
215:14 223:11
253:25 258:19
259:11 260:4,7
261:17
**domain** 32:6
**domestic** 161:16
**Don** 162:6,11,13
**Donald** 162:2
**double** 36:1
**doubt** 13:1 233:14
271:9
**dozens** 156:12,12
156:17
**draft** 54:7
**drafted** 29:9
102:15 218:24
219:2 238:16,18
238:19 239:4,6,9
**drafting** 239:3,10
**draw** 101:17,21
102:3,9,21 107:6
**drawn** 41:18
**Dude** 127:7
**due** 47:25 63:12
150:2 182:4,4,5
197:25 207:6
208:3 209:13,18
225:19 269:16
**duly** 9:16 292:7
**duly-elected**

268:21
**duties** 160:6
**DWIECHERT@...**
3:15

___

**E**
**E** 4:7 5:1,2 6:1,2
7:1,2
**e-file** 141:24
**e-mail** 3:5,10,15
4:15,16,18,19,20
4:21 5:5,6,7,8,9
5:11,12,13,14,16
5:17,18,19,23 6:5
6:6,7,8,9,11,14,15
6:17,18,21,24 7:4
28:10 30:25 31:24
32:1,3,5 33:11
46:3,23 48:9,25
53:21 55:6 59:24
60:13,19,24 75:8
76:21 97:20 99:23
108:9,10,15 127:6
127:12 128:3
131:4 132:21
133:9 140:5 142:5
142:6 143:21
144:3,4,4,5,22
146:4,9,14 149:12
153:5,6 154:25
155:8 159:18,21
160:18 163:6
164:2,20 170:8
178:9 179:24,25
197:11 198:17
199:6 204:6,14,17
205:25 206:1,8
208:4 209:3
219:11,22 226:1,7
226:14 227:13
231:5,21 234:15
234:24 238:9
244:24 245:1
252:15 266:8
271:5,6,7,17
272:12,15,19
277:10 285:17

**e-mailed** 208:4
221:20
**e-mails** 28:8 70:15
140:9 145:11
156:12,17 180:22
237:12 253:25
285:22
**earlier** 15:24 24:17
58:16 64:5 129:14
137:5 165:25
177:24 217:24
237:13 261:14
272:19
**earn** 168:15 254:7
255:5 256:16
**earned** 223:3
253:20
**earning** 166:22
**earnings** 167:2
**ease** 15:2
**easy** 114:20
**education** 10:17,25
**effective** 35:7
**effectively** 14:21
47:14 147:7
**effectuates** 35:14
**effectuating** 35:1
35:12
**Effie** 34:12
**efforts** 196:2
**ego** 12:17 278:20
280:19
**eight** 74:14
**eight-year** 72:5
116:1
**EIN** 30:23
**either** 26:2 44:13
48:5 59:5 70:23
71:3,4 76:4,12
77:11 85:17 86:9
88:13,24 92:7
93:5,15 102:15
110:18 112:12
124:20 126:12
127:24 152:2
223:22 235:22
239:6

**ELATZER@CO...**
3:10
**elected** 89:22
237:19
**Election** 16:14
**elevators** 288:22
**eLitigation** 8:6 9:7
**employed** 10:2
84:9 160:9,11
**employee** 6:19 8:8
40:7 41:6 108:17
113:21 248:8
259:20 292:12
**employees** 40:3,4
40:10,15,23 41:3
41:4,10 132:2
175:20 241:4,16
256:21,24,25
259:2,4
**employer** 10:6
30:15 160:7
**ended** 49:12,22
109:6 111:2 113:4
184:3 191:23
192:10 220:12,13
221:16
**endorsement** 43:3
45:5
**engage** 56:10 81:22
**engaging** 218:18
**engineered** 183:24
**English** 147:6
**ensure** 187:3 227:5
**enter** 80:25 278:21
**entered** 7:7 71:8,14
172:12,25 267:17
277:13 278:17
**enterprises** 43:4
57:10,15
**entertainment**
10:10 110:22,23
206:10 222:19
**entertainment-b...**
38:2
**entire** 284:15
**entirety** 282:2
**entities** 4:14 6:23

13:23 23:19,23
24:10 30:8 39:11
40:22 41:9 109:15
110:3 111:23
112:11 127:20,21
127:23,24 145:4
160:12 166:17
172:13 173:1,8,11
182:21 183:1
197:16 198:9,21
199:4,8,24 200:7
200:12 216:19
217:23 218:1
228:20 229:3
237:19 262:7,16
262:20
**entitled** 16:14
17:25 63:11 67:6
95:17 101:8
203:15 266:22
**entity** 12:24 13:1
16:19 23:17 31:7
31:8 34:22 37:14
81:7,10 98:6
112:25 115:10
121:24 122:22
125:14 148:7
182:15 229:9
**entry** 260:23
**equal** 21:7
**Eric** 3:8 8:24
**escrow** 138:8,9
**ESPADA** 3:14
**ESQ** 3:3,8,13,14
**essence** 91:7
**essentially** 116:2
**established** 108:20
**estate** 139:12 267:1
267:8,15
**estimates** 290:1
**et** 142:1 272:24
**EUGENE** 1:8 2:8
**evaluating** 182:20
**evaluation** 183:23
**Evan** 127:15,18,19
192:2,22 197:8
198:13

evening 286:21
event 98:19
events 284:15
eventually 185:23
everybody 83:25
  129:23 160:9
evidence 23:6
  29:17 73:14 85:25
  126:7 138:17
  139:14 148:19
  174:1 180:15
  220:21 225:5
  229:2 231:13
  255:7 259:14
  263:25 264:22
  284:11
evidenced 14:5
exactly 11:6 162:9
  236:8 290:9
**EXAMINATION**
  4:5 9:19
examined 9:17
example 168:1
  180:7 218:19
  219:10 271:10
**Exchange** 214:5
  217:4
**Excuse** 57:7 230:12
execute 135:18
  267:24
executed 18:5,9,14
  18:18 60:22 61:6
  64:11 77:2 81:11
  102:18 103:17
  117:7 137:24
  207:2 210:22
  267:15 270:3,5,6
  270:12 271:21
  274:21 276:15
executing 65:7
execution 76:3,12
executive 183:12
  217:10
exercise 180:23
  237:10
exercising 50:20
exhibit 4:9,10,12

4:13,14,15,16,17
  4:18,19,20,21 5:5
  5:6,7,8,9,10,11,12
  5:13,14,16,17,18
  5:19,20,21,22,23
  6:5,6,7,8,9,10,11
  6:13,14,15,16,17
  6:18,19,20,21,22
  6:23,24 7:4,5,7
  11:20,25 13:12,14
  13:21 14:6 20:1,2
  20:10 21:14,15
  23:9,10 28:3,4
  32:13,14 33:10
  41:13,14 42:7
  45:5,19,20 46:2
  48:16 52:18,19
  53:16,20 54:21,22
  55:5 59:16,17,24
  61:1 63:11 75:1,2
  75:8 79:15 95:6
  96:20,24 97:11,16
  97:19 99:8 101:1
  106:7 107:24
  108:4,9 125:22
  126:20,21 128:5
  132:14,15,21
  133:22 136:11,16
  139:18 140:2,9
  142:6 145:17,19
  145:25 149:6,7
  154:16,18 159:7,9
  163:4,19,21 164:2
  170:1,3,8,19
  172:6 174:5 178:4
  178:5 186:11,12
  186:17 188:2,4
  193:20,21 194:19
  194:21 195:11
  196:6,9 197:3,4
  199:14 200:21,23
  201:5,20 202:4,5
  202:5 203:2,8,11
  203:23,24 205:16
  205:18 206:12,14
  207:14,16,23,25
  213:9,13 228:1,3

230:13,15 232:18
  232:19 234:9,10
  238:3,5 240:20,21
  242:18,19 244:13
  244:15 251:9,10
  261:20,23 265:23
  265:25 266:8
  272:5,7 273:22,23
  275:7 276:7,8,17
  276:23 277:2
  280:17
exhibits 13:6,8
exist 152:17
existed 81:24
  173:25
existence 56:19
  192:12
expected 63:6
expenses 129:10
  151:1,5 182:21
  216:20 222:18,19
  224:12 249:20
experience 18:25
  19:12,19 27:23,23
  63:23 263:18
experienced 19:3
expert 219:1
explain 48:18 62:8
  246:2
explaining 63:7
explanation 246:18
  253:16
express 150:14,24
  151:14,19,21
  152:4,7 153:12
  154:13 231:21
  286:1,5
extend 15:24
extended 48:6
extent 16:4 40:1
  70:14 73:5 145:1
  181:24
extra 77:23 165:3
eyes 257:20

—————
**F**
—————
facilitated 284:15

facilitating 115:11
fact 12:8 17:18
  18:23 45:7 55:22
  66:9 70:2 94:15
  105:2 114:24
  118:8 121:1
  151:13 167:16
  184:18 189:18
  220:8 222:12
  237:22 243:20,24
  254:13 282:1
facts 23:5 29:16
  73:13 85:25 107:9
  126:7 138:17
  139:14 148:19
  174:1 180:14
  220:21 231:13
  255:7 259:14
  264:22 284:11
factual 120:9 126:5
  126:11
fail 220:8
failed 139:3,4
  220:4
fair 60:9 103:13
  116:15 123:5,8
  130:5 165:10
  196:13 229:19
false 222:4,12
falsely 221:21
familiar 18:22 19:7
  19:10,15 43:5
  45:10 136:23
family 15:18 105:3
  105:5 108:13
  288:9
far 147:22 148:9
  229:19
far-right 22:10
**Fargo** 6:20 157:5
  194:3 240:9
  242:25 243:2,4
**Farris** 250:23,25
father 11:17
fault 215:20 221:15
favor 278:21
fax 51:21 162:8

195:5 203:6
**FCI** 248:13
**February** 14:2
  257:9,12,22
**Fed** 292:4,8,11,19
federal 72:5,16,18
  73:11 116:1
  135:11,15,18,25
fee 172:5 222:25,25
  223:2,2,2,3,4
  254:24
feel 51:15 56:6
  58:21 77:22 84:7
  86:2 140:2 171:18
fees 39:24,25
  105:23 106:2
  107:12 165:11,24
  167:6 172:4
  185:17 187:12
  259:6
felt 56:24
fiction 190:5,10
field 176:3
**Fifty** 275:16
figure 192:13
file 30:15,22 79:3
  133:7 135:10
  167:21,25 168:8
  197:17,24 198:3
  199:4,8,23 233:19
filed 8:14 12:10,13
  22:13,18,20
  135:16,22,24
  189:14,15 219:4
  233:19
files 79:2,7 159:4
filing 35:1 79:6,9
  133:17 141:22
  147:1,7
filings 133:16
  199:19
film 10:10,13,14
**Films** 140:18,21,22
  250:20
final 106:7 125:6
  198:5,18,23
  260:23

finalized 130:13
finally 18:16 224:8
  245:25 255:10
financial 10:23,24
  10:25 11:1,2
  16:18 42:1 58:9
  59:5 85:14 88:4
  108:12 112:23
  119:12 169:7
  188:24 225:3,6
  236:20
financially 8:6 61:7
  183:24 225:23
  292:13
financiers 57:2
Financing 267:1,9
  267:16
find 68:18 78:23,24
  114:20 237:7
finding 15:2 141:6
finds 214:5
fine 139:25 154:2
  218:25 248:17,17
finish 11:17
finished 183:4
fired 109:7,11
firing 109:9
firm 105:9,14
  106:5 155:15
  206:5,6,9
firms 220:25,25
  221:1
first 7:5 25:8 28:9
  33:10 46:2 47:8
  48:16 53:20 59:24
  75:8 79:14,19
  80:8 81:18 97:19
  102:8 106:18
  109:16 111:24
  120:14 127:12
  132:21 134:7
  141:11 142:9
  144:4,5 146:12
  163:4 177:25
  184:1 201:18
  203:18 207:9
  213:25 215:1

225:19 233:7,8
  238:21 251:7
  266:8 270:7
  276:13
fit 288:22
five 26:9 46:20
  47:19 48:15,25
  74:13 114:11
  212:10 220:2
  260:23
five-year 47:14
  48:5
flavor 111:3
flew 112:24
floor 2:18 8:12
Florida 117:1
flow 158:25 182:20
  281:16
fluffy 68:16
focus 63:1
focused 111:4
folks 183:25
follow 53:25
followed 24:6
following 86:22
  141:23 144:7
  174:9 199:23
  284:15
follows 9:17 81:15
  101:18 226:14
  283:21
Fondren 33:20
foreclose 98:18
foregoing 268:23
  291:6 292:5,9,21
forfeit 92:19
form 14:13 22:20
  62:10 121:24
  229:17
formal 38:22
format 252:5
formation 13:22
  27:9 33:16 34:8
  34:19 219:5 229:2
  230:2,9
formed 13:24 14:1
  14:4,11 16:2

29:12 112:20
  121:23,25 122:3
  228:21,23,23,24
  229:1,4,7,8,10,13
  229:15,16,22
  239:7
formerly 278:2
forming 112:19
  121:14 148:8
forth 25:1 70:16
  172:5 180:6 207:7
  292:6
forward 60:8 156:7
  156:9 177:9
  266:16 271:6
  272:18
forwarded 60:15
  60:19 206:8
  207:20 209:22
forwarding 46:24
  133:6 155:5,22
  170:12 199:7
  228:7 271:18
forwards 142:3
  170:15
found 92:13 109:10
  113:18 183:12
  191:25 192:1,2
  236:18,21
foundation 27:15
  31:4 43:13 68:13
  80:18 83:17 84:14
  87:7 88:7,20
  89:11 90:1,8,22
  91:9 94:9 96:15
  106:1 107:9
  126:14 148:20
  167:14 174:2
  180:15 190:7
  210:6 221:12
  222:7 224:20
  236:24 241:9
  255:8 262:9
  263:25 264:23
  265:9 267:19
  282:7,21 283:15
four 289:17,18

290:8
fours 289:16
fourth 131:3
Fox 25:21,23
frame 228:22
franchise 4:13
  21:24 22:3,5,13
  22:18 133:17
  135:12,21
fraud 71:9 116:2
  124:5 210:24
  211:3 215:1 221:5
  242:11 279:17
  280:6,21
frauds 214:7,22
fraudulent 12:14
  224:5
fredsanto@katte...
  208:8
free 50:20 62:25
  140:2
friend 15:18 56:4
  75:22 76:2,8 85:8
  85:13 108:13,16
  108:18 171:6
  185:22 251:1,4,5
  251:6,7
friends 15:17 38:9
  38:10 92:14,21
  162:15 183:11
front 49:16,20 50:4
  63:3 160:16
  275:19
frustrate 171:19
frustrated 171:20
Frymi 5:9,13,16
  6:17 20:13 24:17
  26:20 28:11,22
  29:2,6 30:11
  31:18 36:8 51:21
  79:8 132:21
  149:13 160:4
  161:2 163:6
  164:21 178:9
  202:24 207:12
  228:7 230:1
  234:16 235:16,21

236:6,9,25 237:1
  238:10 241:18,19
  265:5 286:23,24
  287:1,22 288:6,12
  289:3
Frymi's 160:4
full 9:21 28:9 82:3
  93:3 141:8 179:15
  292:9
fully 73:22 77:2
  113:20 128:25
  224:22
functioning 191:20
fund 1:4 2:4 3:2,7
  8:13 12:9 44:10
  44:20 47:10 80:23
  86:24 87:1 99:12
  153:25 179:11
  203:15 267:1,9,16
  267:23
funded 38:3 166:5
  166:7 179:13
funder 166:10
funding 43:24 44:9
  110:19 130:19
  132:2 156:11
  166:11 167:9
  168:19 179:17
  187:2,22,22
  194:16
funds 44:25 82:5
  83:3,7 88:3,17
  94:5 99:2,3 107:2
  154:12 166:17
  167:17 179:12
  185:18 187:5
  205:10 216:11,20
  224:11 227:8
  235:3,7,10 251:3
  253:3 281:17
further 31:1 114:4
  173:19 216:9
future 161:4
  164:14

_____
G
_____

Gene 104:21,21

Kiarash Jam

**general** 134:11
  135:2 162:20
  251:17,21 252:1
**Générale** 96:7
  195:5,9
**generally** 13:20
  98:20,21
**generate** 132:2
  166:17 167:10
  265:16
**generated** 192:24
**generating** 141:3
  166:24 167:2
  182:7 187:5
**gentleman** 70:6
  124:2 127:15
  170:9 193:14
  204:6
**gentlemen** 242:1
**Gents** 76:21 272:21
**George** 170:9
**Gerova** 102:9,12
  102:22 103:11
  104:10,13,19
  105:16,17,23
  106:3,3,4
**getting** 51:8 91:23
  92:1 109:7 128:11
  165:2 171:19
  179:15 187:12
  210:11 255:11
  262:10 264:3
  284:25
**Gion** 110:19
**girlfriend** 38:11
**give** 13:4 33:3
  38:12 53:1 79:7
  161:3 196:16
  213:5 228:12,14
  250:6
**given** 19:11,20 40:4
  70:2 74:15 130:3
  182:13 191:3
  206:22
**giving** 290:1
**GL** 6:22
**glasses** 244:22

**Glendon** 188:10,13
  188:19,22 189:6
  189:14,15,21
  190:12,16 191:2,3
  191:5 212:19,23
  212:25 215:6,9,11
  215:13,17 216:12
  216:13 217:11
  218:7,15,19 219:3
  219:9 220:1,2,2
  221:23 222:15
  223:12 224:9,17
  224:21 229:4
  235:2,11,14
  238:23 239:16,18
  239:23,25 240:16
**Glendon's** 239:1
  240:5
**go** 23:20 62:19
  65:10 79:14 82:14
  99:2,3 102:17
  108:6 114:1
  157:16 158:15
  160:15 167:5
  182:5 185:1,22
  203:2 211:13
  239:13 240:11
  250:7 259:23
  268:15 279:1
  283:19 286:15,16
**God** 9:13
**goes** 17:8 82:1 83:2
  83:6 98:19 131:12
  135:10 144:14
  147:6,12,22 150:9
  159:19 218:6
  219:10 220:1
  222:14 226:19
  229:19 244:24
  247:2
**going** 12:4 18:8
  23:8 25:14 35:11
  38:5 42:7,20 43:7
  43:18 48:21,23
  49:9,25 53:8
  54:12 57:3 62:8
  64:2 67:4,17 78:4

81:14 82:14 88:11
  88:14 89:8 93:2
  95:16,20 96:2
  97:6 101:6 103:10
  103:19 104:10
  105:9,19,23 106:7
  106:18 112:21,24
  112:25,25 114:11
  115:1,14 119:10
  119:21 122:15
  125:6 127:12
  129:15 130:7,23
  131:3 133:15
  136:6 138:9 139:6
  143:7,23 144:9,12
  149:24 155:20
  158:6 160:18
  162:1 163:4
  167:14 176:21
  177:9 181:19
  183:13 185:8,9,16
  185:23 186:1
  187:3 188:14,18
  188:23 189:20
  192:15,24 193:1
  194:16 198:24
  199:14 201:17
  207:24 208:25
  210:13 212:12
  213:3 214:4 221:3
  225:11 229:11
  237:25 248:1,5
  250:19 253:17
  255:18,23 256:1
  269:5,9 277:24
  281:9,21 290:12
**good** 9:21 13:5 46:2
  76:2,8 86:6 95:11
  133:19,25 151:18
  171:6 183:11
  257:20
**gotten** 259:25
**government** 73:7
  73:10,18,19
  133:24,24 135:25
  136:1
**governmental**

189:16
**graduated** 10:19
**granted** 274:8
  278:1 279:10
**Graybox** 1:8 2:8
  8:14 31:7 32:3
  43:8 111:9,11
  160:12 247:6,10
**great** 42:6 48:20,22
  83:25 167:13
  185:23 190:14
**greater** 10:11
**greatness** 167:14
**Grill** 26:3
**grounds** 72:8 98:5
  214:12
**group** 6:7 22:1,23
  24:12,15 33:8,17
  35:2 37:10,11,14
  61:16 63:12,25
  65:12 109:16,17
  110:5,18 112:20
  117:10 118:6
  125:10 156:21
  161:20 163:10
  189:21 190:16
  195:12 215:6
  239:16,16,18
  248:6 252:14,20
  258:1 261:1 263:4
  269:12,21 278:3
**grown** 50:14,16,18
**Grunfeld** 34:2,10
  219:1 239:5
**Grunfeld's** 34:5
  219:4
**guess** 25:14 37:9
  40:6 102:8 128:18
  130:21 138:6
  140:25 157:7,10
  164:25,25 179:3
  194:17 200:14,15
  208:18 211:20
  230:5 244:23
  284:6
**Guessing** 262:5
**guilt** 215:21 221:17

**guilty** 71:8,15,19
  71:22 72:2 116:8
**guy** 26:17 30:9
  49:16 77:23,24
  86:3 104:21
  110:22,23 112:22
  112:23,23 116:23
  117:3 141:2 162:6
  162:17
**guys** 87:19 112:21
  129:23 162:17
  288:8

---

### H

**H** 4:7 5:2 6:2 7:2
**HACKENSAK**
  3:10
**half** 184:6
**hall** 79:10 236:13
  236:16
**Hallac** 70:7,8,18,19
  70:23 71:3,8,21
  115:22,23 204:10
  267:5,22 268:7
**Hallacs** 116:7
  124:1
**hand** 9:9 13:5,11
  20:1 21:13 23:8
  32:12 41:12 45:18
  51:20 52:17 54:20
  59:15 70:14 74:25
  108:3 126:19
  132:13 139:22
  149:5 154:15
  159:6 163:18
  169:25 173:8
  178:3 186:10
  188:1 193:19
  194:18 196:5
  197:2 200:20
  203:22 205:15
  206:11 207:13
  230:12 232:17
  234:8 238:2
  240:19 242:17
  244:12 251:8
  261:20 265:22

272:4 273:21
275:6
**handed** 11:24 53:7
97:15 136:15
227:25 276:22
**handled** 160:5
**handles** 24:22
182:24
**handling** 211:19
**handwriting** 20:10
20:14
**HANDWRITTEN**
4:12
**hang** 52:22,22
103:5 268:13
**happen** 31:22
167:15 220:11
221:3
**happened** 31:9
49:19 124:21
131:25 132:9,12
139:1 140:21
175:22 191:19
282:13
**happening** 110:25
220:13
**happens** 182:17
**happy** 84:1,12
134:5
**hard** 25:24 274:17
288:21
**Harris** 112:23
**Harry** 234:18,19
234:19,20
**hate** 289:25
**he'll** 185:23
**head** 152:19
**health** 40:11 128:7
131:6 162:20
259:2
**heard** 42:16 285:25
**held** 24:10 88:4,6,8
88:8,25 89:8
90:12 217:6
**help** 9:13 15:3 38:9
82:19 133:16
156:10,10 182:8

**helped** 49:21 50:5
53:11,12 82:24,25
88:9 183:22
**helping** 53:13
130:2 185:21
**Henry** 106:21
107:1,7,10,18
234:16
**hereto** 11:22 13:16
20:4 21:17 23:12
28:6 32:16 41:16
45:22 52:21 54:24
59:19 75:4 97:13
108:1 126:23
132:17 136:13
139:20 145:21
149:9 154:20
159:11 163:23
170:5 178:7
186:14 188:6
193:23 194:23
196:11 197:6
200:25 204:1
205:20 206:16
207:18 213:11
228:5 230:17
232:21 234:12
238:7 240:23
242:21 244:17
251:12 261:25
266:2 272:9
273:25 276:16
277:4 292:18
**Hey** 155:8 159:1
208:11 285:20
**Hi** 133:15
**Hidden** 248:20
**high** 151:18
**high-level** 151:17
**highest** 10:17
151:20,20
**Hills** 248:20
**hindsight** 246:24
**hired** 75:22 287:25
**hit** 146:20,21
185:10 253:15
**Hojo** 110:19 111:6

**hold** 39:2 89:23
111:9,17 118:20
152:3 200:19
217:2 277:7,7
280:18
**Holdings** 87:13,16
87:17,24 111:18
112:5 119:24
122:18 123:10,20
131:12 157:5,11
163:1 200:3,4
230:7 245:18
247:6
**Hollywood** 137:6
**home** 27:3 36:9
151:9 248:22
249:9
**hope** 61:1 245:8
**hopefully** 185:10
221:4
**hopped** 25:17
**hotel** 68:18,19
**hour** 136:4
**hours** 74:14 117:4
289:16,16
**house** 240:2 286:10
**Houston** 22:23
33:20
**Hub** 111:14 119:21
119:23 120:22
121:4,11,14 155:5
**huge** 73:6,9,17
185:17
**hundred** 184:10,22
186:2,6,8 260:4
**hundreds** 52:15
84:8 171:5,5
182:12
**hunky-dory** 220:23
**hypothetical** 56:15
264:23

———————
**I**
———————
**I-N-D-E-X** 4:1
**i.e** 161:6
**IA** 6:10,19,22
39:25 40:3,9

43:24 149:17,21
155:10 165:25
166:2,6,7,10
181:25 241:4
249:3 252:14
256:1 259:25
**IA007** 186:22
**ID** 30:16
**idea** 21:11 31:11
33:19,23 35:10
67:11 84:15 139:7
158:16,18 161:25
167:17 169:11
255:23 262:6
267:16,20
**identification**
11:21 13:15 20:3
21:16 23:11 28:5
32:15 41:15 45:21
52:20 54:23 59:18
75:3 97:12 107:25
126:22 132:16
136:12 139:19
145:20 149:8
154:19 159:10
163:22 170:4
178:6 186:13
188:5 193:22
194:22 196:10
197:5 200:24
203:25 205:19
206:15 207:17
213:10 228:4
230:16 232:20
234:11 238:6
240:22 242:20
244:16 251:11
261:24 266:1
272:8 273:24
277:3
**identified** 17:5 34:2
34:12 96:25
129:14 143:18
201:25
**identify** 20:6,8
21:19,21 24:10
163:19 175:23

177:4 188:8 194:1
194:25 230:19
241:2 242:24
251:14 258:15
266:4
**identifying** 96:11
197:16
**II** 99:12
**imagine** 60:18
103:4 156:2
226:25 227:4
262:23
**imagining** 165:7
**immediately**
109:11 192:1,1
207:6 209:13
249:8 254:3
**implication** 224:6
**important** 93:14
**impression** 27:5
**Improper** 263:24
**inaccuracies**
265:13
**inaccurate** 265:7
265:16
**incarcerated** 72:19
**include** 173:12
**included** 26:10
199:11 200:17
224:12
**including** 67:18
107:21 176:4
**income** 135:11,16
135:19 156:15
167:23,23 168:3,4
168:5,6,9,12,13
168:15 169:1,9,12
169:21 182:22
187:14 252:14,23
253:1,5,5,6,8,12
253:17,19,19,20
254:2,15,24
255:14 256:9
257:6,14 258:1,7
258:13 260:7
261:7
**incomplete** 56:15

82:18,21 264:23
**incorporated** 122:3
122:4
**incorporation** 15:7
23:23,25 24:3
122:2
**incorporator**
117:13 119:3
122:25 123:8
**incorrect** 264:6
**incredible** 281:16
**incredibly** 244:2
**incurred** 105:23
**independent** 78:13
**independently**
146:19
**indicated** 60:2
65:24 102:4
115:25 120:10
291:7
**indicates** 48:16
**indicating** 63:24
147:19
**indication** 37:5
**indicted** 124:5
**individual** 12:1,17
78:14 150:18,20
150:22,23 230:4
**individually** 16:17
112:3 119:15
153:20 170:21
185:2 186:18
213:21
**induced** 284:8
**inducement** 80:23
81:6
**info** 141:6,23 144:7
**information** 7:14
16:23 22:19 29:8
29:10 30:10,11
37:14 67:6 113:24
114:2,4 117:25
133:6 144:16
169:14 198:4
229:24 237:1
241:15 250:7
262:11,13 263:23

264:3 265:11
**infrequently** 26:19
**inhabited** 25:9
**initial** 15:12 238:12
**initially** 140:18
145:11
**initiated** 184:12,20
**initiating** 69:22
**inquire** 92:7
**installments** 189:2
225:21,22
**instance** 26:16
35:24 58:15
120:22 145:3
285:5
**institution** 42:2
**instruct** 57:25
59:11 69:11,17
70:22 76:11 169:7
**instructed** 7:11
58:8
**instructing** 78:21
200:6 250:1
**instruction** 85:6,12
164:10
**instructions** 24:23
82:12 164:24
199:22 235:17
250:12
**instructs** 62:18
63:5
**instrumental**
183:16
**insurance** 40:11
104:16 178:16,25
179:2,5 180:11
182:4 224:13
259:3
**insured** 178:22
**insureds** 179:6
**Integrated** 1:8 2:8
9:3 12:13 24:12
38:19,23 39:8,17
39:21 40:13,15,18
40:21 41:2,7
43:20,25 44:2,16
44:20,23,24 45:2

45:16 110:11
118:18 119:16
149:22,25 154:9
156:1,7 160:8,9
161:6 164:23
165:22 166:12,20
167:1 168:12,13
168:14 169:5
170:21,25 171:17
173:12 174:13,16
175:4,6,12,19,20
175:24 176:8,10
176:13,15,24
177:5,15,18,19
178:13,19 186:19
186:25 187:2,17
187:21 200:3,17
217:20 222:16
224:10,18 225:6
229:7,8 232:15
241:16 247:15,22
247:25 248:5,9,11
249:1,7,11,19
250:14 251:16,21
252:2,10,21,24
253:9,12,21 254:6
254:23 255:5,20
256:7,15 257:6,10
257:13,25 258:6
258:12,16,18
259:1,11,20,23
260:6,9,17 261:3
261:6,12,16
**Integrated's** 41:9
**intended** 164:25
165:1
**intent** 136:20
138:13 139:11
**interact** 270:15,19
**interacted** 84:16
174:21 285:3,8
**interacting** 180:19
**interaction** 84:18
139:8
**interactions** 165:18
**interest** 78:14 88:4
107:17 110:18

111:15,17 125:3
127:25 225:14
278:7,10 279:9
**interested** 8:7
292:13
**interests** 203:12
**internal** 285:1
**internally** 113:11
**Internet** 44:8
168:18
**interpreted** 82:13
**interrupt** 280:9
**interrupted** 57:8
**interviewed** 74:1
**introduce** 8:20
**introduced** 251:6
**introductions**
150:3
**inventory** 261:1,3
261:12
**invest** 88:25 89:7
90:11
**invested** 94:5
147:15,24 148:12
148:13,24 149:1
**investigation**
224:16
**investing** 88:18
**investment** 87:18
88:3 91:6 138:5
267:8 279:18
**investments** 240:11
**investor** 219:11,12
224:11
**investors** 84:12,18
91:5 92:1 112:21
130:2 191:10
192:14 212:19
215:4 240:16
280:22
**invoice** 44:3
**invoiced** 168:24
**invoices** 168:20,22
168:23
**involuntary** 140:24
**involve** 50:23
**involved** 38:3,16,17

100:9 112:22,25
129:6,21 130:24
137:19 147:24
148:11 176:6
182:12 193:15,18
200:14 221:5
224:5,17 229:24
230:2,6,9 240:17
254:11 262:17,20
265:4,5,6 287:6
**involvement** 19:20
37:21 72:6 130:3
220:17 221:8
**involving** 71:12
183:1 218:19,20
218:21 225:6
239:23 285:10
**IP** 6:7 12:18,20,21
12:22 22:1,6,23
23:3 24:15,16
28:14,21 29:2
30:6,14 31:12
33:8,16 35:2,4
36:17 37:10,10,14
37:21 41:19 47:3
47:5,9 52:9 54:5
54:14 58:3,17,19
61:16 63:12,14,24
65:11,25 66:8,22
71:12,24 72:6
74:10,18,21 76:4
79:23 81:12,14
82:3 83:14 84:22
85:10 86:21 88:24
89:6 93:3 94:25
95:7,13,15,25
125:10 133:2,17
133:25 134:19,24
135:3,6,16,19,22
136:1 137:14,17
138:13,20 139:11
141:6 143:5,6,9
143:11 147:2,9,15
147:24 148:12,13
148:25 149:1
156:21 157:20
161:20,24 163:10

188:10,14,17,21
189:24 190:6
191:7 193:16
195:10,12,20,23
195:25 201:6,12
201:19 205:9,13
206:19,23 207:2
208:1,16 209:18
210:3 215:12,13
215:24 218:19
219:5 223:11
226:20 227:6,15
227:18,20 230:10
230:25 232:6,7,10
232:11 233:8,12
233:15 234:6
235:17 238:12
239:7,7 243:8,22
244:8 247:12
252:14,20 253:3
253:21 254:8,23
255:6,14 256:2,20
257:5,14,25 258:7
258:12,16,23
259:4,12,13 260:8
260:24 261:1,4,7
261:13 263:4
264:6,20,25
266:14 269:6,12
269:21 270:4,7
273:7 274:4,14
277:22 278:2,2
279:15,17 280:3
280:21 281:17,21
281:22,24 282:5
282:18 283:4,25
284:2,7
**IP's** 138:4 139:13
158:9 191:15
275:1 283:12
284:9
**Iran** 11:14
**irrelevant** 116:3
**Irvine** 10:19 11:3
157:15
**Iskowitz** 204:10
206:3

**issue** 44:2,4 129:14
141:7 147:23
148:10 232:6
**issued** 22:6 42:1,21
43:10,22,23 44:1
44:24 118:15
119:15,16 121:8,9
122:6 124:11,17
124:18 125:16,17
125:20 126:6
158:13 168:20
226:20 227:6
230:25
**issues** 288:8
**issuing** 232:7
**item** 15:11 37:16
37:17 67:17 81:18
82:1 86:20 88:11
88:14 93:2 101:17
101:22 110:17
111:8,23 117:10
122:1 153:16
242:1
**itemized** 89:3 90:5
**items** 81:16 114:11
115:1

___

**J**

**Jam** 1:16 2:16 3:12
4:3,9 8:18 9:2,15
9:23 21:4 30:14
61:19 75:12
114:15 115:4
117:14 120:23
136:15 195:13
213:21 215:2
216:10,17 219:11
221:19 224:8
281:15 291:5
**Jam's** 7:5 276:13
**James** 3:3 8:19
164:3,6 170:10
**Jannol** 106:22
107:1,7,15,18
**January** 133:13
134:10,13 199:15
228:8 257:4

**Jeff** 75:12,21 76:8
78:20,21 108:15
113:10,12,13
115:23 116:12
199:16 228:12,15
262:5 264:1,1,13
287:4
**Jeffrey** 5:7 242:2
287:2
**Jeremy** 250:22,25
251:1,1
**Jerome** 37:23
170:20
**Jerry** 38:1 125:13
149:18,25 150:1,2
164:3,10 165:11
165:12,14,16,18
166:4 170:10
172:23 175:9
180:16,17 254:11
**JERSEY** 3:10
**Jim** 8:22 257:20
**Joseph** 204:10
206:3
**josephiskowitz@...**
208:7
**JSI** 55:9
**JUAN** 3:14
**judgment** 7:7
277:13,17,21
278:1,16,21,22
279:4 280:17,19
**July** 42:10 114:14
268:24,25 278:7
278:10
**jumped** 275:25
**June** 35:7 232:24
**justified** 177:7
260:16 283:4,6
**JWALKER@C...**
3:5

___

**K**

**K.Jam** 4:15,18,19
4:20,21 5:8,17,18
5:19,23 6:6,9,14
6:16,18,20,21 7:4

10:7 13:23 14:4,4
15:9 16:2,25
17:14 18:1 19:20
21:1 24:12 29:1
29:13 30:5,14,19
31:12 39:4 109:18
110:6,13 111:24
112:5,6,15 118:7
118:15,21 120:16
127:23 154:4,5
156:3,6 181:25
200:2,2 217:16
222:15 224:9,17
225:3 229:10,11
229:15,16 243:1,4
243:8 250:17,19
250:22 263:7
264:6,17,19,24
**K.JAM-** 6:5
**Kambe** 111:12
**Kaplan** 208:8
**Katrina** 5:12
140:12 146:10
**Katten** 204:11
206:5,9
**Katten's** 206:6
**kattenlaw.com**
206:4
**keep** 131:18 181:2
182:9 207:21
208:12,24 209:24
210:11,12,12,14
237:17 280:8
**keeper** 79:8 236:6
**keeping** 183:15
**Keith** 67:20,25
68:15 69:7 75:11
76:16,25 77:1
78:25 80:4 84:1
97:20 102:15
112:23 115:23
116:11 117:1
272:16
**Keller** 5:10 139:8
**kept** 36:7,8 155:12
156:16 159:3
167:19 208:19

**Kia** 8:18 9:1,15,23
21:4,6 30:14
61:19 75:12
109:14 114:15
115:4 117:14
120:23 142:12,12
143:21 144:14,15
146:5,5 150:9
195:13 235:16
252:15
**Kia's** 199:22
**Kiarash** 1:16 2:16
3:12 4:3,9 7:5
9:23 213:21
276:12 291:5
**kids** 288:9
**kind** 10:25 11:5,8
13:7 20:24 25:18
29:10 38:13 39:9
49:23 51:22,24
73:21 77:21 79:8
87:19 109:5
110:21 129:24
171:14,15 183:15
184:3 190:11
221:17 241:15
263:21 264:4
268:2
**kindly** 32:22 33:5
97:5
**kinds** 221:2 286:8,9
**King** 164:3,6
170:10 204:7
**kjam@kjammed...**
204:17
**kjammedia.com**
208:4
**KJM** 28:23,25
155:10 156:1,3
200:3
**KJMI** 112:5 200:3
**knew** 85:9 108:16
148:24 168:9
182:1 209:6,9
210:24
**know** 20:25 21:10
21:12 23:2,4

25:17,19 27:1
28:8,17,19 29:5,6
30:8,21 31:20
32:3,9,20 34:6,6
34:10,16,18,18
35:14,24 36:9
37:19,22 39:23,25
40:25,25 41:5,5
41:22,22 42:15,25
43:14,23 44:5,11
44:12,19,21 46:10
46:13 49:13 51:21
53:18 55:2,4,14
56:23 57:3 59:21
62:6 63:1 64:14
64:16 67:16 68:16
70:16 71:14,15,16
71:16,17,18 72:2
72:10,12,14,17,18
74:13 75:6,24
84:8,15,17 87:2,5
87:9,21 96:16
97:16 99:19
102:14 103:10
105:4,4,7 106:3,4
106:4,25 108:7
110:24 111:6,7,19
113:19 114:18
116:5,11,12,16
117:23 118:8
121:23,25 122:7
123:2,14 126:2,8
126:15,17 127:2
130:19 131:16
132:1 134:21
136:22 137:10,11
137:16,18,20
138:7,8 139:2,3
139:15 140:2
143:15 145:11
152:5,15 153:15
154:6,6,22 156:14
156:19 159:13
160:12 161:18
162:6,9,24 164:8
165:6,17,21 166:7
166:13,14,15,18

167:7,8 168:22
169:15 171:22,23
171:25 173:10,13
173:16 174:20,20
174:24 175:9,10
175:15 176:1,6,6
176:7 177:1,2,11
177:13 178:21
179:7,9,13,20
180:18 181:19,24
182:2,18 184:25
185:1,7,11 186:20
187:7,11 190:3
191:12 192:21
193:10,17 194:11
195:25 196:6,22
197:21 198:13,14
198:14,20,25
199:1,3,4 200:14
200:16 201:2
202:18,25 203:13
205:12,13 206:6,9
208:10 209:22
216:7 217:25
218:17 220:10
221:10,13 222:8
225:8,20 226:15
226:25 227:4,16
227:19 228:13,15
228:15,23,24
233:17 235:2,13
235:13,14 236:2
236:25 237:3,5,18
237:20 238:16,18
238:19 239:5,8
241:10,10,21
242:10,12 243:12
243:19,24 244:9
245:15,16,23
246:5,21,25
249:21 252:22
253:23 254:9,12
254:13 255:9,11
255:17,19 256:1,4
258:22,24 259:4,8
259:16 260:1
261:19 262:3,10

262:11,12,22,22
262:23 263:16,17
264:4 265:10,11
265:12 270:13
271:4,19,19,20
273:14 280:4
281:21 282:8,11
282:12,22,24
283:8 284:1,3,21
285:2,7 286:3,11
288:8 289:25
**knowing** 183:2
246:24
**knowledge** 27:22
29:13 124:15
125:2 138:25
171:3
**knowledgeable**
27:6,9,19
**known** 12:18
162:11,16 264:6
278:2
**knows** 251:7
**Kranzdorf** 242:2
287:3

---

### L

**L.A** 68:5 137:11
**lack** 263:25
**lacked** 92:4
**ladies** 140:23
**landscape** 244:19
**large** 49:23 287:23
**largest** 239:25
**late** 181:4 285:19
286:12,22
**LaTonia** 204:10
**Latzer** 3:8 8:24,24
275:22 289:17
**launched** 110:20
**launder** 259:10
**law** 3:13 105:9,13
106:5 204:11
206:5,6,9
**lawful** 278:23
279:9
**laws** 233:4 292:20

**lawsuit** 12:9 81:7
98:7 107:21,23
281:3 287:10,12
**lawsuit's** 279:13
**lawsuits** 240:15
**lawyer** 75:25 84:7
107:10,22 140:14
218:24 219:4,6
**lawyers** 78:7,7 84:9
86:4 192:23 212:6
220:24 286:10
**layers** 147:8
**lead** 129:16,19
**lease** 41:6 131:19
**leased** 40:23 41:1
**leases** 56:21
**leasing** 41:3
**leave** 82:16
**leaving** 158:1 220:2
**ledger** 134:11
135:2 243:14,17
245:25 251:17,21
252:2,9 261:7
**ledgers** 129:12
155:6,9,13,17,23
155:25 156:6
**left** 20:15 22:22
23:16,20 24:9
41:25 82:9 212:10
287:19 290:8
**legal** 14:6 19:3
47:16 49:4 51:3,8
55:24 56:21,24
57:22 58:9,20,24
59:12 64:19 71:5
77:12,15 78:3,10
78:13 105:23
106:2,4 107:12,15
117:6 137:24
140:19 181:5
185:6,17
**legally** 95:13
**legitimate** 212:25
**legs** 97:4
**Lender** 248:13
**let's** 52:17 79:14
88:13 114:7 140:9

145:17 150:13
216:24 238:21
239:13 266:7
**letter** 6:10,13 79:20
79:22 80:1,3,8,15
80:19,22 81:5,22
82:6 83:14,18
84:20,21,24,25
85:3,19 86:13
88:2 92:1,6,11,17
92:22 94:13,14,16
94:21 95:7,10,14
136:20 138:12
139:11 207:19
208:1 272:16
273:1,3,5,19
274:12
**level** 10:17
**liability** 143:1
144:19,24 145:1,6
145:15 146:11,16
147:14,20,22
148:7,10 181:7
**liable** 278:22 279:6
280:18
**Libra** 99:10 100:6
100:8,13,20 101:3
102:19,20 103:20
103:23 104:8,10
106:13 107:6
114:7 115:12
124:18,23 125:3
266:14,17,23,25
267:11 268:20,22
270:9
**library** 141:3
**license** 109:12
217:7
**licenses** 217:2
**lied** 221:20
**life** 104:16 178:16
178:22,25 179:2,5
180:11 221:17
**light** 49:12 68:16
**Likewise** 59:4
**limit** 151:23,25
**limited** 99:12 147:7

147:8,13,13
165:18
**line** 65:11 95:2
101:14 128:5
138:19 177:23
191:23 192:5
201:9,9
**liquid** 90:12 93:6
93:15 94:4,19
**liquidated** 191:23
192:4
**list** 4:14 6:19 81:16
109:15 110:2,2
111:23 197:16,23
199:8 228:8
229:19 235:18
241:4,8,12
**listed** 16:17 99:10
117:25 119:11
236:10 242:1
**listen** 182:3
**lists** 16:24 115:18
115:22 116:17
123:23 200:2
**litigation** 14:20
**little** 10:11 14:15
20:23 25:16,18,19
41:24 82:3 137:19
268:14
**lived** 117:1 194:12
**LLC** 1:8 2:8 8:14
39:1 162:21
**load** 78:22
**loaded** 78:21
**loan** 89:24 102:19
102:20 104:9,10
105:22 167:23
248:19
**loans** 182:8 251:3
**located** 23:1 33:20
79:12 137:9
138:20 248:19
**locked** 36:8
**log** 156:15 168:7
**LOI** 5:10
**long** 15:20 75:22
140:16 162:11,16

193:1 286:25
287:8 289:15
**longest** 26:12
**longtime** 56:4
108:13
**look** 14:14 28:9
32:19,25 48:8
53:16 88:13 103:6
108:6 114:7
137:12 140:2
144:2 145:17,24
161:10 172:2,19
181:6 196:6
210:22 216:23
221:14 225:24
226:1 238:21
246:23 269:14
**looked** 76:14 90:5
124:22 145:5,5
201:21 203:3
221:1 224:21
259:5 284:24
**looking** 16:6 17:9
17:17 22:22 23:16
24:9 43:3 45:4
46:22 47:8 61:11
73:1 84:20 88:24
99:7,25 103:15,18
109:24 111:8
116:17 117:10,19
118:5,18 121:16
124:8 133:22
140:8 146:19
156:20 170:18,23
174:5 206:7
228:17 242:1
245:15 262:3
263:2 267:3
268:13
**looks** 20:24 45:8,8
113:10 247:17
252:12
**loop** 128:25 131:19
**Los** 2:18 8:1,12
9:25
**loss** 134:14 135:5
192:12,16,17

212:23
**losses** 192:21
**lot** 29:6 30:8,10
32:2,10 113:17
140:17 150:1
151:6,7 156:9
165:20 171:24
176:3 185:2,17
186:3,7,8,9 221:4
285:19
**lots** 165:16 182:17
265:12
**love** 285:18
**low** 251:4
**low-level** 109:5
**lump** 169:1
**lunch** 136:3
**lunches** 151:7
**lying** 219:19

---

## M

**machine** 168:18
**mail** 17:7 153:3
207:12
**mailed** 153:7
**MAIN** 3:4,9
**maintain** 82:4 93:3
93:14
**maintained** 75:17
155:12 236:16,17
251:22 252:11
259:19
**maintaining** 94:3
94:18
**maintains** 81:18
**maintenance**
182:21
**Majid** 15:12 29:22
29:23 45:17 50:25
56:3 108:10 109:4
109:5,10 113:7,9
128:14,24 129:10
131:18 153:9
154:6 155:1,9,15
155:18,19,20
156:13 157:16
161:16 167:21,24

168:5,7 169:15,15
169:18 181:15,15
181:24 183:2
199:22 200:6,9,11
241:18 246:17
251:24 253:6
254:4
**Majid's** 26:25
153:7 155:15
194:12
**majority** 216:19
222:17
**making** 38:4 49:16
62:20 77:24 80:25
84:22,25 137:14
166:20,23 180:11
186:6,8 187:9,16
187:18,19,23
244:21 278:16
**man** 50:4,14,16
51:7 171:3,4
285:20
**management** 67:21
70:20 80:5 102:10
102:13,22 104:11
104:13,19 105:24
111:12 160:6
267:6
**manager** 15:19,21
128:24 160:3
254:20
**mandatory** 201:10
210:16
**March** 1:18 2:19
8:1,9 130:8 157:6
157:7,8 158:8
214:9,24 215:6
258:5
**mark** 213:3
**marked** 11:20,24
13:11,14 20:1,2
21:13,15 23:9,10
28:2,4 32:12,14
41:12,14 45:18,20
51:20 52:17,19
54:20,22 59:15,17
74:25 75:2 95:6

97:11,15 107:24
108:3 126:19,21
132:13,15 136:11
139:18,22 140:1
145:19 149:5,7
154:15,18 159:6,9
163:18,21 169:25
170:3 178:3,5
186:10,12 188:1,4
193:19,21 194:18
194:21 196:5,9
197:2,4 200:20,23
203:22,24 205:15
205:18 206:11,14
207:13,16 213:9
228:1,3 230:12,15
232:17,19 234:8
234:10 238:2,5
240:19,21 242:17
242:19 244:12,15
251:8,10 261:20
261:23 265:22,25
272:4,7 273:21,23
275:6 276:23
277:2 280:17
**Martin** 208:8
**Master** 99:12 267:1
267:9,16,23
**material** 10:16
64:11 80:22 81:5
183:23 220:3
**Matrix** 111:14
119:21,23 120:22
121:4,11,14 155:5
155:9,13,17
**matter** 34:22 62:16
106:3 213:17
**matters** 27:6
189:13 193:16
**matures** 90:13
**McArthur** 170:9
170:12
**Meadow** 248:20
**meal** 146:21
**meals** 222:19
**mean** 40:11 50:10
72:17 83:10 94:4

98:16 114:21
118:1 144:4 148:3
168:10,10 171:19
182:14 189:11
190:4 211:1 246:4
248:16 249:23
268:10
**meaning** 10:24
20:8 21:21 127:23
**meaningless** 246:7
**means** 30:22 41:1,5
41:6 44:11,12
64:14,16 90:24
91:14 151:18
190:3 246:20,24
**meant** 30:19
209:12 276:7
**mechanism** 99:2
192:19
**Media** 13:23 14:5
15:9 16:3,25
17:14 18:1 19:21
21:1 24:13 29:1
29:13 30:5 31:12
39:4 109:18 110:6
110:13 111:24
112:6,15 118:7,16
118:21 120:16
154:5,5 156:3,7
181:25 200:2
217:16 222:15
224:9,17 225:3
229:15,16 243:1,8
250:17,19,22
263:7 264:6,17,20
264:25
**Media's** 243:4
**medical** 11:17
176:2,2,3,7,9,12
176:14,16 177:11
**meet** 37:23 38:4
43:1 68:5 70:6
198:4 205:10
**meeting** 18:1,9,13
18:18 19:17 43:2
120:15
**meetings** 37:25

38:1
**member** 15:18
108:13
**memorialized**
173:6
**mention** 151:12
**mentioned** 24:17
165:25 175:12
209:1 211:14
225:10
**merger** 220:3
**merit** 258:17
**message** 99:4
105:16 106:2
**met** 42:18 67:24,25
68:6 70:3,10
73:19 112:24
162:13 169:16
183:25 199:16
**metal** 287:23
**mid** 25:15
**middle** 47:21
**migrate** 11:15
**million** 47:11 52:10
54:4,13 55:16
56:12 58:16,18
64:7,22 65:3,8
67:10 86:21,23
87:3,12 88:3,25
89:2,7,16,23,24
90:11 93:4,15
94:3,18 97:1 99:8
99:13 137:15
161:19,22,23
188:14,18,19,22
190:6 191:15,17
191:17 192:18
195:19,24 196:14
201:20 202:16
203:3 205:11
215:4,13,14 220:4
220:8 222:17
223:11,12 238:25
239:1,19,20
258:19 259:10
260:7 261:17
269:16 279:18

280:22 282:2,18
283:3,12,24 284:9
**million-dollar**
286:1
**millions** 171:5
184:11,23 185:14
**mine** 75:22 251:6
**minute** 54:1
**minutes** 32:20
46:15 48:15,25
97:4 204:19
212:10 290:8
**Miramax** 49:19
183:6,12 184:17
184:21
**misappropriated**
216:17,20 222:15
224:9
**misleading** 244:3
**misread** 177:23
**misrepresentatio...**
216:11 219:8
**missed** 202:9
**missing** 113:17
165:4
**misspoke** 160:13
**misstated** 276:3
**misstates** 73:13
246:10
**mistake** 238:15
**mistaken** 276:7
**mistakenly** 78:1
**misunderstood**
103:14
**Mitchell** 1:21 2:20
9:6 292:1,24
**MKATZ** 4:16
**mkatz@vcorpser...**
33:12
**mom** 219:14
**moments** 13:13
**monetize** 212:24
**money** 7:7 44:8
48:23 57:17 87:4
87:20,20 94:3
102:17 113:1
130:20,20 132:4,6

141:3 149:1 150:5
150:6,6,7,9 154:1
157:20 158:25
166:16,18,23,24
167:11 168:2,11
169:9 179:13,16
179:17 181:25
182:6,7,18 184:16
184:17 185:3,9,25
186:7,9,9 187:16
187:17,19,23
191:14 192:23
221:20,22 222:1
223:3,3 235:13
240:1 245:17
249:6,15,16,18
250:7 251:2,3
253:24 254:18
259:13,23 260:8
277:13,17,21
282:11 284:2
**moneys** 162:25
**Monica** 2:17 8:11
25:12 26:1,1,3,4
141:13 142:21
163:14 201:7
**monies** 39:24
**monitor** 282:13
**month** 157:23
176:19 177:9,21
187:9,12
**monthly** 153:1,21
**months** 183:18
220:13 255:10,13
260:5,23
**morning** 9:21
**mortgage** 248:25
249:9 250:15
**motion** 283:13,14
**move** 262:24
279:21 288:22,24
**moved** 11:16 25:17
25:25 26:1 243:22
**movers** 287:25
**moves** 26:10
**movie** 38:12 130:24
174:22 182:15,16

182:23 187:13
287:5,6,7,13
**movies** 25:24 38:2
38:3,3,6,14
187:12
**moving** 249:18
**multiple** 38:9 43:24
56:24 73:20 75:23
166:13,15,16,16
174:21 179:4
191:21 220:25
258:21 285:22
**mutually** 195:16
**Myers** 105:10,13
106:5

----

## N

**N** 5:1 6:1 7:1
106:21
**Nakatomi** 25:23
**name** 8:5,13 9:21
9:23 12:21 23:17
35:2,4,9,12 37:9
37:15,19 38:22
42:16 61:19 63:16
65:16 81:19 96:6
128:23 129:4,13
130:4 138:20
141:8,25 142:19
150:16 233:11
292:1
**named** 20:13 24:4
30:15,19 31:13
60:14 70:6 112:23
127:15 170:9
193:14 204:7
**Napa** 26:3
**nationality** 142:22
**natural** 63:3
**nature** 10:8 39:7
113:15 138:4
236:7
**necessarily** 145:9
**necessary** 179:14
**necessitated** 237:17
**necessity** 27:12
**need** 32:23 44:8

46:6 51:16 52:23
58:12,12,14 78:11
86:2,5 128:11,14
135:10 141:7,21
141:22 144:7
156:13 159:1
161:7 180:7
197:24 198:23
199:20 204:20
211:21 226:11,19
230:25 235:17
244:22
**needed** 52:14,16
56:6,9,25 58:22
66:18 68:20 77:22
84:7 116:24 117:3
140:20 141:20
150:25 156:10
166:5 167:12
181:2 191:17
195:6 198:18
199:4 251:3
**needs** 44:5 86:6
178:16 180:8
197:17 238:14
**nefarious** 77:20
78:4
**negative** 36:1 49:11
49:15
**negotiate** 270:20
**negotiated** 52:5
68:23 83:24
137:21
**negotiations**
129:22
**neither** 173:18
196:19 215:2
**network** 162:8
**never** 24:15 35:22
36:2,3,4,10,14
42:16,18 58:8
70:17 84:16,17
111:1 116:25
143:18 148:24
179:24 180:10
181:5,10,21 187:7
194:11 217:1

221:5 224:4
251:23 268:1
273:8,10 282:18
285:3 287:21
**new** 3:10 7:8,8 57:2
73:23 74:3,7
117:1 133:16
134:5 139:23
221:20 233:4
237:20,20 242:8
277:14,14
**night** 36:9
**Nine** 274:19
**nod** 248:16
**NOLs** 192:19
212:23
**nominee** 216:18
217:23
**normal** 128:21
160:16
**normally** 243:21
**north** 3:9 130:23
137:10
**notary** 8:5
**notation** 20:16,18
20:23 105:12
**note** 46:7,25 47:6
47:14,20 48:6,10
49:7 52:10 53:25
54:4,13 55:16
58:4,16,17 59:6,6
60:3,3,25 61:1
63:12 64:4,7,19
65:23 66:7,21
67:1 68:2 69:15
69:19 70:23,24
76:4,5,13,13,25
80:9,14,16,25
82:2,9,10 83:4,8
88:16,17 90:13,14
93:3 95:17 96:10
97:25 98:12,15,19
99:8,10 100:5,24
102:18 206:23
207:1 208:2,17
209:10,13 210:4,7
210:15,18,21

221:8 226:21,24
226:25 227:3,7,20
227:21,21 231:1
238:12 254:24
263:7,12 264:5
266:18,19 269:6
269:16,20 270:3,5
271:10,13 274:10
274:11,21 282:17
283:2 284:14
285:10
**noted** 118:20
123:16,17 264:8
**notes** 4:12 48:18
51:18 53:3,10
67:9 96:12 97:1
101:16 114:14
115:4 118:5
204:16 207:6
208:3 209:16,17
209:17 210:17
211:2 213:17,24
215:8 282:17
**notice** 2:20 4:9,13
11:25 17:25 18:9
18:13,17 19:16
21:23 22:5 67:18
120:14 192:12,17
206:22 210:10,20
**noticed** 165:5
238:11
**notices** 212:23
**notified** 192:3
**notify** 254:4,19
**notifying** 31:18
**noting** 100:11
208:1 214:20
**November** 28:10
31:14 33:11 46:4
47:11,22,23 48:1
53:21 55:6,17
59:25 63:12 79:20
81:1 82:10 92:12
115:5 117:17
133:18 206:18
209:3 211:13
252:15 254:22

255:16 256:12
269:17 271:11,13
273:4 274:22,24
274:25 276:17
281:15
**NPA** 60:25 61:1
80:9,16 82:11
93:5 276:15
**number** 4:8 5:4 6:4
7:3 8:16 14:15,18
14:22,25 25:20
30:16 41:21 68:5
78:8 81:20 109:6
165:19 171:21
174:19 216:12
257:16 274:17
**numbers** 41:24
275:25

---

## O

**o'clock** 289:11,19
289:22
**O'Melveny** 105:10
105:13 106:4
**o0o---** 290:16
**oath** 12:5 24:14
63:8
**oaths** 292:3
**object** 98:4
**objecting** 72:8
**objection** 27:14
29:16 50:7 62:9
62:14,20 63:4
66:3 68:13 71:10
71:13,25 78:16
99:15 101:23
102:5,24 158:22
180:14 190:7
198:11 214:11
221:11 222:6
223:13 224:19
255:24 282:7
**objections** 89:17
90:17 284:17
**obligation** 143:1
173:19
**obligations** 56:12

144:18 206:23
208:2 285:23
**obscure** 130:3
243:20,24,25
244:4
**observe** 114:21
**obviously** 49:12
98:6
**occasion** 36:11
38:11 58:25 68:7
69:4 76:2 169:16
182:11
**occasions** 37:24
38:9 56:24 68:1
70:11 73:20,23
74:13 75:23
169:22
**occupation** 142:23
**occupied** 287:19
**occupy** 26:7
**occur** 218:20
**October** 120:4,23
122:5 201:5 202:2
202:22 204:3,9,14
219:11 220:5,9
272:13 273:17
**offer** 39:12 137:14
214:1
**offered** 39:10
**offering** 215:1
216:10,18 218:7
219:10
**offers** 191:21
**office** 3:13 16:24
17:8 25:5 26:7,18
26:18 36:8 68:4,4
68:8,8,18,18
70:13,16 74:3
79:8,9,12 84:1
88:8 106:16
107:17 111:9,17
116:23 117:3
131:19 153:7
160:3,4,6 163:16
168:17 202:24
207:12 224:12
234:21 237:23

262:12 287:19
**officed** 141:15
  236:13
**officer** 16:18,25
  19:4 24:11,15,16
  65:25 67:21 70:19
  80:5 87:25 104:1
  104:8,19 106:14
  119:13 127:24
  131:14 132:9,11
  141:8,19,23
  142:12 143:5,9,21
  143:24 144:8,9,15
  145:4,13 146:5
  147:3 163:1
  182:16 217:10,20
  233:8,15 234:5
  235:21 236:9,19
  237:6,13 274:4
**officers** 16:14
  18:23 27:12 36:16
  39:6 116:17
  118:12 119:10
  121:3 122:11
  124:8 143:13
  237:18
**offices** 39:5
**officially** 259:19
**officing** 27:23
**offsets** 278:23
**oh** 17:16 36:3 38:15
  38:25 53:2 99:20
  122:3 161:12
  165:5 188:3
  206:13 216:23
  268:13 275:10,21
  276:4 288:11
  289:4
**okay** 12:20 13:18
  14:9 16:13 18:21
  18:25 19:25 20:15
  22:2,19,22 25:8
  26:15 29:20 30:18
  32:17 33:2,7,10
  36:20 37:3 39:17
  41:21 42:3 45:23
  47:20 48:12,15

53:4,5,8,16 55:16
60:16 62:11,13,19
62:22 64:3,18,22
74:2 75:7 77:4
79:14,16,19 81:18
83:12,13 88:12
89:21 90:4 91:13
93:24 98:9 103:12
103:16,19 108:8
108:18 110:5
114:1,8,9,13,16
115:1,3,6,15
117:18 118:5,9,19
120:2 122:4,11
123:5,18,23 127:6
127:10 128:3
131:23 132:18
134:16 137:13
138:16,23 140:4
140:10,11 141:11
142:3 144:6,9,14
145:17,18,24
146:3,8,13 148:6
149:10 151:16
154:24,24 155:2
157:2,10,14
159:17,18,20
160:13,17,22
161:10,15,19
163:24 164:19
165:8 170:6
172:10,21 175:6
176:23 182:25
186:4,17 187:16
187:21 188:3
191:19 193:24,24
194:4,20 195:1,2
196:8 197:18,21
199:6 200:6,22
201:4 202:14
205:17,21 207:15
207:23 213:8
218:15 219:20
225:24 228:2
231:4 232:14
234:13 242:22
243:3,7 244:19,23

244:25 247:17,21
248:4,18 252:7,13
252:18,20 258:11
262:1 266:7,21
271:16 272:12,14
272:18 273:4,12
273:14 274:16,19
275:5 277:13,24
277:25 279:11
281:7,8 284:12,18
288:11,19 289:4,6
289:19
**old** 11:12
**once** 35:22 44:23
  68:9 70:13 77:1
  107:2 167:20
  179:24 221:5
  224:4
**one's** 84:2 123:17
**ones** 122:8 155:21
  174:20 177:1
  200:8,9,13,15,16
  200:16 225:9
**online** 161:7
**open** 115:10 281:23
**opening** 224:2
**operate** 25:5
  237:23
**operated** 133:23
**operating** 26:15
  50:22 67:20 80:5
**operation** 213:1
**operations** 26:24
  168:17 215:7,18
**opinion** 221:7
**opportunity** 45:25
  92:19 97:17 240:3
**option** 89:7,21 90:4
**Opus** 20:20 121:18
  122:4 125:13,17
  125:20,23 126:6
  229:25 263:8
  264:16,20,24
**Orange** 155:16
**order** 58:23 94:5
  99:11 140:9
  160:16 239:24

**ordered** 225:11
**ordinary** 83:23
**organized** 78:25
  79:1
**organizer** 34:11
**orientation** 244:20
**original** 22:13,18
  77:7 79:3 231:16
**outside** 68:8 130:1
  166:25 187:5
**outstanding** 199:19
**Overbroad** 255:25
  265:19
**overhead** 39:10
  87:21 153:17
  168:16 171:12
**Owari** 20:20 30:14
  121:18 122:4
  125:17,20,23
  126:6 229:24
  263:8 264:16,20
  264:24
**owed** 184:16 185:9
  185:15 259:13
**owes** 184:15
**owned** 20:20 29:3
  30:5,14 110:6,12
  111:9 112:2,6,14
  118:6,21 119:23
  125:3,20 131:13
  141:1 200:15,16
  247:9 264:19,20
  264:20
**owner** 31:12
  119:19 121:11
  239:25
**ownership** 111:15
  127:25 198:5,8,18
  198:21,23 199:3
**owns** 28:23 247:10
  264:17

---
**P**
---
**P** 292:4,4,8,11,19
**p.m** 28:11 46:24
  136:7,10 141:24
  160:19 212:13,16

281:10,13 290:13
290:15
**page** 4:4,8 5:4 6:4
  7:3 14:16,24 16:6
  16:11,13,14,21
  17:9,23 18:8,13
  18:17 28:10 32:24
  33:10,15 34:11,24
  35:11,16 36:15
  37:8,9 41:19 42:7
  42:20 43:7,18
  44:15 45:4 46:2
  46:23 47:5 48:8
  48:16 53:20 59:24
  61:11 64:2 65:10
  67:4,17 75:8
  79:14,15,15,19
  80:1 88:14 95:16
  95:20 96:2 97:19
  99:7,25 101:6
  103:6,17,19 106:7
  106:12,18,19
  109:25 113:6
  114:7 117:11
  118:18 119:21
  121:16 122:15
  124:22 125:6,7,22
  127:13 128:4
  132:21 133:22
  140:8,8 144:3,5
  145:25 146:12
  156:20 157:1
  158:6 160:19
  161:12,13,15
  162:1,19 163:4
  170:19 172:2,9,14
  172:16 174:8
  186:22 189:10,20
  195:11,14 199:14
  201:18 213:25
  216:23,24 218:10
  218:11 219:7
  225:11 226:5
  238:11 239:13
  243:7,14 244:24
  263:2 266:8,21
  267:3 268:13,15

268:17 269:5,9,14
269:19 274:16,17
277:24
pages 292:9
Pagoda 112:14,20
  113:3 147:7,8
  155:10,25 173:12
  200:4 230:2
paid 43:19 90:24
  91:23 92:1 132:3
  161:22 166:5
  167:12 171:15
  175:13 176:19,21
  177:25 179:10,15
  179:22 187:4
  189:17 192:25
  222:2 225:18
  240:13 244:7
  250:15 255:11
  256:7 260:9
  278:24 286:11
pain 288:23
painted 49:11
paper 153:2,6,6
  245:16
paperwork 224:23
  225:2
paragraph 47:8
  80:8 89:3 90:5
  94:22 130:10,12
  131:3,18 138:8
  146:25 172:8,19
  188:23 201:17
  207:7 213:24
  214:4 216:9
  218:13 221:19
  222:14 224:8
  233:7
parameters 41:8
Parasec 14:12
parent 111:18
parenthetical
  122:7
parentheticals
  121:20
park 185:10
Parmar 124:2,11

129:23 132:3
part 48:20,22 57:1
  57:6 63:11 67:13
  71:23 77:20,21
  81:11 82:16 83:23
  96:20,24 101:1
  102:17,20 190:10
  194:15 211:2
  250:8,10 252:9
  253:12
part-time 75:24
participate 77:5
participated 71:24
  72:7 74:22 218:7
particular 16:19
  21:20 34:22 56:5
  60:13 78:5,6
  92:11 95:5 96:10
  102:4 109:21
  134:25 150:21
  189:4 219:21
  288:19
particularly 163:14
particulars 51:13
parties 8:8 68:6,24
  173:2,18 183:22
  184:13,20 270:15
  292:12
partner 57:9
partners 68:5
  86:24 87:1 99:12
parts 33:1
party 24:7 30:15,20
  30:23 31:9,13
  69:1
PASEO 3:14
pass 289:6
Paul 124:2 129:23
  132:3
pay 47:10 99:11
  105:23 152:10
  154:12 165:23
  166:1,2,2 167:12
  172:5 179:14
  182:3,8 185:14
  187:23 188:18,23
  192:4,14,24

216:20 222:18
223:4 224:11
225:11 249:19
285:22,22,23
286:5,12,13
payable 207:6
  208:3 209:13,19
  285:23
paychecks 40:18
  40:20 259:25
paying 107:11
  153:21 176:10
  179:3 225:21
  238:25 248:25
  249:9,16 252:21
  259:2
payment 44:3
  150:2 162:23
  166:6,8 168:20
  225:19 232:8,10
  243:8,11 249:1
  250:15 253:8,12
  258:17 259:12
payments 67:18
  89:3 90:5 166:21
  166:23 177:7
  179:4 180:11
  235:6,12 255:15
  259:11 260:16,18
payroll 39:9,11
  44:6 87:22 166:2
  168:17 171:10
  179:20 180:8
  181:4,4 247:23
  248:1,5,11 249:2
  249:8,11 256:25
  259:21 260:2,12
  260:13 285:21
PDF 60:3,3
penalty 225:16
  233:3,20 234:5
  274:3 291:6
  292:20
pending 9:11
  203:16
penitentiary 72:14
penny 218:8,16,17

223:12
people 65:17 68:24
  70:13 73:24 77:25
  93:20 159:2 166:1
  166:2 167:15
  168:17 171:3
  179:3 208:10
  237:20,20 259:5
  290:1
percent 27:11
  125:3 160:4
percentage 223:1
perform 39:12
  174:8
period 18:21 25:6
  25:11 26:12 27:24
  35:20 110:24
  152:22 241:5
  255:4 256:12
  259:22 260:5,12
  261:18 292:18
perjury 233:3,20
  234:5 274:3 291:6
  292:20
permit 255:15
perpetrate 279:17
  280:6,21
person 42:18
  253:11 263:21
personal 18:25
  19:11,19 124:15
  143:1 144:19
  147:20,22,23
  148:7,9,11 150:14
  151:1,2,5 153:16
  216:20 222:18
  224:12 249:20
  286:9
personally 222:15
  278:22 279:5
  280:18
perspective 215:21
pertain 91:25
pertaining 27:7
  33:7
Phoenix 178:16
phone 44:7 68:10

70:2 71:3 162:7
phones 168:17
phrase 115:7 127:7
  181:20
picking 70:2
picks 145:24
piece 137:15
  139:12 245:16
pieces 184:4
Pineboard 87:12
  87:16,17,23
  111:18,20 119:24
  120:23 121:1,9,11
  122:18 123:10,20
  125:4 128:2,7
  129:21 130:20
  131:12,14 155:6,9
  155:14,18 157:4
  157:11,17 161:6
  163:1 194:3,5,15
  194:16 230:6
  245:9,14,18 246:8
  247:6,11,14,18,22
  249:7,19
Pineboard's 247:2
Piscula 133:11
  134:5 159:25
  160:1,25 163:8
pissed 287:18
  288:3
pittance 184:13
place 72:18 78:23
  152:12,16 192:6
  292:6
placed 286:1
places 46:6
placing 167:18
  168:12
plaintiff 2:17 8:22
  8:25 201:14
Plaintiff's 7:5
  136:15 276:6,7,13
Plaintiffs 1:5 2:5
  3:2,7
plan 84:3
player 184:2
playing 183:21

**Plaza** 3:9 25:21,23
**plead** 116:7
**pleas** 71:8,15
**please** 9:7,9,21
    16:21,22 17:23
    18:12 20:7 34:24
    36:15 41:20 48:8
    56:17 63:9 65:10
    77:1 78:20 84:4
    95:21 108:7
    122:16 127:4
    134:5 140:3
    149:17 154:23
    159:15 161:2
    164:24 188:8
    194:25 196:7
    201:2 230:19
    235:1,7 238:13
    241:3 242:24
    251:14 268:17
    269:10 280:9
    283:18
**pled** 71:18,19,22
    72:1
**Plus** 278:7,10
**PO** 27:2,3
**pocket** 187:23
**point** 38:16 51:6
    82:22,22 89:21
    103:13 104:20
    110:20 112:9
    113:3,16 136:24
    152:5,6 167:22
    185:5 205:5
    209:24 216:2
    258:11 284:6
**pointed** 212:5
**policies** 104:16
    179:1,2,5 180:11
**Political** 10:22
**portion** 154:12
**portrait** 252:5
**position** 24:11
    56:10 87:23
    111:10,15 112:17
    195:20 209:16
    215:20 221:14,16

**positions** 39:2
    145:7
**possess** 35:19
**possessed** 36:2,4
    39:5
**possession** 35:22
    36:14 73:2
**possible** 158:21
    252:1
**Possibly** 226:18
**potential** 64:23
    130:2 147:13,20
**practice** 75:16
    265:15
**practicing** 242:7
**preceding** 255:13
**preeminent** 173:24
**Prejudgment**
    225:14
**premium** 179:14
**prepare** 200:7
    235:1
**prepared** 134:24
    135:22 189:14
    233:19 241:12,20
    241:22 262:4
    263:15,17
**preparing** 19:16
    241:8
**prepayment**
    201:10,19 202:3
    210:16
**Present** 3:17
**president** 16:18
    21:7 36:17,21
    37:6 61:22 62:1
    63:19,24 65:20,25
    66:8,9,23 118:12
    119:12 121:5
    122:12 123:20
    124:9 125:23
    131:5 137:24
    186:25 189:21,24
    190:19,24 207:2
    210:3 217:10,15
    217:19 239:6
    267:5 269:12,20

    270:4,6 274:13,22
    275:1,3 276:18
**press** 49:10,15
**Pressler** 42:22,24
    43:2,3
**presume** 219:20
    285:4
**pretty** 38:25 49:10
**prevented** 70:1
    236:3,8
**preventing** 69:8
    71:2 76:7 86:8
**previous** 152:1
    177:9 231:10
    275:22,23
**previously** 217:3,6
    270:5
**price** 188:17
    239:19
**primarily** 10:13,14
    38:1 287:13
**primary** 166:9
**principal** 47:11,25
    52:3,3 67:9 99:12
    238:12 278:3
**principals** 52:2
**print** 226:17
**printed** 61:19
    63:16 65:16 252:3
**Printing** 46:16
**printout** 133:23
**prior** 55:19 58:1,10
    59:6 63:22 68:2
    76:1,9 81:22 85:3
    86:12 92:17
    148:13 173:7,17
    176:22,24 182:11
    236:4,11 237:11
    261:18
**priority** 179:20
**prison** 72:5,16,21
    116:1,4
**private** 96:7 191:18
    193:7 216:2,5,14
    220:15 221:2
    229:6 240:3
**privately** 191:21

**privy** 114:5 129:8
**probably** 14:13
    30:7,9 40:6 60:14
    70:10 76:20 78:22
    79:7 129:17 148:6
    151:10 154:5,10
    155:19,20 159:1
    182:16 194:11
    195:7 198:20
    202:23 206:6
    232:15 234:1
    239:4 241:18
    262:18 270:25
    288:18 289:17,18
**problem** 15:1
    17:21 158:5
    160:17 185:20,21
    185:25 212:11
    244:21 287:24
    288:24 289:24
**problems** 288:7
**Proc** 292:7,11,14
**proceed** 9:5
**proceeding** 120:17
    213:18,19
**proceedings** 214:6
    214:21 290:14
    292:5,10,15
**proceeds** 88:16,17
    101:17 102:20
    104:9 105:22
    216:18 279:19
**process** 15:12 17:6
    19:11,15 63:4
    115:11 183:17
    193:1 264:4
**produce** 169:23
**produced** 14:24,24
    42:1,5 156:18
    243:18
**producer** 10:13
    111:3
**production** 10:10
    14:21 73:7,10,17
**Productions** 10:7
    14:4 200:2
**profit** 57:14 134:14

    135:5 166:21
**progress** 264:2
**project** 38:16,17
    153:16,17
**projects** 174:10,16
    174:19,21 175:3,6
    175:18,19,23
    177:5,16,18,20
**promised** 60:24
    99:11
**promises** 47:10
**promissory** 49:7
    51:18 52:10 54:4
    54:13
**proper** 167:21
**property** 136:20,21
    137:7,9,15 138:24
    248:19
**protect** 62:12 78:13
**protection** 77:23
**provide** 10:11 12:4
    13:20 73:4,9
    74:20 107:15
    134:5 142:13,19
    144:15,15 146:6
    174:9 271:1
**provided** 24:3
    39:18 73:6,17
    74:23 77:8 152:18
    167:9 168:16,19
    171:12 187:18
    225:10 240:4
    246:6 292:17
**provides** 81:20
    188:13
**providing** 40:3,7
    76:16 84:23 88:2
    141:11 165:15,16
    170:25 171:16
    175:1 180:12,17
    180:18 229:2
    273:5
**provision** 90:21
**public** 8:5 22:19
    49:10 229:5
    240:12
**publicly** 193:6

**pull** 155:13 210:21
**pumped** 219:13
**purchase** 5:21
    55:16 58:4,18
    59:6 60:3 64:4,7
    64:19 65:23 66:7
    66:21 67:1 68:2
    69:15 70:24 76:4
    76:13 80:17 82:10
    83:8 90:14 95:17
    96:10 151:9 188:9
    188:17 206:24
    207:1 208:2,17
    210:4,16,21
    216:13 227:7,21
    238:22 239:15,19
    245:9,22,24 246:2
    246:4,12,20,25
    266:18 269:6
    270:5 271:10
    274:11,21 282:17
    283:2 284:14
    285:10
**purchased** 67:10
**purchaser** 67:7
    96:7,12 97:1
    188:21 201:14
**purchases** 169:9
**purchasing** 139:12
    215:24
**purported** 241:16
**purportedly**
    233:19
**purporting** 65:7
**purports** 15:7
**purpose** 37:25
    44:18 77:16 87:3
    93:16 94:19 99:22
    106:24 107:8
    112:8,19 121:14
    139:13 155:22
    156:24 161:17
    162:23 166:2
    182:15 229:4
    240:14 241:8,24
**purposes** 99:18
    276:6

**pursuant** 2:20 42:1
**pursue** 213:20
**pursued** 213:17
**pushed** 220:11
**put** 13:10 14:2
    19:23,23 49:21
    87:20 113:23
    114:2 130:19
    139:24 140:24
    152:23 166:24
    167:11 179:24,25
    182:6 191:23
    219:13 237:20
    240:1 245:23
    287:25
**putting** 181:6
    187:15 223:8

---

**Q**

**qualified** 268:21
**quarterly** 235:2,11
**question** 13:5
    28:21 31:20 47:18
    56:17 62:10,16
    63:9 66:20 82:13
    82:18,22 123:7
    126:16 138:3
    145:15 146:10,15
    150:4 171:7,18,21
    174:25 183:5
    214:18 216:7
    220:20,20 237:8
    237:15 254:5
    255:11 270:11,23
    271:20 273:15,16
    273:17 279:20,23
    280:10,13,14
    283:14,17 284:10
    287:23
**question's** 30:1
    31:15 54:16 56:14
    62:4 64:24 91:21
    92:23 93:17
    126:14 244:2
    246:9 264:10
    265:18 285:12
**questions** 7:11 22:4

27:17 29:19 31:1
    68:12 70:4 73:25
    74:9,12,16 149:3
    214:11 224:1,3
    231:24 256:2
    289:7
**quickly** 243:22
**quite** 10:15 48:21
**quote** 219:23
    221:21,23
**quotes** 219:18
    245:24
**quoting** 219:20

---

**R**

**R** 215:2 292:4,8,11
    292:19
**R&T** 112:11
**raise** 9:9 113:1
    191:14,16,18
    220:4,8
**raised** 215:4
    216:12 222:17
**ramification**
    231:25
**ramifications**
    51:13 55:25 56:5
    61:25 76:3 77:12
    85:9 92:22
**ran** 104:21 270:22
    286:3,4
**rate** 278:11
**Ray** 108:25 109:4
**re-ask** 123:7
    280:14
**reaction** 209:3
**read** 28:20 32:23
    49:8 52:13 53:9
    57:19 61:3 67:1
    67:16,22 76:23
    79:4 80:9,11,15
    80:19 81:2 82:7
    83:18 84:11 85:3
    87:14 88:21 89:4
    90:16 92:16 93:7
    94:14,16,21 95:15
    101:19 109:19

117:15 120:24
    127:6,6 128:8,16
    129:1 130:15,16
    131:21 133:4,20
    135:13 141:9
    142:14 143:24
    147:4,10,17 148:1
    148:6,16 149:19
    150:11 161:8
    173:21 174:11
    194:4 198:6 199:2
    199:25 208:13
    210:15,18 211:5
    216:15,21 218:9
    219:15 220:6
    222:20 224:14
    226:22 235:8
    239:24 245:11
    252:16 266:5
    278:5 283:19,20
    285:11 291:5
**reading** 56:13
    91:16 185:6
    197:20 209:20
**ready** 9:4 155:20
    155:21
**real** 139:12 267:1,8
    267:15
**reality** 220:1
**realize** 244:21
    288:12
**really** 11:6 48:17
    48:19 49:11 68:17
    71:15 72:12 86:3
    111:1 223:16
    257:16 286:24,24
    287:18 288:2,11
**REALTY** 5:10
**reason** 22:12,17
    49:24 51:6 52:25
    56:7 77:22 78:6
    78:13 109:21
    114:19 117:24
    171:7 183:5
    190:13 228:20
**recall** 14:10 23:15
    31:5,19,21 34:23

41:11 43:2 111:21
    115:21 121:2,15
    135:1,4,7,17,20
    135:23 136:25
    144:22 151:10
    154:7,14 156:25
    158:18,19,20
    169:24 189:7,19
    190:18,23 191:12
    197:1 202:23,25
    204:25 205:6
    209:2,5 211:24
    212:4 219:19
    221:25 222:3
    227:4,11,19,23
    228:12 231:6,17
    234:1,2 239:12
    241:24 243:12
    244:9 245:16
    260:21 261:5,14
    261:19 273:3,13
    274:9 277:19
**receipt** 86:20
**received** 107:2
    153:1,2 176:25
    195:22 196:1,14
    196:25 204:13
    240:15 260:6
**receiving** 157:14
    195:4 210:10
    250:11
**recess** 97:8 136:8
    212:14 281:11
**recipient** 161:3
**recites** 201:18
**reckless** 263:22
**recognize** 20:10
    35:16 81:6 213:13
    252:8
**recollection** 170:24
    228:18 272:1
**record** 8:4 9:22
    62:21 97:6,9
    136:6,10 185:1
    212:12,15 265:2
    276:6 281:9,12
    283:20 290:12

Kiarash Jam

03-27-19

292:10
**recorded** 231:3
**records** 32:19 33:7
   41:25 133:18
   152:17 154:7
   155:12 156:16
   225:2,5,10 236:15
   236:17 262:16,19
   265:16
**recovery** 279:24
**redact** 243:17
**redacted** 244:10
**redeem** 93:20
**redeemed** 91:7
**redemption** 90:20
   90:24 91:14,20,23
   92:5,12 93:5,16
   94:6,19 161:24
   195:10,19 196:3
   196:14,21 201:24
   202:14,18 203:3,8
   203:12 205:10
   209:6
**redemptions** 90:14
   203:16
**refer** 12:22 82:15
   226:4 227:6 276:5
   281:24
**reference** 14:25
   47:6 58:16 59:6
   63:12 69:19 70:24
   76:5,13 77:4
   80:13,14,16
   130:25 161:4
   209:17 227:21
   269:16,19 270:3
   271:13 274:11
   282:17
**referenced** 64:5
   81:10 87:11
   101:22 215:15
   221:9 226:13
**references** 133:2
   173:11
**referencing** 13:2
   21:9 46:11 73:11
   98:3 101:13

149:21 217:24
**referred** 274:12
   276:6 277:9
**referring** 47:2 58:3
   129:3 226:24
   246:21 247:1
   254:12 276:12
**reflect** 251:20
**reflecting** 261:7
**reflects** 18:4
   125:19 156:20
   157:11 161:23
   207:25 252:13
**refresh** 170:23
   228:17
**refunded** 91:6
**refuse** 232:2,6
**regard** 31:1 214:11
   263:22
**regarding** 146:10
   146:15 210:16
   236:15 266:22
   270:8
**regardless** 134:22
   265:2
**regards** 219:3
**register** 203:16
   216:5
**registered** 215:3
   217:1,3
**registration** 37:13
   37:17
**regular** 44:5
**regularly** 168:20
**reimbursement**
   257:2
**related** 11:2 73:21
   135:11
**relates** 98:5,12
   279:15
**relating** 67:7 71:23
   74:21
**relation** 25:3,4
   60:12 73:11 87:23
   182:22
**relationship** 15:20
   15:23

**relative** 8:7 292:12
**relevance** 71:13,25
   72:9 98:5 99:15
   101:23 102:24
   214:12
**relevant** 217:9
**relied** 80:24
**remained** 129:20
   132:9
**remaining** 90:11
**remember** 11:4,6
   14:12 38:25 48:17
   48:19,24 74:11
   87:25 112:10,12
   112:13,18 125:5
   143:14 144:13
   147:21 148:5
   152:15,17,18
   160:14 169:20
   189:9 192:7,9
   194:15 195:4
   203:20 206:7
   207:11 208:19
   209:20 220:10
   241:14 248:7
   257:2 260:3 274:4
   286:8,25 287:11
**remembered** 145:1
**rent** 44:7 179:20
   224:12 285:21
**repaid** 82:3 93:3
**repeat** 63:9 214:15
   283:17
**reply** 146:20,21
**report** 22:13,20
**reported** 109:12
   253:19
**reporter** 9:6,7,9
   11:21 13:7,15
   20:3 21:16 23:11
   28:5 32:15 41:15
   45:21 52:20 54:23
   59:18 75:3 97:12
   107:25 126:22
   132:16 136:12
   139:19 145:20
   149:8 154:19

159:10 163:22
   170:4 178:6
   186:13 188:5
   193:22 194:22
   196:10 197:5
   200:24 203:25
   205:19 206:15
   207:17 213:10
   228:4 230:16
   232:20 234:11
   238:6 240:22
   242:20 244:16
   251:11 261:24
   266:1 272:8
   273:24 275:8,11
   275:13,15,18,23
   276:2 277:3
   283:21 292:2,17
**reports** 134:6
**represent** 8:21
   107:19 136:19
   201:15
**representations**
   80:22,24 81:5
   84:22 85:1
**representative** 56:1
   61:16 63:14
   106:13
**representing** 66:8
   101:2
**represents** 81:15
**reps** 273:5
**request** 7:6 36:13
   91:5 161:24 167:5
   178:15 195:10,19
   196:3,14,21
   201:24 202:15
   203:3,9 205:10
   209:7 230:24
   231:22 241:12
   276:14
**requested** 7:14
   24:24 74:24 99:5
   227:8 228:8
   292:16,16
**requesting** 203:12
**requests** 134:7

202:18 231:20
**require** 82:12,20
   174:17 260:17
**required** 16:4 51:1
   51:4,5 175:7,24
   189:15
**requiring** 44:3
   177:6
**research** 38:7
**resent** 190:11
   224:5
**reservations** 68:20
**residence** 249:1
**resident** 25:9
**residential** 9:24
   141:25 142:20
**resolution** 115:2,7
   115:9 117:14
   119:6 120:7 123:3
**resolutions** 117:13
   119:3 122:25
   123:8,12,18
**respect** 12:18 19:13
   20:10 55:25 56:4
   59:5 85:9,18
   110:17 120:14
   147:20 174:25
   183:1 187:18
   212:18 231:20
   254:5,6 270:21
**respectful** 223:19
   223:23
**respective** 153:20
**respond** 142:16
   144:21 196:3
   211:23 235:21
**responded** 30:13
   30:17 46:15
   144:22 196:20
   231:5,19
**respondent** 213:22
   213:25 216:25
   218:6
**responding** 211:24
   212:2
**responds** 134:3
   141:11,18,21

Kiarash Jam                                                03-27-19

146:22 164:19
235:16 238:10
**response** 31:19
130:7 149:2
204:19,24 230:23
238:9 276:19
**responses** 7:5
276:13
**responsibility**
144:25 145:6
**responsible** 24:7
30:15,20,23,23
31:8,13 253:11
**rest** 13:9 26:20
160:5 168:9 184:3
**result** 92:19 181:7
**retain** 51:3 85:13
**retained** 17:13
181:5
**retaining** 77:15
**return** 133:7
135:11,12,16,19
135:21,24 170:16
**returns** 167:21
189:15 197:17,24
197:25 199:5,9,23
200:7
**review** 13:12 32:21
33:4 45:25 53:18
55:2,19 56:20
59:21 75:6 97:17
108:7 109:14
127:2 140:3
154:22 159:13
196:7 197:22
199:19 201:2,3
233:24 292:15
**reviewed** 76:5
96:20 234:2
**revised** 76:22 77:5
77:8 226:10
230:24 231:6,7,8
231:15 232:3
272:21
**revision** 77:5
**rid** 109:11
**right** 9:9 15:6

17:19 20:17 25:22
47:8,21 49:20
50:9,14 52:7
53:20 55:5 58:13
58:14 62:9 68:8
80:3 84:4 87:18
87:18 97:19 98:18
109:24 122:6
127:12 132:20
137:23 139:24
140:5,15 143:9
145:22 158:2
159:18 162:13
171:13,16 172:8
174:5 177:22
180:10,13 185:8
186:1 188:3
190:19,25 192:3,3
193:6 196:13
203:20 204:13
205:22 209:7,10
209:13,19 210:4
211:3,17 212:22
219:5 224:1
225:23 227:25
232:2,5 236:13,16
237:7,10,10
246:14,16 249:23
249:24 254:13
255:21 256:13
257:23 264:9
265:15 269:24
275:15,25 276:22
283:5,12,25 284:9
284:16 289:7
**right-hand** 191:22
**rights** 62:12 141:2
**risk** 147:25 148:12
148:17,22
**RNT** 200:3
**Road** 33:20 248:20
**Robert** 42:21,24
43:2
**role** 24:18 28:18
34:5,7,9,15 96:20
98:7 109:3 127:18
160:2 164:6 183:8

183:20 223:25
234:19
**Rolodex** 171:2
**Ron** 140:18,22
183:15,24 184:1
184:10
**room** 73:23
**roughly** 14:2
243:21 282:1
286:16 289:14
**Round** 248:20
**RPP** 43:4
**rudimentary** 81:23
**Rule** 11:25
**run** 88:9 278:10
**running** 30:8 77:24
129:6,24 139:16
256:3 259:1
**Russia** 127:8

_____

## S

**S** 3:8 4:7 5:2 6:2
7:2 199:2
**SA** 96:8
**salaries** 176:11
**salary** 260:3
**sale** 183:13 190:5
218:21 220:18
261:1,3,7
**sales** 191:14
**San** 3:14 38:8
176:5
**Sandi** 9:6
**Sandra** 1:21 2:19
292:1,24
**Santa** 2:17 8:11
25:12,25 26:1,2,4
141:12 142:21
163:14 201:7
**Sarah** 287:16,16
288:2,16 289:1,2
289:2,5
**sat** 73:23
**satisfy** 161:23
**savvy** 171:24
**saw** 24:19 78:12
95:10 116:21

120:15 124:22
125:22 139:10
206:3,8 207:9
230:20 247:21
267:22
**saying** 30:13 46:15
103:9 129:3
143:20 146:5,9
156:13 167:1
185:1 190:11
196:16 197:23,25
198:2,17,20
207:20 208:19,20
260:8
**says** 17:16 20:20
21:1,4,6,23 22:21
25:23 36:19 46:6
47:9 53:24 81:4
81:14,21 83:5,12
86:20,25 89:13,19
90:2 91:11 93:2
102:11 109:14
111:23 114:18
117:14 118:17
119:18 120:2,5,8
120:25 121:7,10
121:13,20 122:14
122:20 123:3,3,11
123:22 124:14,19
125:18,21 126:1,3
130:9,12 131:4
133:15,21 134:5,9
134:12 137:10
141:5 142:12
144:7 146:25
148:9,21 149:17
161:2 164:23
165:10 172:4
176:20 178:15
188:16,20,25
189:3,13 195:21
196:18 198:3,22
199:22 203:17
207:8 211:16
214:4 215:1,10
216:16,22 218:14
219:8,18 220:7

221:15 227:16,17
235:5 238:13
239:2 241:4,7
247:13,16 250:24
251:19 255:1
258:4,10 261:2
263:7 264:12,17
264:18 266:20,24
267:2,10 269:2
276:20 277:17,18
278:9,12,15
**scale** 184:21
**scan** 153:9,11
**scanned** 60:14
**schedule** 67:6
289:15,20
**Scher** 1:8 2:8
104:21,21,23
105:2
**SCHOTZ** 3:3,8
**science** 10:22
**scores** 151:18
**Scott** 133:15
**scramble** 78:24
**scream** 179:19
**screaming** 179:23
180:1
**Sec** 213:16,17
214:21 217:1
219:19 220:17
222:4,8,11,24
239:24 292:4
**SEC's** 215:19
221:7,14 224:16
**SEC-** 6:13
**second** 33:15 41:19
42:7 79:14,25
80:21 95:21 99:7
103:5 106:12
109:16 127:4,13
128:4 130:10
140:8 144:3
145:25 146:25
159:15 162:1
170:19 195:11,14
199:14 213:24
240:2 244:24

266:21 269:10
277:24
**second-to-last** 37:9
125:7
**secretary** 4:10
16:11,18,24 36:18
100:6,12,19 101:3
103:23 104:1
106:16 114:12,22
116:18,25 117:2,5
117:8 118:13,25
119:12 120:3
121:5 122:13
123:20 124:9,23
125:2 131:5
267:12 268:19,22
270:4,9
**section** 17:17 81:14
115:16 189:13
210:15 263:10
264:16
**secure** 58:9 78:13
85:7,17 92:20
**secured** 98:12,15
99:8 100:5,24
102:18 277:22
**securing** 86:9
236:4
**securities** 88:25
89:2,8,16,23
90:12 214:5
216:12 217:2,4,6
218:18,24 219:1
**securities-offering**
214:7,22
**security** 218:21,23
**see** 14:14,17,17
17:5 20:15 22:17
22:17,22 23:16,22
23:25 24:6 30:25
31:25 33:15 34:13
35:11,14 36:16
37:12,13,13,17
42:8,20 43:7,18
46:3 47:5 65:11
65:14 67:6 79:17
88:15 94:24 95:18

96:6 99:8 106:9
106:12,21 109:1
109:15 114:3,13
114:24 115:16
130:25 133:23
134:16,24 135:2,5
135:8,15,21,24
138:19 142:5
145:11 146:4,8,16
158:8 160:20
162:19 163:10
165:5 199:8 202:5
202:8,21 203:18
204:3 208:7,22
209:21 212:24
231:11 237:8
245:15 252:15
257:8,16 263:12
266:21 267:5
268:19 269:5,11
273:1 274:18
284:25
**seeing** 202:25
203:20 206:7
270:7 277:19
**seek** 51:3 55:24
114:3
**seeking** 280:18
**seen** 21:21 23:14
45:13 58:16 118:3
120:12 136:16,25
137:23 145:3
193:16 203:13
229:2 236:10
237:12 266:5
270:3,5 272:19
274:2,10 276:25
277:12,23
**segment** 102:8
**selected** 23:3 33:24
**sell** 94:5 139:7
188:14 192:18,20
221:4 261:13
**selling** 141:2 215:6
215:12 239:18
**send** 51:9 58:12
77:1 79:1 84:3,5

153:9,12,19
155:10,17 169:14
195:5 208:11
247:6,14 250:16
250:17,20 253:24
254:18 270:16,17
272:15 285:17
**sending** 80:3
108:15 155:18
196:24 207:21
208:12,16,24
209:25 210:2,12
210:14 226:10,16
270:11,23 271:7
271:21
**sends** 254:23 271:6
**senior** 183:11
**sense** 92:4 210:9,11
219:9
**sent** 48:9,25 50:1
52:14 53:24 58:14
61:6 66:18 75:19
99:23 102:12,16
108:21,23 130:8
130:17 136:24
146:14 159:25
160:22 162:5,10
178:16 196:1,4,16
197:11 201:19
202:2 204:6
207:11 227:14
238:19 249:7
253:24 266:11
271:3,17,25
272:16 282:5
**sentence** 72:5,11
80:21 82:16,17,18
116:1 130:12
218:13 233:8
287:17
**separate** 74:13
**separately** 150:10
**September** 122:24
123:9,21 197:8
198:1 214:8,23
215:5 236:5,11
237:11 260:25

266:11 270:24
271:21
**serial** 14:15,21
**series** 23:19 41:18
138:6
**serious** 64:23 65:4
**seriously** 184:2
**Serrano** 137:10
**service** 5:20 15:12
17:6 19:11 68:21
142:20 186:18
**services** 6:7 8:6 9:7
12:21 14:13 22:1
22:23 24:15 28:14
28:21 29:3 33:8
33:16 35:2,5
37:10,10,14 39:10
39:10,11,12,13,18
39:22 40:1 47:6,9
61:16 63:12,25
65:11 66:22 79:23
94:25 95:7 107:16
112:14 125:10
131:6 133:2
138:13 141:6
147:2,9,15,25
148:12,13 156:21
161:20 163:10
165:14,16 168:16
168:16,17 170:20
170:24 171:9,12
171:14,16 173:24
174:9,9,18 175:1
175:2,8 176:9,14
176:16,18,22,24
177:6 180:12,17
180:18 187:18
195:12 200:4
226:20 227:15,18
227:20 230:3
231:1 233:9
235:18 238:12
248:13 252:14,20
257:14 258:1,17
261:1 263:4
269:12,21 278:2,3
283:25

**serving** 72:5,11,14
116:1,4
**set** 7:5 23:8 27:19
33:7 67:10 87:17
89:6 112:9 113:4
143:7,15,20 166:2
170:19 172:5
182:15 207:6
240:9 276:13
284:15 292:6
**setting** 143:14
264:19
**settled** 215:22
**settlement** 213:16
214:1 217:24
221:7 278:24
**settling** 221:16
**setup** 143:9
**seven** 26:9 74:14
**Sever-North** 235:6
235:12,17 238:23
238:25
**shady** 109:10
**Shahab** 108:25
**sham** 280:21
**share** 17:11 53:4
141:7 189:5
190:22
**shared** 26:22
195:16
**shareholder** 147:14
203:11
**shareholders**
240:12
**shares** 17:13,15,18
20:18 118:15,15
119:15,16 121:8,8
122:6 124:11,12
124:17,17 125:16
125:17,20 126:6
147:2,13 188:14
188:18 191:2,3,5
215:7,13 216:3,5
223:12 239:1,19
240:2
**She'll** 13:8
**sheet** 134:8,17,24

203:6 269:6
**shell** 215:7,17
279:17 280:2
**Sheng** 42:12,14
**shipped** 27:3
**shook** 70:13
**shooting** 130:23
**shop** 68:15 70:17
77:24
**short** 152:22
**short-term** 251:3
**Shorthand** 292:1
**shortly** 11:16 28:22
46:19
**shots** 50:13 52:4
227:10
**show** 28:2 140:1
184:1 285:18
**showed** 87:19
122:11 189:17
**showing** 162:2
256:7
**shown** 119:23
277:21
**shows** 17:13 109:17
110:5,11 112:2,5
118:25 119:3,6
120:3,6 121:3
122:1,21,24 123:8
123:19 124:17
125:13 133:24
157:10,17 161:19
219:23 243:7,10
243:13,16 244:11
252:18
**shut** 113:4 286:13
**shy** 219:12
**sic** 171:20 255:14
273:22
**side** 23:20 63:2
270:19 272:16
273:1,18 274:11
**sig** 60:25
**sign** 20:24 21:3
46:6 48:13 49:1
50:1 54:4,6 55:13
55:15,22 56:9,12

56:20 60:25 66:12
67:13 84:4,4 86:5
95:11,11 120:23
121:1 139:11
170:16 210:7
226:17 230:24
231:6 232:3
233:16,21 270:17
271:4 274:24
275:5
**signatory** 52:6,9
54:5,13 61:15
66:22 78:12 101:4
134:23 194:4,8
240:7
**signature** 17:2
24:25 35:17,19
36:10 45:5,7,9,11
51:10 52:14 58:14
63:13,25 65:11,14
79:25 85:18 86:12
94:24 95:2,24
100:2,13 102:16
103:20 138:19
186:21 194:3
233:1 269:11
291:13
**signatures** 52:16
58:13 270:17
**signed** 16:8,11
22:19 43:4 49:2,3
49:8 50:1 52:8,11
52:13,14,16 54:8
56:22 58:17,18
60:17,25 61:13,15
62:2 63:10 64:19
65:17,23 66:6,12
66:17,18,21 67:2
67:12 69:1 70:25
76:22 79:22 80:14
80:17 83:19 86:6
92:6,11 94:13,14
94:16 95:5 96:19
96:24 100:5,20,23
103:9,9 104:5,7
105:8,19,21
106:13 114:14,24

115:4 116:21,24
117:14 119:1,7
120:4,6,10,15
122:25 123:3
131:20 136:25
138:12,14,15,23
170:12 186:24
189:21,23 209:17
210:3,19 211:2,2
215:11,12,25
226:11 231:11,16
232:23 233:24
234:4,7 267:5,11
269:3,13,19 270:9
271:9,14,19,22
272:16 273:6,8,10
273:11,18 274:2
274:13,25 282:16
283:9 284:7
**signer** 45:2 111:20
194:12,14,17
281:22 282:14
**signers** 45:17
**significance** 63:23
66:1,14 69:5 94:2
94:18,22 100:11
100:18 101:2
117:7 151:16
**significant** 82:16
192:12
**signified** 103:22
**signify** 63:16
121:22
**signifying** 28:25
62:1 66:23 103:25
104:1
**signing** 19:3,16
24:25 49:4,6,9
51:14 52:12 55:19
55:25 56:5 57:20
57:23 58:1,10
59:7 66:11 68:2
69:6 76:9 78:3
81:22 83:13 84:21
85:3,10 92:17,22
95:12,14 100:19
103:22 141:22

171:9,13 223:10
231:15 233:18
267:22 268:6,7
270:15 284:14
**similar** 21:3
**Simonian** 234:16
234:18,20
**Simonian's** 234:19
**simple** 145:15
**simply** 31:2 62:20
252:2 271:20
**single** 36:11 152:23
179:24,25 182:15
189:5
**SIP** 46:24 47:2 48:9
56:1 60:2,3,6
81:18 82:11 83:10
88:13 232:16
266:18,19
**SIP's** 274:22
276:17
**sir** 9:21 13:3,5
17:24 19:24 20:9
21:22 23:8 32:19
33:18,22,25 34:3
34:25 35:3,6,8,10
35:21,23 36:12,14
37:8,20 40:12
41:2,22,24 45:19
47:18 50:15 51:23
52:18 53:13,16,17
54:11,21 55:5,8
55:11 56:17 57:7
57:21,24 58:2,6
59:22 62:8 63:10
65:5 66:13,20
67:15 69:10,14,16
69:20 71:1,6
72:22 75:1,13,15
76:6,10,15,24
77:3,6,10,14,17
79:11,13,15,21,24
80:2,7 81:17
85:22 89:15 93:11
93:23 94:15 95:19
95:22,23 96:4,5,9
96:22 97:2,15

98:2,21,24 99:6,9
99:14,16,24 100:1
100:4,7,10,23
101:7,10,12,15,20
102:1 103:12,21
103:21,24 104:3,6
106:9,11,15,17,20
106:23 107:4
108:4,11,14,22,24
109:2,20 110:1,4
110:8,10,14,16,20
111:12 112:4
113:12 114:10,21
114:23 115:24
116:19 117:12,20
117:21 118:11,14
119:5,9,14,20,21
119:22 120:2,8,18
120:21 121:7,10
121:13,17,19
122:17 123:22
124:3,7,10,13,25
125:7,8,9,12,15
126:20 127:3,10
127:14,17 128:9
128:13,17,22
129:2 131:8,22,24
133:1,5,12 134:2
134:15,22 135:14
136:15 139:24
141:14 142:8,11
142:15,18,24
143:3,8 149:4,14
149:16,20 150:17
152:14 154:16
155:4,7,11 157:22
157:25 158:7,11
158:14 159:24
160:13,21,24
161:1,9,14 162:4
163:5,19 164:22
167:3 170:1,11,17
170:22 172:7,19
172:24 173:3,5
174:7,12,25 178:3
178:11,14,18
183:7 187:1 188:2

188:12 189:22,25
191:1,6,8 194:1,9
194:19 195:8,18
196:6 197:15,22
199:21 200:1,5,21
201:11,16,23,23
202:1,12,17,20
203:5,7,10 205:16
206:1,2,12,25
208:6 210:25
211:4,6,8 212:18
213:5,13 214:20
216:6 217:5,8,14
217:18,22 219:25
223:16,17,18
224:6 225:11,13
225:15,17,19,22
226:2,3,6,12
227:2,12,25
228:19 230:13,14
230:21 231:9,12
231:23 232:1
233:2,6 235:9
237:15 238:3
239:12 240:18
243:6 244:5 245:3
245:5,21 247:4,7
248:15,16,21
251:9 254:5
257:18 261:21
263:3,6 265:20,24
266:4,10 267:4,7
268:16,17,18
269:8,10 270:1,21
271:9 272:3,10,17
272:20,23,25
273:9,17,22 275:6
275:19 276:10,22
276:24 277:8,11
277:23,25 289:8
289:13
**sister** 152:23
**sit** 68:7 156:13
193:5 212:1
245:25 246:19
**sits** 84:1
**sitting** 223:10

280:25 281:1
**situation** 50:4
205:1 236:20
**six** 26:9 74:13
183:18 254:22
255:10,10,13
**six-day** 255:4
256:12
**slash** 122:21
**slightly** 86:23
260:6
**sloppy** 45:8
**small** 251:24
**smart** 51:7 86:3
171:3
**snow** 131:1
**so-called** 181:8
**SocGen** 96:11,21
96:25 196:15
201:19
**socialization** 151:6
**socialized** 70:3
**Société** 96:7 195:4
195:9
**software** 132:4
**sold** 171:4 220:2
**sole** 118:10 119:11
119:19 121:5,11
123:12,18 131:5
173:24 217:15,19
**solemnly** 9:10
**Solomon** 5:7 33:13
75:12,20,21 76:3
76:8,12 77:11
85:17,23 86:9
92:7,21 108:15
113:13 118:1,2
199:15,17 228:12
228:15 262:5,15
263:19,20
**Solomon's** 85:8
**somebody** 251:2
**someone's** 56:11
63:2,2
**soon** 192:6 195:5
**sophistication**
94:17

**sorry** 17:16,22 32:9
35:25 36:3,25
41:6 53:7 57:8
78:18 87:8 100:22
103:14 113:13
114:2 124:13
125:6 137:2 142:4
144:5 146:3,3,3
158:4 172:14,16
175:21 177:23
202:6,6,8 210:7
212:18 214:18
216:23 248:16
257:11 273:15,16
275:20 282:10
288:11 289:4
**sort** 56:21 70:17
87:22 113:2 132:4
140:24 151:8
179:21 181:4
259:3
**sought** 92:6
**source** 93:19 138:9
166:11 167:17,19
167:22 169:11
221:20 238:15
253:2
**sources** 43:24
166:13,15
**south** 9:25 181:20
286:15,17
**Southern** 74:5,6,7
**Sovrin** 40:19 128:2
128:7 129:21
130:11,17,20
131:6,13,23,25
132:1,7 176:11
254:10
**SPA** 141:22 227:15
227:18
**space** 26:13 68:18
68:18
**SPC** 1:4 2:4 3:2,7
12:9 203:15
**speak** 177:13
284:22 286:19,23
287:9

**speaking** 63:2,3
98:20,21
**speaks** 36:23 37:1
84:24 89:18 90:7
93:9 125:25
164:16 263:11
264:11
**special** 240:13
**specific** 227:23
**specifically** 23:15
34:23 48:24 63:5
72:2,13 74:12,17
88:1 111:21
112:10 136:25
138:7 151:10
154:7 165:17,20
166:18 167:8
169:17 170:25
171:22 172:1
174:20 181:3
191:13 192:9
204:25 205:6
209:2,5,20,22
211:24 212:4
219:19 221:25
222:3 227:4
231:17 234:1,2
241:5 254:12
287:11
**specifics** 71:15,17
72:12 116:5 286:9
**speculation** 23:6
27:15 31:3,16
32:8 43:12 46:12
56:15 64:13 68:14
83:16 84:13 87:6
88:19 89:12,25
90:8,23 91:8 94:8
96:14 105:25
125:24 126:13
143:22 158:23
210:5 221:12
222:7 224:20
236:23 262:9,25
263:24 265:8
267:18 282:20
283:15

**speech** 280:12,13
**speeches** 224:1
**spend** 150:8
**spending** 152:1
286:6
**spent** 74:12 150:6
**spoke** 72:23,25
73:3 286:25 287:2
287:4,4,14,16
288:16 289:5
**spoken** 286:24
**ss** 291:1
**stable** 225:23
**stack** 13:7 139:23
**staff** 26:20 52:1
78:10 182:23
**Stagner** 5:12
140:12 141:5
142:7,17 146:4,9
148:18
**Stagner's** 144:2
**stake** 281:2
**stamp** 24:24 35:17
35:19 36:4,7,10
36:14
**stamped** 202:10
**stamping** 24:25
25:1
**stamps** 160:14
**stand** 46:9 158:4
204:15
**standard** 75:16
**standing** 133:19,25
151:18
**stands** 156:3
**Stars** 25:23
**start** 28:8 105:20
139:23 140:9
142:4 159:21
160:17 216:24
244:23 266:7
**started** 140:23
162:13 183:9
286:14,16
**starting** 132:2,20
219:7
**starts** 55:5 103:17

108:9,10 110:2 234:15
state 4:10,11 7:8 8:21 9:21 16:23 22:6 23:22 60:24 82:1 128:6,14 131:12 133:24 135:10,25 147:6 211:13 218:6 220:1 221:24 222:14 226:19 233:4 277:14 291:1
State's 16:24
stated 22:12 73:16 218:23
statement 6:20 16:23 130:5 131:9 131:15 134:14 135:6 153:21 157:4,7 177:24 222:5,12 242:25 243:3 279:21,21
statements 128:19 128:20 153:2,11 157:15 233:4 282:14
states 1:1 2:1 8:14 11:15 22:9 67:18 80:8,21 98:13 130:10 172:11,22 173:17 206:22 207:5 216:9,17,24 217:9 221:19 222:21 224:8,15 226:23 250:21 251:16 261:9,11 267:13 268:21 278:18
stating 221:21 276:15 280:8
statistics 11:5
status 133:25 151:20 152:24 236:9,19
stay 237:23
stayed 183:17

staying 68:19
steps 211:22 212:2
Stern 34:12,21
Stern's 34:15
Steve 133:11 159:25 160:25 241:18
stipulate 50:18
stock 5:21 188:9,15 188:18,22 189:6 190:5,5,21 191:14 192:10,11 193:8 215:8,13,14,24 216:3 218:7,8,15 218:16,17,19 219:10 220:18 223:12 238:22 239:1,15,22 240:12
stockholders 120:15
stocks 193:5
stole 279:18
stop 62:17 181:6
stopped 132:7 187:2 290:10
storage 288:1
street 3:4,9 25:22
stretch 97:4
strike 262:24 279:21 283:13
string 142:5
structures 198:5,8 198:19,23
study 11:2
stuff 11:6,8 17:7 27:1,3 38:7,13 50:1 51:21,25 68:22 70:16 79:9 83:24,25 86:5 109:10 111:5 113:17 162:8 171:7 174:22 176:5 181:2 185:23 190:14 195:4 200:10 268:2 286:8,9,10

287:5,13 288:4
subject 12:5 28:14 60:6 97:25 101:13 141:19 178:12 201:9 234:5 239:23 266:14 274:3,8
submitted 214:1
subpoena 42:1
subsidiaries 109:18
subsidiary 29:13 39:4 110:6,12 111:9 112:6,15 118:7,21 119:24 122:8 131:13 189:14,16
successful 57:4 171:24 183:4
successfully 220:15
sued 12:16
sufficient 94:17 205:10
suggested 199:1
suggesting 198:24
suing 81:7,11
Suisse 96:7
suit 12:13
Suite 3:4,14 141:12
sum 47:11,25 88:25 89:1 93:4,14 94:3 99:13 168:11 169:1,8 176:21 185:15 278:3
summary 6:23 243:18 262:7
Sun 249:4
Sunwest 248:18 249:4
superseding 172:11
supplemental 7:5 152:7 276:13
support 187:20
supposed 176:18 208:23 220:12 247:21 250:16,16 258:23 287:21
Supreme 7:8

277:14,18
sure 25:15,15 36:1 38:25 42:3 47:4 48:19,22 49:13 52:25 78:20 114:19 118:3 119:2 123:17 128:24 129:9 131:11 136:5 143:13 152:17 154:6 156:16 167:9 169:22 172:3 174:3 205:5 208:19,20 214:13 219:18 256:6 271:24
surprise 105:5
suspect 56:11
swap 46:11
Swartz 12:18,20,22 22:1,6,22 23:3 24:15,16 28:14,20 29:2 30:6,13 31:12 33:8,16 35:2 36:17 37:10 37:14,21,23 38:1 41:18 47:2,5,9 52:9 54:5,14 58:3 58:17,19 61:16 63:11,14,24 65:11 65:25 66:8,22 71:12,23 72:6 74:9,18,21 76:4 79:23 81:12,14 82:3 83:14 84:22 85:10 86:21 88:24 89:6 93:3 94:25 95:7,13,14,25 125:10 133:2,17 133:25 134:19,24 135:3,6,16,19,22 136:1 137:14,17 138:4,13,20 139:11,13 141:6 141:19,23 143:5,6 143:9,11 144:8,12 147:2,9,15,24

148:12,13,25 149:1,18,25 156:21 157:20 158:9 161:20,24 163:10 164:4 165:12,14,23 167:5 170:10,13 170:20,25 172:23 173:8,25 175:9 176:19 177:16 186:18 188:10,14 188:17,21 189:24 190:6 191:7,15 193:16 195:9,12 195:20,23,25 201:6,12,19 205:9 205:13 206:19,22 207:2 208:1,16 209:18 210:3 215:12,13,24 218:19 219:5 223:11 227:6 230:10 232:6,7,10 232:11 233:12,15 234:6 235:6,12 239:7,7 243:8,22 244:8 247:12 252:14,20 253:3 253:21 254:8,11 254:23 255:6,14 256:2,3,20 257:5 257:14,25 258:7 258:12,16,17,23 259:4,12,13 260:8 260:24 261:1,4,7 261:13 263:4,8 264:6,20,25 266:14 269:6,12 269:20 270:4,6 273:7 274:4,14 275:1 277:22 278:2 279:15,17 280:3,20 281:17 281:20,22,24 282:5,18 283:4,12 283:24 284:2,7,9
Swartz's 37:21

164:10 174:17
175:7,25 177:6
186:22 187:24
**Swartz/Owari**
125:13
**swear** 9:8,10
**Swiss** 96:21,25
**Switzerland** 96:12
**SWOP** 46:7,9 55:9
**swore** 12:5
**sworn** 9:16 292:7
**Symonette-Tinker**
204:10

— T —

**T** 4:7 5:2 6:2 7:2
**Taft** 72:18
**take** 12:12 18:21
32:19,25 39:23,24
39:25,25 54:3
69:4 72:4 78:2
97:3 108:6 113:6
127:5 129:11,20
136:3 140:9
145:17 152:12,16
159:16 181:5,10
183:3 184:2
185:19,24 190:6
191:18 192:6,21
193:5 195:22
196:6 210:22
211:21 212:9
216:14 223:1
224:16 225:24
233:14 238:21
240:12 259:12
281:6 287:22
288:12,24
**taken** 1:17 2:16
8:11,18 11:7 12:7
97:8 136:8 193:7
212:14 220:15
281:11 289:1
292:5
**takers** 193:3
**talk** 38:2 68:15,22
69:7,13,19 70:18

150:13 181:1
212:1
**talked** 38:15 67:24
67:25 70:12 86:4
171:23 181:15
183:14,14,15
262:11 269:24
287:12
**talking** 12:23 42:3
84:8 128:18
175:17,18 183:6
227:1,3 287:12
288:5
**tape** 212:10 290:8
**tax** 4:13 21:24 22:3
22:5,13,18 135:11
135:12,16,19,21
135:24 167:21
169:9 182:4
189:13,15 197:17
197:24 199:5,19
253:15
**taxes** 30:24 133:3
168:8 189:17
253:12
**TBD** 121:20
**Technologies** 1:9
2:9 162:21
**Tehran** 11:14
**television** 10:10,14
**tell** 9:11 34:9 38:6
46:16 57:19,22
150:5,8 167:20,22
167:24 168:1,4,5
169:13,14,17
174:23 229:5,6
246:19,23 253:6
254:3,19 260:15
265:13 287:18
288:13
**telling** 181:2 205:6
**ten** 172:15,16
219:12
**ten-year** 48:5
**tender** 62:9
**tens** 184:11,11,23
185:13

**terminated** 173:18
**terms** 51:23 82:6
83:4,8,15 85:4
95:7 113:7
**testified** 9:17 27:22
241:19
**testify** 242:14
**testifying** 24:14
**testimony** 12:4
78:2 151:13
241:21 246:10
292:10
**Texas** 3:4 21:23
22:5,6,23 33:21
133:2,17,23
135:12,21,25
**text** 238:13
**thank** 9:4 13:17
15:3 32:22 33:5
63:7 97:5 108:5
118:2 126:24
149:2 154:17
158:4 159:6,8
170:2 189:12
214:14,16 230:14
238:4 240:24
244:14 261:22
265:24 272:6
276:21 289:8,9
**Thanks** 36:5 61:2
206:13
**theory** 12:14,17
278:20 279:24
280:1,7,8,19
**thereon** 189:17
**thick** 53:8
**thing** 38:8 49:19
56:21 58:5 114:20
145:22 169:18
182:9 183:9,24
185:8 186:15
205:21 288:22
**things** 24:22 27:1
29:7,8 48:21
51:22 56:8 68:24
70:17 73:22 78:9
79:9 87:22 111:7

113:2 124:20
151:7,9 156:10
165:20 171:25
174:23 176:3,4
177:12 178:23
179:21 181:4
182:6 183:23
184:15 185:10,12
185:18 219:17
221:3 222:9 236:7
259:3
**think** 11:4 14:8,10
14:11,11 20:13
23:15 24:13 25:25
26:13 29:21,21
31:7 39:4 42:19
51:5 56:7 64:6
75:24 77:19 78:6
83:24 89:13 91:10
104:16 109:10
111:16 112:9,10
112:12,21 113:4,9
113:16 114:19
115:9 127:8 130:6
131:11,16 134:18
135:20,23 136:24
137:6 138:14,15
141:1 143:12,14
143:23 150:20
152:22,23 154:14
159:18 160:15
162:15 169:15
177:10 178:23
180:16 181:20
183:25 185:16
186:20 187:12,25
191:16 198:22
199:10 203:20
216:2 218:22
221:5 224:4
233:23 236:1,17
237:6,12 239:4
241:19 245:23
257:16,19 260:2,3
270:7 277:1,12,23
289:15
**thinking** 209:23

**thinks** 280:7
**third** 122:1 128:5
161:4,11,12
**third-party** 220:25
**Thirty-eight** 213:7
225:25
**thoroughly** 32:23
**thought** 56:25 57:6
77:20 84:2,8 86:2
95:14 107:11
147:21 167:13
180:17 185:7,22
187:7 190:11,14
218:25 220:22,23
221:1 237:25
**thoughts** 31:19
**thousand** 184:10
184:22 186:2,6,8
260:4 288:18
**thousands** 182:12
**thread** 127:13
140:6 146:9
159:18 226:2
**three** 26:13,14
46:15 70:11
169:16 184:8
225:22 247:18
260:5 271:21,22
289:16
**thumb** 53:8
**ticket** 260:2
**time** 8:9 10:15
14:25,25 18:22
24:11 25:6,12
35:20 40:4 44:22
48:21 49:3,9,10
49:12 51:1,4,16
53:9 56:9,18
59:11 60:11 61:5
62:2 63:10 64:10
64:18 65:6,24
66:6,20 69:12,17
69:23 71:3 72:14
72:23 73:3 75:22
75:24 76:1 82:1
83:23 84:9 86:12
87:19 88:22 89:21

90:13 91:22 92:5
92:11 93:2 94:13
96:19,23 98:23
99:3,23 100:15,20
100:22,23 102:18
104:5 105:8,18
107:13 111:5
113:22,24 114:5
125:5 127:5,9
129:18 131:9
136:1 138:5
140:16 142:9,17
145:2 147:21
148:5 150:13
151:21 152:22
154:5,13 157:17
159:16 160:5,14
162:13 165:21
175:15 178:24
181:16 182:13,14
183:3 186:3,7,9
187:6,11 189:4
190:13 191:22
192:2 194:10
195:22 198:3,14
205:2 207:9
208:18 209:23
210:9 211:7
220:22,23 228:22
235:24,25 236:4
236:21 237:11,16
237:16 251:2,2
253:23 254:10
255:19 257:2
260:19,21 261:18
263:14,16 264:9
267:14 270:7
278:13,17 281:15
286:25,25 287:2,8
287:14 288:15
289:5,10 290:1
292:6,6
**times** 30:10 45:13
68:5 78:17 107:18
156:10 168:23
217:9 258:21
274:10 285:19

**timing** 152:5
193:17 216:13
**title** 61:22 63:19
65:20 80:4 275:2
**today** 8:9 9:2,6
93:13,25 130:14
131:23 141:24
155:10 193:5,16
218:4 235:2,4
236:11 237:14
246:19,23 271:19
279:8 288:18
**today's** 141:24
164:14 290:11
**told** 38:8 66:11
68:19 83:22
165:17 176:5,15
177:10 205:4
210:18 219:11
233:16 246:17
284:2 287:22
288:6,12 289:3
**tomorrow** 289:11
**tone** 223:17
**top** 118:20 120:1
134:3 139:25
152:19 159:19
172:4 179:20
216:23 218:11
251:16 263:4
**total** 176:21 188:17
191:16 235:3
239:19 278:16
279:8
**totaled** 278:13
**totaling** 44:23
157:20
**touch** 240:11
**town** 68:20,20
194:12
**track** 14:21 182:18
**tracking** 200:9,10
200:11
**traded** 193:6
**training** 10:23,24
10:25 11:1,17
**tranche** 102:8

**transaction** 49:22
50:11 64:23,23
65:3,8 68:12 72:6
96:21 99:18,23
184:6,17 186:5
190:1 216:14
219:3 220:14
239:22 261:15
284:6 285:9
**transactions** 61:8
69:24 71:24 74:18
74:21 219:2 225:3
225:6 230:5
240:16 259:8
271:22
**transcript** 292:16
**transfer** 12:14 82:5
83:3,7 87:4
105:12 156:21
158:8 161:5,19
164:10,14 178:12
247:12 254:23
257:10 260:24
**transferred** 282:19
282:23 283:11,24
**transfers** 25:1
67:19 164:14
**travel** 222:19
**treatment** 109:22
**trial** 72:11,25 73:12
**trouble** 141:6
**true** 181:21 217:13
217:17,21 222:22
233:5 276:16
283:22 291:7
292:9,21
**trust** 1:9 2:9 85:20
105:3,5 106:22
107:2,7 185:5
**trusted** 51:16 58:22
77:23 78:1 83:22
92:13 108:13
185:7
**trustee** 1:9 2:9
105:2,4
**truth** 9:11,12,13
**try** 113:18 179:19

182:3,5 212:21
**trying** 29:7 30:9,11
78:25,25 82:19
126:16 182:8
192:13 212:24
243:25 244:4
289:15
**TT** 1:4 2:4 3:2,7
8:23 12:10 47:10
80:23 81:9 84:12
84:18 87:4 88:18
91:5,25 95:3
201:14 203:16
204:14 209:16,21
273:8,10 277:22
278:1,21 280:22
**TT's** 88:3 279:18
**Tuesday** 141:22
**tune** 102:22 253:21
256:10 257:6,15
258:2,7,18 280:22
**turn** 15:4 16:13,21
17:23 18:12,16
36:15 37:8 41:19
268:17 274:16
**turned** 11:12
112:13 260:9
**turning** 33:15
34:11,24 35:16
44:15 113:6 157:1
189:10 249:8
266:21
**Tutor** 140:19,22
141:1 183:15,21
184:23,25
**Twenty** 24:21
**twice** 70:13
**two** 27:2 32:1,1,3
36:16 44:23 46:6
48:12 53:1 54:10
69:23 70:4,11
71:5 73:20,23
74:12,13 76:9
124:1,20 147:8
155:20 174:23
177:12 189:1
214:6,21 219:12

239:8 260:14
288:9
**two-page** 79:19
**type** 58:9 60:8
127:19 242:11
282:23
**typed** 60:6
**types** 182:6
**typically** 153:15,23

**U**

**U.K** 112:22,24
113:4 140:13,14
140:20,20 141:24
143:6,7,13,15,19
143:24 144:10,11
145:13,14 147:1
147:12 148:7,22
**U.S** 74:3,4
**UC** 10:19 11:3
**ugly** 129:15 130:3
**Uh-huh** 15:10
28:24 109:23
112:1,7 124:13
137:4 144:17
163:9 176:20
248:14 271:12
**ultimately** 31:7
61:7,9 109:6
179:21 184:5
192:4 221:3
253:11
**unaware** 98:10
167:6 281:23
**unclear** 36:4
**undersigned** 47:9
**understand** 12:2,7
12:12,16,23 30:18
30:22 33:6 49:4,6
62:24 70:21 71:7
75:20 80:13,16
81:9 83:13 88:17
90:21 94:2,15,18
94:22 95:6,9
98:16 100:18
101:2 102:19
105:13 107:1

Kiarash Jam                                          03-27-19

117:19 121:22
124:7 128:5,6
136:18 138:3
147:3,19 148:3
173:23 198:16
206:4 211:10
247:9 253:2
278:19 279:4,12
279:24 280:16,24
281:2,4 290:4
**understanding**
34:4 88:22 91:2,5
91:13,16,17,19
92:5,10 93:13,25
94:12 96:18,23
98:22 99:22 104:4
104:9 105:8,18,21
107:8 113:22
192:18,19 264:5
279:2
**understood** 30:21
47:2 52:12 54:12
61:25 63:22 64:10
64:18,22 65:6,25
66:6,14,22,25
95:12 99:1 100:11
103:25 117:6
120:19 144:11
148:16 149:21
195:23 209:12,15
210:2 211:1
**undertake** 196:2
227:5
**undertaking**
102:21
**unequivocally**
50:13
**unfortunately**
78:15 132:7
**unhappy** 84:2
**United** 1:1 2:1 8:14
11:15
**units** 215:9 219:12
220:2,3
**university** 176:4
**unregistered** 214:6
214:22 215:7

216:1,3
**unwound** 187:6,7
**update** 38:5 246:3
**updated** 264:3
**updates** 109:15
**upper** 22:10
**urge** 62:14
**urgency** 219:9
**Urgent** 141:19
**USA** 142:22
**use** 48:23 105:19
150:23 151:9
152:10 167:11
192:19,24 279:16
280:2,20
**uses** 151:11
**usually** 62:10

---
**V**
---

**vague** 30:1 31:15
50:7 62:4 64:15
64:24 66:16 91:21
92:23 93:17
100:15 143:10
181:13,23 190:8
198:11 255:24
265:19 281:19
283:6 284:10
**Valley** 26:3
**valuation** 189:8
**value** 189:5 190:21
193:8 288:17
**varied** 154:4
**various** 24:18 25:3
25:4 71:22 87:21
87:21 116:8
127:20 145:4
172:12,25 174:10
175:2,18 179:5
203:11 262:16
265:17
**vehicle** 87:18 283:3
284:7
**vehicles** 138:6
**version** 45:9 54:6
77:8
**versus** 8:14 199:1

**vetted** 78:10
**viable** 183:16
**vice** 36:21 37:6
61:22 62:1 63:19
63:24 65:20,25
66:7,9,23 137:24
207:2 210:3
269:11,20 270:4,6
274:13,22 275:1,3
276:17
**video** 8:10
**VIDEOGRAPH...**
3:18 8:4 9:4 97:6
97:9 136:6,9
212:12,15 281:9
281:12 290:11
**videotaped** 1:16
2:16 8:17 290:12
**view** 205:1,3 265:7
**vilified** 49:14
**Vincent** 204:7
**violated** 290:6
**visit** 70:9
**visited** 72:20
**visiting** 69:12,18,23
71:4
**Volume** 8:17
**voluntarily** 77:18
92:16
**voluntary** 85:16
**VP** 66:12,12,15
233:16,17
**VS** 1:6 2:6

---
**W**
---

**W** 3:3
**Wait** 52:22
**waiting** 131:20
**waiver** 17:25 18:8
18:13,17 19:16
120:14
**Walker** 3:3 4:5
8:19,22,22 9:20
11:23 13:19 20:5
21:18 23:7,13
27:16 28:7 29:18
30:3 31:10,23

32:11,18 34:20
36:6 37:4 41:17
43:17 44:14 45:24
46:14 47:17 50:8
50:19 52:22,24
53:6,11,13,15
54:19 55:1 56:16
59:20 62:7 64:17
65:2 66:5,19
68:25 71:11,20
72:3,15 73:15
74:8 75:5 78:19
80:20 82:12,20,25
83:1,20 84:19
85:2 86:7,17
87:10 88:10,23
89:14,20 90:3,10
90:19 91:1,12,18
91:24 93:1,10,22
94:11 96:17 97:3
97:14 98:14 99:17
99:21 100:17
101:25 102:7
103:1 106:6
107:14 108:2
114:6 116:6,14
124:16 126:4,10
126:18 127:1,11
132:19 136:14
137:4,8 138:2,18
139:21 143:17
144:1 145:16,23
148:23 149:11
154:21 159:5,12
164:1,18 170:7
174:4 178:8
180:21 181:17
182:10 186:16
188:7 190:15
193:25 194:24
196:12 197:7
198:15 201:1
202:13 204:2
205:23 206:17
207:22 210:8
211:12 212:9,17
213:7,12 214:13

214:16,19 218:12
221:6,18 222:10
223:14 224:7
225:1 228:6
230:18 231:14
232:22 234:14
237:4 238:8 241:1
241:11 242:16,23
244:6,18 246:13
251:13 254:21
255:12 256:5
257:3,21 259:9,18
260:22 262:2,14
263:1,13 264:7,15
265:1,14,21 266:3
267:21 269:25
272:11 274:1,7
275:10,14,17,19
276:3,5,10,11
277:5,20 279:3,22
280:5,9,14,15
281:6,14,25
282:15 283:1,10
283:19 284:5,13
284:19 285:14
289:6,8,10,13,16
289:18,21,23,25
290:3,5,9
**walking** 69:22
**Walt** 183:12
**want** 33:3 35:25
38:9 42:3 123:6
128:24 131:1
146:20 184:25
191:17 213:5
224:2 231:3
242:14 253:18
275:9 276:9 279:1
280:4,8 288:13,23
**wanted** 30:7 38:10
38:11 55:13,15
68:18 121:24
129:9 143:12
168:8 194:17
199:8 221:16
224:25 275:5
288:6

wanting 237:5
wants 110:21
warranties 273:5
warrants 81:15
84:23
Warshawsky
127:16 128:4
192:2 193:11,15
197:9 199:7,15
Warshawsky's
127:18 130:7
131:4
washed 282:6
wasn't 84:10
114:20 167:23
168:19 179:9
185:21 190:1
208:18 211:7
237:21 238:20
281:20,22
way 13:10 14:20
58:13 126:12
131:2 147:14
183:17 184:17
221:14 223:6,7
237:25 244:24
251:20,23,25
ways 171:21 270:14
282:23
we'll 50:17 244:23
we're 13:6 42:3
48:23,23 49:17
77:20 192:13,24
212:12,24 270:7
279:4 280:17
287:5
we've 12:12 58:16
64:5 76:5,14
96:19 108:20
115:25 137:23
145:3,5 185:22
193:16 201:21
203:3 218:1
226:25 227:3
229:1,9 236:10
237:12,13 269:23
270:3,5 274:2,10

285:25
wealthy 171:4
website 110:23
133:23
Wednesday 1:18
2:19 8:1
week 117:4 180:8
198:4 260:14
weeks 260:14
Weingarten 233:23
277:10
Weinskoski 60:10
226:16 227:14
welcome 13:12
Wellner 67:20,24
67:25 68:11 69:5
69:7,12,18 71:7
71:21 75:12 76:17
76:25 80:4 84:1
97:20 99:5 115:23
116:7 124:1 194:7
272:16
wells 6:20 157:5
194:3 240:9
242:25 243:2,4
went 11:17 73:22
157:23 162:18
169:16 172:16
179:5 185:25
204:16 240:8
246:8 284:3
weren't 167:16
179:3 185:6
Western 8:15 74:5
Weston 67:21
70:19 80:5 87:19
99:11 112:21
122:21 129:23
130:19,19 188:24
194:16 267:6
Weston's 130:13
130:18
Westwood 25:19
26:2,3
whatnot 68:10
109:13 129:12
166:3

wholly 110:6,12
111:8 112:2,5,14
118:6,21 119:23
131:13
Wiechert 3:13,13
9:1,1 13:17 23:5
27:14 29:16 30:1
31:3,15 32:8
34:17 35:25 36:23
37:1 43:12 44:12
46:12 47:15 50:7
50:17 53:9,12
54:16 56:14 62:4
64:13,15,24 66:3
66:16 68:13 71:10
71:13,25 72:8
73:13 74:6 78:16
80:18 82:9,15,23
83:16 84:13,24
85:25 86:14 87:6
88:5,7,19 89:11
89:17,25 90:7,17
90:22 91:8,15,21
92:23 93:9,17
94:8 96:14 98:4
98:10 99:15,20
100:15 101:23
102:5,24 105:25
107:9,21 114:1
116:3,9 124:14
125:24 126:7,13
127:7 136:5 137:2
137:5 138:1,17
139:14 143:10,22
145:8 148:19
158:22 164:16
174:1 180:14
181:13,23 190:7
198:11 202:7,10
210:5 211:9 213:6
213:8 214:10,14
214:17 218:11
220:20 221:11
222:6 223:13,25
224:19 231:13
236:23 241:9
242:14 243:23

244:2 246:9
254:16 255:7,24
256:22 257:20
258:20 259:14
260:20 262:8,24
263:11,24 264:10
264:22 265:8,18
267:18 269:22
274:5 275:24
276:4 277:16,19
279:1,20 280:4,7
280:11 281:7,19
282:7,9,20 283:6
283:13 284:10,17
285:12 289:7
wife 287:15
williamjregan@k...
208:9
Williams 5:10
139:8
willing 253:7,15
Wimbledon 1:4 2:4
3:2,7 8:13 12:9
47:10 80:23
203:15 209:21
266:25 267:8,15
267:23
winning 49:12
Winskowski
226:14
wire 67:19 105:12
106:24 149:17
156:20 158:8
161:4,11,16,17,19
161:23 162:2,19
164:9,14,24
178:12,15 245:9
245:13 246:7
247:2 248:1,12,12
250:22 252:13
253:24 254:23
257:10,13,24
258:6 260:24
wired 101:17
106:21 150:9
235:3,7 247:18
249:4 253:25

257:5 258:12
wires 25:1 159:1
wiring 161:7
235:17
wit 129:21
withdrawal 134:1
witness 4:2 9:2,8
9:14 13:18 31:5
31:17 32:9,17
34:18 36:3,25
37:3 43:14 45:23
46:13 52:23 53:4
54:18 62:6 64:14
64:16 65:1 66:17
68:15 71:14 72:1
72:10 74:7 78:18
80:19 83:18 84:15
84:25 86:1,16
87:8 88:6,8,21
89:13,19 90:2,9
90:18,24 91:10,23
92:25 93:19 94:10
96:16 97:5 98:9
98:12 99:16
100:16 101:24
102:6 106:2
107:10,22 114:2
116:4,11 126:1,8
126:15,24 127:8
132:18 139:15
143:12,23 145:9
145:22 148:21
149:10 158:24
163:24 164:17
170:6 174:3
180:16 181:14,24
186:15 190:10
193:24 198:13
202:8,12 205:21
207:19 210:7
211:10 212:11
214:18 220:22
221:13 222:8
224:4,21 234:13
236:25 240:24
241:10 242:22
243:25 244:4

246:11 254:17
255:9 256:1,24
258:21 259:16
260:21 262:1,10
263:12 264:1,12
264:24 265:9,10
265:20 267:20
269:23 272:10
275:12,16,21
276:1,9 277:17
281:8,20 282:8,10
282:22 283:8,17
284:1,12,18 289:6
289:9,11,14,19,22
289:24 290:2,4,7
292:6,17
**woman** 20:13
**wonderful** 57:3
**Woodward** 28:11
28:16 132:22
133:6,10 134:3
**work** 10:3 13:9
28:9 34:21 107:11
109:4 127:20,21
128:1 129:25
140:17,19 145:14
150:2 153:16
166:3,5,25 167:8
167:9 173:4,6
175:14 177:9
185:12 191:3
223:2,4,9,15
254:10 259:7
264:2
**worked** 40:17,17
40:19,19,20,21
41:10 50:12 57:13
140:16 150:1
160:3 165:19
174:19 177:3,10
265:16 279:16
280:2,20
**working** 27:24
40:15 41:4 50:6
50:11 51:17 57:12
75:23,25 78:8
140:15 154:2

162:14 175:9,10
175:12,21 177:2
177:11,14 182:9
192:22 254:9
255:17 259:4,6,7
265:3,17
**works** 152:6
234:20
**world** 71:17 258:15
**worry** 205:4,7
208:20,22,23
209:2 211:15,18
**worth** 211:7
**worthless** 190:5
192:10,11
**wouldn't** 53:11,12
94:4 105:5 259:12
282:25 283:11
**write** 76:21 131:21
159:2 167:20
168:5 232:16
245:24 246:17
**writes** 141:5
**writing** 196:15
209:16
**written** 7:6 42:12
67:19 129:9
276:14
**wrong** 17:17 49:25
51:7 53:24
**wrote** 28:20 61:22
63:19 65:16,20
148:4 158:17
184:1 272:21
**WTT** 80:4,23 81:6
82:11 86:21 95:4

_____

**X**

**x** 4:7 5:1,2 6:1,2 7:1
7:2 180:8,8,8
253:25 292:16

_____

**Y**

**yeah** 11:4 70:10
103:7 107:22
129:17 144:2
151:4,6 165:5

182:14 188:3
200:19 210:1
230:22 236:14
257:19 265:10
266:16 271:4
286:22 289:23,25
290:9,9
**year** 133:16 134:5
134:25 135:3,6
152:16 168:8
177:7,8,22,25
184:6 186:4 192:8
221:23
**years** 11:9,12 15:22
15:22 24:21,21
25:20 26:7,9,13
26:14 27:24 38:18
47:19 85:14 105:1
109:6 192:22
225:22 286:4,18
**yesterday** 130:13
151:12 181:18
196:16 286:20,21
**York** 7:8,8 73:23
74:3,7 117:1
233:4 242:8
277:14,15

_____

**Z**

**Zarrinkelk** 15:13
15:21,23 17:5
19:12 29:24 50:25
56:3 58:1,10 59:4
59:13 85:13,18,24
86:10 92:7,21
108:10 109:14
113:8 151:23
153:11 155:1
159:21 160:18
161:2 163:7
181:11,18 194:5
199:23 200:7,11
221:24 245:2
247:5 248:12
249:23 250:1,11
250:16 252:10
286:19

**Zarrinkelk's** 16:3
151:13 252:1
265:5
**zero** 165:3,4
**Zinberg** 193:14

_____

**0**

**05-102** 22:20
**07601** 3:10
**08** 172:2,3

_____

**1**

**1** 4:9 8:17 11:20,25
134:10,13 161:19
161:23 188:19
191:15 202:2
238:11 243:1
**1,000** 119:16
**1,002** 18:12
**1,006** 18:17
**1,050,000** 258:11
**1.2** 188:14,18,22,23
215:13 223:12
**1.8** 238:25
**1/19/2012** 5:9
**1/2/2013** 6:14
**1/20/2012** 5:7
**1:10** 136:10
**10** 4:19 52:18,19
53:16,20 148:14
168:6 172:9
210:15
**10,000** 17:13,16,18
43:19
**10/22/2015** 7:4
**10/9/2012** 6:7,8,9
**10:00** 289:11
**100** 27:11 117:4
121:8
**100,000** 17:15
20:18 248:1,4
250:16,17 257:7
257:17
**1000** 18:8
**1001** 158:12
**10100** 2:17 8:11
25:12

**10101** 33:20
**1026** 41:23 42:8
**1052** 43:18
**107** 5:7
**10th** 146:22
**11** 4:9,20 54:21,22
55:5 198:1 215:4
**11/14/2012** 6:10
**11/15/2011** 4:18,19
4:20,21
**11/16/2012** 6:12
**11/9/2011** 4:15,16
**11:12** 97:7
**11:23** 97:10
**11:55** 159:23
**11th** 101:21
**12** 4:21 59:16,17,24
63:11 172:8,19
192:18 207:7
214:23 229:18
**12,000** 43:8 44:16
178:17
**12.5** 86:21 88:25
89:7,23
**12/20/2012** 5:6
**12/6/2013** 6:21
**12:00** 136:7
**12:24** 160:19
**1216** 156:20
**1218** 157:1
**12553** 1:22 2:20
292:1,25
**126** 5:8
**12th** 101:17 102:3
102:9,21
**13** 4:10 5:5 35:7
75:1,2,8 95:6
96:20,24 130:8
137:15 174:8
238:10
**132** 5:9
**136** 5:10
**1377** 137:10
**139** 5:11
**13th** 2:18 8:11
**14** 5:6 47:11,23
48:1 55:17 63:12

Kiarash Jam

81:1 82:10 97:11
97:16,19 101:1
106:7 110:2
206:18 224:8
226:8 231:20
269:17 274:22,25
276:17 278:7,10
**145** 5:12
**149** 5:13
**14th** 47:22 274:24
**15** 5:7 46:4 53:21
55:6 59:25 107:24
108:4,9 133:19
134:1 191:12
192:18 198:1
**150** 257:23
**150-** 187:13
**150,000** 105:9,19
105:22 252:18
253:8,16,22 254:8
254:15 258:2
**154** 5:14
**154,400** 224:10
**159** 5:16
**16** 5:8 126:20,21
149:15 152:3
209:3
**163** 5:17
**16th** 211:13
**17** 5:9 22:10 79:20
92:12 132:14,15
132:21 133:22
188:11 189:5
199:15 273:4
**17,693,900.27**
278:4
**17.7** 279:18 280:22
282:2,18 283:3
**170** 5:18
**178** 5:19
**18** 5:10 43:19
136:11,16 283:12
283:24 284:9
**185,000** 225:16
**186** 5:20
**188** 5:21
**19** 5:11 120:7

133:13 139:18
140:2 142:6 155:3
159:23 160:19
161:22 163:6
**193** 5:22
**194** 5:23
**196** 6:5
**197** 6:6
**1975** 11:18
**1982** 11:18
**1st** 157:6,7 292:22

―――――――――
**2**
**2** 4:10 13:12,14,21
14:6 42:10 55:9
67:17 75:9 76:1
82:1 109:16 138:8
147:7,8 216:24
228:8 272:18
**2.4** 239:20
**2.65** 239:1
**2.7** 189:13
**2/2/2011** 5:5
**2:00** 289:19
**2:15-CV-6633-C...**
1:7 2:7
**2:25** 212:13
**2:54** 212:16
**20** 4:12 5:12 15:22
97:23 98:23
145:17,19,25
168:6 191:12
**20,000** 149:17,24
176:19 177:9,21
187:9 250:20
**200** 6:7
**200,000** 102:9,12
102:22 103:10
104:9 176:22
177:8 187:13
189:1 238:13
**2000** 134:16
**2000s** 25:15
**2002** 219:11
**2005** 25:15
**2007** 14:2 15:25
17:1 18:22 229:16

**2008** 18:5
**2009** 18:10
**2010** 18:14 122:5
182:11 186:5
228:21
**2011** 6:22 22:10
28:10 31:14 33:11
46:4 47:19,23
53:22 55:7,17
59:25 75:9 76:1
79:20 81:1 82:10
92:12 97:23 98:23
114:15 115:5
117:17 119:1,7
120:4,7,23 122:24
123:9,21 134:6,8
134:10,11,13,14
134:17 135:3,6
229:18 241:5
251:17 252:15
254:22 255:16
256:12 268:24,25
271:11,13 272:18
273:4 274:22,25
276:17 281:15
**2012** 18:19,22 35:7
42:10,21 130:8
133:13,19 134:1
141:18 142:4
143:21 144:23
146:15 148:14
149:15 150:14
152:3 155:3 157:6
157:8 159:23
160:19 161:23
162:12 163:7
164:20 178:10
188:11 189:5
192:6 196:19
197:8 198:1
199:15 201:6,18
202:2,22 204:3,9
204:14 206:19
209:4 214:8,23
215:5 220:5,9
228:21 251:17
257:4,9,12,22

258:5 260:25
261:15
**2012,2013** 6:22
**2013** 43:19 215:6
226:8 227:24
228:8 231:20
232:24 234:2
236:5,11 237:11
238:10 241:6
243:2 245:6
246:22 251:17
**2014** 214:9,24
**2015** 266:11 270:24
271:21 272:13
273:17 278:7,11
**2016** 47:11,19 48:1
63:13 269:17
**2019** 1:18 2:19 8:1
8:9 292:22
**2021** 48:2,3 269:18
**2025.320(a))**
292:14
**2025.330(a)** 292:7
**2025.540(a)** 292:8
292:11
**203** 6:8
**205** 6:9
**205,443** 216:18
222:16,18 225:12
**206** 6:10
**207** 6:11
**2093** 292:4
**21** 4:13 5:13 115:5
122:5 149:6,7
**210** 46:23
**213** 6:13
**214** 48:8
**22** 5:14 154:16,18
201:18 232:24
242:1 272:13
**22,000** 44:24
**228** 6:14
**22nd** 158:8
**23** 4:14 5:16 159:7
159:9 163:4
196:19 204:19
252:15

**23,051,971.31**
278:17
**23,833** 249:4
**23,833.33** 248:13
**230** 6:15
**2316** 146:2
**2318** 146:1
**232** 6:16
**234** 6:17
**238** 6:18
**23rd** 255:16
**24** 5:17 163:19,21
164:2 236:5
**240** 6:19
**240,000** 177:7,8,22
247:15,22
**242** 6:20
**2420** 141:12
**2425** 142:21 163:11
195:16 201:6
**244** 6:21
**25** 3:9 5:18 15:22
47:11 52:10 54:4
54:13 55:16 56:12
58:16,18 64:7,22
65:3,8 67:10 97:1
170:1,3,8 269:16
**25,000** 187:11
250:22
**251** 6:22
**252** 61:11
**254** 64:2
**26** 5:19 164:20
178:4,5 257:4
**261** 6:23
**263** 278:14
**266** 6:24
**27** 1:18 2:19 5:20
8:1,9 178:10
186:11,12,17
**27136** 3:14
**272** 7:4
**273** 7:5
**274** 65:10
**275** 67:4
**277** 7:7
**28** 4:15 5:21 114:14

188:2,4 268:24,25
**28(a))** 292:4
**282** 79:15 88:14
**284** 95:16
**29** 5:22 193:20,21
254:22
**29th** 255:16
**2nd** 257:9,12

---

**3**

**3** 4:12 15:11 18:19
20:1,2,10 34:1
86:20,23 87:3
89:3 90:5 109:15
109:16 189:10
214:4 216:23
218:11 219:7
**3.1** 239:19
**3/1** 157:19
**3/13/2012** 5:8
**3:00** 289:21,22
**30** 5:23 11:25 40:6
194:19,21
**30(e))** 292:19
**30(f)(1))** 292:8,11
**300,000** 189:1
247:6 255:2,5
258:8
**302** 9:25
**304** 95:20
**305** 96:3
**31** 6:5 134:8,11,14
134:17 157:8
196:6,9
**31st** 243:1
**32** 4:16 6:6 197:3,4
**33** 6:7 200:21,23
201:5
**33,000** 162:5
**34** 6:8 203:23,24
**35** 6:9 205:16,18
**350** 102:6
**350,000** 101:24
102:2,6 106:21
107:6
**36** 6:10 206:12,14
**361-2822** 3:15

**37** 6:11 207:14,16
207:25
**3704.67** 158:1
**38** 124:11 213:6
225:24
**38-A** 213:9
**38-A-** 6:13
**389** 239:13,14
**38A** 213:3,13
**38B** 213:6
**39** 6:14 228:1,3
**390,000** 138:9

---

**4**

**4** 4:13 21:14,15
37:16,17 109:16
110:17 117:17
197:8 219:11
**4,362.82** 278:11
**4,777,353** 278:7
**4,960** 42:21
**4.5** 87:12 88:3
**4/10/2012** 5:12
**4/16/2012** 5:13
**4/19/2012** 5:15,16
**4/26/2012** 5:17,18
**4/27/2012** 5:19
**4/5/2012** 5:11
**4:00** 281:10
**4:02** 46:24
**4:12** 281:13
**4:20** 290:13,15
**40** 6:15 230:13,15
259:5 260:13
**400,000** 202:3
203:8
**41** 4:17 6:16 232:18
232:19
**4120** 3:4
**413** 189:11
**419** 189:20
**42** 6:17 234:9,10
**422** 243:7
**43** 6:18 238:3,5
**44** 6:19 240:20,21
**440,000** 178:1
**45** 4:18 6:20 220:2

242:18,19
**45,000** 158:13
**45,027** 157:23
**450,000** 255:15
256:10,18
**46** 6:21 244:13,15
**461** 109:25
**462** 113:6 114:7
124:22
**464** 117:11
**468** 118:18
**469** 3:5
**47** 6:22 251:9,10
**470** 119:21
**472** 121:16 125:22
126:3
**473** 122:15
**474** 125:7
**48** 6:23 261:20,23
**480** 160:19
**483** 162:19
**49** 6:24 11:12
265:23,25 266:8
**499** 33:15
**4D** 38:15 174:22
177:12 187:10

---

**5**

**5** 4:14 23:9,10
88:14 90:11 93:4
93:15 94:3,18
110:17 120:4,23
141:18 142:4
143:21 191:17
**5.6** 215:4 222:17
**5/14/2-2013** 6:15
**50** 7:4 118:15
257:19 272:5,7
275:12
**50,000** 156:22
157:21,24 158:9
159:1 168:6 243:8
243:21 244:7
247:12 257:15,17
**500** 34:11
**500,000** 162:20,23
188:23 238:13

**501** 34:24
**502** 35:11
**504** 35:16
**508** 36:15
**51** 7:5 273:23
275:13 276:8
**514** 9:25
**518** 37:9
**52** 4:19 7:7 275:7
275:21 276:23
277:2 280:17
**534** 263:2,3
**5353** 248:19
**54** 4:20
**557-9391** 3:5
**5618** 158:2
**57** 273:22 275:8,24
276:7
**579** 140:8
**580,000** 224:11
278:13
**580,263.04** 278:14
**59** 4:21
**590,000** 247:18
**5A** 88:24
**5B** 88:11

---

**6**

**6** 4:15 18:14 25:15
28:3,4 93:2 94:22
110:18 119:7
146:14 245:6
258:5
**6,300** 243:21
**6,380.96** 243:15
**6:00** 141:24
**60** 117:4
**600,000** 286:4
**62** 124:17 125:3
**645** 157:18

---

**7**

**7** 4:16 18:10 32:13
32:14 33:10
109:15 191:17,17
225:11 260:25
**7,000** 125:16,20

**7.5** 89:2,16,24
**7/1/2013** 6:18
**7/22/2011** 4:13
21:24
**7:02** 28:11
**74** 125:8
**75** 5:5
**75202** 3:4
**766** 267:3
**796** 268:17
**797** 268:15,16

---

**8**

**8** 4:17 18:5 28:10
41:13,14 45:5
111:8 122:24
123:9,21 221:19
266:11 270:24
271:21
**8,000** 125:19
**8/1/201** 5:22
**8/22/2012** 5:23
**8/23/2012** 6:5
**8/9/4/2012** 6:6
**80,000** 164:24,25
165:7,23 167:5
221:21 261:10
**800,000** 165:1,2
**817** 268:13 269:9
**824** 269:14,15
**8423** 202:7
**86,278.75** 225:14

---

**9**

**9** 4:5,18 17:1 31:14
33:11 45:19,20
46:2 48:16 99:8
99:13 119:1 201:5
202:22 204:3,9,14
222:14 274:17
**9.2** 195:19,24
196:14 201:20
202:16 203:3
**9.5** 220:4,8
**9.6** 205:11
**9/24/2013** 6:17
**9/8/2015** 6:24

**9:49** 2:19 8:2,10
**90** 160:4 282:2
  284:3
**90-day** 261:18
**90027** 137:11
**90049** 10:1
**90067** 8:12
**901** 3:4
**92675** 3:14
**949** 3:15
**95** 226:5
**969** 99:25
**97** 5:6
**970** 101:6,10
  103:17
**971** 103:6,19
**972** 106:19
**973** 106:8
**981** 15:4
**982** 16:6
**986** 16:13
**994** 16:21
**995** 17:9,10
**998** 17:23
**9th** 257:22