# EXHIBIT K

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,              New York, N.Y.

 4              v.                          16 Cr. 0746(PKC)

 5   DAVID BERGSTEIN,

 6                  Defendant.

 7   ------------------------------x
                                            February 15, 2018
 8                                          10:10 a.m.
     Before:
 9
                     HON. P. KEVIN CASTEL,
10
                                            District Judge
11
                              APPEARANCES
12
     GEOFFREY S. BERMAN
13        Interim United States Attorney for the
          Southern District of New York
14   BY:  EDWARD IMPERATORE
          ROBERT ALLEN
15        ELISHA KOBRE
              Assistant United States Attorneys
16
     BIENERT, MILLER & KATZMAN, PLC
17        Attorneys for Defendant
     BY:  THOMAS H. BIENERT, JR.
18        ANTHONY R. BISCONTI

19   SATTERLEE STEPHENS LLP
          Attorneys for Defendant
20   BY:  ANDREW L. FISH

21           - also present -

22   Ellie Sheinwald, U.S. Paralegal Specialist
     Sarah Emmerick, U.S. Paralegal Specialist
23   Caroline Howland, Defense Paralegal Specialist

24   SA Shannon Bieniek, FBI

25
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

WF0018037

```
 1   Technologies and I met him many times during my 13-year
 2   employment there.
 3   Q.  Generally speaking, what did Dr. Swartz do for a living?
 4   A.  Well, he was -- he is scientist and engineer who developed
 5   the basic patents which enable the handheld laser scanner.
 6           THE COURT:  Move on.  Move on, Mr. Imperatore.
 7           MR. IMPERATORE:  Yes, your Honor.
 8   Q.  Did there come a time when you went to work for Dr. Swartz
 9   personally, putting aside the work that you did at Symbol?
10   A.  Yes.  Soon after I left Symbol in May of 2001, I started a
11   relationship with Dr. Swartz within weeks of leaving Symbol
12   Technologies.
13   Q.  After you left Symbol, what type of work have you done for
14   Dr. Schwartz over the years.
15   A.  Well, I have prepared his personal return and the return
16   for his family partnerships, his childhood trusts, his sports
17   foundation.
18   Q.  When you say prepared his return, you are referring to a
19   tax return?
20   A.  Yes.
21   Q.  Now focusing on the period roughly 2002 through the
22   present, how often have you been interacted with him roughly?
23   A.  From 2002 to 2004 it might have been once a month.  June,
24   July 2004 to present date is almost weekly.
25   Q.  On what types of issues do you deal with him?
```

WF0018139

1        It goes on to say, Swartz IP is entering into this
2   funding agreement and will use a portion of the funds to make
3   investments in certain targets we have identified.
4        Now, did Swartz IP ever have any of Jerry Swartz's
5   money in it?
6   A.   No.
7   Q.   When it refers here to identifying certain targets down
8   here in the second paragraph, did Dr. Swartz and Mr. Bergstein
9   identify any targets together?
10  A.   To my knowledge, no.
11  Q.   Up at the top it refers to "holding the interests that
12  Jerry and I have together."
13       As of November 17th, 2011, did Mr. Bergstein and
14  Dr. Swartz hold any interests together?
15  A.   No.
16  Q.   What was your reaction to seeing that this entity, Swartz
17  IP, had Dr. Swartz's last name in?
18  A.   I was very unpleasantly surprised.
19  Q.   Why?
20  A.   Well, we had communicated to Mr. Bergstein earlier that
21  year -- I believe it was in August -- in an e-mail exchange
22  that Dr. Swartz's name should not be used in the name of any
23  company formed by Mr. Bergstein.
24  Q.   Why at that point did you not want Dr. Swartz's name in any
25  company associated with Mr. Bergstein?

```
 1   A.   Well, I didn't believe in Mr. Bergstein was a trustworthy
 2   individual and I didn't want Dr. Swartz to be associated with
 3   him in any way.
 4   Q.   After you received this e-mail, did you speak with Mr.
 5   Bergstein?
 6   A.   Yes.
 7   Q.   In person or over the phone?
 8   A.   Over the phone.
 9   Q.   Who called whom?
10   A.   I believe I called him.  He may have called me.
11   Q.   Why did you speak with Mr. Bergstein?
12   A.   Well, to review the terms of the attached documents and
13   also to restate our request to him that Jerry's name was not be
14   used in the name of the company.
15   Q.   Now, during that call did Mr. Bergstein indicate whether
16   Swartz IP had any money in it at that time?
17   A.   No.
18   Q.   Did Mr. Bergstein say anything about Swartz IP holding any
19   money or assets of Jerry Swartz's?
20   A.   No.
21   Q.   Did Mr. Bergstein ask Dr. Swartz to contribute any money?
22   A.   No.
23   Q.   Did Mr. Bergstein ask you to be the chief financial officer
24   or CFO of Swartz IP?
25   A.   No.
```

Case 2:15-cv-06633-CAS-SS Document 403-42 Filed 04/10/19 Page 6 of 24 Page ID #:9977
Case 1:16-cv-06399-CAS-SS Document 403-42 Filed 04/10/19 Page 6 of 24 Page ID #:9977
I2F6BER3                    King-direct

1273

1  your presence?
2  A.  Yes.  Because we met at that time on a weekly basis, and I
3  presented these documents out for him and then reviewed it with
4  him at our next meeting.
5  Q.  What did that signify when are Dr. Swartz crossed out his
6  name, Swartz, in the name Swartz IP Services Group?
7  A.  Again, it emphasized that he did not want his name to be
8  used in the name of any company formed by Mr. Bergstein.
9  Q.  Why not?
10  A.  Well, for the same reasons that I didn't want Mr. Bergstein
11  to use his name, that we didn't want Dr. Swartz to be
12  associated with Mr. Bergstein in this regard.
13  Q.  Was this ultimately communicated to Mr. Bergstein that
14  Dr. Swartz's name should not be used in any company name of Mr.
15  Bergstein's?
16  A.  Yes.  We communicated that previously and he acknowledged
17  that and he acknowledged it again shortly after receipt of this
18  document.
19  Q.  Now, did Dr. Swartz have any involvement in or association
20  with something called Swartz IP Services Group, Inc.?
21  A.  No.
22  Q.  Did Dr. Swartz sign any documents on behalf of Swartz IP?
23  A.  No.
24  Q.  Did you?
25  A.  No.

WF0018159