# EXHIBIT L

Kiarash Jam, 30(B)(6)                                    03-28-19

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THE WIMBLEDON FUND, SPC (CLASS    )
TT),                              )
                                  )
              PLAINTIFFS,         )
                                  )
      VS.                         ) CASE NO.
                                  ) 2:15-CV-6633-CAS-ASJWx
                                  )
                                  )
GRAYBOX LLC; INTEGRATED           )
ADMINISTRATION; EUGENE SCHER, AS  )
TRUSTEE OF BERGSTEIN TRUST; AND   )
CASCADE TECHNOLOGIES CORP,        )
                                  )
              DEFENDANTS.         )
_____)

VIDEOTAPED DEPOSITION OF KIARASH JAM, 30(B)(6)

TAKEN ON

THURSDAY, MARCH 28, 2019

Sandra Mitchell
C.S.R. 12553

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4    THE WIMBLEDON FUND, SPC (CLASS    )
      TT),                             )
 5                                     )
               PLAINTIFFS,   )
 6                                     )
          VS.           ) CASE NO.
 7                      ) 2:15-CV-6633-CAS-ASJWx
                        )
 8    GRAYBOX LLC; INTEGRATED        )
      ADMINISTRATION; EUGENE SCHER, AS )
 9    TRUSTEE OF BERGSTEIN TRUST; AND   )
      CASCADE TECHNOLOGIES CORP.,     )
10                                     )
               DEFENDANTS.   )
11    _____)
12
13
14
15
16        VIDEOTAPED DEPOSITION OF KIARASH JAM, 30(B)(6) taken on
17    behalf of the Plaintiff, at 10100 Santa Monica Boulevard,
18    13th Floor, Los Angeles, California, commencing at
19    9:57 a.m., Thursday, March 28, 2019, before Sandra Mitchell,
20    C.S.R. 12553, pursuant to Notice.
21
22
23
24
25
```

Page 3

```
 1    APPEARANCES:
 2    For the Plaintiffs, THE WIMBLEDON FUND, SPC (CLASS TT):
 3       COLE SCHOTZ
         BY:  JAMES W. WALKER, ESQ.
 4       901 MAIN STREET, SUITE 4120
         DALLAS, TEXAS 75202
 5       (469) 557-9391
         E-MAIL: JWALKER@COLESCHOTZ.COM
 6
 7    For the Plaintiffs, THE WIMBLEDON FUND, SPC (CLASS TT):
 8       COLE SCHOTZ
         BY:  ERIC S. LATZER, ESQ.
 9       COURT PLAZA NORTH
         25 MAIN STREET
10       HACKENSAK, NEW JERSEY 07601
         E-MAIL: ELATZER@COLESCHOTZ.COM
11
12    For the Defendants, KIARASH JAM:
13       LAW OFFICE OF DAVID WIECHERT
         BY:  WILLIAM J. MIGLER, ESQ.
14       27136 PASEO ESPADA, SUITE B1123, ESQ.
         SAN JUAN CAPISTRANO, CALIFORNIA 92675
15       (949) 361-2822
         E-MAIL: WILLIAM@DAVIDWIECHERT.COM
16
17
18    Also Present:
         BRANDON CAHELA, VIDEOGRAPHER
19
20
21
22
23
24
25
```

Page 4

```
 1                    I-N-D-E-X
 2    WITNESS
 3    KIARASH JAM
 4                        PAGE
 5       EXAMINATION BY MR. LATZER        8
 6
 7         E X H I B I T S
 8    NUMBER         DESCRIPTION          PAGE
 9    EXHIBIT 1  - Notice of Rule 30(B)(6), deposition    8
                  of defendant Integrated
10                Administration.
11    EXHIBIT 2  - Corporate Documents for Integrated    10
                  Administration
12
13    EXHIBIT 3  - List of Wire Transfers          37
14    EXHIBIT 4  - E-mail - November 17, 2011        44
15    EXHIBIT 5  - E-mail - November 23rd, 2011       48
16    EXHIBIT 6  - E-mail - November 29, 2011        66
17    EXHIBIT 7  - E-mail - February 2nd, 2012       71
18    EXHIBIT 8  - E-mail - March 6, 2012          75
19    EXHIBIT 9  - E-mail - March 13, 2012          79
20    EXHIBIT 10 - E-mails - April 13, 2012, April 14,   83
                  2012
21    EXHIBIT 11 - E-mail - May 30th, 2012          87
22    EXHIBIT 12 - E-mail - July 2nd, 2012          89
23
24
25
```

Page 5

```
 1         I N D E X (Continued)
 2           E X H I B I T S
 3
 4    NUMBER         DESCRIPTION          PAGE
 5    EXHIBIT 13 - Chart of Money Transfers        96
 6    EXHIBIT 14 - Chart of Money Transfers        111
 7    EXHIBIT 15 - Chart of Money Transfers        118
 8    EXHIBIT 16 - Chart of Money Transfers        126
 9    EXHIBIT 17 - Chart of Money Transfers        131
10    EXHIBIT 18 - Select TT Recipient Entities     137
11    EXHIBIT 19 - PERIODIC PAYMENTS TO KIARASH, K.JAM  138
12    EXHIBIT 20 - Integrated Administration Invoices   152
                  to Sovrin
13
14    EXHIBIT 21 - Payroll Summary              172
15    EXHIBIT 22 - Barnes Law Firm Letter - 2/7/2012   197
16    QUESTIONS INSTRUCTED NOT TO ANSWER
17          (NONE)
18
19       INFORMATION REQUESTED
20          (NONE)
21
22
23
24
25
```

Kiarash Jam, 30(B)(6)                                              03-28-19

---

Page 6

| | |
|---|---|
| 00:00:01 | 1   LOS ANGELES, CALIFORNIA, THURSDAY, MARCH 28, 2019 |
| | 2              AT 9:57 A.M. |
| | 3 |
| | 4        THE VIDEOGRAPHER:  Good morning.  We are on the |
| 09:59:32 | 5   record.  My name is Brandon Cabela.  I'm a notary |
| | 6   public, contracted by eLitigation Services. |
| | 7        I am not financially interested in this action, |
| | 8   nor am I a relative or employee of any of the attorneys |
| | 9   or any of the parties. |
| 09:59:45 | 10       Today is March 28, 2019, and the time is |
| | 11  approximately 9:57 a.m.  This video deposition being |
| | 12  taken at 10100 Santa Monica Boulevard on the 13th floor, |
| | 13  Los Angeles, California 90067. |
| | 14       The name of the case is the Wimbledon Fund |
| 10:00:11 | 15  versus Graybox LLC, filed in the United States District |
| | 16  Court, Central District of California, Western Division. |
| | 17       The Case No. is CV-6633-CAS-AJWx.  This is |
| | 18  Volume 2 in the videotaped deposition of Mr. Kia Jam, |
| | 19  and this deposition today is being taken by attorney |
| 10:00:39 | 20  Eric S. Latzer. |
| | 21       Would the attorneys introduce themselves and |
| | 22  state who you represent. |
| | 23       MR. LATZER:  Eric Latzer for the Plaintiff. |
| | 24       MR. WALKER:  Jim Walker for plaintiff. |
| 10:00:52 | 25       MR. MIGLER:  William Migler for defendant. |

Page 7

| | |
|---|---|
| 10:00:54 | 1        THE VIDEOGRAPHER:  Thank you.  We are ready to |
| | 2   proceed.  The court reporter today is Sandi Mitchell |
| | 3   with eLitigation Services.  Would the reporter please |
| | 4   swear in the witness so we can begin. |
| 10:01:01 | 5        THE REPORTER:  Please raise your right hand. |
| | 6        Do you solemnly swear in the cause |
| | 7        now pending to tell the truth, the |
| | 8        whole truth, and nothing but the |
| | 9        truth, so help you God? |
| 10:01:09 | 10  THE WITNESS:  Yes, I do. |
| | 11  THE REPORTER:  Thank you very much. |
| | 12       KIARASH JAM, |
| | 13       having been duly sworn, |
| | 14       was examined and testified as follows: |
| 10:01:09 | 15 |
| | 16       EXAMINATION |
| | 17  BY MR. LATZER: |
| | 18  Q   Good morning, Mr. Jam. |
| | 19  A   Good morning to you, sir. |
| 10:01:15 | 20  Q   You were deposed yesterday in your individual |
| | 21  capacity; is that correct? |
| | 22  A   Yes, sir. |
| | 23  Q   And you understand that today you're being |
| | 24  deposed in your capacity as a corporate representative |
| 10:01:24 | 25  for the defendant Integrated Administration? |

Page 8

| | |
|---|---|
| 10:01:27 | 1   A   That is correct. |
| | 2   Q   Okay.  I've placed in front of you what I've |
| | 3   marked as Exhibit 1. |
| | 4        (Exhibit 1 was marked for |
| 10:01:34 | 5        identification by the Court Reporter |
| | 6        and is attached hereto.) |
| | 7   BY MR. LATZER: |
| | 8   Q   And Exhibit 1 is the Notice of Rule 30(B)(6), |
| | 9   deposition of defendant Integrated Administration. |
| | 10       Have you seen this document before? |
| 10:01:48 | 11  A   I don't know.  I don't think so. |
| | 12  Q   Okay.  I'm going to ask you to turn to page 2. |
| | 13  A   Yes, sir. |
| | 14  Q   And just to be clear, it's the one that's |
| 10:02:06 | 15  No. 2.  It's actually page 3 of the document.) |
| | 16  A   Oh. |
| | 17  Q   I think you're on the right page.  It says |
| | 18  "Topics" at the bottom. |
| | 19  A   Yes, but it says "2" on the bottom. |
| 10:02:15 | 20  Q   Right.  That's the one I want you to look at -- |
| | 21  A   Okay.  Okay. |
| | 22  Q   So the instructions are unclear. |
| | 23  A   Okay.  Thank you. |
| | 24  Q   So beginning on the bottom of that page where |
| 10:02:20 | 25  it says, "Topics," and then continuing on to the next |

Page 9

| | |
|---|---|
| 10:02:23 | 1   page, there are 14 listed topics. |
| | 2        Do you see that? |
| | 3   A   Yes, I do. |
| | 4   Q   Okay.  Have you seen this list of topics |
| 10:02:34 | 5   before? |
| | 6   A   I don't know. |
| | 7   Q   Okay.  Why don't you take a minute to look at |
| | 8   those 14 topics. |
| | 9   A   Okay.  Okay. |
| 10:03:21 | 10  Q   Okay.  You had a chance to review those topics? |
| | 11  A   Yes. |
| | 12  Q   And my question is, are you prepared to discuss |
| | 13  these topics with me today? |
| | 14  A   I'll answer any questions you ask me. |
| 10:03:31 | 15  Q   Okay.  Let's talk about Integrated |
| | 16  Administration.  You testified yesterday that it was a |
| | 17  company that, as you said, was set up to pay people and |
| | 18  payroll; is that correct? |
| | 19  A   That's part what I did, yes. |
| 10:03:42 | 20  Q   Okay.  And I believe you also testified that |
| | 21  Integrated Administration only provided services for |
| | 22  companies and individuals with which you or |
| | 23  Mr. Bergstein was affiliated; is that correct? |
| | 24  A   That's my recollection.  Yes. |
| 10:03:55 | 25  Q   Okay. |

3  (Pages 6 to 9)

```
                                         Page 10
10:03:56   1      A   Is this done?
           2      Q   Yeah.  You can set it to the side like you did
           3   yesterday.
           4          I'm going to show you what's been marked as
10:04:04   5   Exhibit 2.
           6          (Exhibit 2 was marked for
           7           identification by the Court Reporter
           8           and is attached hereto.)
           9   BY MR. LATZER:
10:04:10  10      Q   And if you can let me know when you've had a
          11   minute to look through that document.
          12      A   Okay.
          13      Q   Are you able to describe for me, generally,
          14   what this exhibit consists of?
10:04:38  15      A   The corporate documents for Integrated
          16   Administration.  The California company.
          17      Q   Okay.  Now what prompted you to a establish
          18   Integrated Administration?
          19      A   Uh, David and -- and I were going to be
10:04:55  20   co-officing together.  He asked that I set up a company
          21   that would handle payroll and overhead services, and
          22   that he would fund it, and I did.
          23      Q   So the first page of this exhibit is --
          24   at the top you see a Statement of Information.
10:05:14  25          Do you see that?
```

```
                                         Page 11
10:05:14   1      A   Yes, I do.
           2      Q   Okay.  And on the bottom right of the page, is
           3   that your signature?
           4      A   Yes, it is.
10:05:23   5      Q   Okay.  And did you sign this document on or
           6   about August 16, 2011?
           7      A   I -- I signed it.  I don't remember when I
           8   signed it.  It makes sense that it would been on -- on
           9   or around that day.
10:05:36  10      Q   Okay.  And what did you understand this
          11   document to do?
          12      A   As part of the corporate formation documents
          13   that needed to be filled out to start a company.
          14      Q   Okay.  And did you have any assistance in
10:05:48  15   establishing Integrated Administration?
          16      A   I don't remember.  Maybe I used one of those
          17   companies that set up companies for you.  I don't
          18   remember.
          19      Q   Okay.  Do you recall whether you had a lawyer
10:05:58  20   assist you in the process?
          21      A   I don't recall, actually.
          22      Q   Okay.  Now you see to the left on the first
          23   page here, No. 5 says "Chief Executive Officer."
          24          Do you see that?
10:06:12  25      A   Yes, I do.
```

```
                                         Page 12
10:06:13   1      Q   Okay.  And your name is listed there?
           2      A   Yes, sir.
           3      Q   So you were appointing yourself as the chief
           4   executive officer of Integrated Administration?
10:06:21   5      A   That's correct.
           6      Q   And No. 6 says "Secretary"?
           7      A   That is correct.
           8      Q   And you were appointing yourself as the
           9   secretary of the Integrated Administration?
10:06:29  10      A   That's correct.
          11      Q   And No. 7 states "Chief Financial Officer."
          12   And you appointed yourself as the chief financial
          13   officer of Integrated Administration?
          14      A   That's correct.
10:06:39  15      Q   And just continuing down, No. 8 is under the
          16   section that states, "Names and complete address of all
          17   directors including directors who are also officers."
          18          Did I read that correctly?
          19      A   Yes, you did, sir.
10:06:56  20      Q   Okay.  And next to No. 8, it says your name.
          21          Do you see that?
          22      A   Yes, sir.
          23      Q   Okay.  So you were appointing yourself a
          24   director of Integrated Administration?
10:07:03  25      A   Yes, sir.
```

```
                                         Page 13
10:07:03   1      Q   And you were the only director of the company?
           2      A   Yes, sir.
           3      Q   Did that change at any time?
           4      A   No, sir.
10:07:09   5      Q   Okay.  And throughout it's -- well, strike
           6   that.
           7          Was there any point in time where you weren't
           8   the chief executive officer of the company?
           9      A   No, sir.
10:07:20  10      Q   And was there any point in time where you
          11   weren't the secretary of the company?
          12      A   No, sir.
          13      Q   And was there any point in time where you
          14   weren't the chief financial officer the company?
10:07:32  15      A   No, sir.
          16      Q   Let's turn to the second page of the exhibit,
          17   and I'm going to refer you --
          18      A   Seventy-eight, I think?
          19      Q   Yes.  Like Mr. Walker did yesterday, I will, at
10:07:52  20   times, refer you to the Bates numbers in the bottom
          21   right-hand corner of the documents.
          22      A   No, problem.
          23      Q   So am I correct that this is another Statement
          24   of Information?
10:08:02  25      A   Um, yes, it is.
```

4 (Pages 10 to 13)

Kiarash Jam, 30(B)(6)                                           03-28-19

---

Page 14

10:08:05  1      Q   Okay.  The date on the top right says August
          2   25th, 2017.
          3      Do you see that?
          4      A   Yes, sir.
10:08:14  5      Q   Now, on the bottom right there's a place for
          6   your signature.
          7      Do you see that?
          8      A   Uh-huh.  Yes, I do.
          9      Q   And this does not appear to have been signed;
10:08:23 10   is that correct?
         11      A   That is correct.
         12      Q   Do you know whether you -- there ever came a
         13   point in time when you signed this document?
         14      A   I don't have any recollection of this.
10:08:30 15      Q   Okay.  Did you draft this document?
         16      A   Um, no.  I don't think so.
         17      Q   Do you know if someone did on your behalf?
         18      A   I don't know anything about this document.
         19      Q   You haven't seen this before?
10:08:45 20      A   I don't think so.
         21      Q   Okay.
         22      A   If I have, I don't recall.
         23      Q   Was it your understanding that a
         24   Statement of Information needed to be filed in 2017?
10:08:55 25      A   I -- I think I get something in the mail that

---

Page 15

10:08:58  1   says, you know, you have to file this.  I don't know if
          2   this is something that came in the mail.  I don't know.
          3   There's a service that sends them out, and I don't know.
          4      Q   Okay.  And if you can turn to page 3, it's the
          5   document that's Bates numbered 28.
10:09:08  6      A   Yes, sir.
          7      Q   Do you see that?  And this page consists of the
          8   Articles of Incorporation for Integrated Administration;
          9   is that correct?
10:09:20 10      A   That is correct.
         11      Q   Okay.  So this was another document you filed
         12   for the purposes forming the company?
         13      A   That is correct.
         14      Q   Now, if I could direct you to No. 3, it states,
10:09:30 15   "The name and address and the state of the corporation's
         16   initial agent for service of process is," and then
         17   there's an individual listed there.  It's -- I'm not
         18   sure if I'm pronouncing this correctly, but Homoyan
         19   Forman (sic)?
10:09:42 20      A   Houmayoon Poormand, yes.
         21      Q   Okay.  Now, who is that individual?
         22      A   He's my uncle.
         23      Q   He's your uncle.  Okay.  So you were designated
         24   him -- designating him as the agent for service of
10:09:52 25   process for Integrated Administration?

---

Page 16

10:09:53  1      A   Yeah.  He was initially done, and then I think
          2   a couple of weeks later he was removed.
          3      Q   Okay.  And do you know who the agent of service
          4   of process became when he was removed?
10:10:02  5      A   Either myself or Majid, probably.
          6      Q   Okay.
          7      A   I don't know exactly, but either myself or
          8   Majid.
          9      Q   Okay.  Now, if I can direct you to the page at
10:10:15 10   the Exhibit Bates No. 7?
         11      A   Okay.
         12      Q   Now, do you agree with me that the pages Bates
         13   No. 7 through 13 consists of the bylaws for Integrated
         14   Administration?
10:10:38 15      A   Yes.
         16      Q   Do you know if these bylaws were issued at the
         17   time the company was formed, in or around August 201?
         18      A   I don't know.
         19      Q   Okay.  If I can refer you to the next page, 14,
10:11:03 20   and this is the Certificate of Secretary of Integrated
         21   Administration.
         22      Do you see that?
         23      A   Yes, I do.
         24      Q   Okay.  And that's your signature there?
10:11:11 25      A   Yes, sir.

---

Page 17

10:11:11  1      Q   Okay.  And was this, as you understood, another
          2   document that was necessary to establish the company?
          3      A   Yes, sir.
          4      Q   Okay.  And the next page, 15.
10:11:20  5      A   I don't know if this was necessary to establish
          6   the company, but this is part of the corporate
          7   documents.  I don't know specifically what the
          8   requirements to establish a company are.
          9      Q   Okay.  Okay.  And the next page, 15?
10:11:31 10      A   Okay.
         11      Q   This page is entitled, "The resolutions adopted
         12   by the incorporator of Integrated Administration."
         13      A   Okay.
         14      Q   And if I can direct you to the -- toward the
10:11:42 15   bottom right, there's an individual identified as Arial
         16   C. Ayaay --
         17      A   Uh-huh.
         18      Q   -- incorporator.
         19      Do you see that?
10:11:52 20      A   Yes, I do.
         21      Q   Who is that?
         22      A   Probably the service that was used to set up
         23   the company.  I don't know who that person is, but
         24   that's what would I guess based on this document.
10:12:00 25      Q   Okay.  And this document isn't signed?

---

Page 18

| | | |
|---|---|---|
| 10:12:03 | 1 | A  This document is not signed. |
| | 2 | Q  Okay.  If you turn to page 19? |
| | 3 | A  Yes, sir.  Page 19 or stamp 19? |
| | 4 | Q  Stamp 19? |
| 10:12:18 | 5 | A  Okay.  Great.  Yes, sir. |
| | 6 | Q  Now this document identifies K.Jam Media, Inc. |
| | 7 | as owning 100 shares of Integrated Administration; is |
| | 8 | that correct? |
| | 9 | A  Yes, it does. |
| 10:12:33 | 10 | Q  Now, is it your understanding K.Jam Media, Inc. |
| | 11 | owned all of the shares of Integrated Administration? |
| | 12 | A  Yes, sir. |
| | 13 | Q  Okay.  And K.Jam Media, Inc. is another one of |
| | 14 | your companies? |
| 10:12:43 | 15 | A  Yes, sir. |
| | 16 | Q  Okay.  And you're the -- are the sole owner of |
| | 17 | K.Jam Media, Inc.? |
| | 18 | A  Yes, sir. |
| | 19 | Q  You own all the shares of that company? |
| 10:12:52 | 20 | A  Yes, you have. |
| | 21 | Q  Okay.  And if I could direct you to the page |
| | 22 | Bates No. 21? |
| | 23 | A  Yes, sir. |
| | 24 | Q  The name of this document is "Minutes of first |
| 10:13:22 | 25 | meeting of stockholders of Integrated Administration. |

Page 19

| | | |
|---|---|---|
| 10:13:24 | 1 | Do you see that? |
| | 2 | A  Yes, I do. |
| | 3 | Q  Okay.  And was it your understanding that |
| | 4 | Integrated Administration -- well, strike that. |
| 10:13:37 | 5 | Is it your signature on page 22 of this |
| | 6 | document? |
| | 7 | A  Yes, it is, sir. |
| | 8 | Q  Okay.  And following that, on page 23, you'll |
| 10:13:51 | 9 | see a document that's entitled "Waiver of Notice of |
| | 10 | Annual Meeting of Board of Directors of Integrated |
| | 11 | Administration"? |
| | 12 | A  Yes, sir. |
| | 13 | Q  Do you see that? |
| | 14 | A  Yes, I do. |
| 10:13:55 | 15 | Q  And that's your signature on that page? |
| | 16 | A  Yes, sir. |
| | 17 | Q  Okay.  What was your understanding regarding |
| | 18 | annual meeting -- meeting minutes for Integrated |
| | 19 | Administration? |
| 10:14:04 | 20 | A  Uh, that it's just a corporate formality. |
| | 21 | Q  Okay.  And you needed to account for that every |
| | 22 | year? |
| | 23 | A  I believe so.  I don't know specifically, but I |
| | 24 | believe so. |
| 10:14:15 | 25 | Q  Okay.  So we see for 2011 there was a waiver of |

Page 20

| | | |
|---|---|---|
| 10:14:20 | 1 | the notice of annual meeting minutes.  That was part of |
| | 2 | 23; is that correct? |
| | 3 | A  Yes. |
| | 4 | Q  Okay.  And on page 24 -- |
| 10:14:34 | 5 | A  Yes. |
| | 6 | Q  -- the document's entitled "Minutes of Annual |
| | 7 | Meeting of Board of Directors of Integrated |
| | 8 | Administration." |
| | 9 | Do you see that? |
| 10:14:41 | 10 | A  Yes, I do. |
| | 11 | Q  And that's your signature on that page? |
| | 12 | A  Yes, it is. |
| | 13 | Q  Okay.  Now yesterday you reviewed with |
| | 14 | Mr. Walker various corporate documents for K.Jam Media. |
| 10:14:57 | 15 | Do you recall that? |
| | 16 | A  Yes, I do. |
| | 17 | Q  Okay.  So now we've seen corporate formation |
| | 18 | documents for another one of your companies, Integrated |
| | 19 | Administration; is that correct? |
| 10:15:06 | 20 | A  Yes, you have. |
| | 21 | Q  Okay.  So as with K.Jam Media, at the time you |
| | 22 | established Integrated Administration, you were familiar |
| | 23 | with the fact that companies had officers -- |
| | 24 | A  Yes. |
| 10:15:17 | 25 | Q  -- is that correct?  Okay. |

Page 21

| | | |
|---|---|---|
| 10:15:17 | 1 | And you were familiar with and had personal |
| | 2 | experience with signing legal documents in connection |
| | 3 | with companies? |
| | 4 | A  A few.  If these are legal documents, yes. |
| 10:15:27 | 5 | Q  Okay.  Did you understand them to be legal |
| | 6 | documents when you signed them? |
| | 7 | A  I just knew them to be, you know, requirements |
| | 8 | to start a company. |
| | 9 | Q  Okay.  And you were familiar with designated |
| 10:15:35 | 10 | agents for service of process for companies? |
| | 11 | A  Yes. |
| | 12 | Q  Okay.  And you had personal experience with all |
| | 13 | of these things? |
| | 14 | A  Yes.  I know what a designated agent is. |
| 10:15:46 | 15 | Q  Okay.  Now is Integrated Administration still |
| | 16 | in existence? |
| | 17 | A  No.  I shut it down awhile ago, a year ago, |
| | 18 | something like that.  I don't remember when. |
| | 19 | Q  Okay.  What prompted you to shut it down. |
| 10:16:00 | 20 | A  It was inactive for years and then I finally |
| | 21 | shut it down. |
| | 22 | Q  Okay.  When was the last time it was active? |
| | 23 | A  I don't remember specifically when I shut it |
| | 24 | down, but it was probably a year and a half ago, a year |
| 10:16:12 | 25 | ago, something like that.  Maybe two years ago. |

Kiarash Jam, 30(B)(6)                                          03-28-19

Page 22

10:16:14  1    Q   That's when it stopped doing business?
         2    A   No, that's when I shut it down.
         3    Q   Okay.  When did it -- when did it stop doing
         4  business?
10:16:19  5    A   It stopped doing business when kind of the work
         6  that it was doing for Sovrin and the other entities came
         7  to end.
         8    Q   Okay.  And approximately when was that?
         9    A   I don't remember years.  A couple years ago,
10:16:33 10  five, six years ago, seven years ago.  I don't know
        11  exactly.
        12    Q   Okay.  Would you say 2012?
        13    A   I don't know when.  Somewhere --
        14    Q   Okay.
10:16:41 15    A   -- in that neighborhood.
        16    Q   Between 2012, 2013?  Does that sound right?
        17    A   As I said, I don't know.  Somewhere in that
        18  neighborhood.
        19    Q   Okay.
10:16:46 20    A   I don't know off the top of my head.
        21    Q   Now if you could turn the last page of what's
        22  been marked as Exhibit 2.
        23        Are you able to tell me what this is?
        24    A   Certificate of Dissolution.
10:17:04 25    Q   Okay.  And what do you understand that to be?

Page 23

10:17:05  1    A   This is how I shut the company down.
         2    Q   Okay.  So I'm correct that there was a time
         3  period of several years during which the company was not
         4  conducting business, but it was still an operating
10:17:19  5  entity?
         6    A   Yes.  Well, operating entity meaning I just
         7  paid the $800 a year.
         8    Q   It was still in existence?
         9    A   Yes.
10:17:26 10    Q   Okay.  And is there something particular -- in
        11  particular that prompted you to file a Certificate of
        12  Dissolution?
        13    A   No, I just was -- you know, I think there
        14  was -- one of the reasons I had kept it open was there
10:17:38 15  was some -- the investigations and -- and potential
        16  litigation that was going on.  Once that all got settled
        17  and went away, I didn't want to pay the $800 a year, an
        18  keep records and corporate documents, so I instructed
        19  Majid to shut it down.
10:17:54 20    Q   Okay.
        21    A   And he's told me what to do and how to do it,
        22  and I shut the company down.
        23    Q   Now, is it fair to say that at the -- that the
        24  time -- at the time that Integrated Administration
10:18:03 25  stopped conducting business was, was that at or around

Page 24

10:18:07  1  the time that, as you testified to yesterday, things
         2  went south with Mr. Bergstein?
         3    A   Yeah.  That's when the businesses that --
         4  that's when, you know, um, it just -- we -- we -- the --
10:18:17  5  the nature of the business changed.  David and I weren't
         6  working together anymore, the employees at Sovrin were
         7  no longer employees, and I think I had gone off on my
         8  own at that point, so the operation was just me and my,
         9  um, my assistant and -- and whatnot.
10:18:37 10    Q   Okay.  What do you mean by "the nature of
        11  business changed"?
        12    A   Well, Sovrin stopped working, and so there was
        13  no need for this company anymore because those employees
        14  were no longer employees, so I stopped using it.  Those
10:18:51 15  guys were no longer employees.
        16    Q   Okay.  And is -- is it your testimony that the
        17  only business that Integrated Administration was doing
        18  was with Sovrin?
        19    A   No, that's not what I said.  I just used that
10:19:03 20  as an example.
        21    Q   Okay.  So were other entities that -- with
        22  which or --
        23    A   There were other people that were on the --
        24    Q   Let me just finish.
10:19:09 25    A   Oh, I'm sorry.

Page 25

10:19:09  1    Q   Were there other entities with which Integrated
         2  Administration stopped doing business around that time?
         3    A   There was employees that were working on many
         4  other projects, and they ceased to become employees at
10:19:20  5  that time, so --
         6    Q   And this was -- this was all around the time
         7  that things went south with Mr. Bergstein?
         8    A   It was right around the time that, um -- I
         9  don't know necessarily it was around that time that things
10:19:32 10  went south, but it was right around the time where the
        11  nature of what David was doing, vis-a-vis Integrated
        12  Administration, changed.
        13    Q   All right.  And what exactly was your
        14  understanding of what David was doing with Integrated
10:19:47 15  Administration at that time?
        16    A   David was doing deals, working on many
        17  transactions.  He was the guy who was the primary funder
        18  of Integrated Administration.  He was arranging funding
        19  to pay for people.  He would advance expenses for deals
10:20:01 20  and then get paid back if he had advanced deals.  He
        21  then set up another company called Cyrano, which I spoke
        22  to you about yesterday.  And the people that worked
        23  closely with him went on Cyrano payroll and started
        24  working at that company, and I had -- I was not a part
10:20:17 25  of that company officially.

7 (Pages 22 to 25)

Kiarash Jam, 30(B)(6)                                           03-28-19

---

Page 26

10:20:21  1    Q   So it's your position is that Mr. Bergstein was
2   doing all of that for your company, Integrated
3   Administration?
4       A   He was doing that for IA, yes.
10:20:30  5    Q   Okay.  Now, if I could direct you back to page
6   43 of Exhibit 1.
7       A   Okay.
8       Q   I'm sorry, Exhibit 2.
9           Is that your signature on bottom there?
10:20:41  10     A   Yes, it is.
11     Q   And you signed this on or about July 1st, 2018?
12     A   Yes, sir.
13     Q   And you signed it under the penalty of perjury?
14     A   Yes, sir.
10:20:49  15     Q   Okay.  So is everything in this document true
16   and accurate to the best of your knowledge?
17     A   Yes, sir.
18     Q   Okay.  And let's look at, um, Section 5 of this
19   document entitled "Required Statements."
10:21:11  20         Do you see that?
21     A   Yes, I do.
22     Q   Okay.  Has Integrated Administration been
23   completely wound up and dissolved?
24     A   As -- I think this was the last thing to do
10:21:21  25   that, yeah.

---

Page 27

10:21:22  1    Q   Okay.  And as of the time that you signed this
2   document, had all final returns required under the
3   California Revenue and Taxation Code been filed or were
4   to be filed with the California Franchise Tax Board?
10:21:37  5    A   I believe so.
6    Q   And had the known assets of Integrated
7   Administration had been distributed to persons entitled
8   to them, or to the corporation, or had the corporation
9   acquired no known assets?
10:21:47  10    A   Um, I believe so.  I don't know what assets I
11   would have had.
12    Q   Okay.  As far -- you knew that -- did IA have
13   any assets at time it was dissolved?
14    A   Um, I don't think so.
10:22:01  15    Q   Okay.  Now yesterday, with Mr. Walker, you
16   discussed a transaction which the plaintiff in this
17   matter, Class TT, transferred to Swartz IP,
18   $17.7 million.
19        Do you recall that?
10:22:24  20    A   Yes, I do.
21    Q   Okay.  And just to be clear, by Swartz IP, I'm
22   referring to both Swartz IP Services Group and Advisory
23   IP Services.
24    A   Okay.
10:22:34  25    Q   Do you understand that?

---

Page 28

10:22:36  1    A   Yes, I do.  Thank you.
2    Q   Okay.  And the money that was transferred to
3   Swartz IP, that was referred to pursuant to the note
4   purchase agreement that you signed on behalf Swartz IP
10:22:47  5   in your capacity as Swartz IP's vice-president; is that
6   correct?
7    A   I understand that that document was
8   instrumental in the transfer.  He -- your colleague made
9   that clear yesterday.
10:22:57  10    Q   Okay.  And are you aware that Integrated
11   Administration received more than $2 million in payments
12   from Swartz IP in connection with this transaction with
13   Class TT?
14    A   Yesterday your colleague pointed out
10:23:08  15   transactions that were slightly north of a million, and
16   I'm sure there are other transfers, but I don't recall
17   any of those tracks specifically.
18    Q   Okay.  I'm going to show you what was
19   previously marked as Exhibit 40 in connection with
10:23:25  20   Mr. Majid Zarrinkelk's deposition.
21    A   Okay.  Do we need to share?
22        MR. LATZER:  Yes, I -- I don't have another
23   copy of it.
24        MR. MIGLER:  No problem.
25   ///

---

Page 29

10:23:41  1   BY MR. LATZER:
2    Q   And I'm going to direct you to a particular
3   transaction, but are you able to tell me, generally,
4   what this is?
10:23:48  5    A   It's a a Wells Fargo Bank statement for
6   Integrated Administration, August 11th to August 24th of
7   2011.
8    Q   Okay.  So this exhibit consists of additional
9   bank statements as well.
10:24:04  10        Do you see on --
11    A   Yes, I see that.
12    Q   Okay.  And to -- just to narrow our focus here,
13   do you see on the top right of the first page there it
14   says, "Page 2 of 127"?
10:24:22  15    A   I do.
16    Q   So I'm going to refer to those page numbers
17   when we look at this document.
18    A   Okay.  No problem.
19    Q   And -- and you agree with me that these are
10:24:28  20   bank statements for Integrated Administration's account
21   ending in 12578?  And the first statement is, as you've
22   described before, for the period of time between
23   August 11th, 2011 and August 24th, 2011?
24    A   I do.
10:24:42  25    Q   Okay.  And the last statement in this exhibit

---

8  (Pages 26 to 29)

Kiarash Jam, 30(B)(6)                                    03-28-19

Page 30

| 10:24:45 | 1 | is from -- |
|---|---|---|
| | 2 | A   March 1st to March 31st, 2014. |
| | 3 | Q   Okay.  Thank you. |
| | 4 | Okay.  Let's take a look at page 17. |
| 10:25:07 | 5 | A   Okay.  No problem. |
| | 6 | Q   Before I direct you to a particular |
| | 7 | transaction, were you a signatory for this account? |
| | 8 | A   Yes, I was. |
| | 9 | Q   Okay.  Did you establish this account? |
| 10:25:21 | 10 | A   Yes.  Either Majid or I did. |
| | 11 | Q   Okay. |
| | 12 | A   Majid would typically open the bank accounts. |
| | 13 | Q   Okay.  Now, on page 17, I want to direct you to |
| | 14 | the transaction at the bottom 11/23. |
| 10:25:35 | 15 | A   Okay. |
| | 16 | Q   It's the first of the transactions dated 11/23. |
| | 17 | A   Okay. |
| | 18 | Q   And it reflects a deposit into Administrate -- |
| | 19 | into Integrated Administration's account for $150,000 |
| 10:25:52 | 20 | from Swartz IP Services Group, Inc. |
| | 21 | Do you see that? |
| | 22 | A   I do. |
| | 23 | Q   What was this payment from Swartz IP to |
| | 24 | Integrated for? |
| 10:25:59 | 25 | A   I do not have any recollection about any of |

Page 31

| 10:26:02 | 1 | these individual transactions from back then. |
|---|---|---|
| | 2 | Q   Okay.  Do you know if Integrated Administration |
| | 3 | provided any goods or services to Swartz IP Services? |
| | 4 | A   Integrated Administration had 40 employees.  I |
| 10:26:21 | 5 | don't know in, on, or around this time, and David was |
| | 6 | doing a lot of work with Jerry Swartz, and I don't |
| | 7 | know what David was or wasn't doing.  Whatever he was |
| | 8 | doing, as far as I'm concerned, he was doing stuff for a |
| | 9 | multitude of companies, potentially including Swartz IP. |
| 10:26:35 | 10 | So that's my thought. |
| | 11 | Q   Okay.  Do you know if any of Integrated |
| | 12 | Administration's 40 employees were doing work for Swartz |
| | 13 | IP? |
| | 14 | A   I don't know what a lot of the employees were |
| 10:26:48 | 15 | doing.  I could tell you that there were 40 employees. |
| | 16 | Some were housed, not with us, at other places working |
| | 17 | on the medical billing.  So the medical billing was a |
| | 18 | business that uh, um, uh, was -- had a bunch of |
| | 19 | employees, and there was other things that David was |
| 10:27:02 | 20 | doing.  I don't know what some of David's people were working |
| | 21 | on.  Maybe they were working on things for Swartz IP.  I |
| | 22 | don't know. |
| | 23 | Q   Okay.  But did -- you understood that Swartz IP |
| | 24 | was not a medical billing; did you? |
| 10:27:15 | 25 | A   Swartz IP was a company that was funding |

Page 32

| 10:27:16 | 1 | things.  I don't know specifically what was it doing.  I |
|---|---|---|
| | 2 | did not form it.  I did not run.  I did not know |
| | 3 | specifically what it was set up to do. |
| | 4 | Q   Okay.  But Integrated Administration was your |
| 10:27:25 | 5 | company? |
| | 6 | A   That is correct. |
| | 7 | Q   Okay.  So when this payment of $150,000 hit |
| | 8 | Integrated Administration's bank account on |
| | 9 | November 23rd, 2011, did you question where it came from |
| 10:27:39 | 10 | or why you were receiving it? |
| | 11 | A   I would -- David would be funding the company. |
| | 12 | You will see a lot of wires that came in that he |
| | 13 | arranged.  I would tell what him the company's financial |
| | 14 | needs were in terms of how much was needed for payroll, |
| 10:27:51 | 15 | for bills, for rent, for phones, et cetera, and he would |
| | 16 | arrange money to come in.  And I would ask him what the |
| | 17 | money was, and how it should be logged, and that was our |
| | 18 | routine.  It was my routine. |
| | 19 | Q   But it's your testimony that you're not aware |
| 10:28:03 | 20 | of any, goods or services that Integrated Administration |
| | 21 | provided Swartz IP in exchange for this payment? |
| | 22 | A   No, that's not what I said.  What I said is, I |
| | 23 | don't know what David was doing with them.  Maybe David |
| | 24 | was providing the goods and services for them, maybe he |
| 10:28:21 | 25 | was consulting for them, maybe he was working on deals. |

Page 33

| 10:28:21 | 1 | I don't know what he was doing. |
|---|---|---|
| | 2 | Q   But you're not aware one way or the other? |
| | 3 | A   I'm not aware of what he was doing. |
| | 4 | Q   Okay. |
| 10:28:31 | 5 | A   I'm not aware of what he was doing. |
| | 6 | Q   Okay.  Are you aware of whether Integrated |
| | 7 | Administration issued an invoice related to this payment |
| | 8 | from Swartz IP? |
| | 9 | A   There were some invoices issued.  I don't |
| 10:28:52 | 10 | remember specifically what for, or how many, or when. |
| | 11 | Q   Okay.  Are you aware of any documents relating |
| | 12 | to the purpose or reason why this $150,000 was paid from |
| | 13 | Swartz IP to Integrated Administration? |
| | 14 | A   I don't know what David had with Swartz IP. |
| 10:29:08 | 15 | Maybe it's something that he did.  He had paperwork.  He |
| | 16 | made a deal with them.  I don't know the answer to that. |
| | 17 | Q   Okay.  Let's turn to the next page, page 18. |
| | 18 | A   Okay. |
| | 19 | Q   And the first transaction dated November 29, |
| 10:29:19 | 20 | 2011. |
| | 21 | Do you see that? |
| | 22 | A   Yes, I do. |
| | 23 | Q   And that's another payment from Swartz IP |
| | 24 | Services Group to Integrated Administration. |
| 10:29:26 | 25 | Do you agree with me? |

9 (Pages 30 to 33)

Kiarash Jam, 30(B)(6)                                     03-28-19

---

Page 34

| 10:29:27 | 1 | A  I do. |
| | 2 | Q  Okay.  And do you have an understanding as to |
| | 3 | why this payment was made? |
| | 4 | A  No.  No.  I talked about this yesterday to the |
| 10:29:37 | 5 | same statement I made yesterday. |
| | 6 | Q  Okay.  And is it the same statement that you |
| | 7 | just made to me before, and that's that you really don't |
| | 8 | know one way or the other why this payment was made or |
| | 9 | whether -- strike that. |
| 10:29:50 | 10 | You really don't know one way or the other |
| | 11 | whether Integrated Administration provided any goods or |
| | 12 | services to Swartz IP in exchange for this payment? |
| | 13 | A  What I know is that David would fund IA, and |
| | 14 | I'll say that again.  I've said it a few times.  David |
| 10:30:05 | 15 | would arrange funding to come in to IA for the work IA |
| | 16 | was doing.  I was not involved in where the money would |
| | 17 | come from, or how the money would come in.  He would |
| | 18 | arrange the wires, as you see.  The wires would come in |
| | 19 | and he would tell me what to do with the money. |
| 10:30:20 | 20 | Q  And you would do as he told you? |
| | 21 | A  Yes. |
| | 22 | Q  Okay.  Did you ask any questions? |
| | 23 | A  I would ask how to classify it so that I could |
| | 24 | keep our books and records clean. |
| 10:30:30 | 25 | Q  Did you ask any questions as to the source of |

---

Page 35

| 10:30:33 | 1 | the funds? |
| | 2 | A  I would typically just -- I would ask him for |
| | 3 | information on it, but typically wanted to know where it |
| | 4 | was income or not, and how to classify it so that Majid |
| 10:30:39 | 5 | can file my taxes properly. |
| | 6 | Q  Were you curious as to the source of the funds? |
| | 7 | A  No.  At the time, I had no reason to question |
| | 8 | it. |
| | 9 | Q  Okay.  Let's turn to page 31, please. |
| 10:31:14 | 10 | A  Okay. |
| | 11 | Q  And I want to direct you to two transactions on |
| | 12 | this page, February 2nd, 2012 and February 9, 2012. |
| | 13 | Do you see the -- |
| | 14 | A  Okay.  I do. |
| 10:31:28 | 15 | Q  -- the first transaction for February 2nd, |
| | 16 | 2012, it's a transfer from Swartz IP Services Group to |
| | 17 | Integrated Administration, $50,000? |
| | 18 | A  I see that, yes. |
| | 19 | Q  Okay.  And do you have any understanding as to |
| 10:31:42 | 20 | why Swartz IP was sending this money to Integrated |
| | 21 | Administration? |
| | 22 | A  The -- the same thing, as I said before.  I'm |
| | 23 | going to say the same thing about every single one of |
| | 24 | these transactions. |
| 10:31:52 | 25 | Q  Okay. |

---

Page 36

| 10:31:52 | 1 | A  As David was funding the company, he was |
| | 2 | arranging the funding.  Jerry Swartz was a friend of |
| | 3 | his.  They were doing a whole bunch of deals together. |
| | 4 | I don't know what specifically what he was doing.  And I |
| 10:32:02 | 5 | would tell him how much money was needed, and he would |
| | 6 | fund what he could when he could, and tell me what to do |
| | 7 | with the funding. |
| | 8 | Q  Okay.  And the same is true for the |
| | 9 | February 9th, 2012 transfer? |
| 10:32:13 | 10 | A  That is correct. |
| | 11 | Q  Okay.  If you could turn to page 36. |
| | 12 | A  Okay. |
| | 13 | Q  Now, on page 36, I want to focus your attention |
| | 14 | on two transactions dated March 6, 2012.  The first one |
| 10:33:23 | 15 | is $63,167. |
| | 16 | A  157, right -- 38, or whatever. |
| | 17 | I think it's $167.36. |
| | 18 | Q  Okay. |
| | 19 | Q  Do you see that one? |
| 10:33:37 | 20 | A  I do. |
| | 21 | Q  And the entry states, in part, "Online transfer |
| | 22 | to business checking account from IA to ZKCO for wire to |
| | 23 | Carol Watson." |
| | 24 | Q  Okay. |
| 10:33:49 | 25 | Q  Do you see that? |

---

Page 37

| 10:33:50 | 1 | A  Yes, I do. |
| | 2 | Q  Now, do you have an understanding as |
| | 3 | to -- strike that. |
| | 4 | ZKCO is Mr. Zarrinkelk's firm, or was his firm? |
| 10:34:03 | 5 | A  Yes.  Yes. |
| | 6 | Q  Okay.  Do you have an understanding as to why |
| | 7 | Integrated Administration was using Mr. Zarrinkelk's |
| | 8 | firm in this instance to facilitate the transfer to the |
| | 9 | Carol Watson? |
| 10:34:16 | 10 | A  That's how wires would -- would be done.  I |
| | 11 | would send him an e-mail for a wire that needed to go |
| | 12 | out, and he would move the funds because he could wire |
| | 13 | from his own account online so I wouldn't have to drive |
| | 14 | to the branch and fill out a form.  So he would move it |
| 10:34:28 | 15 | to his account, and from his account wire it to wherever |
| | 16 | he was instructed to do so. |
| | 17 | Q  Okay.  So he would, in -- in certain instances, |
| | 18 | facilitate these wires for you? |
| | 19 | A  That is correct. |
| 10:34:38 | 20 | Q  Okay. |
| | 21 | A  If not, I would have to go to the branch. |
| | 22 | Are you done with this one? |
| | 23 | Q  Yeah.  Okay.  Let me show you what I've marked |
| | 24 | as Exhibit 3. |
| 10:35:10 | 25 | (Exhibit 3 was marked for |

---

## Page 38

| | |
|---|---|
| 10:35:10 | 1 | identification by the Court Reporter |
| | 2 | and is attached hereto.) |
| | 3 | BY MR. LATZER: |
| | 4 | Q   Are you able tell me what this document is? |
| 10:35:24 | 5 | A   It's a list of wire transfers, Pineboard and IA |
| | 6 | from Wells Fargo, and the second page is IA transfers |
| | 7 | and dates. |
| | 8 | Q   Okay.  Now this is a document that Integration |
| | 9 | Administration produced in discovery in this case.  It's |
| 10:35:49 | 10 | Bates numbered 1756 to 1757; is that correct? |
| | 11 | A   Yes, sir. |
| | 12 | Q   Okay.  Now, is this -- well, who put this |
| | 13 | document together? |
| | 14 | A   I don't remember. |
| 10:36:04 | 15 | Q   Okay.  Is this one of Integrated |
| | 16 | Administration's records? |
| | 17 | A   I don't know what it is. |
| | 18 | Q   Have you ever seen this document before? |
| | 19 | A   I don't remember.  Maybe. |
| 10:36:15 | 20 | Q   Do you agree with me that this reflects the |
| | 21 | transfers of monies from Swartz IP to Integrated |
| | 22 | Administration? |
| | 23 | A   It says "Pineboard funding," so no.  But you -- |
| | 24 | we just went through some wire numbers together a minute |
| 10:36:33 | 25 | ago.  There's a $300,000, a 150,000, so it could be.  I |

## Page 39

| | |
|---|---|
| 10:36:37 | 1 | don't know. |
| | 2 | Q   Okay.  Well, let's take a look.  If you can |
| | 3 | turn back to what was marked as Exhibit 40 of |
| | 4 | Zarrinkelk's deposition. |
| 10:36:47 | 5 | A   Got it. |
| | 6 | Q   And if we can look back at page 17. |
| | 7 | A   Okay. |
| | 8 | Q   Do you see a $150,000 transfer from Swartz IP |
| | 9 | to Integrated Administration? |
| 10:37:07 | 10 | A   I do. |
| | 11 | Q   And this document that we've marked today as |
| | 12 | Exhibit 3, reflects a $150,000 transfer -- |
| | 13 | A   It does. |
| | 14 | Q   -- from -- or to Integrated Administration. |
| 10:37:19 | 15 | A   It does. |
| | 16 | Q   Do you see that? |
| | 17 | A   I do. |
| | 18 | Q   Okay.  And let's look at page 18. |
| | 19 | Do you see that on 11/29/2012, there was a |
| 10:37:30 | 20 | $300,000 transfer? |
| | 21 | A   I do. |
| | 22 | Q   And that's also reflected on what's been |
| | 23 | marked as Exhibit 3? |
| | 24 | A   It is. |
| 10:37:37 | 25 | Q   Okay.  And if you look at page 31, you'll see |

## Page 40

| | |
|---|---|
| 10:37:59 | 1 | on February 9th -- |
| | 2 | A   I do. |
| | 3 | Q   -- a transfer from Swartz IP for $150,000 to |
| | 4 | Integrated Administration. |
| 10:38:06 | 5 | A   I do. |
| | 6 | Q   And that's also reflected on Exhibit 3? |
| | 7 | A   It is. |
| | 8 | Q   Okay.  And if you turn to page 36, please, the |
| | 9 | first transaction at the top of -- |
| 10:38:43 | 10 | A   I see it. |
| | 11 | Q   -- the first page reflects a $300,000 payment |
| | 12 | from Swartz IP to Integrated Administration. |
| | 13 | A   I see it. |
| | 14 | Q   Okay.  And that's also reflected on this |
| 10:38:52 | 15 | document that's been marked as Exhibit 3. |
| | 16 | A   That's it. |
| | 17 | Q   Okay.  So do you agree with me that this |
| | 18 | appears to reflect the various transfers of monies |
| | 19 | that -- |
| 10:39:02 | 20 | A   Yes, I do. |
| | 21 | Q   -- Integrated Administration received from |
| | 22 | Swartz IP? |
| | 23 | A   According to the first few that we have look |
| | 24 | at, yes. |
| 10:39:08 | 25 | Q   Okay.  And was it your understanding that the |

## Page 41

| | |
|---|---|
| 10:39:13 | 1 | purposes of the payments from Swartz IP to Integrated |
| | 2 | Administration were for Pineboard funding? |
| | 3 | A   This is probably the -- uh, what David had told |
| | 4 | us to log it as.  That's what I think this would be, but |
| 10:39:29 | 5 | I don't know. |
| | 6 | Q   Okay.  And what did you understand that to |
| | 7 | mean, Pineboard funding? |
| | 8 | A   What David told me to write in there, and then |
| | 9 | hopefully later on he would have expanded or explained |
| 10:39:40 | 10 | it. |
| | 11 | Q   Okay.  So these were placeholders for you? |
| | 12 | A   I don't know who -- I don't know what this |
| | 13 | document is.  I don't know who created it.  I don't when |
| | 14 | it was created, so I don't -- I'm not prepared to answer |
| 10:39:53 | 15 | that. |
| | 16 | Q   Okay.  But it is a document that you produced |
| | 17 | in discovery? |
| | 18 | A   Okay. |
| | 19 | Q   Do you disagree with that? |
| 10:39:59 | 20 | A   No. |
| | 21 | Q   Okay. |
| | 22 | A   If you say I produced it, I believe you. |
| | 23 | Q   Do you know how you would have come into |
| | 24 | possession of this document? |
| 10:40:05 | 25 | A   No.  I have no recollection of that. |

Page 42

| | | |
|---|---|---|
| 10:40:08 | 1 | Q   Okay.  Now did there come a point in time where |
| | 2 | you developed an understanding as to what "Pineboard |
| | 3 | funding" meant? |
| | 4 | A   I don't remember. |
| 10:40:27 | 5 | Q   Okay.  As you sit here today, do you have an |
| | 6 | understanding of what it meant? |
| | 7 | A   Funding from Pineboard - |
| | 8 | Q   Okay. |
| | 9 | A   -- or related to Pineboard somehow. |
| 10:40:34 | 10 | Q   Now you testified yesterday that Pineboard |
| | 11 | Holdings was set up as an investment vehicle; is that |
| | 12 | correct? |
| | 13 | A   Yes, that's my understanding. |
| | 14 | Q   Okay.  And you were an officer at Pinebold -- |
| 10:40:44 | 15 | board Holdings? |
| | 16 | A   Yes.  Yes |
| | 17 | Q   And what sort of investments did Pineboard |
| | 18 | make? |
| | 19 | A   Pineboard was funded, I think, by the Weston |
| 10:40:52 | 20 | guys.  They -- they funded that, and they would instruct |
| | 21 | us what to do with the money, they and David. |
| | 22 | Q   Okay.  So let me ask it again. |
| | 23 | What sort of investments it made? |
| | 24 | A   I don't remember what Pineboard did |
| 10:41:02 | 25 | specifically besides they did a bunch of work for |

Page 43

| | | |
|---|---|---|
| 10:41:02 | 1 | Sovrin, medical billing.  They looked at other deals. |
| | 2 | David and the Weston guys were in touch all the time. |
| | 3 | They were doing insurance stuff.  They were doing all |
| | 4 | kinds of stuff that I don't know. |
| 10:41:17 | 5 | Q   Okay.  Do you know whether Pineboard  provided |
| | 6 | any goods or services to Swartz IP? |
| | 7 | A   I don't know what David and the Weston guys |
| | 8 | were doing vis-a-vis Swartz IP.  I was an officer at |
| | 9 | Pineboard because I was the guy in the office that could |
| 10:41:36 | 10 | sit there and -- and administer it.  Whatever needed to |
| | 11 | be administered. |
| | 12 | Q   It you could turn to page 2 of this Exhibit 3. |
| | 13 | A   Okay. |
| | 14 | Q   And this reflects a transfer of funds to |
| 10:41:54 | 15 | Integrated Administration on December 8th, 2011 for |
| | 16 | $250,000. |
| | 17 | Do you see that? |
| | 18 | A   I do. |
| | 19 | Q   And another transfer on January 9th, 2012, to |
| 10:42:04 | 20 | Integrated Administration for $30,000. |
| | 21 | Do you see that? |
| | 22 | A   I do. |
| | 23 | Q   Okay.  Do you understand that these were, as we |
| | 24 | saw in the first page, transfers from Swartz IP? |
| 10:42:17 | 25 | A   Uh, I -- I don't.  But are these the same as |

Page 44

| | | |
|---|---|---|
| 10:42:21 | 1 | the ones on the first page?  I don't understand these to |
| | 2 | be that.  This is just a document, so there were |
| | 3 | transfers on that date. |
| | 4 | Q   Okay.  Do you know if this is a document that |
| 10:42:34 | 5 | Mr. Zarrinkelb put together? |
| | 6 | A   I don't know who put this together.  I don't |
| | 7 | recall. |
| | 8 | Put this away? |
| | 9 | Q   Yes. |
| 10:42:53 | 10 | A   This one, too? |
| | 11 | Q   You can put that away, too. |
| | 12 | I'm showing you Exhibit 4. |
| | 13 | (Exhibit 4 was marked for |
| | 14 | identification by the Court Reporter |
| 10:42:59 | 15 | and is attached hereto.) |
| | 16 | BY MR. LATZER: |
| | 17 | Q   And this is an e-mail dated November 17, 2011, |
| | 18 | from you to Ray Shahab and Mr. Zarrinkelk? |
| | 19 | A   Yes. |
| 10:43:13 | 20 | Q   Do you see that? |
| | 21 | A   I do. |
| | 22 | Q   Okay.  And Mr. Shahab, I believe you testified |
| | 23 | yesterday, was an employee of Mr. Zarrinkelk? |
| | 24 | A   That's correct. |
| 10:43:19 | 25 | Q   And he lost his CPA license because he |

Page 45

| | | |
|---|---|---|
| 10:43:22 | 1 | embezzled client monies; is that correct? |
| | 2 | A   I -- I don't know what he did.  I know he did |
| | 3 | something that was not cool, and Majid reported him, |
| | 4 | and, I believe, took his license away. |
| 10:43:33 | 5 | Q   Okay.  And Mr. Zarrinkelk, you characterized |
| | 6 | him as a friend, family member, accountant, business |
| | 7 | manager? |
| | 8 | A   Yes. |
| | 9 | Q   All of those things? |
| 10:43:40 | 10 | A   Yes, sir. |
| | 11 | Q   Okay. |
| | 12 | A   He's a great great guy. |
| | 13 | Q   Subject of this e-mail that you wrote is |
| | 14 | "cash." |
| 10:43:47 | 15 | Do you see that? |
| | 16 | A   I do. |
| | 17 | Q   Okay.  What did that mean? |
| | 18 | A   Had to do with money. |
| | 19 | Q   Okay.  And the first line of the body of the |
| 10:44:08 | 20 | e-mail you write, "There has been a wire for $290,000 |
| | 21 | sent to Integrated Administration.  It will hit |
| | 22 | tomorrow." |
| | 23 | Do you see that? |
| | 24 | A   Yes, I do. |
| 10:44:17 | 25 | Q   Okay.  And did you have an understanding at the |

Kiarash Jam, 30(B)(6)                                         03-28-19

---

Page 46

10:44:19  1   time of the source of this $290,000 that was coming into
          2   your company?
          3       A  I don't recall, but I don't think so.
          4       Q  Okay.  And the e-mail continues, "Please do the
10:44:31  5   following.  Leave 47,500 of the wire in IA and transfer
          6   the balance of 204,500 to KJM immediately."
          7       Did I read that correctly?
          8       A  Yes, you did.
          9       Q  Okay.  And KJM is K.Jam Media?
10:44:50 10       A  Yes, sir.
         11       Q  And that's your company?
         12       A  We've established that.
         13       Q  Okay.  And so you're directing your accountant
         14   to transfer $242,500 of these $290,000 that were sent to
10:45:05 15   IA to K.Jam Media?
         16       A  Correct.
         17       Q  Okay.  And then if you continue down, let's
         18   continue with the parenthetical there.  It says, "The 47
         19   in IA will cover payroll and taxes as well as the
10:45:24 20   warehouse folks and Jeff Solomon.  I will send you a
         21   detailed breakdown tomorrow."
         22       Did I read that correctly?
         23       A  Yes, you did.
         24       Q  Okay.  And Jeff Solomon is a reference to a
10:45:34 25   gentleman who's -- I believe you described yesterday as

---

Page 47

10:45:35  1   an attorney of yours?
          2       A  He was working at IA at the time.  Yes, he is
          3   an attorney.
          4       Q  Okay.  And is he also a friend of yours?
10:45:42  5       A  Yes, he is.
          6       Q  Okay.  And the e-mail continues, "Once the
          7   242,500 is in KJM, I will need you to make an online
          8   transfer of 13,327 to Pagoda.  I need to send a wire
          9   tomorrow for that amount."
10:45:59 10       Do you see that?
         11       A  Yes.
         12       Q  I read that correctly?
         13       A  Yes, you did.
         14       Q  Okay.  And Pagoda is another one of your
10:46:05 15   companies; correct?
         16       A  Yes, it was another company.
         17       Q  Okay.  And you're -- you were an officer of
         18   that company?
         19       A  Yes.
10:46:11 20       Q  Okay.  Were you the sole owner of that company?
         21       A  I don't remember.  I don't think so.  I don't
         22   know.
         23       Q  Okay.
         24       A  I don't remember.
10:46:32 25       Q  Let's look at what I've marked as Exhibit 5.

---

Page 48

10:46:41  1           (Exhibit 5 was marked for
          2            identification by the Court Reporter
          3            and is attached hereto.)
          4   BY MR. LATZER:
10:46:42  5       Q  And this is a November 23rd, 2011 e-mail from
          6   you to Mr. Bergstein; is that correct?
          7       A  Yes, sir.
          8       Q  And the first line of the e-mail you write,
          9   "Buzz when you can.  Please have a Q re the G for you."
10:47:02 10       Did I read that correctly?
         11       A  You did.
         12       Q  Okay.  What did you mean by "a Q re the G for
         13   you"?
         14       A  I have a question regarding the G.  I don't
10:47:12 15   know what I was referring to about the G," but I say,
         16   buzz me when you can.  I have a question regarding the
         17   G for whatever for you.
         18       Q  Your testimony is you don't what you meant by
         19   "the G"?
10:47:21 20       A  I don't.
         21       Q  Okay.
         22       A  Let me keep reading.  Maybe it will refresh my
         23   memory.
         24       Q  Sure.
10:47:36 25       A  Well, this was the kind e-mail I was referring

---

Page 49

10:47:38  1   to yesterday when your colleague was asking, are there
          2   any e-mails about this.  This is exactly the kind of
          3   e-mail I was talking about.
          4       Q  Do you have an understanding from reviewing the
10:47:48  5   e-mail in its entirety what you meant by "the G"?
          6       A  I don't.
          7       Q  Okay.  Let's look at the second line.  "Please
          8   also look at the Steve O docs this weekend."
          9       Do you see that?
10:47:56 10       A  Yes.
         11       Q  Do you know what you meant by "Steve O docs"?
         12       A  Yes.  Steve O docs, there was an animation
         13   studio we were looking at.  There was a business plan we
         14   were looking at for the -- for this project that was
10:48:07 15   headed by a gentleman named Steve Oedekerk, who's a
         16   director, filmmaker and friend of mine.  We met with him
         17   on a number of occasions to do a deal with him.
         18       Q  Okay.  Did anything become of that?
         19       A  Not yet.
10:48:20 20       Q  That's still ongoing?
         21       A  I still believe in it.  I'm still trying.
         22       Q  Okay.  Was Mr. Bergstein involved in that at
         23   all?
         24       A  No, sir.
10:48:32 25       Q  The e-mail that you wrote continues, "In order

---

13  (Pages 46 to 49)

Page 50

| | | |
|---|---|---|
| 10:48:34 | 1 | to catch up next week, we will need 175.  This will be |
| | 2 | payroll, the outstanding bills, rent, medical insurance, |
| | 3 | parking, et cetera, Amex, the landscaping and the |
| | 4 | antiques, and 50 to my loan." |
| 10:48:51 | 5 | Do you see that? |
| | 6 | A  Yes, I do. |
| | 7 | Q  I read that correctly? |
| | 8 | A  Yes, you did. |
| | 9 | Q  Now, did you understand or -- strike that. |
| 10:48:56 | 10 | Were you discussing Integrated Administration |
| | 11 | in this context? |
| | 12 | A  No.  I was telling him how much money we needed |
| | 13 | to pay our bills. |
| | 14 | Q  Okay.  And were you going to pay those bills |
| 10:49:05 | 15 | from Integrated Administration's account? |
| | 16 | A  Some from IA, some from -- from K.Jam Media, |
| | 17 | depending on what the bill was.  The lease was this |
| | 18 | K.Jam Media's name, so the lease would typically go from |
| | 19 | K.Jam Media and those kinds of things. |
| 10:49:19 | 20 | Q  And you're referring to the lease for the |
| | 21 | office that you shared with Mr. Bergstein? |
| | 22 | A  Yes, sir. |
| | 23 | Q  Now, there's a reference here to Amex; is that |
| | 24 | correct? |
| 10:49:30 | 25 | A  Yes, there is. |

Page 51

| | | |
|---|---|---|
| 10:49:30 | 1 | Q  Okay.  And you testified yesterday that you |
| | 2 | have or had a -- a black Amex card? |
| | 3 | A  I did. |
| | 4 | Q  And I believe you said this was the highest |
| 10:49:39 | 5 | level status that a member of American Express can have? |
| | 6 | A  That was the case back then, I think. |
| | 7 | Q  Okay.  And you also testified that you used |
| | 8 | that Amex card for personal expenses; right? |
| | 9 | A  I used it for personal and business, yes. |
| 10:49:54 | 10 | Q  Okay.  So in this e-mail you're requesting |
| | 11 | $175,000; is that correct? |
| | 12 | A  I'm telling him that there's $175,000 in bills |
| | 13 | to get caught up.  That's what I'm saying. |
| | 14 | Q  Okay.  And are you -- you're also advising |
| 10:50:11 | 15 | Mr. Bergstein that, at least a certain amount of that |
| | 16 | money, needs to go towards your black Amex card; is that |
| | 17 | correct? |
| | 18 | A  I'm telling him that was probably part of the |
| | 19 | 175 to get caught up was an American Express card bill |
| 10:50:24 | 20 | that he had charges on. |
| | 21 | Q  And you had charged as well? |
| | 22 | A  Probably, yes. |
| | 23 | Q  And there's a reference there to the |
| | 24 | landscaping and the antiques. |
| 10:50:32 | 25 | Do you see that? |

Page 52

| | | |
|---|---|---|
| 10:50:35 | 1 | A  Yes, I do. |
| | 2 | Q  Does that refer to your landscaping and |
| | 3 | antiques? |
| | 4 | A  No, sir. |
| 10:50:38 | 5 | Q  What's that a reference to? |
| | 6 | A  Probably his charges on the Amex.  I wanted to |
| | 7 | let him know what I was referring to.  What the charges |
| | 8 | were. |
| | 9 | Q  Okay.  And then the "50 to my loan," what are |
| 10:50:47 | 10 | you referring to there? |
| | 11 | A  I had -- I would loan the company money to the |
| | 12 | extent that the company needed it when there was no |
| | 13 | money in.  I would -- I had arranged loans from people |
| | 14 | like Majid a number of times, and also with myself, take |
| 10:50:55 | 15 | cash advances on my credit card, or whatever I needed to |
| | 16 | do, to make sure payroll, and medical insurance, and |
| | 17 | parking, and things like that were met. |
| | 18 | Q  Okay.  And you said you -- |
| | 19 | A  And then he would pay me back.  He would |
| 10:51:09 | 20 | arrange for me to get paid back -- |
| | 21 | Q  You said -- |
| | 22 | A  -- every so often. |
| | 23 | Q  -- you said you would loan the company.  What |
| | 24 | company are you referring to? |
| 10:51:13 | 25 | A  Either one, whichever needed the money. |

Page 53

| | | |
|---|---|---|
| 10:51:16 | 1 | Q  Either one is Integrated Administration or |
| | 2 | K.Jam Media? |
| | 3 | A  Yeah. |
| | 4 | Q  Okay.  And the next line of the e-mail you |
| 10:51:26 | 5 | wrote, "That should leave us a thousand bucks that I |
| | 6 | want to use to get your patio furniture." |
| | 7 | Do you see that? |
| | 8 | A  Yes. |
| | 9 | Q  So you wanted use a few thousand of the |
| 10:51:39 | 10 | $175,000 to purchase Mr. Bergstein's patio furniture? |
| | 11 | A  Mr. Bergstein had a patio in his office.  He |
| | 12 | had requested to have a couple of chairs and a table |
| | 13 | there.  That's what I'm referring to.  This was for the |
| | 14 | office.  His office had a patio. |
| 10:51:55 | 15 | Q  His office had a patio as part of -- |
| | 16 | A  His private had a -- had a door that would go |
| | 17 | into a little patio.  He wanted to have a table and a |
| | 18 | chair in his patio.  This is what I'm referring to. |
| | 19 | Q  So you were going to buy furniture for this |
| 10:52:06 | 20 | patio that was connected to his office? |
| | 21 | A  Yes.  It was office furniture. |
| | 22 | Q  Okay. |
| | 23 | A  He had requested it, and I told him this is how |
| | 24 | we can get it. |
| 10:52:16 | 25 | Q  Okay.  So did you, in fact, buy that patio |

Kiarash Jam, 30(B)(6)                                          03-28-19

| Page 54 |
|---|

```
10:52:21   1   furniture?
           2        A   We eventually bought the patio furniture.  I
           3   don't remember if I bought it, or his office bought it,
           4   or how it got purchased.  But he ended up with a few
10:52:30   5   chairs and a table out on his patio, yes.
           6        Q   Okay.  What became of that furniture?
           7        A   I have no idea what he did with it.
           8        Q   Okay.  He took it with him at some point?
           9        A   I have no idea.
10:52:41  10            MR. LATZER:  Okay.  Let's take short break.
          11            THE VIDEOGRAPHER:  We're going off the record
          12   at 10:50 a.m.
          13            (A recess was taken.)
          14            THE VIDEOGRAPHER:  We're back on the record at
11:04:52  15   11:02 a.m.
          16   BY MR. LATZER:
          17        Q   Okay.  Mr. Jam, I want to take you back to what
          18   was marked as Exhibit 40 of Mr. Zarrinkelk's deposition,
          19   the bank records.
11:05:05  20        A   Yes.  Yes, sir.
          21        Q   Okay.  If you could turn to page 36, please.
          22        A   Yes, sir.
          23        Q   Okay.  Let's look at the March 9th transaction
          24   on that page, and it reflects a $100,000 payment from
11:05:28  25   Swartz IP to Integrated Administration.
```

| Page 55 |
|---|

```
11:05:29   1            Do you see that?
           2        A   Yes, I do.
           3        Q   Okay.  And do you have an understanding as to
           4   what this payment was for?
11:05:37   5        A   No, I don't.
           6        Q   Okay.
           7        A   I don't recall.
           8        Q   Do you know if Integrated Administration
           9   provided any goods or services to Swartz IP?
11:05:47  10        A   My -- my answer's not going to change.  I feel
          11   like we've gone through that.
          12        Q   Okay.  And there are no records that would
          13   refresh your recollection as to the purpose of the
          14   payment?
11:05:57  15        A   There could be records out there.  I don't know
          16   what's out there.
          17        Q   What records are you referring to?
          18        A   As I said, I don't know what David was doing
          19   with other people, what he had in between them, what
11:06:07  20   agreements he had on behalf of Swartz IP.  He was the
          21   president.  He founded the company.  And so I don't know
          22   what he had and what documents he might have in his
          23   possession.
          24        Q   Do you have any documents in your possession?
11:06:18  25        A   I don't.  Whatever I have you guys have, so I
```

| Page 56 |
|---|

```
11:06:20   1   don't --
           2        Q   Are this any documents among the ones that
           3   you've produced in this litigation that could refresh
           4   your recollection?
11:06:26   5        A   I don't know.
           6        Q   Okay.  None that you're aware of as you sit
           7   here today?
           8        A   None that I'm aware of.
           9        Q   Okay.  And let's look at the next payment.
11:06:39  10        A   Same page?
          11        Q   Same page.  March 13, 2012 there's a transfer
          12   of monies from Swartz IP to Integrated Administration
          13   for $50,000.
          14            Do you see that?
11:06:49  15        A   Yes, I do.
          16        Q   And do you know what this payment was for?
          17        A   I do not.
          18        Q   Okay.
          19        A   And we can assume that's the case for of these
11:06:56  20   transactions.
          21        Q   Do you have an understanding as to the reason
          22   that the payment was made?
          23        A   I don't.
          24        Q   Okay.  Do you know whether Integrated
11:07:03  25   Administration provided any goods or services to Swartz
```

| Page 57 |
|---|

```
11:07:05   1   IP?
           2        A   My answer is not going to change.
           3        Q   Okay.  And as you sit here, are there -- I'm
           4   correct that there are no documents that you can
11:07:14   5   identify that would refresh your recollection as to
           6   those issues?
           7        A   I don't know.
           8        Q   Specifically any documents that you produced in
           9   discovery in this case --
11:07:26  10        A   I don't --
          11        Q   -- that would refresh your recollection?
          12        A   -- I don't know.
          13        Q   Let's look next page, page 37.
          14        A   Okay.
11:07:38  15        Q   March 22nd, 2012 transfer of $125,000 to
          16   Integrated Administration from Swartz IP.
          17            Do you see that?
          18        A   I do.
          19        Q   Okay.  Do you -- and you have no idea the
11:07:51  20   purpose of this payment?
          21        A   No, I don't have any recollection of that.
          22        Q   Okay.  Is it your testimony at one point you
          23   understood the purpose of this payment?
          24        A   My -- my testimony has not changed.  I feel
11:08:02  25   like you've asked this question many times, and my
```

15 (Pages 54 to 57)

Page 58

11:08:05  1   answer's always going be the same.  I don't know where
         2   these monies were coming from and what they were coming
         3   from.  David was funding IA.  David would arrange
         4   funding into IA, and would tell me what to do with the
11:08:16  5   money when it came in.  How much of it to spend on what
         6   bills, payroll, et cetera.  That's the case for all the
         7   deposits, all the monies that he brought into Integrated
         8   Administration.
         9       Q   Okay.  And you were the CFO of Integrated
11:08:25 10   Administration; right?
        11       A   I was the officer of Integrated Administration,
        12   yes.
        13       Q   But not just the officer, the chief financial
        14   officer?
11:08:32 15       A   I was the officer of the company, yes.
        16       Q   Were you the chief financial officer?
        17       A   I was listed as that in the documents, yes.
        18       Q   Okay.  So you were responsible for the --
        19   having an understanding of the monies that were coming
11:08:42 20   in and out of this company?
        21       A   I would ask him if it was income or not.  I
        22   would tell Majid whether it was income or not, and then
        23   Majid can do the proper accounting to make sure
        24   everything was done by the book.
11:08:53 25       Q   You would only ask him whether it was income?

Page 59

11:08:54  1       A   I would ask whether it was income, or what it
         2   was how to characterize the money that was coming in.
         3       Q   Okay.  Did you ask for any documents to
         4   determine whether that was -- his characterization was
11:09:01  5   accurate or not?
         6       A   No.  I don't remember doing that.
         7       Q   Okay.  And what -- as the -- as the CFO of
         8   Integrated Administration, what did you understand your
         9   responsibilities to be?
11:09:09 10       A   I just passed all my accounting to the
        11   accounting firm and had them do all the accountings, and
        12   make sure all the taxes were done, and all the books
        13   were clean, and everything was ledgers and whatnot.  So
        14   I would pass everything over to my accountant.
11:09:24 15       Q   And am I correct that that was done at some
        16   point after all of the monies were received from Swartz
        17   IP?
        18       A   Was done?  What was done?  Any time there was a
        19   transaction, then I would notify him.
11:09:37 20       Q   I understood your testimony before was that
        21   you -- what you described as a placeholder for the
        22   attorney --
        23       A   Sometimes he would give a placeholder, yes.
        24       Q   Let me just finish.
11:09:46 25       A   Sorry.

Page 60

11:09:47  1       Q   That you would use placeholders to describe the
         2   fund that were coming in from Swartz IP; is that
         3   correct?
         4       A   Sometime -- no, what -- that is not correct.
11:09:58  5   What David would tell me sometimes, he would say, it's
         6   this or that.  I would write that to Majid and say this
         7   is what he said it was.  That was the placeholder.  It
         8   wasn't necessarily money coming in from Swartz IP.
         9   It was any funding that he had arranged.  And then later
11:10:09 10   we would try to get -- he would ask for the ledgers and
        11   fill out exactly what was what, and how things tied to
        12   one another.
        13       Q   Okay.  Let's look at the next transaction on
        14   page 37.  It's a -- dated March 26, 2012, and it's a
11:10:33 15   $40,000 transfer from Swartz IP to Integrated
        16   Administration.
        17       Do you see that?
        18       A   I do.
        19       Q   So you have no idea what this payment was for?
11:10:45 20       A   My answers are the same for all of these.
        21       Q   Can you just answer the question?
        22       A   No, I do not.
        23       Q   Okay.  And as you sit here today, you don't
        24   know -- or sorry, you're not aware of any goods or
11:10:56 25   services that Integrated Administration provided to

Page 61

11:10:58  1   Swartz IP for this transfer?
         2       A   Like I said, I don't know if any of the work
         3   that the employees were doing was for Swartz IP.  I
         4   don't know what David Bergstein was doing for Swartz IP,
11:11:05  5   what deals he had doing, what he was consulting on, what
         6   he was helping them with.  I do not know what he was
         7   doing.
         8       Q   Okay.  And there are no documents or records
         9   that you can -- would refresh your recollection as to
11:11:19 10   that?
        11       A   I haven't seen any.  You can -- maybe David
        12   Bergstein has documents.
        13       Q   Okay.  Let's look at page 50.
        14       A   Just a second, please.  Okay.
11:11:47 15       Q   And I want to direct your attention to the
        16   May 31st, 2012 transfer from Swartz IP Services Group to
        17   Integrated Administration for $200,000.
        18       Do you see that?
        19       A   Yes, I do.
11:11:57 20       Q   Okay.  And this is another transfer of funds
        21   for which, as you sit here today, you have no idea what
        22   the purposes of it was for?
        23       A   It could have been to pay us back for employees
        24   that were working on things that were related to Swartz
11:12:11 25   IP.

Kiarash Jam, 30(B)(6)                                    03-28-19

Page 62

| 11:12:13 | 1 | Q   Okay.  What -- what employees are you referring |
| | 2 | to? |
| | 3 | A   The employees of Integrated Administration at |
| | 4 | the time. |
| 11:12:24 | 5 | Q   Okay.  And what services were they providing to |
| | 6 | Swartz IP? |
| | 7 | A   I don't know what they working on at the time. |
| | 8 | Maybe one -- some of the things they were doing were |
| | 9 | related to Swartz IP, as I said earlier today. |
| 11:12:33 | 10 | Q   You -- you don't know one way or the other? |
| | 11 | A   I don't know what they were working on at the |
| | 12 | time. |
| | 13 | Q   You're just -- you're just speculating that |
| | 14 | perhaps employees of Integrated may have been working |
| 11:12:39 | 15 | for Swartz IP? |
| | 16 | A   I don't know specifically what the employees |
| | 17 | were doing on or around this time. |
| | 18 | Q   Okay.  Are you able to identify a single -- the |
| | 19 | name of a single Integrated Administration employee who |
| 11:12:48 | 20 | was doing work for Swartz IP at this time? |
| | 21 | A   I don't know what they were doing at the time. |
| | 22 | Q   Okay.  But can you answer my question? |
| | 23 | Are you able to identify a single Integrated |
| | 24 | Administration employee who was doing work for Swartz IP |
| 11:12:58 | 25 | at this time? |

Page 63

| 11:13:00 | 1 | A   David Bergstein. |
| | 2 | Q   Okay.  What was he doing for Swartz IP? |
| | 3 | A   I don't know.  I've already told you I don't |
| | 4 | know what he was doing, but clearly he was doing a lot, |
| 11:13:02 | 5 | because he was effectuating all this work. |
| | 6 | Q   Okay.  And are -- I'm correct that there are no |
| | 7 | records that would refresh your recollection in this |
| | 8 | regard specifically with respect to this $200,000 |
| | 9 | payment? |
| 11:13:20 | 10 | A   I don't know what's out there. |
| | 11 | Q   Can you turn page 53, please. |
| | 12 | A   Yes, sir. |
| | 13 | Q   Do you see that? |
| | 14 | And I want to direct you to the last |
| 11:13:43 | 15 | transaction on this page, June 28, 2012.  It's $100,000 |
| | 16 | transfer into Integrated Administration from Swartz IP; |
| | 17 | is that correct? |
| | 18 | A   Yes, that is correct. |
| | 19 | Q   Okay.  So this is another transfer of monies |
| 11:13:54 | 20 | for which you don't know the purpose of -- |
| | 21 | A   This was funding coming in that David had |
| | 22 | arranged, yes. |
| | 23 | Q   Okay.  You're not aware of any goods or |
| | 24 | services that Integrated Administration provided Swartz |
| 11:14:09 | 25 | IP in exchange for this payment? |

Page 64

| 11:14:12 | 1 | A   My answer is the same.  I've answered that |
| | 2 | question probably ten times now. |
| | 3 | Q   Okay.  But just with respect to this particular |
| | 4 | transfer, you're not aware of any -- |
| 11:14:21 | 5 | A   My answer is the same. |
| | 6 | Q   Just let me finish.  You're not aware of any |
| | 7 | goods or services that Swartz IP provided Integrated |
| | 8 | Administration in exchange for this payment? |
| | 9 | A   My answer is the same. |
| 11:14:31 | 10 | Q   And that's that you don't know? |
| | 11 | A   My answer is the same as I -- you can rewind |
| | 12 | the tape.  It's the same answer.  I don't know what the |
| | 13 | employees were doing at the time, I don't know what |
| | 14 | David was doing at the time, what deals he was working |
| 11:14:40 | 15 | on.  He owned that company, he was the front, he called |
| | 16 | the shots.  I don't know what he was working on with |
| | 17 | Jerry or anybody else.  As far as I know, he was working |
| | 18 | on only deals for Swartz IP, and this is how the money |
| | 19 | was being generated.  I do not know the answer to that |
| 11:14:54 | 20 | question. |
| | 21 | Q   Okay.  And there are no documents or records |
| | 22 | that would refresh your recollection in that regard? |
| | 23 | A   Not I know of. |
| | 24 | Q   Page 57, please. |
| 11:15:10 | 25 | A   Yes, sir. |

Page 65

| 11:15:11 | 1 | Q   And I want to direct you to three transactions |
| | 2 | on this page, July 2nd, July 11th, and July 13th. |
| | 3 | Let's look at the first one July 2nd, 2012, a |
| | 4 | $200,000 transfer from Advisory IP Services to |
| 11:15:31 | 5 | Integrated Administration. |
| | 6 | Do you see that? |
| | 7 | A   I do.  I see all three of them. |
| | 8 | Q   Okay.  Now, with respect to this first one, |
| | 9 | again, you're not aware any goods or services that |
| 11:15:42 | 10 | Swartz IP provided to Integrated Administration in |
| | 11 | exchange for this payment? |
| | 12 | A   My answer's going to be the same. |
| | 13 | Q   And you don't know the purpose of this payment? |
| | 14 | A   My answer's going to be the same. |
| 11:15:53 | 15 | Q   Which is that you don't know the purpose of the |
| | 16 | payment? |
| | 17 | A   You've asked me the same question now ten |
| | 18 | times.  My answer is the same. |
| | 19 | Q   I'm -- I have asked you the same question -- |
| 11:16:02 | 20 | A   Yeah. |
| | 21 | Q   -- but I'm referring to specific transfers. |
| | 22 | A   Right.  And I could tell you this -- these |
| | 23 | three transaction -- |
| | 24 | Q   Uh-huh. |
| 11:16:04 | 25 | A   -- my answer's the same as I have for the last |

17  (Pages 62 to 65)

Page 66

| | | |
|---|---|---|
| 11:16:08 | 1 | ten transactions that you've shown me. |
| | 2 | Q   Okay.  And to be clear, you don't know the |
| | 3 | purpose for the transfers? |
| | 4 | A   I don't know what David was doing, but David |
| 11:16:14 | 5 | was arranging this funding in.  I don't know what he was |
| | 6 | working on, but David Bergstein arranged the funds to |
| | 7 | come in.  He was in control of the Swartz IP company and |
| | 8 | accounts. |
| | 9 | Q   Okay.  And you're not aware of any documents or |
| 11:16:24 | 10 | records that would refresh your recollection as to the |
| | 11 | purpose -- |
| | 12 | A   I don't know what had David internally.  As I |
| | 13 | said, I don't know what documents David had, so I don't |
| | 14 | know. |
| 11:16:38 | 15 | Q   Okay.  Let's look at what I've marked as |
| | 16 | Exhibit 6. |
| | 17 | A   Put this away? |
| | 18 | Q   Yes. |
| | 19 |      (Exhibit 6 was marked for |
| 11:16:59 | 20 |      identification by the Court Reporter |
| | 21 |      and is attached hereto.) |
| | 22 | BY MR. LATZER: |
| | 23 | Q   And this is an e-mail from you to |
| | 24 | Mr. Zarrinkelk's employee -- |
| 11:17:13 | 25 | A   Yes. |

Page 67

| | | |
|---|---|---|
| 11:17:13 | 1 | Q   -- dated November 29, 2011? |
| | 2 | A   Yes. |
| | 3 | Q   Do you see that?  And the e-mail reads, "Hey, |
| | 4 | Ray, increase his salary to 300K per year as of the next |
| 11:17:25 | 5 | payroll starting Monday." |
| | 6 |      Did I read that correctly? |
| | 7 | A   Yes, you did. |
| | 8 | Q   And the subject of the e-mail is David |
| | 9 | Bergstein? |
| 11:17:30 | 10 | A   That's correct. |
| | 11 | Q   So this is you requesting that Integrated |
| | 12 | Administration increase Mr. Bergstein's salary? |
| | 13 | A   Yes.  That is what this is. |
| | 14 | Q   Okay.  And do you -- do you recall making this |
| 11:17:43 | 15 | request? |
| | 16 | A   Not specifically, but this is my e-mail. |
| | 17 | Q   Okay.  So do you recall what prompted you to |
| | 18 | ask for an increase -- |
| | 19 | A   I'm sure David asked me to do it. |
| 11:17:52 | 20 | Q   Just let me finish. |
| | 21 | A   Sorry. |
| | 22 | Q   Do you recall what prompted you to ask for an |
| | 23 | increase in Mr. Bergstein's salary for your company? |
| | 24 | A   David asked to have his salary increased. |
| 11:18:02 | 25 | Q   Okay.  Is there -- do you recall whether an |

Page 68

| | | |
|---|---|---|
| 11:18:05 | 1 | increase in salary was warranted? |
| | 2 | A   He was the one who was bringing in the funding. |
| | 3 | I didn't care if he increased his salary. |
| | 4 | Q   Okay.  Well, let me ask you this:  Why was |
| 11:18:15 | 5 | Mr. Bergstein receiving a salary in the first place from |
| | 6 | Integrated Administration? |
| | 7 | A   Because he was doing a lot of work, and he was |
| | 8 | funding IA, and he wanted to be on the payroll. |
| | 9 | Q   And what do you mean by "he was doing a lot of |
| 11:18:26 | 10 | work"?  What work are you referring to? |
| | 11 | A   He worked on all the transactions.  He was |
| | 12 | working with the Weston guys, he was working with |
| | 13 | Sovrin, he was working on a number -- on all kinds of |
| | 14 | transactions all day, all day every day. |
| 11:18:40 | 15 | Q   Do you know what his salary was before you |
| | 16 | requested an increase to $300,000 per year? |
| | 17 | A   I don't recall what it was. |
| | 18 | Q   And you were receiving a salary from Integrated |
| | 19 | Administration as well; right? |
| 11:18:53 | 20 | A   On and off, yes. |
| | 21 | Q   Okay.  And -- |
| | 22 | A   When there wasn't money I wouldn't take a |
| | 23 | salary.  There was plenty of times where everybody else |
| | 24 | got checks and I didn't. |
| 11:19:01 | 25 | Q   Okay.  And what work were you doing for |

Page 69

| | | |
|---|---|---|
| 11:19:04 | 1 | Integrated Administration that warranted a salary? |
| | 2 | A   I was in the office, I was -- I was the guy in |
| | 3 | the office.  That's why I was an officer of a bunch of |
| | 4 | these companies.  I was the guy that had a guy to scan |
| 11:19:14 | 5 | it.  I had access to the copier.  Nobody else was |
| | 6 | around.  David was always out.  His voice mail was full |
| | 7 | by 7:00 a.m.  The Weston guys lived in other states. |
| | 8 | That's why I ended up becoming -- they'd sign on a bunch |
| | 9 | of these companies.  That's what I did.  I was in the |
| 11:19:28 | 10 | office doing my work, trying to generate money to feed |
| | 11 | IA, and I did that myself. |
| | 12 | Q   Okay.  Is it fair to say that the work you were |
| | 13 | doing was arranging for the transfers of monies that |
| | 14 | Mr. Bergstein requested of you? |
| 11:19:42 | 15 | A   Say that one more time? |
| | 16 | Q   Is it fair to say that the work that you were |
| | 17 | doing for IA was arranging for the transfers of monies |
| | 18 | that Mr. Bergstein requested of you? |
| | 19 | A   That was part of what I did, yes. |
| 11:19:50 | 20 | Q   Okay.  What else did you do? |
| | 21 | A   I made movies, I was developing stuff.  I |
| | 22 | consulted for Broadway 4D.  I did whatever I could do to |
| | 23 | try to generate money. |
| | 24 | Q   And you consider that work that you were |
| 11:20:01 | 25 | performing for Integrated Administration? |

18  (Pages 66 to 69)

Page 70

| | | |
|---|---|---|
| 11:20:03 | 1 | A  Yes. |
| | 2 | Q  Making movies for Integrated Administration? |
| | 3 | A  I made movies.  I used my salary to fund |
| | 4 | Integrated Administration.  I wanted it to be a success. |
| 11:20:11 | 5 | I took out loans myself to make sure people had health |
| | 6 | insurance, health benefits, and the parking was paid so |
| | 7 | they had a place to park their car. |
| | 8 | Q  And you're referring to people who were |
| | 9 | employed by Integrated Administration? |
| 11:20:24 | 10 | A  The office, yes. |
| | 11 | Q  Okay.  Are you referring -- did Integrated |
| | 12 | Administration have individuals who were employed, who |
| | 13 | actually performed work for Integrated Administration? |
| | 14 | A  I don't know what you mean. |
| 11:20:37 | 15 | Q  Well, were they -- did it have employees who |
| | 16 | were, as you understood, performing work for other |
| | 17 | entities? |
| | 18 | A  Yes. |
| | 19 | Q  Okay.  Did it have any employees who you |
| 11:20:45 | 20 | understood were performing work strictly for Integrated |
| | 21 | Administration? |
| | 22 | A  Probably.  I mean, Steve Piscula was always |
| | 23 | around in the office making sure the office ran |
| | 24 | properly, helping Frymi with whatever she was doing at |
| 11:20:59 | 25 | the time.  You know, my assistant worked for me doing |

Page 71

| | | |
|---|---|---|
| 11:21:01 | 1 | whatever I needed him to do.  The receptionist was there |
| | 2 | answering the phones all day.  That kind of stuff. |
| | 3 | Q  Okay.  Did you receive any compensation for the |
| | 4 | officer positions that you held with K.Jam Media? |
| 11:21:23 | 5 | A  If there -- did I receive compensation from |
| | 6 | K.Jam Media?  I think my compensation primarily came |
| | 7 | from K.Jam.  Some of it probably came K.Jam Media, some |
| | 8 | form IA. |
| | 9 | Q  Okay.  How can K.Jam Productions? |
| 11:21:40 | 10 | A  Some K.Jam Productions.  Because I think one or |
| | 11 | two of the agreements I had were with K.Jam Productions, |
| | 12 | so when money would come into K.Jam Production -- |
| | 13 | sometimes funds would come into that entity, yes. |
| | 14 | Q  Okay.  You took a salary from K.Jam Media? |
| 11:21:51 | 15 | A  I don't remember ever taking -- like, a regular |
| | 16 | salary?  No, I don't think so. |
| | 17 | Q  Okay.  How about from K.Jam Productions? |
| | 18 | A  No.  Not a regular salary. |
| | 19 | Q  Let's take a look at Exhibit 7. |
| 11:22:16 | 20 | (Exhibit 7 was marked for |
| | 21 | identification by the Court Reporter |
| | 22 | and is attached hereto.) |
| | 23 | BY MR. LATZER: |
| | 24 | Q  And this is an e-mail from you to Mr. Bergstein |
| 11:22:23 | 25 | dated February 22nd, 2012; is that correct? |

Page 72

| | | |
|---|---|---|
| 11:22:27 | 1 | A  Yes. |
| | 2 | Q  And you write, "Hey Dude.  Just to refresh.  As |
| | 3 | you are looking up to divvy up the Pineboard cash, |
| | 4 | payroll is 56, bills, including rent and Josh Furman |
| 11:22:41 | 5 | Law, health insurance, parking, et cetera, is 53." |
| | 6 | Did I read that correctly? |
| | 7 | A  Yes, you did. |
| | 8 | Q  Okay.  And is this referring to -- well, strike |
| | 9 | that. |
| 11:22:54 | 10 | There's a reference her to divvying up |
| | 11 | Pineboard cash. |
| | 12 | A  There was money in Pineboard, and I think |
| | 13 | this -- obviously, as I've said repeatedly, when there |
| | 14 | are funds, David would tell me where and how the money |
| 11:23:05 | 15 | to be spent.  This is me pointing out to David that |
| | 16 | there's $56,000 needed for payroll, and $53,000 needed |
| | 17 | for bills.  I just wanted him to keep that in mind as he |
| | 18 | was deciding what was going to get paid. |
| | 19 | Q  And is this -- this payroll, is that referring |
| 11:23:18 | 20 | to IA's payroll? |
| | 21 | A  Yes. |
| | 22 | Q  Okay.  And the bills, were those referring to |
| | 23 | IA's bills? |
| | 24 | A  This is all the bills.  I don't know |
| 11:23:24 | 25 | specifically what.  I can just tell you that it included |

Page 73

| | | |
|---|---|---|
| 11:23:27 | 1 | this stuff and other stuff.  I don't know specifically |
| | 2 | what bills were included, but, yeah. |
| | 3 | Q  Okay.  Well, there's a reference there to rent. |
| | 4 | Is that referring to the rent that needed to be paid for |
| 11:23:35 | 5 | the office that you shared with Mr. Bergstein? |
| | 6 | A  Could be, yes. |
| | 7 | Q  You're not sure? |
| | 8 | A  It could be the rent of the warehouse.  We had |
| | 9 | a rent -- there was a warehouse that had stuff in |
| 11:23:41 | 10 | storage in it.  I don't know if it was the warehouse, |
| | 11 | but -- or the office.  Maybe the office.  Probably the |
| | 12 | office.  But I don't know what this e-mail from eight |
| | 13 | years ago is referring to. |
| | 14 | Q  What warehouse were you referring to? |
| 11:23:54 | 15 | A  There was a warehouse that was -- I don't when |
| | 16 | it was, around this time, maybe after this, there was a |
| | 17 | warehouse that there were rent payments due on as well. |
| | 18 | Q  Okay.  And where was that warehouse located? |
| | 19 | A  Somewhere in the Valley. |
| 11:24:06 | 20 | Q  Okay.  And what was the purpose of that |
| | 21 | warehouse? |
| | 22 | A  Storing stuff. |
| | 23 | Q  For? |
| | 24 | A  David's stuff.  Some stuff for Ron Tutor. |
| 11:24:15 | 25 | Documents.  Uh -- um, library stuff.  All kinds of |

Page 74

| | | |
|---|---|---|
| 11:24:22 | 1 | stuff. |
| | 2 | Q   Okay.  And so in whose name was the warehouse |
| | 3 | space, I'll say, leased? |
| | 4 | A   K.Jam Media. |
| 11:24:31 | 5 | Q   Okay.  And how big was the space? |
| | 6 | A   I don't remember how many square feet, but it |
| | 7 | was a good size. |
| | 8 | Q   Okay.  And who had access to the warehouse? |
| | 9 | A   David, myself, Frymi, and a couple of the guys |
| 11:24:45 | 10 | that worked for David were there all the time. |
| | 11 | Q   What prompted you to obtain warehouse space? |
| | 12 | A   David and Ron needed the space.  I just put it |
| | 13 | in -- he asked me to put it in K.Jam Media's name, and I |
| | 14 | did. |
| 11:24:59 | 15 | Q   Okay.  And do you still have that warehouse |
| | 16 | space today? |
| | 17 | A   No.  No, years and years ago it went away. |
| | 18 | Q   Okay.  How did it go away? |
| | 19 | A   They scanned all the documents, and got rid of |
| 11:25:13 | 20 | everything and got rid of the space.  That's my |
| | 21 | understanding of what they did. |
| | 22 | Q   So the warehouse space was mostly used for |
| | 23 | documents? |
| | 24 | A   There was a lot of documents in there, yes. |
| 11:25:18 | 25 | Q   And do you know what those documents were? |

Page 75

| | | |
|---|---|---|
| 11:25:22 | 1 | A   Having to do the film libraries and other |
| | 2 | stuff.  I don't know.  I don't know all the documents, |
| | 3 | but I know a lot of the film stuff was in there. |
| | 4 | Q   Okay.  So approximately when did K.Jam Media |
| 11:25:35 | 5 | stop leasing the warehouse space? |
| | 6 | A   I don't remember. |
| | 7 | Q   Okay.  And do you know how much was paid toward |
| | 8 | renting the warehouse space? |
| | 9 | A   I don't remember how much the rent was. |
| 11:25:45 | 10 | Q   Okay.  And there's a reference here to Joshua |
| | 11 | Furman Law. |
| | 12 | Do you see that? |
| | 13 | A   Yes. |
| | 14 | Q   Who's that? |
| 11:25:51 | 15 | A   He's an attorney. |
| | 16 | Q   And who did you perform work for? |
| | 17 | A   He performed work for David on a number of |
| | 18 | things, and also he did some work for CAC. |
| | 19 | Q   Okay.  CAC is your company? |
| 11:25:59 | 20 | A   It's one of my entities, yes. |
| | 21 | Q   Okay.  Did he perform work for you in any other |
| | 22 | respects? |
| | 23 | A   I don't think so. |
| | 24 | Q   Let's look at Exhibit 8. |
| 11:26:22 | 25 | (Exhibit 8 was marked for |

Page 76

| | | |
|---|---|---|
| 11:26:22 | 1 | identification by the Court Reporter |
| | 2 | and is attached hereto.) |
| | 3 | BY MR. LATZER: |
| | 4 | Q   And this is a March 6, 2012 e-mail from |
| 11:26:31 | 5 | Mr. Bergstein to you; is that correct? |
| | 6 | A   Yes, it is. |
| | 7 | Q   And Mr. Bergstein wrote, "Kia, I wired 300K to |
| | 8 | Integrated Administration." |
| | 9 | Do you see that? |
| 11:26:44 | 10 | A   Yes, I do. |
| | 11 | Q   Now did you understand the source of these |
| | 12 | monies that had been wired Integrated Administration? |
| | 13 | A   No. |
| | 14 | Q   Okay.  And did you -- well, strike that. |
| 11:27:08 | 15 | As you sit here today, do you understand the |
| | 16 | source for these monies? |
| | 17 | A   No. |
| | 18 | Q   Okay.  Let's look back at the bank records |
| | 19 | marked as Exhibit 40 of Mr. Zarrinkelk's deposition. |
| 11:27:22 | 20 | A   Okay. |
| | 21 | Q   And let me direct you to page 36. |
| | 22 | A   Okay. |
| | 23 | Q   And the first transaction the top dated |
| | 24 | March 6, 2012, reflects, as we looked at before, a |
| 11:27:43 | 25 | payment from Swartz IP Services Group to Integrated |

Page 77

| | | |
|---|---|---|
| 11:27:45 | 1 | Administration for $300,000. |
| | 2 | Do you see that? |
| | 3 | A   I do. |
| | 4 | Q   Okay.  So do you agree with me that this e-mail |
| 11:27:51 | 5 | is referring to monies that came in from Swartz IP to |
| | 6 | Integrated Administration? |
| | 7 | A   It seems like it. |
| | 8 | Q   Okay.  And by monies, I'm referring to |
| | 9 | $300,000. |
| 11:28:02 | 10 | A   Yes, sir. |
| | 11 | Q   Okay.  So Mr. Bergstein writes, "Upon receipt, |
| | 12 | please wire out $63,167.36 to," and then there's |
| | 13 | reference to Farmers and Merchants Bank. |
| | 14 | Did I -- |
| 11:28:16 | 15 | A   Yes. |
| | 16 | Q   -- read that correctly? |
| | 17 | A   Yes. |
| | 18 | Q   Okay.  And the account name identified in |
| | 19 | Mr. Bergstein's e-mail is Carol Watson's Orange Coast |
| 11:28:19 | 20 | Auctions." |
| | 21 | Do you see that? |
| | 22 | A   Yes. |
| | 23 | Q   Okay.  So do you have an understanding as to |
| | 24 | what Carol Watson's Orange Coast Auctions is? |
| 11:28:32 | 25 | A   No. |

Page 78

11:28:32  1    Q   Okay.  Do you understand why Mr. Bergstein was
        2   asking you to use money that came from Swartz IP to pay
        3   Carol Watson's Orange Coast Auctions?
        4    A   No.
11:28:42  5    Q   Did you ever have a discussion with
        6   Mr. Bergstein regarding this payment?
        7    A   I don't recall.
        8    Q   Did you understand that Mr. Bergstein was
        9   asking you to use Swartz IP's money to purchase
11:28:55 10  something from Carol Watson's Orange Coast Auctions for
       11  his personal use?
       12    A   No.
       13    Q   Okay.  So as you sit here today, you have no
       14  idea why this payment was directed to Carol Watson's
11:29:12 15  Orange Coast Auctions?
       16    A   I don't.
       17    Q   Okay.  Now let's look the last line of this
       18  e-mail.  Mr. Bergstein wrote, "As to the rest, pay Amex
       19  and hold the rest for payroll first."
11:29:24 20     Do you see that?
       21    A   Yes.
       22    Q   Okay.  And by "pay Amex," that's a reference to
       23  paying off your American Express black card; is that
       24  correct?
11:29:31 25    A   That's the American Express card he's referring

Page 79

11:29:32  1   to.
        2    Q   Okay.  And that's the American Express card
        3   that, at least in part, was used to pay for your
        4   personal expenses?
11:29:39  5    A   There was some personal expenses on it, yes.
        6   I, at times, would write personal checks for my personal
        7   expenses on top of that.
        8    Q   Okay.
        9    A   Or I would reduce my loan amounts by the
11:29:49 10  personal expenses that were paid.  It was all tracked.
       11    Q   Let's look at Exhibit 9.
       12       (Exhibit 9 was marked for
       13       identification by the Court Reporter
       14       and is attached hereto.)
11:30:07 15  BY MR. LATZER:
       16    Q   And Exhibit 9 is a series of e-mails exchanged
       17  between you and Mr. Bergstein on March 13, 2012.
       18       Do you agree with me?
       19    A   Yes.
11:30:29 20    Q   Okay.  Let's start at the bottom, the first
       21  e-mail.  Mr. Bergstein wrote to you, "I wired 50K to
       22  Integrated Administration."
       23       Do you see that?
       24    A   Yes, I do.
11:30:41 25    Q   Now, do you know the source of that 50K payment

Page 80

11:30:44  1   to Integrated Administration?
        2    A   No.
        3    Q   Okay.  Let's look again at page 36 of
        4   Exhibit 40.
11:30:59  5    A   Okay.
        6    Q   And you see on that page the March 13, 2012
        7   transfer funds --
        8    A   I do.
        9    Q   -- from Swartz IP to Integrated Administration
11:31:09 10  for $50,000?
       11    A   I do.
       12    Q   So do you agree with me that this reference in
       13  Mr. Bergstein's e-mail is a reference to the monies that
       14  were -- that came in from Swartz IP Services Group?
11:31:20 15    A   It seems like it.
       16    Q   Okay.  Now the second sentence of that e-mail
       17  states, "I need 20K sent to the trust."
       18       Do you see that?
       19    A   Yes.
11:31:28 20    Q   And that's a reference to Mr. Bergstein's
       21  personal trust?
       22    A   Yes.
       23    Q   And as -- you understood that was a trust that
       24  was in place to benefit his family?
11:31:37 25    A   Yes.

Page 81

11:31:38  1    Q   Okay.  You responded to Mr. Bergstein that same
        2   day and you wrote, "Okay.  I will arrange.  Can I use
        3   the 30 for bills?"
        4       Did I read that correctly?
11:31:51  5    A   Correct.
        6    Q   Okay.  And Mr. Bergstein responded, "There's an
        7   e-mail after this.  25 has to go out, 10 to trust, 15 to
        8   Graybox.  The rest is yours."
        9       Did I see that -- did I read that correctly?
11:32:04 10    A   Yes.
       11    Q   And so when Mr. Bergstein wrote to you "the
       12  rest is yours," that meant that you could use that money
       13  to pay off your American Express bill; is that correct?
       14    A   I used it for bills.  Down here it says
11:32:18 15  "bills."  I don't know what the bills were at the time,
       16  but it was bills.  Likely rent, you know, health
       17  insurance or other insurance, phone, Internet -- bills.
       18    Q   So when Mr. Bergstein wrote "The rest is
       19  yours" --
11:32:37 20    A   That means I can decide what -- you know, which
       21  of the bills get paid, 'cause it probably wasn't enough
       22  to pay all the bills, so I would call the phone company
       23  an say instead of 1,200 bucks, I'll pay you 800.  Give
       24  me another two weeks.  I would pay off the parking, or
11:32:49 25  buy parking stickers so people could park in the

Kiarash Jam, 30(B)(6)                                           03-28-19

|  | Page 82 |
|---|---|

11:32:52  1  building or, you know, whatever.  I would, you know, use
2  that -- whatever I could to pay the bills that were on
3  fire the most.
4      Q   It's fair to say when he wrote, "The rest is
11:32:59  5  yours" he was indicating to you that you could use the
6  money as you saw fit?
7      A   I could use the money for the bills is what he
8  was indicating.
9      Q   Where here does he refer to bills?
11:33:09 10      A   My question is, "Can I use the 30 for bills",
11  and he says, "The rest is yours," meaning for the bills.
12  I used that money for the bills.
13      Q   Okay.  In the e-mail at the top, you responded
14  to Mr. Bergstein and you wrote, in part, "Mine.  Yay."
11:33:21 15          Is that correct?
16      A   Yes.
17      Q   Okay.  In the next line you wrote, "I wonder if
18  there's a direct flight to Vegas from here," question
19  mark.
11:33:32 20          Do you see that?
21      A   I do.
22      Q   Did you go with Mr. Bergstein to Las Vegas
23  often?
24      A   I went to Vegas with David on probably two
11:33:39 25  occasions, but this was just me joking here.  I did not

|  | Page 83 |
|---|---|

11:33:43  1  go to Vegas here.  I spoke to Majid, the wires are going
2  out.  This was just me being -- trying to be funny in
3  the top.  But on other occasions I went to Vegas with
4  David in a group, probably twice.  Maybe three times
11:33:57  5  over the last --
6      Q   And was the purpose of trips to Las Vegas?
7      A   Socialization, fun, birthdays, that kind of
8  things.
9      Q   Gambling?
11:34:05 10      A   I play a little bit of Black Jack, not big.  A
11  couple hundred bucks.  I'm still not good at poker.
12      Q   Okay.  Let's look at Exhibit 10.
13          (Exhibit 10 was marked for
14          identification by the Court Reporter
11:34:25 15          and is attached hereto.)
16  BY MR. LATZER:
17      Q   And Exhibit 10 consists of various e-mails
18  exchanged on April 13, 2012 and April 14, 2012.
19          Is that correct?
11:34:46 20      A   Okay.
21      Q   Do you agree with me?
22      A   Yes.
23      Q   Okay.  Now, the subject of these e-mails is
24  Integrated Administration transaction; is that correct?
11:35:01 25      A   That's what it says.

|  | Page 84 |
|---|---|

11:35:03  1      Q   Okay.
2      A   That's that Steve started it as, yes.
3      Q   Okay.  Now Mr. Piscula's e-mail, the bottom one
4  on page 1, states, "This check was written today from
11:35:20  5  IA."
6          Did I read that correctly?
7      A   Yes.
8      Q   Okay.  And there's a reference on the next page
9  of this document to Definity Media, Evan Warshawsky.
11:35:33 10      A   Correct.
11      Q   Is that correct?
12      A   Yes.
13      Q   And so is it your understanding that at this
14  time Integrated Administration was making a $12,000
11:35:41 15  payment to Definity -- Definity Media?
16      A   For Evan Warshawsky's services.
17      Q   Okay.  Do you know what services he provided?
18      A   He was providing accounting, CPA services for a
19  multitude of the entities over the years.  I don't know
11:35:53 20  specifically what he was doing at this time.
21      Q   Okay.  Now, you responded to Mr. Piscula's
22  e-mail also on April 13, 2012, and you wrote, "Was there
23  an incoming wire?  We don't fund for these checks.  Zero
24  float."
11:36:10 25          Do you see that?

|  | Page 85 |
|---|---|

11:36:11  1      A   Yes.
2      Q   Okay.  Let me just ask you.  Mr. Piscula, he
3  has an e-mail address at kjammedia.com?
4      A   He did at the time.
11:36:23  5      Q   Okay.  So he was an employee of your company,
6  K.Jam Media?
7      A   No.  That's just the e-mail he had.  He was an
8  employee of Integrated Administration.
9      Q   Okay.
11:36:28 10      A   He just didn't have an Integrated
11  Administration e-mail thing.
12      Q   Was Mr. Piscula ever employed K.Jam Media?
13      A   No.  K.Jam Media didn't have any employees.
14      Q   Okay.  Did he provide services to K.Jam Media?
11:36:41 15      A   Sure.  He helped me.
16      Q   Mr. Piscula helped you?
17      A   Yes.  He was the office manager of the office
18  so, yes, he did help me.
19      Q   Okay.  But he was officially an employee of
11:36:53 20  Integrated Administration; is that correct?
21      A   Yes.  That's where he got his paycheck.
22      Q   Okay.  Now Mr. Bergstein responded to your
23  e-mail on April 14th.  He wrote, "We deposited 40K on
24  Thursday."
11:37:04 25          Do you see that?

22  (Pages 82 to 85)

Kiarash Jam, 30(B)(6)                                    03-28-19

Page 86

| | | |
|---|---|---|
| 11:37:05 | 1 | A  I do. |
| | 2 | Q  Now, did you have an understanding as to the |
| | 3 | source of those funds? |
| | 4 | A  No.  I didn't even know the deposit had been |
| 11:37:13 | 5 | made, clearly. |
| | 6 | Q  Okay.  And you responded to Mr. Bergstein's |
| | 7 | e-mail that same day.  You wrote, "Thanks Dude.  Any |
| | 8 | love for Amex on Monday?" |
| | 9 | Did I read that correctly? |
| 11:37:24 | 10 | A  Yes, you did. |
| | 11 | Q  Okay.  And by writing "Any love for Amex," that |
| | 12 | was -- that was your question of whether funds from |
| | 13 | Integrated Administration could be payed to -- could be |
| | 14 | used to pay off your American Express black card bill; |
| 11:37:40 | 15 | is that correct? |
| | 16 | A  No.  That was me saying are you going to be |
| | 17 | able to  make money available for American Express?  I |
| | 18 | don't know if was going to be through IA, or an entity, |
| | 19 | or he was going to pay it directly.  I don't know.  This |
| 11:37:49 | 20 | is me reminding him that there's a payment due on the |
| | 21 | American Express, and is he going to do anything about |
| | 22 | it.  Trying to put it in front of his eye. |
| | 23 | Q  Okay.  And to be clear, that was the American |
| | 24 | Express black card bill that we've been referring to? |
| 11:38:00 | 25 | A  That's the only one we'll refer to in all of |

Page 87

| | | |
|---|---|---|
| 11:38:03 | 1 | this for the rest of the day. |
| | 2 | Q  Okay.  And Mr. Bergstein wrote back to you on |
| | 3 | April 14, 2012, "Yes"? |
| | 4 | A  Yes. |
| 11:38:09 | 5 | Q  Okay.  And you responded, in part, on April 14, |
| | 6 | 2012, "Sweet." |
| | 7 | Is that correct? |
| | 8 | A  That's what it says. |
| | 9 | Q  Let's look at Exhibit 11. |
| 11:38:35 | 10 | A  Thank you. |
| | 11 | (Exhibit 11 was marked for |
| | 12 | identification by the Court Reporter |
| | 13 | and is attached hereto.) |
| | 14 | BY MR. LATZER: |
| 11:38:43 | 15 | Q  And Exhibit 11 is an e-mail from you to Mr. |
| | 16 | Bergstein dated May 30th, 2012; is that correct? |
| | 17 | A  Yes, it is. |
| | 18 | Q  And you wrote, "Hey D.B., payroll is this week, |
| | 19 | as you know.  Assuming the 60K comes in today, as you |
| 11:39:02 | 20 | said, we will need 95 for payroll, 250 for Amex." |
| | 21 | Did I read that correctly? |
| | 22 | A  Yes, you did. |
| | 23 | Q  Okay.  Now the reference there to the 60 day -- |
| | 24 | excuse me, 60K coming in today; do you see that? |
| 11:39:18 | 25 | A  I do. |

Page 88

| | | |
|---|---|---|
| 11:39:20 | 1 | Q  Did you have an understanding of where 60K was |
| | 2 | coming from? |
| | 3 | A  No.  I would assume that he said -- I spoke |
| | 4 | with him earlier that day and he mentioned something |
| 11:39:28 | 5 | about the fact that he had wired in 60K. |
| | 6 | Q  Okay.  And is it your understanding that that |
| | 7 | 60K was going to be coming into Integrated |
| | 8 | Administration? |
| | 9 | A  I don't know, based on this. |
| 11:39:39 | 10 | Q  Well, there's a reference here -- or two |
| | 11 | references in this e-mail -- I'm sorry, three references |
| | 12 | to payroll. |
| | 13 | A  Uh-huh. |
| | 14 | Q  Was -- Integrated Administration was the |
| 11:39:50 | 15 | company that was being used to pay payroll -- |
| | 16 | A  Correct. |
| | 17 | Q  -- is that correct? |
| | 18 | A  Correct. |
| | 19 | Q  Did any other company pay payroll? |
| 11:39:55 | 20 | A  No, but the wire could have come into one of |
| | 21 | the other companies, to K.Jam Media, and I would have |
| | 22 | moved it to IA for payroll.  So I don't know where the |
| | 23 | 60 came from, I don't know where it was sent, or if it |
| | 24 | even arrived. |
| 11:40:08 | 25 | Q  Okay.  Now, the reference here for 250 for |

Page 89

| | | |
|---|---|---|
| 11:40:12 | 1 | Amex, you're referring to $250,000? |
| | 2 | A  Yes. |
| | 3 | Q  Okay.  And, again, that's monies that were |
| | 4 | going to be used to pay off the American Express black |
| 11:40:24 | 5 | card.  That's -- that's correct? |
| | 6 | A  It says there's $250,000 due to American |
| | 7 | Express, yes. |
| | 8 | Q  Okay.  So you're requesting monies to pay off |
| | 9 | the American Express black card? |
| 11:40:32 | 10 | A  I'm telling him what is needed to pay the |
| | 11 | bills, yes. |
| | 12 | Q  And just to be clear, it's the American Express |
| | 13 | black card? |
| | 14 | A  That is the only American Express card we're |
| 11:40:38 | 15 | going to talk about today. |
| | 16 | Q  Okay.  Let's look at Exhibit 12. |
| | 17 | (Exhibit 12 was marked for |
| | 18 | identification by the Court Reporter |
| | 19 | and is attached hereto.) |
| | 20 | BY MR. LATZER: |
| 11:41:05 | 21 | Q  Exhibit 12 is a July 2nd, 2012 e-mail from |
| | 22 | Mr. Bergstein to you; is that correct? |
| | 23 | A  Yes, it is. |
| | 24 | Q  And the first sentence of the e-mail, |
| 11:41:27 | 25 | Mr. Bergstein writes, "200K wire let to the IA account." |

23  (Pages 86 to 89)

Kiarash Jam, 30(B)(6)                                          03-28-19

Page 90

11:41:33  1        Do you see that?
        2    A  Yes.
        3    Q  Do you understand that Mr. Bergstein meant that
        4  a 200K wire had been sent to the IA account?
11:41:41  5    A  Sent or went probably, yes.
        6    Q  Okay.  Now, do you have an understanding as to
        7  the source of these funds?
        8    A  No.
        9    Q  Okay.  Let's look back at Exhibit 40.
11:41:52 10    A  Okay.  Page 36?
       11    Q  No.  Let's look the page 57, please.
       12    A  Okay.  Okay.
       13    Q  And the first transaction on page 57 of
       14  Exhibit 40 is dated July 2nd, 2012, and it reflects a
11:42:15 15  transfer from Advisory IP Services of $200,000 to
       16  Integrated Administration; is that correct?
       17    A  I see that.
       18    Q  Okay.  So do you agree with me that this
       19  reference in Mr. Bergstein's July 2nd e-mail is
11:42:29 20  referring to monies that had come to Integrated
       21  Administration from Swartz IP?
       22    A  It seems that way.
       23    Q  Okay.  So this is another instance in which
       24  Integrated Administration is receiving monies from
11:42:41 25  Swartz IP?

Page 91

11:42:42  1    A  It seems that way.
        2    Q  Okay.  And the second sentence of this e-mail
        3  Mr. Bergstein wrote, "When it comes in, pay Amex, and I
        4  will need a small wire sent out tomorrow."
11:42:53  5        Is that correct?
        6    A  That's what it says.
        7    Q  So this is another instance in which
        8  Mr. Bergstein is directing funds from which you would
        9  use -- well, strike that.
11:43:08 10        This is another instance in which Mr. Bergstein
       11  is -- is sending you funds from which the American
       12  Express black card would be paid.
       13        Is that correct?
       14    A  It seems that way, yes.
11:43:20 15    Q  Okay.
       16    A  He would always direct what the money was to be
       17  spent on.  I have said that already.
       18    Q  And specifically, this is another instance in
       19  which funds were coming from Swartz IP, and those funds
11:43:30 20  were going to be used to pay off the American Express
       21  black card; is that correct?
       22    A  According to this e-mail, he requested that
       23  some of that wire be used to pay off the American
       24  Express bill, correct.
11:43:40 25    Q  All right.  And the wire was from Swartz IP?

Page 92

11:43:43  1    A  It seems that way.
        2    Q  You made a reference before to a company by the
        3  name of Broadway 4D Theaters; is that correct?
        4    A  Yes.
11:44:16  5    Q  And I believe you referred to them yesterday
        6  during testimony that you provided to Mr. Walker?
        7    A  Yes, I did.  Yes.
        8    Q  Okay.  And I believe you testified that it
        9  would -- Broadway 4D is a project with which you'd been
11:44:30 10  involved for many years; is that correct?
       11    A  Correct.
       12    Q  When did you first become involved in this
       13  project?
       14    A  Many, many years ago.
11:44:38 15    Q  Between five and ten?
       16    A  Yeah.
       17    Q  Okay.  And what does that project entail?
       18    A  It involves licensing some of the big numbers
       19  from the big Broadway musicals of history, and shooting
11:44:54 20  them on film in 3-D, and having big stars of today sing
       21  the respective songs from the big shows.  It's kind of a
       22  theme park attraction, if you think about it.  It's,
       23  like, Madame Tussauds Museum.  Instead of paying 26
       24  bucks to see plastic people, you pay the entrance fee
11:45:12 25  and you sit, and for an hour you get to see some of the

Page 93

11:45:12  1  biggest numbers in the history of Broadway performed by
        2  the biggest stars of today.
        3        It's called Broadway 4D, because the theater
        4  will have some 4D elements like smell, and scent, and
11:45:25  5  wind, and lights, and things of that sort.
        6    Q  All right.  So what's the status of this
        7  project?
        8    A  Uh --
        9        MR. MIGLER:  Counsel, I'm just -- I'm just
11:45:31 10  going to object to any questions about Broadway just as
       11  being outside of the scope of the depo subpoena, because
       12  we're about IA.  Unless this is going towards anything
       13  to do with IA, I'm going to object as to relevance to --
       14  to Broadway 4D.
11:45:48 15        MR. WALKER:  Well, For what it's worth,
       16  yesterday David said that if we had other questions
       17  addressed to him individually, then we could ask him.
       18        MR. MIGLER:  I wasn't aware of that, but go
       19  ahead.  Thank you.
11:45:58 20        MR. WALKER:  Thank you.
       21  BY MR. LATZER:
       22    Q  Can you tell me what the status of the project
       23  is?
       24    A  Uh, the project is still in the works.  They
11:46:03 25  have a new director on board now, a very high profile

eLitigation Services, Inc. - els@els-team.com

Kiarash Jam, 30(B)(6)                                    03-28-19

Page 94

11:46:07  1    director is on board.  The script is being rewritten and
          2    there's hope that the project's going to go in front of
          3    cameras early next year.
          4        Q   What's your role with respect to this project?
11:46:18  5        A   I am hopefully going to be the one who produces
          6    the actual movie part of it.
          7        Q   Okay.  Have you invested any money in this
          8    project?
          9        A   No.
11:46:27 10        Q   Have any companies with which you're affiliated
         11    invested money in this project?
         12        A   Yes.  I have friends that have invested in it,
         13    and I was a consultant for them, so they actually paid
         14    me.
11:46:38 15        Q   What -- what, uh, companies are you referring
         16    to?  These are your friends' companies?
         17        A   I'm sorry, what?
         18        Q   You're referring to your friends' companies?
         19        A   For what?
11:46:48 20        Q   Your -- am I understanding that your friends'
         21    companies invested in this project and you provided
         22    consulting to those companies?
         23        A   No.  I provided consulting services to Broadway
         24    4D.
11:46:58 25        Q   Okay.  So they've paid you?

Page 95

11:46:59  1        A   Yes.
          2        Q   Okay.  But you haven't invested any monies?
          3        A   I have not invested any money in it, no.
          4        Q   Understood.
11:47:03  5            Are you aware that in December 2013 that Swartz
          6    IP transferred approximately $40,000 to Broadway 4D
          7    Theaters?
          8        A   I wasn't, no.  I'd forgotten if I did.  I know
          9    Jerry was really in -- Jerry -- I do know that there was
11:47:16 10    a lot of discussion between David and Jerry about Jerry
         11    doing some very, very heavy lifting on -- on the show
         12    and providing a giant loan or something, and I don't
         13    think it ever happened.  But there was a lot of
         14    discussion that David Bergstein and Jerry had with the
11:47:30 15    Broadway 4D folks.
         16        Q   Okay.
         17        A   I was not in those discussions.  I don't recall
         18    them.
         19        Q   Do you know why Broadway would have been -- or
11:47:36 20    did receive monies from Swartz IP?
         21        A   I don't what David and Jerry talked to Broadway
         22    4D about.  I think he was going to be a big investor in
         23    it, Jerry was, I think.  I don't know.
         24        Q   I'm at a pretty good stopping point.  I don't
11:48:01 25    know whether -- it's a little early for lunch, but would

Page 96

11:48:03  1    you guys are okay with breaking now?
          2        THE WITNESS:  I'm good for -- I can go work
          3    through and be done with this early if you want, or we
          4    can break for lunch.  Whatever you gentlemen prefer.
11:48:08  5        MR. LATZER:  Yeah, let's take a break.  Thank
          6    you.
          7        THE VIDEOGRAPHER:  Going off the record at
          8    11:46 a.m.
          9        (A lunch recess was taken.)
12:47:50 10        THE VIDEOGRAPHER:  We are back on the record at
         11    12:46 p.m.
         12    BY MR. LATZER:
         13        Q   Okay.  And Mr. Jam, before we begin, I just
         14    want to say that I understand that this process can be a
12:48:12 15    little bit tedious, and it may seem like I'm asking
         16    repetitive questions.  But I just want you to know that
         17    I'm asking the questions because I need to, and I just
         18    appreciate you bearing with me.
         19        A   I appreciate that, and if I appear frustrated,
12:48:26 20    I apologize.
         21        Q   I'm going to show you what I'm marking as
         22    Exhibit 13.  (Exhibit 13 was marked for
         23            (Exhibit 13 was marked for
         24            identification by the Court Reporter
12:48:48 25            and is attached hereto.)

Page 97

12:48:48  1    BY MR. LATZER:
          2        Q   Have you seen this document before?
          3        A   I don't think so.
          4        Q   Okay.  This document was introduced as an
12:49:08  5    exhibit at Mr. Bergstein's criminal trial, and it was
          6    designated as Exhibit 46 during that trial.
          7            Do you see that on the bottom right there?
          8        A   I do.
          9        Q   Okay.  Now, on the first page of this exhibit,
12:49:25 10    you see the box that says "Swartz IP Services Group"?
         11        A   I do.
         12        Q   And then there's an arrow pointing to
         13    Integrated Administration.
         14            Do you see that?
12:49:35 15        A   Yes.
         16        Q   And that reflects a payment of $300,000 to
         17    Integrated Administration.
         18            Do you see that?
         19        A   That's what it says.
12:49:44 20        Q   Okay.  And we just saw this payment reflected
         21    on a bank statement earlier today; is that correct?
         22        A   I don't remember if it's this one, but we did
         23    see $300,000 payment.  Yes, I will assume that's the
         24    case.
12:50:00 25        Q   Okay.  And let me ask you to turn to the last

Kiarash Jam, 30(B)(6)                                      03-28-19

---

Page 98

| 12:50:10 | 1 | page of this exhibit. |
| | 2 | A  Okay.  Whoa.  Okay. |
| | 3 | Q  Now, you'll see again the box that designated |
| | 4 | Swartz IP -- |
| 12:50:24 | 5 | A  Yes. |
| | 6 | Q  -- and an arrow going over to Integrated |
| | 7 | Administration? |
| | 8 | A  Yes. |
| | 9 | Q  And that reflects the $300,000 payment that we |
| 12:50:31 | 10 | saw on the first page -- |
| | 11 | A  Okay. |
| | 12 | Q  -- correct? |
| | 13 | A  Yes. |
| | 14 | Q  Now, I want you to focus first on the arrow |
| 12:50:39 | 15 | going down from Integrated Administration. |
| | 16 | A  Okay. |
| | 17 | Q  And you'll see the name Don Carroll. |
| | 18 | A  Yes. |
| | 19 | Q  Do you see that? |
| 12:50:50 | 20 | A  Yes. |
| | 21 | Q  Now, this reflects various payments from |
| | 22 | Integrated Administration to individuals and entities |
| | 23 | including the first one, Mr. Carroll. |
| | 24 | A  Okay. |
| 12:51:06 | 25 | Q  Is that correct? |

---

Page 99

| 12:51:07 | 1 | A  That's what it says. |
| | 2 | Q  Okay.  Now the second entry below Mr. Carroll |
| | 3 | is K.Jam House. |
| | 4 | Do you see that? |
| 12:51:18 | 5 | A  Yes. |
| | 6 | Q  And next to that reflects a $15,000 payment |
| | 7 | from Integrated Administration to K.Jam House. |
| | 8 | Do you see that? |
| | 9 | A  Yes. |
| 12:51:26 | 10 | Q  Okay.  What's K.Jam House? |
| | 11 | A  I -- I don't know this, but I have a house |
| | 12 | account called Kia Jam House account at Wells Fargo. |
| | 13 | It's probably referring to that, but I don't know what |
| | 14 | this document is, or who drafted it or what -- you know, |
| 12:51:39 | 15 | so that's my best guess. |
| | 16 | Q  Okay.  The K.Jam House account, that's an |
| | 17 | account you use for personal expenses? |
| | 18 | A  Yes. |
| | 19 | Q  Okay. |
| 12:51:47 | 20 | A  That's the account that typically would loan |
| | 21 | Integrated Administration money if they were short on |
| | 22 | bills. |
| | 23 | Q  Okay.  Do you know why Integrated |
| | 24 | Administration would have been paying K.Jam House |
| 12:51:59 | 25 | $15,000 on November 29, 2011? |

---

Page 100

| 12:52:02 | 1 | A  I would assume it was paying back a loan. |
| | 2 | Q  Okay.  Is there a loan agreement to reflect |
| | 3 | that? |
| | 4 | A  I would not do a loan agreement for myself.  If |
| 12:52:14 | 5 | the company was short money, to the extent that I had |
| | 6 | money, I would transfer money into the company to pay |
| | 7 | the bills or whatever needed to get paid.  And then when |
| | 8 | I could, I'd take the money back.  There's still plenty |
| | 9 | of outstanding loans and debt, unfortunately. |
| 12:52:27 | 10 | Q  Okay.  The entry below K.Jam House, it says, |
| | 11 | "Cash 45K." |
| | 12 | A  Uh-huh. |
| | 13 | Q  Do you see that? |
| | 14 | A  Yes. |
| 12:52:34 | 15 | Q  Do you have an understanding as to why $45,000 |
| | 16 | in cash would have been drawn from the Integrated |
| | 17 | Administration bank account on November 29, 2011? |
| | 18 | A  I don't remember.  No. |
| | 19 | Q  Is that cash that was in your possession? |
| 12:52:48 | 20 | A  I don't know, but I don't think so. |
| | 21 | Q  But you were the authorized signatory on the |
| | 22 | account? |
| | 23 | A  Yes, I was. |
| | 24 | Q  Okay.  Is there anyone else other than |
| 12:52:57 | 25 | Mr. Zarrinkelk who would have been able to draw $45,000 |

---

Page 101

| 12:53:01 | 1 | from that account? |
| | 2 | A  Somebody who had a check. |
| | 3 | Q  But this is reflecting a cash withdrawal |
| | 4 | from -- from the account. |
| 12:53:10 | 5 | A  Right.  You write a check to cash; right? |
| | 6 | Q  Can -- can you -- so is there anyone who could |
| | 7 | have withdrawal cash directly from that account other |
| | 8 | than you and Mr. Zarrinkelk? |
| | 9 | A  No. |
| 12:53:22 | 10 | Q  Okay.  Now, the fourth -- I'm sorry, the fifth |
| | 11 | entry down reflects a $941,000 payment to -- |
| | 12 | A  $941 payment. |
| | 13 | Q  I'm sorry.  Thank you for correcting me. |
| | 14 | A $941 payment to Mr. Zarrinkelk's firm; is |
| 12:53:41 | 15 | that correct? |
| | 16 | A  Yes. |
| | 17 | Q  Okay.  Let's look at the arrow, the next arrow |
| | 18 | to the right, from Integrated Administration, and it |
| | 19 | goes down to K.Jam Media. |
| 12:53:53 | 20 | A  Yes. |
| | 21 | Q  Do you see that? |
| | 22 | A  I do. |
| | 23 | Q  And that reflects an $89,000 payment to K.Jam |
| | 24 | Media from Integrated Administration? |
| 12:54:00 | 25 | Do you see that? |

eLitigation Services, Inc. - els@els-team.com

Kiarash Jam, 30(B)(6)                                    03-28-19

---

Page 102

12:54:00  1    A  I do see that's what it says.
          2    Q  Okay.  And K.Jam Media is your company; right?
          3    A  Yes, it is.
          4    Q  Okay.  And if you look at the box that says
12:54:12  5   K.Jam Media, there's an arrow that goes below, and then
          6   there are a list of five individuals, or entities, the
          7   first one of which is --
          8    A  The one that says 8,000?
          9    Q  Just let me finish.  There's a reference first
12:54:27 10   to K.Jam House.
         11       Do you see that?
         12    A  Yeah.
         13    Q  Okay.  And K.Jam House you described before as
         14   your house account?
12:54:35 15    A  Yes.
         16    Q  And you use that account for -- at least in
         17   part, for personal expenses?
         18    A  Yes.
         19    Q  Okay.  Who's Allen Lee, the name underneath
12:54:45 20   K.Jam House?
         21    A  Allen Lee was a consultant that worked for the
         22   company on and off.  He was a financial consultant that
         23   would create PowerPoints to financial models,
         24   projections that David was working on.
12:54:57 25    Q  Okay.  He said he worked for the company.  What

---

Page 103

12:54:58  1   company are you referring to?
          2    A  He worked for -- he got paid by various
          3   entities, and he was working for David directly.  On one
          4   or two occasions he might have done things at my
12:55:09  5   request, but he mostly worked for David's -- at David's
          6   request.
          7    Q  Did he do work for K.Jam Media?
          8    A  He did at some point.  I asked him to do some
          9   projections on a financial model for a film slate, I
12:55:19 10   think.  I don't remember exactly, but yes, he'd done
         11   some work for K.Jam Media.
         12    Q  Okay.  Did anyone have -- were there any
         13   written agreements reflecting the consulting services
         14   that Mr. Lee provided?
12:55:32 15    A  I don't remember.  There's probably an invoice
         16   somewhere for this money that was paid to him.
         17    Q  Okay.  Do you remember whether with respect to
         18   this November -- or strike that.
         19       Do you recall whether with respect to this
12:55:45 20   transfer from K.Jam Media to Mr. Lee, whether it was for
         21   services provided to K.Jam Media?
         22    A  I don't recall specifically what he did seven
         23   years ago.
         24    Q  Okay.  What's Business Affairs Inc.?
12:55:57 25    A  That's a law firm.

---

Page 104

12:55:58  1    Q  That's the name of a law firm?
          2    A  Yes, it is.
          3    Q  Okay.  Did you have a relationship with that
          4   law firm?
12:56:05  5    A  Yes, sir.
          6    Q  Okay.  And what services did they perform for
          7   you?
          8    A  They perform entertainment legal services.
          9    Q  Okay.  And were they performing services for
12:56:15 10   K.Jam Media at this time?
         11    A  They've performed services for me on and off
         12   for the last 15 years.
         13    Q  Okay.  That includes this time period?
         14    A  I would assume so, yes.
12:56:30 15    Q  Okay.  What's Assured employee benefits?
         16    A  One of the insurance policies, I don't remember
         17   if the next two are bills that would come in, I don't
         18   remember specifically what for, but they were, I think,
         19   insurance policies or some sort of insurance or
12:56:46 20   something.  I don't remember specifically.
         21    Q  Okay.  So for whom were they providing services
         22   for at this time?
         23    A  I don't remember specifically.
         24    Q  Do you know if they were providing services for
12:57:00 25   K.Jam Media?

---

Page 105

12:57:00  1    A  I said I don't know specifically.
          2    Q  Okay.  You're not sure if they were providing
          3   services for Integrated?
          4    A  I said I don't remember.  My answer is pretty
12:57:08  5   clear.
          6    Q  Okay.  How about Merrill & Associates?
          7    A  The same think.  That's the same thing as
          8   Assured.  They were one of those monthly bills.  I don't
          9   remember specifically what for.
12:57:15 10    Q  Okay.  Now if you look to the arrow from K.Jam
         11   Media to the right, you'll see a reference to K.Jam
         12   Productions.
         13    A  Correct.
         14    Q  So that's another one of your companies?
12:57:26 15    A  Yes, it is.
         16    Q  And above that arrow there's an indication that
         17   $32,000 was paid from K.Jam Media to K.Jam Productions.
         18       Do you see that?
         19    A  I do.
12:57:38 20    Q  Okay.  And just to be clear, as it's depicted
         21   in this document, that money is coming from the initial
         22   $300,000 was transferred from Swartz IP to Integrated
         23   Administration.
         24       Do you see that?
12:57:54 25    A  That's what this document states.  Yes.

---

27 (Pages 102 to 105)

---

Page 106

```
12:57:56   1        Q   Okay.  And for K.Jam Productions, if you look
           2   at the arrow going down, the first entry is "L.A. DWP,"
           3   and there's an indication that $247 was paid.
           4        Do you see that?
12:58:10   5        A   I do.
           6        Q   Okay.  What's L.A. WDP [sic]?
           7        A   The Department of Water and Power.
           8        Q   So was that a payment for your water and
           9   power bill?
12:58:20  10        A   It was for a water and power bill.  I don't
          11   know if it was for me or for the office.  I don't know.
          12        Q   Which office are you referring to?
          13        A   The office -- wherever we were officed at the
          14   time.
12:58:31  15        Q   Colorado Boulevard?
          16        A   Could be.  Yes.
          17        Q   Okay.  Well, at this time were you using K.Jam
          18   Productions to pay your personal water and power bill?
          19        A   K.Jam Productions was paying some of my
12:58:43  20   personal bills, yes.
          21        Q   And that would include --
          22        A   It could.  I just don't know this document.  I
          23   don't remember these amounts.  You're asking me to
          24   verify tractions on a document from eight -- seven,
12:58:54  25   eight years ago that I have not generated, I'm looking
```

Page 107

```
12:58:57   1   at for the first time.  So I don't know specifically
           2   which department of water and power that was.  Could it
           3   have been my house?  Yes.  Could it have been something
           4   else?  Yes.  I don't know specifically any of those
12:59:06   5   things from seven years on this document you're just
           6   putting in front of me.
           7        Q   What's the California Earthquake Authority?
           8        A   It's the California Earthquake Authority.  I
           9   don't know.
12:59:15  10        Q   Okay.  Well, why would a payment have been
          11   coming from K.Jam Productions to the California
          12   Earthquake Authority for $684 at this time?
          13        A   I don't know.  Maybe it's my earthquake
          14   insurance.
12:59:28  15        Q   Do you have earthquake insurance?
          16        A   I believe I do.
          17        Q   Okay.  And is that insurance that you have for
          18   yourself personally?
          19        A   For my house.
12:59:35  20        Q   For your house?
          21        A   Yes.
          22        Q   Okay.  Would the office have had earthquake
          23   insurance?
          24        A   I don't know.  The office had a bunch of
12:59:41  25   insurances.  I don't know if earthquake insurance was
```

Page 108

```
12:59:44   1   one of them or not.
           2        Q   Okay.  Is earthquake insurance something that
           3   you're required to have for your house?
           4        A   I don't know if I'm required to have it or not,
12:59:49   5   but I have it.
           6        Q   Okay.  So this -- and you would make earthquake
           7   insurance payments monthly?
           8        A   I don't know.
           9        Q   Okay.  You have no recollection of that?
12:59:59  10        A   I don't know if it's monthly or quarterly.  I
          11   don't know.
          12        Q   Okay.  And the next entry here reflects a $127
          13   payment to DirecTV?
          14        Do you see that?
13:00:12  15        A   I do.
          16        Q   Okay.  Did you have DirecTV at this time?
          17        A   At my house I did, yes.
          18        Q   Okay.  So does this reflect a payment of $127
          19   for that DirecTV?
13:00:19  20        A   It does reflect the $127 payment to DirecTV,
          21   yes.
          22        Q   Okay.  And was it for the DirecTV at your
          23   house?
          24        A   I could be.
13:00:26  25        Q   Okay.  Did you use K.Jam Productions to pay for
```

Page 109

```
13:00:28   1   the DirecTV at your house?
           2        A   K.Jam Media Productions was used to pay my
           3   bills, but specifically for back then, I don't remember,
           4   but I would assume so.
13:00:35   5        Q   It was used to pay your personal bills?
           6        A   Yes, it was.
           7        Q   Okay.  Who's Daniel Gunning?
           8        A   He's a lawyer.
           9        Q   Okay.  And was he performing services for you
13:00:42  10   at this time?
          11        A   He's performed services for me on and off over
          12   the years, yes.
          13        Q   Okay.  Do you recall why you would have made a
          14   $250 payment to him at this time?
13:00:51  15        A   As I said, he was doing work from me, and I'm
          16   sure I owed him 250 bucks and I paid him.
          17        Q   Okay.  But you have no specific recollection as
          18   to the nature of that work?
          19        A   The work had to do with, uh -- the last thing
13:01:04  20   he did for me was a matter involving a judgment that I
          21   have against somebody for -- for something from many,
          22   many years ago.
          23        Q   That's the last work that you recall him doing
          24   for you?
13:01:23  25        A   Yes.
```

Kiarash Jam, 30(B)(6)                                        03-28-19

---

Page 110

13:01:23  1      Q   And that was for you personally?
          2      A   Yes.
          3      Q   Okay.  And do you believe that that was the
          4   work he was performing at this time?
13:01:28  5      A   I believe so.
          6      Q   Okay.  So was that the last time he performed
          7   work for you?
          8      A   That matter is ongoing.
          9      Q   That matter is still ongoing?
13:01:37 10      A   Yes.
         11      Q   And what's the nature of that matter?
         12      A   It's, uh -- I have a judgment against this guy
         13   and I've been trying to collect on forever, and he's
         14   helping to do that.
13:01:45 15      Q   And how much is that judgment for?
         16      A   40,000 bucks, I think, 40 something.
         17      Q   That's a judgment that you obtained in your
         18   name personally?
         19      A   I believe so.  Yes.
13:01:56 20      Q   Okay.  The arrow from K.Jam Media going up
         21   toward the right, you see there's a reference to $8,000?
         22      A   I do.
         23      Q   And the circle there connecting to that arrow
         24   has your name; correct?
13:02:18 25      A   Yes, it does.

Page 111

13:02:18  1      Q   And underneath that there's a reference to
          2   "credit card, 1K."
          3      Do you see that?
          4      A   I do.
13:02:25  5      Q   So that was -- or this is indicating that
          6   $1,000 went toward the credit -- a credit card bill?
          7      A   That's what it seems to say.
          8      Q   And that's the black Amex card that we've been
          9   referring to?
13:02:38 10      A   I have no idea.
         11      Q   Okay.  I believe you testified earlier that the
         12   only credit card we would see today is the black Amex?
         13      A   The only Amex we would talk about is the black
         14   Amex.  This could have been another credit card.
13:02:49 15      Q   Okay.  Did -- you had other credit cards in
         16   your name at that time?
         17      A   Yes, I did.
         18      Q   Okay.  And approximately how -- how many other
         19   credit cards?
13:02:55 20      A   I have no idea.
         21      Q   More than five?
         22      A   Don't know.
         23      Q   Okay.  Let's look at Exhibit 14.
         24      (Exhibit 14 was marked for
13:03:23 25      identification by the Court Reporter

Page 112

13:03:23  1      and is attached hereto.)
          2   BY MR. LATZER:
          3      Q   Okay.
          4      Q   And it Exhibit 14 is another exhibit introduced
13:03:30  5   by the government in Mr. Bergstein's criminal trial, and
          6   this one is designated Exhibit 47.
          7      Do you see that?
          8      A   I do.
          9      Q   Okay.  Have you seen this document before?
13:03:40 10      A   No.
         11      Q   Now, we see on first page here, a transfer from
         12   Swartz IP Services Group to Integrated Administration
         13   for $250,000 on December 8th, 2011.
         14      Do you see that?
13:03:59 15      A   That's what it says.
         16      Q   Okay.  And this is one of transfers that's
         17   reflected on the bank statement that we reviewed before?
         18      A   If you say so.
         19      Q   Let me ask you this.  At -- at or around this
13:04:24 20   time frame, did Integrated Administration have any other
         21   bank accounts other than this Wells Fargo account ending
         22   in 1578?
         23      A   No.
         24      Q   It didn't?
13:04:33 25      A   I don't think so.  It had a savings account

Page 113

13:04:36  1      attached to this, I think, at the time, but that's all I
          2   can remember right now.
          3      Q   Okay.  Do you know if that savings account
          4   received any monies from Swartz IP?
13:04:45  5      A   I don't.  It was not an active account.  It
          6   just kind of sat there.  When you open one, you get the
          7   other, I think.
          8      Q   Okay.  Can you turn to the last page of this --
          9      A   Yes, sir.
13:04:53 10      Q   -- please?
         11      A   Okay.
         12      Q   Okay.  So on the last page, we again see what
         13   was reflected on the first page, and that's that there
         14   was a payment from Swartz IP Services Group to
13:05:08 15   Integrated Administration for $250,000 on December 8,
         16   2011.
         17      Do you see that?
         18      A   Yeah.
         19      Q   Okay.  Now, if you can look at box that states
13:05:19 20   Integrated Administration, you will see a number of
         21   arrows going from that box?
         22      A   Yes, I do.
         23      Q   Okay.  Now the arrow pointing down toward the
         24   bottom right reflects a $44,000 payment from Integrated
13:05:32 25   Administration to K.Jam Media.

29 (Pages 110 to 113)

Kiarash Jam, 30(B)(6)                                                    03-28-19

---

Page 114

```
13:05:33   1        Do you see that?
           2     A  I do.
           3     Q  So that's a $44,000 payment to your company?
           4     A  That's correct.
13:05:39   5     Q  Do you know why Integrated Administration would
           6  have been paying K.Jam Media $44,000 at this time?
           7     A  So many of the bills were in K.Jam Media's
           8  name, like I said, including the rent, the office, the
           9  lease for the copier, et cetera, et cetera. So probably
13:05:52  10  covering bills that way.
          11     Q  So from your perspective, you really didn't
          12  care at this time where money was coming from as long as
          13  you had the money to pay the bills?
          14     A  David was providing the funding.  I didn't
13:06:13  15  question him where the money was coming from. I trusted
          16  him at the time.  I would ask for money.  When he
          17  provided money, he would tell me how much to go to which
          18  entity and what to do with it.
          19        And in this case, I'm assuming this $44,000
13:06:22  20  that went K.Jam Media was to pay corporate bills,
          21  including rent and, you know, insurance, and health
          22  insurance, and office, and blah, blah.
          23     Q  Okay.  Would any of the K.Jam Media payments
          24  gone toward any personal expenses?
13:06:36  25     A  I don't know, maybe.  I don't know.  I don't
```

---

Page 115

```
13:06:41   1  recall.
           2     Q  But at that time there were -- there would be
           3  certain instances where payments would go from K.Jam
           4  Media toward personal expenses?
13:06:49   5     A  Maybe.  Yeah.
           6     Q  Now the next arrow from Integrated
           7  Administration reflects a $40,000 payment to Kia Jam
           8  Productions.
           9        Do you see that?
13:06:59  10     A  Uh-huh.  I do.
          11     Q  Okay.  Do you know why Integrated
          12  Administration would be transferring  $40,000 to Kia Jam
          13  Productions at this time?
          14     A  No.  It could have been my payroll.  My
13:07:09  15  payroll, actually, would be written Kia Jam Productions,
          16  so that's what this could have been.  I don't recall.
          17     Q  You're referring to your payroll.  What do you
          18  mean by that?
          19     A  When I would get a paycheck, the check would be
13:07:18  20  written out Kia Jam Productions.
          21     Q  And who would you get a paycheck from?
          22     A  Integrated Administration.
          23     Q  You're saying a paycheck for your salary
          24  personally?
13:07:28  25     A  Yes.
```

---

Page 116

```
13:07:28   1     Q  Okay.  Were you making a $40,000 salary at this
           2  from Integrated Administration?
           3     A  I would get paid very intermittently.  This
           4  could have been a payment and I maybe didn't have a
13:07:38   5  payment for the six months before that.  So I'm assuming
           6  that's what maybe all or part of this was for.  I don't
           7  know.  Maybe part of it it's a loan payback, I don't
           8  know.  But I'm just pointing out that my personal
           9  paycheck would be written from Integrated Administration
13:07:50  10  to K.Jam Productions.  And when there wasn't money, I
          11  wouldn't take a check --
          12     Q  Okay.
          13     A  -- which was more often than not.
          14     Q  All right.  I believe you testified that you
13:07:58  15  received a salary from Integrated Administration
          16  intermittently?
          17     A  Yes.
          18     Q  And when there was money there, you'd take it?
          19     A  Yes.
13:08:06  20     Q  Okay.  So can you tell me, approximately, how
          21  much per month during the times you were receiving a
          22  salary that you were -- that you were being paid?
          23     A  What my salary was?
          24     Q  Yes.
13:08:17  25     A  My total salary was probably around 250,000,
```

---

Page 117

```
13:08:17   1  200, $250,000, if I were to get all the checks.
           2     Q  And that's $250,000 per year?
           3     A  Per year.  I'm guessing that amount.  I don't
           4  remember specifically, 200 or 250,000.  Something like
13:08:32   5  that.
           6     Q  And your testimony is that salary would have
           7  been paid to Kia Jam Productions?
           8     A  Yes.
           9     Q  Okay.  Is there another -- are there any other
13:08:41  10  reasons why $40,000 would have been transferred for --
          11  to Integrated -- from Integrated Administration to Kia
          12  Jam Productions?
          13     A  As I articulated, I don't remember
          14  specifically, but it could have also been a loan
13:08:50  15  payback.  Maybe Kia Jam Productions gave a loan to
          16  Integrated Administration for bills or payroll in the
          17  weeks or months before.  I don't remember specifically
          18  that happened often.
          19     Q  So there's a lot of money moving around at this
13:09:05  20  time?
          21     A  You -- you see what's happening.
          22     Q  U-huh.  And there's money flowing from one
          23  entity to the next, and they're entities which you and
          24  Mr. Bergstein were affiliated or had an interest; is
13:09:18  25  that correct?
```

---

30  (Pages 114 to 117)

Kiarash Jam, 30(B)(6)                                    03-28-19

---

Page 118

```
13:09:18   1        A  I am -- I have -- these three entities are
           2   entirely mine.  David Bergstein doesn't own any of these
           3   entities.  And yes, my entities would loan money to the
           4   other entities, to IA if it needed money.  If I had
13:09:24   5   money, I would loan money to IA when it needed money to
           6   make payroll, and health insurance, and parking, and
           7   things of that sort.  That's what small businesses do.
           8        Q  What do small businesses do?
           9        A  You take care of your business, if you can.  If
13:09:44  10   I had $5,000 in my account and Integrated Administration
          11   needed $5,000 to make sure the parking gate would open,
          12   people could come and park, I would advance the money as
          13   a loan to the company, and when the company had money,
          14   it would pay me back.
13:09:55  15        If we were short for payroll, I would advance
          16   the money, if I had it, so we can make payroll, people
          17   could get paid, people could have health benefits.
          18        Q  Did Kia Jam Productions pay any of the bills
          19   that you were referring to before that Integrated
13:10:18  20   Administration had?
          21        A  I don't remember.  Maybe K.Jam Productions
          22   loaned money to IA to pay the bills, or how it got paid,
          23   I don't remember from seven years ago.
          24        Q  Let's look at Exhibit 15.
13:10:53  25        (Exhibit 15 was marked for
```

Page 119

```
13:10:53   1        identification by the Court Reporter
           2        and is attached hereto.)
           3   BY MR. LATZER:
           4        Q  And Exhibit 15 is another exhibit introduced at
13:10:59   5   Mr. Bergstein's criminal trial.  The exhibit was
           6   numbered 50, and it was introduced by the government.
           7        Have you seen this document before?
           8        A  No, sir.
           9        Q  Okay.  And you'll see on the first page of this
13:11:13  10   exhibit, a payment, or what reflects a payment from
          11   Swartz IP Services Group of $50,000 to Integrated
          12   Administration on February 2nd, 2012.
          13        Do you see that?
          14        A  That's what the document says.
13:11:27  15        Q  Okay.  Do you recall a payment from Swartz IP
          16   to Integrated of $50,000 at this time?
          17        A  I think -- didn't we talk about this one
          18   already?  I think we went through all of these
          19   individually already, didn't we, or are these new
13:11:37  20   transfers?
          21        Q  So if you look back at Exhibit 40, page 31, you
          22   see a payment of $50,000 from -- on February --
          23        A  I do.  I think we talked about this already,
          24   earlier before lunch.
13:12:03  25        Q  Okay.  So this -- this reflects what we
```

Page 120

```
13:12:06   1   discussed earlier, a payment of $50,000 from Swartz IP
           2   Services to Integrated Administration on February 2nd,
           3   2012?
           4        A  That's what it seems to do, yes.
13:12:16   5        Q  Okay.  Let's turn, if you can, to the second to
           6   the last page of this exhibit.
           7        A  Yes, sir.
           8        Q  And this, again, reflects the payment that we
           9   just discussed, and that's the $50,000 payment from
13:12:32  10   Swartz IP to Integrated Administration on February 2nd,
          11   2012.
          12        Do you see that?
          13        A  Okay.  I do.
          14        Q  And then you see the two arrows, one to K.Jam
13:12:42  15   Productions and the other to K.Jam Media?
          16        A  I do.
          17        Q  Okay.  So this first arrow going down reflects
          18   that at this time Integrated Administration paid $33,000
          19   to K.Jam Media.
13:12:58  20        A  Okay.
          21        Q  Do you see that?
          22        A  I do.
          23        Q  Do you know the purpose of that payment from
          24   Integrated to K.Jam Media?
13:13:05  25        A  It says on here, according to this document,
```

Page 121

```
13:13:07   1   that it paid for the rent, the parking, the IT guy,
           2   office supplies, the phone bill and $13,000 to my house
           3   account.
           4        Q  Okay.  So let's look at that.  $13,000 went
13:13:19   5   toward the K.Jam House account.
           6        Do you see that?
           7        A  I do.
           8        Q  And --
           9        A  I'm assuming that's paying back a loan that I
13:13:28  10   had given to the company.
          11        Q  Okay.  Why are you assuming that?
          12        A  Because this document is from six years ago,
          13   and that's my best recollection of it.
          14        Q  But you also testified earlier that K.Jam House
13:13:39  15   was an account that you used for personal expenses?
          16        A  Right.  But that's the account that I would use
          17   also to loan money to the company if the company needed
          18   money.
          19        Q  Okay.  But this could have been paying back
13:13:50  20   personal expenses?
          21        A  No.
          22        Q  It couldn't have been?
          23        A  Paying back personal -- no.  It either -- I
          24   either got paid by getting a paycheck to K.Jam Media.
13:13:58  25   That was how I got paid.  Money going to the house
```

eLitigation Services, Inc. - els@els-team.com

Kiarash Jam, 30(B)(6)                                              03-28-19

---

Page 122

```
13:14:01   1   account, this was most likely a loan payback, but I'm
           2   not sure.
           3        Q   Okay.  And there's a reference to a $658
           4   payment to Verizon.
13:14:08   5        Do you see that?
           6        A   Yes, I do.
           7        Q   And what -- what was that payment for?
           8        A   I don't know.  I think that was -- our phone
           9   bill at the office was Verizon, I think.  I'm not sure.
13:14:17  10   I don't recall.
          11        Q   Was Verizon the phone provider at the office?
          12        A   I think so.
          13        Q   Was Verizon the phone provider for you
          14   personally?
13:14:25  15        A   No, I don't think so.  I had AT&T at the house,
          16   or something else.  I don't think it's Verizon.
          17        Q   Did you have Verizon back at this time, in
          18   2012?
          19        A   I haven't changed my home phone bill in a long
13:14:33  20   time.  This was, I believe a company.
          21        Q   How about your cell phone?
          22        A   My cell phone was AT&T.
          23        Q   And was it AT&T at this time?
          24        A   It's been with AT&T for a very long time.
13:14:43  25        Q   Okay.  Have you ever had Verizon as a phone
```

Page 123

```
13:14:45   1   provider?
           2        A   I think at the office it was Verizon, yes.
           3        Q   Okay.  What's Colorado or -- I'm sorry, C. A.
           4   Colorado Center?
13:14:52   5        A   That's the office rent.  That's the name of the
           6   landlord where we wrote the check to for the office rent
           7   for the Colorado rent space.
           8        Q   Okay.  So you were paying $15,000 per month in
           9   rent?
13:15:01  10        A   Yes, sir.
          11        Q   And that was for the office that you shared
          12   with Mr. Bergstein?
          13        A   That is correct.
          14        Q   And the charge, the standard parking for
13:15:08  15   $3,000, what's that?
          16        A   That's for parking in the building where the
          17   office was.
          18        Q   Okay.  And so how --
          19        A   We get a number of spots per month.  We had to
13:15:20  20   pay for the number of parking spots that we had so that
          21   the employees could have a place to park.
          22        Q   Do you recall approximately how many spots you
          23   had?
          24        A   No, I don't.
13:15:29  25        Q   Okay.  Who is Adam Dunode?
```

Page 124

```
13:15:30   1        A   Adam was one of the IT guys.  Adam, at the time
           2   was, I believe, doing some web work for the company.  I
           3   think.
           4        Q   For what company?
13:15:39   5        A   For either K.Jam Media or I don't know what
           6   else he was doing.  But he was a IT guy, so he did IT
           7   work.  But he did some web work for me, yes.
           8        Q   I believe you testified yesterday that
           9   Mr. Bergstein's friend, Mr. Carroll was also providing
13:15:55  10   IT work?
          11        A   Yes, he did.
          12        Q   What -- what was the nature of the work he
          13   provided?
          14        A   He did -- he handled all the phones and IT
13:16:01  15   work.  There was another guy, Farden, who provided IT
          16   work.  There was always multiple parties doing IT work
          17   for the companies.
          18        Q   How come you needed so much IT work?
          19        A   I don't understand that business.  It needs --
13:16:13  20   stuff needed to get done, and we would hire people to
          21   come and do the work that needed to get done.  The
          22   phones were all online, too, some voiceover phone IT
          23   system thing.
          24        Q   And there's a reference here to a payment of
13:16:26  25   $273 to Office Depot.
```

Page 125

```
13:16:28   1        Do you see that?
           2        A   I do.
           3        Q   And do you know K.Jam Media would have been
           4   paying $273 to Office Depot at this time?
13:16:37   5        A   Probably to buy office supplies for the office.
           6   Paper, staples, pens.
           7        Q   And that's the office that you shared with
           8   Mr. Bergstein?
           9        A   That's the only office, yes.
13:16:48  10        Q   Okay.  Now up top, the reference to Kia Jam
          11   Productions, we see that $18,000 went from Integrated
          12   Administration to Kia Jam Productions.
          13        Do you see that?
          14        A   Correct.  I do.  I see that.
13:16:58  15        Q   Okay.  And then there was a payment of $18,000
          16   to Mr. Zarrinkelk?
          17        A   That's correct.
          18        Q   Okay.  Do you know why Mr. Zarrinkelk would
          19   have been receiving $18,000 Kia Jam Productions at this
13:17:10  20   time?
          21        A   I'm going to guess Mr. Zarrinkelk loaned money
          22   to me all the time when I needed money for company
          23   stuff.  He probably loaned Kia Jam Productions the
          24   money, I moved the money to IA, and then IA paid me back
13:17:23  25   and I paid him back.  That's what I'm guessing it was.
```

---

32  (Pages 122 to 125)

Kiarash Jam, 30(B)(6)                                    03-28-19

---

Page 126

13:17:26   1        Q   Did you have any -- at any point in time when
           2   Mr. Zarrinkelk loaned money, did you have any agreement,
           3   written agreement, reflecting that loan arrangement?
           4        A   On once -- on one or two occasions I believe we
13:17:39   5   did, but on 98 percent of the occasions, we did not.  I
           6   would just call him and ask him and he would graciously
           7   agree to help me.  He has been doing that for years.
           8        Q   Does he still do that today?
           9        A   He's a good man.  I'm sorry?
13:17:51  10        Q   Does he still do that today?
          11        A   To the extent that he can, and I ask him, yes,
          12   I still owe him a little bit of money.  Yes.
          13        Q   Let's look at Exhibit 16.
          14        A   Okay.
13:18:16  15            (Exhibit 16 was marked for
          16            identification by the Court Reporter
          17            and is attached hereto.)
          18   BY MR. LATZER:
          19        Q   And Exhibit 16 is another exhibit from
13:18:20  20   Mr. Bergstein's criminal trial.  This is a government
          21   Exhibit 53.
          22            And on first page here you see a $300,000
          23   payment from Swartz IP Services Group to Integrated
          24   Administration that was on March 6, 2012?
13:18:37  25        A   I see that.

---

Page 127

13:18:38   1        Q   Okay.  And this is one of the payments that
           2   we've previously looked at on the bank statements?
           3        A   If you say so.
           4        Q   Let's take a look at page 36 of Exhibit 40.
13:18:59   5        A   Okay.
           6        Q   Do you see the first transaction on that page
           7   reflects a transfer of $300,000 --
           8        A   I do.
           9        Q   -- from Swartz IP Services Group to Integrated
13:19:11  10   Administration on March 6th?
          11        A   I do.
          12        Q   Okay.  So that's also reflected on this
          13   cover --
          14        A   This is the one we've talked about already.
13:19:18  15   Yes.
          16        Q   Okay.  Take a look, please, at the last page of
          17   this exhibit.
          18        A   No problem.
          19        Q   And this last page also reflects what we saw on
13:19:30  20   the first page, a $300,000 payment from Swartz IP to
          21   Integrated Administration --
          22        A   Okay.
          23        Q   -- do you see that?
          24        A   Okay.  Yeah.
13:19:36  25        Q   And then we see multiple arrows going from

---

Page 128

13:19:41   1   Integrated Administration, the first of which is toward
           2   the top, a $5,000 payment to K.Jam Media.
           3            Do you see that?
           4        A   Yes.
13:19:50   5        Q   Okay.  Now, do you know why Integrated would
           6   have been making a $5,000 to the K.Jam Media at this
           7   time?
           8        A   I'm sure to pay bills.
           9        Q   And whose bills are you referring to?
13:20:02  10        A   Corporate bills, company bills, Kia Jam Media
          11   bills probably.
          12        Q   And there's another arrow goes to the right of
          13   the K.Jam Media box, and it's -- reflects a payment of
          14   $750 to T-Mobile.
13:20:14  15            Do you see that?
          16        A   That's correct.  Yes.
          17        Q   So --
          18        A   I think my cell phone was -- I had a T-Mobile
          19   cell phone as well.  I think somehow that, as I said
13:20:21  20   earlier, AT&T -- AT&T is my current carrier.  Back then
          21   it might have been T-Mobile.  I think I just remember,
          22   when I switched to an iPhone, I had to switch to AT&T.
          23   So I want to correct what I said a few minutes ago about
          24   my cell -- my personal cell phone.
13:20:32  25        Q   Fair enough.  So you think that this was a

---

Page 129

13:20:36   1   payment for your personal cell phone bill?
           2        A   My company cell phone.
           3        Q   It's your accompany cell phone?
           4        A   What I would use for work, yes.
13:20:43   5        Q   Okay.  And you use it for personal use, too?
           6        A   Of course.
           7        Q   Okay.  And what's the Office of Finance, the
           8   entry right below that?
           9        A   I don't know.
13:20:50  10        Q   Okay.  It reflects $145 payment.  You don't
          11   know what that's for?
          12        A   No, I don't.
          13        Q   Okay.  Now, in the middle of the page, we see
          14   the arrow toward the right, from Integrated
13:20:59  15   Administration, which reflects a $149,000 payment to Kia
          16   Jam Productions.
          17            Do you see that?
          18        A   Uh-huh.  Yes, I do.
          19        Q   And if you keep going toward the right, you see
13:21:08  20   that $149,000 was then paid to you.
          21            Do you see that?
          22        A   Yes.  For American Express.
          23        Q   And that's the American Express black card that
          24   we've been referring today?
13:21:19  25        A   Yes.

---

Kiarash Jam, 30(B)(6)                                        03-28-19

Page 130

13:21:20   1       Q   Okay.  And the next arrow from Integrated
          2    Administration reflects a $63,000 payment to
          3    Mr. Zarrinkelk.
          4       Do you see that?
13:21:31   5       A   Yes.
          6       Q   Do you know what that's a reference to?
          7       A   It's says "Wire to Carol Watson."
          8       Q   Okay.  So --
          9       A   We looked at that earlier.
13:21:39  10       Q   That's the $63,000 that was --
         11       A   Yeah.  He sent an e-mail instructing us to
         12    send -- he said I'm sending in $300,000.  Send $63,000
         13    to Carol auction thing.
         14       Q   So that's one of the payments for which
13:21:52  15    Mr. Zarrinkelk was serving as the facilitator?
         16       A   That is correct.
         17       Q   Okay.  Now the last entry toward the bottom
         18    reflects a $25,000 payment to National Financial
         19    Services.
13:22:03  20       Do you see that?
         21       A   I do.
         22       Q   What's National Financial Services?
         23       A   I don't know.
         24       Q   Do you have any idea why a $25,000 payment
13:22:10  25    would have been made from your company to National

Page 131

13:22:13   1    Financial Services at this time?
          2       A   I'm sure I did it at David's instructions.
          3       Q   Let's look at Exhibit 17.
          4          (Exhibit 17 was marked for
13:22:32   5          identification by the Court Reporter
          6          and is attached hereto.)
          7    BY MR. LATZER:
          8       Q   Now, Exhibit 17 is another government exhibit
          9    introduced at Mr. Bergstein's criminal trial.  It's
13:22:42  10    Exhibit 54.
         11       A   Okay.
         12       Q   And you see on the first page two payments, one
         13    from Swartz IP Services Group for $50,000 to Integrated
         14    Administration.
13:22:56  15       Do you see that?
         16       A   Yes.
         17       Q   Okay.  Now, if you look again at Exhibit 40,
         18    page 36 --
         19       A   Okay.
13:23:05  20       Q   -- on March 13, 2012 you see --
         21       A   I see it.
         22       Q   -- there was a payment of $50,000 from
         23    Integrated Administration?
         24       A   I do.
13:23:13  25       Q   Okay.  And that's also reflected on plaintiff's

Page 132

13:23:16   1    Exhibit 17?
          2       A   Yes, sir.
          3       Q   Okay.  And then the second payment on this page
          4    is $186,000 form Swartz IP to Malibu Escrow Corp.
13:23:22   5       Do you see that?
          6       A   I do.
          7       Q   Do you know what that payment was for?
          8       A   No.  It had nothing to do with the Swartz IP
          9    bank account.  I have no idea what that was for.
13:23:34  10       Q   Do you know what Malibu Escrow Corp. is?
         11       A   I'm assuming it's an escrow corporation in
         12    Malibu, but that's just based on the name.  I don't
         13    know, though.
         14       Q   Do you know if Mr. Bergstein was purchasing
13:23:45  15    property in Malibu at this time?
         16       A   I don't know what David was doing.
         17       Q   Let's turn to the last page of this exhibit,
         18    please.
         19       Now this last page also reflects what we saw in
13:24:07  20    the first page, and that's a $50,000 payment from Swartz
         21    IP Services Group to Integrated on March 13, 2012.
         22       A   Okay.
         23       Q   Do you see that?
         24       A   I do.
13:24:15  25       Q   And let's look at the arrow toward the right.

Page 133

13:24:20   1    It reflects a $30,000 payment to K.Jam Media?
          2       A   Yes, sir.
          3       Q   Okay.  And then to the right of that you see
          4    that list of various payments?
13:24:32   5       A   Yes, sir.
          6       Q   What's Stanton & Associates?
          7       A   I think one of the insurances, I couldn't
          8    afford to pay it all at once, and I financed it.  I
          9    think this was a payment on that.  It's somehow tied to
13:24:46  10    one of the insurance policies.
         11       Q   What insurance are you referring to?
         12       A   There was a bunch of insurances.  I don't know
         13    specifically which this was, but EPLI, employer, blah,
         14    blah, one of those insurances.  It could have been that.
13:25:03  15    I don't know what it was, but one of the insurance
         16    policies.  I don't remember.
         17       Q   That's insurance for Integrated?
         18       A   I don't remember specifically.
         19       Q   Okay.  Now there's an entry right below that to
13:25:13  20    AT&T, and I believe you testified before that you --
         21    AT&T was your provider for your home?
         22       A   AT&T is my current provider for my cell phone.
         23    AT&T back then was either the provider for the office,
         24    Internet office phone something.  I don't remember
13:25:36  25    specifically what, one those things.

34  (Pages 130 to 133)

## Page 134

13:25:41  1    Q  Do you recall whether -- when AT&T became your
2    cell phone provider?
3    A  I think, if I remember correctly, when I got an
4    iPhone, which was -- I was late to the iPhone thing, a
13:25:53  5    couple years ago I switched from an Android to iPhone,
6    and I think that's when it became my carrier, I think.
7    Q  Okay.  Now --
8    A  Two years ago maybe.  A year and a half ago.
9    Q  -- before I believe you testified that Verizon
13:26:10 10    was providing phone services for the office.
11    A  Yeah.  The phone and Internet, I think, were
12    different at the office.  One of them was one, and one
13    was the other, I think.  I don't remember which was
14    which.
13:26:18 15    Q  So your testimony is that you providing -- or
16    paying AT&T and Verizon for phone and/or Internet
17    services at this time?
18    A  That is my recollection of it, yes.  I could be
19    wrong, but that's what I think it is.
13:26:29 20    Q  Okay.  And below AT&T there's a payment to
21    Mr. Poormand.
22      Do you see that?
23    A  Yes.  Yes.
24    Q  And he's your uncle?
13:26:36 25    A  Yes.

## Page 135

13:26:36  1    Q  Okay.  And you were paying him $300?
2    A  Yes.
3    Q  Okay.  Do you recall why you were paying your
4    uncle $300 at this point?
13:26:42  5    A  He was a runner.  I've been trying to help him.
6    He's been a runner at the office on and off, so he got
7    paid for -- whether it was miles he was driving, or, I
8    don't know what this is -- maybe he even bought
9    something, but he was a runner for the office.
13:26:54 10    Q  What do you mean by "a runner"?
11    A  Go pick -- just drive, or go pick this up,
12    deliver this, drive here.  Get groceries.  Whatever.
13    Pick up office supplies.  That type of stuff.
14    Q  Okay.  And there's a charge here for Time
13:27:08 15    Warner for $400.
16      Do you see that?
17    A  Yes.
18    Q  Who was using Time Warner at this time?
19    A  I don't remember.  I don't know.  Time Warner
13:27:16 20    could have been, you know, again, either the phone, or
21    Internet, or one those things.  I don't know.
22    Q  So your recollection is that AT&T, Verizon, and
23    perhaps Time Warner, were all providing cable or -- I'm
24    sorry, Internet or phone services to your company at
13:27:36 25    that time?

## Page 136

13:27:36  1    A  I believe so, yeah.
2    Q  You've got three different providers?
3    A  I -- I don't know they were multiple providers.
4    Maybe one of them was a provider of something for the
13:27:41  5    house.  I don't know.  I don't remember.
6    Q  And by "house," you're referring to your
7    personal house?
8    A  Yes.  My -- my residence.  But I have DirecTV
9    at the house, so it wouldn't haven't been -- Time Warner
13:27:54 10    wouldn't have been for my house.  I've had DirecTV for a
11    very long time at home.  I still do.  So I don't know
12    what Time Warner was for.  It was for -- maybe the long
13    distance carrier was different.  I didn't really deal
14    with this.  Steve Piscula did.
13:28:08 15    Q  Uh-huh.
16    A  Maybe the long distance carrier was different
17    than the regular phone provider.  I don't know.
18    Q  Now this document also reflects that there was
19    a $30,000 payment from Integrated to Kia Jam Media;
13:28:26 20    right?
21    A  Okay.
22    Q  And then it appears to show an arrow going back
23    to Integrated Administration, which reflects a payment
24    of $7,000 to Integrated Administration from Kia Jam
13:28:37 25    Media.

## Page 137

13:28:37  1      Do you see that?
2    A  I do.
3    Q  Do you have understanding why Kia Jam Media was
4    paying back $7,000 to Integrated Administration?
13:28:43  5    A  I don't.  Don't recall.
6    Q  Were there times when K.Jam Media paid money to
7    Integrated Administration?
8    A  There were times where K.Jam Media would cover
9    the shortfall for Integrated Administration.
13:28:55 10    Absolutely.  It was 10 days later, so maybe Integrated
11    Administration was short money and K.Jam floated it
12    money.
13    Q  Let's take a look at 18.
14      (Exhibit 18 was marked for
13:29:38 15      identification by the Court Reporter
16      and is attached hereto.)
17    BY MR. LATZER:
18    Q  And Exhibit 18 is another exhibit introduced by
19    the government at Mr. Bergstein's criminal trial,
13:29:51 20    specifically Exhibit No. 95.
21      And the title of this exhibit on the top left
22    is "Select TT Recipient Entities."
23      Do you see that?
24    A  Yes.
13:30:04 25    Q  And the first entity listed on this document is

Page 138

13:30:09  1   Integrated Administration.
       2   Do you see that?
       3   A   I do.
       4   Q   And it reflects that Integrated Administration
13:30:17  5   received $2,529,732.
       6   Do you see that?
       7   A   That's what it says.
       8   Q   Okay. Do you know if Integrated Administration
       9   received from Swartz IP $2,529 and 7 -- $2,529,000 --
13:30:35 10   I'm having a tough time here.
      11   A   2,529,732.
      12   Q   That's right. Do you know if Integrated
      13   Administration received those monies from Swartz IP?
      14   A   I don't.
13:30:50 15   Q   Okay. Do you have any reason to believe that
      16   Integrated Administration did not receive that amount
      17   from Swartz IP?
      18   A   Yesterday the documents that your colleague
      19   showed me was, like, a little over a million dollars.
13:31:00 20   There was probably more, but I don't know the amount, so
      21   I don't know if this amount is correct or not correct.
      22   Q   Let's take a look at Exhibit 19.
      23   (Exhibit 19 was marked for
      24   identification by the Court Reporter
13:31:28 25   and a copy is attached hereto.)

Page 139

13:31:28  1   BY MR. LATZER:
       2   Q   And Exhibit 19 is another exhibit from
       3   Mr. Bergstein's criminal trial, Exhibit No. 84.
       4   A   Okay.
13:31:38  5   Q   And the title of this document is "Periodic
       6   Payments to Kiarash, K.Jam, for Integrated -- from
       7   Integrated Administration for August 17, 2011 to May 18,
       8   2012."
       9   Do you see that?
13:31:52 10   A   Yes.
      11   Q   And have you seen this document before?
      12   A   No, sir.
      13   Q   Okay. So this reflects that from August 17,
      14   2011 to May 18, 2012, you received total of $167,753
13:32:07 15   from Integrated Administration?
      16   A   That's what it says.
      17   Q   Okay. Do you believe that you did, in fact,
      18   received $167,753 during this time period?
      19   A   It sounds about right. I don't know. But
13:32:23 20   sure.
      21   Q   Okay. And why did you receive these monies?
      22   A   This was my paycheck.
      23   Q   This was a paycheck that you received for
      24   services that you were performing for Integrated?
13:32:35 25   A   Yes.

Page 140

13:32:36  1   Q   And those services included --
       2   A   So when I said 250 earlier, I was clearly
       3   wrong. So --
       4   Q   Okay. And those services included following
13:32:54  5   Mr. Bergstein's instruction to wire money to various
       6   entities and individuals?
       7   A   Yes.
       8   Q   What other services did you provide?
       9   A   I was out trying to do things, look at deals,
13:33:07 10   looking at deals, evaluating deals, trying to do
      11   consultant for Broadway 4D, trying get movies made,
      12   which I did, and generated revenue, and worked on
      13   Sovrin. You know, whatever needed to be done.
      14   Q   Okay. I'm just trying to understand, of those
13:33:23 15   services that you just described, what does that have to
      16   do with Integrated Administration's payroll services
      17   you've described?
      18   A   Integrated Administration was the company that
      19   did the payroll, as I've said. So my payroll, for work
13:33:39 20   I was doing, was apparently these checks, and they came
      21   to me because of the work I was doing.
      22   Q   Right. But I'm just trying to understand the
      23   relationship of the work that you said that you were
      24   doing to Integrated Administration's business functions.
13:33:54 25   What specifically did those services have to do

Page 141

13:33:59  1   with payroll?
       2   A   I'm sorry. I don't understand your question.
       3   Q   So integrated Administration, as you've
       4   described it, at least in part, is a payroll company?
13:34:08  5   A   Yes.
       6   Q   So what payroll related services are you
       7   performing for Integrated Administration --
       8   A   Operating Integrated --
       9   Q   Just let me finish.
13:34:15 10   A   Sorry.
      11   Q   What payroll related services are you
      12   performing for Integrated Administration that would
      13   entitle you to receive these monies?
      14   A   My agreement was that apparently, I think it
13:34:23 15   was 200, not 250, like I said, was my salary, and part
      16   of what David was funding was money coming into IA, and
      17   when there was money I would take a check. When there
      18   wasn't money, I wouldn't take a check.
      19   Q   I don't think that answers the question,
13:34:37 20   though.
      21   What services, other than following
      22   Mr. Bergstein's instructions to transfer monies around,
      23   what services, what payroll related services were you
      24   performing for Integrated Administration that this time?
13:34:51 25   A   I'll give you an example. I was consulting for

eLitigation Services, Inc. - els@els-team.com

Page 142

13:34:53  1    Broadway 4D, I think, on or around this time, and was
        2    bringing in money that would go towards making these
        3    payroll checks.  I was getting paid on a monthly basis
        4    for consulting there.
13:35:02  5        I think this was right around the time I went
        6    out of the country to make a movie.  That generated a
        7    free -- a fee that I brought in to help all these.  So I
        8    did everything and anything that needed to be done.
        9        Q   Were you providing payroll related consulting
13:35:13 10    services to Broadway 4D?
       11        A   No.  Just consulting services.  I don't
       12    understand what you mean "payroll related services."
       13        Q   Well, Integrated Administration was a payroll
       14    company?
13:35:21 15        A   That's one of the things it did.  It provided
       16    overhead services, and payroll and employees, yes.
       17        Q   So what did your work for Broadway 4D have to
       18    do with a payroll company?
       19        A   My work for Broadway 4D generated money that
13:35:33 20    came into the companies, including AI, to pay these
       21    payments.
       22        Q   To pay these payments to yourself?
       23        A   Payments to everybody.  As I said, if there
       24    wasn't money for me to take it, I wouldn't take it.  I
13:35:46 25    made sure everybody else got paid first.

Page 143

13:35:59  1        Q   Now, you've made a number of references today
        2    to Sovrin; is that correct?
        3        A   Yes, I have.
        4        Q   Okay.  And what is Sovrin?
13:36:09  5        A   Sovrin was a company set up to get into the
        6    medical billing industry.
        7        Q   Okay.  And when was it set up?
        8        A   I don't remember the date.  Somewhere around
        9    that time.
13:36:23 10        Q   That was a company that you and Mr. Bergstein
       11    set up?
       12        A   I set up.
       13        Q   You set it up?
       14        A   I believe so, yes.
13:36:29 15        Q   Okay.  Did Mr. Bergstein have any involvement
       16    with Sovrin?
       17        A   Yes.  He's the one who got the business.  It
       18    was his idea.  He and, I think, the Weston guys who came
       19    up with plan to do this business, and it was a good
13:36:42 20    opportunity.
       21        Q   So was this a business that you, Mr. Bergstein,
       22    and the Weston guys were running together?
       23        A   No, we were not running it.  It was being run
       24    by two other gentlemen who were experts in the field.
13:36:56 25        Q   And who were those gentlemen?

Page 144

13:36:58  1        A   Ed Defrank and Robert Silverman, and one other
        2    guy, the CEO's name whom I can't remember right now.
        3        Q   Okay.  And what experience did you have at that
        4    time with medical billing --
13:37:13  5        A   None.
        6        Q   -- if any?  You had none?
        7        A   None whatsoever.
        8        Q   Okay.
        9        A   I had nothing to do the operation of Sovrin.  I
13:37:20 10    did not have anything to do with the operation of the
       11    medical billing company.
       12        Q   So you just established the entity?
       13        A   Established the entity, and we provided the
       14    employees and paid the employees that were working
13:37:28 15    there.  And paid for the rent, and the office, and the
       16    Internet, and blah, blah.
       17        Q   So were you an officer of Sovrin how?
       18        A   I believe so.
       19        Q   Do you recall your position?
13:37:38 20        A   I don't.
       21        Q   Okay.  Do you know who, if any -- were there
       22    any other officers of Sovrin?
       23        A   I don't remember the corporate structure of
       24    Sovrin.
13:37:47 25        Q   Okay.  Did you have an ownership interest in

Page 145

13:37:50  1    Sovrin?
        2        A   I believe as the -- as the officer, I think I
        3    did.  I don't remember, though.  I don't remember the
        4    corporate structure, as I said.
13:37:57  5        Q   Okay.  Do you know if it was a corporation?
        6        A   I think it was corporation, not an LLC, I
        7    think.  But I'm not certain.
        8        Q   And do you recall whether you established it
        9    the same way you establish Kia Jam Media?
13:38:07 10        A   I don't.
       11        Q   Or the same way that you established Integrated
       12    Administration?
       13        A   I don't recall how I established it.
       14        Q   Okay.  And approximately when was it
13:38:16 15    established?
       16        A   In 2010, '11, '12.  In that arena.  I don't
       17    remember specifically.
       18        Q   Right around the same time that you established
       19    Integrated Administration?
13:38:27 20        A   No.  After.  I think after.  Shortly after.
       21        Q   Shortly after?
       22        A   I think so.
       23        Q   Okay.
       24        A   I'm not certain, but --
13:38:36 25        Q   And where was Sovrin providing medical billing

Page 146

```
13:38:39   1    services?
           2      A   Their office was in Glendale.
           3      Q   Okay.  And did you testify -- I believe you
           4    testified before that you were providing consulting
13:38:53   5    services to Sovrin?
           6      A   No.
           7      Q   You never provided any consulting services to
           8    Sovrin?
           9      A   No.  I just -- you know, we -- IA was providing
13:39:01  10    the employees.  If I said that, that's incorrect.
          11      Q   So was IA leasing employees to Sovrin Health?
          12      A   You're colleague asked me that yesterday.  I
          13    don't what what "leasing employee" means.  I don't know
          14    what that means.  We -- they're employees that worked
13:39:12  15    there.  Their paychecks came from IA, so IA was
          16    advancing all the expenses for the employees.
          17      Q   Okay.  And did Integrated Administration have
          18    any sort of written agreement with Sovrin Health
          19    regarding their arrangement with -- arrangement with
13:39:27  20    these employees?
          21      A   I don't remember.  I don't remember.  They had
          22    employee -- I think they employment agreements.  I don't
          23    remember.  They probably had employment agreements,
          24    yeah, I would imagine.
13:39:42  25      Q   Have you ever seen any of these employment
```

Page 147

```
13:39:44   1    agreements?
           2      A   I don't remember.  I think if they were there,
           3    that's something Steve Piscula would have done because
           4    they need to have probably paperwork in order to get
13:39:52   5    health insurance, and Steve and Frymi's office would
           6    handle those -- those level of details at the office.
           7      Q   Okay.  And is Sovrin still in operation today?
           8      A   No.  As I said yesterday, it's not.
           9      Q   What did it stop operating?
13:40:06  10      A   Sometime after that.  I don't remember the
          11    date.
          12      Q   Did it stop operating around the time when, as
          13    you described yesterday, things went south?
          14      A   I don't remember when it stopped operating.
13:40:17  15      Q   Was it approximately sometime in 2013?
          16      A   I don't remember when it stopped operating.
          17      Q   Okay.  Have you ever received money from
          18    Sovrin?
          19      A   Sovrin, at one point towards the end, yeah, I
13:40:28  20    think there on one or two occasions where they had
          21    collected on some of the -- on the medical, on the -- I
          22    think it was -- whatever type of medical thing they were
          23    doing they collected some money.  And at some point some
          24    of the money that we had advanced to them was getting
13:40:42  25    paid back to, I believe it was to IA.
```

Page 148

```
13:40:43   1      So I think there was one or two occasions where
           2    Sovrin did, in fact, pay some of that loan back to IA.
           3      Q   Okay.  So your position is that Integrated
           4    Administration, at least at some point, loaned money to
13:40:55   5    Sovrin?
           6      A   Was advancing loans.  Was advancing monies to
           7    Sovrin for Sovrin, yes.  And at some point, when they
           8    started generating a little bit, it wasn't that much
           9    money.  I think was, you know, 10, $20,000.  I don't
13:41:08  10    think it was much more than that.  I don't remember.
          11    And then they would hope some of that money for their
          12    ongoing operations, and they wrote a check to, I think
          13    it was IA, on one or two occasions.  I don't remember
          14    specifically.  Or they wrote it to some other company.
          15    I don't remember.
13:41:23  16      Q   Okay.  So by advancing money, do you mean
          17    loaning money, or is that something different?
          18      A   That's advancing money.  You know, you need to
          19    advance for the lease.  You know, you got to pay for --
13:41:32  20    so you're advancing for expenses hoping that you get
          21    back paid back.
          22      Q   So it was effectively a loan arrangement?
          23      A   I don't know what you want to call the
          24    arrangement.  I'm telling you what it was.  It was
13:41:44  25    advancing expenses hoping that you get your money back.
```

Page 149

```
13:41:47   1      Q   Okay.  Were there -- was there a written
           2    agreement reflecting that advancing arrangement?
           3      A   I don't remember.  I don't think so.  I don't
           4    know.
13:41:53   5      Q   Do you know if any collateral was provided in
           6    connection with that advancing arrangement?
           7      A   There's no collateral that I know of.
           8      Q   Did Sovrin have any relation to Swartz IP?
           9      A   Sovrin was its own entity.  Sovrin was its own
13:42:14  10    entity.  I don't --
          11      Q   Did Sovrin ever provide services to Swartz IP?
          12      A   Sovrin services was medical billing to the
          13    extent that maybe Swartz IP had an agreement to fund it,
          14    I don't know what Swartz IP was doing.  David -- you
13:42:26  15    should ask David that.  David Bergstein was the one who
          16    was dealing with that.
          17      Q   Did Mr. Bergstein have any involvement with the
          18    operation of Sovrin?
          19      A   No.  Not that I know of.  Sovrin was run by
13:42:49  20    those two guys and one other guy, Larry Twirsky,
          21    something like that, I think, was the other guy.  Larry
          22    something.  Larry-something.  Yeah.
          23      Q   So you believe that the two individuals who
          24    were running Sovrin Health were Ed Defrank and Larry
13:43:02  25    Twirsky?
```

38  (Pages 146 to 149)

Kiarash Jam, 30(B)(6)                                    03-28-19

---

Page 150

13:43:02  1    A   Robert Silverman, and -- and I think Larry was
          2    brought in. I don't remember when or how, but Robert
          3    Silverman and Ed Defrank were the two principals.
          4    Q   Robert Silverman and Ed Defrank?
13:43:15  5    A   Yes, sir.
          6    Q   Okay. Who's Larry Twirsky?
          7    A   He was brought in, I think, or was going to
          8    come in as a consultant, or brought in somehow. He was
          9    another expert in the field that did some work for
13:43:22 10    Sovrin. I don't remember the details.
         11    Q   Okay. What -- what's prompting you to describe
         12    these individuals as expert in the field?
         13    A   If I remember correctly, they'd been in that
         14    field for 20-some-odd years each, that's what I
13:43:34 15    remember.
         16    Q   And how did you learn that?
         17    A   They -- I don't remember who introduced them to
         18    the party. I think David ultimately hired them both.
         19    Found them, interviewed them and hired them. But I
13:43:45 20    don't remember who -- I don't know who introduced them
         21    to the operation. I don't know that.
         22    Q   And what prompted Mr. Bergstein to get into the
         23    medical billing industry?
         24    A   I don't know. As he described it to me, it
13:43:58 25    was -- it was a really interesting space. So it was a

---

Page 151

13:44:01  1    space that with the right funding behind it could be
          2    very lucrative. You're buying, you know, medical bills
          3    that don't get paid for a long time, and you're buying
          4    them at a discount. And then when you collect, there's
13:44:11  5    a lot of money to be made. Somehow somebody talked him
          6    into it. I think it was maybe the Weston guys that
          7    talked him into it.
          8    Q   Okay. So you and Mr. Bergstein had a
          9    discussion about getting involved in this industry?
13:44:21 10    A   No. David told me we're getting involved in
         11    this business. I did not have a discussion about
         12    getting involved in medical billing.
         13    Q   Did you object to getting involved?
         14    A   No.
13:44:31 15    Q   You thought it was a good idea?
         16    A   The way he described it to me I thought it was
         17    a good idea. I thought it was a good opportunity, he
         18    had said these Weston guys have a lot of money behind
         19    him, and that's what we need to make this really
13:44:40 20    successful. And I thought great.
         21    Q   And when you're referring to "this" really
         22    successful, what are you -- what is "this"?
         23    A   The medical billing practice, Sovrin.
         24    Q   Okay. And did Mr. Bergstein have a
13:44:55 25    relationship with the individuals you identified before,

---

Page 152

13:44:59  1    Mr. Defrank or Mr. Silverman?
          2    A   I don't know. I don't know.
          3    Q   Okay. So Mr. Bergstein came to you and
          4    expressed an interest in getting involved in the medical
13:45:13  5    billing industry; is that correct?
          6    A   He came to me and said, "Set up a company.
          7    We're getting in the medical billing space." Something
          8    to that effect.
          9    Q   And so you established this -- and entity
13:45:23 10    called Sovrin Health System?
         11    A   I established an entity called Sovrin. And I t
         12    think it's -- I don't remember the official name, but it
         13    sounds right, Sovrin Health Systems.
         14    Q   Is -- I understand that that entity's not
13:45:33 15    operating anymore, but is it still in existence?
         16    A   I don't know. I think it is.
         17    Q   Have you taken any steps to dissolve that
         18    entity?
         19    A   I don't remember if I have or not.
13:45:43 20         (Exhibit 20 was marked for
         21          identification by the Court Reporter
         22          and is attached hereto.)
         23    BY MR. LATZER:
         24    Q   Let's look at Exhibit 20.
13:46:18 25    A   Okay.

---

Page 153

13:46:25  1    Q   If you want to flip through that document, let
          2    me know when you've had a chance to do so.
          3    A   Okay. Okay.
          4    Q   Okay. Can you tell me what these are?
13:46:36  5    A   These are Integrated Administration invoices to
          6    Sovrin.
          7    Q   Okay. And are these documents that you've
          8    produced in discovery in case?
          9    A   I don't know. Are these documents we produced
13:46:52 10    in discovery?
         11    Q   Oh, if you don't know you don't know?
         12    A   Does this stamp mean we did?
         13    Q   It is -- it's the IA Bates stamp. But in any
         14    even, let me ask you some questions.
13:47:11 15         Have you ever been in possession of these
         16    invoices before?
         17    A   I don't know.
         18    Q   Have you ever seen these before?
         19    A   I think I might have seen one or two of them.
13:47:20 20    I don't know. As I said, Steve Piscula and Frymi did a
         21    lot of this kind of, you know, behind back office stuff
         22    for the company. So I don't know if they did it. I did
         23    not create these, I don't know. I don't remember.
         24    Q   Okay. But as you sit here today, you don't
13:47:36 25    recall if you've seen these?

---

eLitigation Services, Inc. - els@els-team.com

Page 154

13:47:38
```
 1        A   I don't recall if I've seen them, but I think I
 2   might have.  I think I might have seen these, actually.
 3   Yes, I vaguely have a recollection that I've seen these.
 4        Q   Okay.  Do you know how these sorts of invoices
 5   would be accessed?
 6        A   As I said, I think Steve and Frymi in the
 7   office did a lot of this kind of paperwork.  So maybe
 8   they -- they created them.  And if they e-mailed them to
 9   me, I don't really remember.
10        Q   Do you know if they were kept electronically?
11        A   I do not.  I do not know.
12        Q   Do you know if there as a file with hard copies
13   of these sorts of invoices?
14        A   I do not know.  I do not know.  Sorry to
15   interrupt you.
16        Q   So let's look at the first invoice.  It's dated
17   March 31st, 2012.
18            Do you see that on the top right?
19        A   I do.  Or maybe Harry.  Harry might have
20   created these.  I don't know who did, but --
21        Q   Who's Harry?
22        A   Harry Simonian.  We talked about him yesterday.
23   He's an accountant at the office.
24        Q   And when you say "the office," are you
25   referring to the officer that you shared with
```
13:47:51 (line 5)
13:48:08 (line 10)
13:48:22 (line 15)
13:48:35 (line 20)
13:48:44 (line 25)

Page 155

13:48:45
```
 1   Mr. Bergstein?
 2        A   Yes.  He was an accountant in the office on
 3   Colorado.
 4        Q   Okay.  Now, if you look at top right-hand
 5   corner of this invoice, there's a reference to
 6   inter-company charges.
 7            Do you see that?
 8        A   Yes.
 9        Q   Do you know what that means?
10        A   No.
11        Q   Okay.  And if you look at the bill to section
12   so the left --
13        A   Uh-huh.
14        Q   -- do you see that?  It says "Sovrin Health
15   System" --
16        A   Uh-huh.
17        Q   -- and then there's and address identified?
18        A   Yes.
19        Q   And the address is the same address at which
20   you and Mr. Bergstein shared an office, is that correct?
21        A   That's correct.  That's where all the bills
22   would go.
23        Q   So Integrated Administration is sending a bill
24   from its Colorado Boulevard office to Sovrin Health
25   System at the same Colorado Boulevard office; is that
```
13:48:54 (line 5)
13:49:03 (line 10)
13:49:17 (line 15)
13:49:24 (line 20)
13:49:38 (line 25)

Page 156

13:49:41
```
 1   correct?
 2        A   That's what this is, yes.
 3        Q   Okay.  Now, if you look underneath the section
 4   that's entitled "Description."
 5        A   Huh-uh.
 6        Q   The first line states, "Monthly fix consulting
 7   fees."
 8            Do you see that?
 9        A   I do.
10        Q   And in parenthesis it says "(per agreement)."
11            Do you see that?
12        A   I do.
13        Q   And there's a reference here to the right to
14   $20,000.
15            Do you see that?
16        A   I do.
17        Q   Okay.  What's your understanding of why this
18   states monthly fixed consulting fees?
19        A   This is Sovrin, um, getting billed 20,000 a
20   month for the services of the people that are listed on
21   this invoice.
22        Q   Okay.  This reflects that Integrated
23   Administration was providing consulting to Sovrin
24   Health; is that right?
25        A   That's what this says.
```
13:49:48 (line 5)
13:49:54 (line 10)
13:50:01 (line 15)
13:50:13 (line 20)
13:50:24 (line 25)

Page 157

13:50:25
```
 1        Q   Okay.  What consulting was Integrated providing
 2   Sovrin?
 3        A   I don't know what the agreement it refers to.
 4   Maybe David was consulting on kind of the direction of
 5   the company because the whole thing was his idea.  Don
 6   Carol was doing IT for the office, Jeff was doing legal
 7   work, Steve Piscula was in the office, and Frymi was
 8   handling, you know, David's desk.  So that's what those
 9   people are.
10        Q   Okay.  But then you're also identified here.
11        A   Am I identified as well?  Yes.
12        Q   What were you doing for Sovrin Health?
13        A   As I told you, and we've been through this a
14   bunch, I was the guy at Integrated Administration.  I
15   was the one signing the paychecks.  I was out trying to
16   raise money so there was money in Integrated
17   Administration to pay for bills as they needed to be
18   paid.
19        Q   But what specifically were you doing for Sovrin
20   Health?
21        A   I was doing whatever needed to be done.  If
22   Sovrin needed insurance, I was the one to go get the
23   insurance.  If Sovrin needed health insurance for the
24   employees, I was the one who would go get the health
25   insurance for the employees.  I was the one who went and
```
13:50:36 (line 5)
13:50:50 (line 10)
13:51:00 (line 15)
13:51:11 (line 20)
13:51:21 (line 25)

eLitigation Services, Inc. - els@els-team.com

|  | Page 158 |
|---|---|

13:51:23  1    negotiated the lease on their office.  I was the one who
2    did whatever needed to be done so that they can have a
3    running operation.
4       Q   Your testimony is that you negotiated the lease
13:51:32  5    on Sovrin's office?
6       A   I believe -- I think I did negotiate the lease
7    on Sovrin's office.
8       Q   What office are you referring to?
9       A   They had an office in Glendale, as I've
13:51:40  10   mentioned already.
11      Q   And that was different from the office that's
12   listed on this "bill to" section?
13      A   Yes.  The "bill to," this is just where the
14   paperwork and the corporate would go.  There was an
13:51:50  15   office in Glendale where dozens of people went to work
16   every day for Sovrin.
17      Q   Your testimony is that dozens of people worked
18   for Sovrin?
19      A   Yeah.  Whoever worked for Sovrin, I don't know
13:52:01  20   how many people, went to work at this office in Glendale
21   every day.
22      Q   And does this invoice reflect that those
23   individuals, including yourself, were providing
24   consulting to Integrated Administration?
13:52:14  25      A   I didn't create this, so I don't -- I -- I

|  | Page 159 |
|---|---|

13:52:16  1    don't know what people, whoever wrote this, was
2    thinking, but --
3       Q   So you have no idea what this is for?
4       A   I'm telling you that the work that we did, I
13:52:24  5    don't think is considered consulting, but I don't know.
6    Maybe -- maybe David, as I said, was consulting with
7    Robert Silverman and Ed Defrank and those guys.  They
8    were the guys who were running the company.  Maybe he
9    was consulting with them on what they should be doing,
13:52:34  10   what they shouldn't be doing, the direction, how to
11   raise the money they needed, whatever it was.  I don't
12   know what David was doing.
13      Q   But did Mr. Bergstein have any experience in
14   the medical billing industry as you knew?
13:52:44  15      A   Not that I knew of, but he certainly had a lot
16   of experience in raising money.
17      Q   Sort of along the way that he raised money
18   through Swartz IP?  Is that what you're referring to?
19      A   No.  That's not what I'm referring to.
13:52:56  20      Q   What are you referring to?
21      A   I'm referring of the Miramax transaction.
22      Q   Any other transactions?
23      A   Yeah, he bought a film library that I know of.
24   He raised money for movies, he raised money from another
13:53:09  25   fund a while ago for again more movies.  Those are the

|  | Page 160 |
|---|---|

13:53:12  1    things that I know about.
2       Q   Okay.  But you also know about Swartz IP?
3       A   I do.
4       Q   But your testimony is that wasn't one of the
13:53:18  5    ways in which he raised money?
6       A   He certainly did raise money for Swartz IP,
7    yes.
8       Q   And that was the money that came that Class TT?
9       A   Yes.  Class TT did, in fact, put money into
13:53:30  10   Swartz IP.  We've established that.
11      Q   And there's a reference here next to where it
12   says "Monthly fix consulting fees," it says in
13   parenthesis, "(per agreement)."
14         Do you see that?
13:53:39  15      A   I do.
16      Q   Do you know what agreement that's referring to?
17      A   I do not.
18      Q   And you're not aware of any written agreement
19   for services provided between Sovrin and Integrated
13:53:46  20   Administration?
21      A   If there was an agreement, I don't remember it.
22      Q   Do you know if this invoice was paid by
23   Integrated Administration?
24      A   I don't know.
13:53:57  25      Q   Okay.  If you look the bottom right, you see a

|  | Page 161 |
|---|---|

13:54:04  1    reference to a total due from previous invoice.
2         Do you see that?
3       A   I do.
4       Q   Okay.  Are you aware of a previous invoice from
13:54:11  5    before March 12th -- March 31st, 2012?
6       A   I don't recall.
7       Q   Let's turn to the second page.  It's the one at
8    Bates No. 757.
9       A   Okay.
13:54:27  10      Q   And this reflects what purports to be another
11   invoice from Integrated to Sovrin?
12      A   I see.  It seems like it's the same thing with
13   a different date.
14      Q   And you're not able to identify any consulting
13:54:43  15   services that were actually provided at this time by
16   Integrated Administration for Sovrin Health; is that
17   right?
18      A   As I mentioned to you, if Jeff Kransenberg
19   (sic), Kransberg (sic) -- Kranzdorf or David Bergstein
13:54:56  20   were doing consulting for the guys who were running
21   Sovrin, I'm not aware of it.  I don't what they were
22   doing.
23      Q   Well, let's focus on Mr. Kranzdorf.  Are you
24   aware of any medical billing experience that
13:55:12  25   Mr. Kranzdorf had at this time?

Kiarash Jam, 30(B)(6)                                    03-28-19

Page 162

13:55:14  1      A   No.  But he's an attorney.  Maybe he was, you
          2   know, helping them draft contracts.  I don't know what
          3   he was doing at the time.
          4      Q   And, in fact, he is an attorney who was
13:55:20  5   subsequently disbarred; right?
          6      A   He was disbarred in California, as I said
          7   yesterday, yes, but he currently has a license to
          8   practice law in New York.
          9      Q   Okay.  Was he still a member of the bar in
13:55:32 10   California as of April 30th, 2012?
         11      A   I don't know.
         12      Q   So your testimony is that Mr. Bergstein or
         13   Mr. Kranzdorf may have been providing consulting
         14   services to Sovrin at this time?
13:55:58 15      A   What I'm telling you is, I don't know what they
         16   were doing.  If David, who hired those guys, who found
         17   them, whose idea it was to start that business was doing
         18   some consulting work for them, I am unaware of it and I
         19   don't know.
13:56:07 20      Q   Well, you're certain that you didn't provide
         21   any consulting services for Sovrin at this time?
         22      A   I don't -- I'm trying to think of specifically
         23   what I did.  Consulting them on helping them do their
         24   lease, maybe that's considered consulting.  I don't
13:56:21 25   know.  Consulting on what insurance package their

Page 163

13:56:23  1   employees should have, I don't know.  I was doing
          2   whatever I needed to do to provide those employees a
          3   paycheck and a place to go and work.  If that's
          4   considered consulting or not, I don't know.
13:56:34  5      Q   And this invoice makes another reference to an
          6   agreement.
          7          Do you see that?
          8      A   I do.
          9      Q   And you're not aware of any written agreement
13:56:40 10   between Sovrin and Integrated such that -- or pursuant
         11   to which Integrated would provide consulting services to
         12   Sovrin?
         13      A   I -- I've already answered that question.  If
         14   there is one, I don't remember it.
13:56:52 15      Q   Okay.  And that's really true for any services
         16   that Integrated might have provided to Sovrin.  You're
         17   not aware of any written agreement?
         18      A   I can't think of one.  If there was one, I
         19   don't remember it.
13:57:04 20      Q   There's a reference on here to Sandra
         21   Carpenter.  Do you know who that is?
         22      A   Sandra Carpenter is a legal assistant.  She's,
         23   like, a paralegal who worked on and off for the
         24   companies.  She's been working with Jeff for a long
13:57:17 25   time.

Page 164

13:57:17  1      Q   By "companies," you're referring to the
          2   companies that you and Mr. Bergstein had?
          3      A   I refer to Integrated Administration company.
          4      Q   You said "companies."
13:57:24  5      A   And then she substantially went on to do some
          6   more work for Jeff while Jeff was no longer on the IA
          7   payroll.
          8      Q   Okay.  Why was Mr. Kranzdorf on the IA payroll?
          9      A   He was an employee of the company.  He was a
13:57:37 10   lawyer.  He did a bunch of work for David.  He wrote up
         11   dozens and dozens of contracts, and documents, and did
         12   whatever David needed him to do.
         13      Q   Okay.  Did he do any payroll-related work?
         14      A   I don't know what you mean.  You've asked that
13:57:52 15   a bunch of times.  I don't understand what "payroll
         16   related work" is.  Did he write checks?  No.
         17      Q   Well, you described IA as a payroll company.
         18      A   IA was a company that provided overhead
         19   services and had employees for various entities.  He was
13:58:03 20   one of those employees who was an attorney who worked
         21   for David, who worked on a multitude of transition --
         22   transactions for David, and his compensation came from
         23   IA.
         24          I would guess that he had a -- he drafted
13:58:15 25   contracts, he drafted employment agreements, he drafted

Page 165

13:58:19  1   whatever legal documents that the folks at Sovrin might
          2   or might not have needed, he might have done that for
          3   them.
          4      Q   So he worked on a multitude of transactions,
13:58:28  5   none of which had to do with Integrated Administration's
          6   business?
          7      A   No.  Integrated Administration business was
          8   whatever we could do to generate money.  David was
          9   working on a number of deals that were supposed to
13:58:42 10   generate money, and Jeff worked on all of those.  Or not
         11   all of those, maybe -- a lot of those with David.  And
         12   the goal of all of those would be to generate -- to
         13   create successful businesses, or generate funding that
         14   could come into IA to pay for everything.
13:58:53 15      Q   Was Integrated Administration, as far as you
         16   were concerned, just a vehicle through which you could
         17   transfer monies from person to person, or from company
         18   to company?
         19      A   No, sir.
13:59:04 20      Q   No?
         21      A   No.
         22      Q   Your testimony was that it was actually a
         23   viable operating business?
         24      A   It was.  Yes.
13:59:17 25      Q   Let's look the next invoice, 758.

                                              42  (Pages 162 to 165)

Page 166

| | | | |
|---|---|---|---|
| 13:59:19 | 1 | A | Okay. |
| | 2 | Q | And this is an invoice dated May 31st, 2012. |
| | 3 | A | Okay. |
| | 4 | Q | And do you see that? |
| 13:59:31 | 5 | A | I do. |
| | 6 | Q | Okay. And there's a reference again to |
| | 7 | | inter-company charges. What does that refer to? |
| | 8 | A | As I said earlier, I don't know. |
| | 9 | Q | You don't know. |
| 13:59:41 | 10 | | And again, we see a reference under the |
| | 11 | | description "To Monthly fixed consulting fees," and then |
| | 12 | | in parenthetical it says, "(per agreement)." |
| | 13 | | Do you see that? |
| | 14 | A | I do. |
| 13:59:53 | 15 | Q | Okay. So this is another $20,000 invoice, |
| | 16 | | ostensibly for consulting fees that Integrated |
| | 17 | | Administration is sending Sovrin Health; is that |
| | 18 | | correct? |
| | 19 | A | That's what it reads like. |
| 14:00:05 | 20 | Q | Okay. And we see on the bottom right, there's |
| | 21 | | an indication of a total unpaid of $81,038.33. |
| | 22 | | Do you see that? |
| | 23 | A | I do. |
| | 24 | Q | Do you know if that was paid? |
| 14:00:19 | 25 | A | I don't. |

Page 167

| | | | |
|---|---|---|---|
| 14:00:20 | 1 | Q | Do you know if, at any point in time, |
| | 2 | | Integrated Administration paid any of these invoices? |
| | 3 | A | You mean Sovrin. |
| | 4 | Q | I'm sorry. Yeah. |
| 14:00:29 | 5 | | Do you know if, at any point in time, Sovrin |
| | 6 | | paid any monies to Integrated Administration pursuant to |
| | 7 | | these invoices? |
| | 8 | A | As -- as I told you on -- on one or two |
| | 9 | | occasions Sovrin did write small checks to, I don't |
| 14:00:42 | 10 | | remember if it was IA or what entity. I do not know. |
| | 11 | | But I don't -- Sovrin never really became the big time |
| | 12 | | company we were hoping it to become, so I don't think |
| | 13 | | these ever got paid. But I do not know. |
| | 14 | Q | You and Mr. Bergstein were hoping it would |
| 14:00:54 | 15 | | become a big giant company? |
| | 16 | A | Not just us. Everybody involved, I'm sure it |
| | 17 | | was. |
| | 18 | Q | And if you could turn to page 760? |
| | 19 | A | Yes, sir. |
| 14:01:12 | 20 | Q | This is a -- an invoice dated September 30, |
| | 21 | | 2012 from Integrated Administration to Sovrin; is that |
| | 22 | | correct? |
| | 23 | A | Yes, it is. |
| | 24 | Q | Okay. Now, if we look the top right-hand |
| 14:01:23 | 25 | | corner of this invoice, is it says "for," and there's a |

Page 168

| | | | |
|---|---|---|---|
| 14:01:26 | 1 | | reference to "service charges." |
| | 2 | | Do you see that? |
| | 3 | A | I do. |
| | 4 | Q | The word "service" is misspelled, but you see |
| 14:01:32 | 5 | | what I'm referring to? |
| | 6 | A | I do. "Servsi." |
| | 7 | Q | Do you know what that means, "service charges"? |
| | 8 | A | No. |
| | 9 | Q | Okay. And this reflects -- strike that. |
| 14:01:47 | 10 | | This invoice reflects a request from Integrated |
| | 11 | | Administration that Sovrin pay a $20,000 for reported |
| | 12 | | consulting work; is that correct? |
| | 13 | A | Just like all the other ones, yes. That's what |
| | 14 | | it says. |
| 14:02:06 | 15 | Q | And if you look at the bottom right, you see at |
| | 16 | | this point there's a total unpaid balance of |
| | 17 | | $154,583.33. |
| | 18 | | Do you see that? |
| | 19 | A | I do. |
| 14:02:16 | 20 | Q | And you're not sure whether that was paid? |
| | 21 | A | I'm not sure whether it was paid. I doubt -- |
| | 22 | | Sovrin never had this kind of money to pay it. |
| | 23 | Q | Okay. Let's look at the next one, 761. This |
| | 24 | | is dated October 31st, 2012. And do you see in the top |
| 14:02:36 | 25 | | right there's another reference to inter-company |

Page 169

| | | | |
|---|---|---|---|
| 14:02:38 | 1 | | charges? |
| | 2 | A | I do. |
| | 3 | Q | Do you see that? And I take it you don't know |
| | 4 | | what that refers to? |
| 14:02:42 | 5 | A | No. |
| | 6 | Q | Okay. And so this is an invoice which reflects |
| | 7 | | a request by Sovrin to Integrated Administration for |
| | 8 | | $20,000 for purported consulting services; is that |
| | 9 | | right? |
| 14:02:57 | 10 | A | That's what it looks like. |
| | 11 | Q | Okay. 762, please. |
| | 12 | A | Yes. |
| | 13 | Q | And this is a November 30th, 2012 invoice from |
| | 14 | | Integrated Administration to Sovrin; right? |
| 14:03:11 | 15 | A | Yes. |
| | 16 | Q | And again, we see in the top right |
| | 17 | | inter-company charges? |
| | 18 | A | Yes. |
| | 19 | Q | And you don't know what that's a reference to? |
| 14:03:19 | 20 | A | No. |
| | 21 | Q | Okay. And this, again, is an invoice from |
| | 22 | | Integrated to Sovrin requesting payment of $20,000 for |
| | 23 | | purported consulting work; is that correct? |
| | 24 | A | Yes. |
| 14:03:35 | 25 | Q | Okay. 763, please. |

Kiarash Jam, 30(B)(6)                                    03-28-19

Page 170

| | | |
|---|---|---|
| 14:03:40 | 1 | A   Okay. |
| | 2 | Q   This is a December 31st, 2012 invoice from |
| | 3 | Integrated Administration to Sovrin; is that correct? |
| | 4 | A   Yes. |
| 14:03:52 | 5 | Q   Okay.  And again, this -- there's a reference |
| | 6 | in the top right to inter-company charges. |
| | 7 | Do you see that? |
| | 8 | A   Yes. |
| | 9 | Q   And you're not sure what that refers to? |
| 14:04:01 | 10 | A   Still don't. |
| | 11 | Q   Okay.  And this is an invoice from Integrated |
| | 12 | Administration requesting payment to Sovrin of $20,000 |
| | 13 | for purported consulting work; is that correct? |
| | 14 | A   Yes. |
| 14:04:18 | 15 | Q   And 759.  If you could turn to the next page, |
| | 16 | please?  I understand that the pages are out of order, |
| | 17 | but the -- |
| | 18 | A   No, I got it. |
| | 19 | Q   -- invoice by dates go in order. |
| 14:04:28 | 20 | This is a June 30th, 2013 invoice from |
| | 21 | Integrated Administration to Sovrin; is that correct? |
| | 22 | A   Yes. |
| | 23 | Q   And this, again, refers in the top right-hand |
| | 24 | corner to service, for which is misspelled -- |
| 14:04:47 | 25 | A   Spelled again. |

Page 171

| | | |
|---|---|---|
| 14:04:47 | 1 | Q   -- charges.  Do you see that? |
| | 2 | A   Yes. |
| | 3 | Q   And, as before, you don't know what that's |
| | 4 | referring to? |
| 14:04:53 | 5 | A   No. |
| | 6 | Q   Okay.  And this is an invoice from Integrated |
| | 7 | Administration to Sovrin requesting $20,000 in payment |
| | 8 | for purported consulting work; is that correct? |
| | 9 | A   Yes. |
| 14:05:09 | 10 | Q   Now, if we look at the total unpaid amount on |
| | 11 | to this invoice, it states $101,000.  I'm sorry, |
| | 12 | $101,083.33; is that correct? |
| | 13 | A   Yes. |
| | 14 | Q   Okay.  Now, if we look back at the previous one |
| 14:05:27 | 15 | on 763, it reflected a total unpaid amount of |
| | 16 | $214,583.33; is that correct? |
| | 17 | A   Yes. |
| | 18 | Q   Do you have an understanding as to why that |
| | 19 | amount decreased from December 31st, 2012 to June 30th, |
| 14:05:44 | 20 | 2013? |
| | 21 | A   No, I don't. |
| | 22 | MR. LATZER:  All right.  Let's take a break. |
| | 23 | THE VIDEOGRAPHER:  We are going off the record. |
| | 24 | The time is 2:03 p.m. |
| 14:05:51 | 25 | (A recess was taken.) |

Page 172

| | | |
|---|---|---|
| 14:26:44 | 1 | THE VIDEOGRAPHER:  We're back on the record at |
| | 2 | 2:25 p.m. |
| | 3 | BY MR. LATZER: |
| | 4 | Q   Mr. Jam, I'm showing you what I'm marking as |
| 14:27:12 | 5 | Exhibit 21. |
| | 6 | A   Thank you. |
| | 7 | (Exhibit 21 was marked for |
| | 8 | identification by the Court Reporter |
| | 9 | and is attached hereto.) |
| 14:27:17 | 10 | BY MR. LATZER: |
| | 11 | Q   Just let me know when you've had a chance to |
| | 12 | look through that document. |
| | 13 | A   I have. |
| | 14 | Q   Okay.  Do you know what this is? |
| 14:27:34 | 15 | A   I created this document. |
| | 16 | Q   You created this document? |
| | 17 | A   I believe so.  The front page I did. |
| | 18 | Q   Only the front page? |
| | 19 | A   I'm looking at the other pages now. I think I |
| 14:27:48 | 20 | created the whole thing. |
| | 21 | Q   Okay.  You believe you -- |
| | 22 | A   I don't know what -- |
| | 23 | Q   -- typed up each page of this document? |
| | 24 | A   Except for the last two pages.  I don't |
| 14:28:02 | 25 | remember the last two pages.  But we looked at these |

Page 173

| | | |
|---|---|---|
| 14:28:05 | 1 | last two pages already elsewhere.  But the Excel part, |
| | 2 | the first few pages, I'm pretty sure I created this |
| | 3 | document. |
| | 4 | Q   Okay.  When did you create it? |
| 14:28:16 | 5 | A   Years ago. |
| | 6 | Q   Around this 2011, 2012 text time period? |
| | 7 | A   No, no, no.  No.  No.  Way after that. |
| | 8 | Q   Way after that? |
| | 9 | A   Yeah. |
| 14:28:26 | 10 | Q   After things had gone south? |
| | 11 | A   Yeah, this -- I created this probably three |
| | 12 | years ago, two, three, something like that.  Three, four |
| | 13 | years ago.  Somewhere in that neighborhood. |
| | 14 | Q   And was that after Sovrin had stopped |
| 14:28:41 | 15 | operating? |
| | 16 | A   I think so. |
| | 17 | Q   Okay.  Fair to say that it was sometime |
| | 18 | after -- or strike that. |
| | 19 | Fair to say it was sometime in 2015 or after? |
| 14:28:52 | 20 | A   I'm -- I'm not sure, but it sounds right.  I |
| | 21 | don't remember. |
| | 22 | Q   And what prompted you to create this document |
| | 23 | then? |
| | 24 | A   I think it was a conversation I had with David. |
| 14:29:01 | 25 | David was talking about one the lawsuits.  It could have |

eLitigation Services, Inc. - els@els-team.com

Page 174

14:29:03  1  been this one. That whoever had said to him, or one of
2  the points that was made is that Sovrin is a company,
3  never existed, and that was an argument somebody was
4  making. I don't know if it was this, or his criminal
14:29:16  5  trial or whatever. I don't remember specifically. And
6  I said, "Let me put together a list of everything that
7  was spent on Sovrin, and all the employees. And I think
8  what I did is I had all the canceled checks to go along
9  with it as well at some point.
14:29:26  10     Q   So in order to show that Sovrin was actually at
11  one time an operating entity, you needed to put together
12  this document; is that right?
13     A   No, I didn't need to do it for that reason. I
14  did this to show how much Sovrin had cost. How much
14:29:44  15  money had gone into Sovrin.
16     Q   For purposes of showing that it was an
17  operating entity?
18     A   I believe so.
19     Q   Okay. So you put together this document at
14:29:55  20  Mr. Bergstein's request?
21     A   I don't -- I don't remember if it was his
22  request or if I offered to do it. I don't remember.
23     Q   Did you actually type this out yourself?
24     A   I believe I did 'cause I had to do all the
14:30:05  25  calculations.

Page 175

14:30:05  1     Q   And do you have a copy of this document in
2  electronic form?
3     A   I don't know. Maybe. Yeah.
4     Q   Was it created using Excel?
14:30:15  5     A   It was.
6     Q   Okay. Do you know if you still have access to
7  the Excel file?
8     A   I don't know. Maybe.
9     Q   Okay. Would that be saved on a computer of
14:30:27  10  yours?
11     A   Didn't we produce this to you?
12     Q   This document was produced in PDF format.
13     A   Yeah. I don't know. I can look for it if we
14  need to. Digitally.
14:30:40  15     Q   Do you believe that you used Excel to make this
16  document?
17     A   I do.
18     Q   Okay. So the first page is entitled "Summary."
19     A   I don't know f there was another page that went
14:30:50  20  on top of this or not. I think I would have written
21  "Sovrin" or something on here, so maybe this was the
22  work in progress. I don't know which one this is.
23     Q   Okay. And there's a reference toward the top
24  left, it says, "Sovrin Payroll."
14:31:02  25     Do you see that?

Page 176

14:31:04  1     A   Yes.
2     Q   Okay. And that identifies three different
3  years; 2012, 2013 and 2014.
4     A   Correct.
14:31:10  5     Q   Do you see that?
6     A   I do.
7     Q   Okay. And do those amounts relate to?
8     A   I would imagine those are the amounts of
9  payroll for that year of direct Sovrin employees. The
14:31:23  10  addition of allocation is below. It says, "20 percent
11  of the salaries for the following employees, David
12  Bergstein, Kia, Jeff, Don, Frymi, Steve Piscula," and
13  some money in accounting. Because obviously we weren't
14  doing full-time Sovrin. So the additional allocation of
14:31:40  15  204,000 and 134,000 is 20 percent of the salaries of
16  those people I had mention, allocated to Sovrin, for a
17  total $1.442 million over three years spent Sovrin.
18     Q   All right. Well, let's focus on 2012.
19     A   Okay.
14:32:01  20     Q   Your position is that Sovrin had a payroll of
21  629,915 -- $629,915.16?
22     A   Yeah. That's on the next page, 1753, the
23  breakdown.
24     Q   And where did that number come from?
14:32:15  25     A   On page 1753.

Page 177

14:32:19  1     Q   Okay. So we see on 1753, these are the gross
2  wages, as you identified them, for various -- are these
3  various employees of Sovrin?
4     A   Yes. These were the dedicated Sovrin
14:32:37  5  employees.
6     Q   And were they actually employees of Sovrin?
7     A   They worked for Sovrin. They were employees
8  of -- Integrated Administration was offering the payroll
9  services as you know.
14:32:46  10     Q   Okay. And so how did you go about determining
11  each of these individual's gross wages such that they're
12  reflected on this document?
13     A   I probably asked either Majid or Frymi to tell
14  me what it was, because they were the ones who had --
14:33:02  15  Frymi kept copies of everybody's paychecks and stuff
16  like that. Or I asked Majid. I don't remember what I
17  did.
18     Q   And did you have any assistance with inputting
19  this information?
14:33:17  20     A   I asked for the raw information, then I'm
21  pretty sure I created this document myself.
22     Q   You put it in yourself?
23     A   Yes.
24     Q   Okay. So again, focusing on 2012, on the first
14:33:30  25  page of this document, there's a reference to additional

Kiarash Jam, 30(B)(6)                                    03-28-19

---

Page 178

```
14:33:34   1   allocation.
           2        Do you see that?
           3     A   Yeah.  I talked about already.
           4     Q   And so 20 percent of the $629,915.16 number, is
14:33:47   5   204 -- $212,000.31; is that correct?
           6     A   No, it's not correct.
           7     Q   Okay.  Can you explain the relationship between
           8   the first $629,000 number and the $204,000 number?
           9     A   The $629,000 had nothing to do with the 204.
14:33:58  10   The 629 is the addition of all the dedicated employees
          11   of Sovrin, what they got paid.  The $204,000 is a
          12   20 percent allocation of the salaries that were paid to
          13   the people who were not working full-time at Sovrin.
          14   David, myself, Kranzdorf, Don Carroll, Frymi, Steve
14:34:21  15   Piscula, and an allocation of $20,000 for accounting,
          16   because Majid was doing the accounting.  That's what
          17   adds up to $204,000 for 2012.
          18        For 2013, it's $134,000.  In 2014, there really
          19   wasn't much so I didn't even do it.  2014, there was
14:34:37  20   actual 15,354.50 in payroll.  2013, according to this
          21   document,  was 458,625.94 in payroll.  So total payroll
          22   of the dedicated Sovrin employees, and the additional
          23   allocation, is $1.442.3.
          24     Q   Okay.  So this reflects that you, and
14:34:58  25   Mr. Bergstein and others, were receiving a salary from
```

Page 179

```
14:35:01   1   Sovrin Health?
           2     A   No, it doesn't.
           3     Q   Okay.  It says, "Additional allocation is
           4   comprised of 20 percent of the salaries for the
14:35:07   5   following employees."
           6     A   Right.  Right.  I'm allocating 20 percent of
           7   the salaries for work being done for Sovrin, because not
           8   all of salary could be applied to Sovrin, 'cause that's
           9   not all I was doing.  So I've allocated 20 percent of
14:35:23  10   the salaries of the people that I mentioned, who would
          11   part-time basically work on Sovrin, and that's what
          12   those numbers add up to.
          13     Q   Okay.  So is it your testimony that you were
          14   spending approximately 20 percent of your work -- strike
14:35:37  15   that.
          16        Is it your testimony that you were devoting
          17   approximately 20 percent of your work towards Sovrin?
          18     A   No.  My testimony is that 20 percent of my
          19   salary was allocated to Sovrin.  I don't remember
14:35:47  20   specifically how much of my time I was spending on
          21   Sovrin.
          22     Q   And 20 percent your salary from whom?
          23     A   The salary that I was making.
          24     Q   From?
14:35:55  25     A   From Integrated Administration.
```

Page 180

```
14:35:57   1     Q   And that's true for all these people who were
           2   receiving salaries from Integrated Administration?
           3     A   Yes.  The way I calculated these numbers, is I
           4   took 20 percent of their salaries for the year.
14:36:16   5     Q   Let me just ask that a little clearer.
           6        All of the individuals referenced under this
           7   additional allocation reference were receiving salaries
           8   from Integrated Administration; is that correct?
           9     A   Yes.
14:36:29  10     Q   Okay.  And there's a reference here to 20K in
          11   accounting, and that was money that was going toward --
          12     A   And I just had had a flat $20,000 for annual
          13   accounting.  I just made that a flat number.
          14     Q   And so Mr. Zarrinkelk received $20,000 for
14:36:42  15   accounting work that he performed for Sovrin?
          16     A   No, that's not correct.  I'm allocating $20,000
          17   from the fees that were paid him to Sovrin accounting.
          18     Q   Okay.  What are you basing that allocation on?
          19     A   I don't remember at the time.  I think I just
14:37:02  20   went with 20 percent.  And this was not an official
          21   document.  This was just a document I did to see roughly
          22   how much money had been spent on Sovrin?
          23     Q   What do you mean by "it's not an official
          24   document"?
14:37:12  25     A   This wasn't done at -- you know, I wasn't --
```

Page 181

```
14:37:16   1   you know, 20 percent is just a number I picked out of
           2   the sky.  I just created this document myself to see how
           3   much money had been spent on Sovrin salaries.
           4     Q   Can you just clarify why this refers to 20K in
14:37:32   5   accounting services?
           6     A   Yes.  Majid's firm was paid more than $20,000
           7   for the year, because he did accounting for a number of
           8   the entities, as you know.  I allocated 20,000 of the
           9   money that he was paid to Sovrin expenses.  So he was
14:37:45  10   not paid by Sovrin.  I just allocated $20,000 of his
          11   services for Sovrin.
          12     Q   Was there any basis for that $20,000 number?
          13     A   No.  I just pulled the number out of thin air.
          14     Q   And you did the same thing for the 20 percent
14:38:00  15   number?
          16     A   Yes.
          17     Q   Now, there's a reference on this first page to
          18   transfers from SIP, Deutsche Bank account to IA Wells
          19   Fargo account.
14:38:12  20        Do you see that?
          21     A   Yes.
          22     Q   And then below that, transfers from SIP Wells
          23   Fargo account to IA Wells Fargo account.
          24        Do you see that?
14:38:19  25     A   Yes.  Yes.
```

eLitigation Services, Inc. - els@els-team.com

Page 182

```
14:38:19   1      Q   Okay.  So let's look at the first set.  It says
           2   total number of transfers 15.
           3          Do you see that?
           4      A   Yes.
14:38:25   5      Q   And total amount of transfers, 2,015,000.
           6          Do you see that?
           7      A   I do.
           8      Q   So what prompted you to include information
           9   about transfers from Swartz IP to -- well, strike that.
14:38:42  10          Why did you reference these transfers from SIP
          11   Deutsche Bank account to the Integrated Administration
          12   Wells Fargo account?
          13      A   Probably David's request.
          14      Q   And do you have an understanding as to what
14:38:55  15   these transfers have to do with this summary that you're
          16   providing?
          17      A   No.
          18      Q   Do you have an understanding of what these
          19   transfers have to do with Sovrin?
14:39:08  20      A   No.  I think David probably told me find out
          21   how much money had come in from SIP to the two accounts,
          22   which I did, and then I did the above calculation to see
          23   how much had gone out to Sovrin employees for payroll.
          24      Q   Okay.  But as you sit here today, you have no
14:39:21  25   understanding as to any relationship between SIP and
```

Page 183

```
14:39:27   1   Sovrin?
           2      A   I don't -- as I sit here now, I don't know if
           3   the money from -- I don't remember.  Maybe the money
           4   from SIP came in for the purpose of Sovrin.  I don't
14:39:35   5   remember.
           6      Q   Okay.  Are there any documents that could
           7   refresh your recollection in that regard?
           8      A   Not I know of.
           9      Q   Okay.  So from -- what information were you
14:39:52  10   able to -- well, strike that.
          11          Did you refer to any documents in order to
          12   reference these transfers from SIP's bank accounts?
          13      A   I think I asked -- probably asked Majid for a
          14   list of deposits in.  Maybe that's how I did it.  I
14:40:12  15   don't remember.  Probably did that.  I probably asked
          16   Majid for the general ledger.
          17      Q   Okay.  So you would agree with me, based on
          18   this document, that Integrated Administration received
          19   from Swartz IP at least $2,295,000; is that correct?
14:40:32  20      A   That's what this document says.  Yes.
          21      Q   Okay.  Do you have any reason to doubt that
          22   that's not accurate?
          23      A   No.  No.
          24      Q   Okay.  Let's look the second page here.
14:40:43  25      A   Okay.
```

Page 184

```
14:40:47   1      Q   And if you go down towards the bottom, there's
           2   a reference to you and Mr. Bergstein.
           3          Do you see that?
           4      A   I do.
14:40:57   5      Q   And that reflects gross wages of $493,846.54.
           6          Do you see that?
           7      A   I do.
           8      Q   Okay.  And then this is referring to 2012, this
           9   page; is that correct?
14:41:23  10      A   Yes, I believe so.  Yes, it is.
          11      Q   And toward the right, there's a 20 percent
          12   notation.
          13          Do you see that?
          14      A   Yes, I do.
14:41:34  15      Q   Now, what were you trying to do, show here?
          16      A   Exactly what I already said.  I've taken the
          17   salaries of these people, I've taken 20 percent of it,
          18   and I've come up with the item that goes in the
          19   additional allocation category, which is on the first
14:41:49  20   page.
          21      Q   Okay.  So this reflects the fact that you and
          22   Mr. Bergstein together, for 2012, received a salary of
          23   $493,846.54; is that correct?
          24      A   That's what it says.
14:42:05  25      Q   And 20 percent of that salary was being
```

Page 185

```
14:42:07   1   allocated to Sovrin Health; is that correct?
           2      A   That's correct.
           3      Q   Okay.  This $493,846.54 number, where does that
           4   come from?
14:42:19   5      A   The gross sal -- the gross salaries that went
           6   out to he and I for the year.  It was a combination of
           7   the two.
           8      Q   Did you refer to any documents?
           9      A   I'm sure I did.
14:42:28  10      Q   Did you get that information from
          11   Mr. Zarrinkelk?
          12      A   Probably.  Either from him, or from Frymi, or
          13   from Steve or somebody.
          14      Q   And why did you combine those salaries for you
14:42:36  15   and Mr. Bergstein?
          16      A   I don't know.  I could have combined all of
          17   them online.  It doesn't really matter.  I was just
          18   trying to get to that $204,000 number.
          19      Q   But you see that Mr. Kranzdorf is listed alone
14:42:52  20   for -- for his salary?
          21      A   Yes.  Maybe those guys can be, you know, carved
          22   out into legal department, administrative support and
          23   accounting services, where David and I were more
          24   administrative.  I don't know.
14:43:02  25      Q   And you'll see next to the numbers for --
```

Page 186

```
14:43:07   1      A  Right.
           2      Q  -- the number for Mr. Kranzdorf, it says "legal
           3  support."
           4      Is that right?
14:43:12   5      A  Yes.
           6      Q  And for Don C., Frymi and Steve, it says "IT
           7  administrative support"?
           8      A  Yes.
           9      Q  And underneath that is Mr. Zarrinkelk's firm.
14:43:21  10      Do you see that?
          11      A  Yes, I do.
          12      Q  And there's a reference to accounting services?
          13      A  Yes.
          14      Q  Okay.  The entry next to the information for
14:43:29  15  you and Mr. Bergstein is blank; right?
          16      A  Uh-huh.
          17      Q  So what services were you and Mr. Bergstein
          18  providing Sovrin Health?
          19      A  You've already asked that question a number of
14:43:42  20  times.  We've already been through that.  I told you
          21  what I was doing, and you know, I've told you I don't
          22  know what David was doing in terms of dealing with those
          23  guys.  I've already answered that question.
          24      Q  Okay.  Is there a reason why you left this
14:43:50  25  blank?
```

Page 187

```
14:43:50   1      A  It was an internal document.  No, I didn't --
           2  no, I don't think it was a big deal.
           3      Q  Is that because --
           4      A  It could have said admin there.  I don't know.
14:43:56   5      Q  Is that because you didn't know what you and
           6  Mr. Bergstein had done for Sovrin Health?
           7      A  No.
           8      Q  All right.  Right --
           9      A  I didn't feel like I needed to put anything
14:44:03  10  there.
          11      Q  Okay.  But it's true that you didn't know what
          12  Mr. Bergstein had done for Sovrin Health?
          13      A  I don't know what --
          14      MR. MIGLER:  Asked and answered.
14:44:07  15  BY MR. LATZER:
          16      Q  Go ahead.
          17      A  Short of what I've already said a number of
          18  times, he's the one who came up with the idea, he's the
          19  one who found the two guys to run it.  I don't know what
14:44:15  20  else he was doing on a day-to-day basis with those guys.
          21      Q  And you've described this as an internal
          22  document; is that right?
          23      A  Yes.
          24      Q  But isn't it true that Mr. Bergstein asked you
14:44:23  25  to prepare this for purposes of defending himself in a
```

Page 188

```
14:44:26   1  lawsuit?
           2      A  No.  He asked me to prepare it.  I don't know
           3  why he needed it, and I think I needed it, too, just to
           4  see how much had gone off to Sovrin.  And I'm sure once
14:44:35   5  I did this, I sent it to him with all the backup.  And
           6  he -- I don't know what he did with it, if it was
           7  helpful to him or not.  I don't know.
           8      Q  But you just told me that he asked you to do it
           9  in connection with a lawsuit; is that not correct?
14:44:44  10      A  I think -- no, I think when he -- when we
          11  talked, it was either a lawsuit or something.  Somehow
          12  someone had said that there was a claim that Sovrin was
          13  not a real company.  I don't specifically what it was,
          14  or who had said that to him, and said, "That's bullshit.
14:44:56  15  I have all these employees.  Put something together to
          16  show how much was spent on the employees," and that's
          17  what I did.
          18      Q  And you said --
          19      A  Pardon my -- pardon my language.  I apologize.
14:45:03  20      Q  -- and you said that when you created this
          21  document you also needed it?
          22      A  Yeah.  I wanted to know how much had been
          23  spent.  If somebody had said that, I wanted to know how
          24  much was spent, so we had this document.  In case
14:45:14  25  somebody mentioned, it I could say, here, we spent
```

Page 189

```
14:45:14   1  $1.4 million on salaries over three years.
           2      Q  Okay.  And let's look at the next page.  It's
           3  the one that's Bates numbered 1754.
           4      A  Got it.
14:45:31   5      Q  And I believe that this refers to information
           6  for 2013; is that correct?
           7      A  I believe so.  Yes.
           8      Q  Okay.  And there's a reference here to gross
           9  wages for you, Mr. Kranzdorf, Mr. Carroll, Ms. Biedak
14:45:54  10  and Mr. Piscula; is that correct?
          11      A  Yes.
          12      Q  Okay.  And I notice that Mr. Bergstein is not
          13  listed here.
          14      A  Right.
14:46:06  15      Q  Had Mr. Bergstein stopped performing services
          16  for Sovrin at this -- by this time?
          17      A  I don't know what he was doing, but he wasn't
          18  listed on here because he didn't take any paychecks that
          19  year.
14:46:17  20      Q  He didn't take any compensation from Sovrin
          21  that year?
          22      A  It wasn't from Sovrin.  It was from Integrated
          23  Administration.
          24      Q  Okay.  He didn't take any compensation from
14:46:25  25  Integrated Administration for that year?
```

Page 190

14:46:27   1    A   That's what I would assume, based not this.
           2    Q   Okay.  And how -- how were you able to compile
               this information?
           3
           4    A   I -- I already answered.  I either got the
14:46:37   5   information from Frymi or Steve, or from Majid.
           6    Q   Just as you did for the previous year?
           7    A   Yes.  I did the same thing for all three -- for
           8   all three years.
           9    Q   Okay.  So this reflects that in 2013, you
14:46:50  10   received a general salary from Integrated Administration
          11   for $24,230.79; is that correct?
          12    A   Correct.
          13    Q   And you were allocating 20 percent of that to
          14   Sovrin?
14:47:04  15    A   Yes.
          16    Q   And that 20 percent number was just a number
          17   that you pulled out of thin air?
          18    A   It's exactly as I already answered.  It's the
          19   same thing for all three years.
14:47:14  20    Q   Okay.  Now we see that Mr. Kranzdorf received
          21   $200,000.06 for 2013 from Integrated Administration?
          22    A   Yes.  That's all from Integrated
          23   Administration --
          24    Q   Okay.
14:47:25  25    A   -- so that's the case.

Page 191

14:47:28   1    Q   And again, 20 percent was allocated towards
           2   Sovrin?
           3    A   Yes.  It sounded like a fair number.
           4    Q   Now, once again, we see here that for
14:47:41   5   Mr. Kranzdorf, there's a description of the services he
           6   was providing as legal support; is that correct?
           7    A   That's what it says.
           8    Q   And for Mr. Carroll, Ms. Biedak and
           9   Mr. Piscula, it says they were providing IT and
14:47:50  10   administrative services; is that correct?
          11    A   That's correct.
          12    Q   And for Mr. Zarrinkelk's firm we see accounting
          13   service; is that correct?
          14    A   Yes, it is.
14:47:58  15    Q   Okay.  But next to your name it's blank; is
          16   that correct?
          17    A   That's correct.
          18    Q   Okay.  Is that because you didn't know what
          19   services you provided for Sovrin Health that year?
14:48:06  20    A   No, sir.  That's not correct.
          21    Q   Okay.  Well, what services did you provide for
          22   Sovrin that year?
          23    A   I've answered that question a number of times.
          24    Q   Well, can you please answer it for 2013, then?
14:48:14  25    A   It's the same as every other time I've answered

Page 192

14:48:17   1   that question.
           2    A   Yeah.  And I know I told you this after we
           3   started after lunch that some of my questions may seem
               repetitive.
           4
14:48:24   5    A   Yeah.
           6    Q   But they're -- I'm asking --
           7    A   They're exactly repetitive.  That's why it's
           8   getting frustrating.
           9    Q   -- I'm asking them because I need to ask them.
14:48:27  10   So if you could just do me a favor and answer with
          11   respect --
          12    A   So it's the same thing as I told you.
          13    Q   -- just let me talk --
          14    A   Sorry.
14:48:33  15    Q   -- and then you can talk.
          16    A   I apologize.
          17    Q   With respect to 2013, what services do you
          18   claim you provided for Sovrin Health?
          19    A   The same thing I offered for previous years.
14:48:42  20   Just operational.  Doing whatever I could say to bring
          21   in cash to pay the $458,000, or whatever portion of what
          22   I could.  Their office, whatever they needed, their
          23   lease, their insurances, health insurance.  Whatever
          24   needed to be done.
14:48:56  25    Q   Okay.  And the last page of this document,

Page 193

14:48:58   1   Bates numbered 1755 --
           2    A   Yes.
           3    Q   -- this is the information for 2014; is that
               correct?
           4
14:49:07   5    A   I believe so.  Yes.
           6    Q   So 2014 is the year that the company stopped
           7   operating?
           8    A   That is correct.
           9    Q   Okay.  And you didn't perform any services for
14:49:16  10   the company that year?
          11    A   I think the number was so miniscule, it didn't
          12   matter anymore.
          13    Q   Okay.  And the only employees you claim who
          14   perform services for Sovrin during this 2014 time period
14:49:29  15   were Mr. Millano and Ms. Potensiano?
          16    A   I believe so.  Yes.
          17    Q   Okay.  Now, after Mr. Bergstein asked you to
          18   compile this document, did you send it to him?
          19    A   I believe I sent this to him, yes.  I think so.
14:49:47  20    Q   Did you have a discussion with him about it?
          21    A   I don't really recall.
          22    Q   Okay.  Do you know what he did with it?
          23    A   I don't know what David did with it.  No.
          24    Q   Did you -- do you recall whether you made any
14:50:00  25   changes to the document after you first sent it to him?

49  (Pages 190 to 193)

---

Page 194

14:50:04  1      A  I don't recall.  I remember going back to it.
2   I don't have a recollection of doing that.
3      Q  It's your recollection that you drafted this
4   document --
14:50:12  5      A  It was a preposterous allegation that Sovrin
6   wasn't a company and didn't have employees.
7      Q  Just let me finish the question.
8      A  Oh.  Sorry.
9      Q  It's your recollection that you drafted this
14:50:20 10   document on one instance and never after that point made
11   a change to it?
12      A  I think so.
13      Q  Okay.
14      A  If I made a change, it's 'cause maybe there was
14:50:27 15   an inaccuracy.  I don't remember.
16      Q  Okay.  Do you know if Mr. Bergstein filed this
17   document in connection with a lawsuit?
18      A  I have no idea what David Bergstein did with
19   it.
14:50:37 20      Q  Okay.  But, as you recall, there were no
21   further discussions with him about it?
22      A  I don't recall one.
23      Q  Have you had any discussions with anyone else
24   regarding this document?
14:50:44 25      A  I have.

Page 195

14:50:45  1      Q  Who's that?
2      A  My lawyers.
3      Q  Oh, okay.  You don't need to tell me about
4   that.
14:51:06  5         Sir, do you know who John Zhi Wang is?
6      A  Not off the top of my head.  No.
7      Q  Do you know what Illuminer Inc, is?
8      A  Yeah.  It was one of the companies that David
9   was working with.  I think the Weston guys might have
14:51:25 10   been involved.  Something to do with lightbulb
11   technology, I think.  I don't know much more beyond
12   that.
13      Q  Do you know if Integrated Administration
14   provided any services for Illuminer Inc.?
14:51:39 15      A  I believe so.  I think Jeff probably did some
16   legal work.  I know David did a bunch of work on it.
17   I'm sure Frymi and Steve did some work.
18      Q  So Mr. Kranzdorf was working as an attorney on
19   Integrated Administration's payroll?
14:51:58 20      A  Jeff was working.  He was -- sometimes as an
21   attorney, he would draft paperwork.  He would draft
22   documents and deal memos and whatnot for David and for
23   whatever was needed.  Trying to close deals and help
24   with deals.
14:52:13 25      Q  Do you know Allan Lee, Inc. is?

Page 196

14:52:13  1      A  Yes.  We've talked about him.  Allan Lee was a
2   financial consultant.  As I mentioned before lunch
3   today, he had been working on and off with David for
4   many years.  He does financial modeling and PowerPoint
14:52:25  5   presentations, and books and decks for transit -- for
6   for potential deals and current deals, or -- you know.
7      Q  Do you did know what Quant Media Advisors, Inc.
8   is?
9      A  No.  Was that his company?
14:52:38 10      Q  I'm asking you.
11      A  I don't know.
12      Q  And who's Mr. Ron Tutor?
13      A  Ron Tutor is David's former partner.  He's a --
14   a successful gentleman.  He lives, you know, here.  He's
14:52:55 15   a construction magnate and he also has many other
16   interests.  One was in the media and entertainment for a
17   number of years.  I -- I don't know what he's doing now
18   besides his construction business.
19      Q  Do you have a relationship with Mr. Tutor?
14:53:10 20      A  We have known one another for a long time.  I
21   haven't spoken to him in years.
22      Q  Have you ever done business with him?
23      A  I worked for him when I worked at Miramax.  He
24   was one of the owners of Miramax.  And when I worked for
14:53:18 25   Capital Films, he was one of the owners of Capital

Page 197

14:53:24  1   Films.
2      Q  Okay.  Do you know if Integrated Administration
3   provided services to Mr. Tutor?
4      A  Yes.
14:53:29  5      Q  What services?
6      A  There was some scanning of documents and, you
7   know, some legal work for some of his library stuff.  He
8   and David owned libraries together and -- and, you know,
9   some of the guys on the IA payroll worked for them on
14:53:43 10   and off over the years.
11      Q  Okay.  Did Integrated Administration provide
12   any payroll related services to Mr. Tutor?
13      A  Provided employees that were on payroll to work
14   for him.
14:53:57 15      Q  Okay.  All right.  Let me show you Exhibit 22.
16         (Exhibit 22 was marked for
17         identification by the Court Reporter
18         and is attached hereto.)
19   BY MR. LATZER:
14:54:15 20      Q  Thank you.
21      Q  I'll give you a minute to flip through that
22   document.
23      A  Okay.
24      Q  Okay.  Can you tell me what this exhibit
14:54:29 25   consists of?

## Page 198

14:54:30  1      A   A series of invoices.
2      Q   Okay.  And these are invoices that were
3  directed to Integrated Administration?
4      A   Yes.  One of them was directed to Illuminer
14:54:40  5  Inc.  No, it's from Illuminer Inc.  Okay.  Sorry.  Okay.
6  Yes.  Okay.
7      Q   All right.  Let's look at the first one.  It's
8  from The Barnes Law Firm, and it's date February 7,
9  2012.
14:54:58 10      Do you see that?
11      A   I do.
12      Q   What's The Barnes Law Firm?
13      A   There's an attorney named Michael Barnes who
14  has been an attorney for many years.  He was Ron Tutor
14:55:06 15  and David Bergstein's attorney for a number of years.
16      Q   Okay.  Did he -- has he ever performed any
17  services for you?
18      A   Yes.
19      Q   Okay.  What was the nature of those services?
14:55:19 20      A   I worked on this Alliance transaction with him.
21  And Miramax we worked on together.  He was our lawyer on
22  Miramax.  He's a very successful and well-regarded
23  lawyer, primary entertainment and transactional.
24      Q   All right.  So this is what appears to be an
14:55:36 25  invoice directed to Integrated Administration F/A/O

## Page 199

14:55:41  1  Boson, LLC.
2      Do you see that?
3      A   Uh-huh.
4      Q   Okay.  What's F/A/O?
14:55:48  5      A   I don't know.  For service of is F/S/O, so I
6  don't know what F/A/O is.  Maybe it's a typo.
7      Q   Okay.  What's Boson, LLC?
8      A   Boson is -- is a company that David owns, or
9  owned.  I don't know if he does now.
14:56:01 10      Q   And what was the nature of that company?
11      A   I don't know.  It's his company.  I have
12  nothing to do with it.
13      Q   And you say it's his company and you have
14  nothing do with it, but Integrated Administration was
14:56:16 15  receiving this invoice on its behalf; is that correct?
16      A   Probably because David was doing work on the
17  Alliance diligence, and Michael Barnes was the lawyer.
18  He did some extensive diligence on the Alliance purchase
19  for us, and -- and that was one of the major deals we
14:56:31 20  were looking into and diligencing at the time.
21      Q   And what that have to do with Integrated
22  Administration?
23      A   Integrated Administration was the, uh --
24  probably the company that David bought and the money to
14:56:41 25  pay these.  Because if we would have done it, it would

## Page 200

14:56:42  1  have come in to the folded companies probably.
2      Q   Okay.  Did that work have anything to do with
3  Integrated Administration's payroll services?
4      A   He was doing legal diligence for a new company
14:56:57  5  that we're looking to get into.  It would have been
6  something like Sovrin.  It would have been another
7  company that if we would have purchased it, it would
8  have come in under, and all the employees would have
9  been integrated -- under the Integrated Administration
14:57:08 10  banner.
11      So this was a diligence.  This was for a
12  company we looked at, but ultimately ended up not
13  purchasing.
14      Q   Why didn't you just have these entities like
14:57:17 15  Sovrin employ these -- or employ its employees directly?
16      A   I don't know.  I think it's probably easier to
17  have one company do payroll and pay payroll taxes, and
18  have all the necessary insurances than to do it for five
19  different entities.  It probably makes more financial
14:57:35 20  sense, I guess.
21      Q   Okay.  And there's reference here to legal
22  services, advance retainer to commence Alliance
23  diligence.
24      Do you see that?
14:57:45 25      A   I do.

## Page 201

14:57:45  1      Q   What's Alliance diligence?
2      A   Alliance was a company -- is a company in
3  Canada, Alliance Atlantis, which, after we closed on
4  Miramax, was a -- we were looking for other
14:57:56  5  entertainment assets to -- to purchase.  Michael was the
6  lawyer on the Miramax transaction, and Alliance Atlantis
7  we heard was for sale, so we began some extensive
8  diligence through a distributor, and they have a library
9  and some rights up in Canada.  And -- and I think they
14:58:06 10  have a Pay TV deal up there, too.  I don't remember the
11  details of the diligence at this time.
12      Q   Okay.  So this invoice appears to be requesting
13  $165,000; is that correct?
14      A   Yes, it does.
14:58:24 15      Q   Do you know if Integrated Administration paid
16  those monies?
17      A   I don't.
18      Q   Okay.  And so this is a request from Barnes Law
19  Firm to Integrated Administration to pay for legal work
14:58:39 20  with -- which related to this Alliance diligence as
21  you've described?
22      A   Yes.
23      Q   Okay.  And do you know what would have prompted
24  The Barnes Law Firm to send the invoice to Integrated
14:58:53 25  Administration?

---

Page 202

| 14:58:55 | 1 | A  I'm sure David advised -- asked him to do that. |
| | 2 | Q  Do you know if Integrated Administration was |
| | 3 | providing employees Boson, LLC? |
| | 4 | A  I'm sure some of the employees were, you know, |
| 14:59:04 | 5 | working on Boson.  I would imagine Frymi, and Steve and |
| | 6 | David Bergstein who were three employees had stuff to do |
| | 7 | with Boson. |
| | 8 | Q  Do you know what they were doing for Boson, |
| | 9 | LLC? |
| 14:59:16 | 10 | A  I do not.  Supporting David, whatever that was. |
| | 11 | MR. MIGLER:  Counsel, it's almost 3 o'clock. |
| | 12 | I don't know if you want to break for a short time? |
| | 13 | MR. LATZER:  It's up to you.  I probably |
| | 14 | have -- should be no more than another half hour. |
| 14:59:33 | 15 | THE WITNESS:  I mean, if -- can I use my phone? |
| | 16 | I'll just e-mail him and say we're 30 minutes away. |
| | 17 | Let's keep going.  I'd rather just go and be done. |
| | 18 | MR. LATZER:  That's fine. |
| | 19 | THE WITNESS:  Just one second, please.  I |
| 14:59:42 | 20 | apologize. |
| | 21 | (Call being made.) |
| | 22 | THE WITNESS:  Sorry, guys.  I apologize. |
| | 23 | BY MR. LATZER: |
| | 24 | Q  Let's turn to the second page of this |
| 15:00:02 | 25 | exhibit -- |

Page 203

| 15:00:03 | 1 | A  Okay. |
| | 2 | Q  -- Bates numbered 766. |
| | 3 | A  Okay. |
| | 4 | Q  And this purports to be an invoice from |
| 15:00:11 | 5 | Mr. Wang. |
| | 6 | A  Uh-huh. |
| | 7 | Q  And it's dated February 28, 2012; is that |
| | 8 | correct? |
| | 9 | A  Yes, it is. |
| 15:00:17 | 10 | Q  Okay.  This invoice is directed to Integrated |
| | 11 | Administration care of Mr. David Bergstein. |
| | 12 | Do you see that? |
| | 13 | A  Yes, I do. |
| | 14 | Q  And the letter -- the re line of the letter is |
| 15:00:31 | 15 | "Company Matters." |
| | 16 | Do you see that? |
| | 17 | A  Yes, I do. |
| | 18 | Q  Okay.  Do you know what that refers to? |
| | 19 | A  No. |
| 15:00:40 | 20 | Q  Do you recall receiving this invoice from |
| | 21 | Mr. Wang in or about February 20, 2012? |
| | 22 | A  This says that he sent it to David via e-mail, |
| | 23 | so Mr. Wang didn't send it to me. |
| | 24 | Q  Okay.  Have you seen this invoice? |
| 15:00:57 | 25 | A  I don't recall seeing it. |

Page 204

| 15:00:58 | 1 | Q  Before sitting here today, you don't recall |
| | 2 | seeing it? |
| | 3 | A  I don't remember if I have. |
| | 4 | Q  Okay.  Is this something that you had access |
| 15:01:03 | 5 | to? |
| | 6 | A  If David sent it to me to get this invoice paid |
| | 7 | I would have seen it, but I don't remember specifically. |
| | 8 | Q  So if he had sent it to you around this time, |
| | 9 | what would you have done with it? |
| 15:01:12 | 10 | A  If there was instructions to pay it, I would |
| | 11 | have paid it. |
| | 12 | Q  And what would you have done with the physical |
| | 13 | invoice? |
| | 14 | A  I would have e-mailed it to Majid saying, pay |
| 15:01:19 | 15 | per this invoice. |
| | 16 | Q  Okay.  Was that -- |
| | 17 | A  Or I wrote a check per this invoice, and I'd |
| | 18 | send him a copy of the check and a copy of this invoice. |
| | 19 | Q  Did you keep invoices like this in electronic |
| 15:01:31 | 20 | form? |
| | 21 | A  I would e-mail them to Majid.  I wouldn't keep |
| | 22 | anything. |
| | 23 | Q  Would you keep them saved on your computer? |
| | 24 | A  To the extent that they were e-mailed, they |
| 15:01:38 | 25 | would be on my computer.  Once in a while I would clear |

Page 205

| 15:01:41 | 1 | out my computer or try to reduce the number of e-mails I |
| | 2 | had.  But if I -- if I wrote a check on this, because |
| | 3 | there's no wire instructions, I would imagine I did, I |
| | 4 | would take a photocopy of the check, and I'd put it with |
| 15:01:52 | 5 | this, and I would scan it and send it to Majid. |
| | 6 | Q  Okay.  Did you have -- did you keep hard copies |
| | 7 | of invoices like this? |
| | 8 | A  No. |
| | 9 | Q  No? |
| 15:02:01 | 10 | A  I would not. |
| | 11 | Q  Did anyone at Integrated Administration? |
| | 12 | A  Majid would on behalf of the company. |
| | 13 | Q  Okay.  And the -- |
| | 14 | A  Maybe Frymi would, too.  I don't know.  I don't |
| 15:02:10 | 15 | know if Frymi did. |
| | 16 | Q  Okay.  And this letter reads, "Dear |
| | 17 | Mr. Bergstein.  Attached is my invoice covering today |
| | 18 | work for IA.  Thanks.  Regards, John." |
| | 19 | A  Okay. |
| 15:02:17 | 20 | Q  Did I read that correctly? |
| | 21 | A  You did. |
| | 22 | Q  Okay.  Now, there's no invoice attached to this |
| | 23 | letter. |
| | 24 | A  Not on this document. |
| 15:02:31 | 25 | Q  Are you aware of whether an invoice was |

52 (Pages 202 to 205)

Page 206

| | | |
|---|---|---|
| 15:02:33 | 1 | actually issued? |
| | 2 | A  I don't know. |
| | 3 | Q  Okay.  And do you know what -- |
| | 4 | A  Is there a page 2 to this? |
| 15:02:39 | 5 | Q  Sir, this document was produced in discovery as |
| | 6 | I'm presenting it to you -- |
| | 7 | A  Oh, I see. |
| | 8 | Q  -- right now. |
| | 9 | A  I don't know.  Well, it says "invoice" on it. |
| 15:02:47 | 10 | That's weird. |
| | 11 | Q  Do you know for what services Mr. Wang was |
| | 12 | requesting payment? |
| | 13 | A  No, I don't. |
| | 14 | Q  Do you know what work he had done to date for |
| 15:02:57 | 15 | Integrated Administration? |
| | 16 | A  I don't know what he was doing. |
| | 17 | Q  Okay.  Let's turn to the next page, Bates |
| | 18 | numbered 767. |
| | 19 | A  Okay. |
| 15:03:07 | 20 | Q  And this is an invoice from Integrated |
| | 21 | Administration to Illuminer Inc.; is that correct? |
| | 22 | A  Yes. |
| | 23 | Q  Okay.  So this indicates that Illuminer Inc. |
| | 24 | had provided services for Integrated Administration at |
| 15:03:26 | 25 | this time? |

Page 207

| | | |
|---|---|---|
| 15:03:28 | 1 | A  No.  Integrated Administration had provided |
| | 2 | services to Illuminer Inc.  Illuminer Inc. is being |
| | 3 | billed $57,000 for those services.  That's why the wire |
| | 4 | instructions are to IA. |
| 15:03:39 | 5 | Q  So what services had Integrated Administration |
| | 6 | provided to Illuminer Inc. at this time? |
| | 7 | A  According to this invoice, it says "Legal |
| | 8 | diligence, PowerPoint presentations, and creation of |
| | 9 | marketing material."  It's probably Allan Lee, Jeff |
| 15:03:57 | 10 | Kranzdorf and David, doing whatever they were doing. |
| | 11 | Q  And they were doing this as part of |
| | 12 | Integrated's payroll company? |
| | 13 | A  I don't -- you keep asking that and I'm -- I'm |
| | 14 | not understanding when you say that.  Integrated |
| 15:04:10 | 15 | Administration had employees that would do work for |
| | 16 | multiple companies.  One of the companies and the deals |
| | 17 | that David was trying to do was this company called |
| | 18 | Illuminer.  I don't know much about it.  But the staff |
| | 19 | at Integrated Administration worked on that. |
| 15:04:22 | 20 | The staff would include David Bergstein, Frymi, |
| | 21 | Steve did some stuff probably.  I would imagine if it's |
| | 22 | legal and diligence it's Allan Lee, it's Jeff Kranzdorf |
| | 23 | or maybe or Jeff Solomon.  PowerPoint presentations |
| | 24 | probably somebody like Allen Lee.  And marketing |
| 15:04:38 | 25 | material would be somebody like Allen Lee as well. |

Page 208

| | | |
|---|---|---|
| 15:04:40 | 1 | So these guys did the work, and he's billing -- |
| | 2 | we're billing Illuminer Inc. for the work that they had |
| | 3 | done. |
| | 4 | Q  So you described Illuminer before as |
| 15:04:49 | 5 | Mr. Bergstein's company? |
| | 6 | A  No.  It's a company that David worked with.  I |
| | 7 | don't know if it was his company or not.  I just heard |
| | 8 | the name, and I know there was something -- a deal he |
| | 9 | was trying to do with them, or for them, or somehow he |
| 15:04:55 | 10 | was involved with them for some sort of deal having to |
| | 11 | do, I think, with lightbulbs.  I'm not sure. |
| | 12 | Q  So Integrated Administration, your company, is |
| | 13 | requesting payment from a company with which |
| | 14 | Mr. Bergstein was involved; is that correct? |
| 15:05:13 | 15 | A  Yes.  I don't know how he was involved, but he |
| | 16 | was the guy trying to do a deal with them and did this |
| | 17 | work, and we're sending them a bill per his |
| | 18 | instructions. |
| | 19 | Q  Do you know if Illuminer made this payment to |
| 15:05:24 | 20 | Integrated Administration? |
| | 21 | A  I don't. |
| | 22 | Q  Okay.  And do you recall receiving this invoice |
| | 23 | on or around January 18, 2012? |
| | 24 | A  I don't. |
| 15:05:34 | 25 | Q  Okay.  Is this the first time you've seen it? |

Page 209

| | | |
|---|---|---|
| 15:05:38 | 1 | A  I don't remember. |
| | 2 | Q  Okay.  Let's turn to the next page. |
| | 3 | A  Okay. |
| | 4 | Q  It's Bates No. 768. |
| 15:05:46 | 5 | A  I see it. |
| | 6 | Q  And this appears to be an invoice from Allen |
| | 7 | Inc. to Integrated Administration; is that correct? |
| | 8 | A  Yes. |
| | 9 | Q  And you see the line about halfway down, it |
| 15:06:00 | 10 | says for "consulting services"? |
| | 11 | A  Uh-huh. |
| | 12 | Q  And that's for the period October 27, 2011 |
| | 13 | through November 3rd, 2011? |
| | 14 | A  Okay. |
| 15:06:09 | 15 | Q  Do you see that? |
| | 16 | A  Yes. |
| | 17 | Q  Okay.  So what consulting services did Allen |
| | 18 | Lee Inc. provide Integrated Administration? |
| | 19 | A  Allen, as I had told you, was a financial |
| 15:06:20 | 20 | analyst.  He worked on a lot of the deals with David. |
| | 21 | So whatever it was, he was doing diligence, or financial |
| | 22 | projections, or modeling, PowerPoints for any and all |
| | 23 | the deals that David was working on. |
| | 24 | Q  Okay.  So these were deals that were unrelated |
| 15:06:33 | 25 | to Integrated Administration? |

Page 210

```
15:06:34   1        A   You -- you keep saying that again, and I'm
           2   going to keep saying the same thing. I don't understand
           3   when you say that. Integrated Administration was the
           4   entity that paid people. He came in and worked on a
15:06:43   5   multitude of deals, and he got pay from Integrated
           6   Administration. That's how it went down.
           7        Q   Okay. Let's turn to the next page, 769.
           8        A   Okay.
           9        Q   And this is, again, another invoice and Allen
15:06:54  10   Lee Inc. to Integrated Administration. It's dated
          11   November 21st, 2011 --
          12        A   Okay.
          13        Q   -- is that correct?
          14        A   Yes.
15:06:57  15        Q   And this reads "For consulting services
          16   October 27, 2011 to November 3rd, 2011."
          17        A   Yes.
          18        Q   The second half only. Do you see that?
          19        A   Yes.
15:07:08  20        Q   So what's your understanding of the consulting
          21   services that Allen Lee Inc. provided Integrated
          22   Administration at this time?
          23        A   It's the same thing. Maybe one of the invoices
          24   was a mistake. The -- the time period seems to be the
15:07:20  25   same, so maybe he was supposed to bill 10,000 twice, but
```

Page 211

```
15:07:25   1   he billed 20,000 the first time by mistake. I don't
           2   know. That's what I would think at this point looking
           3   at it here.
           4        Q   Okay. Now, these two invoices from Allen Lee
15:07:34   5   Inc., do you recall receiving them around this time
           6   frame?
           7        A   Not specifically, no.
           8        Q   Okay. And before sitting here today, have you
           9   seen them?
15:07:41  10        A   I don't remember.
          11        Q   Do you know if Integrated Administration paid
          12   these invoices?
          13        A   I don't as I sit here.
          14        Q   Okay. Let's look the last page --
15:07:54  15        A   Okay.
          16        Q   -- 770.
          17        A   Okay.
          18        Q   And this is an invoice from Integrated
          19   Administration to Mr. Tutor?
15:08:04  20        A   Yes, I see it.
          21        Q   And is this referencing the work that you were
          22   describing before?
          23        A   Yes. Part of it, yeah.
          24        Q   Okay. Was there other work that was done?
15:08:12  25        A   No. I described other work as well, but this
```

Page 212

```
15:08:14   1   was part of what I was describing.
           2        Q   Okay. Do you know if Integrated Administration
           3   sent any other invoices to Mr. Tutor?
           4        A   I don't remember if they did.
15:08:24   5        Q   Okay. And do you recall receiving this invoice
           6   around January 28, 2013?
           7        A   I don't remember the date, but I remember this.
           8        Q   You remember seeing this invoice before?
           9        A   I remember this transaction, I remember on
15:08:44  10   Tutor, I remember the scanning. I have a vague
          11   recollection of this invoice and that he paid it.
          12        Q   You remember this project?
          13        A   Yes, I do.
          14        Q   Okay. Do you know if this invoice was paid?
15:08:55  15        A   I believe it was.
          16        Q   Sir, what's you current relationship with
          17   Mr. Bergstein?
          18        A   I don't really have a relationship with
          19   Mr. Bergstein.
15:09:10  20        Q   Do you consider him a friend?
          21        A   Not anymore.
          22        Q   And why is that?
          23        A   Because he completely messed up my life.
          24        Q   If he called, would you talk to him?
15:09:22  25        A   That's a good question. I don't know. I'd
```

Page 213

```
15:09:25   1   probably ask him why did you do all this shit? Pardon
           2   me. Sorry. I don't mean to say bad words.
           3        Q   Sir, we've seen several instances where you've
           4   loaned, or claimed that you loaned money through various
15:09:40   5   entities or individually to Integrated Administration;
           6   is that correct?
           7        A   Yes, sir.
           8        Q   And from reviewing these bank records, isn't it
           9   true that you started to loan money to the company
15:09:53  10   around the July 2012 time frame?
          11        A   I don't remember when. I've done dozens and
          12   dozen of the loans, so I have no idea when it started.
          13        Q   And Mr. Zarrinkelk would loan money as well?
          14        A   Yes. He would -- he would give us short-term
15:10:10  15   loans.
          16        Q   Okay. Do you know if you made any loans like
          17   that in 2011?
          18        A   I don't remember when I did them.
          19        Q   And earlier you referred to a warehouse that I
15:10:28  20   believe Integrated Administration leased?
          21        A   No. K.Jam Media was on the lease, not AI.
          22        Q   Okay. K.Jam Media leased space --
          23        A   Yes.
          24        Q   -- for a warehouse? And did Integrated
15:10:38  25   Administration use that space?
```

Kiarash Jam, 30(B)(6)                                          03-28-19

---

Page 214

15:10:39  1        A   We had sent some employees there to scan some
          2    things for Ron, but -- and some employees were there
          3    that would pull stuff out of the boxes as needed,
          4    whatever.
15:10:50  5        Q   Okay.  And you -- I believe you said that the
          6    warehouse was located in the Valley?
          7        A   Yeah.
          8        Q   Okay.  Are you referring to a particular town
          9    or city?
15:10:59 10        A   I think it was Chatsworth.
         11        Q   Chatsworth?
         12        A   I'm not sure, but I believe -- I recall it
         13    being Chatsworth.
         14        Q   Okay.  Let's take a break.
15:11:08 15            THE VIDEOGRAPHER:  We are going off the record
         16    at 3 --
         17            MR. WALKER:  I want say something on the record
         18    later, but when we come back I'll do it.
         19            MR. LATZER:  Yeah, we'll -- we'll go back on
15:11:14 20    the record.  We'll wrap up.
         21            THE VIDEOGRAPHER:  We're going off the record
         22    at 3:09 p.m.
         23            (A recess was taken.)
         24            THE VIDEOGRAPHER:  Back on the record at
15:17:54 25    3:15 p.m.

---

Page 215

15:17:57  1            MR. LATZER:  Mr. Jam, I don't have anything
          2    further.  Mr. Walker just needs to say something.
          3            MR. WALKER:  Do you have any questions, Wil?
          4            MR. MIGLER:  Depending -- I have no questions
15:18:04  5    for defendant at this time.
          6            MR. WALKER:  I just wanted to put on the record
          7    that in light of the testimony over the last two days,
          8    that -- about the American Express statements, and the
          9    fact that they were all provided for Mr. Majid, clearly
15:18:19 10    Mr. Jam has possession, custody, control over those
         11    statements.  I believe they are clearly responsive to
         12    both Interrogatory No. 23, and request production
         13    Nos. 36 and 40.  We'd like to have those produced as
         14    soon as possible.
15:18:33 15            THE WITNESS:  Do I say something?
         16            MR. WALKER:  And we request them going back
         17    seven years.
         18            THE WITNESS:  Do I have to say something?
         19            MR. WALKER:  I would like to get an idea from
15:18:48 20    your office, Wil, as to -- today or tomorrow as to
         21    where -- what your position would be on that.
         22            MR. MIGLER:  Sure.  By tomorrow --
         23            MR. WALKER:  I don't want to put you on the
         24    spot at this moment.
15:18:57 25            MR. MIGLER:  Sure.  I understand.  But by

---

Page 216

15:18:57  1    tomorrow I'll have a response.
          2            MR. WALKER:  Thank you.
          3            MR. LATZER:  We can go off the record.  Thank
          4    you.
15:19:02  5            THE VIDEOGRAPHER:  This concludes the
          6    videotaped deposition Mr. Kia Jam.  We are going off the
          7    record at 3:17.
          8            (The proceedings were concluded
          9            at 3:17 p.m.)
15:19:10 10            ---o0o---
         11
         12
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25

---

Page 217

15:19:10  1    STATE OF CALIFORNIA )
          2                        ) ss.
          2    COUNTY OF _____ )
          3
          4
15:19:10  5        I, KIARASH JAM, say I have read the
          6    foregoing deposition and declare under penalty of perjury
          7    that my answers as indicated are true and correct.
          8
          9
15:19:10 10
         11    _____
               (Date)
         12
         13            _____
                               (Signature)
         14
15:19:10 15
         16
         17
         18
         19
15:19:10 20
         21
         22
         23
         24
15:19:10 25

---

Kiarash Jam, 30(B)(6)                                        03-28-19

Page 218

1      I, Sandra Mitchell CSR No. 12553, Certified Shorthand

2    Reporter, hereby certify that:

3      I am authorized to administer oaths or affirmations.

4    (Cal. Code of Civ. P. Sec. 2093 (b) and Fed. R. Civ. P. 28(a)).

5      The foregoing proceedings were taken before me at the

6    time and place therein set forth, at which time the witness

7    was duly sworn by me. (Cal. Code Civ. Proc. 2025.330(a),

8    2025.540(a) and Fed. R. Civ. P. 30(f)(1)).

9      The foregoing pages contain a full, true and accurate

10   record of all proceedings and testimony. (Cal. Code Civ.

11   Proc. 2025.540(a) and Fed. R. Civ. P. 30(f)(1)).

12     I am not a relative or employee of the parties,

13   nor financially interested in the action. (Cal. Code Civ.

14   Proc. 2025.320(a)).

15     Before completion of the proceedings, review of the

16   transcript  [  ] was [  x  ] was not requested.  If requested,

17   any changes made by the witness (and provided to the reporter)

18   during the period allowed, are appended hereto.

19   (Fed. R. Civ. P. 30(e)).

20     I declare under penalty of perjury under the laws of

21   California that the foregoing is true and correct.

22     Dated this 1st day of April, 2019.

23   _____

24   Sandra Mitchell

25   C.S.R. No. 12553

**A**

**a.m** 2:19 6:2,11
54:12,15 69:7
96:8
**able** 10:13 22:23
29:3 38:4 62:18
62:23 86:17
100:25 161:14
183:10 190:2
**Absolutely** 137:10
**access** 69:5 74:8
175:6 204:4
**accessed** 154:5
**accompany** 129:3
**account** 19:21
29:20 30:7,9,19
32:8 36:22 37:13
37:15,15 50:15
77:18 89:25 90:4
99:12,12,16,17,20
100:17,22 101:1,4
101:7 102:14,16
112:21,25 113:3,5
118:10 121:3,5,15
121:16 122:1
132:9 181:18,19
181:23,23 182:11
182:12
**accountant** 45:6
46:13 59:14
154:23 155:2
**accounting** 58:23
59:10,11 84:18
176:13 178:15,16
180:11,13,15,17
181:5,7 185:23
186:12 191:12
**accountings** 59:11
**accounts** 30:12
66:8 112:21
182:21 183:12
**accurate** 26:16
59:5 183:22 218:9
**acquired** 27:9
**action** 6:7 218:13
**active** 21:22 113:5

**actual** 94:6 178:20
**Adam** 123:25
124:1,1
**add** 179:12
**addition** 176:10
178:10
**additional** 29:8
176:14 177:25
178:22 179:3
180:7 184:19
**address** 12:16
15:15 85:3 155:17
155:19,19
**addressed** 93:17
**adds** 178:17
**admin** 187:4
**administer** 43:10
218:3
**administered** 43:11
**Administrate**
30:18
**Administration** 1:9
2:8 4:10,11 5:12
7:25 8:9 9:16,21
10:16,18 11:15
12:4,9,13,24 15:8
15:25 16:14,21
17:12 18:7,11,25
19:4,11,19 20:8
20:19,22 21:15
23:24 24:17 25:2
25:12,15,18 26:3
26:22 27:7 28:11
29:6 31:2,4 32:4
32:20 33:7,13,24
34:11 35:17,21
37:7 38:9,22 39:9
39:14 40:4,12,21
41:2 43:15,20
45:21 50:10 53:1
54:25 55:8 56:12
56:25 57:16 58:8
58:10,11 59:8
60:16,25 61:17
62:3,19,24 63:16
63:24 64:8 65:5
65:10 67:12 68:6

68:19 69:1,25
70:2,4,9,12,13,21
76:8,12 77:1,6
79:22 80:1,9
83:24 84:14 85:8
85:11,20 86:13
88:8,14 90:16,21
90:24 97:13,17
98:7,15,22 99:7
99:21,24 100:17
101:18,24 105:23
112:12,20 113:15
113:20,25 114:5
115:7,12,22 116:2
116:9,15 117:11
117:16 118:10,20
119:12 120:2,10
120:18 125:12
126:24 127:10,21
128:1 129:15
130:2 131:14,23
136:23,24 137:4,7
137:9,11 138:1,4
138:8,13,16 139:7
139:15 140:18
141:3,7,12,24
142:13 145:12,19
146:17 148:4
153:5 155:23
156:23 157:14,17
158:24 160:20,23
161:16 164:3
165:7,15 166:17
167:2,6,21 168:11
169:7,14 170:3,12
170:21 171:7
177:8 179:25
180:2,8 182:11
183:18 189:23,25
190:10,21,23
195:13 197:2,11
198:3,25 199:14
199:22,23 200:9
201:15,19,25
202:2 203:11
205:11 206:15,21
206:24 207:1,5,15

207:19 208:12,20
209:7,18,25 210:3
210:6,10,22
211:11,19 212:2
213:5,20,25
**Administration's**
29:20 30:19 31:12
32:8 38:16 50:15
140:16,24 165:5
195:19 200:3
**administrative**
185:22,24 186:7
191:10
**adopted** 17:11
**advance** 25:19
118:12,15 148:19
200:22
**advanced** 25:20
147:24
**advances** 52:15
**advancing** 146:16
148:6,6,16,18,20
148:25 149:2,6
**advised** 202:1
**advising** 51:14
**Advisors** 196:7
**Advisory** 27:22
65:4 90:15
**Affairs** 103:24
**affiliated** 9:23
94:10 117:24
**affirmations** 218:3
**afford** 133:8
**agent** 15:16,24 16:3
21:14
**agents** 21:10
**ago** 21:17,17,24,25
21:25 22:9,10,10
38:25 73:13 74:17
92:14 103:23
106:25 109:22
118:23 121:12
128:23 134:5,8,8
159:25 173:5,12
173:13
**agree** 16:12 29:19
33:25 38:20 40:17

77:4 79:18 80:12
83:21 90:18 126:7
183:17
**agreement** 28:4
100:2,4 126:2,3
141:14 146:18
149:2,13 156:10
157:3 160:13,16
160:18,21 163:6,9
163:17 166:12
**agreements** 55:20
71:11 103:13
146:22,23 147:1
164:25
**ahead** 93:19 187:16
**AI** 142:20 213:21
**air** 181:13 190:17
**Allan** 195:25 196:1
207:9,22
**allegation** 194:5
**Allen** 102:19,21
207:24,25 209:6
209:17,19 210:9
210:21 211:4
**Alliance** 198:20
199:17,18 200:22
201:1,2,3,6,20
**allocated** 176:16
179:9,19 181:8,10
185:1 191:1
**allocating** 179:6
180:16 190:13
**allocation** 176:10
176:14 178:1,12
178:15,23 179:3
180:7,18 184:19
**allowed** 218:18
**American** 51:5,19
78:23,25 79:2
81:13 86:14,17,21
86:23 89:4,6,9,12
89:14 91:11,20,23
129:22,23 215:8
**Amex** 50:3,23 51:2
51:8,16 52:6
78:18,22 86:8,11
87:20 89:1 91:3

111:8,12,13,14
**amount** 47:9 51:15
  117:3 138:16,20
  138:21 171:10,15
  171:19 182:5
**amounts** 79:9
  106:23 176:7,8
**analyst** 209:20
**and/or** 134:16
**Android** 134:5
**Angeles** 2:18 6:1,13
**animation** 49:12
**annual** 19:10,18
  20:1,6 180:12
**answer** 5:16 9:14
  33:16 41:14 57:2
  60:21 62:22 64:1
  64:5,9,11,12,19
  65:18 105:4
  191:24 192:10
**answer's** 55:10
  58:1 65:12,14,25
**answered** 64:1
  163:13 186:23
  187:14 190:4,18
  191:23,25
**answering** 71:2
**answers** 60:20
  141:19 217:7
**antiques** 50:4
  51:24 52:3
**anybody** 64:17
**anymore** 24:6,13
  152:15 193:12
  212:21
**apologize** 96:20
  188:19 192:16
  202:20,22
**apparently** 140:20
  141:14
**appear** 14:9 96:19
**APPEARANCES**
  3:1
**appears** 40:18
  136:22 198:24
  201:12 209:6
**appended** 218:18

**applied** 179:8
**appointed** 12:12
**appointing** 12:3,8
  12:23
**appreciate** 96:18
  96:19
**approximately**
  6:11 22:8 75:4
  95:6 111:18
  116:20 123:22
  145:14 147:15
  179:14,17
**April** 4:19,19 83:18
  83:18 84:22 85:23
  87:3,5 162:10
  218:22
**arena** 145:16
**argument** 174:3
**Arial** 17:15
**arrange** 32:16
  34:15,18 52:20
  58:3 81:2
**arranged** 32:13
  52:13 60:9 63:22
  66:6
**arrangement** 126:3
  146:19,19 148:22
  148:24 149:2,6
**arranging** 25:18
  36:2 66:5 69:13
  69:17
**arrived** 88:24
**arrow** 97:12 98:6
  98:14 101:17,17
  102:5 105:10,16
  106:2 110:20,23
  113:23 115:6
  120:17 128:12
  129:14 130:1
  132:25 136:22
**arrows** 113:21
  120:14 127:25
**Articles** 15:8
**articulated** 117:13
**asked** 10:20 57:25
  65:17,19 67:19,24
  74:13 103:8

146:12 164:14
  177:13,16,20
  183:13,13,15
  186:19 187:14,24
  188:2,8 193:17
  202:1
**asking** 49:1 78:2,9
  96:15,17 106:23
  192:6,9 196:10
  207:13
**assets** 27:6,9,10,13
  201:5
**assist** 11:20
**assistance** 11:14
  177:18
**assistant** 24:9
  70:25 163:22
**Associates** 105:6
  133:6
**assume** 56:19 88:3
  97:23 100:1
  104:14 109:4
  190:1
**assuming** 87:19
  114:19 116:5
  121:9,11 132:11
**Assured** 104:15
  105:8
**AT&T** 122:15,22
  122:23,24 128:20
  128:20,22 133:20
  133:21,22,23
  134:1,16,20
  135:22
**Atlantis** 201:3,6
**attached** 8:6 10:8
  38:2 44:15 48:3
  66:21 71:22 76:2
  79:14 83:15 87:13
  89:19 96:25 112:1
  113:1 119:2
  126:17 131:6
  137:16 138:25
  152:22 172:9
  197:18 205:17,22
**attention** 36:13
  61:15

**attorney** 6:19 47:1
  47:3 59:22 75:15
  162:1,4 164:20
  195:18,21 198:13
  198:14,15
**attorneys** 6:8,21
**attraction** 92:22
**auction** 130:13
**Auctions** 77:20,24
  78:3,10,15
**August** 11:6 14:1
  16:17 29:6,6,23
  29:23 139:7,13
**Authority** 107:7,8
  107:12
**authorized** 100:21
  218:3
**available** 86:17
**aware** 28:10 32:19
  33:2,3,5,6,11 56:6
  56:8 60:24 63:23
  64:4,6 65:9 66:9
  93:18 95:5 160:18
  161:4,21,24 163:9
  163:17 205:25
**awhile** 21:17
**Ayaay** 17:16

**B**
**b** 4:7 5:2 218:4
**B1123** 3:14
**back** 25:20 26:5
  31:1 39:3,6 51:6
  52:19,20 54:14,17
  61:23 76:18 87:2
  90:9 96:10 100:1
  100:8 109:3
  118:14 119:21
  121:9,19,23
  122:17 125:24,25
  128:20 133:23
  136:22 137:4
  147:25 148:2,21
  148:21,25 153:21
  171:14 172:1
  194:1 214:18,19
  214:24 215:16

**backup** 188:5
**bad** 213:2
**balance** 46:6
  168:16
**bank** 29:5,9,20
  30:12 32:8 54:19
  76:18 77:13 97:21
  100:17 112:17,21
  127:2 132:9
  181:18 182:11
  183:12 213:8
**banner** 200:10
**bar** 162:9
**Barnes** 5:14 198:8
  198:12,13 199:17
  201:18,24
**based** 17:24 88:9
  132:12 183:17
  190:1
**basically** 179:11
**basing** 180:18
**basis** 142:3 181:12
  187:20
**Bates** 13:20 15:5
  16:10,12 18:22
  38:10 153:13
  161:8 189:3 193:1
  203:2 206:17
  209:4
**bearing** 96:18
**becoming** 69:8
**began** 201:7
**beginning** 8:24
**behalf** 2:17 14:17
  28:4 55:20 199:15
  205:12
**believe** 9:20 19:23
  19:24 27:5,10
  41:22 44:22 45:4
  46:25 49:21 51:4
  92:5,8 107:16
  110:3,5,19 111:11
  116:14 122:20
  124:2,8 126:4
  133:20 134:9
  136:1 138:15
  139:17 143:14

144:18 145:2
146:3 147:25
149:23 158:6
172:17,21 174:18
174:24 175:15
184:10 189:5,7
193:5,16,19
195:15 212:15
213:20 214:5,12
215:11
**benefit** 80:24
**benefits** 70:6
104:15 118:17
**Bergstein** 1:9 2:9
9:23 24:2 25:7
26:1 48:6 49:22
50:21 51:15 53:11
61:4,12 63:1 66:6
67:9 68:5 69:14
69:18 71:24 73:5
76:5,7 77:11 78:1
78:6,8,18 79:17
79:21 81:1,6,11
81:18 82:14,22
85:22 87:2,16
89:22,25 90:3
91:3,8,10 95:14
117:24 118:2
123:12 125:8
132:14 143:10,15
143:21 149:15,17
150:22 151:8,24
152:3 155:1,20
159:13 161:19
162:12 164:2
167:14 176:12
178:25 184:2,22
185:15 186:15,17
187:6,12,24
189:12,15 193:17
194:16,18 202:6
203:11 205:17
207:20 208:14
212:17,19
**Bergstein's** 53:10
67:12,23 77:19
80:13,20 86:6

90:19 97:5 112:5
119:5 124:9
126:20 131:9
137:19 139:3
140:5 141:22
174:20 198:15
208:5
**best** 26:16 99:15
121:13
**beyond** 195:11
**Biedak** 189:9 191:8
**big** 74:5 83:10
92:18,19,20,21
95:22 167:11,15
187:2
**biggest** 93:1,2
**bill** 50:17 51:19
81:13 86:14,24
91:24 106:9,10,18
111:6 121:2 122:9
122:19 129:1
155:11,23 158:12
158:13 208:17
210:25
**billed** 156:19 207:3
211:1
**billing** 31:17,17,24
43:1 143:6 144:4
144:11 145:25
149:12 150:23
151:12,23 152:5,7
159:14 161:24
208:1,2
**bills** 32:15 50:2,13
50:14 51:12 58:6
72:4,17,22,23,24
73:2 81:3,14,15
81:15,16,17,21,22
82:2,7,9,10,11,12
89:11 99:22 100:7
104:17 105:8
106:20 109:3,5
114:7,10,13,20
117:16 118:18,22
128:8,9,10,10,11
151:2 155:21
157:17

**birthdays** 83:7
**bit** 83:10 96:15
126:12 148:8
**black** 51:2,16 78:23
83:10 86:14,24
89:4,9,13 91:12
91:21 111:8,12,13
129:23
**blah** 114:22,22
133:13,14 144:16
144:16
**blank** 186:15,25
191:15
**board** 19:10 20:7
27:4 42:15 93:25
94:1
**body** 45:19
**book** 58:24
**books** 34:24 59:12
196:5
**Boson** 199:1,7,8
202:3,5,7,8
**bottom** 8:18,19,24
11:2 13:20 14:5
17:15 26:9 30:14
79:20 84:3 97:7
113:24 130:17
160:25 166:20
168:15 184:1
**bought** 54:2,3,3
135:8 159:23
199:24
**Boulevard** 2:17
6:12 106:15
155:24,25
**box** 97:10 98:3
102:4 113:19,21
128:13
**boxes** 214:3
**branch** 37:14,21
**Brandon** 3:18 6:5
**break** 54:10 96:4,5
171:22 202:12
214:14
**breakdown** 46:21
176:23
**breaking** 96:1

**bring** 192:20
**bringing** 68:2
142:2
**Broadway** 69:22
92:3,9,19 93:1,3
93:10,14 94:23
95:6,15,19,21
140:11 142:1,10
142:17,19
**brought** 58:7 142:7
150:2,7,8
**bucks** 53:5 81:23
83:11 92:24
109:16 110:16
**building** 82:1
123:16
**bullshit** 188:14
**bunch** 31:18 36:3
42:25 69:3,8
107:24 133:12
157:14 164:10,15
195:16
**business** 22:1,4,5
23:4,25 24:5,11
24:17 25:2 31:18
36:22 45:6 49:13
51:9 103:24 118:9
124:19 140:24
143:17,19,21
151:11 162:17
165:6,7,23 196:18
196:22
**businesses** 24:3
118:7,8 165:13
**buy** 53:19,25 81:25
125:5
**buying** 151:2,3
**buzz** 48:9,16
**bylaws** 16:13,16

_____
|       C       |
_____
**C** 17:16 123:3
186:6
**C.S.R** 1:22 2:20
218:25
**cable** 135:23
**CAC** 75:18,19

**Cahela** 3:18 6:5
**Cal** 218:4,7,10,13
**calculated** 180:3
**calculation** 182:22
**calculations** 174:25
**California** 1:2 2:2
2:18 3:14 6:1,13
6:16 10:16 27:3,4
107:7,8,11 162:6
162:10 217:1
218:21
**call** 81:22 126:6
148:23 202:21
**called** 25:21 64:15
93:3 99:12 152:10
152:11 207:17
212:24
**cameras** 94:3
**Canada** 201:3,9
**canceled** 174:8
**capacity** 7:21,24
28:5
**CAPISTRANO**
3:14
**Capital** 196:25,25
**car** 70:7
**card** 51:2,8,16,19
52:15 78:23,25
79:2 86:14,24
89:5,9,13,14
91:12,21 111:2,6
111:8,12,14
129:23
**cards** 111:15,19
**care** 68:3 114:12
118:9 203:11
**Carol** 36:23 37:9
77:19,24 78:3,10
78:14 130:7,13
157:6
**Carpenter** 163:21
163:22
**carrier** 128:20
134:6 136:13,16
**Carroll** 98:17,23
99:2 124:9 178:14
189:9 191:8

carved 185:21
CASCADE 1:10
  2:9
case 1:6 2:6 6:14,17
  38:9 51:6 56:19
  57:9 58:6 97:24
  114:19 153:8
  188:24 190:25
cash 45:14 52:15
  72:3,11 100:11,16
  100:19 101:3,5,7
  192:21
catch 50:1
category 184:19
caught 51:13,19
cause 7:6 81:21
  174:24 179:8
  194:14
ceased 25:4
cell 122:21,22
  128:18,19,24,24
  129:1,2,3 133:22
  134:2
Center 123:4
Central 1:2 2:2
  6:16
CEO's 144:2
certain 37:17 51:15
  115:3 145:7,24
  162:20
certainly 159:15
  160:6
Certificate 16:20
  22:24 23:11
Certified 218:1
certify 218:2
cetera 32:15 50:3
  58:6 72:5 114:9,9
CFO 58:9 59:7
chair 53:18
chairs 53:12 54:5
chance 9:10 153:2
  172:11
change 13:3 55:10
  57:2 194:11,14
changed 24:5,11
  25:12 57:24

122:19
changes 193:25
  218:17
characterization
  59:4
characterize 59:2
characterized 45:5
charge 123:14
  135:14
charged 51:21
charges 51:20 52:6
  52:7 155:6 166:7
  168:1,7 169:1,17
  170:6 171:1
Chart 5:5,6,7,8,9
Chatsworth 214:10
  214:11,13
check 84:4 101:2,5
  115:19 116:11
  123:6 141:17,18
  148:12 204:17,18
  205:2,4
checking 36:22
checks 68:24 79:6
  84:23 117:1
  140:20 142:3
  164:16 167:9
  174:8
chief 11:23 12:3,11
  12:12 13:8,14
  58:13,16
circle 110:23
city 214:9
Civ 218:4,4,7,8,10
  218:11,13,19
claim 188:12
  192:18 193:13
claimed 213:4
clarify 181:4
Class 1:4 2:4 3:2,7
  27:17 28:13 160:8
  160:9
classify 34:23 35:4
clean 34:24 59:13
clear 8:14 27:21
  28:9 66:2 86:23
  89:12 105:5,20

204:25
clearer 180:5
clearly 63:4 86:5
  140:2 215:9,11
client 45:1
close 195:23
closed 201:3
closely 25:23
co-officing 10:20
Coast 77:19,24
  78:3,10,15
Code 27:3 218:4,7
  218:10,13
COLE 3:3,8
collateral 149:5,7
colleague 28:8,14
  49:1 138:18
  146:12
collect 110:13
  151:4
collected 147:21,23
Colorado 106:15
  123:3,4,7 155:3
  155:24,25
combination 185:6
combine 185:14
combined 185:16
come 32:16 34:15
  34:17,17,18 41:23
  42:1 66:7 71:12
  71:13 88:20 90:20
  104:17 118:12
  124:18,21 150:8
  165:14 176:24
  182:21 184:18
  185:4 200:1,8
  214:18
comes 87:19 91:3
coming 46:1 58:2,2
  58:19 59:2 60:2,8
  63:21 87:24 88:2
  88:7 91:19 105:21
  107:11 114:12,15
  141:16
commence 200:22
commencing 2:18
companies 9:22

11:17,17 18:14
  20:18,23 21:3,10
  31:9 47:15 69:4,9
  88:21 94:10,15,16
  94:18,21,22
  105:14 124:17
  142:20 163:24
  164:1,2,4 195:8
  200:1 207:16,16
company 9:17
  10:16,20 11:13
  13:1,8,11,14
  15:12 16:17 17:2
  17:6,8,23 18:19
  21:8 23:1,3,22
  24:13 25:21,24,25
  26:2 31:25 32:5
  32:11 36:1 46:2
  46:11 47:16,18,20
  52:11,12,23,24
  55:21 58:15,20
  64:15 66:7 67:23
  75:19 81:22 85:5
  88:15,19 92:2
  100:5,6 102:2,22
  102:25 103:1
  114:3 118:13,13
  121:10,17,17
  122:20 124:2,4
  125:22 128:10
  129:2 130:25
  135:24 140:18
  141:4 142:14,18
  143:5,10 144:11
  148:14 152:6
  153:22 157:5
  159:8 164:3,9,17
  164:18 165:17,18
  167:12,15 174:2
  188:13 193:6,10
  194:6 196:9 199:8
  199:10,11,13,24
  200:4,7,12,17
  201:2,2 203:15
  205:12 207:12,17
  208:5,6,7,12,13
  213:9

company's 32:13
compensation 71:3
  71:5,6 164:22
  189:20,24
compile 190:2
  193:18
complete 12:16
completely 26:23
  212:23
completion 218:15
comprised 179:4
computer 175:9
  204:23,25 205:1
concerned 31:8
  165:16
concluded 216:8
concludes 216:5
conducting 23:4,25
connected 53:20
connecting 110:23
connection 21:2
  28:12,19 149:6
  188:9 194:17
consider 69:24
  212:20
considered 159:5
  162:24 163:4
consists 10:14 15:7
  16:13 29:8 83:17
  197:25
construction
  196:15,18
consultant 94:13
  102:21,22 140:11
  150:8 196:2
consulted 69:22
consulting 32:25
  61:5 94:22,23
  103:13 141:25
  142:4,9,11 146:4
  146:7 156:6,18,23
  157:1,4 158:24
  159:5,6,9 160:12
  161:14,20 162:13
  162:18,21,23,24
  162:25 163:4,11
  166:11,16 168:12

169:8,23 170:13
171:8 209:10,17
210:15,20
**contain** 218:9
**context** 50:11
**continue** 46:17,18
**Continued** 5:1
**continues** 46:4 47:6
49:25
**continuing** 8:25
12:15
**contracted** 6:6
**contracts** 162:2
164:11,25
**control** 66:7 215:10
**conversation**
173:24
**cool** 45:3
**copier** 69:5 114:9
**copies** 154:12
177:15 205:6
**copy** 28:23 138:25
175:1 204:18,18
**corner** 13:21 155:5
167:25 170:24
**Corp** 1:10 2:9
132:4,10
**corporate** 4:11
7:24 10:15 11:12
17:6 19:20 20:14
20:17 23:18
114:20 128:10
144:23 145:4
158:14
**corporation** 27:8,8
132:11 145:5,6
**corporation's**
15:15
**correct** 7:21 8:1
9:18,23 12:5,7,10
12:14 13:23 14:10
14:11 15:9,10,13
18:8 20:2,19,25
23:2 28:6 32:6
36:10 37:19 38:10
42:12 44:24 45:1
46:16 47:15 48:6

50:24 51:11,17
57:4 59:15 60:3,4
63:6,17,18 67:10
71:25 76:5 78:24
81:5,13 82:15
83:19,24 84:10,11
85:20 86:15 87:7
87:16 88:16,17,18
89:5,22 90:16
91:5,13,21,24
92:3,10,11 97:21
98:12,25 101:15
105:13 110:24
114:4 117:25
123:13 125:14,17
128:16,23 130:16
138:21,21 143:2
152:5 155:20,21
156:1 166:18
167:22 168:12
169:23 170:3,13
170:21 171:8,12
171:16 176:4
178:5,6 180:8,16
183:19 184:9,23
185:1,2 188:9
189:6,10 190:11
190:12 191:6,10
191:11,13,16,17
191:20 193:4,8
199:15 201:13
203:8 206:21
208:14 209:7
210:13 213:6
217:7 218:21
**correcting** 101:13
**correctly** 12:18
15:18 46:7,22
47:12 48:10 50:7
67:6 72:6 77:16
81:4,9 84:6 86:9
87:21 134:3
150:13 205:20
**cost** 174:14
**Counsel** 93:9
202:11
**country** 142:6

**COUNTY** 217:2
**couple** 16:2 22:9
53:12 74:9 83:11
134:5
**course** 129:6
**court** 1:1 2:1 3:9
6:16 7:2 8:5 10:7
38:1 44:14 48:2
66:20 71:21 76:1
79:13 83:14 87:12
89:18 96:24
111:25 119:1
126:16 131:5
137:15 138:24
152:21 172:8
197:17
**cover** 46:19 127:13
137:8
**covering** 114:10
205:17
**CPA** 44:25 84:18
**create** 102:23
153:23 158:25
165:13 173:4,22
**created** 41:13,14
154:8,20 172:15
172:16,20 173:2
173:11 175:4
177:21 181:2
188:20
**creation** 207:8
**credit** 52:15 111:2
111:6,6,12,14,15
111:19
**criminal** 97:5
112:5 119:5
126:20 131:9
137:19 139:3
174:4
**CSR** 218:1
**curious** 35:6
**current** 128:20
133:22 196:6
212:16
**currently** 162:7
**custody** 215:10
**CV-6633-CAS-A...**

6:17
**Cyrano** 25:21,23

_____

**D**

**D** 5:1
**D.B** 87:18
**DALLAS** 3:4
**Daniel** 109:7
**date** 14:1 44:3
143:8 147:11
161:13 198:8
206:14 212:7
217:11
**dated** 30:16 33:19
36:14 44:17 60:14
67:1 71:25 76:23
87:16 90:14
154:16 166:2
167:20 168:24
203:7 210:10
218:22
**dates** 38:7 170:19
**David** 3:13 10:19
24:5 25:11,14,16
31:5,7,19 32:11
32:23,23 33:14
34:13,14 36:1
41:3,8 42:21 43:2
43:7 55:18 58:3,3
60:5 61:4,11 63:1
63:21 64:14 66:4
66:4,6,12,13 67:8
67:19,24 69:6
72:14,15 74:9,10
74:12 75:17 82:24
83:4 93:16 95:10
95:14,21 102:24
103:3 114:14
118:2 132:16
141:16 149:14,15
149:15 150:18
151:10 157:4
159:6,12 161:19
162:16 164:10,12
164:21,22 165:8
165:11 173:24,25
176:11 178:14

182:20 185:23
186:22 193:23
194:18 195:8,16
195:22 196:3
197:8 198:15
199:8,16,24 202:1
202:6,10 203:11
203:22 204:6
207:10,17,20
208:6 209:20,23
**David's** 31:20
73:24 103:5,5
131:2 157:8
182:13 196:13
**day** 11:9 68:14,14
68:14 71:2 81:2
86:7 87:1,23 88:4
158:16,21 218:22
**day-to-day** 187:20
**days** 137:10 215:7
**deal** 33:16 49:17
136:13 187:2
195:22 201:10
208:8,10,16
**dealing** 149:16
186:22
**deals** 25:16,19,20
32:25 36:3 43:1
61:5 64:14,18
140:9,10,10 165:9
195:23,24 196:6,6
199:19 207:16
209:20,23,24
210:5
**Dear** 205:16
**debt** 100:9
**December** 43:15
95:5 112:13
113:15 170:2
171:19
**decide** 81:20
**deciding** 72:18
**decks** 196:5
**declare** 217:6
218:20
**decreased** 171:19
**dedicated** 177:4

178:10,22
**defendant** 4:9 6:25
7:25 8:9 215:5
**Defendants** 1:11
2:10 3:12
**defending** 187:25
**Definity** 84:9,15,15
**Defrank** 144:1
149:24 150:3,4
152:1 159:7
**deliver** 135:12
**department** 106:7
107:2 185:22
**depending** 50:17
215:4
**depicted** 105:20
**depo** 93:11
**deposed** 7:20,24
**deposit** 30:18 86:4
**deposited** 85:23
**deposition** 1:16
2:16 4:9 6:11,18
6:19 8:9 28:20
39:4 54:18 76:19
216:6 217:6
**deposits** 58:7
183:14
**Depot** 124:25 125:4
**describe** 10:13 60:1
150:11
**described** 29:22
46:25 59:21
102:13 140:15,17
141:4 147:13
150:24 151:16
164:17 187:21
201:21 208:4
211:25
**describing** 211:22
212:1
**description** 4:8 5:4
156:4 166:11
191:5
**designated** 15:23
21:9,14 97:6 98:3
112:6
**designating** 15:24

**desk** 157:8
**detailed** 46:21
**details** 147:6
150:10 201:11
**determine** 59:4
**determining**
177:10
**Deutsche** 181:18
182:11
**developed** 42:2
**developing** 69:21
**devoting** 179:16
**different** 134:12
136:2,13,16
148:17 158:11
161:13 176:2
200:19
**Digitally** 175:14
**diligence** 199:17,18
200:4,11,23 201:1
201:8,11,20 207:8
207:22 209:21
**diligencing** 199:20
**direct** 15:14 16:9
17:14 18:21 26:5
29:2 30:6,13
35:11 61:15 63:14
65:1 76:21 82:18
91:16 176:9
**directed** 78:14
198:3,4,25 203:10
**directing** 46:13
91:8
**direction** 157:4
159:10
**directly** 86:19
101:7 103:3
200:15
**director** 12:24 13:1
49:16 93:25 94:1
**directors** 12:17,17
19:10 20:7
**DirecTV** 108:13,16
108:19,20,22
109:1 136:8,10
**disagree** 41:19
**disbarred** 162:5,6

**discount** 151:4
**discovery** 38:9
41:17 57:9 153:8
153:10 206:5
**discuss** 9:12
**discussed** 27:16
120:1,9
**discussing** 50:10
**discussion** 78:5
95:10,14 151:9,11
193:20
**discussions** 95:17
194:21,23
**Dissolution** 22:24
23:12
**dissolve** 152:17
**dissolved** 26:23
27:13
**distance** 136:13,16
**distributed** 27:7
**distributor** 201:8
**District** 1:1,2 2:1,2
6:15,16
**Division** 6:16
**divvy** 72:3
**divvying** 72:10
**docs** 49:8,11,12
**document** 8:10,15
10:11 11:5,11
14:13,15,18 15:5
15:11 17:2,24,25
18:1,6,24 19:6,9
26:15,19 27:2
28:7 29:17 38:4,8
38:13,18 39:11
40:15 41:13,16,24
44:2,4 84:9 97:2,4
99:14 105:21,25
106:22,24 107:5
112:9 119:7,14
120:25 121:12
136:18 137:25
139:5,11 153:1
172:12,15,16,23
173:3,22 174:12
174:19 175:1,12
175:16 177:12,21

177:25 178:21
180:21,21,24
181:2 183:18,20
187:1,22 188:21
188:24 192:25
193:18,25 194:4
194:10,17,24
197:22 205:24
206:5
**document's** 20:6
**documents** 4:11
10:15 11:12 13:21
17:7 20:14,18
21:2,4,6 23:18
33:11 55:22,24
56:2 57:4,8 58:17
59:3 61:8,12
64:21 66:9,13
73:25 74:19,23,24
74:25 75:2 138:18
153:7,9 164:11
165:1 183:6,11
185:8 195:22
197:6
**doing** 22:1,3,5,6
24:17 25:2,11,14
25:16 26:2,4 31:6
31:7,8,8,12,15,20
32:1,23 33:1,3,5
34:16 36:3,4 43:3
43:3,8 55:18 59:6
61:3,4,5,7 62:8,21
62:20,21,24 63:2
63:4,4 64:13,14
66:4 68:7,9,25
69:10,13,17 70:24
70:25 84:20 95:11
109:15,23 124:2,6
124:16 126:7
132:16 140:20,21
140:24 147:23
149:14 157:6,6,12
157:19,21 159:9
159:10,12 161:20
161:22 162:3,16
162:17 163:1
176:14 178:16

179:9 186:21,22
187:20 189:17
192:20 194:2
196:17 199:16
200:4 202:8
206:16 207:10,10
207:11 209:21
**dollars** 138:19
**Don** 98:17 157:5
176:12 178:14
186:6
**door** 53:16
**doubt** 168:21
183:21
**dozen** 213:12
**dozens** 158:15,17
164:11,11 213:11
**draft** 14:15 162:2
195:21,21
**drafted** 99:14
164:24,25,25
194:3,9
**draw** 100:25
**drawn** 100:16
**drive** 37:13 135:11
135:12
**driving** 135:7
**Dude** 72:2 86:7
**due** 73:17 86:20
89:6 161:1
**duly** 7:13 218:7
**Dunode** 123:25
**DWP** 106:2

E
**E** 4:7 5:1,2
**e-mail** 3:5,10,15
4:13,14,15,16,17
4:18,21,22 37:11
44:17 45:13,20
46:4 47:6 48:5,8
48:25 49:3,5,25
51:10 53:4 66:23
67:3,8,16 71:24
73:12 76:4 77:4
77:19 78:18 79:21
80:13,16 81:7

82:13 84:3,22
85:3,7,11,23 86:7
87:15 88:11 89:21
89:24 90:19 91:2
91:22 130:11
202:16 203:22
204:21
e-mailed 154:8
204:14,24
e-mails 4:19 49:2
79:16 83:17,23
205:1
earlier 62:9 88:4
97:21 111:11
119:24 120:1
121:14 128:20
130:9 140:2 166:8
213:19
early 94:3 95:25
96:3
earthquake 107:7
107:8,12,13,15,22
107:25 108:2,6
easier 200:16
Ed 144:1 149:24
150:3,4 159:7
effect 152:8
effectively 148:22
effectuating 63:5
eight 73:12 106:24
106:25
either 16:5,7 30:10
52:25 53:1 121:23
121:24 124:5
133:23 135:20
177:13 185:12
188:11 190:4
ELATZER@CO...
3:10
electronic 175:2
204:19
electronically
154:10
elements 93:4
eLitigation 6:6 7:3
embezzled 45:1
employ 200:15,15

employed 70:9,12
85:12
employee 6:8 44:23
62:19,24 66:24
85:5,8,19 104:15
146:13,22 164:9
218:12
employees 24:6,7
24:13,14,15 25:3
25:4 31:4,12,14
31:15,19 61:3,23
62:1,3,14,16
64:13 70:15,19
85:13 123:21
142:16 144:14,14
146:10,11,14,16
146:20 157:24,25
163:1,2 164:19,20
174:7 176:9,11
177:3,5,6,7
178:10,22 179:5
182:23 188:15,16
193:13 194:6
197:13 200:8,15
202:3,4,6 207:15
214:1,2
employer 133:13
employment
146:22,23,25
164:25
ended 54:4 69:8
200:12
entail 92:17
entertainment
104:8 196:16
198:23 201:5
entirely 118:2
entirety 49:5
entities 5:10 22:6
24:21 25:1 70:17
75:20 84:19 98:22
102:6 103:3
117:23 118:1,3,3
118:4 137:22
140:6 164:19
181:8 200:14,19
213:5

entitle 141:13
entitled 17:11 19:9
20:6 26:19 27:7
156:4 175:18
entity 23:5,6 71:13
86:18 114:18
117:23 137:25
144:12,13 149:9
149:10 152:9,11
152:18 167:10
174:11,17 210:4
entity's 152:14
entrance 92:24
entry 36:21 99:2
100:10 101:11
106:2 108:12
129:8 130:17
133:19 186:14
EPLI 133:13
Eric 3:8 6:20,23
escrow 132:4,10,11
ESPADA 3:14
ESQ 3:3,8,13,14
establish 10:17
17:2,5,8 30:9
145:9
established 20:22
46:12 144:12,13
145:8,11,13,15,18
152:9,11 160:10
establishing 11:15
et 32:15 50:3 58:6
72:5 114:9,9
EUGENE 1:9 2:8
evaluating 140:10
Evan 84:9,16
eventually 54:2
everybody 68:23
142:23,25 167:16
everybody's 177:15
exactly 16:7 22:11
25:13 49:2 60:11
103:10 184:16
190:18 192:7
EXAMINATION
4:5 7:16
examined 7:14

example 24:20
141:25
Excel 173:1 175:4,7
175:15
exchange 32:21
34:12 63:25 64:8
65:11
exchanged 79:16
83:18
excuse 87:24
executive 11:23
12:4 13:8
exhibit 4:9,11,12
4:13,14,15,16,17
4:18,19,21,22 5:5
5:6,7,8,9,10,11,12
5:13,14 8:3,4,8
10:5,6,14,23
13:16 16:10 22:22
26:6,8 28:19 29:8
29:25 37:24,25
39:3,12,23 40:6
40:15 43:12 44:12
44:13 47:25 48:1
54:18 66:16,19
71:19,20 75:24,25
76:19 79:11,12,16
80:4 83:12,13,17
87:9,11,15 89:16
89:17,21 90:9,14
96:22,23 97:5,6,9
98:1 111:23,24
112:4,4,6 118:24
118:25 119:4,4,5
119:10,21 120:6
126:13,15,19,19
126:21 127:4,17
131:3,4,8,8,10,17
132:1,17 137:14
137:18,18,20,21
138:22,23 139:2,2
139:3 152:20,24
172:5,7 197:15,16
197:24 202:25
existed 174:3
existence 21:16
23:8 152:15

expanded 41:9
expenses 25:19
51:8 79:4,5,7,10
99:17 102:17
114:24 115:4
121:15,20 146:16
148:20,25 181:9
experience 21:2,12
144:3 159:13,16
161:24
expert 150:9,12
experts 143:24
explain 178:7
explained 41:9
Express 51:5,19
78:23,25 79:2
81:13 86:14,17,21
86:24 89:4,7,9,12
89:14 91:12,20,24
129:22,23 215:8
expressed 152:4
extensive 199:18
201:7
extent 52:12 100:5
126:11 149:13
204:24
eye 86:22

                F
f 175:19
F/A/O 198:25
199:4,6
F/S/O 199:5
facilitate 37:8,18
facilitator 130:15
fact 20:23 53:25
88:5 139:17 148:2
160:9 162:4
184:21 215:9
fair 23:23 69:12,16
82:4 128:25
173:17,19 191:3
familiar 20:22 21:1
21:9
family 45:6 80:24
far 27:12 31:8
64:17 165:15

**Farden** 124:15
**Fargo** 29:5 38:6
  99:12 112:21
  181:19,23,23
  182:12
**Farmers** 77:13
**favor** 192:10
**February** 4:16
  35:12,12,15 36:9
  40:1 71:25 119:12
  119:22 120:2,10
  198:8 203:7,21
**Fed** 218:4,8,11,19
**fee** 92:24 142:7
**feed** 69:10
**feel** 55:10 57:24
  187:9
**fees** 156:7,18
  160:12 166:11,16
  180:17
**feet** 74:6
**field** 143:24 150:9
  150:12,14
**fifth** 101:10
**file** 15:1 23:11 35:5
  154:12 175:7
**filed** 6:15 14:24
  15:11 27:3,4
  194:16
**fill** 37:14 60:11
**filled** 11:13
**film** 75:1,3 92:20
  103:9 159:23
**filmmaker** 49:16
**Films** 196:25 197:1
**final** 27:2
**finally** 21:20
**Finance** 129:7
**financed** 133:8
**financial** 12:11,12
  13:14 32:13 58:13
  58:16 102:22,23
  103:9 130:18,22
  131:1 196:2,4
  200:19 209:19,21
**financially** 6:7
  218:13

**find** 182:20
**fine** 202:18
**finish** 24:24 59:24
  64:6 67:20 102:9
  141:9 194:7
**fire** 82:3
**firm** 5:14 37:4,4,8
  59:11 101:14
  103:25 104:1,4
  181:6 186:9
  191:12 198:8,12
  201:19,24
**first** 10:23 11:22
  18:24 29:13,21
  30:16 33:19 35:15
  36:14 40:9,11,23
  43:24 44:1 45:19
  48:8 65:3,8 68:5
  76:23 78:19 79:20
  89:24 90:13 92:12
  97:9 98:10,14,23
  102:7,9 106:2
  107:1 112:11
  113:13 119:9
  120:17 126:22
  127:6,20 128:1
  131:12 132:20
  137:25 142:25
  154:16 156:6
  173:2 175:18
  177:24 178:8
  181:17 182:1
  184:19 193:25
  198:7 208:25
  211:1
**fit** 82:6
**five** 22:10 92:15
  102:6 111:21
  200:18
**fix** 156:6 160:12
**fixed** 156:18
  166:11
**flat** 180:12,13
**flight** 82:18
**flip** 153:1 197:21
**float** 84:24
**floated** 137:11

**floor** 2:18 6:12
**flowing** 117:22
**focus** 29:12 36:13
  98:14 161:23
  176:18
**focusing** 177:24
**folded** 200:1
**folks** 46:20 95:15
  165:1
**following** 19:8 46:5
  140:4 141:21
  176:11 179:5
**follows** 7:14
**foregoing** 217:6
  218:5,9,21
**forever** 110:13
**forgotten** 95:8
**form** 32:2 37:14
  71:8 132:4 175:2
  204:20
**formality** 19:20
**Forman** 15:19
**format** 175:12
**formation** 11:12
  20:17
**formed** 16:17
**former** 196:13
**forming** 15:12
**forth** 218:6
**found** 150:19
  162:16 187:19
**founded** 55:21
**four** 173:12
**fourth** 101:10
**frame** 112:20 211:6
  213:10
**Franchise** 27:4
**free** 142:7
**friend** 36:2 45:6
  47:4 49:16 124:9
  212:20
**friends** 94:12
**friends'** 94:16,18
  94:20
**front** 8:2 64:15
  86:22 94:2 107:6
  172:17,18

**frustrated** 96:19
**frustrating** 192:8
**Frymi** 70:24 74:9
  153:20 154:6
  157:7 176:12
  177:13,15 178:14
  185:12 186:6
  190:5 195:17
  202:5 205:14,15
  207:20
**Frymi's** 147:5
**full** 69:6 218:9
**full-time** 176:14
  178:13
**fun** 83:7
**functions** 140:24
**fund** 1:4 2:4 3:2,7
  6:14 10:22 34:13
  36:6 60:2 70:3
  84:23 149:13
  159:25
**funded** 42:19,20
**funder** 25:17
**funding** 25:18
  31:25 32:11 34:15
  36:1,2,7 38:23
  41:2,7 42:3,7 58:3
  58:4 60:9 63:21
  66:5 68:2,8
  114:14 141:16
  151:1 165:13
**funds** 35:1,6 37:12
  43:14 61:20 66:6
  71:13 72:14 80:7
  86:3,12 90:7 91:8
  91:11,19,19
**funny** 83:2
**Furman** 72:4 75:11
**furniture** 53:6,10
  53:19,21 54:1,2,6
**further** 194:21
  215:2

———————
**G**
———————
**G** 48:9,12,14,15,19
  49:5
**Gambling** 83:9

**gate** 118:11
**general** 183:16
  190:10
**generally** 10:13
  29:3
**generate** 69:10,23
  165:8,10,12,13
**generated** 64:19
  106:25 140:12
  142:6,19
**generating** 148:8
**gentleman** 46:25
  49:15 196:14
**gentlemen** 96:4
  143:24,25
**getting** 121:24
  142:3 147:24
  151:9,10,12,13
  152:4,7 156:19
  192:8
**giant** 95:12 167:15
**give** 59:23 81:23
  141:25 197:21
  213:14
**given** 121:10
**Glendale** 146:2
  158:9,15,20
**go** 37:11,21 50:18
  51:16 53:16 74:18
  81:7 82:22 83:1
  93:18 94:2 96:2
  114:17 115:3
  135:11,11 142:2
  155:22 157:22,24
  158:14 163:3
  170:19 174:8
  177:10 184:1
  187:16 202:17
  214:19 216:3
**goal** 165:12
**God** 7:9
**goes** 101:19 102:5
  128:12 184:18
**going** 8:12 10:4,19
  13:17 23:16 28:18
  29:2,16 35:23
  50:14 53:19 54:11

55:10 57:2 58:1
65:12,14 72:18
83:1 86:16,18,19
86:21 88:7 89:4
89:15 91:20 93:10
93:12,13 94:2,5
95:22 96:7,21
98:6,15 106:2
110:20 113:21
120:17 121:25
125:21 127:25
129:19 136:22
150:7 171:23
180:11 194:1
202:17 210:2
214:15,21 215:16
216:6
**good** 6:4 7:18,19
74:7 83:11 95:24
96:2 126:9 143:19
151:15,17,17
212:25
**goods** 31:3 32:20
32:24 34:11 43:6
55:9 56:25 60:24
63:23 64:7 65:9
**government** 112:5
119:6 126:20
131:8 137:19
**graciously** 126:6
**Graybox** 1:8 2:8
6:15 81:8
**great** 18:5 45:12,12
151:20
**groceries** 135:12
**gross** 177:1,11
184:5 185:5,5
189:8
**group** 27:22 30:20
33:24 35:16 61:16
76:25 80:14 83:4
97:10 112:12
113:14 119:11
126:23 127:9
131:13 132:21
**guess** 17:24 99:15
125:21 164:24

200:20
**guessing** 117:3
125:25
**Gunning** 109:7
**guy** 25:17 43:9
45:12 69:2,4,4
110:12 121:1
124:6,15 144:2
149:20,21 157:14
208:16
**guys** 24:15 42:20
43:2,7 55:25
68:12 69:7 74:9
96:1 124:1 143:18
143:22 149:20
151:6,18 159:7,8
161:20 162:16
185:21 186:23
187:19,20 195:9
197:9 202:22
208:1

———————
**H**
**H** 4:7 5:2
**HACKENSAK**
3:10
**half** 21:24 134:8
202:14 210:18
**halfway** 209:9
**hand** 7:5
**handle** 10:21 147:6
**handled** 124:14
**handling** 157:8
**happened** 95:13
117:18
**happening** 117:21
**hard** 154:12 205:6
**Harry** 154:19,19
154:21,22
**head** 22:20 195:6
**headed** 49:15
**health** 70:5,6 72:5
81:16 114:21
118:6,17 146:11
146:18 147:5
149:24 152:10,13
155:14,24 156:24

157:12,20,23,24
161:16 166:17
179:1 185:1
186:18 187:6,12
191:19 192:18,23
**heard** 201:7 208:7
**heavy** 95:11
**held** 71:4
**help** 7:9 85:18
126:7 135:5 142:7
195:23
**helped** 85:15,16
**helpful** 188:7
**helping** 61:6 70:24
110:14 162:2,23
**hereto** 8:6 10:8
38:2 44:15 48:3
66:21 71:22 76:2
79:14 83:15 87:13
89:19 96:25 112:1
119:2 126:17
131:6 137:16
138:25 152:22
172:9 197:18
218:18
**Hey** 67:3 72:2
87:18
**high** 93:25
**highest** 51:4
**hire** 124:20
**hired** 150:18,19
162:16
**history** 92:19 93:1
**hit** 32:7 45:21
**hold** 78:19
**Holdings** 42:11,15
**home** 122:19
133:21 136:11
**Homoyan** 15:18
**hope** 94:2
**hopefully** 41:9 94:5
**hoping** 148:20,25
167:12,14
**Houmayoon** 15:20
**hour** 92:25 202:14
**house** 99:3,7,10,11
99:12,16,24

100:10 102:10,13
102:14,20 107:3
107:19,20 108:3
108:17,23 109:1
121:2,5,14,25
122:15 136:5,6,7
136:9,10
**housed** 31:16
**Huh-uh** 156:5
**hundred** 83:11

———————
**I**
**I-N-D-E-X** 4:1
**IA** 26:4 27:12
34:13,15,15 36:22
38:5,6 46:5,15,19
47:2 50:16 58:3,4
68:8 69:11,17
71:8 84:5 86:18
88:22 89:25 90:4
93:12,13 118:4,5
118:22 125:24,24
141:16 146:9,11
146:15,15 147:25
148:2,13 153:13
164:6,8,17,18,23
165:14 167:10
181:18,23 197:9
205:18 207:4
**IA's** 72:20,23
**idea** 54:7,9 57:19
60:19 61:21 78:14
111:10,20 130:24
132:9 143:18
151:15,17 157:5
159:3 162:17
187:18 194:18
213:12 215:19
**identification** 8:5
10:7 38:1 44:14
48:2 66:20 71:21
76:1 79:13 83:14
87:12 89:18 96:24
111:25 119:1
126:16 131:5
137:15 138:24
152:21 172:8

197:17
**identified** 17:15
77:18 151:25
155:17 157:10,11
177:2
**identifies** 18:6
176:2
**identify** 57:5 62:18
62:23 161:14
**Illuminer** 195:7,14
198:4,5 206:21,23
207:2,2,6,18
208:2,4,19
**imagine** 146:24
176:8 202:5 205:3
207:21
**immediately** 46:6
**inaccuracy** 194:15
**inactive** 21:20
**include** 106:21
182:8 207:20
**included** 72:25
73:2 140:1,4
**includes** 104:13
**including** 12:17
31:9 72:4 98:23
114:8,21 142:20
158:23
**income** 35:4 58:21
58:22,25 59:1
**incoming** 84:23
**Incorporation** 15:8
**incorporator** 17:12
17:18
**incorrect** 146:10
**increase** 67:4,12,18
67:23 68:1,16
**increased** 67:24
68:3
**indicated** 217:7
**indicates** 206:23
**indicating** 82:5,8
111:5
**indication** 105:16
106:3 166:21
**individual** 7:20
15:17,21 17:15

31:1
**individual's** 177:11
**individually** 93:17
  119:19 213:5
**individuals** 9:22
  70:12 98:22 102:6
  140:6 149:23
  150:12 151:25
  158:23 180:6
**industry** 143:6
  150:23 151:9
  152:5 159:14
**information** 5:19
  10:24 13:24 14:24
  35:3 177:19,20
  182:8 183:9
  185:10 186:14
  189:5 190:3,5
  193:3
**initial** 15:16 105:21
**initially** 16:1
**inputting** 177:18
**instance** 37:8 90:23
  91:7,10,18 194:10
**instances** 37:17
  115:3 213:3
**instruct** 42:20
**instructed** 5:16
  23:18 37:16
**instructing** 130:11
**instruction** 140:5
**instructions** 8:22
  131:2 141:22
  204:10 205:3
  207:4 208:18
**instrumental** 28:8
**insurance** 43:3
  50:2 52:16 70:6
  72:5 81:17,17
  104:16,19,19
  107:14,15,17,23
  107:25 108:2,7
  114:21,22 118:6
  133:10,11,15,17
  147:5 157:22,23
  157:23,25 162:25
  192:23

**insurances** 107:25
  133:7,12,14
  192:23 200:18
**integrated** 1:8 2:8
  4:9,11 5:12 7:25
  8:9 9:15,21 10:15
  10:18 11:15 12:4
  12:9,13,24 15:8
  15:25 16:13,20
  17:12 18:7,11,25
  19:4,10,18 20:7
  20:18,22 21:15
  23:24 24:17 25:1
  25:11,14,18 26:2
  26:22 27:6 28:10
  29:6,20 30:19,24
  31:2,4,11 32:4,8
  32:20 33:6,13,24
  34:11 35:17,20
  37:7 38:15,21
  39:9,14 40:4,12
  40:21 41:1 43:15
  43:20 45:21 50:10
  50:15 53:1 54:25
  55:8 56:12,24
  57:16 58:7,9,11
  59:8 60:15,25
  61:17 62:3,14,19
  62:23 63:16,24
  64:7 65:5,10
  67:11 68:6,18
  69:1,25 70:2,4,9
  70:11,13,20 76:8
  76:12,25 77:6
  79:22 80:1,9
  83:24 84:14 85:8
  85:10,20 86:13
  88:7,14 90:16,20
  90:24 97:13,17
  98:6,15,22 99:7
  99:21,23 100:16
  101:18,24 105:3
  105:22 112:12,20
  113:15,20,24
  114:5 115:6,11,22
  116:2,9,15 117:11
  117:11,16 118:10

118:19 119:11,16
  120:2,10,18,24
  125:11 126:23
  127:9,21 128:1,5
  129:14 130:1
  131:13,23 132:21
  133:17 136:19,23
  136:24 137:4,7,9
  137:10 138:1,4,8
  138:12,16 139:6,7
  139:15,24 140:16
  140:18,24 141:3,7
  141:8,12,24
  142:13 145:11,19
  146:17 148:3
  153:5 155:23
  156:22 157:1,14
  157:16 158:24
  160:19,23 161:11
  161:16 163:10,11
  163:16 164:3
  165:5,7,15 166:16
  167:2,6,21 168:10
  169:7,14,22 170:3
  170:11,21 171:6
  177:8 179:25
  180:2,8 182:11
  183:18 189:22,25
  190:10,21,22
  195:13,19 197:2
  197:11 198:3,25
  199:14,21,23
  200:3,9,9 201:15
  201:19,24 202:2
  203:10 205:11
  206:15,20,24
  207:1,5,14,19
  208:12,20 209:7
  209:18,25 210:3,5
  210:10,21 211:11
  211:18 212:2
  213:5,20,24
**Integrated's**
  207:12
**Integration** 38:8
**inter-company**
  155:6 166:7

168:25 169:17
  170:6
**interest** 117:24
  144:25 152:4
**interested** 6:7
  218:13
**interesting** 150:25
**interests** 196:16
**intermittently**
  116:3,16
**internal** 187:1,21
**internally** 66:12
**Internet** 81:17
  133:24 134:11,16
  135:21,24 144:16
**Interrogatory**
  215:12
**interrupt** 154:15
**interviewed** 150:19
**introduce** 6:21
**introduced** 97:4
  112:4 119:4,6
  131:9 137:18
  150:17,20
**invested** 94:7,11,12
  94:21 95:2,3
**investigations**
  23:15
**investment** 42:11
**investments** 42:17
  42:23
**investor** 95:22
**invoice** 33:7 103:15
  154:16 155:5
  156:21 158:22
  160:22 161:1,4,11
  163:5 165:25
  166:2,15 167:20
  167:25 168:10
  169:6,13,21 170:2
  170:11,19,20
  171:6,11 198:25
  199:15 201:12,24
  203:4,10,20,24
  204:6,13,15,17,18
  205:17,22,25
  206:9,20 207:7

208:22 209:6
  210:9 211:18
  212:5,8,11,14
**invoices** 5:12 33:9
  153:5,16 154:4,13
  167:2,7 198:1,2
  204:19 205:7
  210:23 211:4,12
  212:3
**involved** 34:16
  49:22 92:10,12
  151:9,10,12,13
  152:4 167:16
  195:10 208:10,14
  208:15
**involvement**
  143:15 149:17
**involves** 92:18
**involving** 109:20
**IP** 27:17,21,22,23
  28:3,4,12 30:20
  30:23 31:3,9,13
  31:21,23,25 32:21
  33:8,13,14,23
  34:12 35:16,20
  38:21 39:8 40:3
  40:12,22 41:1
  43:6,8,24 54:25
  55:9,20 56:12
  57:1,16 59:17
  60:2,8,15 61:1,3,4
  61:16,25 62:6,9
  62:15,20,24 63:2
  63:16,25 64:7,18
  65:4,10 66:7
  76:25 77:5 78:2
  80:9,14 90:15,21
  90:25 91:19,25
  95:6,20 97:10
  98:4 105:22
  112:12 113:4,14
  119:11,15 120:1
  120:10 126:23
  127:9,20 131:13
  132:4,8,21 138:9
  138:13,17 149:8
  149:11,13,14

159:18 160:2,6,10
182:9 183:19
**IP's** 28:5 78:9
**iPhone** 128:22
134:4,4,5
**issued** 16:16 33:7,9
206:1
**issues** 57:6
**item** 184:18

_____

**J**

**J** 3:13
**Jack** 83:10
**Jam** 1:16 2:16 3:12
4:3 6:18 7:12,18
54:17 96:13 99:12
115:7,12,15,20
117:7,12,15
118:18 125:10,12
125:19,23 128:10
129:16 136:19,24
137:3 145:9 172:4
215:1,10 216:6
217:5
**JAMES** 3:3
**January** 43:19
208:23 212:6
**Jeff** 46:20,24 157:6
161:18 163:24
164:6,6 165:10
176:12 195:15,20
207:9,22,23
**Jerry** 31:6 36:2
64:17 95:9,9,10
95:10,14,21,23
**JERSEY** 3:10
**Jim** 6:24
**John** 195:5 205:18
**joking** 82:25
**Josh** 72:4
**Joshua** 75:10
**JUAN** 3:14
**judgment** 109:20
110:12,15,17
**July** 4:22 26:11
65:2,2,2,3 89:21
90:14,19 213:10

**June** 63:15 170:20
171:19
**JWALKER@C...**
3:5

_____

**K**

**K.Jam** 5:11 18:6
18:10,13,17 20:14
20:21 46:9,15
50:16,18,19 53:2
71:4,6,7,7,9,10,11
71:12,14,17 74:4
74:13 75:4 85:6
85:12,13,14 88:21
99:3,7,10,16,24
100:10 101:19,23
102:2,5,10,13,20
103:7,11,20,21
104:10,25 105:10
105:11,17,17
106:1,17,19
107:11 108:25
109:2 110:20
113:25 114:6,7,20
114:23 115:3
116:10 118:21
120:14,15,19,24
121:5,14,24 124:5
125:3 128:2,6,13
133:1 137:6,8,11
139:6 213:21,22
**keep** 23:18 34:24
48:22 72:17
129:19 148:11
202:17 204:19,21
204:23 205:6
207:13 210:1,2
**kept** 23:14 154:10
177:15
**Kia** 6:18 76:7 99:12
115:7,12,15,20
117:7,11,15
118:18 125:10,12
125:19,23 128:10
129:15 136:19,24
137:3 145:9
176:12 216:6

**Kiarash** 1:16 2:16
3:12 4:3 5:11
7:12 139:6 217:5
**kind** 22:5 48:25
49:2 71:2 83:7
92:21 113:6
153:21 154:7
157:4 168:22
**kinds** 43:4 50:19
68:13 73:25
**kjammedia.com**
85:3
**KJM** 46:6,9 47:7
**knew** 21:7 27:12
159:14,15
**know** 8:11 9:6
10:10 14:12,17,18
15:1,1,2,3 16:3,7
16:16,18 17:5,7
17:23 19:23 21:7
21:14 22:10,13,17
22:20 23:13 24:4
25:9 27:10 31:2,5
31:7,11,14,22
32:1,2,23 33:1,14
33:16 34:8,10,13
35:3 36:4 38:17
39:1 41:5,12,12
41:13,23 43:4,5,7
44:4,6 45:2,2
47:22 48:15 49:11
52:7 55:8,15,18
55:21 56:5,16,24
57:7,12 58:1
60:24 61:2,4,6
62:7,10,11,16,21
63:3,4,10,20
64:10,12,13,16,17
64:19,23 65:13,15
66:2,4,5,12,13,14
68:15 70:14,25
72:24 73:1,10,12
74:25 75:2,2,3,7
79:25 81:15,16,20
82:1,1 84:17,19
86:4,18,19 87:19
88:9,22,23 95:8,9

95:19,23,25 96:16
99:11,13,14,23
100:20 104:24
105:1 106:11,11
106:22 107:1,4,9
107:13,24,25
108:4,8,10,11
111:22 113:3
114:5,21,25,25
115:11 116:7,8
120:23 122:8
124:5 125:3,18
128:5 129:9,11
130:6,23 132:7,10
132:13,14,16
133:12,15 135:8
135:19,20,21
136:3,5,11,17
138:8,12,20,21
139:19 140:13
144:21 145:5
146:9,13 148:9,18
148:19,23 149:4,5
149:7,14,19
150:20,21,24
151:2 152:2,2,16
153:2,9,11,11,17
153:20,21,22
154:4,10,11,12,14
154:14,20 155:9
157:3,8 158:19
159:1,5,12,23
160:1,2,16,22,24
162:2,2,11,15,19
162:25 163:1,4,21
164:14 166:8,9,24
167:1,5,10,13
168:7 169:3,19
171:3 172:11,14
172:22 174:4
175:3,6,8,13,19
175:22 177:9
180:25 181:1,8
183:2,8 185:16,21
185:24 186:21,22
187:4,5,11,13,19
188:2,6,7,22,23

189:17 191:18
192:2 193:22,23
194:16 195:5,7,11
195:13,16,25
196:6,7,11,14,17
197:2,7,8 199:5,6
199:9,11 200:16
201:15,23 202:2,4
202:8,12 203:18
205:14,15 206:2,3
206:9,11,14,16
207:18 208:7,8,15
208:19 211:2,11
212:2,14,25
213:16
**knowledge** 26:16
**known** 27:6,9
196:20
**Kransberg** 161:19
**Kransenberg**
161:18
**Kranzdorf** 161:19
161:23,25 162:13
164:8 178:14
185:19 186:2
189:9 190:20
191:5 195:18
207:10,22

_____

**L**

**L.A** 106:2,6
**landlord** 123:6
**landscaping** 50:3
51:24 52:2
**language** 188:19
**Larry** 149:20,21,24
150:1,6
**Larry-something**
149:22
**Las** 82:22 83:6
**late** 134:4
**Latzer** 3:8 4:5 6:20
6:23,23 7:17 8:7
10:9 28:22 29:1
38:3 44:16 48:4
54:10,16 66:22
71:23 76:3 79:15

83:16 87:14 89:20
93:21 96:5,12
97:1 112:2 119:3
126:18 131:7
137:17 139:1
152:23 171:22
172:3,10 187:15
197:19 202:13,18
202:23 214:19
215:1 216:3
**law** 3:13 5:14 72:5
75:11 103:25
104:1,4 162:8
198:8,12 201:18
201:24
**laws** 218:20
**lawsuit** 188:1,9,11
194:17
**lawsuits** 173:25
**lawyer** 11:19 109:8
164:10 198:21,23
199:17 201:6
**lawyers** 195:2
**learn** 150:16
**lease** 50:17,18,20
114:9 148:19
158:1,4,6 162:24
192:23 213:21
**leased** 74:3 213:20
213:22
**leasing** 75:5 146:11
146:13
**leave** 46:5 53:5
**ledger** 183:16
**ledgers** 59:13 60:10
**Lee** 102:19,21
103:14,20 195:25
196:1 207:9,22,24
207:25 209:18
210:10,21 211:4
**left** 11:22 137:21
155:12 175:24
186:24
**legal** 21:2,4,5 104:8
157:6 163:22
165:1 185:22
186:2 191:6

195:16 197:7
200:4,21 201:19
207:7,22
**let's** 9:15 13:16
26:18 30:4 33:17
35:9 39:2,18
46:17 47:25 49:7
54:10,23 56:9
57:13 60:13 61:13
65:3 66:15 71:19
75:24 76:18 78:17
79:11,20 80:3
83:12 87:9 89:16
90:9,11 96:5
101:17 111:23
118:24 120:5
121:4 126:13
127:4 131:3
132:17,25 137:13
138:22 152:24
154:16 161:7,23
165:25 168:23
171:22 176:18
182:1 183:24
189:2 198:7
202:17,24 206:17
209:2 210:7
211:14 214:14
**letter** 5:14 203:14
203:14 205:16,23
**level** 51:5 147:6
**libraries** 75:1
197:8
**library** 73:25
159:23 197:7
201:8
**license** 44:25 45:4
162:7
**licensing** 92:18
**life** 212:23
**lifting** 95:11
**light** 215:7
**lightbulb** 195:10
**lightbulbs** 208:11
**lights** 93:5
**line** 45:19 48:8 49:7
53:4 78:17 82:17

156:6 203:14
209:9
**list** 4:12 9:4 38:5
102:6 133:4 174:6
183:14
**listed** 9:1 12:1
15:17 58:17
137:25 156:20
158:12 185:19
189:13,18
**litigation** 23:16
56:3
**little** 53:17 83:10
95:25 96:15
126:12 138:19
148:8 180:5
**lived** 69:7
**lives** 196:14
**LLC** 1:8 2:8 6:15
145:6 199:1,7
202:3,9
**loan** 50:4 52:9,11
52:23 79:9 95:12
99:20 100:1,2,4
116:7 117:14,15
118:3,5,13 121:9
121:17 122:1
126:3 148:2,22
213:9,13
**loaned** 118:22
125:21,23 126:2
148:4 213:4,4
**loaning** 148:17
**loans** 52:13 70:5
100:9 148:6
213:12,15,16
**located** 73:18 214:6
**log** 41:4
**logged** 32:17
**long** 114:12 122:19
122:24 136:11,12
136:16 151:3
163:24 196:20
**longer** 24:7,14,15
164:6
**look** 8:20 9:7 10:11
26:18 29:17 30:4

39:2,6,18,25
40:23 47:25 49:7
49:8 54:23 56:9
57:13 60:13 61:13
65:3 66:15 71:19
75:24 76:18 78:17
79:11 80:3 83:12
87:9 89:16 90:9
90:11 101:17
102:4 105:10
106:1 111:23
113:19 118:24
119:21 121:4
126:13 127:4,16
131:3,17 132:25
137:13 138:22
140:9 152:24
154:16 155:4,11
156:3 160:25
165:25 167:24
168:15,23 171:10
171:14 172:12
175:13 182:1
183:24 189:2
198:7 211:14
**looked** 43:1 76:24
127:2 130:9
172:25 200:12
**looking** 49:13,14
72:3 106:25
140:10 172:19
199:20 200:5
201:4 211:2
**looks** 169:10
**Los** 2:18 6:1,13
**lost** 44:25
**lot** 31:6,14 32:12
63:4 68:7,9 74:24
75:3 95:10,13
117:19 151:5,18
153:21 154:7
159:15 165:11
209:20
**love** 86:8,11
**lucrative** 151:2
**lunch** 95:25 96:4,9
119:24 192:3

196:2

## M

**Madame** 92:23
**magnate** 196:15
**mail** 14:25 15:2
69:6
**MAIN** 3:4,9
**Majid** 16:5,8 23:19
28:20 30:10,12
35:4 45:3 52:14
58:22,23 60:6
83:1 177:13,16
178:16 183:13,16
190:5 204:14,21
205:5,12 215:9
**Majid's** 181:6
**major** 199:19
**making** 67:14 70:2
70:23 84:14 116:1
128:6 142:2 174:4
179:23
**Malibu** 132:4,10,12
132:15
**man** 126:9
**manager** 45:7
85:17
**March** 1:18 2:19
4:17,18 6:1,10
30:2,2 36:14
54:23 56:11 57:15
60:14 76:4,24
79:17 80:6 126:24
127:10 131:20
132:21 154:17
161:5,5
**mark** 82:19
**marked** 8:3,4 10:4
10:6 22:22 28:19
37:23,25 39:3,11
39:23 40:15 44:13
47:25 48:1 54:18
66:15,19 71:20
75:25 76:19 79:12
83:13 87:11 89:17
96:23 111:24
118:25 126:15

131:4 137:14
138:23 152:20
172:7 197:16
**marketing** 207:9
207:24
**marking** 96:21
172:4
**material** 207:9,25
**matter** 27:17
109:20 110:8,9,11
185:17 193:12
**Matters** 203:15
**mean** 24:10 41:7
45:17 48:12 68:9
70:14,22 115:18
135:10 142:12
148:16 153:12
164:14 167:3
180:23 202:15
213:2
**meaning** 23:6
82:11
**means** 81:20
146:13,14 155:9
168:7
**meant** 42:3,6 48:18
49:5,11 81:12
90:3
**media** 18:6,10,13
18:17 20:14,21
46:9,15 50:16,19
53:2 71:4,6,7,14
74:4 75:4 84:9,15
85:6,12,13,14
88:21 101:19,24
102:2,5 103:7,11
103:20,21 104:10
104:25 105:11,17
109:2 110:20
113:25 114:6,20
114:23 115:4
120:15,19,24
121:24 124:5
125:3 128:2,6,10
128:13 133:1
136:19,25 137:3,6
137:8 145:9 196:7

196:16 213:21,22
**Media's** 50:18
74:13 114:7
**medical** 31:17,17
31:24 43:1 50:2
52:16 143:6 144:4
144:11 145:25
147:21,22 149:12
150:23 151:2,12
151:23 152:4,7
159:14 161:24
**meeting** 18:25
19:10,18,18 20:1
20:7
**member** 45:6 51:5
162:9
**memory** 48:23
**memos** 195:22
**mention** 176:16
**mentioned** 88:4
158:10 161:18
179:10 188:25
196:2
**Merchants** 77:13
**Merrill** 105:6
**messed** 212:23
**met** 49:16 52:17
**Michael** 198:13
199:17 201:5
**middle** 129:13
**Migler** 3:13 6:25
6:25 28:24 93:9
93:18 187:14
202:11 215:4,22
215:25
**miles** 135:7
**Millano** 193:15
**million** 27:18 28:11
28:15 138:19
176:17 189:1
**mind** 72:17
**mine** 49:16 82:14
118:2
**miniscule** 193:11
**minute** 9:7 10:11
38:24 197:21
**minutes** 18:24

19:18 20:1,6
128:23 202:16
**Miramax** 159:21
196:23,24 198:21
198:22 201:4,6
**misspelled** 168:4
170:24
**mistake** 210:24
211:1
**Mitchell** 1:21 2:19
7:2 218:1,24
**model** 103:9
**modeling** 196:4
209:22
**models** 102:23
**moment** 215:24
**Monday** 67:5 86:8
**money** 5:5,6,7,8,9
28:2 32:16,17
34:16,17,19 35:20
36:5 42:21 45:18
50:12 51:16 52:11
52:13,25 58:5
59:2 60:8 64:18
68:22 69:10,23
71:12 72:12,14
78:2,9 81:12 82:6
82:7,12 86:17
91:16 94:7,11
95:3 99:21 100:5
100:6,6,8 103:16
105:21 114:12,13
114:15,16,17
116:10,18 117:19
117:22 118:3,4,5
118:5,5,12,13,16
118:22 121:17,18
121:25 125:21,22
125:24,24 126:2
126:12 137:6,11
137:12 140:5
141:16,17,18
142:2,19,24
147:17,23,24
148:4,9,11,16,17
148:18,25 151:5
151:18 157:16,16

159:11,16,17,24
159:24 160:5,6,8
160:9 165:8,10
168:22 174:15
176:13 180:11,22
181:3,9 182:21
183:3,3 199:24
213:4,9,13
**Monica** 2:17 6:12
**monies** 38:21 40:18
45:1 56:12 58:2,7
58:19 59:16 63:19
69:13,17 76:12,16
77:5,8 80:13 89:3
89:8 90:20,24
95:2,20 113:4
138:13 139:21
141:13,22 148:6
165:17 167:6
201:16
**month** 116:21
123:8,19 156:20
**monthly** 105:8
108:7,10 142:3
156:6,18 160:12
166:11
**months** 116:5
117:17
**morning** 6:4 7:18
7:19
**move** 37:12,14
**moved** 88:22
125:24
**movie** 94:6 142:6
**movies** 69:21 70:2
70:3 140:11
159:24,25
**moving** 117:19
**multiple** 124:16
127:25 136:3
207:16
**multitude** 31:9
84:19 164:21
165:4 210:5
**Museum** 92:23
**musicals** 92:19

**N**

**N** 5:1
**name** 6:5,14 12:1
12:20 15:15 18:24
50:18 62:19 74:2
74:13 77:18 92:3
98:17 102:19
104:1 110:18,24
111:16 114:8
123:5 132:12
144:2 152:12
191:15 208:8
**named** 49:15
198:13
**Names** 12:16
**narrow** 29:12
**National** 130:18,22
130:25
**nature** 24:5,10
25:11 109:18
110:11 124:12
198:19 199:10
**necessarily** 25:9
60:8
**necessary** 17:2,5
200:18
**need** 24:13 28:21
47:7,8 50:1 80:17
87:20 91:4 96:17
147:4 148:18
151:19 174:13
175:14 192:9
195:3
**needed** 11:13 14:24
19:21 32:14 36:5
37:11 43:10 50:12
52:12,15,25 71:1
72:16,16 73:4
74:12 89:10 100:7
118:4,5,11 121:17
124:18,20,21
125:22 140:13
142:8 157:17,21
157:22,23 158:2
159:11 163:2
164:12 165:2

174:11 187:9
188:3,3,21 192:22
192:24 195:23
214:3
**needs** 32:14 51:16
124:19 215:2
**negotiate** 158:6
**negotiated** 158:1,4
**neighborhood**
22:15,18 173:13
**never** 146:7 167:11
168:22 174:3
194:10
**new** 3:10 93:25
119:19 162:8
200:4
**north** 3:9 28:15
**Nos** 215:13
**notary** 6:5
**notation** 184:12
**note** 28:3
**notice** 2:20 4:9 8:8
19:9 20:1 189:12
**notify** 59:19
**November** 4:13,14
4:15 32:9 33:19
44:17 48:5 67:1
99:25 100:17
103:18 169:13
209:13 210:11,16
**number** 4:8 5:4
49:17 52:14 68:13
75:17 113:20
123:19,20 143:1
165:9 176:24
178:4,8,8 180:13
181:1,7,12,13,15
182:2 185:3,18
186:2,19 187:17
190:16,16 191:3
191:23 193:11
196:17 198:15
205:1
**numbered** 15:5
38:10 119:6 189:3
193:1 203:2
206:18

**numbers** 13:20
29:16 38:24 92:18
93:1 179:12 180:3
185:25

---

## O

**O** 49:8,11,12
**o'clock** 202:11
**o0o---** 216:10
**oaths** 218:3
**object** 93:10,13
151:13
**obtain** 74:11
**obtained** 110:17
**obviously** 72:13
176:13
**occasions** 49:17
82:25 83:3 103:4
126:4,5 147:20
148:1,13 167:9
**October** 168:24
209:12 210:16
**Oedekerk** 49:15
**offered** 174:22
192:19
**offering** 177:8
**office** 3:13 43:9
50:21 53:11,14,14
53:15,20,21 54:3
69:2,3,10 70:10
70:23,23 73:5,11
73:11,12 85:17,17
106:11,12,13
107:22,24 114:8
114:22 121:2
122:9,11 123:2,5
123:6,11,17
124:25 125:4,5,5
125:7,9 129:7
133:23,24 134:10
134:12 135:6,9,13
144:15 146:2
147:5,6 153:21
154:7,23,24 155:2
155:20,24,25
157:6,7 158:1,5,7
158:8,9,11,15,20

192:22 215:20
**officed** 106:13
**officer** 11:23 12:4
12:11,13 13:8,14
42:14 43:8 47:17
58:11,13,14,15,16
69:3 71:4 144:17
145:2 154:25
**officers** 12:17
20:23 144:22
**official** 152:12
180:20,23
**officially** 25:25
85:19
**Oh** 8:16 24:25
153:11 194:8
195:3 206:7
**okay** 8:2,12,21,21
8:23 9:4,7,9,9,10
9:15,20,25 10:12
10:17,23 11:2,5
11:10,14,19,22
12:1,20,23 13:5
14:1,15,21,23
15:4,11,21,23
16:3,6,9,11,19,24
17:1,4,9,9,10,13
17:25 18:2,5,13
18:16,21 19:3,8
19:17,21,25 20:4
20:13,17,21,25
21:5,9,12,15,19
21:22 22:3,8,12
22:14,19,25 23:2
23:10,20 24:10,16
24:21 26:5,7,15
26:18,22 27:1,12
27:15,21,24 28:2
28:10,18,21 29:8
29:12,18,25 30:3
30:4,5,9,11,13,15
30:17 31:2,11,23
32:4,7 33:4,6,11
33:17,18 34:2,6
34:22 35:9,10,14
35:19,25 36:8,11
36:12,18,24 37:6

37:17,20,23 38:8
38:12,15 39:2,7
39:18,22,25 40:8
40:14,17,25 41:6
41:11,16,18,21
42:1,5,8,14,22
43:5,13,23 44:4
44:22 45:5,11,17
45:19,25 46:4,9
46:13,17,24 47:4
47:6,14,17,20,23
48:12,21 49:7,18
49:22 50:14 51:1
51:7,10,14 52:9
52:18 53:4,22,25
54:6,8,10,17,21
54:23 55:3,6,12
56:6,9,18,24 57:3
57:14,19,22 58:9
58:18 59:3,7
60:13,23 61:8,13
61:14,20 62:1,5
62:18,22 63:2,6
63:19,23 64:3,21
65:8 66:2,9,15
67:14,17,25 68:4
68:21,25 69:12,20
70:11,19 71:3,9
71:14,17 72:8,22
73:3,18,20 74:2,5
74:8,15,18 75:4,7
75:10,19,21 76:14
76:18,20,22 77:4
77:8,11,18,23
78:1,13,17,22
79:2,8,20 80:3,5
80:16 81:1,2,6
82:13,17 83:12,20
83:23 84:1,3,8,17
84:21 85:2,5,9,14
85:19,22 86:6,11
86:23 87:2,5,23
88:6,25 89:3,8,16
90:6,9,10,12,12
90:18,23 91:2,15
92:8,17 94:7,25
95:2,16 96:1,13

97:4,9,20,25 98:2
98:2,11,16,24
99:2,10,16,19,23
100:2,10,24
101:10,17 102:2,4
102:13,19,25
103:12,17,24
104:3,6,9,13,15
104:21 105:2,6,10
105:20 106:1,6,8
106:17 107:10,17
107:22 108:2,6,9
108:12,16,18,22
108:25 109:7,9,13
109:17 110:3,6,20
111:11,15,18,23
112:3,9,16 113:3
113:8,11,12,19,23
114:23 115:11
116:1,12,20 117:9
119:9,15,25 120:5
120:13,17,20
121:4,11,19 122:3
122:25 123:3,8,18
123:25 125:10,15
125:18 126:14
127:1,5,12,16,22
127:24 128:5
129:5,7,10,13
130:1,8,14,17
131:11,17,19,25
132:3,22 133:3,19
134:7,20 135:1,3
135:14 136:21
138:8,15 139:4,13
139:17,21 140:4
140:14 143:4,7,15
144:3,8,21,25
145:5,14,23 146:3
146:17 147:7,17
148:3,16 149:1
150:6,11 151:8,24
152:3,25 153:3,3
153:4,7,24 154:4
155:4,11 156:3,17
156:22 157:1,10
160:2,25 161:4,9

162:9 163:15
164:8,13 166:1,3
166:6,15,20
167:24 168:9,23
169:6,11,12,21,25
170:1,5,11 171:6
171:14 172:14,21
173:4,17 174:19
175:6,9,18,23
176:2,7,19 177:1
177:10,24 178:7
178:24 179:3,13
180:10,18 182:1
182:24 183:6,9,17
183:21,24,25
184:8,21 185:3
186:14,24 187:11
189:2,8,12,24
190:2,9,20,24
191:15,18,21
192:2,25 193:9,13
193:17,22 194:13
194:16,20 195:3
197:2,11,15,23,24
198:2,5,5,6,16,19
199:4,7 200:2,21
201:12,18,23
203:1,3,10,18,24
204:4,16 205:6,13
205:16,19,22
206:3,17,19,23
208:22,25 209:2,3
209:14,17,24
210:7,8,12 211:4
211:8,14,15,17,24
212:2,5,14 213:16
213:22 214:5,8,14
**once** 23:16 47:6
126:4 133:8 188:4
191:4 204:25
**ones** 44:1 56:2
168:13 177:14
**ongoing** 49:20
110:8,9 148:12
**online** 36:21 37:13
47:7 124:22
185:17

**open** 23:14 30:12
113:6 118:11
**operating** 23:4,6
141:8 147:9,12,14
147:16 152:15
165:23 173:15
174:11,17 193:7
**operation** 24:8
144:9,10 147:7
149:18 150:21
158:3
**operational** 192:20
**operations** 148:12
**opportunity** 143:20
151:17
**Orange** 77:19,24
78:3,10,15
**order** 49:25 147:4
170:16,19 174:10
183:11
**ostensibly** 166:16
**outside** 93:11
**outstanding** 50:2
100:9
**overhead** 10:21
142:16 164:18
**owe** 126:12
**owed** 109:16
**owned** 18:11 64:15
197:8 199:9
**owner** 18:16 47:20
**owners** 196:24,25
**ownership** 144:25
**owning** 18:7
**owns** 199:8

――――――――――
         **P**
――――――――――
**P** 218:4,4,8,11,19
**p.m** 96:11 171:24
172:2 214:22,25
216:9
**package** 162:25
**page** 4:4,8 5:4 8:12
8:15,17,24 9:1
10:23 11:2,23
13:16 15:4,7 16:9
16:19 17:4,9,11

18:2,3,21 19:5,8
19:15 20:4,11
22:21 26:5 29:13
29:14,16 30:4,13
33:17,17 35:9,12
36:11,13 38:6
39:6,18,25 40:8
40:11 43:12,24
44:1 54:21,24
56:10,11 57:13,13
60:14 61:13 63:11
63:15 64:24 65:2
76:21 80:3,6 84:4
84:8 90:10,11,13
97:9 98:1,10
112:11 113:8,12
113:13 119:9,21
120:6 126:22
127:4,6,16,19,20
129:13 131:12,18
132:3,17,19,20
161:7 167:18
170:15 172:17,18
172:23 175:18,19
176:22,25 177:25
181:17 183:24
184:9,20 189:2
192:25 202:24
206:4,17 209:2
210:7 211:14
**pages** 16:12 170:16
172:19,24,25
173:1,2 218:9
**Pagoda** 47:8,14
**paid** 23:7 25:20
33:12 52:20 70:6
72:18 73:4 75:7
79:10 81:21 91:12
94:13,25 100:7
103:2,16 105:17
106:3 109:16
116:3,22 117:7
118:17,22 120:18
121:1,24,25
125:24,25 129:20
135:7 137:6 142:3
142:25 144:14,15

147:25 148:21
151:3 157:18
160:22 166:24
167:2,6,13 168:20
168:21 178:11,12
180:17 181:6,9,10
201:15 204:6,11
210:4 211:11
212:11,14
**Paper** 125:6
**paperwork** 33:15
147:4 154:7
158:14 195:21
**paralegal** 163:23
**pardon** 188:19,19
213:1
**parenthesis** 156:10
160:13
**parenthetical**
46:18 166:12
**park** 70:7 81:25
92:22 118:12
123:21
**parking** 50:3 52:17
70:6 72:5 81:24
81:25 118:6,11
121:1 123:14,16
123:20
**part** 9:19 11:12
17:6 20:1 25:24
36:21 51:18 53:15
69:19 79:3 82:14
87:5 94:6 102:17
116:6,7 141:4,15
173:1 207:11
211:23 212:1
**part-time** 179:11
**particular** 23:10,11
29:2 30:6 64:3
214:8
**parties** 6:9 124:16
218:12
**partner** 196:13
**party** 150:18
**PASEO** 3:14
**pass** 59:14
**passed** 59:10

**patio** 53:6,10,11,14
53:15,17,18,20,25
54:2,5
**pay** 9:17 23:17
25:19 50:13,14
52:19 61:23 78:2
78:18,22 79:3
81:13,22,23,24
82:2 86:14,19
88:15,19 89:4,8
89:10 91:3,20,23
92:24 100:6
106:18 108:25
109:2,5 114:13,20
118:14,18,22
123:20 128:8
133:8 142:20,22
148:2,19 157:17
165:14 168:11,22
192:21 199:25
200:17 201:10,19
204:10,14 210:5
**payback** 116:7
117:15 122:1
**paycheck** 85:21
115:19,21,23
116:9 121:24
139:22,23 163:3
**paychecks** 146:15
157:15 177:15
189:18
**payed** 86:13
**paying** 78:23 92:23
99:24 100:1
106:19 114:6
121:9,19,23 123:8
125:4 134:16
135:1,3 137:4
**payment** 30:23
32:7,21 33:7,23
34:3,8,12 40:11
54:24 55:4,14
56:9,16,22 57:20
57:23 60:19 63:9
63:25 64:8 65:11
65:13,16 76:25
78:6,14 79:25

84:15 86:20 97:16
97:20,23 98:9
99:6 101:11,12,14
101:23 106:8
107:10 108:13,18
108:20 109:14
113:14,24 114:3
115:7 116:4,5
119:10,10,15,22
120:1,8,9,23
122:4,7 124:24
125:15 126:23
127:20 128:2,13
129:1,10,15 130:2
130:18,24 131:22
132:3,7,20 133:1
133:9 134:20
136:19,23 169:22
170:12 171:7
206:12 208:13,19
**payments** 5:11
28:11 41:1 73:17
98:21 108:7
114:23 115:3
127:1 130:14
131:12 133:4
139:6 142:21,22
142:23
**payroll** 5:13 9:18
10:21 25:23 32:14
46:19 50:2 52:16
58:6 67:5 68:8
72:4,16,19,20
78:19 87:18,20
88:12,15,19,22
115:14,15,17
117:16 118:6,15
118:16 140:16,19
140:19 141:1,4,6
141:11,23 142:3,9
142:12,13,16,18
164:7,8,15,17
175:24 176:9,20
177:8 178:20,21
178:21 182:23
195:19 197:9,12
197:13 200:3,17

200:17 207:12
**payroll-related**
164:13
**PDF** 175:12
**penalty** 26:13
217:6 218:20
**pending** 7:7
**pens** 125:6
**people** 9:17 24:23
25:19,22 31:20
52:13 55:19 70:5
70:8 81:25 92:24
118:12,16,17
124:20 156:20
157:9 158:15,17
158:20 159:1
176:16 178:13
179:10 180:1
184:17 210:4
**percent** 126:5
176:10,15 178:4
178:12 179:4,6,9
179:14,17,18,22
180:4,20 181:1,14
184:11,17,25
190:13,16 191:1
**perform** 75:16,21
104:6,8 193:9,14
**performed** 70:13
75:17 93:1 104:11
109:11 110:6
180:15 198:16
**performing** 69:25
70:16,20 104:9
109:9 110:4
139:24 141:7,12
141:24 189:15
**period** 23:3 29:22
104:13 139:18
173:6 193:14
209:12 210:24
218:18
**Periodic** 5:11 139:5
**perjury** 26:13
217:6 218:20
**person** 17:23
165:17,17

**personal** 21:1,12
51:8,9 78:11 79:4
79:5,6,6,10 80:21
99:17 102:17
106:18,20 109:5
114:24 115:4
116:8 121:15,20
121:23 128:24
129:1,5 136:7
**personally** 107:18
110:1,18 115:24
122:14
**persons** 27:7
**perspective** 114:11
**phone** 81:17,22
121:2 122:8,11,13
122:19,21,22,25
124:22 128:18,19
128:24 129:1,2,3
133:22,24 134:2
134:10,11,16
135:20,24 136:17
202:15
**phones** 32:15 71:2
124:14,22
**photocopy** 205:4
**physical** 204:12
**pick** 135:11,11,13
**picked** 181:1
**Pineboard** 38:5,23
41:2,7 42:2,7,9,10
42:17,19,24 43:5
43:9 72:3,11,12
**Pinebold** 42:14
**Piscula** 70:22 85:2
85:12,16 136:14
147:3 153:20
157:7 176:12
178:15 189:10
191:9
**Piscula's** 84:3,21
**place** 14:5 68:5
70:7 80:24 123:21
163:3 218:6
**placed** 8:2
**placeholder** 59:21
59:23 60:7

**placeholders** 41:11
60:1
**places** 31:16
**plaintiff** 2:17 6:23
6:24 27:16
**plaintiff's** 131:25
**Plaintiffs** 1:5 2:5
3:2,7
**plan** 49:13 143:19
**plastic** 92:24
**play** 83:10
**PLAZA** 3:9
**please** 7:3,5 35:9
40:8 46:4 48:9
49:7 54:21 61:14
63:11 64:24 77:12
90:11 113:10
127:16 132:18
169:25 170:16
191:24 202:19
**plenty** 68:23 100:8
**point** 13:7,10,13
14:13 24:8 42:1
54:8 57:22 59:16
95:24 103:8 126:1
135:4 147:19,23
148:4,7 167:1,5
168:16 174:9
194:10 211:2
**pointed** 28:14
**pointing** 72:15
97:12 113:23
116:8
**points** 174:2
**poker** 83:11
**policies** 104:16,19
133:10,16
**Poormand** 15:20
134:21
**portion** 192:21
**position** 26:1
144:19 148:3
176:20 215:21
**positions** 17:7
**possession** 41:24
55:23,24 100:19
153:15 215:10

**possible** 215:14
**Potensiano** 193:15
**potential** 23:15
196:6
**potentially** 31:9
**power** 106:7,9,10
106:18 107:2
**PowerPoint** 196:4
207:8,23
**PowerPoints**
102:23 209:22
**practice** 151:23
162:8
**prefer** 96:4
**prepare** 187:25
188:2
**prepared** 9:12
41:14
**preposterous** 194:5
**Present** 3:17
**presentations**
196:5 207:8,23
**presenting** 206:6
**president** 55:21
**pretty** 95:24 105:4
173:2 177:21
**previous** 161:1,4
171:14 190:6
192:19
**previously** 28:19
127:2
**primarily** 71:6
**primary** 25:17
198:23
**principals** 150:3
**private** 53:16
**probably** 16:5
17:22 21:24 41:3
51:18,22 52:6
64:2 70:22 71:7
73:11 81:21 82:24
83:4 90:5 99:13
103:15 114:9
116:25 125:5,23
128:11 138:20
146:23 147:4
173:11 177:13

182:13,20 183:13
183:15,15 185:12
195:15 199:16,24
200:1,16,19
202:13 207:9,21
207:24 213:1
**problem** 13:22
28:24 29:18 30:5
127:18
**Proc** 218:7,11,14
**proceed** 7:2
**proceedings** 216:8
218:5,10,15
**process** 11:20
15:16,25 16:4
21:10 96:14
**produce** 175:11
**produced** 38:9
41:16,22 56:3
57:8 153:8,9
175:12 206:5
215:13
**produces** 94:5
**production** 71:12
215:12
**Productions** 71:9
71:10,11,17
105:12,17 106:1
106:18,19 107:11
108:25 109:2
115:8,13,15,20
116:10 117:7,12
117:15 118:18,21
120:15 125:11,12
125:19,23 129:16
**profile** 93:25
**progress** 175:22
**project** 49:14 92:9
92:13,17 93:7,22
93:24 94:4,8,11
94:21 212:12
**project's** 94:2
**projections** 102:24
103:9 209:22
**projects** 25:4
**prompted** 10:17
21:19 23:11 67:17

67:22 74:11
150:22 173:22
182:8 201:23
**prompting** 150:11
**pronouncing** 15:18
**proper** 58:23
**properly** 35:5
70:24
**property** 132:15
**provide** 85:14
140:8 149:11
162:20 163:2,11
191:21 197:11
209:18
**provided** 9:21 31:3
32:21 34:11 43:5
55:9 56:25 60:25
63:24 64:7 65:10
84:17 92:6 94:21
94:23 103:14,21
114:17 124:13,15
142:15 144:13
146:7 149:5
160:19 161:15
163:16 164:18
191:19 192:18
195:14 197:3,13
206:24 207:1,6
210:21 215:9
218:17
**provider** 122:11,13
123:1 133:21,22
133:23 134:2
136:4,17
**providers** 136:2,3
**providing** 32:24
62:5 84:18 95:12
104:21,24 105:2
114:14 124:9
134:10,15 135:23
142:9 145:25
146:4,9 156:23
157:1 158:23
162:13 182:16
186:18 191:6,9
202:3
**public** 6:6

**pull** 214:3
**pulled** 181:13
190:17
**purchase** 28:4
53:10 78:9 199:18
201:5
**purchased** 54:4
200:7
**purchasing** 132:14
200:13
**purported** 169:8
169:23 170:13
171:8
**purports** 161:10
203:4
**purpose** 33:12
55:13 57:20,23
63:20 65:13,15
66:3,11 73:20
83:6 120:23 183:4
**purposes** 15:12
41:1 61:22 174:16
187:25
**pursuant** 2:20 28:3
163:10 167:6
**put** 38:12 44:5,6,8
44:11 66:17 74:12
74:13 86:22 160:9
174:6,11,19
177:22 187:9
188:15 205:4
215:6,23
**putting** 107:6

**Q**

**Quant** 196:7
**quarterly** 108:10
**question** 9:12 32:9
35:7 48:14,16
57:25 60:21 62:22
64:2,20 65:17,19
82:10,18 86:12
114:15 141:2,19
163:13 186:19,23
191:23 192:1
194:7 212:25
**questions** 5:16 9:14

34:22,25 93:10,16
96:16,17 153:14
192:3 215:3,4

**R**

**R** 218:4,8,11,19
**raise** 7:5 157:16
159:11 160:6
**raised** 159:17,24,24
160:5
**raising** 159:16
**ran** 70:23
**raw** 177:20
**Ray** 44:18 67:4
**read** 12:18 46:7,22
47:12 48:10 50:7
67:6 72:6 77:16
81:4,9 84:6 86:9
87:21 205:20
217:5
**reading** 48:22
**reads** 67:3 166:19
205:16 210:15
**ready** 7:1
**real** 188:13
**really** 34:7,10 95:9
114:11 136:13
150:25 151:19,21
154:9 163:15
167:11 178:18
185:17 193:21
212:18
**reason** 33:12 35:7
56:21 138:15
174:13 183:21
186:24
**reasons** 23:14
117:10
**recall** 11:19,21
14:22 20:15 27:19
28:16 44:7 46:3
55:7 67:14,17,22
67:25 68:17 78:7
95:17 103:19,22
109:13,23 115:1
115:16 119:15
122:10 123:22

134:1 135:3 137:5
144:19 145:8,13
153:25 154:1
161:6 193:21,24
194:1,20,22
203:20,25 204:1
208:22 211:5
212:5 214:12
**receipt** 77:11
**receive** 71:3,5
95:20 138:16
139:21 141:13
**received** 28:11
40:21 59:16 113:4
116:15 138:5,9,13
139:14,18,23
147:17 180:14
183:18 184:22
190:10,20
**receiving** 32:10
68:5,18 90:24
116:21 125:19
178:25 180:2,7
199:15 203:20
208:22 211:5
212:5
**receptionist** 71:1
**recess** 54:13 96:9
171:25 214:23
**Recipient** 5:10
137:22
**recollection** 9:24
14:14 30:25 41:25
55:13 56:4 57:5
57:11,21 61:9
63:7 64:22 66:10
108:9 109:17
121:13 134:18
135:22 154:3
183:7 194:2,3,9
212:11
**record** 6:5 54:11,14
96:7,10 171:23
172:1 214:15,17
214:20,21,24
215:6 216:3,7
218:10

records 23:18
34:24 38:16 54:19
55:12,15,17 61:8
63:7 64:21 66:10
76:18 213:8
reduce 79:9 205:1
refer 13:17,20
16:19 29:16 52:2
82:9 86:25 164:3
166:7 183:11
185:8
reference 46:24
50:23 51:23 52:5
72:10 73:3 75:10
77:13 78:22 80:12
80:13,20 84:8
87:23 88:10,25
90:19 92:2 102:9
105:11 110:21
111:1 122:3
124:24 125:10
130:6 155:5
156:13 160:11
161:1 163:5,20
166:6,10 168:1,25
169:19 170:5
175:23 177:25
180:7,10 181:17
182:10 183:12
184:2 186:12
189:8 200:21
referenced 180:6
references 88:11
88:11 143:1
referencing 211:21
referred 28:3 92:5
213:19
referring 27:22
48:15,25 50:20
52:7,10,24 53:13
53:18 55:17 62:1
65:21 68:10 70:8
70:11 72:8,19,22
73:4,13,14 77:5,8
78:25 86:24 89:1
90:20 94:15,18
99:13 103:1

106:12 111:9
115:17 118:19
128:9 129:24
133:11 136:6
151:21 154:25
158:8 159:18,19
159:20,21 160:16
164:1 168:5 171:4
184:8 214:8
refers 157:3 169:4
170:9,23 181:4
189:5 203:18
reflect 40:18 100:2
108:18,20 158:22
reflected 39:22
40:6,14 97:20
112:17 113:13
127:12 131:25
171:15 177:12
reflecting 101:3
103:13 126:3
149:2
reflects 30:18
38:20 39:12 40:11
43:14 54:24 76:24
90:14 97:16 98:9
98:21 99:6 101:11
101:23 108:12
113:24 115:7
119:10,25 120:8
120:17 127:7,19
128:13 129:10,15
130:2,18 132:19
133:1 136:18,23
138:4 139:13
156:22 161:10
168:9,10 169:6
178:24 184:5,21
190:9
refresh 48:22 55:13
56:3 57:5,11 61:9
63:7 64:22 66:10
72:2 183:7
regard 63:8 64:22
183:7
regarding 19:17
48:14,16 78:6

146:19 194:24
Regards 205:18
regular 71:15,18
136:17
relate 176:7
related 33:7 42:9
61:24 62:9 141:6
141:11,23 142:9
142:12 164:16
197:12 201:20
relating 33:11
relation 149:8
relationship 104:3
140:23 151:25
178:7 182:25
196:19 212:16,18
relative 6:8 218:12
relevance 93:13
remember 11:7,16
11:18 21:18,23
22:9 33:10 38:14
38:19 42:4,24
47:21,24 54:3
59:6 71:15 74:6
75:6,9 97:22
100:18 103:10,15
103:17 104:16,18
104:20,23 105:4,9
106:23 109:3
113:2 117:4,13,17
118:21,23 128:21
133:16,18,24
134:3,13 135:19
136:5 143:8 144:2
144:23 145:3,3,17
146:21,21,23
147:2,10,14,16
148:10,13,15
149:3 150:2,10,13
150:15,17,20
152:12,19 153:23
154:9 160:21
163:14,19 167:10
172:25 173:21
174:5,21,22
177:16 179:19
180:19 183:3,5,15

194:1,15 201:10
204:3,7 209:1
211:10 212:4,7,7
212:8,9,9,10,12
213:11,18
reminding 86:20
removed 16:2,4
rent 32:15 50:2
72:4 73:3,4,8,9,17
75:9 81:16 114:8
114:21 121:1
123:5,6,7,9
144:15
renting 75:8
repeatedly 72:13
repetitive 96:16
192:4,7
reported 45:3
168:11
reporter 7:2,3,5,11
8:5 10:7 38:1
44:14 48:2 66:20
71:21 76:1 79:13
83:14 87:12 89:18
96:24 111:25
119:1 126:16
131:5 137:15
138:24 152:21
172:8 197:17
218:2,17
represent 6:22
representative 7:24
request 67:15
103:5,6 168:10
169:7 174:20,22
182:13 201:18
215:12,16
requested 5:19
53:12,23 68:16
69:14,18 91:22
218:16,16
requesting 51:10
67:11 89:8 169:22
170:12 171:7
201:12 206:12
208:13
required 26:19

27:2 108:3,4
requirements 17:8
21:7
residence 136:8
resolutions 17:11
respect 63:8 64:3
65:8 94:4 103:17
103:19 192:11,17
respective 92:21
respects 75:22
responded 81:1,6
82:13 84:21 85:22
86:6 87:5
response 216:1
responsibilities
59:9
responsible 58:18
responsive 215:11
rest 78:18,19 81:8
81:12,18 82:4,11
87:1
retainer 200:22
returns 27:2
revenue 27:3
140:12
review 9:10 218:15
reviewed 20:13
112:17
reviewing 49:4
213:8
rewind 64:11
rewritten 94:1
rid 74:19,20
right 7:5 8:17,20
11:2 14:1,5 17:15
22:16 25:8,10,13
29:13 36:16 51:8
58:10 65:22 68:19
91:25 93:6 97:7
101:5,5,18 102:2
105:11 110:21
113:2,24 116:14
121:16 128:12
129:8,14,19
132:25 133:3,19
136:20 138:12
139:19 140:22

142:5 144:2
145:18 151:1
152:13 154:18
156:13,24 160:25
161:17 162:5
166:20 168:15,25
169:9,14,16 170:6
171:22 173:20
174:12 176:18
179:6,6 184:11
186:1,4,15 187:8
187:8,22 189:14
197:15 198:7,24
206:8
**right-hand** 13:21
155:4 167:24
170:23
**rights** 201:9
**Robert** 144:1 150:1
150:2,4 159:7
**role** 94:4
**Ron** 73:24 74:12
196:12,13 198:14
214:2
**roughly** 180:21
**routine** 32:18,18
**Rule** 4:9 8:8
**run** 32:2 143:23
149:19 187:19
**runner** 135:5,6,9
135:10
**running** 143:22,23
149:24 158:3
159:8 161:20

---

**S**

**S** 3:8 4:7 5:2 6:20
**sal** 185:5
**salaries** 176:11,15
178:12 179:4,7,10
180:2,4,7 181:3
184:17 185:5,14
189:1
**salary** 67:4,12,23
67:24 68:1,3,5,15
68:18,23 69:1
70:3 71:14,16,18

115:23 116:1,15
116:22,23,25
117:6 141:15
178:25 179:8,19
179:22,23 184:22
184:25 185:20
190:10
**sale** 201:7
**SAN** 3:14
**Sandi** 7:2
**Sandra** 1:21 2:19
163:20,22 218:1
218:24
**Santa** 2:17 6:12
**sat** 113:6
**saved** 175:9 204:23
**savings** 112:25
113:3
**saw** 43:24 82:6
97:20 98:10
127:19 132:19
**saying** 51:13 86:16
115:23 204:14
210:1,2
**says** 8:17,19,25
11:23 12:6,20
14:1 15:1 29:14
38:23 46:18 81:14
82:11 83:25 87:8
89:6 91:6 97:10
97:19 99:1 100:10
102:1,4,8 112:15
119:14 120:25
130:7 138:7
139:16 155:14
156:10,25 160:12
160:12 166:12
167:25 168:14
175:24 176:10
179:3 182:1
183:20 184:24
186:2,6 191:7,9
203:22 206:9
207:7 209:10
**scan** 69:4 205:5
214:1
**scanned** 74:19

**scanning** 197:6
212:10
**scent** 93:4
**SCHER** 1:9 2:8
**SCHOTZ** 3:3,8
**scope** 93:11
**script** 94:1
**Sec** 218:4
**second** 13:16 38:6
49:7 61:14 80:16
91:2 99:2 120:5
132:3 161:7
183:24 202:19,24
210:18
**secretary** 12:6,9
13:11 16:20
**section** 12:16 26:18
155:11 156:3
158:12
**see** 9:2 10:24,25
11:22,24 12:21
14:3,7 15:7 16:22
17:19 19:1,9,13
19:25 20:9 26:20
29:10,11,13 30:21
32:12 33:21 34:18
35:13,18 36:19,25
39:8,16,19,25
40:10,13 43:17,21
44:20 45:15,23
47:10 49:9 50:5
51:25 53:7 55:1
56:14 57:17 60:17
61:18 63:13 65:6
65:7 67:3 75:12
76:9 77:2,21
78:20 79:23 80:6
80:18 81:9 82:20
84:25 85:25 87:24
90:1,17 92:24,25
97:7,10,14,18,23
98:3,17,19 99:4,8
100:13 101:21,25
102:1,11 105:11
105:18,24 106:4
108:14 110:21
111:3,12 112:7,11

112:14 113:12,17
113:20 114:1
115:9 117:21
119:9,13,22
120:12,14,21
121:6 122:5 125:1
125:11,13,14
126:22,25 127:6
127:23,25 128:3
128:15 129:13,17
129:19,21 130:4
130:20 131:12,15
131:20,21 132:5
132:23 133:3
134:22 135:16
137:1,23 138:2,6
139:9 154:18
155:7,14 156:8,11
156:15 160:14,25
161:2,12 163:7
166:4,10,13,20,22
168:2,4,15,18,24
169:3,16 170:7
171:1 175:25
176:5 177:1 178:2
180:21 181:2,20
181:24 182:3,6,22
184:3,6,13 185:19
185:25 186:10
188:4 190:20
191:4,12 198:10
199:2 200:24
203:12,16 206:7
209:5,9,15 210:18
211:20
**seeing** 203:25
204:2 212:8
**seen** 8:10 9:4 14:19
20:17 38:18 61:11
97:2 112:9 119:7
139:11 146:25
153:18,19,25
154:1,2,3 203:24
204:7 208:25
211:9 213:3
**Select** 5:10 137:22
**send** 37:11 46:20

47:8 130:12,12
193:18 201:24
203:23 204:18
205:5
**sending** 35:20
91:11 130:12
155:23 166:17
208:17
**sends** 15:3
**sense** 11:8 200:20
**sent** 45:21 46:14
80:17 88:23 90:4
90:5 91:4 130:11
188:5 193:19,25
203:22 204:6,8
212:3 214:1
**sentence** 80:16
89:24 91:2
**September** 167:20
**series** 79:16 198:1
**service** 15:3,16,24
16:3 17:22 21:10
168:1,4,7 170:24
191:13 199:5
**services** 6:6 7:3
9:21 10:21 27:22
27:23 30:20 31:3
31:3 32:20,24
33:24 34:12 35:16
43:6 55:9 56:25
60:25 61:16 62:5
63:24 64:7 65:4,9
76:25 80:14 84:16
84:17,18 85:14
90:15 94:23 97:10
103:13,21 104:6,8
104:9,11,21,24
105:3 109:9,11
112:12 113:14
119:11 120:2
126:23 127:9
130:19,22 131:1
131:13 132:21
134:10,17 135:24
139:24 140:1,4,8
140:15,16,25
141:6,11,21,23,23

142:10,11,12,16
146:1,5,7 149:11
149:12 156:20
160:19 161:15
162:14,21 163:11
163:15 164:19
169:8 177:9 181:5
181:11 185:23
186:12,17 189:15
191:5,10,19,21
192:17 193:9,14
195:14 197:3,5,12
198:17,19 200:3
200:22 206:11,24
207:2,3,5 209:10
209:17 210:15,21
**serving** 130:15
**Servsi** 168:6
**set** 9:17 10:2,20
11:17 17:22 25:21
32:3 42:11 143:5
143:7,11,12,13
152:6 182:1 218:6
**settled** 23:16
**seven** 22:10 103:22
106:24 107:5
118:23 215:17
**Seventy-eight**
13:18
**Shahab** 44:18,22
**share** 28:21
**shared** 50:21 73:5
123:11 125:7
154:25 155:20
**shares** 18:7,11,19
**shit** 213:1
**shooting** 92:19
**short** 54:10 99:21
100:5 118:15
137:11 187:17
202:12
**short-term** 213:14
**shortfall** 137:9
**Shorthand** 218:1
**Shortly** 145:20,21
**shots** 64:16
**show** 10:4 28:18

37:23 95:11 96:21
136:22 174:10,14
184:15 188:16
197:15
**showed** 138:19
**showing** 44:12
172:4 174:16
**shown** 66:1
**shows** 92:21
**shut** 21:17,19,21,23
22:2 23:1,19,22
**sic** 15:19 106:6
161:19,19
**side** 10:2
**sign** 11:5 69:8
**signatory** 30:7
100:21
**signature** 11:3 14:6
16:24 19:5,15
20:11 26:9 217:13
**signed** 11:7,8 14:9
14:13 17:25 18:1
21:6 26:11,13
27:1 28:4
**signing** 21:2 157:15
**Silverman** 144:1
150:1,3,4 152:1
159:7
**Simonian** 154:22
**sing** 92:20
**single** 35:23 62:18
62:19,23
**SIP** 181:18,22
182:10,21,25
183:4
**SIP's** 183:12
**sir** 7:19,22 8:13
12:2,19,22,25
13:2,4,9,12,15
14:4 15:6 16:25
17:3 18:3,5,12,15
18:18,20,23 19:7
19:12,16 26:12,14
26:17 38:11 45:10
46:10 48:7 49:24
50:22 52:4 54:20
54:22 63:12 64:25

77:10 104:5 113:9
119:8 120:7
123:10 132:2
133:2,5 139:12
150:5 165:19
167:19 191:20
195:5 206:5
212:16 213:3,7
**sit** 42:5 43:10 56:6
57:3 60:23 61:21
76:15 78:13 92:25
153:24 182:24
183:2 211:13
**sitting** 204:1 211:8
**six** 22:10 116:5
121:12
**size** 74:7
**sky** 181:2
**slate** 103:9
**slightly** 28:15
**small** 91:4 118:7,8
167:9
**smell** 93:4
**Socialization** 83:7
**sole** 18:16 47:20
**solemnly** 7:6
**Solomon** 46:20,24
207:23
**somebody** 101:2
109:21 151:5
174:3 185:13
188:23,25 207:24
207:25
**songs** 92:21
**soon** 215:14
**sorry** 24:25 26:8
59:25 60:24 67:21
88:11 94:17
101:10,13 123:3
126:9 135:24
141:2,10 154:14
167:4 171:11
192:14 194:8
198:5 202:22
213:2
**sort** 42:17,23 93:5
104:19 118:7

146:18 159:17
208:10
**sorts** 154:4,13
**sound** 22:16
**sounded** 191:3
**sounds** 139:19
152:13 173:20
**source** 34:25 35:6
46:1 76:11,16
79:25 86:3 90:7
**south** 24:2 25:7,10
147:13 173:10
**Sovrin** 5:12 22:6
24:6,12,18 43:1
68:13 140:13
143:2,4,5,16
144:9,17,22,24
145:1,25 146:5,8
146:11,18 147:7
147:18,19 148:2,5
148:7,7 149:8,9,9
149:11,12,18,19
149:24 150:10
151:23 152:10,11
152:13 153:6
155:14,24 156:19
156:23 157:2,12
157:19,22,23
158:16,18,19
160:19 161:11,16
161:21 162:14,21
163:10,12,16
165:1 166:17
167:3,5,9,11,21
168:11,22 169:7
169:14,22 170:3
170:12,21 171:7
173:14 174:2,7,10
174:14,15 175:21
175:24 176:9,14
176:16,17,20
177:3,4,6,7
178:11,13,22
179:1,7,8,11,17
179:19,21 180:15
180:17,22 181:3,9
181:10,11 182:19

182:23 183:1,4
185:1 186:18
187:6,12 188:4,12
189:16,20,22
190:14 191:2,19
191:22 192:18
193:14 194:5
200:6,15
**Sovrin's** 158:5,7
**space** 74:3,5,11,12
74:16,20,22 75:5
75:8 123:7 150:25
151:1 152:7
213:22,25
**SPC** 1:4 2:4 3:2,7
**specific** 65:21
109:17
**specifically** 17:7
19:23 21:23 28:17
32:1,3 33:10 36:4
42:25 57:8 62:16
63:8 67:16 72:25
73:1 84:20 91:18
103:22 104:18,20
104:23 105:1,9
107:1,4 109:3
117:4,14,17
133:13,18,25
137:20 140:25
145:17 148:14
157:19 162:22
174:5 179:20
188:13 204:7
211:7
**speculating** 62:13
**Spelled** 170:25
**spend** 58:5
**spending** 179:14,20
**spent** 72:15 91:17
174:7 176:17
180:22 181:3
188:16,23,24,25
**spoke** 25:21 83:1
88:3
**spoken** 196:21
**spot** 215:24
**spots** 123:19,20,22

square 74:6
ss 217:1
staff 207:18,20
stamp 18:3,4
    153:12,13
standard 123:14
Stanton 133:6
staples 125:6
stars 92:20 93:2
start 11:13 21:8
    79:20 162:17
started 25:23 84:2
    148:8 192:3 213:9
    213:12
starting 67:5
state 6:22 15:15
    217:1
statement 10:24
    13:23 14:24 29:5
    29:21,25 34:5,6
    97:21 112:17
statements 26:19
    29:9,20 127:2
    215:8,11
states 1:1 2:1 6:15
    12:11,16 15:14
    36:21 69:7 80:17
    84:4 105:25
    113:19 156:6,18
    171:11
status 51:5 93:6,22
steps 152:17
Steve 49:8,11,12,15
    70:22 84:2 136:14
    147:3,5 153:20
    154:6 157:7
    176:12 178:14
    185:13 186:6
    190:5 195:17
    202:5 207:21
stickers 81:25
stockholders 18:25
stop 22:3 75:5
    147:9,12
stopped 22:1,5
    23:25 24:12,14
    25:2 147:14,16

173:14 189:15
    193:6
stopping 95:24
storage 73:10
Storing 73:22
STREET 3:4,9
strictly 70:20
strike 13:5 19:4
    34:9 37:3 50:9
    72:8 76:14 91:9
    103:18 168:9
    173:18 179:14
    182:9 183:10
structure 144:23
    145:4
studio 49:13
stuff 31:8 43:3,4
    69:21 71:2 73:1,1
    73:9,22,24,24,25
    74:1 75:2,3
    124:20 125:23
    135:13 153:21
    177:15 197:7
    202:6 207:21
    214:3
subject 45:13 67:8
    83:23
subpoena 93:11
subsequently 162:5
substantially 164:5
success 70:4
successful 151:20
    151:22 165:13
    196:14 198:22
SUITE 3:4,14
summary 5:13
    175:18 182:15
supplies 121:2
    125:5 135:13
support 185:22
    186:3,7 191:6
Supporting 202:10
supposed 165:9
    210:25
sure 15:18 28:16
    48:24 52:16 58:23
    59:12 67:19 70:5

70:23 73:7 85:15
    105:2 109:16
    118:11 122:2,9
    128:8 131:2
    139:20 142:25
    167:16 168:20,21
    170:9 173:2,20
    177:21 185:9
    188:4 195:17
    202:1,4 208:11
    214:12 215:22,25
Swartz 27:17,21,22
    28:3,4,5,12 30:20
    30:23 31:3,6,9,12
    31:21,23,25 32:21
    33:8,13,14,23
    34:12 35:16,20
    36:2 38:21 39:8
    40:3,12,22 41:1
    43:6,8,24 54:25
    55:9,20 56:12,25
    57:16 59:16 60:2
    60:8,15 61:1,3,4
    61:16,24 62:6,9
    62:15,20,24 63:2
    63:16,24 64:7,18
    65:10 66:7 76:25
    77:5 78:2,9 80:9
    80:14 90:21,25
    91:19,25 95:5,20
    97:10 98:4 105:22
    112:12 113:4,14
    119:11,15 120:1
    120:10 126:23
    127:9,20 131:13
    132:4,8,20 138:9
    138:13,17 149:8
    149:11,13,14
    159:18 160:2,6,10
    182:9 183:19
swear 7:4,6
Sweet 87:6
switch 128:22
switched 128:22
    134:5
sworn 7:13 218:7
system 124:23

152:10 155:15,25
Systems 152:13

—— T ——
t 4:7 5:2 152:11
T-Mobile 128:14
    128:18
T-Moble 128:21
table 53:12,17 54:5
take 9:7 30:4 39:2
    52:14 54:10,17
    68:22 71:19 96:5
    100:8 116:11,18
    118:9 127:4,16
    137:13 138:22
    141:17,18 142:24
    142:24 169:3
    171:22 189:18,20
    189:24 205:4
    214:14
taken 1:17 2:16
    6:12,19 54:13
    96:9 152:17
    171:25 184:16,17
    214:23 218:5
talk 9:15 89:15
    111:13 119:17
    192:13,15 212:24
talked 34:4 95:21
    119:23 127:14
    151:5,7 154:22
    178:3 188:11
    196:1
talking 49:3 173:25
tape 64:12
Tax 27:4
Taxation 27:3
taxes 35:5 46:19
    59:12 200:17
TECHNOLOGI...
    1:10 2:9
technology 195:11
tedious 96:15
tell 7:7 22:23 29:3
    31:15 32:13 34:19
    36:5,6 38:4 58:4
    58:22 60:5 65:22

72:14,25 93:22
    114:17 116:20
    153:4 177:13
    195:3 197:24
telling 50:12 51:12
    51:18 89:10
    148:24 159:4
    162:15
ten 64:2 65:17 66:1
    92:15
terms 32:14 186:22
testified 7:14 9:16
    9:20 24:1 42:10
    44:22 51:1,7 92:8
    111:11 116:14
    121:14 124:8
    133:20 134:9
    146:4
testify 146:3
testimony 24:16
    32:19 48:18 57:22
    57:24 59:20 92:6
    117:6 134:15
    158:4,17 160:4
    162:12 165:22
    179:13,16,18
    215:7 218:10
TEXAS 3:4
text 173:6
Thank 7:1,11 8:23
    28:1 30:3 87:10
    93:19,20 96:5
    101:13 172:6
    197:20 216:2,3
Thanks 86:7
    205:18
theater 93:3
Theaters 92:3 95:7
theme 92:22
they'd 69:8 150:13
thin 181:13 190:17
thing 26:24 35:22
    35:23 85:11 105:7
    109:19 124:23
    130:13 134:4
    147:22 157:5
    161:12 172:20

| | | | | |
|---|---|---|---|---|
| 181:14 190:7,19 | 193:11,19 194:12 | 142:1,5 143:9 | 22:20 29:13 40:9 | 100:6 103:20 |
| 192:12,19 210:2 | 195:9,11,15 | 144:4 145:18 | 76:23 79:7 82:13 | 112:11 127:7 |
| 210:23 | 200:16 201:9 | 147:12 151:3 | 83:3 125:10 128:2 | 141:22 165:17 |
| **things** 21:13 24:1 | 208:11 211:2 | 161:15,25 162:3 | 137:21 154:18 | **transferred** 27:17 |
| 25:7,9 31:19,21 | 214:10 | 162:14,21 163:25 | 155:4 167:24 | 28:2 95:6 105:22 |
| 32:1 45:9 50:19 | **thinking** 159:2 | 167:1,5,11 171:24 | 168:24 169:16 | 117:10 |
| 52:17 60:11 61:24 | **thought** 31:10 | 173:6 174:11 | 170:6,23 175:20 | **transferring** |
| 62:8 75:18 83:8 | 151:15,16,17,20 | 179:20 180:19 | 175:23 195:6 | 115:12 |
| 93:5 103:4 107:5 | **thousand** 53:5,9 | 189:16 191:25 | **topics** 8:18,25 9:1,4 | **transfers** 4:12 5:5,6 |
| 118:7 133:25 | **three** 65:1,7,23 | 193:14 196:20 | 9:8,10,13 | 5:7,8,9 28:16 38:5 |
| 135:21 140:9 | 83:4 88:11 118:1 | 199:20 201:11 | **total** 116:25 139:14 | 38:6,21 40:18 |
| 142:15 147:13 | 136:2 173:11,12 | 202:12 204:8 | 161:1 166:21 | 43:24 44:3 65:21 |
| 160:1 173:10 | 173:12 176:2,17 | 206:25 207:6 | 168:16 171:10,15 | 66:3 69:13,17 |
| 214:2 | 189:1 190:7,8,19 | 208:25 210:22,24 | 176:17 178:21 | 112:16 119:20 |
| **think** 8:11,17 13:18 | 202:6 | 211:1,5 213:10 | 182:2,5 | 181:18,22 182:2,5 |
| 14:16,20,25 16:1 | **Thursday** 1:18 | 215:5 218:6,6 | **touch** 43:2 | 182:9,10,15,19 |
| 23:13 24:7 26:24 | 2:19 6:1 85:24 | **times** 13:20 34:14 | **tough** 138:10 | 183:12 |
| 27:14 36:17 41:4 | **tied** 60:11 133:9 | 52:14 57:25 64:2 | **town** 214:8 | **transit** 196:5 |
| 42:19 46:3 47:21 | **time** 6:10 13:3,7,10 | 65:18 68:23 79:6 | **tracked** 79:10 | **transition** 164:21 |
| 51:6 71:6,10,16 | 13:13 14:13 16:17 | 83:4 116:21 137:6 | **tracks** 28:17 | **trial** 97:5,6 112:5 |
| 72:12 75:23 92:22 | 20:21 21:22 23:2 | 137:8 164:15 | **tractions** 106:24 | 119:5 126:20 |
| 95:13,22,23 97:3 | 23:24,24 24:1 | 186:20 187:18 | **transaction** 27:16 | 131:9 137:19 |
| 100:20 103:10 | 25:2,5,6,8,9,10,15 | 191:23 | 28:12 29:3 30:7 | 139:3 174:5 |
| 104:18 105:7 | 27:1,13 29:22 | **title** 137:21 139:5 | 30:14 33:19 35:15 | **trips** 83:6 |
| 110:16 112:25 | 31:5 35:7 42:1 | **today** 6:10,19 7:2 | 40:9 54:23 59:19 | **true** 26:15 36:8 |
| 113:1,7 119:17,18 | 43:2 46:1 47:2 | 7:23 9:13 39:11 | 60:13 63:15 65:23 | 163:15 180:1 |
| 119:23 122:8,9,12 | 59:18 62:4,7,12 | 42:5 56:7 60:23 | 76:23 83:24 90:13 | 187:11,24 213:9 |
| 122:15,16 123:2 | 62:17,20,21,25 | 61:21 62:9 74:16 | 127:6 159:21 | 217:7 218:9,21 |
| 124:3 128:18,19 | 64:13,14 69:15 | 76:15 78:13 84:4 | 198:20 201:6 | **trust** 1:9 2:9 80:17 |
| 128:21,25 133:7,9 | 70:25 73:16 74:10 | 87:19,24 89:15 | 212:9 | 80:21,23 81:7 |
| 134:3,6,6,11,13 | 81:15 84:14,20 | 92:20 93:2 97:21 | **transactional** | **trusted** 114:15 |
| 134:19 141:14,19 | 85:4 104:10,13,22 | 111:12 126:8,10 | 198:23 | **TRUSTEE** 1:9 2:9 |
| 142:1,5 143:18 | 106:14,17 107:1 | 129:24 143:1 | **transactions** 25:17 | **truth** 7:7,8,9 |
| 145:2,6,7,20,22 | 107:12 108:16 | 147:7 153:24 | 28:15 30:16 31:1 | **try** 60:10 69:23 |
| 146:22 147:2,20 | 109:10,14 110:4,6 | 182:24 196:3 | 35:11,24 36:14 | 205:1 |
| 147:22 148:1,9,10 | 111:16 112:20 | 204:1 205:17 | 56:20 65:1 66:1 | **trying** 49:21 69:10 |
| 148:12 149:3,21 | 113:1 114:6,12,16 | 211:8 215:20 | 68:11,14 159:22 | 83:2 86:22 110:13 |
| 150:1,7,18 151:6 | 115:2,13 117:20 | **told** 23:21 34:20 | 164:22 165:4 | 135:5 140:9,10,11 |
| 152:12,16 153:19 | 119:16 120:18 | 41:3,8 53:23 63:3 | **transcript** 218:16 | 140:14,22 157:15 |
| 153:23 154:1,2,6 | 122:17,20,23,24 | 151:10 157:13 | **transfer** 28:8 35:16 | 162:22 184:15 |
| 158:6 159:5 | 124:1 125:4,20,22 | 167:8 182:20 | 36:9,21 37:8 39:8 | 185:18 195:23 |
| 162:22 163:18 | 126:1 128:7 131:1 | 186:20,21 188:8 | 39:12,20 40:3 | 207:17 208:9,16 |
| 167:12 172:19 | 132:15 134:17 | 192:2,12 209:19 | 43:14,19 46:5,14 | **TT** 1:4 2:4 3:2,7 |
| 173:16,24 174:7 | 135:14,18,18,19 | **tomorrow** 45:22 | 47:8 56:11 57:15 | 5:10 27:17 28:13 |
| 175:20 180:19 | 135:23,25 136:9 | 46:21 47:9 91:4 | 60:15 61:1,16,20 | 137:22 160:8,9 |
| 182:20 183:13 | 136:11,12 138:10 | 215:20,22 216:1 | 63:16,19 64:4 | **turn** 8:12 13:16 |
| 187:2 188:3,10,10 | 139:18 141:24 | **top** 10:24 14:1 | 65:4 80:7 90:15 | 15:4 18:2 22:21 |

33:17 35:9 36:11
39:3 40:8 43:12
54:21 63:11 97:25
113:8 120:5
132:17 161:7
167:18 170:15
202:24 206:17
209:2 210:7
**Tussauds** 92:23
**Tutor** 73:24 196:12
196:13,19 197:3
197:12 198:14
211:19 212:3,10
**TV** 201:10
**twice** 83:4 210:25
**Twirsky** 149:20,25
150:6
**two** 21:25 35:11
36:14 71:11 81:24
82:24 88:10 103:4
104:17 120:14
126:4 131:12
134:8 143:24
147:20 148:1,13
149:20,23 150:3
153:19 167:8
172:24,25 173:1
173:12 182:21
185:7 187:19
211:4 215:7
**type** 135:13 147:22
174:23
**typed** 172:23
**typically** 30:12
35:2,3 50:18
99:20
**typo** 199:6

**U**

**U-huh** 117:22
**uh** 10:19 19:20
31:18,18 41:3
43:25 73:25 93:8
93:24 94:15
109:19 110:12
199:23
**Uh-huh** 14:8 17:17

65:24 88:13
100:12 115:10
129:18 136:15
155:13,16 186:16
199:3 203:6
209:11
**ultimately** 150:18
200:12
**um** 13:25 14:16
24:4,9 25:8 26:18
27:10,14 31:18
73:25 156:19
**unaware** 162:18
**uncle** 15:22,23
134:24 135:4
**unclear** 8:22
**underneath** 102:19
111:1 156:3 186:9
**understand** 7:23
11:10 21:5 22:25
27:25 28:7 41:6
43:23 44:1 50:9
59:8 76:11,15
78:1,8 90:3 96:14
124:19 140:14,22
141:2 142:12
152:14 164:15
170:16 210:2
215:25
**understanding**
14:23 18:10 19:3
19:17 25:14 34:2
35:19 37:2,6
40:25 42:2,6,13
45:25 49:4 55:3
56:21 58:19 74:21
77:23 84:13 86:2
88:1,6 90:6 94:20
100:15 137:3
156:17 171:18
182:14,18,25
207:14 210:20
**understood** 17:1
31:23 57:23 59:20
70:16,20 80:23
95:4
**unfortunately**

100:9
**United** 1:1 2:1 6:15
**unpaid** 166:21
168:16 171:10,15
**unrelated** 209:24
**use** 53:6,9 60:1
78:2,9,11 81:2,12
82:1,5,7,10 91:9
99:17 102:16
108:25 121:16
129:4,5,5 202:15
213:25

**V**

**vague** 212:10
**vaguely** 154:3
**Valley** 73:19 214:6
**various** 20:14
40:18 83:17 98:21
103:2 133:4 140:5
164:19 177:2,3
213:4
**Vegas** 82:18,22,24
83:1,3,6
**vehicle** 42:11
165:16
**verify** 106:24
**Verizon** 122:4,9,11
122:13,16,17,25
123:2 134:9,16
135:22
**versus** 6:15
**viable** 165:23
**vice-president** 28:5
**video** 6:11
**VIDEOGRAPH...**
3:18 6:4 7:1
54:11,14 96:7,10
171:23 172:1
214:15,21,24
216:5
**videotaped** 1:16
2:16 6:18 216:6
**vis-a-vis** 25:11 43:8
**voice** 69:6
**voiceover** 124:22
**Volume** 6:18

**VS** 1:6 2:6

**W**

**W** 3:3
**wages** 177:2,11
184:5 189:9
**waiver** 19:9,25
**Walker** 3:3 6:24,24
13:19 20:14 27:15
92:6 93:15,20
214:17 215:2,3,6
215:16,19,23
216:2
**Wang** 195:5 203:5
203:21,23 206:11
**want** 8:20 23:17
30:13 35:11 36:13
53:6 54:17 61:15
63:14 65:1 96:3
96:14,16 98:14
128:23 148:23
153:1 202:12
214:17 215:23
**wanted** 35:3 52:6
53:9,17 68:8 70:4
72:17 188:22,23
215:6
**warehouse** 46:20
73:8,9,10,14,15
73:17,18,21 74:2
74:8,11,15,22
75:5,8 213:19,24
214:6
**Warner** 135:15,18
135:19,23 136:9
136:12
**warranted** 68:1
69:1
**Warshawsky** 84:9
**Warshawsky's**
84:16
**wasn't** 31:7 60:8
68:22 81:21 93:18
95:8 116:10
141:18 142:24
148:8 160:4
178:19 180:25,25

189:17,22 194:6
**water** 106:7,8,10
106:18 107:2
**Watson** 36:23 37:9
130:7
**Watson's** 77:19,24
78:3,10,14
**way** 33:2 34:8,10
62:10 90:22 91:1
91:14 92:1 114:10
145:9,11 151:16
159:17 173:7,8
180:3
**ways** 160:5
**WDP** 106:6
**we'll** 86:25 214:19
214:19,20
**we're** 54:11,14
89:14 93:12
151:10 152:7
172:1 200:5
202:16 208:2,17
214:21
**we've** 20:17 39:11
46:12 55:11 86:24
111:8 127:2,14
129:24 157:13
160:10 186:20
196:1 213:3
**web** 124:2,7
**week** 50:1 87:18
**weekend** 49:8
**weeks** 16:2 81:24
117:17
**weird** 206:10
**well-regarded**
198:22
**Wells** 29:5 38:6
99:12 112:21
181:18,22,23
182:12
**went** 23:17 24:2
25:7,10,23 38:24
74:17 82:24 83:3
90:5 111:6 114:20
119:18 121:4
125:11 142:5

147:13 157:25
158:15,20 164:5
175:19 180:20
185:5 210:6
**weren't** 13:7,11,14
24:5 176:13
**Western** 6:16
**Weston** 42:19 43:2
43:7 68:12 69:7
143:18,22 151:6
151:18 195:9
**whatnot** 24:9 59:13
195:22
**whatsoever** 144:7
**whichever** 52:25
**Whoa** 98:2
**WIECHERT** 3:13
**Wil** 215:3,20
**William** 3:13 6:25
**WILLIAM@DA...**
3:15
**Wimbledon** 1:4 2:4
3:2,7 6:14
**wind** 93:5
**wire** 4:12 36:22
37:11,12,15 38:5
38:24 45:20 46:5
47:8 77:12 84:23
88:20 89:25 90:4
91:4,23,25 130:7
140:5 205:3 207:3
**wired** 76:7,12
79:21 88:5
**wires** 32:12 34:18
34:18 37:10,18
83:1
**withdrawal** 101:3,7
**witness** 4:2 7:4,10
96:2 202:15,19,22
215:15,18 218:6
218:17
**wonder** 82:17
**word** 168:4
**words** 213:2
**work** 22:5 31:6,12
34:15 42:25 61:2
62:20,24 63:5

68:7,10,10,25
69:10,12,16,24
70:13,16,20 75:16
75:17,18,21 96:2
103:7,11 109:15
109:18,19,23
110:4,7 124:2,7,7
124:10,12,15,16
124:16,18,21
129:4 140:19,21
140:23 142:17,19
150:9 157:7
158:15,20 159:4
162:18 163:3
164:6,10,13,16
168:12 169:23
170:13 171:8
175:22 179:7,11
179:14,17 180:15
195:16,16,17
197:7,13 199:16
200:2 201:19
205:18 206:14
207:15 208:1,2,17
211:21,24,25
**worked** 25:22
68:11 70:25 74:10
102:21,25 103:2,5
140:12 146:14
158:17,19 163:23
164:20,21 165:4
165:10 177:7
196:23,23,24
197:9 198:20,21
207:19 208:6
209:20 210:4
**working** 24:6,12
25:3,16,24 31:16
31:20,21 32:25
47:2 61:24 62:7
62:11,14 64:14,16
64:17 66:6 68:12
68:12,13 102:24
103:3 144:14
163:24 165:9
178:13 195:9,18
195:20 196:3

202:5 209:23
**works** 93:24
**worth** 93:15
**wouldn't** 37:13
68:22 116:11
136:9,10 141:18
142:24 204:21
**wound** 26:23
**wrap** 214:20
**write** 41:8 45:20
48:8 60:6 72:2
79:6 101:5 164:16
167:9
**writes** 77:11 89:25
**writing** 86:11
**written** 84:4
103:13 115:15,20
116:9 126:3
146:18 149:1
160:18 163:9,17
175:20
**wrong** 134:19
140:3
**wrote** 45:13 49:25
53:5 76:7 78:18
79:21 81:2,11,18
82:4,14,17 84:22
85:23 86:7 87:2
87:18 91:3 123:6
148:12,14 159:1
164:10 204:17
205:2

---
**X**
---

**x** 4:7 5:1,2 218:16

---
**Y**
---

**Yay** 82:14
**yeah** 10:2 16:1 24:3
26:25 37:23 53:3
65:20 73:2 92:16
96:5 102:12
113:18 115:5
127:24 130:11
134:11 136:1
146:24 147:19
149:22 158:19

159:23 167:4
173:9,11 175:3,13
176:22 178:3
188:22 192:5
195:8 211:23
214:7,19
**year** 19:22 21:17
21:24,24 23:7,17
67:4 68:16 94:3
117:2,3 134:8
176:9 180:4 181:7
185:6 189:19,21
189:25 190:6
191:19,22 193:6
193:10
**years** 21:20,25 22:9
22:9,10,10 23:3
73:13 74:17,17
84:19 92:10,14
103:23 104:12
106:25 107:5
109:12,22 118:23
121:12 126:7
134:5,8 150:14
173:5,12,13 176:3
176:17 189:1
190:8,19 192:19
196:4,17,21
197:10 198:14,15
215:17
**yesterday** 7:20
9:16 10:3 13:19
20:13 24:1 25:22
27:15 28:9,14
34:4,5 42:10
44:23 46:25 49:1
51:1 92:5 93:16
124:8 138:18
146:12 147:8,13
154:22 162:7
**York** 162:8

---
**Z**
---

**Zarrinkelk** 44:5,18
44:23 45:5 100:25
101:8 125:16,18
125:21 126:2

130:3,15 180:14
185:11 213:13
**Zarrinkelk's** 28:20
37:4,7 39:4 54:18
66:24 76:19
101:14 186:9
191:12
**Zero** 84:23
**Zhi** 195:5
**ZKCO** 36:22 37:4

---
**0**
---

**07601** 3:10

---
**1**
---

**1** 4:9 8:3,4,8 26:6
84:4
**1,000** 111:6
**1,200** 81:23
**1.4** 189:1
**1.442** 176:17
**1.442.3** 178:23
**10** 4:11,19 81:7
83:12,13,17
137:10 148:9
**10,000** 210:25
**10:50** 54:12
**100** 18:7
**100,000** 54:24
63:15
**101,000** 171:11
**101,083.33** 171:12
**10100** 2:17 6:12
**11** 4:21 87:9,11,15
145:16
**11/23** 30:14,16
**11/29/2012** 39:19
**11:02** 54:15
**11:46** 96:8
**111** 5:6
**118** 5:7
**11th** 29:6,23 65:2
**12** 4:22 89:16,17,21
145:16
**12,000** 84:14
**12:46** 96:11
**125,000** 57:15

**12553** 1:22 2:20 218:1,25
**12578** 29:21
**126** 5:8
**127** 29:14 108:12 108:18,20
**12th** 161:5
**13** 4:18,19 5:5 16:13 56:11 79:17 80:6 83:18 84:22 96:22,23 131:20 132:21
**13,000** 121:2,4
**13,327** 47:8
**131** 5:9
**134,000** 176:15 178:18
**137** 5:10
**138** 5:11
**13th** 2:18 6:12 65:2
**14** 4:19 5:6 9:1,8 16:19 83:18 87:3 87:5 111:23,24 112:4
**145** 129:10
**149,000** 129:15,20
**14th** 85:23
**15** 5:7 17:4,9 81:7 104:12 118:24,25 119:4 182:2
**15,000** 99:6,25 123:8
**15,354.50** 178:20
**150,000** 30:19 32:7 33:12 38:25 39:8 39:12 40:3
**152** 5:12
**154,583.33** 168:17
**157** 36:16
**1578** 112:22
**16** 5:8 11:6 126:13 126:15,19
**165,000** 201:13
**167,753** 139:14,18
**167.36** 36:17
**17** 4:13 5:9 30:4,13 39:6 44:17 131:3

**131:**4,8 132:1 139:7,13
**17.7** 27:18
**172** 5:13
**175** 50:1 51:19
**175,000** 51:11,12 53:10
**1753** 176:22,25 177:1
**1754** 189:3
**1755** 193:1
**1756** 38:10
**1757** 38:10
**18** 5:10 33:17 39:18 137:13,14,18 139:7,14 208:23
**18,000** 125:11,15 125:19
**186,000** 132:4
**19** 5:11 18:2,3,3,4 138:22,23 139:2
**197** 5:14
**1K** 111:2
**1st** 26:11 30:2 218:22

─────────────

**2**

**2** 4:11 6:18 8:12,15 8:19 10:5,6 22:22 26:8 28:11 29:14 43:12 206:4
**2,015,000** 182:5
**2,295,000** 183:19
**2,529** 138:9
**2,529,000** 138:9
**2,529,732** 138:5,11
**2/7/2012** 5:14
**2:03** 171:24
**2:15-CV-6633-C...** 1:7 2:7
**2:25** 172:2
**20** 5:12 152:20,24 176:10,15 178:4 178:12 179:4,6,9 179:14,17,18,22 180:4,20 181:1,14 184:11,17,25

**190:**13,16 191:1 203:21
**20-some-odd** 150:14
**20,000** 148:9 156:14,19 166:15 168:11 169:8,22 170:12 171:7 178:15 180:12,14 180:16 181:6,8,10 181:12 211:1
**200** 117:1,4 141:15
**200,000** 61:17 63:8 65:4 90:15
**200,000.06** 190:21
**200K** 89:25 90:4
**201** 16:17
**2010** 145:16
**2011** 4:13,14,15 11:6 19:25 29:7 29:23,23 32:9 33:20 43:15 44:17 48:5 67:1 99:25 100:17 112:13 113:16 139:7,14 173:6 209:12,13 210:11,16,16 213:17
**2012** 4:16,17,18,19 4:20,21,22 22:12 22:16 35:12,12,16 36:9,14 43:19 56:11 57:15 60:14 61:16 63:15 65:3 71:25 76:4,24 79:17 80:6 83:18 83:18 84:22 87:3 87:6,16 89:21 90:14 119:12 120:3,11 122:18 126:24 131:20 132:21 139:8,14 154:17 161:5 162:10 166:2 167:21 168:24 169:13 170:2 171:19 173:6

**176:**3,18 177:24 178:17 184:8,22 198:9 203:7,21 208:23 213:10
**2013** 22:16 95:5 147:15 170:20 171:20 176:3 178:18,20 189:6 190:9,21 191:24 192:17 212:6
**2014** 30:2 176:3 178:18,19 193:3,6 193:14
**2015** 173:19
**2017** 14:2,24
**2018** 26:11
**2019** 1:18 2:19 6:1 6:10 218:22
**2025.320(a))** 218:14
**2025.330(a)** 218:7
**2025.540(a)** 218:8 218:11
**204** 178:5,9
**204,000** 176:15 178:8,11,17 185:18
**204,500** 46:6
**2093** 218:4
**20K** 80:17 180:10 181:4
**21** 5:13 18:22 172:5 172:7
**212,000.31** 178:5
**214,583.33** 171:16
**21st** 210:11
**22** 5:14 19:5 197:15 197:16
**22nd** 4:16 57:15 71:25
**23** 19:8 20:2 215:12
**23rd** 4:14 32:9 48:5
**24** 20:4
**24,230.79** 190:11
**242,500** 46:14 47:7
**247** 106:3
**24th** 29:6,23

**25** 3:9 81:7
**25,000** 130:18,24
**250** 87:20 88:25 109:14,16 140:2 141:15
**250,000** 43:16 89:1 89:6 112:13 113:15 116:25 117:1,2,4
**25th** 14:2
**26** 60:14 92:23
**27** 209:12 210:16
**27136** 3:14
**273** 124:25 125:4
**28** 1:18 2:19 6:1,10 15:5 63:15 203:7 212:6
**28(a))** 218:4
**29** 4:15 33:19 67:1 99:25 100:17
**290,000** 45:20 46:1 46:14
**2nd** 4:22 35:12,15 65:2,3 89:21 90:14,19 119:12 120:2,10

─────────────

**3**

**3** 4:12 8:15 15:4,14 37:24,25 39:12,23 40:6,15 43:12 214:16
**3-D** 92:20
**3,000** 123:15
**3:00** 202:11
**3:09** 214:22
**3:15** 214:25
**3:17** 216:7,9
**30** 81:3 82:10 167:20 202:16
**30(B)(6)** 1:16 2:16 4:9 8:8
**30(e))** 218:19
**30(f)(1))** 218:8,11
**30,000** 43:20 133:1 136:19
**300** 135:1,4

**300,000** 38:25 39:20 40:11 68:16 77:1,9 97:16,23 98:9 105:22 126:22 127:7,20 130:12
**300K** 67:4 76:7
**30th** 4:21 87:16 162:10 169:13 170:20 171:19
**31** 35:9 39:25 119:21
**31st** 30:2 61:16 154:17 161:5 166:2 168:24 170:2 171:19
**32,000** 105:17
**33,000** 120:18
**36** 36:11,13 40:8 54:21 76:21 80:3 90:10 127:4 131:18 215:13
**361-2822** 3:15
**37** 4:12 57:13 60:14
**38** 36:16
**3rd** 209:13 210:16

───────── **4** ─────────

**4** 4:13 44:12,13
**40** 28:19 31:4,12,15 39:3 54:18 76:19 80:4 90:9,14 110:16 119:21 127:4 131:17 215:13
**40,000** 60:15 95:6 110:16 115:7,12 116:1 117:10
**400** 135:15
**40K** 85:23
**4120** 3:4
**43** 26:6
**44** 4:13
**44,000** 113:24 114:3,6,19
**45,000** 100:15,25
**458,000** 192:21

**458,625.94** 178:21
**45K** 100:11
**46** 97:6
**469** 3:5
**47** 46:18 112:6
**47,500** 46:5
**48** 4:14
**493,846.54** 184:5 184:23 185:3
**4D** 69:22 92:3,9 93:3,4,14 94:24 95:6,15,22 140:11 142:1,10,17,19

───────── **5** ─────────

**5** 4:14 11:23 26:18 47:25 48:1
**5,000** 118:10,11 128:2,6
**50** 50:4 52:9 61:13 119:6
**50,000** 35:17 56:13 80:10 119:11,16 119:22 120:1,9 131:13,22 132:20
**50K** 79:21,25
**53** 63:11 72:5 126:21
**53,000** 72:16
**54** 131:10
**557-9391** 3:5
**56** 72:4
**56,000** 72:16
**57** 64:24 90:11,13
**57,000** 207:3

───────── **6** ─────────

**6** 4:15,17 12:6 36:14 66:16,19 76:4,24 126:24
**60** 87:23 88:23
**60K** 87:19,24 88:1 88:5,7
**629** 178:10
**629,000** 178:8,9
**629,915** 176:21
**629,915.16** 176:21

178:4
**63,000** 130:2,10,12
**63,167** 36:15
**63,167.36** 77:12
**658** 122:3
**66** 4:15
**684** 107:12
**6th** 127:10

───────── **7** ─────────

**7** 4:16 12:11 16:10 16:13 71:19,20 138:9 198:8
**7,000** 136:24 137:4
**7:00** 69:7
**71** 4:16
**75** 4:17
**750** 128:14
**75202** 3:4
**757** 161:8
**758** 165:25
**759** 170:15
**760** 167:18
**761** 168:23
**762,please** 169:11
**763** 169:25 171:15
**766** 203:2
**767** 206:18
**768** 209:4
**769** 210:7
**770** 211:16
**79** 4:18

───────── **8** ─────────

**8** 4:5,9,17 12:15,20 75:24,25 113:15
**8,000** 102:8 110:21
**800** 23:7,17 81:23
**81,038.33** 166:21
**83** 4:19
**84** 139:3
**87** 4:21
**89** 4:22
**89,000** 101:23
**8th** 43:15 112:13

───────── **9** ─────────

**9** 4:18 35:12 79:11 79:12,16
**9:57** 2:19 6:2,11
**90067** 6:13
**901** 3:4
**92675** 3:14
**941** 101:12,14
**941,000** 101:11
**949** 3:15
**95** 87:20 137:20
**96** 5:5
**98** 126:5
**9th** 36:9 40:1 43:19 54:23