# EXHIBIT M

XT185674                           000228666

# Texas Notice of Delinquent Franchise Tax

Date of notice: 07/22/2011
Date of delinquency: 05/17/2011

Taxpayer name: SWARTZ IP SERVICES GROUP INC.
Taxpayer number: 32043127607

### Your entity's franchise tax account is delinquent
*because the entity has failed to meet the franchise tax requirements shown below:*

**Reason for Delinquency:** Original Franchise Tax Report Not Filed
Complete, Signed Public Information Report, Form 05-102, Not Filed

REPORT YEAR: 2011 ANNUAL

Texas tax law allows 45 days after we mail this notice of delinquency before the entity's right to transact business in Texas is forfeited. This 45 day window allows you the opportunity to resolve the delinquency before that action is taken. You may still be contacted by a Comptroller employee about the delinquency.

**What You Need To Do:**
- Visit our website www.window.state.tx.us/taxinfo/franchise/fl_delinquency.html to find detailed information about the reason your entity is delinquent (see 'Reason for Delinquency' above) and how to resolve it.
- If the reason for delinquency is a balance due, pay the amount due, including applicable penalty and interest. Statutory penalty is 5% of tax paid between 1-30 days after the due date, 10% if paid 31 or more days after the due date. Interest accrues on all unpaid taxes beginning on the 61st day after the due date. If applicable, interest on this notice is calculated through the 'Date of notice' shown above. Current interest rates are available at www.window.state.tx.us/taxinfo/int_rate.html or by calling (877) 447-2834.
- If you received this notice and your entity is a member of a combined group, it may be that the reporting entity for the group failed to meet franchise tax requirements. All members of the combined group are in delinquent status in Texas until all requirements have been met. Please contact the reporting entity for your group to resolve the delinquency. (Texas Tax Code Ann. Sec. 171.1014)

**If the Delinquency is Not Resolved:**
The right to transact business will be forfeited unless delinquent reports, payment of any calculated tax due plus penalty and interest, and a complete and signed Public Information Report or Ownership Information Report are postmarked on or before **09/20/2011**.

If the entity's right to transact business is forfeited, the entity's officers, directors, partners, members or owners may become liable for debts of the entity, including taxes, penalties and interest, which are incurred after the due date of the report and/or payment. Also, the entity may be unable to sue or defend in a court of this state in accordance with the law. (Notice is given in accordance with provisions of Texas Tax Code Ann. Secs. 171.251, 171.2515, 171.252 and 171.256). *Note: The provisions in the law concerning forfeiture of the entity's right to transact business do not apply to banking corporations or savings and loan associations.*

**File and pay electronically using WebFile at www.window.state.tx.us/webfile.**
You will need the 6-digit XT number located at the top of this notice to access WebFile. You can use WebFile to file a franchise tax report or make a payment.

Franchise tax information, forms and instructions for filing are available online at **www.franchisetax.tx.gov**. You can also contact the Comptroller's field office in your area or call (800) 252-7942.

▼ If you are not required to pay electronically, you can return the bottom portion of this notice with your payment. ▼

---

# Texas Notice of Delinquent Franchise Tax

VVVV



Do not write in the space above.

a. Type of tax/fee: FRANCHISE TAX
c. Date of notice: 07/22/2011



Make your check payable to: State Comptroller
Mail to: Comptroller of Public Accounts
P.O. Box 149348
Austin TX 78714-9348

e. Taxpayer name and mailing address:
SWARTZ IP SERVICES GROUP INC.
10101 FONDREN RD STE 515
HOUSTON TX 77096-5144



Amount Paid $



PLAINTIFF'S EXHIBIT 4
JAM 3/27/19

| *IC | *TP | *FP | *AM | *FILE | | |
|---|---|---|---|---|---|---|
| 13050 | 32043127607 | 11 | 0 | 0801350138 | 5 | 5 |

JAM_TT_001169