# EXHIBIT N

# Certification of Lack of Record

To Whom it May Concern:

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address.

Street address

300 N. Los Angeles Street Mail Stop 1020

| City | State | ZIP code |
|---|---|---|
| Los Angeles | CA | 90012 |

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

## Description of Record(s) Sought

Taxpayer identification information

| Taxpayer name | Taxpayer Identification Number (SSN, TIN, or ITIN) |
|---|---|
| SWARTZ IP SERVICES GROUP INC | 45-3776794 |

Street address

2425 COLORADO AVE STE 205

| City | State | ZIP code |
|---|---|---|
| SANTA MONICA | CA | 90404 |

Description of information sought

Form 1120, U.S. Corporation Income Tax Return

As of February 16, 2018, the Internal Revenue Service shows no returns filed for the following periods for the business entity described above.

Period(s)

December 31, 2011    December 31, 2015
December 31, 2012    December 31, 2016
December 31, 2013
December 31, 2014

Affix IRS Seal here



Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service.

Name

S. Konstantinidis

Title

Disclosure Spec.-Privacy, Governmental, Liaison and Disclosure

Signature

Date signed   FEB 20 2018

PLAINTIFF'S EXHIBIT 47   3/26/19

GOVERNMENT EXHIBIT 969
16 Cr. 746 (PKC)