# EXHIBIT O

Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697



John Steen
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## Advisory IP Services Inc.

File Number : 801350138                     Certificate / Charter forfeited :   February 08, 2013

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.





John Steen
Secretary of State

Come visit us on the Internet @http://www.sos.state.tx.us/

(512) 463-5555                     FAX (512) 463-5709                     TTY 7-1-1

WF0001925