# EXHIBIT P

Jeffrey N. Pomerantz, Esq. (CA Bar No. 143717)
Gillian N. Brown (CA Bar No. 205132)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Telephone: 310- 277-6910 / Facsimile: 310- 201-0760
E-mail: jpomerantz@pszjlaw.com
gbrown@pszjlaw.com

James W. Walker (admitted *pro hac vice*)
Justin S. Levy (admitted *pro hac vice*)
COLE SCHOTZ P.C.
2515 McKinney Avenue, Suite 1350
Dallas, TX 75201
Telephone: 469-557-9390 / Facsimile: 469-533-0361
E-mail: jwalker@coleschotz.com
jlevy@coleschotz.com

Attorneys for Plaintiff, The
Wimbledon Fund, SPC (Class TT)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THE WIMBLEDON FUND, SPC (CLASS TT), <br><br>Plaintiff, <br><br>vs. <br><br>GRAYBOX LLC; INTEGRATED ADMINISTRATION; EUGENE SCHER, AS TRUSTEE OF BERGSTEIN TRUST; and CASCADE TECHNOLOGIES CORP., <br><br>Defendants. | C.D. Cal. Case No. 2:15-cv-6633-CAS-AJWx <br><br>**DECLARATION OF VINCENT KING IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AGAINST GRAYBOX LLC** <br><br><u>Hearing</u>: <br>Date: October 19, 2015 <br>Time: 10:00 a.m. <br>The Hon. Christina Snyder |

51423/0003-12239433v1

I, Vincent King, declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Director of the Wimbledon Fund SPC (Class TT) (the "Fund"), the plaintiff in this action. I have personal knowledge of the facts set forth herein and am authorized to submit this Declaration in support of the Fund's motion for a preliminary injunction against defendant Graybox LLC (the "Motion").

2. In November 2011, the Fund entered into a Note Purchase Agreement (the "NPA") with Swartz IP Services Group Inc. ("SIP"). I have reviewed the Motion, and a true and correct copy of the NPA is attached as Exhibit A to the Motion.

3. It was understood that the transaction with SIP was a total return swap transaction. Specifically, pursuant to the NPA, the Fund was afforded the right to purchase up to $25 million of reference notes (the "SIP Notes"). A true and correct copy of the SIP Notes is attached to the Motion as Exhibit B. The NPA provided that the SIP Notes would increase or decrease in value each year based on the performance of Tewksbury Investment Fund Ltd. ("Tewksbury"). The Fund's assets had traditionally been directly or indirectly invested in Tewksbury, a well-known multi-billion dollar hedge fund, which yielded stable and consistent, high single-digit returns, for the Fund and its investors.

4. In connection with the contemplated swap transaction, the Fund made payments of $12.5 million and $5.2 million to SIP in November and December 2011.

5. In August and October 2012 and January 2013, the Fund made redemption requests on SIP. SIP ignored those requests.

6. Thereafter, in February 2013, the Fund declared the SIP Notes immediately due and payable. SIP ignored the acceleration notice.

7. As the Fund later learned, the transaction with SIP was not a "total return swap" and, in fact, SIP was nothing more than a fictitious corporate entity that four individuals, David Bergstein, Jerome Swartz, Aaron Grunfeld, and Kiarash Jam,

1

51423/0003-12239433v1

created for the sole purpose of perpetuating fraud. The Fund was a victim of that fraud.

8. On February 8, 2013, the Fund filed an action in New York state court to recover the $17.7 million that was advanced to SIP pursuant to the NPA. A true and correct copy of the complaint filed in New York is attached to the Motion as Exhibit C. That action resulted in the entry of an $18,171,635 award against SIP and in favor of the Fund.

9. On July 30, 2015, the Fund filed a complaint against David Bergstein, Jerome Swartz, Aaron Grunfeld, and Kiarash Jam in the United States District Court for the Southern District of Texas. The Fund alleges that those individuals are the alter egos of SIP and are therefore personally liable for the award entered in New York.

Dated: September 9, 2015
Nassau, Bahamas

_____
Vincent King

51423/0003-12239433v1