# EXHIBIT R

**PLAINTIFF'S EXHIBIT 48** Zenioleli 3/26/19

**GOVERNMENT EXHIBIT 967**
16 Cr. 746 (PKC)

## Certification of Lack of Record

To Whom it May Concern:

I certify that the Commissioner of the Internal Revenue has custody of Federal tax record(s) filed in, or accessible from, the office at the following address:

Street address: 300 N. Los Angeles Street Mail Stop 1020
City: Los Angeles   State: CA   ZIP code: 90012

The Commissioner of Internal Revenue would have the Federal tax record(s) described below, or entry(ies) pertaining to such record(s), stored at or accessible from this address. I certify that, having made a diligent search for the described record(s), no such record(s) or entry(ies) pertaining to such record(s) was/were found.

### Description of Record(s) Sought

**Taxpayer identification information**

Taxpayer name: PINEBOARD HOLDINGS INC
Taxpayer Identification Number (SSN, TIN, or ITIN): 45-3838252
Street address: 2425 COLORADO AVE STE 205
City: SANTA MONICA   State: CA   ZIP code: 90404

Description of information sought

Form 1120, U.S. Corporation Income Tax Return

As of December 27, 2017, the Internal Revenue Service shows no returns filed for the following periods for the business entity described above.

Period(s)

December 31, 2011     December 31, 2015
December 31, 2012     December 31, 2016
December 31, 2013
December 31, 2014

Affix IRS Seal here



Under authority of Commissioner Delegation Order 11-5 (or redelegation thereunder), I certify that the foregoing is true and correct, and I have signed this certification and affixed to it the seal of office of the Internal Revenue Service.

Name: S. Konstantinidis
Title: Disclosure Spec.-Privacy, Governmental, Liaison and Disclosure
Signature: [signed]
Date signed: 010218

Form **3050** (Rev. 3-2006)   Catalog Number 19212C   publish.no.irs.gov   Department of the Treasury-Internal Revenue Service