# EXHIBIT S

# Swartz IP Combined Accounts 8080, 8122, and 9114
# Summary of Account Activity by Counterparty
# November 2011 – August 2012

| Date | Deposit | Withdrawal | Counterparty | Description | Account |
|---|---|---|---|---|---|
| 17-Nov-11 | $12,500,000 | $0 | TT | Federal Funds Received | 8080 |
| 18-Nov-11 | $0 | $1,000,000 | Stephens Inc | Federal Funds Sent | 8080 |
| 18-Nov-11 | $0 | $1,274,325 | Henry N Jannol Corporation | Federal Funds Sent | 8080 |
| 18-Nov-11 | $0 | $2,200,000 | Saiber | Federal Funds Sent | 8080 |
| 22-Nov-11 | $0 | $750,000 | Weston Financial Services | Federal Funds Sent | 8080 |
| 23-Nov-11 | $0 | $200,000 | Spillane Weingarten Client Trust | Federal Funds Sent | 8122 |
| 23-Nov-11 | $0 | $150,000 | Graybox | Federal Funds Sent | 8122 |
| 23-Nov-11 | $0 | $150,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 28-Nov-11 | $0 | $200,000 | Cascade Technologies | Federal Funds Sent | 8122 |
| 29-Nov-11 | $0 | $235,000 | Spillane Weingarten Client Trust | Federal Funds Sent | 8122 |
| 29-Nov-11 | $0 | $300,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 30-Nov-11 | $0 | $1,700,675 | Fund Administration | Federal Funds Sent | 8122 |
| 5-Dec-11 | $0 | $5,224,405 | Swartz IP 8080 | Customer authorized Transfer | 8122 |
| 5-Dec-11 | $5,224,405 | $0 | Swartz IP 8122 | Customer Authorized Transfer | 8080 |
| 6-Dec-11 | $100 | $0 | Unspecified | Credit | 9114 |
| 6-Dec-11 | $750,000 | $0 | Weston Financial Services | Federal Funds Received | 8080 |
| 6-Dec-11 | $0 | $135,000 | Swartz IP Services Group, UK | Federal Funds Sent | 8080 |
| 6-Dec-11 | $0 | $75,000 | Graybox | Federal Funds Sent | 8122 |
| 8-Dec-11 | $5,200,000 | $0 | TT | Credit | 9114 |
| 8-Dec-11 | $0 | $26,000 | Cash | Debit | 9114 |
| 8-Dec-11 | $0 | $250,000 | Integrated Administration | Debit | 9114 |
| 9-Dec-11 | $0 | $6,000 | Cash | Debit | 9114 |
| 9-Dec-11 | $0 | $100,000 | Barnes Law Firm | Debit | 9114 |
| 9-Dec-11 | $0 | $750,000 | Purple Box | Debit | 9114 |
| 9-Dec-11 | $0 | $1,325,000 | Fund Administration | Debit | 9114 |
| 12-Dec-11 | $0 | $100,000 | Graybox | Debit | 9114 |
| 15-Dec-11 | $0 | $100,000 | Eugene Scher | Debit | 9114 |

GX 714, 715, 734.

**GOVERNMENT EXHIBIT 41**
16 Cr. 746 (PKC)

# Swartz IP Combined Accounts 8080, 8122, and 9114
# Summary of Account Activity by Counterparty
# November 2011 – August 2012

| Date | Deposit | Withdrawal | Counterparty | Description | Account |
|---|---|---|---|---|---|
| 15-Dec-11 | $0 | $125,000 | Integrated Administration | Debit | 9114 |
| 15-Dec-11 | $0 | $300,000 | Graybox | Debit | 9114 |
| 19-Dec-11 | $0 | $100,000 | Integrated Administration | Debit | 9114 |
| 19-Dec-11 | $0 | $200,000 | Graybox | Debit | 9114 |
| 22-Dec-11 | $0 | $1,000,000 | Ronald N Tutor | Debit | 9114 |
| 23-Dec-11 | $0 | $750,000 | Fund.com | Debit | 9114 |
| 23-Dec-11 | $0 | $150,000 | General Health Technologies | Federal Funds Sent | 8080 |
| 4-Jan-12 | $0 | $200,000 | Graybox | Federal Funds Sent | 8122 |
| 9-Jan-12 | $0 | $30,000 | Integrated Administration | Debit | 9114 |
| 13-Jan-12 | $0 | $100,000 | General Health Technologies | Federal Funds Sent | 8080 |
| 13-Jan-12 | $0 | $150,000 | Illuminergy | Federal Funds Sent | 8080 |
| 18-Jan-12 | $0 | $125,000 | Graybox | Federal Funds Sent | 8122 |
| 20-Jan-12 | $0 | $100,000 | Spillane Weingarten Client Trust | Federal Funds Sent | 8122 |
| 20-Jan-12 | $0 | $100,000 | Mitchell Silberberg Knupp | Federal Funds Sent | 8122 |
| 26-Jan-12 | $0 | $100,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 2-Feb-12 | $0 | $50,000 | Graybox | Federal Funds Sent | 8122 |
| 2-Feb-12 | $0 | $50,000 | Eugene Scher | Federal Funds Sent | 8122 |
| 2-Feb-12 | $0 | $29,343 | Pacific Life | Federal Funds Sent | 8122 |
| 2-Feb-12 | $0 | $50,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 9-Feb-12 | $0 | $2,000,000 | Swartz IP 8122 | Customer Authorized Transfer | 8080 |
| 9-Feb-12 | $2,000,000 | $0 | Swartz IP 8080 | Customer Authorized Transfer | 8122 |
| 9-Feb-12 | $0 | $50,000 | Graybox | Federal Funds Sent | 8122 |
| 9-Feb-12 | $0 | $50,000 | Eugene Scher | Federal Funds Sent | 8122 |
| 9-Feb-12 | $0 | $150,000 | Henry N Jannol Corporation | Federal Funds Sent | 8122 |
| 9-Feb-12 | $0 | $150,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 10-Feb-12 | $0 | $20,000 | Cash | Debit | 9114 |
| 17-Feb-12 | $0 | $150,000 | Spillane Weingarten Client Trust | Federal Funds Sent | 8122 |

GX 714, 715, 734.

# Swartz IP Combined Accounts 8080, 8122, and 9114
# Summary of Account Activity by Counterparty
# November 2011 – August 2012

| Date | Deposit | Withdrawal | Counterparty | Description | Account |
|---|---|---|---|---|---|
| 29-Feb-12 | $0 | $81,318 | Daniel Refoua | Federal Funds Sent | 8122 |
| 29-Feb-12 | $0 | $100,000 | Mac and Tosh Remarketing Corporation | Federal Funds Sent | 8122 |
| 1-Mar-12 | $81,298 | $0 | Daniel Refoua | Credit | 8122 |
| 2-Mar-12 | $0 | $70,000 | Swartz IP Services Group, UK | Federal Funds Sent | 8080 |
| 2-Mar-12 | $0 | $81,318 | Arshia Refoua | Federal Funds Sent | 8122 |
| 6-Mar-12 | $0 | $25,000 | Eugene Scher | Federal Funds Sent | 8122 |
| 6-Mar-12 | $0 | $300,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 9-Mar-12 | $0 | $50,000 | Graybox | Federal Funds Sent | 8122 |
| 9-Mar-12 | $0 | $100,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 13-Mar-12 | $0 | $186,000 | Malibu Escrow Corporation | Federal Funds Sent | 8122 |
| 13-Mar-12 | $0 | $50,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 15-Mar-12 | $0 | $500,000 | Weston Capital Asset Management | Federal Funds Sent | 8122 |
| 16-Mar-12 | $0 | $500,000 | General Health Technologies | Federal Funds Sent | 8122 |
| 20-Mar-12 | $0 | $160,000 | Graybox | Federal Funds Sent | 8122 |
| 22-Mar-12 | $0 | $50,000 | Pineboard | Federal Funds Sent | 8122 |
| 22-Mar-12 | $0 | $125,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 26-Mar-12 | $0 | $60,000 | General Health Technologies | Federal Funds Sent | 8122 |
| 26-Mar-12 | $0 | $40,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 28-Mar-12 | $0 | $90,000 | Graybox | Federal Funds Sent | 8122 |
| 19-Apr-12 | $1,000,000 | $0 | Zarrinkelk Kashefipour | Credit | 9114 |
| 20-Apr-12 | $0 | $1,000,000 | TT | Debit | 9114 |
| 24-Apr-12 | $500,000 | $0 | Spillane Weingarten Client Trust | Federal Funds Received | 8080 |
| 16-May-12 | $0 | $40 | CVS | Debit | 9114 |
| 17-May-12 | $0 | $818 | Marina Del Rey | Debit | 9114 |
| 22-May-12 | $0 | $35 | Oakdale Pharmacy | Debit | 9114 |
| 23-May-12 | $0 | $23 | Jerry Famous Deli | Debit | 9114 |
| 29-May-12 | $0 | $112 | The Ivy at the Shore | Debit | 9114 |

GX 714, 715, 734.

# Swartz IP Combined Accounts 8080, 8122, and 9114
# Summary of Account Activity by Counterparty
# November 2011 – August 2012

| Date | Deposit | Withdrawal | Counterparty | Description | Account |
|---|---|---|---|---|---|
| 30-May-12 | $500,000 | $0 | Unspecified | Federal Funds Received | 8080 |
| 31-May-12 | $0 | $500,000 | Fund Administration | Federal Funds Sent | 8122 |
| 31-May-12 | $0 | $200,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 31-May-12 | $0 | $50,000 | Graybox | Federal Funds Sent | 8122 |
| 1-Jun-12 | $0 | $8,000,000 | Swartz IP 8122 | Customer Authorized Transfer | 8080 |
| 1-Jun-12 | $8,000,000 | 0 | Swartz IP 8080 | Customer Authorized Transfer | 8122 |
| 4-Jun-12 | $166,380 | $0 | Unspecified | Federal Funds Received | 8080 |
| 4-Jun-12 | $0 | $600,000 | Graybox | Federal Funds Sent | 8122 |
| 8-Jun-12 | $0 | $9 | Unspecified | Debit | 9114 |
| 11-Jun-12 | $0 | $3,000,000 | Swartz IP 8122 | Customer Authorized Transfer | 8080 |
| 11-Jun-12 | $3,000,000 | $0 | Swartz IP 8080 | Customer Authorized Transfer | 8122 |
| 18-Jun-12 | $0 | $50,000 | Graybox | Federal Funds Sent | 8122 |
| 28-Jun-12 | $0 | $100,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 2-Jul-12 | $0 | $50,000 | Graybox | Federal Funds Sent | 8122 |
| 2-Jul-12 | $0 | $200,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 5-Jul-12 | $0 | $550,000 | Swartz IP 8122 | Customer Authorized Transfer | 8080 |
| 5-Jul-12 | $550,000 | $0 | Swartz IP 8080 | Customer Authorized Transfer | 8122 |
| 11-Jul-12 | $0 | $100,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 13-Jul-12 | $33,500 | $0 | Unspecified | Federal Funds Received | 8080 |
| 13-Jul-12 | $0 | $50,000 | Integrated Administration | Federal Funds Sent | 8122 |
| 16-Jul-12 | $0 | $439,543 | Swartz IP 8122 | Customer Authorized Transfer | 8080 |
| 16-Jul-12 | $439,543 | $0 | Swartz IP 8080 | Customer Authorized Transfer | 8122 |
| 24-Jul-12 | $0 | $20,000 | Unspecified | Federal Funds Sent | 8080 |
| 30-Jul-12 | $0 | $5,000 | Unspecified | Debit | 9114 |
| 22-Aug-12 | $0 | $4,960 | Unspecified | Debit | 9114 |

GX 714, 715, 734.