# EXHIBIT V

| Date | Transaction | Bank | Payee | Reference | Amount |
|------|-------------|------|-------|-----------|--------|
| 11/23/11 | Wire Transfer | Wells Fargo - | Integrated Administration Inc. | Pineboard Funding | 150,000.00 |
| 11/29/11 | Wire Transfer | Wells Fargo | Integrated Administration Inc. | Pineboard Funding | 300,000.00 |
| 02/09/12 | Wire Transfer | Wells Fargo | Integrated Administration Inc. | Pineboard Funding | 150,000.00 |
| 03/06/12 | Wire Transfer | Wells Fargo | Integrated Administration Inc. | Pineboard Funding | 300,000.00 |
| 03/09/12 | Wire Transfer | Wells Fargo | Integrated Administration Inc. | Pineboard Funding | 100,000.00 |
| 03/13/12 | Wire Transfer | Wells Fargo | Integrated Administration Inc. | Pineboard Funding | 50,000.00 |
| 03/22/12 | Wire Transfer | Wells Fargo | Integrated Administration Inc. | Pineboard Funding | 125,000.00 |
| 03/26/12 | Wire Transfer | Wells Fargo | Integrated Administration Inc. | Pineboard Funding | 40,000.00 |
| 05/31/12 | Wire Transfer | Wells Fargo | Integrated Administration Inc. | Pineboard Funding | 200,000.00 |
| 06/28/12 | Wire Transfer | Wells Fargo | Integrated Administration Inc. | Pineboard Funding | 100,000.00 |
| 07/02/12 | Wire Transfer | Wells Fargo | Integrated Administration Inc. | Pineboard Funding | 200,000.00 |
| 07/11/12 | Wire Transfer | Wells Fargo | Integrated Administration Inc. | Pineboard Funding | 100,000.00 |
| 07/13/12 | Wire Transfer | Wells Fargo | Integrated Administration Inc. | Pineboard Funding | 50,000.00 |
| 01/26/12 | Wire Transfer | Wells Fargo | Integrated Administration Inc. (according IA's GL) | | 100,000.00 |
| 02/02/12 | Wire Transfer | Wells Fargo | Integrated Administration Inc. (according IA's GL) | | 50,000.00 |
| | | | | Total | 2,015,000.00 |



PLAINTIFF'S EXHIBIT
3
IAm    3/28/18

IA_TT_001756

| Date | Transaction | Bank | Payee | Reference | Amount |
|---|---|---|---|---|---|
| | | | | | |
| 12/08/11 | Transfer | Wells Fargo | Integrated Administration Inc. | | 250,000.00 |
| 01/09/12 | Transfer | Wells Fargo | Integrated Administration Inc. | | 30,000.00 |
| | | | | | |
| | | | Total: | | 280,000.00 |

IA_TT_001757