# EXHIBIT W

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,               New York, N.Y.

 4            v.                             16 Cr. 0746(PKC)

 5   DAVID BERGSTEIN,

 6                Defendant.

 7   ------------------------------x
                                             February 28, 2018
 8                                           9:36 a.m.
     Before:
 9
                      HON. P. KEVIN CASTEL,
10
                                             District Judge
11
                         APPEARANCES
12
     GEOFFREY S. BERMAN
13        Interim United States Attorney for the
          Southern District of New York
14   BY:  EDWARD IMPERATORE
          ROBERT ALLEN
15        ELISHA KOBRE
             Assistant United States Attorneys
16
     BIENERT, MILLER & KATZMAN, PLC
17        Attorneys for Defendant
     BY:  THOMAS H. BIENERT, JR.
18        ANTHONY R. BISCONTI

19   SATTERLEE STEPHENS LLP
          Attorneys for Defendant
20   BY:  ANDREW L. FISH

21           - also present -

22   Ellie Sheinwald, U.S. Paralegal Specialist
     Sarah Emmerick, U.S. Paralegal Specialist
23   Caroline K. Howland, Defense Paralegal Specialist

24   SA Shannon Bieniek, FBI

25
```

```
 1   A.   I don't see the cash.  Where is it?
 2   Q.   Up at the top.
 3   A.   Where?  Oh, yes.  $736.
 4   Q.   And I think we also saw some credit card records showing
 5   payments to someone named Bruce Crispin?
 6   A.   You expect me to remember credit card records that you
 7   showed during this process?
 8   Q.   Do you know who Bruce Crispin is?
 9   A.   He is a dentist.
10   Q.   Whose dentist?
11   A.   He is the dentist for multiple people in the office.
12   Q.   Sir, is Pineboard a code word for spending money on
13   yourself?
14            MR. BIENERT:  Objection.  Argumentative.
15            THE COURT:  Sustained.
16   Q.   Let's, if we can look now at the March 6, 2012 transfer
17   from Swartz IP, let's look at Government Exhibit 341.  This is
18   an e-mail from you to Sean Edrington and someone named Alisa
19   Lilely at Deutsche Bank March 6, 2012.  If we can look at the
20   wires, please?  And we see transfers here of $300,000 to
21   Wells Fargo for Integrated Administration.  What is the purpose
22   you state?
23   A.   Pineboard funding.
24   Q.   And a $20,000 wire to Eugene Scher ATF, the Bergstein
25   trust.  What is the purpose that you write?
```