# EXHIBIT X

Message
---

| | |
|---|---|
| **From**: | Vincent King [vking@swiss-financial.bs] |
| **Sent**: | 10/9/2012 4:36:51 PM |
| **To**: | kjam@kjammedia.com; David Bergstein [/O=EXG5/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Dbergstein57147] |
| **CC**: | Albert.Hallac@westoncapital.com; LaTonia Symonette-Tinker [lsymonette-tinker@swiss-financial.bs]; joseph.iskowitz@kattenlaw.com |
| **Subject**: | Demand for Mandatory Prepayment |
| **Attachments**: | Document.pdf |

Dear Sirs,

Per the above subject, the attached letter and relevant exhibits have been sent to the below e-mail addresses, facsimile and postal address below for your attention and action.

Via Facsimile 310 388 5363/310 828 4141

Via E-Mail kjam@kjammedia.com

Via E-Mail dbergstein@grayboxllc.com

Advisory IP Services Group, Inc.

f/k/a Swartz IP Services Group, Inc.

2425 Colorado Blvd, Suite B205

Santa Monica, CA 90401

Attention: Contract Administrator

Kind regards,

**Vincent L. King**



PLAINTIFF'S EXHIBIT 35

Swiss Financial Services (Bahamas) Ltd., One Montague Place, 4th Floor, East Bay Street, P.O. Box EE-17758, Nassau, Bahamas Phone: 242-394-9200, Fax: 242-394-9250, Email: vking@swiss-financial.bs

THIS MESSAGE AND ANY ATTACHMENTS ARE CONFIDENTIAL AND MAY BE PRIVILEGED OR OTHERWISE PROTECTED FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE TELEPHONE OR EMAIL THE SENDER AND DELETE THIS MESSAGE AND ANY ATTACHMENTS FROM YOUR SYSTEM. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MUST NOT COPY THIS MESSAGE OR ATTACHMENTS OR DISCLOSE THE CONTENTS TO ANY OTHER PERSON.

E-MAIL TRANSMISSION CANNOT BE GUARANTEED TO BE SECURE OR ERROR-FREE AS INFORMATION COULD BE INTERCEPTED, CORRUPTED, LOST, DESTROYED, ARRIVE LATE OR INCOMPLETE, OR CONTAIN VIRUSES. THE SENDER THEREFORE DOES NOT ACCEPT LIABILITY FOR ANY ERRORS OR OMISSIONS IN THE CONTENTS OF THIS MESSAGE WHICH ARISE AS A RESULT OF E-MAIL TRANSMISSION. IF VERFICATION IS REQUIRED PLEASE REQUEST A HARD-COPY VERSION

BERG008417