# EXHIBIT Y

THE WIMBLEDON FUND SPC – CLASS TT
c/o Swiss Financial Services (Bahamas) Ltd.
One Montague Place
4th Floor, East Bay Street
P.O. Box EE-17758
Nassau, Bahamas

October 9, 2012

Advisory IP Services Group, Inc.
f/k/a Swartz IP Services Group, Inc.
2425 Colorado Blvd, Suite B205
Santa Monica, CA 90401
Attention: Contract Administrator

Re:  Demand for Mandatory Prepayment from the Company

Gentlemen,

We refer to that certain Note Purchase Agreement dated November 14, 2011 (the "Agreement"), between you (the "Company"), and The Wimbledon Fund SPC – Class TT (the "Purchaser"). Capitalized terms used herein and not defined have the meanings given in the Agreement.

Section 10 of the Agreement provides:

> On or after December 1, 2011, within thirty (30) days of any written notice from Purchaser of a redemption request from one or more unaffiliated limited partner(s) in Purchaser's fund (each such request, a "Redemption Event"), which notice shall state the full amount of funds requested to be redeemed by such unaffiliated limited partner(s) in Purchaser's fund (the "Redemption Amount"), the Company shall prepay a principal amount of the Notes equal to fifty percent (50%) of the Redemption Amount set forth in such notice; provided, that any such redemption request must be accompanied by evidence, reasonably satisfactory to the Company, that the purpose and use of proceeds of the Redemption Event is to satisfy such redemption request (and no more than 50% the total amount thereof).

On August 22, 2012, Société Générale sent the Company a demand for prepayment of $9,200,000 attached hereto as Exhibit A, and on October 1, 2012, Société Générale sent the Company an additional demand for prepayment of $400,000 attached hereto as Exhibit B. These prepayment demands were sent by Société Générale on behalf of the Purchaser in order to enable the Purchaser to satisfy the redemption requests received by the Purchaser attached hereto as Exhibit C. To date, the Purchaser has not yet received any funds from the Company in respect of these prepayment demands and redemption requests. As a mandatory prepayment of principal, please remit to the Purchaser 50% of such amounts, or $4,800,000, no later than 30 days from the date hereof. The Purchaser hereby represents that it will use the amounts remitted to satisfy 50% of the redemption requests it has received.

PLAINTIFF'S EXHIBIT 33 JAM 3/27/19

BERG008418

In the event that payment is not forthcoming within this 30 day period, the Company will be in default under Section 11 of the Agreement, and the Purchaser may declare all of the Notes to be immediately due and payable as set forth in Section 12 of the Agreement. Please note that the delivery of this letter is without prejudice to and does not waive any right, claim, interest, power, privilege or remedy that the Purchaser has or may have under the applicable transaction documents, at law or equity or otherwise, all of which are expressly reserved.

Sincerely,

THE WIMBLEDON FUND SPC – CLASS TT

By: _____
Name: Vincent King
Title: Director

By: _____
Name: LaTonia Symonette-Tinker
Title: Director


**SOCIETE GENERALE**
Private Banking

*Exhibit A*

# Fax

Société Générale Private Banking (Suisse) SA

| | | |
|---|---|---|
| A l'attention de/to | Swartz IP Services Group Inc | Tel. |
| | Attn. Kia Jam or David Bergstein | Fax. 001 310 388 5363 |
| | 2425 Colorado Boulevard | 001 310 828 4141 |
| | Suite B205 | Tel. |
| | Santa Monica, CA 90401 | Fax. |
| Copie à/cc | | Tel. |
| | | Fax. |

| | | |
|---|---|---|
| De la part de/from | Société Générale Private Banking ( Suisse ) S.A. | |
| Date | August the 22, 2012 | |
| Page | 2 | |
| N° de téléphone à rappeler en cas de page manquante/ In case of missing page, please call : | | Tél. 0041 21 343 12 87 0041 21 343 14 04 |

**Objet/Subject**

**Redemption Swartz IP Services Group Inc A**

Hello

We have a position of Swartz IP Services Group Inc A for **USD 12'500'000**

We want to redempt ( Sell ) 9'200'000 parts of this position

We send you a fax and the letter will follow

Thanks to tell if this demand is ok or if you need more information

Have a nice day

---

Si ce document ne vous concerne pas, veuillez le détruire immédiatement, en conserver le secret et prévenir l'émetteur, merci / If this document does not concern you, please destroy it promptly, keep it secret, and inform the sender, thank you.

Siège
Rue de la Corraterie 6
Case postale 5022
CH-1211 Genève 11
Tel. +41 (0)22 819 02 02

Zweigniederlassung Zürich
Talstrasse 66
Postfach
CH-8039 Zürich
Tel. +41 (0)44 218 56 11

Succursale de Lausanne
Avenue de Rumine 20
Case postale 220
CH-1001 Lausanne
Tel. +41 (0)21 343 12 12

BERG008420

```
2/08 2012 11:18 FAX +41 21 343 13 92      SG PRIVATE BANKING                    ☒0001
```

```
***************************
***   RAPPORT EMISSION   ***
***************************

EMISSION OK

N° TX/RX                0521
ADRESSE DESTINATAIRE    00013108284141
ID CORRESPONDANT
DEBUT                   22/08 11:17
DUREE                   00'53
PAGES ENVOYEES          2
RESULTAT                OK
```

# SOCIETE GENERALE
Private Banking

Société Générale Private Banking (Suisse) SA

**Fax**

| | | |
|---|---|---|
| A l'attention de/to | Swartz IP Services Group Inc | Tel. |
| | Attn. Kia Jam or David Bergstein | Fax. 001 310 388 5363 |
| | 2425 Colorado Boulevard | 001 310 828 4141 |
| | Suite B205 | Tel. |
| | Santa Monica, CA 90401 | Fax. |
| Copie à/cc | | Tel. |
| | | Fax. |

**De la part de/from**  Société Générale Private Banking ( Suisse ) S.A.

**Date**  August the 22 , 2012

**Page**  2

N° de téléphone à rappeler en cas de page manquante/     Tél. 0041 21 343 12 87
In case of missing page, please call :                   0041 21 343 14 04

**Objet/Subject**

**Redemption Swartz IP Services Group Inc A**

Hello

We have a position of Swartz IP Services Group Inc A for USD 12'500'000

We want to redempt ( Sell ) 9'200'000 parts of this position

We send you a fax and the letter will follow

Thanks to tell if this demand is ok or if you need more information

BERG008421

```
************************
***  RAPPORT EMISSION  ***
************************
```

EMISSION OK

N° TX/RX                         0520
ADRESSE DESTINATAIRE             00013103885363
ID CORRESPONDANT
DEBUT                            22/08 11:18
DUREE                            00'53
PAGES ENVOYEES                   2
RESULTAT                         OK

# SOCIETE GENERALE
Private Banking

# Fax

Société Générale Private Banking (Suisse) SA

| | | |
|---|---|---|
| A l'attention de/to | Swartz IP Services Group Inc | Tel. |
| | Attn. Kia Jam or David Bergstein | Fax 001 310 388 5363 |
| | 2425 Colorado Boulevard | 001 310 828 4141 |
| | Suite B205 | Tel. |
| | Santa Monica, CA 90401 | Fax. |
| Copie à/cc | | Tel. |
| | | Fax. |

| | | |
|---|---|---|
| De la part de/from | Société Générale Private Banking ( Suisse ) S.A. | |
| Date | August the 22, 2012 | |
| Page | 2 | |
| N° de téléphone à rappeler en cas de page manquante/ In case of missing page, please call : | | Tél. 0041 21 343 12 87 0041 21 343 14 04 |

**Objet/Subject**

**Redemption Swartz IP Services Group Inc A**

Hello

We have a position of Swartz IP Services Group Inc A for USD 12'500'000

We want to redempt ( Sell ) 9'200'000 parts of this position

We send you a fax and the letter will follow

Thanks to tell if this demand is ok or if you need more information

BERG008422



# SOCIETE GENERALE
Private Banking

Exhibit B

# Fax

Société Générale Private Banking (Suisse) SA

| | | |
|---|---|---|
| **To :** | Swartz IP Services Group Inc.<br>Attn Kia Jam / David Bergstein | Tel.<br>Fax 001.310.388.5363<br>Fax 001.310.828.4141 |
| **Copy to** | | Tel.<br>Fax. |
| **From** | Serge Naef / head of trade booking and settlement<br>serge.naef@socgen.com<br>Tel. +41.21.343.1468<br>Fax +41.21.343.1392 | |
| **Date** | Oct. 1st, 2012 | |
| **Page** | 1 | |
| N° de téléphone à rappeler en cas de page manquante/<br>In case of missing page, please call : | | Tel. +41.21.343.1468 |

**Subject :** redemption od usd 400,000 Swart IP class A

Dear Madam, dear Sir,

Please proceed of the redemption of usd 400,000 of the above mentioned fund.

The cash proceed should be sent to our following USD cash payment instruction below :

Societe Generale Private Banking, New York
Swift : SOGEUS33
In favor of Societe Generale Private Banking (Suisse) SA
Account Redacted
Swift : RUEGCHZZ

Thank you and regards,

Serge Naef

Si ce document ne vous concerne pas, veuillez le détruire immédiatement, en conserver le secret et prévenir l'émetteur, merci / If this document does not concern you, please destroy it promptly, keep it secret, and inform the sender, thank you.

Siège
Rue de la Corraterie 6
Case postale 5022
CH-1211 Genève 11
Tel. +41 (0)22 819 02 02

Zweigniederlassung Zürich
Talstrasse 66
Postfach
Ch-8039 Zürich

Succursale de Lausanne
Avenue de Rumine 20
Case postale 220
Ch-1001 Lausanne

BERG008423

```
1/10  2012 15:02 FAX +41 21 343 13 92       SG PRIVATE BANKING                    ☑0001

                        ********************
                        ***  RAPPORT EMISSION  ***
                        ********************

        EMISSION OK

        N° TX/RX              0562
        ADRESSE DESTINATAIRE  00013103885363
        ID CORRESPONDANT
        DEBUT                 01/10 15:02
        DUREE                 00'35
        PAGES ENVOYEES        1
        RESULTAT              OK
```

# SOCIETE GENERALE
## Private Banking

# Fax

Société Générale Private Banking (Suisse) SA

---

**To:**    Swartz IP Services Group Inc.           Tel.
           Attn Kia Jam / David Bergstein          Fax 001.310.388.5363
                                                   Fax 001.310.828.4141

**Copy to**                                        Tel.
                                                   Fax.

---

**From**   Serge Naef / head of trade booking and settlement
           serge.naef@socgen.com
           Tel. +41.21.343.1468
           Fax +41.21.343.1392

**Date**   Oct. 1st, 2012
**Page**   1

N° de téléphone à rappeler en cas de page manquante/   Tel. +41.21.343.1468
In case of missing page, please call :

---

**Subject : redemption od usd 400,000 Swart IP class A**

Dear Madam, dear Sir,

Please proceed of the redemption of usd 400,000 of the above mentioned fund.

The cash proceed should be sent to our following USD cash payment instruction below :

Societe Generale Private Banking, New York
Swift : SOGEUS33
In favor of Societe Generale Private Banking (Suisse) SA
Account redacted

BERG008424

```
                    ***********************
                    ***  RAPPORT EMISSION  ***
                    ***********************

        EMISSION OK

        N° TX/RX                    0593
        ADRESSE DESTINATAIRE        00013108284141
        ID CORRESPONDANT
        DEBUT                       01/10 15:03
        DUREE                       00'33
        PAGES ENVOYEES              1
        RESULTAT                    OK
```

# SOCIETE GENERALE
## Private Banking

# Fax

**Société Générale Private Banking (Suisse) SA**

| | | |
|---|---|---|
| **To :** | Swartz IP Services Group Inc.<br>Attn Kia Jam / David Bergstein | Tel.<br>Fax 001.310.388.5363<br>Fax 001.310.828.4141 |
| **Copy to** | | Tel.<br>Fax. |
| **From** | Serge Naef / head of trade booking and settlement<br>serge.naef@socgen.com<br>Tel. +41.21.343.1468<br>Fax +41.21.343.1392 | |
| **Date** | Oct. 1st, 2012 | |
| **Page** | 1 | |
| N° de téléphone à rappeler en cas de page manquante/<br>In case of missing page, please call : | | Tel. +41.21.343.1468 |

**Subject :** redemption od usd 400,000 Swart IP class A

Dear Madam, dear Sir,

Please proceed of the redemption of usd 400,000 of the above mentioned fund.

The cash proceed should be sent to our following USD cash payment instruction below :

Societe Generale Private Banking, New York
Swift : SOGEUS33
In favor of Societe Generale Private Banking (Suisse) SA
Account [redacted]

BERG008425

THE WIMBLEDON FUND SPC, CLASS TT
PENDING REDEMPTIONS
REGISTER

EXHIBIT C

BERG008426

| Fund Name | Class | Class Name | Currency | Shareholder | Shares | Received | Shares |
|---|---|---|---|---|---|---|---|
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 1501 | 188.5056 | | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | | | | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 2203 | 61.1510 | | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 2461 | 57.7579 | 31/8/2012 | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 2984 | 465.1221 | | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 3358 | 90.9242 | 31/8/2012 | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 3629 | 58.3874 | | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 3671 | 2,254.5480 | 27/7/2012 | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 3728 | 30.8341 | 18/9/2012 | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 3811 | 139.2323 | | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 3819 | 23.5754 | 17/9/2012 | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 5600 | 14.1120 | 19/7/2012 | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | | | | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 5832 | 38.2699 | | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 9895 | 13.9517 | | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 9906 | 41.4214 | | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 9940 | 145.1069 | 6/9/2012 | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 9950 | 392.2524 | | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 9995 | 29.8042 | | |
| The Wimbledon Fund, SPC | TT | Class TT - Voting, participating, redeemable shares | USD | 10054 | 129.5266 | 19/9/2012 | |

Total                                                                                                4,314.7556

Partial redemption request received
Full redemption request received