# EXHIBIT Z

## Kia Jam

**From:** Kia Jam
**Sent:** Friday, November 16, 2012 11:07 AM
**To:** David Bergstein (davidbergstein@abcxyz.cc)
**Subject:** FW: Acceleration of Note Payment Due - The Wimbledon Fund SPC - Class TT
**Attachments:** Document.pdf.pdf

**Categories:** Red Category

Hey D
What is this and why do they keep sending me this?
You mentioned a while ago that this was not to worry – do we need to take any steps
They are copying a bunch of lawyers on this

Kia Jam
President / Producer
K.JAM MEDIA
2425 Colorado Blvd.
Suite B-205
Santa Monica, CA. 90404
310-828-6767 Main
310-828-4141 Fax

---

**From:** Vincent King [mailto:vking@swiss-financial.bs]
**Sent:** Friday, November 16, 2012 9:25 AM
**To:** Kia Jam; dbergstein@grayboxllc.com
**Cc:** Albert.Hallac@westoncapital.com; LaTonia Symonette-Tinker; joseph.iskowitz@kattenlaw.com; Martin Kaplan; Santo, Fred M. (fred.santo@kattenlaw.com); Regan, William M. (william.regan@kattenlaw.com)
**Subject:** Acceleration of Note Payment Due - The Wimbledon Fund SPC - Class TT

Dear Sirs,

Per the above subject, the attached letter has been sent to the below e-mail addresses, facsimile and postal address below for your attention and action.

Via Facsimile 310 388 5363/310 828 4141
Via E-Mail kjam@kjammedia.com
Via E-Mail dbergstein@grayboxllc.com

Advisory IP Services Group, Inc.
f/k/a Swartz IP Services Group, Inc.
2425 Colorado Blvd, Suite B205
Santa Monica, CA 90401
Attention: Contract Administrator

Kind regards,

Kind Regards,



1

JAM_TT_000204

**Vincent King**



Swiss Financial Services (Bahamas) Ltd., One Montague Place, 4th Floor, East Bay Street, P.O. Box EE-17758, Nassau, Bahamas
Phone: 242-394-9200, Fax: 242-394-9250, Email: vking@swiss-financial.bs

THIS MESSAGE AND ANY ATTACHMENTS ARE CONFIDENTIAL AND MAY BE PRIVILEGED OR OTHERWISE PROTECTED FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE TELEPHONE OR EMAIL THE SENDER AND DELETE THIS MESSAGE AND ANY ATTACHMENTS FROM YOUR SYSTEM. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MUST NOT COPY THIS MESSAGE OR ATTACHMENTS OR DISCLOSE THE CONTENTS TO ANY OTHER PERSON.

THE WIMBLEDON FUND SPC–CLASS TT
c/o Swiss Financial Services (Bahamas) Ltd.
One Montague Place
4th Floor, East Bay Street
P.O. Box EE-17758
Nassau, Bahamas

November 14, 2012

Advisory IP Services Group, Inc.
f/k/a Swartz IP Services Group, Inc.
2425 Colorado Blvd, Suite B205
Santa Monica, CA 90401
Attention: Contract Administrator

Re:   Acceleration of Note payment due

Gentlemen:

Notice is hereby-given that Advisory IP Services Group, Inc. f/k/a Swartz IP Services Group, Inc. (the "Company") is in default of its obligations of Section 11 of the Note Purchase Agreement dated November 14, 2011 (the "Agreement") with The Wimbledon Fund SPC-Class TT (the "Purchaser") and accordingly all of the Notes to be immediately due and payable as set forth in Paragraph 12 of the Agreement.

Sincerely,

THE WIMBLEDON FUND SPC-CLASS TT

By: _____
    Name:    Vincent King
    Director: Director

JAM_TT_000206

MEMORY TRANSMISSION REPORT

| | |
|---|---|
| TIME | : 11-16-'12 12:20 |
| FAX NO.1 | : +2423949250 |
| NAME | : S F S BAHAMAS |

| | | |
|---|---|---|
| FILE NO. | : | 414 |
| DATE | : | 11.16 12:19 |
| TO | : | ☏713103885363 |
| DOCUMENT PAGES | : | 1 |
| START TIME | : | 11.16 12:19 |
| END TIME | : | 11.16 12:20 |
| PAGES SENT | : | 1 |
| STATUS | : | OK |

\*\*\*   SUCCESSFUL TX NOTICE   \*\*\*

THE WIMBLEDON FUND SPC–CLASS TT
c/o Swiss Financial Services (Bahamas) Ltd.
One Montague Place
4th Floor, East Bay Street
P.O. Box EE-17758
Nassau, Bahamas

November 14, 2012

Advisory IP Services Group, Inc.
f/k/a Swartz IP Services Group, Inc.
2425 Colorado Blvd, Suite B205
Santa Monica, CA 90401
Attention: Contract Administrator

Re:   Acceleration of Note payment due

Gentlemen:

   Notice is hereby-given that Advisory IP Services Group, Inc. f/k/a Swartz IP Services Group, Inc. (the "Company") is in default of its obligations of Section 11 of the Note Purchase Agreement dated November 14, 2011 (the "Agreement") with The Wimbledon Fund SPC-Class TT (the "Purchaser") and accordingly all of the Notes to be immediately due and payable as set forth in Paragraph 12 of the Agreement.

Sincerely,

THE WIMBLEDON FUND SPC-CLASS TT

By: _____
   Name:   Vincent King
   Director: Director

JAM_TT_000207

MEMORY TRANSMISSION REPORT

TIME      : 11-16-'12 12:20
FAX NO.1  : +2423949250
NAME      : S F S BAHAMAS

| | | |
|---|---|---|
| FILE NO. | : | 415 |
| DATE | : | 11.16 12:19 |
| TO | : | ☎713108284141 |
| DOCUMENT PAGES | : | 1 |
| START TIME | : | 11.16 12:20 |
| END TIME | : | 11.16 12:20 |
| PAGES SENT | : | 1 |
| STATUS | : | OK |

\*\*\*   SUCCESSFUL TX NOTICE   \*\*\*

**THE WIMBLEDON FUND SPC-CLASS TT**
c/o Swiss Financial Services (Bahamas) Ltd.
One Montague Place
4th Floor, East Bay Street
P.O. Box EE-17758
Nassau, Bahamas

November 14, 2012

Advisory IP Services Group, Inc.
f/k/a Swartz IP Services Group, Inc.
2425 Colorado Blvd, Suite B205
Santa Monica, CA 90401
Attention: Contract Administrator

Re:   Acceleration of Note payment due

Gentlemen:

    Notice is hereby given that Advisory IP Services Group, Inc. f/k/a Swartz IP Services Group, Inc. (the "Company") is in default of its obligations of Section 11 of the Note Purchase Agreement dated November 14, 2011 (the "Agreement") with The Wimbledon Fund SPC-Class TT (the "Purchaser") and accordingly all of the Notes to be immediately due and payable as set forth in Paragraph 12 of the Agreement.

Sincerely,

THE WIMBLEDON FUND SPC-CLASS TT

By: _____
    Name:  Vincent King
    Director: Director

JAM_TT_000208