# EXHIBIT BB

FILED: NEW YORK COUNTY CLERK 11/24/2015 01:24 PM   INDEX NO. 650446/2013
NYSCEF DOC. NO. 190                                                    RECEIVED NYSCEF: 11/24/2015

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------
THE WIMBLEDON FUND, SPC,                    Index No. 650446/2013

               Plaintiff,         **MONEY JUDGMENT**

    -against-

ADVISORY IP SERVICES INC., f/k/a
SWARTZ IP SERVICES GROUP, INC.,

               Defendants.
--------------------------------------------------------

       Plaintiff The Wimbledon Fund, SPC ("Plaintiff" or the "Fund"), having moved this Court for a default judgment; and the motion having duly come on to be heard before the Honorable Jeffrey Oing, a Justice of this Court, and the Court having rendered a written decision on the motion dated April 13, 2015 granting the motion for a default judgment and directing an inquest as to damages, and the Defendant Advisory IP Services, Inc. f/k/a Swartz IP Services Group, Inc. ("Defendant") having moved to vacate the default judgment, and the Court denying Defendant's motion by order dated June 2, 2015 and referring the issue of Plaintiff's damages to a Special Referee, and the Special Referee having held **a hearing** on July 14, 2015, and having recommended that a judgment be entered in favor of Plaintiff against Defendant in the principal amount of $17,693,900.27, plus interest to July 14, 2015, and that between July 14, 2015 to the date of this Judgment to calculate interest at the per diem rate, and the Hon. Jeffrey Oing having confirmed the report of the Special Referee by Order dated September 4, 2015, and by Order dated October 1, 2015 as amended by Order dated November 6, 2015, having directed the Clerk of the Court to enter judgment in favor of Plaintiff against Defendant.

       NOW, on motion of *Cole Schotz, P.C.*, ~~(insert firm name)~~, it is

51423/0002-12076740v4


PLAINTIFF'S EXHIBIT 52 JAm 3/27/18

ADJUDGED, that the Plaintiff The Wimbledon Fund, SPC, with a principal place of business at Appleby Corporate Services (Cayman) Ltd., Clifton House, PO Box 1350 GT, 75 Fort Street, George Town, Grand Cayman, Cayman Islands do recover of defendant Advisory IP Services, Inc. f/k/a Swartz IP Services Group, Inc., with a principle place of business at 10866 Wilshire Blvd., Suite 500, Los Angeles, CA, 90024, the principal sum of $17,693,900.27, plus interest to July 14, 2015 of $4,777,353.00, plus interest from July 14, 2015 at the per diem rate of $4,362.88 in the total amount of $580,263.04, plus other costs and disbursements as taxed by the clerk in the sum of $ 455.00 , making in all the sum of $23,051,971.31, and that plaintiff have execution thereof.

Dated:

_____
Clerk of Court

**FILED**
NOV 24 2015
COUNTY CLERK'S OFFICE
NEW YORK

51423/0002-12076740v4

**T 156** — Bill of Costs (with CPLR sections) Blank Court, 1-95

Copyright 1993 by **Blumberg Excelsior, Inc.**, PUBLISHER, NYC 10013
www.blumberg.com

Supreme COURT of the State of New York
COUNTY OF New York

The Wimbledon Fund, SPC

*Plaintiff(s)*

against

Advisory IP Services Inc. f/k/a
Swartz IP Services Group, Inc.

*Defendant(s)*

**Costs of** Plaintiff

### COSTS

| Item | $ |
|---|---|
| Costs before note of issue CPLR §8201 subd. 1 | 200.00 |
| Costs after note of issue CPLR §8201 subd. 2 | |
| Trial of issue CPLR §8201 subd. 3 | |
| Allowance by statute CPLR §8302(a), (b) | |
| Additional allowance CPLR §8302 (d) | |
| Motion costs CPLR §8202 | |
| Appeal to Appellate Term CPLR §8203 (b) | |
| Appeal to Appellate Division CPLR §8203 (a) | |
| Appeal to Court of Appeals CPLR §8204 | |
| Costs upon frivolous claims and counterclaims CPLR §8303-a | |

I HEREBY CERTIFY THAT I HAVE ADJUSTED THIS BILL OF COSTS AT
$ 455.00
NOV 24 2018
[signature]
CLERK

### DISBURSEMENTS

| Item | $ |
|---|---|
| Fee for index number CPLR §8018(a) | 210.00 |
| Referee's fees CPLR §8301(a)(1), 8003(a) | |
| Commissioner's compensation CPLR §8301(a)(2) | |
| Clerk's fee, filing notice of pend. or attach. CPLR §8021(a)(10) | |
| Entering and docketing judgment CPLR §8301(a)(7), 8016(a)(2) | |
| Paid for searches CPLR §8301(a)(10) | |
| Affidavits & acknowledgments CPLR §8009 | |
| Serving copy summons & complaint CPLR §8011(h)(1), 8301(d) | |
| Request for judicial intervention | |
| Note of issue CPLR §8020(a) | |
| Paid referee's report CPLR §8301(a)(12) | |
| Certified copies of papers CPLR §8301(a)(4) | |
| Satisfaction piece CPLR §5020(a), 8021 | |
| Transcripts and filing CPLR §8021 | |
| Certified copy of judgment CPLR §8021 | |
| Postage CPLR §8301(a)(12) | |
| Jury fee CPLR §8020(c) | |
| Stenographers' fees CPLR §8002, 8301 | |
| Sheriff's fees on execution CPLR §8011, 8012 | |
| Sheriff's fees, attachment, arrest, etc. CPLR §8011 | |
| Paid printing cases CPLR §8301(a)(6) | |
| Clerk's fees Court of Appeals CPLR §8301(a)(12) | |
| Paid copies of papers CPLR §8016(a)(4) | |
| Motion expenses CPLR §8301(b) | 45.00 |
| Fees for publication CPLR §8301(a)(3) | |
| Serving subpoena CPLR §8011(h)1, 8301(d) | |
| Paid for Search CPLR §8301(a)(10) | |
| Referee's report | |
| Attendance of witnesses CPLR §8001(a)(b)(c), 8301(a)(1) | |
| | $ 255.00 |

Costs $200.00
Disbursements $255.00
Total $455.00

| | |
|---|---|
| State of New York, County of New York  ss.: | *Index No.* 650446/2013 |
| being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at | COURT<br>COUNTY OF |
| That on<br>deponent served the within bill of costs and notice of taxation on | The Wimbledon Fund SPC |
| | *Plaintiff(s)* |
| attorney(s) for<br>herein, at his/her office at | *against* |
| during his/her absence from said office<br>**strike out either (a) or (b)**<br>(a) by then and there leaving a true copy of the same with | Advisory Services, Inc. f/k/a Swartz IP Services Group, Inc. |
| | *Defendant(s)* |
| his/her clerk; partner; person having charge of said office. | |
| (b) and said office being closed, by depositing a true copy of same, enclosed in a sealed wrapper directed to said attorney(s), in the office letter drop or box. | **Bill of Costs**<br>**and Notice of ............ Taxation** |
| Sworn to before me on | Please Take Notice that the within is a true copy of the items of costs and disbursements in the within action *taxed\**      *and that the same will be taxed\** by the Clerk of Court, at his/her office in the courthouse thereof on |
| State of New York, County of  ss.: | at       M.<br>of that day—and the amount inserted in the judgment.<br>Yours, etc. |
| being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at | |
| That on<br>deponent served the within bill of costs and notice of taxation on | *Attorney(s) for*<br><br>To |
| attorney(s) for<br>at | *Attorney(s) for* |
| the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in—a post office—official depository under the exclusive care and custody of the United States Postal Service within New York State. | Service of the within bill of costs and notice of taxation is hereby admitted on |
| Sworn to before me on | *Attorney(s) for* |

FILED NOV 24 2015 COUNTY CLERK'S OFFICE NEW YORK

STATE OF NEW YORK, COUNTY OF NEW YORK  ss.:  ATTORNEY'S AFFIRMATION

The undersigned, an attorney admitted to practice in the courts of this state, affirms; that I am the attorney(s) of record for the Plaintiff in the above entitled action; that the foregoing disbursements have been or will necessarily be made or incurred in this action and are reasonable in amount and that each of the persons named as witnesses attended as such witness on the trial, hearing or examination before trial herein the number of days set opposite their names; that each of said persons resided the number of miles set opposite their names from the place of said trial, hearing or examination; and each of said persons, as such witness as aforesaid, necessarily traveled the number of miles so set opposite their names in traveling to, and the same distance in returning from, the same place of trial, hearing or examination; and that copies of documents or papers as charged herein were actually and necessarily obtained for use.
The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

Dated: 10/6/15

_____
The name signed must be printed beneath

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No. 650446/2013

THE WIMBLEDON FUND, SPC,

        Plaintiff,

v.

ADVISORY IP SERVICES INC., f/k/a SWARTZ IP SERVICES GROUP INC.,

        Defendant.



---

### MONEY JUDGMENT AND BILL OF COSTS

---

/–/
**FILED AND DOCKETED**
NOV 2 4 2015
AT  1:19 PM   M
N.Y., CO. CLK'S OFFICE

Leo V. Levva, Esq.
James T. Kim, Esq.
Jed M. Weiss, Esq.
Cole Schotz, P.C.
A Professional Corporation
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
(212) 752-8000
Attorneys for Plaintiff
The Wimbledon Fund, SPC