# EXHIBIT GG

# MINUTES OF ANNUAL MEETING

## OF STOCKHOLDERS

## OF

## ARIUS LIBRA INC.

The Annual Meeting of the Stockholders of the above-captioned Corporation was held on the date and at the time and place set forth in the written Waiver of Notice signed by the stockholders, fixing such time and place, and prefixed to the minutes of this meeting.

There were present the following stockholders:

| Names of Stockholders | No. of Shares |
|---|---|
| Wimbledon Master Fund Ltd. | 59.5 |
| Wimbledon Real Estate Master Fund Ltd. | 6.38 |
| Owari Opus Inc. | 34.12 |

The meeting was called to order by Kia Jam.

It was moved, seconded and unanimously carried that David Bergstein act as Chairman of the Board of Directors.

The Chairman then stated that all of the outstanding shares of common stock of the Corporation were represented.

The Chairman noted that it was in order to consider electing a Board of Directors for the ensuing year. Upon nominations duly made, seconded and unanimously carried, the following person(s) were elected as Directors of the Corporation, to serve for a period of one year and until such time as their successors are elected and qualify:

David Bergstein

Kia Jam

Albert Hallac

Jeffrey Hallac

Keith Wellner

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, it was adjourned.

_Kia Jam, Secretary_

# MINUTES OF ANNUAL MEETING
# OF BOARD OF DIRECTORS
# OF
# ARIUS LIBRA INC.

The Annual Meeting of the Board of Directors of the Corporation immediately followed the Annual Meeting of Stockholders.

There were present the following: David Bergstein, being all the Directors of the Corporation.

The meeting was called to order by David Bergstein.

It was moved, seconded and unanimously carried that David Bergstein act as Chairman of the Board of Directors.

The Chairman noted that it was in order to consider electing Officers for the ensuing year. Upon nominations duly made, seconded and unanimously carried, the following were unanimously elected Officers of the Corporation, to serve for the ensuing year and until their successors are elected and qualify:

President: Keith Wellner

Vice-President: David Bergstein

Secretary: Kia Jam

There being no further business to come before the meeting upon motion duly made, seconded and unanimously carried, it was adjourned.

_____
Kia Jam, Secretary