# EXHIBIT JJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
UNITED STATES OF AMERICA        :

    - v. -                     :

                                  16 Cr. 746 (PKC)

DAVID BERGSTEIN,                :

           Defendant.         :

------------------------------- x

COURT'S EXHIBIT NO. 23
IDENTIFICATION/EVIDENCE
DKT.# 16 CR 746
DATE: 3/1/2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2018

### Verdict Form

**Count One (Conspiracy to Commit Investment Advisor Fraud & Securities Fraud)**

    __X__ Guilty         _____ Not Guilty

**Count Two (Investment Advisor Fraud – WFF & P2 Fund)**

    __X__ Guilty         _____ Not Guilty

**Count Three (Investment Advisor Fraud – TT Portfolio)**

    __X__ Guilty         _____ Not Guilty

**Count Four (Securities Fraud – P2 Fund)**

    __X__ Guilty         _____ Not Guilty

**Count Five (Securities Fraud – TT Portfolio)**

    __X__ Guilty         _____ Not Guilty

**Count Six (Conspiracy to Commit Wire Fraud)**

    __X__ Guilty         _____ Not Guilty

**Count Seven (Wire Fraud)**

　　✗ Guilty 　　____ Not Guilty

03/01/2018
Date

_____
Foreperson

2

Case 2:16-cr-00663-CAS-SPK Document 408-305 Filed 03/01/18 Page 3 of 82 Page ID #:10328