# EXHIBIT LL

11-688227



# State of California
## Secretary of State

**S**

**29**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
in the office of the Secretary of State
of the State of California

**AUG 1 8 2011**

1. CORPORATE NAME
INTEGRATED ADMINISTRATION
(Corporation #C3399641)

NF     This Space for Filing Use Only

**Due Date:**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 34 EXECUTIVE PARK, SUITE 210 | | IRVINE | CA | 92614 |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS IN CALIFORNIA, IF ANY | | | | |
| 34 EXECUTIVE PARK, SUITE 210 | | IRVINE | CA | 92614 |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | | | | |
| KIARASH JAM | 34 EXECUTIVE PARK, SUITE 210 | IRVINE | CA | 92614 |
| 6. SECRETARY | | | | |
| KIARASH JAM | 34 EXECUTIVE PARK, SUITE 210 | IRVINE | CA | 92614 |
| 7. CHIEF FINANCIAL OFFICER/ | | | | |
| KIARASH JAM | 34 EXECUTIVE PARK, SUITE 210 | IRVINE | CA | 92614 |

**Names and Complete Addresses of All Directors, including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. NAME | | | | |
| KIARASH JAM | 34 EXECUTIVE PARK, SUITE 210 | IRVINE | CA | 92614 |
| 9. NAME | | | | |
| 10. NAME | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

| 12. NAME OF AGENT FOR SERVICE OF PROCESS | | | | |
|---|---|---|---|---|
| KIARASH JAM | | | | |

| 13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 34 EXECUTIVE PARK, SUITE 210 | IRVINE | CA | 92614 |

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
OFFICE SERVICES

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|
| Aug 16 2011 | KIARASH JAM | CEO | IA TT 000077 |

SI-200 C (REV 10/2010)

APPROVED BY SECRETARY OF STATE



PLAINTIFF'S EXHIBIT 2 3/28/19 Amy (tubbies)

# State of California
## Secretary of State

| | **S** |

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**FQ62755**

# FILED

In the office of the Secretary of State
of the State of California

**AUG-25 2017**

| 1. CORPORATE NAME | |
|---|---|
| INTEGRATED ADMINISTRATION | |

| 2. CALIFORNIA CORPORATE NUMBER | |
|---|---|
| C3399641 | This Space for Filing Use Only |

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | | | | |
| 8. | SECRETARY | | | | |
| 9. | CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | NAME | | | | |
| 11. | NAME | | | | |
| 12. | NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 08/25/2017 | KIARASH JAM | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

3399641

ARTICLES OF INCORPORATION

OF

INTEGRATED ADMINISTRATION

**FILED** *8/9/13*
in the office of the Secretary of State
of the State of California

**AUG 0 9 2011**

ONE:     The name of this corporation is **Integrated Administration.**

TWO:     The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporation Code.

THREE:     The name and address in this state of the corporation's initial agent for service of process is: Homayoun Pourmand, 2061 Business Center Dr., Suite 106, Irvine, CA 92612.

FOUR:     The total number of shares which the corporation is authorized to issue is One Hundred Thousand (100,000).

Dated: August 8, 2011

_____
Ariel C. Ayaay, Incorporator

IA_TT_000028

3399641

ARTICLES OF INCORPORATION

**ENDORSED - FILED**
In the Office of the Secretary of State
of the State of California

AUG - 9 2011

OF

INTEGRATED ADMINISTRATION

**ONE:**     The name of this corporation is **Integrated Administration.**

**TWO:**     The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporation Code.

**THREE:**     The name and address in this state of the corporation's initial agent for service of process is: Homayoun Pourmand, 2061 Business Center Dr., Suite 106, Irvine, CA 92612.

**FOUR:**     The total number of shares which the corporation is authorized to issue is One Hundred Thousand (100,000).

Dated: August 8, 2011

_____

Ariel C. Ayaay, Incorporator

# BY-LAWS OF

# INTEGRATED ADMINISTRATION,

# A CALIFORNIA CORPORATION

## ARTICLE I
## OFFICES

Section 1.01 **Offices.** The Corporation shall have its registered office in the State of California, and may have such other offices and places of business within or outside the State of California as the Board of Directors may from time to time determine or the business of the Corporation may require.

## ARTICLE II
## STOCKHOLDERS

Section 2.01 **Place of Meetings.** Meetings of stockholders for any purpose may be held at such place or places, either within or outside the State of California, as shall be designated by the Board of Directors, or by the Chief Executive Officer or the President, as the case may be, with respect to meetings called by him.

Section 2.02 **Annual Meeting.** The annual meeting of stockholders shall be held on such date as may be determined by the Board of Directors. At such meeting, the stockholders shall elect a Board of Directors and transact such other business as may properly come before the meeting.

Section 2.03 **Special Meetings.** Special meetings of stockholders may be called at any time by the Board of Directors, a Chief Executive Officer or by the President, as the case may be and shall be called by the Chief Executive Officer or the President or Secretary, as the case may be, at the written request of stockholders owning a majority of the shares of the Corporation then outstanding and entitled to vote.

Section 2.04 **Notice of Meetings.** Written notice of the annual meeting or any special meeting of stock shall be given to each stockholder entitled to vote thereat, not less than ten nor more than sixty days prior to the meeting, except as otherwise required by statute, and shall state the time and place and, in the case of a special meeting, the purpose or purposes of the meeting. Notice need not be given, however, to any stockholder who submits a signed waiver of notice, before or after the meeting, or who attends the meeting in person or by proxy without objecting to the transaction of business.

Section 2.05 **Quorum.** At all meetings of stockholders, the holders of a majority of the stock issued and outstanding and entitled to vote thereat, present in person or represented by proxy, shall constitute a quorum for the transaction of business, except as otherwise provided by statute, the Certificate of Incorporation or these By-Laws. When a quorum is once present to organize a meeting, it is not broken by the subsequent withdrawal of any

IA_TT_000007

stockholder.

Section 2.06 **Voting**. (a) At all meetings of stockholders, each stockholder having the right to vote thereat may vote in person or by proxy, and, unless otherwise provided in the Certificate of Incorporation or in any resolution providing for the issuance of any class or series of stock adopted by the Board of Directors pursuant to authority vested in the Board by the Certificate of Incorporation, shall have one vote for each share of stock registered in his name. Election of directors shall be by written ballot.

(b) When a quorum is once present at any meeting of stockholders, a majority of the votes cast, whether in person or represented by proxy, shall decide any question or proposed action brought before such meeting, except for the election of directors, who shall be elected by a plurality of the votes cast, or unless the question or action is one upon which a different vote is required by express provision of statute, the Certificate of Incorporation or these By-Laws or an agreement among stockholders, in which case such provision shall govern the vote on the decision of such question or action.

Section 2.07 **Adjourned Meetings**. Any meeting of stockholders may be adjourned to a designated time and place by a vote of a majority in interest of the stockholders present in person or by proxy and entitled to vote, even though less than a quorum is present, or by the Chief Executive Officer or the President, as the case may be if a quorum of stockholders is not present. No notice of such adjourned meeting need be given, other than by announcement at the meeting at which adjournment is taken, and any business may be transacted at the adjourned meeting which might have been transacted at the meeting as originally called. However, if such adjournment is for more than thirty days, or if after such adjournment a new record date is fixed for the adjourned meeting, a notice of the adjourned meeting shall be given to each stockholder of record entitled to vote at such meeting.

Section 2.08 **Action by Written Consent of Stockholders**. Any action of the stockholders required or permitted to be taken at any regular or special meeting thereof may be taken without any such meeting, notice of meeting or vote if a consent in writing setting forth the action thereby taken is signed by the holders of outstanding stock having not less than the number of votes that would have been necessary to authorize such action at a meeting at which all shares entitled to vote were present and voted. Prompt notice of the taking of any such action shall be given to any stockholders entitled to vote who have not so consented in writing.

Section 2.09 **Stockholders of Record**. (a) The stockholders from time to time entitled to notice of or to vote at any meeting of stockholders or any adjournment thereof, or to express consent to any corporate action without a meeting, or entitled to receive payment of any dividend or other distribution or the allotment of any rights, or entitled to exercise any rights in respect of any change, conversion or exchange of stock or for the purpose of any other lawful action, shall be the stockholders of record as of the close of business on a date fixed by the Board of Directors as the record date for any such purpose. Such a record date shall not precede the date upon which the resolution fixing the record date is adopted by the Board of Directors, and shall not, with respect to stockholder meetings, be

more than sixty days nor less than ten days before the date of such meeting, or, with respect to stockholder consents, more than ten days after the date upon which the resolution fixing the record date is adopted by the Board of Directors.

(b) If the Board of Directors does not fix a record date, (i) the record date for the determination of stockholders entitled to notice of or to vote at a meeting of stockholders shall be as of the close of business on the day next preceding the day on which notice of such meeting is given, or, if notice is waived as provided herein, on the day next preceding the day on which the meeting is held; (ii) the record date for determining stockholders entitled to express consent to corporate action in writing without a meeting, where no prior action by the Board of Directors is necessary, shall be the close of business on the day on which the first signed written consent setting forth the action taken or proposed to be taken is delivered to the Corporation; and (iii) the record date for determining stockholders for any other purpose shall be at the close of business on the day on which the resolution of the Board of Directors relating thereto is adopted.

## ARTICLE III
## DIRECTORS

Section 3.01 **Board of Directors**. The management of the affairs, property and business of the Corporation shall be vested in a Board of Directors, the members of which need not be stockholders. In addition to the power and authority expressly conferred upon it by these By-Laws and the Certificate of Incorporation, the Board of Directors may take any action and do all such lawful acts and things on behalf of the Corporation and as are not by statute or by the Certificate of Incorporation or these By-Laws required to be taken or done by the stockholders.

Section 3.02 **Number.** The number of directors shall be as fixed from time to time by the Board of Directors.

Section 3.03 **Election and Term of Directors**. At each annual meeting of the stockholders, the stockholders shall elect directors to hold office until the next annual meeting. Each director shall hold office until the expiration of such term and until his successor, if any, has been elected and qualified, or until his earlier resignation or removal.

Section 3.04 **Annual and Regular Meetings**. The annual meeting of the Board of Directors shall be held promptly after the annual meeting of stockholders, and regular meetings of the Board of Directors may be held at such times as the Board of Directors may from time to time determine. No notice shall be required for the annual or any regular meeting of the Board of Directors.

Section 3.05 **Special Meetings**. Special meetings of the Board of Directors may be called by the Chief Executive Officer or the President, as the case may be, by an officer of the corporation who is also a director or by any two directors, upon one day's notice to each director either personally or by mail, telephone, telecopier, telegraph or electronically, and if by telephone, telecopier, electronically or telegraph confirmed in writing before or

after the meeting, setting forth the time and place of such meeting. Notice of any special meeting need not be given, however, to any director who submits a signed waiver of notice, before or after the meeting, or who attends the meeting without objecting to the transaction of business.

Section 3.06 **Place of Meetings**. (a) The Board of Directors may hold its meetings, regular or special, at such places, either within or outside the State of California, as it may from time to time determine or as shall be set forth in any notice of such meeting.

(b) Any meeting of the Board of Directors may be held by means of conference telephone or similar communications equipment whereby all persons participating in the meeting can hear each other, and such participation shall constitute presence at the meeting.

Section 3.07 **Adjourned Meetings**. A majority of the directors present, whether or not a quorum, may adjourn any meeting of the Board of Directors to another time and place. Notice of such adjourned meeting need not be given if the time and place thereof are announced at the meeting at which the adjournment is taken.

Section 3.08 **Quorum of Directors**. A majority of the total number of directors shall constitute a quorum for the transaction of business. The total number of directors means the number of directors the Corporation would have if there were no vacancies.

Section 3.09 **Action of the Board of Directors**. The vote of a majority of the directors present at a meeting at which a quorum is present shall be the act of the Board of Directors, unless the question or action is one upon which a different vote is required by express provision of statute, the Certificate of Incorporation or these By-Laws, in which case such provision shall govern the vote on the decision of such question or action. Each director present shall have one vote.

Section 3.10 **Action by Written Consent of Directors**. Any action required or permitted to be taken at any meeting of the Board of Directors or of any committee thereof may be taken without a meeting, if a written consent thereto is signed by all members of the Board of Directors or of such committee, and such written consent is filed with the minutes of proceedings of the Board of Directors or committee.

Section 3.11 **Resignation**. A director may resign at any time by giving written notice to the Board of Directors, the Chief Executive Officer or the President, as the case may be, or the Secretary of the Corporation. Unless otherwise specified in the notice, the resignation shall take effect upon receipt by the Board of Directors or such officer, and acceptance of the resignation shall not be necessary.

Section 3.12 **Removal of Directors**. Any or all of the directors may be removed with or without cause by the stockholders.

Section 3.13 **Newly Created Directorships and Vacancies**. Newly created directorships resulting from an increase in the number of directors or vacancies occurring in the Board of Directors for any reason except the removal of directors without cause may be filled

IA_TT_000010

by a vote of the majority of the directors then in office, although less than a quorum. Vacancies occurring by reason of the removal of directors without cause shall be filled by a vote of the stockholders. A director elected to fill a newly created directorship or to fill any vacancy shall hold office until the next annual meeting of stockholders, and until his successor, if any, has been elected and qualified.

Section 3.14 **Chairman**. At all meetings of the Board of Directors the Chairman of the Board or, if one has not been elected or appointed or in his absence, a chairman chosen by the directors present at such meeting, shall preside.

Section 3.15 **Committees Appointed by the Board of Directors**. The Board of Directors may, by resolution passed by a majority of the entire Board of Directors or by written consent of all of the directors, designate one or more committees, each committee to consist of one or more of the directors. The Board may also designate one or more directors as alternate members of any committee who may replace any absent or disqualified committee member at any committee meeting. Any such committee, to the extent provided in the resolution, except as restricted by law, shall have and may exercise the powers of the Board of Directors in the management of the affairs, business and property of the Corporation, and may authorize the seal of the Corporation to be affixed to all papers which may require it.

Section 3.16 **Compensation**. No compensation shall be paid to directors, as such, for their services, but the Board of Directors may authorize payment of an annual retainer and/or fixed sum and expenses for attendance at each annual, regular or special meeting of the Board of Directors. Nothing herein contained shall be construed to preclude any director from serving the corporation in any other capacity and receiving compensation therefor.

## ARTICLE IV
## OFFICERS

Section 4.01 **Offices, Election and Term**. (a) At its annual meeting the Board of Directors shall elect or appoint (i) a Chief Executive Officer or President, as the case may be, and (ii) a Secretary, and may, in addition, elect or appoint at any time such other officers as it may determine. Any number of offices may be held by the same person.

(b) Unless otherwise specified by the Board of Directors, each officer shall be elected or appointed to hold office until the annual meeting of the Board of Directors next following his election or appointment and until his successor, if any, has been elected or appointed and qualified, or until his earlier resignation or removal.

(c) Any officer may resign at any time by giving written notice to the Board of Directors, the Chief Executive Officer or the President, as the case may be, or the Secretary of the Corporation. Unless otherwise specified in the notice, the resignation shall take effect upon receipt thereof, and the acceptance of the resignation shall not be necessary to make it effective.

(d) Any officer elected or appointed by the Board of Directors may be removed by the Board of Directors with or without cause. Any vacancy occurring in any office by reason of death, resignation, removal or otherwise may be filled by the Board of Directors.

Section 4.02 **Powers and Duties**. The officers, agents and employees of the corporation shall each have such powers and perform such duties in the management of the affairs, property and business of the Corporation, subject to the control of and limitation by the Board of Directors, as generally pertain to their respective offices, as well as such powers and duties as may be authorized from time to time by the Board of Directors.

Section 4.03 **Sureties and Bonds**. If the Board of Directors shall so require, any officer, agent or employee of the Corporation shall furnish to the Corporation a bond in such sum and with such surety or sureties as the Board of Directors may direct, conditioned upon the faithful performance of his duties to the Corporation and including responsibility for negligence and for the accounting for all property, funds or securities of the corporation which may come into his hands.

## ARTICLE V
## CERTIFICATES AND TRANSFER OF SHARES

Section 5.01 **Certificates**. Unless otherwise provided pursuant to the General Corporation Law of the State of California, the shares of stock of the Corporation shall be represented by certificates, as provided by the General Corporation Law of the State of California. They shall be numbered and entered in the books of the Corporation as they are issued.

Section 5.02 **Lost or Destroyed Certificates**. The Board of Directors may in its discretion authorize the issuance of a new certificate or certificates in place of any certificate or certificates theretofore issued by the Corporation, alleged to have been lost, stolen or destroyed. As a condition of such issuance, the Board of Directors may require, either generally or in each case, the record holder of such certificates, or his legal representative, to furnish an affidavit setting forth the facts of such alleged loss, theft or destruction, together with proof of advertisement of the alleged loss, theft or destruction, and a bond with such surety and in such form and amount as the Board may specify indemnifying the Corporation, any transfer agent and registrar against any claim against any of them relating to such lost, stolen or destroyed certificates.

Section 5.03 **Transfer of Shares**. (a) Upon surrender to the Corporation or the transfer agent of the Corporation of a certificate for shares or other securities of the Corporation duly endorsed or accompanied by proper evidence of succession, assignment or authority to transfer, the corporation shall issue a new certificate to the person entitled thereto, and cancel the old certificate, except to the extent the Corporation or such transfer agent may be prevented from so doing by law, by the order or process of any court of competent jurisdiction, or under any valid restriction on transfer imposed by the Certificate of Incorporation, these By-Laws, or agreement of security holders. Every such transfer shall be entered on the transfer books of the Corporation.

(b) The Corporation shall be entitled to treat the holder of record of any share or other security of the Corporation as the holder in fact thereof and shall not be bound to recognize any equitable or other claim to or interest in such share or security on the part of any other person whether or not it shall have express or other notice thereof, except as expressly provided by law.

## ARTICLE VI
## INDEMNIFICATION

Section 6.01 **Indemnification**. The Corporation shall indemnify the directors, officers, agents and employees of the Corporation in the manner and to the full extent provided in the General Corporation Law of the State of California. Such indemnification may be in addition to any other rights to which any person seeking indemnification may be entitled under any agreement, vote of stockholders or directors, any provision of these By-Laws or otherwise. The directors, officers, employees and agents of the Corporation shall be fully protected individually in making or refusing to make any payment or in taking or refusing to take any other action under this Article VI in reliance upon the advice of counsel.

## ARTICLE VII
## MISCELLANEOUS

Section 7.01 **Corporate Seal**. The seal of the Corporation shall be circular in form and bear the name of the Corporation, the year of its organization and the words, "Corporate Seal, California". The seal of the certificates for shares or any corporate obligation for the payment of money, or on any other instrument, may be a facsimile, engraved, printed or otherwise reproduced.

Section 7.02 **Execution of Instruments**. All corporate instruments and documents shall be signed or countersigned, executed, and, if desired, verified or acknowledged by a proper officer or officers or such other person or persons as the Board of Directors may from time to time designate.

Section 7.03 **Fiscal Year**. The fiscal year of the Corporation shall be as determined by the Board of Directors.

## ARTICLE VIII
## AMENDMENTS

Section 8.01 **Amendments**. These By-Laws may be altered, amended or repealed from time to time by the stockholders or by the Board of Directors without the assent or vote of the stockholders.

IA_TT_000013

# CERTIFICATE OF SECRETARY

## OF

## INTEGRATED ADMINISTRATION
## A CALIFORNIA CORPORATION

I am the duly elected, qualified and acting Secretary of Integrated Administration, a California corporation, and certify that the foregoing Bylaws were adopted as the Bylaws of the Corporation as of August 9, 2011, by the Director of the Corporation.

Dated:  As of August 9, 2011

Kia Jam, Secretary

IA_TT_000014

**RESOLUTIONS ADOPTED BY INCORPORATOR**

**OF**

**INTEGRATED ADMINISTRATION**

        The undersigned being the Incorporator of the Corporation named in the Certificate of Incorporation, hereby adopts the following resolutions:

(1)     RESOLVED, that a copy of the Certificate of Incorporation of the Corporation, together with the original receipt showing payment of the statutory organization fax and filing fee, be inserted in the Minute Book of the Corporation.

(2)     RESOLVED, that the by-laws be, and the same hereby are, adopted as and for the by-laws of the Corporation, and that a copy thereof be placed in the Minute Book of the corporation, directly following the Certificate of Incorporation.

(3)     RESOLVED, that the following persons be, and they hereby are, elected as Directors of the Corporation, to serve until the first annual meeting of stockholders, and until their successors are elected and qualify: Kia Jam.

Dated: As of August 8, 2011

                              Ariel C. Ayaay, Incorporator

IA_TT_000015

# RESOLUTIONS ADOPTED BY SOLE DIRECTOR

## OF

## INTEGRATED ADMINISTRATION

The undersigned, being the sole Director hereby adopts the following resolutions:

(1)     RESOLVED, that the following persons be and they hereby are, elected to the designated offices of the Corporation, to serve until their successors are elected and qualify:

President: Kia Jam

Secretary/Treasurer: Kia Jam

(2)     RESOLVED, that all the acts taken and resolutions adopted by the Incorporation Director are, approved, ratified and adopted.

(3)     RESOLVED, that the specimen form of certificate annexed hereto be, and it hereby is, approved and adopted as the certificate representing the shares of this Corporation.

(4)     RESOLVED, that the Secretarial Certificate annexed hereto reflecting the banking arrangements of the Corporation be, and it hereby is approved and the resolutions set forth therein adopted;

(5)     RESOLVED, that the Corporation issue and deliver to the person or persons identified on Schedule A upon receipt of the consideration therefore, one or more certificates representing the number of shares of the Corporation described in Schedule A; and it was further;

(6)     RESOLVED, that the Officers of the Corporation be, and they hereby are, authorized, empowered and directed to take any and all steps, and to execute and deliver any and all instruments in connection with consummating the transaction contemplated by the aforesaid proposal and in connection with carrying the foregoing resolutions into effect.

Dated: As of August 11, 2011

Kia Jam, Director

1

## SECRETARIAL CERTIFICATE

WHEREAS, the Board of Directors has determined it to be in the best interest of the Corporation to establish a banking resolution, be it:

RESOLVED, that the Corporation has the authority to transact banking business, including but not limited to the maintenance of savings, checking and other accounts as well as borrowing and Kia Jam and any other directors or officers of the corporation are authorized to so act on behalf of the Corporation.

The undersigned hereby certifies that he is the duly elected and qualified Secretary of Integrated Administration, a corporation duly formed pursuant to the laws of the state of California and that the foregoing is a true record of a resolution adopted by the Sole Director in accordance with state law and the Bylaws of the above-named Corporation and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary of the above-named Corporation as of December 6, 2011.

By: Kia Jam
Its: Secretary

2

**SPECIMEN FORM OF SHARE CERTIFICATE**

3

IA_TT_000018

**Schedule A**

| Name of Stockholder | # of Shares | Consideration |
|---|---|---|
| K-Jam Media, Inc. | 100 | $.01 |

4

IA_TT_000019

# WAIVER OF NOTICE OF FIRST MEETING

## OF STOCKHOLDERS

## OF

## INTEGRATED ADMINISTRATION

We, the undersigned, being all of the Stockholders of the Corporation, hereby agree and consent that the First Meeting of Stockholders of the Corporation be held on the date and time, and at the place designated hereunder, and do hereby waive all notice whatsoever of such meeting and of any adjournment or adjournments thereof.

We do further agree and consent that any and all lawful business may be transacted at such meeting, or at any adjournment or adjournments thereof, as may be deemed advisable by any stockholder present thereat. Any business transacted at such meeting, or at any adjournment or adjournments thereof, shall be as valid and legal and of the same force and effect as if such meeting or adjourned meeting were held after notice.

Place of Meeting: 2425 Colorado Blvd., Suite B-205, Santa Monica, CA 90404

Date of Meeting: As of August 10, 2011

Time of Meeting: 2:00pm Pacific Standard Time

Dated: As of August 10, 2011

Kjam Media, Inc.

IA_TT_000020

## MINUTES OF FIRST MEETING

## OF STOCKHOLDERS

## OF

## INTEGRATED ADMINISTRATION

The First Meeting of Stockholders of the above captioned Corporation was held

on the date, time and at the place set forth in the written Waiver of Notice signed by the

Stockholders, fixing such time and place, and prefixed to the minutes of this meeting.

The meeting was called to order by the President, heretofore elected by the Board

of Directors, and the following Stockholders being all of the stockholders of the

Corporation, were present: Kia Jam on behalf of Kjam Media, Inc.

There was presented to the meeting the following

1.          Copy of Certificate of Incorporation;

2.          Copy of By-Laws of the Corporation, duly adopted by the Incorporator;

3.          Resolutions adopted by the Incorporator;

4.          Minutes of First Meeting of Directors;

5.          Corporate certificate book;

6.          Corporate record book.

Upon motion duly made, seconded and unanimously carried, it was

RESOLVED, that the items listed above have been examined by all Stockholders, and are

all approved and adopted, and that all acts taken and decisions reached, as set forth in

such documents, be, and they hereby are, ratified and approved by the Stockholders of

the Corporation.

1

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the same was adjourned.

Kia Jam, Secretary

2

IA_TT_000022

# WAIVER OF NOTICE OF ANNUAL MEETING

## OF BOARD OF DIRECTORS

### OF

### INTEGRATED ADMINISTRATION

We, the undersigned, being all of the Directors of the Corporation, hereby agree and consent that the Annual Meeting of the Board of Directors of the Corporation be held on the date and time and at the place designated hereunder, and do hereby waive all notice whatsoever of such meeting and of any adjournment of adjournments thereof.

We do further agree and consent that any and all lawful business may be transacted at such meeting or at any adjournment or adjournments thereof as may be deemed advisable by any Directors present thereat. Any business transacted at such meeting or at any adjournment or adjournments thereof shall be as valid and legal and of the same force and effect as if such meeting or adjourned meeting were held after notice.

Place of Meeting: 2425 Colorado Blvd., Suite B-205, Santa Monica, CA 90404

Date of Meeting: December 9, 2011

Time of Meeting: 2:00pm Pacific Standard Time

Dated: December 9, 2011

Kia Jam, Director

IA_TT_000023

## MINUTES OF ANNUAL MEETING

## OF BOARD OF DIRECTORS

## OF

## INTEGRATED ADMINISTRATION

The Annual Meeting of the Board of Directors of the Corporation immediately followed the

Annual Meeting of Stockholders.

There were present the following: Kia Jam, being all the Directors of the Corporation.

The meeting was called to order by Kia Jam.

It was moved, seconded and unanimously carried that Kia Jam act as Chairman of the Board of

Directors.

The Chairman noted that it was in order to consider electing Officers for the ensuing year.

Upon nominations duly made, seconded and unanimously carried, the following were unanimously

elected Officers of the Corporation, to serve for the ensuing year and until their successors are

elected and qualify:

President: Kia Jam

Secretary/Treasurer: Kia Jam

There being no further business to come before the meeting upon motion duly made,
seconded and unanimously carried, it was adjourned.

Kia Jam, Secretary

- 2 -

IA_TT_000024

# WAIVER OF NOTICE OF ANNUAL MEETING

# OF BOARD OF DIRECTORS

# OF

# INTEGRATED ADMINISTRATION

We, the undersigned, being all of the Directors of the Corporation, hereby agree and consent that the Annual Meeting of the Board of Directors of the Corporation be held on the date and time and at the place designated hereunder, and do hereby waive all notice whatsoever of such meeting and of any adjournment of adjournments thereof.

We do further agree and consent that any and all lawful business may be transacted at such meeting or at any adjournment or adjournments thereof as may be deemed advisably by any Directors present thereat. Any business transacted at such meeting or at any adjournment or adjournments thereof shall be as valid and legal and of the same force and effect as if such meeting or adjourned meeting were held after notice.

Place of Meeting: 2425 Colorado Ave. Suite B-205, Santa Monica, CA 90404

Place of Meeting: December 9, 2013

Time of Meeting: 2:00pm Pacific Standard Time

Dated: December 9, 2013

Kia Jam, Director

IA_TT_000073

MINUTES OF ANNUAL MEETING OF BOARD OF DIRECTORS OF

OF

INTEGRATED ADMINISTRATION.

On December 9, 2013, the annual Meeting of the Board of Directors of the corporation immediately followed the Annual Meeting of the Stockholders.

There were present the following:  Kia Jam, being all the directors of the Corporation.

The meeting was called to order by Kia Jam.

It was moved, seconded and unanimously carried out that Kia Jam act as the Chairman of the Board of Directors.

There being no further business to come before the meeting upon motion duly made, seconded and unanimously carried, it was adjourned.

Kia Jam, Secretary

# WAIVER OF NOTICE OF ANNUAL MEETING

## OF BOARD OF DIRECTORS

## OF

## INTEGRATED ADMINISTRATION

We, the undersigned, being all of the Directors of the Corporation, hereby agree and consent that the Annual Meeting of the Board of Directors of the Corporation be held on the date and time and at the place designated hereunder, and do hereby waive all notice whatsoever of such meeting and of any adjournment of adjournments thereof.

We do further agree and consent that any and all lawful business may be transacted at such meeting or at any adjournment or adjournments thereof as may be deemed advisably by any Directors present thereat. Any business transacted at such meeting or at any adjournment or adjournments thereof shall be as valid and legal and of the same force and effect as if such meeting or adjourned meeting were held after notice.

Place of Meeting: 10866 Wilshire Blvd. Suite #500, LA, CA 90024

Place of Meeting: December 9, 2014

Time of Meeting: 2:00pm Pacific Standard Time

Dated: December 9, 2014

Kia Jam, Director

IA_TT_000075

MINUTES OF ANNUAL MEETING OF BOARD OF DIRECTORS OF

OF

INTEGRATED ADMINISTRATION.

On December 9, 2014, the annual Meeting of the Board of Directors of the corporation immediately followed the Annual Meeting of the Stockholders.

There were present the following:  Kia Jam, being all the directors of the Corporation.

The meeting was called to order by Kia Jam.

It was moved, seconded and unanimously carried out that Kia Jam act as the Chairman of the Board of Directors.

There being no further business to come before the meeting upon motion duly made, seconded and unanimously carried, it was adjourned.

Kia Jam, Secretary

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  08-11-2011

Employer Identification Number:
45-2964422

Form:  SS-4

Number of this notice:  CP 575 A

INTEGRATED ADMINISTRATION
34 EXECUTIVE PARK STE 210
IRVINE, CA  92614

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

     Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 45-2964422.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

     When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

     Based on the information received from you or your representative, you must file
the following form(s) by the date(s) shown.

                    Form 941            10/31/2011
                    Form 940            01/31/2012
                    Form 1120           03/15/2012

     If you have questions about the form(s) or the due date(s) shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

     We assigned you a tax classification based on information obtained from you or your
representative.  It is not a legal determination of your tax classification, and is not
binding on the IRS.  If you want a legal determination of your tax classification, you may
request a private letter ruling from the IRS under the guidelines in Revenue Procedure
2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note:
Certain tax classification elections can be requested by filing Form 8832, *Entity
Classification Election*.  See Form 8832 and its instructions for additional information.

     **IMPORTANT INFORMATION FOR S CORPORATION ELECTION:**

     If you intend to elect to file your return as a small business corporation, an
election to file a Form 1120-S must be made within certain timeframes and the
corporation must meet certain tests.  All of this information is included in the
instructions for Form 2553, *Election by a Small Business Corporation*.

**IA_TT_000029**

(IRS USE ONLY)     575A          08-11-2011  INTE  B  9999999999  SS-4

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative.  For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*.  If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

The IRS is committed to helping all taxpayers comply with their tax filing obligations.  If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you.  Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services.  The list provides addresses, telephone numbers, and links to their Web sites.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov.  If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records.  **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.**

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you write, please tear off the stub at the bottom of this notice and send it along with your letter.  If you do not need to write us, do not complete and return the stub.  Thank you for your cooperation.

Keep this part for your records.          CP 575 A (Rev. 7-2007)

--------------------------------------------------------------------------------

Return this part with any correspondence so we may identify your account.  Please correct any errors in your name or address.

CP 575 A

9999999999

Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  08-11-2011
(     )      -      _____   EMPLOYER IDENTIFICATION NUMBER:  45-2964422
_____   _____   FORM:  SS-4        NOBOD

INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

INTEGRATED ADMINISTRATION
34 EXECUTIVE PARK STE 210
IRVINE, CA  92614

IA_TT_000030

Form **W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)
**Integrated Administration**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor   ☐ C Corporation   ☑ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
**2425 Colorado Avenue, Suite 205**

City, state, and ZIP code
**Santa Monica, CA 90404**

Requester's name and address (optional)

List account number(s) here (optional)

**Print or type**
**See Specific Instructions on page 2.**

**Part I     Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

| | | – | | | – | | | | |

Employer identification number

| 4 | 5 | – | 2 | 9 | 6 | 4 | 4 | 2 | 2 |

**Part II     Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign
Here**   Signature of
U.S. person ▶                           Date ▶ Nov 1 2012

**General Instructions**

Section references are to the Internal Revenue Code unless otherwise noted.

**Purpose of Form**

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

IA_TT_000031

# 3399641

ATTORNEYS CORPORATION SERVICE, INC.
5668 E. 61ST STREET
COMMERCE , CA 90040
(800) 462-5487

RECEIVED
SACRAMENTO, CALIF

'11 AUG -9 PH 3: 46

SECRETARY OF STATE

DOCUMENT FILING REQUEST

TO: SECRETARY OF STATE

DATE:  8/09/11                                              TIME/DATE/STAMP:
NAME: HOMAYOUN POURMAND
ADDRESS: 2061 BUSINESS CENTER DR. SUITE 106
         IRVINE , CA 92612

ENTITY NAME: Integrated Administration

PLEASE FIND ENCLOSED:

( X ) Counter Fee                        $ 350
( X ) Articles of Incorporation          $ 100

SPECIAL INSTRUCTIONS: 24/HOUR EXEDITE

### SECRETARY OF STATE USE ONLY

| T _____ | COPIES _____ | PGS _____ | C/GS _____ | C/F _____ |
|---|---|---|---|---|
| $ _____ | ARTS [ ] | S&DC [ ] | STK [ ] | NP [ ] | CL _____ |
| CK [ ] | MO [ ] | CC [ ] | NO _____ | |

LEGAL REVIEW NOTES:                              REVIEWER: _____

INVOICE#:  3480153
ELLEN CORP EXPEDIET

IA_TT_000036

| | | D I 4 6 5 3 6 5 |
|---|---|---|
| (Seal) | **Secretary of State**<br>**Certificate of Dissolution**<br>(California Stock Corporation ONLY) | **DISS STK** |

**WM**
**FILED**
Secretary of State
State of California

**JUL 05 2018**

This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

There is **No Fee** for filing a Certificate of Dissolution - Stock

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

| **1. Corporate Name** (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.) | **2. 7-Digit Secretary of State File Number** |
|---|---|
| INTEGRATED ADMINISTRATION | **3399641** |

**3. Election**

[✓] The dissolution was made by a vote of **ALL** of the shareholders of the California corporation.

**Note**: If the above box is not checked, a **Certificate of Election to Wind Up and Dissolve** (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities** (Check the applicable statement. Only **one box** may be checked. If second box is checked, must include the required information in an attachment.)

[✓] The known debts and liabilities have been actually paid or paid as far as its assets permitted.

[ ] The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

[ ] The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See Instructions for signature requirements.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| Date 7/1/18 | Signature | KIARASH K. JAM |
|---|---|---|
| Date | Signature | Type or Print Name |
| Date | Signature | Type or Print Name |
| | | Type or Print Name |

DISS STK (REV 12/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

LA FTI 000043