LAW OFFICE OF DAVID W. WIECHERT
DAVID W. WIECHERT (Cal. Bar No. 94607)
JAHNAVI GOLDSTEIN (Cal. Bar No. 245084)
WILLIAM J. MIGLER (Cal. Bar No. 318518)
27136 Paseo Espada, Suite B1123
San Juan Capistrano, California 92675
Telephone: (949) 361-2822
Facsimile: (949) 361-5722
Email: dwiechert@aol.com
Email: jahnavi@davidwiechertlaw.com
Email: william@davidwiechertlaw.com

Attorneys for Defendant
Kiarash Jam and Integrated Administration, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THE WIMBLEDON FUND, SPC (CLASS TT),<br><br>     Plaintiff,<br><br>v.<br><br>GRAYBOX, LLC; INTEGRATED ADMINISTRATION; EUGENE SCHER, AS TRUSTEE OF BERGSTEIN TRUST; CASCADE TECHNOLOGIES CORP., and THE LAW OFFICES OF HENRY N. JANNOL,<br><br>     Defendants.<br>_____<br><br>THE WIMBLEDON FUND, SPC (CLASS TT),<br><br>     Plaintiff, | C.D. Cal. Consolidated Case No. 2:15-cv-6633-CAS-AJWx<br>Honorable Christina A. Snyder<br><br>**DECLARATION OF DEFENDANT KIARASH JAM IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**<br><br><br>Hearing Date: May 13, 2019<br>Time:          10:00 a.m.<br>Courtroom:   8D |

1

v.

DAVID BERGSTEIN; JEROME SWARTZ; AARON GRUNFELD; and KIARASH JAM.,

    Defendants.

---

AND CONSOLIDATED ACTIONS AND RELATED THIRD-PARTY ACTIONS.

## **DECLARATION OF KIARASH JAM**

I, Kiarash Jam, declare:

1.    I am a Defendant in this matter. I have personal knowledge of the following and, if called to do so, I could competently testify thereto.

2.    I have never owned any shares of Swartz IP Services Group, Inc., a/k/a IP Advisory Services ("SIP") and no SIP share certificate has ever been issued to me or received by me or any entity which I own or control.

3.    I had no involvement in the negotiation of Plaintiff The Wimbledon Fund, SPC (Class TT)'s ("Wimbledon") investment of $17.7 million into SIP in and around November 2011, which was solely negotiated by prior co-defendant David Bergstein ("Bergstein") on behalf of SIP.

4.    I am aware that that Wimbledon's investment into SIP was memorialized in a Note Purchase Agreement ("NPA") and "Reference Notes," which Bergstein instructed me to sign as "Vice President" of SIP, which I did on or around November 15, 2011.

5.    Bergstein also instructed me to execute a "Side Letter" dated November 17, 2011 on SIP's behalf (but not as Vice President) addressed to Keith Wellner at Weston Capital Asset Management, LLC ("Weston"), which I did.

6.    I was accustomed to signing documents for Bergstein, whom I trusted, and

2

which I believed numerous attorneys had reviewed and vetted, as he (as well as agents of Weston) often instructed me to sign various documents relating to Bergstein's numerous deals.

7.    I did not read or understand the lengthy SIP NPA, Reference Notes, or Side Letter. I quickly signed and scanned them upon receiving Bergstein's request to sign them.

8.    I was not a signatory to, nor had any control over or access to any of SIP's bank accounts, including the Deutsche Bank account into which Wimbledon funds were transferred, which were solely under the control of Bergstein acting personally or through his assistant, Frymi Biedak.  I never made any decisions on behalf of SIP and anything I did in connection with SIP was at Bergstein's direction.

9.    Bergstein instructed me to sign an affidavit as an officer of SIP regarding service of the complaint in a New York state court case filed by Wimbledon on June 22, 2013, which I did.

10.    I did not learn of the details and terms of the Settlement Agreement Bergstein had entered into with Wimbledon on behalf of SIP until in and around February 2018 when it was presented as evidence in Bergstein's criminal trial, even though it was entered into by Bergstein, SIP and a Bergstein entity, Graybox, LLC ("Graybox") several months earlier.  I had never seen until after it was produced in his criminal trial. It was shocking to learn that every other party was released except for myself and Integrated Administration , especially as my prior counsel who was also a co-defendant and was by the Settlement Agreement himself, had been, without informing me.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California.

Dated:  April 10, 2019

Kiarash Jam

DECLARATION OF DEFENDANT KIARASH JAM
IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT

# CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of the Law Office of David W. Wiechert, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On April 10, 2019, I served the forgoing documents, described as **DECLARATION OF DEFENDANT KIARASH JAM IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT** on all interested parties as follows:

[  ]  **BY MAIL:** I caused such envelope(s) to be deposited in the mail at San Clemente, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]  **BY E-MAIL:** I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for the parties.

[  ]  **BY PERSONAL SERVICE:** I personally delivered the document listed above to the persons at the address set forth below.

[X]  **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2019, at San Juan Capistrano, California.

*/s/Danielle Dragotta*
Danielle Dragotta