# EXHIBIT B

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Hope Andrade
Secretary of State

# Office of the Secretary of State

June 14, 2012

Attn: Katina Hamm

Vcorp Services, LLC
5670 WILSHIRE BLVD SUITE 1530
Los Angeles, CA 90036 USA

----
RE: Advisory IP Services Inc.
File Number: 801350138

It has been our pleasure to file the Certificate of Amendment for the referenced entity.  Enclosed is the
certificate evidencing filing.  Payment of the filing fee is acknowledged by this letter.

If we may be of further service at any time, please let us know.

Sincerely,


Corporations Section
Business & Public Filings Division
(512) 463-5555


Enclosure

**JAM_TT_001060**

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555                    Fax: (512) 463-5709                    Dial: 7-1-1 for Relay Services
Prepared by: Angie Hurtado                    TID: 10323                    Document: 425994240002

# The State of Texas



**Corporations Section**
P.O. Box 13697
Austin, Texas 78711-3697

Phone: 512-463-5555
Fax: 512-463-5709
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

**Hope Andrade**
**Secretary of State**

## *Please Note:*

**THE ENCLOSED CERTIFICATE IS YOUR OFFICAL CERTIFICATE OF FILING, WHICH CAN BE USED AS EVIDENCE OF FILING.**

**IF YOU DESIRE A FILE-MARKED COPY OF YOUR DOCUMENT PLEASE CALL OUR CERTIFYING TEAM @512-463-5578 FOR ADDITIONAL INFORMATION.**

## *Thank you*

JAM_TT_001061



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Hope Andrade
Secretary of State

# Office of the Secretary of State

## CERTIFICATE OF FILING
## OF

### Advisory IP Services Inc.
801350138

[formerly: Swartz IP Services Group Inc.]

The undersigned, as Secretary of State of Texas, hereby certifies that a Certificate of Amendment for the above named entity has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

Dated: 06/13/2012

Effective: 06/13/2012



Hope Andrade
Secretary of State

**JAM_TT_001062**

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555        Fax: (512) 463-5709        Dial: 7-1-1 for Relay Services
Prepared by: Angie Hurtado        TID: 10303        Document: 425994240002

# The State of Texas



| | |
|---|---|
| Corporations Section | Phone: 512-463-5555 |
| P.O. Box 13697 | Fax: 512-463-5709 |
| Austin, Texas 78711-3697 | TTY (800) 735-2989 |
| | www.sos.state.tx.us |

### Office of the Secretary of State

## FAX TRANSMITTAL

6/14/2012 9:25:54 AM

| TO: | **Katina Hamm** | FROM: | **Texas Secretary of State - Corp. Division** |
|---|---|---|---|
| COMPANY: | **Vcorp Services, LLC** | | |
| FAX: | **3105317405** | FAX: | **(512) 463-5709** |
| PHONE: | **310-417-1898  -** | PHONE: | |

**Notes:**

**Document Number: 425994240002**

**Entity Name: Advisory IP Services Inc.**

**Attached is the certificate evidencing the filing of the above referenced document. If there is any problem with the transmission, please call 512-936-6618. The original and any copies will be mailed per your instructions. Please allow 3 to 7 business days for receipt.**

### TOTAL NUMBER OF PAGES INCLUDING THIS COVER SHEET:     2

### ⊠ IF YOU DO NOT RECEIVE ALL PAGES
### PLEASE CALL AS SOON AS POSSIBLE ⊠

JAM_TT_001063

**Form 406**
**(Revised 05/11)**

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
**Filing Fee: See instructions**



This space reserved for office use.

## Amendment to Registration

## Entity Information

1. The legal name of the filing entity is:

Swartz IP Services Group Inc.

*State the name of the entity as currently shown in the records of the secretary of state.*

2. If the entity attained its registration under an assumed name, the qualifying assumed name as shown on the records of the secretary of state is:

3. The registration was issued to the entity on:      12/02/2010

                                                          *mm/dd/yyyy*

The file number issued to the filing entity by the secretary of state is:    801350138

## Amendments to Application

4. The registration is amended to change the legal name of the entity as amended in the entity's jurisdiction of formation. The new name is:

IP Services Group Inc.

5. The new name of the entity is not available for use in Texas or fails to include an appropriate organizational designation. Or, the entity wishes to amend the qualifying assumed name stated on its application for registration or amended registration. The assumed name the entity elects to adopt for purposes of maintaining its registration is:

6. The registration is amended to change the business or activity stated in its application for registration or amended registration. The business or activity that the entity proposes to pursue in this state is:

The entity certifies that it is authorized to pursue the same business or activity under the laws of the entity's jurisdiction of formation.

Form 406

4

**JAM_TT_001064**

## Other Changes to the Application for Registration

7.  The foreign filing entity desires to amend its application for registration to make changes other than or in addition to those stated above.  Statements contained in the original application or any amended application are identified by number or description and changed to read as follows:

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing.  The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time.  The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date:   06/11/2012

_____
Signature of authorized person (see instructions)

David Bergstein
_____
Printed or typed name of authorized person.

JAM_TT_001065