# EXHIBIT BB

Swertz IP

Date 12.9.11

PAY to the order of CASH          $ 6,000.00

Six Thousand

Wells Fargo Bank, N.A.
California
wellsfargo.com

For _____

9114

7913769114   114
$6,000.00
12/09/11 01:17PM
02 0065859 0051 724

REQUEST 00005569979000000 6000.00
ROLL ECIA   20111209  000006925820234
JOB ECIA  P  ACCT            9114
REQUESTOR A338983
7844083  12/26/2013

Subpoena Processing Philadelphia
Y1372-110
Philadelphia PA  19101



PLAINTIFF'S EXHIBIT
11
Biedak 3/25/19

**SWARTZ IP SERVICES GROUP INC**
2425 COLORADO AVE STE B205
SANTA MONICA, CA 90404-3584

1026

16-24/1220 4842
7913969114

DATE 7/2/12

PAY TO THE ORDER OF Che Sheng   $5,000.00

Five Thousand   DOLLARS

Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR

⑈⑈⑈ 01026

838871368 87392812 >122283958< CathayBank

01-940-10
LX240747

Che Sheng Sheng

REQUEST 00005569979000000 5000.00
ROLL ECIA   20120730  000008810837309
JOB ECIA  P  ACCT ▮▮▮▮▮9114
REQUESTOR A338983
7844083  12/26/2013

Subpoena Processing Philadelphia
Y1372-110
Philadelphia PA 19101

**SWARTZ IP SERVICES GROUP INC**
2425 COLORADO AVE STE B205
SANTA MONICA, CA 90404-3584

1027
16-24/1220 4842
7913969114

DATE 8/22/12

PAY TO THE ORDER OF: Robert Pressler        $ 4,960.00

Four Thousand Nine Hundred Sixty & 00/--------- DOLLARS

Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR _____

⑆ ▓▓▓▓▓ ⑆ ▓▓▓▓▓ 9114⑈ 01027

Robert Pressler
RPP Enterprises Inc
5805
Deposit

REQUEST 00005569979000000 4960.00
ROLL ECIA  20120822  000000580168952
JOB ECIA P  ACCT ▓▓▓▓▓ 9114
REQUESTOR A338983
7844083 12/26/2013

Subpoena Processing Philadelphia
Y1372-110
Philadelphia PA 19101

**SWARTZ IP SERVICES GROUP INC**
2425 COLORADO AVE STE B205
SANTA MONICA, CA 90404-3584

1028

16-24/1220 4842
7913969114

DATE 7/23/13

PAY TO THE ORDER OF   Graybox LLC   $ 12,000.00

Twelve Thousand &        DOLLARS

Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR _____

9114  01028

Seq: 92
Batch: 005953
Date: 07/23/13

Seq:00092 07/23/13
BAT:005953 CC:3180002982
WT:01 LTPS:Los Angeles
BC:Calabasas BC CA7-218

Deposit to Graybox
2107

Credited To The Account Of
The Within Named Payee
Endorsement Guaranteed
Bank of America, N.A.

REQUEST 00005569979000000 12000.00
ROLL ECIA   20130723  000008519090385
JOB ECIA  P  ACCT          9114
REQUESTOR A338983
7844083  12/26/2013

Subpoena Processing Philadelphia
Y1372-110
Philadelphia  PA  19101



REQUEST 00005569979000000 10000.00
ROLL ECIA   20131218  000002048469272
JOB ECIA  P  ACCT          9114
REQUESTOR A338983
7844083  12/26/2013

Subpoena Processing Philadelphia
Y1372-110
Philadelphia PA  19101

**SWARTZ IP SERVICES GROUP INC**
2425 COLORADO AVE STE B205
SANTA MONICA, CA 90404-3584

1051
16-24/1220 4642
7913969114

DATE 12/17/19

PAY TO THE ORDER OF _Integrated Administration_ $ 12,000.00

_Twelve Thousand_ DOLLARS

Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR _____

⑆ ⑆ 9114⑈ 01051

3442821

Deposit to
Integrated
Administration
8/9/

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N A
AU 65859

Harland Clarke

REQUEST 00005569979000000 12000.00
ROLL ECIA   20131218 000003442821689
JOB ECIA  P  ACCT          9114
REQUESTOR A338983
7844083  12/26/2013

Subpoena Processing Philadelphia
Y1372-110
Philadelphia PA 19101