# EXHIBIT C

```
                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA



      THE WIMBLEDON FUND, SPC (CLASS    )
      TT),                              )
                                        )
                        PLAINTIFFS,     )
                                        )
           VS.                          ) CASE NO.
                                        ) 2:15-CV-6633-CAS-ASJWX
                                        )
      GRAYBOX LLC; INTEGRATED           )
      ADMINISTRATION; EUGENE SCHER, AS  )
      TRUSTEE OF BERGSTEIN TRUST; AND   )
      CASCADE TECHNOLOGIES CORP.,       )
                                        )
                        DEFENDANTS.     )
      _____)
```

VIDEOTAPED DEPOSITION OF FRYMI BIEDAK

TAKEN ON

MONDAY, MARCH 25, 2019

Sandra Mitchell
C.S.R. 12553

```
15:51:31   1    total annually" -- "annual income."
           2             Do you see that?
           3        A    Yes.
           4        Q    Do you know whether or not Swartz IP ever
15:51:36   5    generated 2 to $5 million in annual income?
           6        A    I have no idea.
           7        Q    And in terms of liquid net worth, over
           8    $5 million, do you have any information about that line?
           9        A    I have no idea.
15:51:48  10        Q    And do you have any information about the total
          11    net worth over $5 million?
          12        A    No.
          13        Q    Thank you.
          14             This will be Exhibit 26.
15:52:21  15                (Exhibit 26 was marked for
          16                identification by the Court Reporter
          17                and is attached hereto.)
          18             THE WITNESS:  You want me to look at this?
          19    BY MR. WIECHERT:
15:53:12  20        Q    Yes, please.
          21             Ms. Biedak, it's a multipage document.  And
          22    just take a look through.  Take as much time as you need
          23    to determine what it relates to.
          24        A    Okay.
15:54:16  25        Q    All right.  Do you recognize this e-mail and
```

```
15:54:18   1    the attachments?
           2       A    When you say "recognize" -- when was it sent?
           3       Q    Well, let's walk through --
           4       A    Eight years ago.
15:54:29   5       Q    Let's walk through it.
           6       A    Sure.
           7       Q    The from line is from you; correct?
           8       A    Yes.
           9       Q    And it's sent on November 10th, 2011 at 4:56 to
15:54:38  10    a seanedr- -- seanedrington@db.com.
          11            Do you see that?
          12       A    Yes.
          13       Q    And a Alisa Liley is also a recipient?
          14       A    Yes.
15:54:49  15       Q    And do you recall that Sean Ed- -- Edrington
          16    was a representative of Deutsche Bank?
          17       A    Yes.
          18       Q    As was Alisa Liley?
          19       A    She was the assistant, I think.
15:54:58  20       Q    She was his assistant?
          21       A    Well, I don't think she, like -- I think she
          22    was more like an associate.
          23       Q    A coequal?  They both did work at the bank?
          24       A    Yes.
15:55:10  25       Q    And the subject matter was "Swartz IP Group,
```

Frymi Biedak

Page 205

```
15:55:14   1    Inc., New Account with Deutsche Bank."
           2         Do you see that?
           3    A    Yes, I do.
           4    Q    The importance on e-mail was high.
15:55:21   5         Now, is that because you designated it as high?
           6    A    I pretty much put everything as high.
           7    Q    There was a sense of urgency in everything?
           8    A    It was always.
           9    Q    Always a sense of urgency.  I get it.
15:55:31  10         The purpose of the e-mail was to provide
          11    Deutsche Bank information needed to set up a new account
          12    for Swartz IP group; correct?
          13    A    Yes.
          14    Q    And so you gathered the information and then
15:55:49  15    you transmitted it by e-mail; correct?
          16    A    Yes.
          17    Q    Going through this document -- well, let's
          18    start with basically the last two pages.
          19         Do you recognize the last page as
15:56:20  20    Mr. Bergstein's driver's license?
          21    A    Yes.
          22    Q    Do you recognize what appears to be on the
          23    second to the last page a photocopy of the passport of
          24    Mr. Bergstein?
15:56:33  25    A    Yes.
```

```
15:56:38  1      Q    You'll also notice that -- one, two, three --
          2   four pages earlier, there is a certificate of secretary
          3   of Swartz IP Group, Inc. that was bearing the signature
          4   of David Bergstein; correct?
15:56:59  5      A    Yes.
          6      Q    Mr. Bergstein was designated the president of
          7   Swartz IP on the corporate account authorization.  And
          8   if you go to page -- let me count them.  One, two,
          9   three, four, five, six, seven, eight.
15:57:38 10      A    Yes.  I looked at it.
         11      Q    All right.  Nine and ten.  Six, seven, eight
         12   nine, and ten.  Well, let's do this.  All right.  I
         13   don't want to -- if you can go to the page that states
         14   "corporate and other organized entities."
15:58:03 15      A    Which page is this?
         16      Q    I'll make it easier.  I'm sorry.  And then
         17   we'll walk through it.
         18           There you go.
         19      A    Thank you.
15:58:23 20      Q    And it appears that the information on the page
         21   entitled "Corporate and Other Organized Entities" was
         22   inputted on a computer rather than handwritten?
         23      A    Yes.
         24      Q    Did you input this information?
15:58:47 25      A    It's possible.  It could have been also put in
```

Frymi Biedak

Page 207

```
15:58:50   1   by the bank, by Alisa Liley.
           2       Q    If the bank put it in, would it have been based
           3   on information that was provided by someone outside the
           4   bank; correct?
15:58:58   5       A    That's the way I see it, yes.
           6       Q    Do you recall providing the bank information
           7   about Swartz IP's financials?
           8       A    I don't -- I don't remember.
           9       Q    You did, though, ultimately send them the
15:59:11  10   package to open this new account pursuant to the e-mail?
          11       A    Pursuant to the e-mail, yes.
          12       Q    Now, you'll notice on the "Corporate and Other
          13   Organized Entities" page, there is a box checked for
          14   entities' annual income and it shows 1 to $5 million.
15:59:30  15            Do you see that?
          16       A    One to $5 million.  I'm sorry.  Wh- -- where is
          17   this?
          18       Q    It's about two-thirds of the way down.
          19            MR. MCGONIGLE:  What page are you looking at?
15:59:47  20            MR. WIECHERT:  "Corporate and other organized
          21   entities."
          22            MR. MCGONIGLE:  That is the page before that.
          23            THE WITNESS:  This one?
          24   BY MR. WIECHERT:
15:59:59  25       Q    Yes.
```

```
16:00:00   1       A     All right.
           2       Q     Two-thirds of the way down, there is a box
           3   checked for entities' annual income.
           4             Do you see that?
16:00:06   5       A     Yes.
           6       Q     And it shows 1 million to $5 million?
           7       A     That's what it says.
           8       Q     Yes.
           9             Do you know where that information came from?
16:00:12  10       A     No.
          11       Q     Okay.  But you do know it was submitted to the
          12   bank?
          13       A     If this is the do- -- if -- if this is the
          14   e-mail and it lists the documents here, because it says,
16:00:22  15   "completed and signed corporate account authorization"
          16   or whatever those -- the -- the three first forms then
          17   yes, it was probably submitted to the bank.
          18       Q     All right.
          19       A     Most likely.
16:00:32  20       Q     And then there is also a checked box for
          21   entity's net worth excluding principal residence and it
          22   shows $5 million or more.
          23             Do you see that?
          24       A     I see that, yes.
16:00:43  25       Q     And it indicates that approximately 80 percent
```

Frymi Biedak

Page 209

```
16:00:46   1   of the net worth is in investable asset stocks bonds, et
           2   cetera.
           3            Do you see that?
           4       A    Where is this?
16:00:57   5       Q    That's about -- that's in the --
           6            MR. MCGONIGLE:  Right this one here.
           7   BY MR. WIECHERT:
           8       Q    Right under the annual income and net worth.
           9       A    Yes.
16:01:05  10       Q    Yes.
          11       A    I can see it, yeah.
          12       Q    Do you know whether Swartz IP at the time that
          13   this information was submitted to the bank had
          14   investable assets of approximately $4 million or more?
16:01:25  15       A    I wouldn't know one way or the other.
          16       Q    If you go to the next page, it says "Authorized
          17   Parties Details."
          18            Do you see that?
          19       A    Appro- -- yes, I do.  I do.
16:01:41  20       Q    All right.  And there is only one authorized
          21   party there; correct?
          22       A    That's David Bergstein.
          23       Q    And was that his legal address, 6433 Topanga
          24   Canyon Boulevard, Suite 154, Canoga Park as of
16:01:57  25   November 10th, 2011?
```

eLitigation Services, Inc. - els@els-team.com

Frymi Biedak

Page 210

```
16:02:01   1      A    I -- I would have not put this address in.
           2      Q    Why not?
           3      A    Because I was not -- I never used his address
           4    for -- for -- for anything.  I would have put in
16:02:15   5    probably the -- the Colorado address.
           6      Q    What was his address?  What was there at 6433
           7    Topanga Canyon --
           8      A    It was a mailing address.  I think it was a
           9    mailing address for David Bergstein.
16:02:25  10      Q    It was David Bergstein's mailing address?
          11      A    I think so, yes.
          12      Q    Is there actually a suite there or is it just a
          13    mailbox?
          14      A    I think it's a mailing -- I think it's a
16:02:35  15    mailbox.
          16      Q    If you go farther down, it shows a business
          17    phone of (310)828-1515.
          18      A    That is my direct line.  Still is.
          19      Q    That's your direct line, not Mr. Bergstein's
16:03:01  20    direct line?
          21      A    My direct line.
          22      Q    And there is a cell phone number of
          23    (213)618-3036.
          24           Whose number is that?
16:03:09  25      A    That used to be David Bergstein's.
```

```
16:03:16  1    Q    All right.  If you go to the next page.
          2    A    (Witness complies.)
          3    Q    For account contact, they identify you as the
          4   assistant to David Bergstein.
16:03:30  5         Do you see that?
          6    A    Yes.
          7    Q    So when this was submitted, you were identified
          8   to the bank as the account contact for the Swartz
          9   account?
16:03:42 10    A    No.  Not really.  I was assistant to David
         11   Bergstein who basically gave the paperwork.
         12    Q    So who was the bank's account contact for this?
         13    A    For the accounting, I have no idea.
         14    Q    Not for an accounting standpoint.
16:04:01 15         But if the bank had a question about the Swartz
         16   IP account based on this paperwork that you submitted,
         17   who would the question go to?
         18    A    Well, they would probably call David Bergstein.
         19   If he didn't answer the phone, they probably would call
16:04:14 20   me and ask me to go to -- get in touch with
         21   Mr. Bergstein.
         22    Q    And you can look through the document to -- or
         23   take my representation, but Mr. Jam was nowhere
         24   mentioned in any of these papers; correct?
16:04:28 25    A    I didn't see his name, no.
```

Frymi Biedak

Page 212

```
16:04:35   1        Q    Now, if you go two pages over, there is a
           2   corporate account authorization and terms and conditions
           3   officer certificate.
           4             Do you see that?
16:04:50   5        A    Yes.
           6        Q    And it identifies David Bergstein as having
           7   what title with Swartz IP?
           8        A    It says here "president."
           9        Q    And then does he sign as president on this
16:05:14  10   document?
          11        A    It's a signature stamp.
          12        Q    Yes.
          13             And on the next page, does he also have a
          14   signature stamp appear as president of Swartz IP?
16:05:27  15        A    Yes.
          16        Q    And does it also appear as secretary of Swartz
          17   IP?
          18        A    Yes.
          19        Q    Mr. Bergstein was the sole signatory on the
16:05:43  20   Swartz IP account; correct?
          21        A    Well, that, I don't know.
          22        Q    Do you know of anyone else who was?
          23        A    I wouldn't know either way.
          24        Q    Do you recall that once this account was
16:06:26  25   opened?
```

eLitigation Services, Inc. - els@els-team.com

Frymi Biedak

Page 213

```
16:06:30   1      A    Are you talking about the account with Deutsche
           2    Bank?
           3      Q    Yes.
           4      A    Uh-huh.
16:06:34   5      Q    Once the Deutsche Bank account was opened that
           6    there were a number of transactions that took place
           7    through the Deutsche Bank account?
           8      A    I found out later about that.
           9      Q    You found out later about that?
16:06:46  10      A    At the time of discovery.
          11      Q    Okay.  Let's mark as Exhibit 27 an e-mail from
          12    David Bergstein to Sean Edrington as well as the related
          13    e-mail that copied you.
          14                  (Exhibit 27 was marked for
13:30:33  15                   identification by the Court Reporter
          16                   and is attached hereto.)
          17    BY MR. WEICHERT:
          18      Q    And if you look at the e-mail on the bottom of
          19    Exhibit 27, that's the one that's earlier in time.
16:07:26  20           It was sent from David Bergstein to Sean
          21    Edrington, copied to Alisa, who's at the bank and you;
          22    correct?
          23      A    Yes.
          24      Q    It's a 10:09 a.m. Pacific Standard Time;
16:07:44  25    correct?
```