# EXHIBIT E



## EIN Assistant

| Your Progress: | 1. Identity | 2. Authenticate | 3. Addresses | 4. Details | **5. EIN Confirmation** |

### Summary of your information

Please review the information you are about to submit. If any of the information below is incorrect, you will need to start a new application.

Click the "Submit" button at the bottom of the page to receive your EIN.

**Organization Type: Corporation**

### Corporation Information

| | |
|---|---|
| Legal name: | SWARTZ IP SERVICES GROUP INC |
| County: | LOS ANGELES |
| State/Territory: | CA |
| Date Corporation started or acquired: | DECEMBER 2010 |
| Closing month of accounting year: | DECEMBER |
| State/Territory where articles of organization are (or will be) filed: | TX |

### Addresses

| | |
|---|---|
| Physical Location: | 2425 COLORADO AVE STE 205 SANTA MONICA CA 90404 |
| Phone Number: | 310-828-1515 |

### Responsible Party

| | |
|---|---|
| Name: | GRAYBOX LLC |
| EIN: | XX-XXX8649 |

### Principal Business Activity

| | |
|---|---|
| What your business/organization does: | CONSULTING |
| Principal products/services: | BUSINESS |

### Additional Corporation Information

| | |
|---|---|
| Owns a 55,000 pounds or greater highway motor vehicle: | NO |
| Involves gambling/wagering: | NO |
| Involves alcohol, tobacco or firearms: | NO |
| Files Form 720 (Quarterly Federal Excise Tax Return): | NO |
| Has employees who receive Forms W-2: | NO |
| Reason for Applying: | STARTED A NEW BUSINESS |

We strongly recommend you print this summary page for your records as this will be your only copy of the application. You will not be able to return to this page after you click the "Submit" button.