# EXHIBIT F

```
                 UNITED STATES DISTRICT COURT

                 CENTRAL DISTRICT OF CALIFORNIA


    THE WIMBLEDON FUND, SPC (CLASS    )
    TT),                              )
                                      )
                   PLAINTIFFS,        )
                                      )
         VS.                          ) CASE NO.
                                      ) 2:15-CV-6633-CAS-ASJWx
                                      )
    GRAYBOX LLC; INTEGRATED           )
    ADMINISTRATION; EUGENE SCHER, AS  )
    TRUSTEE OF BERGSTEIN TRUST; AND   )
    CASCADE TECHNOLOGIES CORP.,       )
                                      )
                   DEFENDANTS.        )
    _____)




              VIDEOTAPED DEPOSITION OF KIARASH JAM

                          TAKEN ON

                  WEDNESDAY, MARCH 27, 2019




    Sandra Mitchell
    C.S.R. 12553
```

```
15:30:18   1   was referring to.
           2       Q    So a wire of some amount goes into Pineboard's
           3   account; correct?
           4       A    Yes, sir.
15:30:24   5       Q    And you were asking Mr. Zarrinkelk then from
           6   Pineboard Holdings to send $300,000 to Graybox; correct?
           7       A    Yes, sir.
           8       Q    And that was Mr. Bergstein's company?
           9       A    Yes.  David owned -- from what I understand,
15:30:36  10   owns Graybox.  It's his company.
          11       Q    And then from Pineboard, he was also to
          12   transfer $50,000 to Swartz IP; correct?
          13       A    That's what it says.
          14       Q    And then also from Pineboard, he was to send
15:30:47  15   $240,000 to Integrated Administration; correct?
          16       A    That's what it says.
          17       Q    Okay.  So it looks like there was at least
          18   $590,000 wired into Pineboard to cover those three
          19   disbursements; correct?
15:31:04  20       A    That's correct.
          21       Q    Okay.  And then, as we saw, there was supposed
          22   to be from Pineboard $240,000 to Integrated
          23   Administration and -- the payroll account; correct?
          24       A    Yes.
15:31:19  25       Q    And then from the Integrated Administration
```