# EXHIBIT G

Majid Zarrinkelk

Page 2

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   THE WIMBLEDON FUND, SPC (CLASS   )
     TT),                             )
 5                                    )
                       PLAINTIFFS,    )
 6                                    )
         VS.                          ) CASE NO.
 7                                    ) 2:15-CV-6633-CAS-ASJWx
                                      )
 8   GRAYBOX LLC; INTEGRATED          )
     ADMINISTRATION; EUGENE SCHER, AS )
 9   TRUSTEE OF BERGSTEIN TRUST; AND  )
     CASCADE TECHNOLOGIES CORP,       )
10                                    )
                       DEFENDANTS.    )
11   _____)

12

13

14

15

16           VIDEOTAPED DEPOSITION OF MAJID ZARRINKELK, taken

17   on behalf of the Plaintiff, at 10100 Santa Monica Boulevard,

18   13th Floor, Los Angeles, California, commencing at

19   10:29 a.m., Tuesday, March 26, 2019, before Sandra Mitchell,

20   C.S.R. 12553, pursuant to Notice.

21

22

23

24

25
```

eLitigation Services, Inc. - els@els-team.com

```
13:36:23  1      Q    You have no idea what that company is?
          2      A    This one took -- I don't know.  But number
          3    is -- is 16,500.  It could have been a legal fee,
          4    attorney fee, service fee.
13:36:37  5      Q    You're not sure of the purpose of this payment?
          6      A    No, I don't -- not -- not now, not today.
          7      Q    Okay.  Is it your testimony that sometime you
          8    were aware of the purpose of it?
          9      A    I could have been.
13:36:47 10      Q    Okay.  Let's look at page 50.
         11      A    (Witness complies.)
         12      Q    And the transaction on May 25th, 2012 is a
         13    $150,000 payment from IA to ZKCO for wire to Graybox,
         14    LLC.
13:37:11 15           Do you see that?
         16      A    That's correct.
         17      Q    So you're serving again as the facilitator --
         18      A    Uh-huh.
         19      Q    -- for this payment from Integrated -- just let
13:37:16 20    me finish.
         21      A    Sure.
         22      Q    You're serving as the facilitator of this
         23    payment from Integrated Administration to Graybox?
         24      A    That's correct.
13:37:24 25      Q    Okay.  What's Graybox, LLC?
```

```
13:37:26   1      A    Graybox, LLC was a David Bergstein company.
           2      Q    Okay.  Do you know what business Graybox was
           3   in?
           4      A    No.
13:37:39   5      Q    Okay.  Do you know why Integrated
           6   Administration was transferring $150,000 through your
           7   account to Graybox, LLC?
           8      A    There was -- at the time, there was so much
           9   money coming in and going out.  And they were saying
13:37:55  10   that I'm borrowing from this fellow, I'm loaning it to
          11   that fellow, so Graybox was a receivable or payable on
          12   the financial statement of either IA or K.Jam Media.
          13   And so these funds were coming in and going out through
          14   those account.
13:38:13  15      Q    Okay.  That's what Mr. Bergstein and Mr. Jam
          16   were telling you?
          17      A    That's correct.
          18      Q    Okay.  Let's look at the transaction on
          19   May 31st, 2012.  It's a payment of $200,000 into
13:38:26  20   Integrated Administration's account for Swartz IP
          21   Services Group.
          22           Do you see that?
          23      A    That's correct.
          24      Q    Okay.  Do you have an understanding what the
13:38:31  25   purpose of that payment is?
```