# EXHIBIT H

Account Name: Swartz IP Services Group Inc.

Account Legal Address: ███████████████████████████████

Tax I.D. Number: ██████6794

Country of Incorporation: Texas, US

Type of Business: Consulting

Need a brief description of business: Consulting and Investments

Business/Daytime Telephone Number:  (310) 828-1515

Number of Branches:  One

Number of Offices:  One

Number of Employees: None

Describe Client Base:  n/a

Countries in which you market your services:  US

Products and services offered: Consulting and Investments

Names of individuals (with 10% or more ownership) or control of company:

Name: Owari Opus, Inc. owns the majority of interest, 87.5%, in Swartz IP Services Group Inc.; David Bergstein is the President of Owari Opus Inc.
Jerry Swartz owns 12.5% of Swartz IP Services Group Inc.;  Jerry Swartz is a Stockholder of Swartz IP Services Group Inc.

Country of Residence:  US

Position/Title:   President / Stockholder

Political Figure:   No

FINANCIAL QUESTIONS:

Total Annual Income:  $2M - $5M

Liquid Net Worth:     Over $5M

Total Net Worth:      Over $5M

