# EXHIBIT I

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WIMBLEDON FUND, SPC (CLASS TT), <br><br> PLAINTIFFS, <br><br> VS. <br><br> GRAYBOX LLC; INTEGRATED ADMINISTRATION; EUGENE SCHER, AS TRUSTEE OF BERGSTEIN TRUST; AND CASCADE TECHNOLOGIES CORP., <br><br> DEFENDANTS. | CASE NO. <br> 2:15-CV-6633-CAS-ASJWX |

VIDEOTAPED DEPOSITION OF FRYMI BIEDAK

TAKEN ON

MONDAY, MARCH 25, 2019

Sandra Mitchell
C.S.R. 12553

```
15:47:21   1              Do you see that?
           2       A      I see that, yes.  Number 2, yes.
           3       Q      But have we -- have you seen any documents ever
           4     appointing Kia Jam president of Swartz IP?
15:47:38   5       A      I don't think so.  I mean, I -- again, I
           6     don't -- I don't remember.
           7       Q      Have you ever seen Kia Jam sign as president of
           8     Swartz IP?
           9       A      I don't remember either way.
15:47:53  10       Q      So let's start with a new exhibit.  And this
          11     will be Exhibit No. 25.
          12              (Exhibit 25 was marked for
          13               identification by the Court Reporter
          14               and is attached hereto.)
15:48:14  15              MR. WIECHERT:  And, Jim, can I ask you just to
          16     pass my pen over?
          17              MR. WALKER:  Oh, of course.
          18              MR. WIECHERT:  Thank you.
          19     BY MR. WIECHERT:
15:48:35  20       Q      Ms. Biedak, have you ever seen Exhibit 25
          21     before?
          22       A      It looks -- I -- I think so.
          23       Q      Did you prepare it?
          24       A      It's very possible, yes, because that's how I
15:48:55  25     would prepare a document.
```

```
15:48:57   1      Q    All right.  Do you recall where the information
           2   came from that you placed on this document?
           3      A    Well, I probably would have looked at the
           4   articles of -- the -- certificate, information or
15:49:18   5   whatever at -- maybe at the -- maybe at the EIN number.
           6      Q    This is interesting.
           7           Do you recall speaking with anyone to obtain
           8   information concerning Swartz IP other than looking at
           9   legal documents?
15:49:44  10      A    Possibly, yes.  I would assume so because I
          11   don't know how to answer any of -- when it says your
          12   name, I would not answer all these questions.  I
          13   wouldn't know how to answer them.
          14      Q    And is this a document -- if you were preparing
15:49:57  15   it, you would be preparing it in the course of your
          16   regular course of business working for Mr. Bergstein?
          17   Would you prepare this as part of your job for
          18   Mr. Bergstein?
          19      A    I don't even know what this document was for,
15:50:13  20   quite frankly.
          21      Q    All right.
          22      A    For which purpose.
          23      Q    There is certain information on this document.
          24      A    Uh-huh.
15:50:18  25      Q    And I want to focus -- first of all, there's a
```

Frymi Biedak

Page 202

```
15:50:21   1   question about names of individuals with ten or more
           2   ownership -- 10 percent or more ownership or control of
           3   the company.  And first is listed Owari Opus on some
           4   majority of interest, 87.5 percent.
15:50:38   5           Do you see that?
           6      A    Yes, I do.
           7      Q    You've indicated earlier you don't know who
           8   owns Owari Opus; correct?
           9      A    That's correct.
15:50:46  10      Q    It then says, "David Bergstein is the president
          11   of Owari Opus."
          12           Do you see that?
          13      A    I see that, yes.
          14      Q    Do you have any information as to whether or
15:50:55  15   not David Bergstein was the president of Owari Opus?
          16      A    I -- I don't.  And I don't know -- I did not
          17   think that he was, actually.
          18      Q    And Jerry Swartz owning 12.5 percent of Swartz
          19   IP.
15:51:12  20           Do you know whether he ever became a
          21   shareholder of Swartz IP?
          22      A    I wouldn't know either way.
          23      Q    Then there is -- at the bottom, there are
          24   financial questions.  And the first relates to total
15:51:27  25   annual income and it says "2 million to $5 million for
```