# EXHIBIT M

THIS NOTE IS SUBJECT TO THE PROVISIONS OF THE NOTE PURCHASE AGREEMENT REFERRED TO BELOW (A COPY OF WHICH IS ON FILE WITH THE SECRETARY OF THE COMPANY). NO TRANSFER, SALE, ASSIGNMENT, PLEDGE, HYPOTHECATION OR OTHER DISPOSITION OF THIS NOTE OR ANY INTEREST OR PARTICIPATION HEREIN MAY BE MADE EXCEPT WITH THE PRIOR WRITTEN CONSENT OF THE COMPANY IN ACCORDANCE WITH THE PROVISIONS OF SUCH AGREEMENT, AND (A) PURSUANT TO A REGISTRATION STATEMENT EFFECTIVE UNDER THE SECURITIES ACT OF 1933, AS AMENDED, OR (B) PURSUANT TO AN EXEMPTION FROM REGISTRATION THEREUNDER. PRIOR TO ANY SUCH OFFER, SALE OR TRANSFER THE COMPANY MAY REQUIRE THE DELIVERY OF AN OPINION OF COUNSEL, CERTIFICATION AND/OR OTHER INFORMATION SATISFACTORY TO IT TO EVIDENCE COMPLIANCE WITH THE FOREGOING. THE HOLDER OF THIS CERTIFICATE, BY ACCEPTANCE OF THIS CERTIFICATE, AGREES TO BE BOUND BY ALL OF THE PROVISIONS OF THE NOTE PURCHASE AGREEMENT REFERRED TO IN THIS NOTE, AND THIS NOTE. THE COMPANY WILL REFUSE TO REGISTER THE TRANSFER OF THIS NOTE EXCEPT IN ACCORDANCE WITH THIS NOTE AND SUCH AGREEMENT.

**Swartz IP Services Group Inc.**

**Reference Notes due November 14, 2016**

No. [1]                                                                                                       November 14, 2011
$25,000,000.00

       FOR VALUE RECEIVED, the undersigned, Swartz IP Services Group Inc, (herein called the "**Company**"), a corporation organized and existing under the laws of the State of Texas, hereby promises to pay to Wimbledon Fund (Class TT), a class of a Cayman Islands Segregated Portfolio Company, or registered assigns, the principal sum of $25,000,000.00 on November 14, 2016 (or 2021, if extended pursuant to the Note Purchase Agreement referred to below), which amount shall be adjusted on a monthly basis in accordance with Section 8 of the Note Purchase Agreement referred to below.

       Payments of on this Note are to be made in lawful money of the United States of America at 2425 Colorado Blvd, Suite B205, Santa Monica, CA 90404 or as otherwise provided in the Note Purchase Agreement referred to below.

       This Note is one of the Reference Notes (herein called the "**Notes**") issued pursuant to the Note Purchase Agreement, dated as of November 14, 2011 (as from time to time amended, the "**Note Purchase Agreement**"), between the Company and the Purchaser named therein and is entitled to the benefits thereof and subject in all respects to all terms and limitations therein. Each holder of this Note will be deemed, by its acceptance hereof, to have agreed to be bound by all of the provisions of the Note Purchase Agreement and to have made, as of the date of such acceptance, the representations set forth in Section 6.3 and 6.4 of the Note Purchase Agreement.

Unless otherwise indicated, capitalized terms used in this Note shall have the respective meanings ascribed to such terms in the Note Purchase Agreement.

This Note is a registered Note and, as provided in, and subject to the transfer restrictions set forth in, the Note Purchase Agreement, upon surrender of this Note for registration of transfer, duly endorsed, or accompanied by a written instrument of transfer duly executed, by the registered holder hereof, one or more new Notes in an aggregate principal amount equal to the unpaid principal amount of this Note will be issued to, and registered in the name of, the transferee. Prior to due presentment for registration of transfer in compliance with the Note Purchase Agreement, the Company may treat the person in whose name this Note is registered as the owner hereof for the purpose of receiving payment and for all other purposes, and the Company will not be affected by any notice to the contrary.

This Note is subject to prepayment at the times and on the terms specified in the Note Purchase Agreement.

If an Event of Default occurs and is continuing, the principal of this Note may be declared due and payable in the manner, at the price and with the effect provided in the Note Purchase Agreement.

This Note shall be construed and interpreted according to the internal laws of the State of New York, excluding any choice of law rules that may direct the application of the laws of another jurisdiction.

Swartz IP Services Group Inc.

By: _____

Name: Kia Jam

Title: VICE PRESIDENT

| Date | Principal Amount of the Note after Adjustment Pursuant to Error! Reference source not found. of the Note Purchase Agreement |
|---|---|
| November 14, 2011 | $12,500,000 |
| [___], 2012 | $[___] |
| [___], 2013 | $[___] |
| [___], 2014 | $[___] |
| [___], 2015 | $[___] |

WF0000030