# EXHIBIT T

Page 2

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   THE WIMBLEDON FUND, SPC (CLASS   )
     TT),                             )
 5                                    )
                  PLAINTIFFS,         )
 6                                    )
        VS.                           ) CASE NO.
 7                                    ) 2:15-CV-6633-CAS-ASJWx
                                      )
 8   GRAYBOX LLC; INTEGRATED          )
     ADMINISTRATION; EUGENE SCHER, AS )
 9   TRUSTEE OF BERGSTEIN TRUST; AND  )
     CASCADE TECHNOLOGIES CORP.,      )
10                                    )
                  DEFENDANTS.         )
11   _____)

12

13

14

15

16        VIDEOTAPED DEPOSITION OF KIARASH JAM, 30(B)(6) taken on

17   behalf of the Plaintiff, at 10100 Santa Monica Boulevard,

18   13th Floor, Los Angeles, California, commencing at

19   9:57 a.m., Thursday, March 28, 2019, before Sandra Mitchell,

20   C.S.R. 12553, pursuant to Notice.

21

22

23

24

25
```

```
11:18:05  1   increase in salary was warranted?
          2       A    He was the one who was bringing in the funding.
          3   I didn't care if he increased his salary.
          4       Q    Okay.  Well, let me ask you this:  Why was
11:18:15  5   Mr. Bergstein receiving a salary in the first place from
          6   Integrated Administration?
          7       A    Because he was doing a lot of work, and he was
          8   funding IA, and he wanted to be on the payroll.
          9       Q    And what do you mean by "he was doing a lot of
11:18:26 10   work"?  What work are you referring to?
         11       A    He worked on all the transactions.  He was
         12   working with the Weston guys, he was working with
         13   Sovrin, he was working on a number -- on all kinds of
         14   transactions all day, all day every day.
11:18:40 15       Q    Do you know what his salary was before you
         16   requested an increase to $300,000 per year?
         17       A    I don't recall what it was.
         18       Q    And you were receiving a salary from Integrated
         19   Administration as well; right?
11:18:53 20       A    On and off, yes.
         21       Q    Okay.  And --
         22       A    When there wasn't money I wouldn't take a
         23   salary.  There was plenty of times where everybody else
         24   got checks and I didn't.
11:19:01 25       Q    Okay.  And what work were you doing for
```

Page 69

11:19:04  1   Integrated Administration that warranted a salary?
         2       A    I was in the office, I was -- I was the guy in
         3   the office.  That's why I was an officer of a bunch of
         4   these companies.  I was the guy that had a guy to scan
11:19:14  5   it.  I had access to the copier.  Nobody else was
         6   around.  David was always out.  His voice mail was full
         7   by 7:00 a.m.  The Weston guys lived in other states.
         8   That's why I ended up becoming -- they'd sign on a bunch
         9   of these companies.  That's what I did.  I was in the
11:19:28 10   office doing my work, trying to generate money to feed
        11   IA, and I did that myself.
        12       Q    Okay.  Is it fair to say that the work you were
        13   doing was arranging for the transfers of monies that
        14   Mr. Bergstein requested of you?
11:19:42 15       A    Say that one more time?
        16       Q    Is it fair to say that the work that you were
        17   doing for IA was arranging for the transfers of monies
        18   that Mr. Bergstein requested of you?
        19       A    That was part of what I did, yes.
11:19:50 20       Q    Okay.  What else did you do?
        21       A    I made movies, I was developing stuff.  I
        22   consulted for Broadway 4D.  I did whatever I could do to
        23   try to generate money.
        24       Q    And you consider that work that you were
11:20:01 25   performing for Integrated Administration?