# EXHIBIT W

Page 2

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3

 4   THE WIMBLEDON FUND, SPC (CLASS   )
     TT),                             )
 5                                    )
                   PLAINTIFFS,        )
 6                                    )
         VS.                          ) CASE NO.
 7                                    ) 2:15-CV-6633-CAS-ASJWx
                                      )
 8   GRAYBOX LLC; INTEGRATED          )
     ADMINISTRATION; EUGENE SCHER, AS )
 9   TRUSTEE OF BERGSTEIN TRUST; AND  )
     CASCADE TECHNOLOGIES CORP.,      )
10                                    )
                   DEFENDANTS.        )
11   _____)

12

13

14

15

16         VIDEOTAPED DEPOSITION OF KIARASH JAM, 30(B)(6) taken on

17   behalf of the Plaintiff, at 10100 Santa Monica Boulevard,

18   13th Floor, Los Angeles, California, commencing at

19   9:57 a.m., Thursday, March 28, 2019, before Sandra Mitchell,

20   C.S.R. 12553, pursuant to Notice.

21

22

23

24

25
```

10:26:02  1   these individual transactions from back then.
          2        Q    Okay.  Do you know if Integrated Administration
          3   provided any goods or services to Swartz IP Services?
          4        A    Integrated Administration had 40 employees.  I
10:26:21  5   don't know in, on, or around this time, and David was
          6   doing a lot of work with and Jerry Swartz, and I don't
          7   know what David was or wasn't doing.  Whatever he was
          8   doing, as far as I'm concerned, he was doing stuff for a
          9   multitude of companies, potentially including Swartz IP.
10:26:35 10   So that's my thought.
         11        Q    Okay.  Do you know if any of Integrated
         12   Administration's 40 employees were doing work for Swartz
         13   IP?
         14        A    I don't know what a lot of the employees were
10:26:48 15   doing.  I could tell you that there were 40 employees.
         16   Some were housed, not with us, at other places working
         17   on the medical billing.  So the medical billing was a
         18   business that uh, um, uh, was -- had a bunch of
         19   employees, and there was other things that David was
10:27:02 20   doing.  I don't what some of David's people were working
         21   on.  Maybe they were working on things for Swartz IP.  I
         22   don't know.
         23        Q    Okay.  But did -- you understood that Swartz IP
         24   was not a medical billing; did you?
10:27:15 25        A    Swartz IP was a company that was funding

10:27:16  1   things.  I don't know specifically what was it doing.  I
         2   did not form it.  I did not run.  I don't know
         3   specifically what it was set up to do.
         4       Q   Okay.  But Integrated Administration was your
10:27:25 5   company?
         6       A   That is correct.
         7       Q   Okay.  So when this payment of $150,000 hit
         8   Integrated Administration's bank account on
         9   November 23rd, 2011, did you question where it came from
10:27:39 10  or why you were receiving it?
         11      A   I would -- David would be funding the company.
         12  You will see a lot of wires that came in that he
         13  arranged.  I would tell what him the company's financial
         14  needs were in terms of how much was needed for payroll,
10:27:51 15  for bills, for rent, for phones, et cetera, and he would
         16  arrange money to come in.  And I would ask him what the
         17  money was, and how it should be logged, and that was our
         18  routine.  It was my routine.
         19      Q   But it's your testimony that you're not aware
10:28:03 20  of any, goods or services that Integrated Administration
         21  provided Swartz IP in exchange for this payment?
         22      A   No, that's not what I said.  What I said is, I
         23  don't know what David was doing with them.  Maybe David
         24  was providing the goods and services for them, maybe he
10:28:21 25  was consulting for them, maybe he was working on deals.

Page 33

```
10:28:21   1    I don't know what he was doing.
           2       Q    But you're not aware one way or the other?
           3       A    I'm not aware of what he was doing.
           4       Q    Okay.
10:28:31   5       A    I'm not aware of what he was doing.
           6       Q    Okay.  Are you aware of whether Integrated
           7    Administration issued an invoice related to this payment
           8    from Swartz IP?
           9       A    There were some invoices issued.  I don't
10:28:52  10    remember specifically what for, or how many, or when.
          11       Q    Okay.  Are you aware of any documents relating
          12    to the purpose or reason why this $150,000 was paid from
          13    Swartz IP to Integrated Administration?
          14       A    I don't know what David had with Swartz IP.
10:29:08  15    Maybe it's something that he did.  He had paperwork.  He
          16    made a deal with them.  I don't know the answer to that.
          17       Q    Okay.  Let's turn to the next page, page 18.
          18       A    Okay.
          19       Q    And the first transaction dated November 29,
10:29:19  20    2011.
          21            Do you see that?
          22       A    Yes, I do.
          23       Q    And that's another payment from Swartz IP
          24    Services Group to Integrated Administration.
10:29:26  25            Do you agree with me?
```

Page 34

| | | | |
|---|---|---|---|
| 10:29:27 | 1 | A | I do. |
| | 2 | Q | Okay. And do you have an understanding as to |
| | 3 | why this payment was made? | |
| | 4 | A | No. No. I talked about this yesterday to the |
| 10:29:37 | 5 | same statement I made yesterday. | |
| | 6 | Q | Okay. And is it the same statement that you |
| | 7 | just made to me before, and that's that you really don't | |
| | 8 | know one way or the other why this payment was made or | |
| | 9 | whether -- strike that. | |
| 10:29:50 | 10 | You really don't know one way or the other | |
| | 11 | whether Integrated Administration provided any goods or | |
| | 12 | services to Swartz IP in exchange for this payment? | |
| | 13 | A | What I know is that David would fund IA, and |
| | 14 | I'll say that again. I've said it a few times. David | |
| 10:30:05 | 15 | would arrange funding to come in to IA for the work IA | |
| | 16 | was doing. I was not involved in where the money would | |
| | 17 | come from, or how the money would come in. He would | |
| | 18 | arrange the wires, as you see. The wires would come in | |
| | 19 | and he would tell me what to do with the money. | |
| 10:30:20 | 20 | Q | And you would do as he told you? |
| | 21 | A | Yes. |
| | 22 | Q | Okay. Did you ask any questions? |
| | 23 | A | I would ask how to classify it so that I could |
| | 24 | keep our books and records clean. | |
| 10:30:30 | 25 | Q | Did you ask any questions as to the source of |

Page 65

| | | | |
|---|---|---|---|
| 11:15:11 | 1 | Q | And I want to direct you to three transactions |
| | 2 | | on this page, July 2nd, July 11th, and July 13th. |
| | 3 | | Let's look at the first one July 2nd, 2012, a |
| | 4 | | $200,000 transfer from Advisory IP Services to |
| 11:15:31 | 5 | | Integrated Administration. |
| | 6 | | Do you see that? |
| | 7 | A | I do. I see all three of them. |
| | 8 | Q | Okay. Now, with respect to this first one, |
| | 9 | | again, you're not aware any goods or services that |
| 11:15:42 | 10 | | Swartz IP provided to Integrated Administration in |
| | 11 | | exchange for this payment? |
| | 12 | A | My answer's going to be the same. |
| | 13 | Q | And you don't know the purpose of this payment? |
| | 14 | A | My answer's going be the same. |
| 11:15:53 | 15 | Q | Which is that you don't know the purpose of the |
| | 16 | | payment? |
| | 17 | A | You've asked me the same question now ten |
| | 18 | | times. My answer is the same. |
| | 19 | Q | I'm -- I have asked you the same question -- |
| 11:16:02 | 20 | A | Yeah. |
| | 21 | Q | -- but I'm referring to specific transfers. |
| | 22 | A | Right. And I could tell you this -- these |
| | 23 | | three transaction -- |
| | 24 | Q | Uh-huh. |
| 11:16:04 | 25 | A | -- my answer's the same as I have for the last |

Page 66

```
11:16:08   1   ten transactions that you've shown me.
           2       Q   Okay.  And to be clear, you don't know the
           3   purpose for the transfers?
           4       A   I don't know what David was doing, but David
11:16:14   5   was arranging this funding in.  I don't know what he was
           6   working on, but David Bergstein arranged the funds to
           7   come in.  He was in control of the Swartz IP company and
           8   accounts.
           9       Q   Okay.  And you're not aware of any documents or
11:16:24  10   records that would refresh your recollection as to the
          11   purpose --
          12       A   I don't know what had David internally.  As I
          13   said, I don't know what documents David had, so I don't
          14   know.
11:16:38  15       Q   Okay.  Let's look at what I've marked as
          16   Exhibit 6.
          17       A   Put this away?
          18       Q   Yes.
          19               (Exhibit 6 was marked for
11:16:59  20               identification by the Court Reporter
          21               and is attached hereto.)
          22   BY MR. LATZER:
          23       Q   And this is an e-mail from you to
          24   Mr.  Zarrinkelk's employee --
11:17:13  25       A   Yes.
```