IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THE WIMBLEDON FUND, SPC (CLASS TT),<br><br>　　Plaintiff,<br><br>v.<br><br>GRAYBOX, LLC; INTEGRATED ADMINISTRATION; EUGENE SCHER, AS TRUSTEE OF BERGSTEIN TRUST; CASCADE TECHNOLOGIES CORP., and THE LAW OFFICES OF HENRY N. JANNOL,<br><br>　　Defendants. | C.D. Cal. Consolidated Case No. 2:15-cv-6633-CAS-AJWx<br>Honorable Christina A. Snyder<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KIARASH JAM'S MOTION FOR SUMMARY JUDGMENT** |
| THE WIMBLEDON FUND, SPC (CLASS TT),<br><br>　　Plaintiff,<br><br>v.<br><br>DAVID BERGSTEIN; JEROME SWARTZ; AARON GRUNFELD; and KIARASH JAM.,<br><br>　　Defendants. | |
| AND CONSOLIDATED ACTIONS AND RELATED THIRD-PARTY ACTIONS. | |

1

1   The Court, having considered Defendant Kiarash Jam's Motion for Summary
2   Judgment and supporting exhibits, the opposition filed by Plaintiff The Wimbledon Fund,
3   SPC (Class TT), Defendant's reply, and the arguments of the parties at oral argument,
4   IT IS HEREBY ORDERED THAT Defendant Kiarash Jam's Motion for Summary
5   Judgment is GRANTED and that Plaintiff's alter-ego claim for relief against him is
6   dismissed with prejudice.

8   IT IS SO ORDERED.

10   DATED: _____      _____
11                                              THE HON. CHRISTINA A. SNYDER
                                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT KIARASH JAM'S MOTION FOR SUMMARY JUDGMENT

# CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of the Law Office of David W. Wiechert, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On April 10, 2019, I served the forgoing documents, described as **[PROPOSED] ORDER GRANTING DEFENDANT KIARASH JAM'S MOTION FOR SUMMARY JUDGMENT** on all interested parties as follows:

[ ]  **BY MAIL:** I caused such envelope(s) to be deposited in the mail at San Clemente, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]  **BY E-MAIL:** I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for the parties.

[ ]  **BY PERSONAL SERVICE:** I personally delivered the document listed above to the persons at the address set forth below.

[X]  **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2019, at San Juan Capistrano, California.

/s/*Danielle Dragotta*
Danielle Dragotta